**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-CR-00125 (ABJ) |
| | : | |
| **GREGORY B. CRAIG** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Molly Gaston is entering her appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
for the District of Columbia

By:        /s/
MOLLY GASTON
Virginia Bar. No. 78506
Assistant United States Attorney
Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7803
molly.gaston@usdoj.gov