## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

*v.*

**GREGORY B. CRAIG**,

*Defendant.*

**Case No. 1:19-cr-125 (ABJ)**

### NOTICE OF APPEARANCE

I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for

Defendant Gregory B. Craig.  I am a member in good standing of the Bar of this Court.

Dated: April 11, 2019

Respectfully submitted,

*/s/ William J. Murphy*
William J. Murphy (D.C. Bar No. 350371)
ZUCKERMAN SPAEDER LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com