**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  *v.*<br><br>**GREGORY B. CRAIG**,<br><br>  *Defendant.* | **Case No. 1:19-cr-125 (ABJ)** |

## NOTICE OF APPEARANCE

I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for Defendant Gregory B. Craig. I am a member in good standing of the Bar of this Court.

Dated: April 11, 2019                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Adam B. Abelson*
　　　　　　　　　　　　　　　　　　　　Adam B. Abelson (D.C. Bar No. 1011291)
　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　100 E. Pratt Street, Suite 2440
　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　　　Tel: (410) 332-0444
　　　　　　　　　　　　　　　　　　　　Fax: (410) 659-0436
　　　　　　　　　　　　　　　　　　　　Email: aabelson@zuckerman.com