# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

*v.*

**GREGORY B. CRAIG**,

*Defendant.*

**Case No. 1:19-cr-125 (ABJ)**

## NOTICE OF APPEARANCE

I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for Defendant Gregory B. Craig. I am a member in good standing of the Bar of this Court.

Dated: April 11, 2019

Respectfully submitted,

  */s/ Ezra B. Marcus*
Ezra B. Marcus (D.C. Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8136
Email: emarcus@zuckerman.com