**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**GREGORY B. CRAIG**,<br><br>　　　　　*Defendant.* | **Case No. 1:19-cr-125 (ABJ)** |

## NOTICE OF APPEARANCE

I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for

Defendant Gregory B. Craig.  I am a member in good standing of the Bar of this Court.

Dated: April 11, 2019　　　　　　　Respectfully submitted,


　　　*/s/ William W. Taylor, III*
William W. Taylor, III (D.C. Bar No. 84194)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8136
Email: wtaylor@zuckerman.com