UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>v.   :<br>:<br>**Gregory B. Craig,** :<br>:<br>*Defendant.* :<br>: | Case No. 1:19-CR-00125 (ABJ) |

## NOTICE OF APPEARANCE

By and through the Assistant Attorney General for the National Security Division of the Department of Justice, I hereby give notice to the Clerk of the Court and all parties of record that I am admitted to practice in this Court, and I appear in this case as counsel for the United States of America.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General
National Security Division


By:   /s/ JASON MCCULLOUGH
Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: 202-233-0986
DCBN 998006
NYBN 4544953