UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-CR-00125 (ABJ) |
| | : | |
| GREGORY B. CRAIG | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING
PURSUANT TO COURT'S SCHEDULING ORDER**

The United States of America, by and through its undersigned counsel, hereby submits a notice of filing to inform the Court that it is the government's position that an order under Local Rule 57.7(c) is not necessary in this case.

In addition, it is the government's position that a juror questionnaire is not necessary. While the government understands that this case has drawn and will likely continue to attract media attention, the government is confident that the Court can add a question or questions to its regular *voir dire* process to elicit the necessary information about potential media exposure and allow for a complete assessment of the members of the jury pool for their potential service in this case.

    Respectfully submitted,

    JESSIE K. LIU
    UNITED STATES ATTORNEY
    D.C. Bar Number 472845


By: /s/ Fernando Campoamor-Sanchez
    FERNANDO CAMPOAMOR-SANCHEZ (DC 451210)
    MOLLY GASTON (VA 78506)
    Assistant United States Attorneys
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: 202.252.7698 / 202.252.7803

Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL


By:  /s/ Jason B.A. McCullough
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice
National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
Telephone: 202-616-1051
Jason.McCullough@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of April 2019, I served a copy of the foregoing Notice of Filing to counsel for Mr. Gregory B. Craig through the Court's electronic filing system.

                                                              /s/
                                         Fernando Campoamor-Sánchez