# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | Case No. 1:19-cr-0125 (ABJ) |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

## NOTICE

At the status conference on April 15, 2019, and in its scheduling order (ECF No. 11), the Court ordered the parties to submit their positions regarding the need for an order under Local Criminal Rule 57.7(c) and the need for a juror questionnaire. Defendant Gregory Craig hereby gives notice of his positions on these matters, which are as follows:

First, Mr. Craig does not believe that a special order under Local Criminal Rule 57.7(c) governing extrajudicial statements by parties, witnesses and attorneys is needed at this time. The requirements of Local Rule 57.7(b) are sufficient to protect Mr. Craig's right to a fair trial and the due administration of justice in this case. The parties have conferred and the government has indicated that it agrees no order under Local Rule 57.7(c) is needed.

Second, upon careful consideration, given the amount of media attention that this case is likely to generate in the coming months, Mr. Craig requests that the Court use a jury questionnaire in advance of jury selection. The questionnaire that this Court contemplated using in the Manafort trial (Case No. 17-cr-00201-ABJ, ECF No. 400) will provide a useful template, although it could likely be shortened for purposes of this case. Mr. Craig understands that the government objects to the use of a jury questionnaire, but if the Court agrees with Mr. Craig that

a questionnaire is advisable, defense counsel will work with the government to prepare a joint proposed jury questionnaire on any schedule that the Court prescribes.

Dated: April 23, 2019                                       Respectfully submitted,

                                  William W. Taylor, III (D.C. Bar No. 84194)
                                  Ezra B. Marcus (D.C. Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: wtaylor@zuckerman.com
Email: emarcus@zuckerman.com

*/s/ William J. Murphy*
William J. Murphy (D.C. Bar No. 350371)
Adam B. Abelson (D.C. Bar No. 1011291)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com
Email: aabelson@zuckerman.com

*Attorneys for Defendant Gregory B. Craig*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 23, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

*/s/ Ezra B. Marcus*
Ezra B. Marcus