UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>**GREGORY B. CRAIG**,<br><br>*Defendant.* | Case No. 1:19-cr-0125 (ABJ) |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK BILL OF PARTICULARS

Under Federal Rule of Criminal Procedure 7(f), a defendant "may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Defendant Gregory Craig was arraigned on April 12, 2019, so any motion for a bill of particulars would be due on April 26, 2019, absent permission from the Court to file such a motion on a later date.

Mr. Craig respectfully seeks the Court's permission to file any request for a bill of particulars on or before May 10, 2019, which is the due date for motions to dismiss under Federal Rule of Criminal Procedure 12(b)(3)(A) and (B). *See* Scheduling Order, ECF No. 11. Counsel have conferred and the government does not oppose this motion.

Dated: April 23, 2019                    Respectfully submitted,


                                         William W. Taylor, III (D.C. Bar No. 84194)
                                         Ezra B. Marcus (D.C. Bar No. 252685)
                                         ZUCKERMAN SPAEDER LLP
                                         1800 M Street N.W. Suite 1000
                                         Washington, D.C. 20036
                                         Tel: (202) 778-1800
                                         Fax: (202) 822-8106
                                         Email: wtaylor@zuckerman.com
                                         Email: emarcus@zuckerman.com


                                         */s/ William J. Murphy*
                                         William J. Murphy (D.C. Bar No. 350371)
                                         Adam B. Abelson (D.C. Bar No. 1011291)
                                         ZUCKERMAN SPAEDER LLP
                                         100 East Pratt Street, Suite 2440
                                         Baltimore, MD 21202
                                         Tel: (410) 332-0444
                                         Fax: (410) 659-0436
                                         Email: wmurphy@zuckerman.com
                                         Email: aabelson@zuckerman.com

                                         *Attorneys for Defendant Gregory B. Craig*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 23, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

*/s/ Ezra B. Marcus*
Ezra B. Marcus

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

*v.*

**GREGORY B. CRAIG**,

*Defendant.*

Case No. 1:19-cr-0125 (ABJ)

# [PROPOSED] ORDER

Upon consideration of Defendant Gregory B. Craig's Unopposed Motion for Extension of Time to Seek Bill of Particulars, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that Defendant may move for a bill of particulars under Federal Rule of Criminal Procedure 7(f) on or before May 10, 2019.

Dated: _____       _____
                                      AMY BERMAN JACKSON
                                      United States District Judge