# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**GREGORY B. CRAIG**,<br><br>*Defendant.* | **Case No. 1:19-cr-0125 (ABJ)** |

## SEALED MOTION PURSUANT TO LOCAL CRIMINAL RULE 49(f)(6)

Exhibits 13 through 20 to Defendant's Motion to Dismiss Count One contain grand jury material. Although we believe that these documents are no longer subject to the secrecy requirements of Federal Rule of Criminal Procedure 6(e), out of an abundance of caution, we are omitting them from the version of Defendant's Motion to Dismiss Count One that we are filing on the public docket. We have redacted the portions of the publicly filed Motion that reference these exhibits.

Pursuant to Local Criminal Rule 49(f)(6), Defendant hereby seeks leave to file an unredacted version of Defendant's Motion to Dismiss Count One, as well as Exhibits 13 through 20 to that Motion, under seal. We intend to move for an order unsealing these materials on or before May 17, 2019.

Dated: May 10, 2019

Respectfully submitted,

*/s/ William W. Taylor, III*

William W. Taylor, III (D.C. Bar No. 84194)
Ezra B. Marcus (D.C. Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: wtaylor@zuckerman.com
Email: emarcus@zuckerman.com

William J. Murphy (D.C. Bar No. 350371)
Adam B. Abelson (D.C. Bar No. 1011291)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com
Email: aabelson@zuckerman.com

*Attorneys for Defendant Gregory B. Craig*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 10, 2019, the foregoing was served on counsel of record via email.

                                              */s/ Ezra B. Marcus*
                                              Ezra B. Marcus