# Exhibit 1

**From:** Craig, Gregory B (WAS)
**Sent:** Tuesday, April 17, 2012 6:32 PM
**To:** Sloan, Cliff (WAS)
**Subject:** Re: FARA issues

Good advice

---

**From:** Sloan, Cliff (WAS)
**Sent:** Tuesday, April 17, 2012 12:30 PM
**To:** Kedem, Allon (WAS)
**Cc:** Craig, Gregory B (WAS)
**Subject:** RE: FARA issues

Thanks very much, Allon. Greg -- I think our engagement should not include PR advice. Manafort or Schoen or somebody else can hire the PR team and manage that. I say this for two reasons. First, it will create a FARA problem. Second, I actually think it's much better for our representation to be "rule of law" advisers, not "rule of law"-and-PR advisers. Including a PR component as part of our representation has the potential to undermine our work. We're in this representation as lawyers, not spin doctors, and I think it's important that we be able to say that. In any event, the FARA issue looks insurmountable. (And, of course, we can provide information and answer questions for the PR firm, at the client's direction.

Cliff Sloan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7040 | F: 202.661.8340
cliff.sloan@skadden.com

Skadden

---

**From:** Kedem, Allon (WAS)
**Sent:** Tuesday, April 17, 2012 12:26 PM
**To:** Sloan, Cliff (WAS)
**Cc:** Craig, Gregory B (WAS)
**Subject:** RE: FARA issues

I spoke with Ken, who seems to have a lot of FARA expertise. In his view, our work writing a report evaluating the Ukrainian proceedings would not trigger FARA obligations. However, if we were to perform public relations work aimed at the US, if our London lawyers were to do so, or if we were to subcontract with a PR firm to do so, then we would be obligated to register under FARA. (If the Ukrainian Government were to hire the PR firm directly, then FARA would not come into play for us.)

Ken also noted that registering under FARA requires public disclosure of our engagement with the client. Therefore, if we do intend to perform services that would subject us to FARA, we should consider that fact when drafting our engagement letter.

Allon Kedem
Associate
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7273 | F: 202.661.8273
allon.kedem@skadden.com
Admitted in New York only

---

**From:** Sloan, Cliff (WAS)
**Sent:** Tuesday, April 17, 2012 8:22 AM
**To:** Kedem, Allon (WAS)
**Subject:** FW: FARA issues

Allon -- Ken Gross may give you a call. I left a message with Ken because (I think) he's our resident FARA (Foreign Agent Registration Act) guru. (As you may know, FARA requires registration as a foreign agent if one works for a foreign government by attempting to affect US government policy. We want to be sure to structure our representation of Ukraine so that we are not foreign agents). One issue that has come up, as noted below, is retention of a PR firm, which presumably would reach out to western press, including both US and European press (and also our own efforts). One point Greg has asked is whether it matters if this is done by our London lawyers, rather than US lawyers.

**Cliff Sloan**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7040 | F: 202.661.8340
cliff.sloan@skadden.com

Skadden

---

**From:** Van Der Zwaan, Alex (LON)
**Sent:** Monday, April 16, 2012 7:36 PM
**To:** Project Kyiv DL
**Cc:** Loucks, Michael K (BOS)
**Subject:** FARA issues

Dear Greg, dear Cliff,

Have you been able to make any headway in relation to the FARA analysis which we discussed last week? I am mindful that the clients view one of the aims of both Project 1 and 2 as improved PR on the issue of Ukraine's conduct in relation to Yulia Tymoshenko and her trial. To the extent that is the case and we are able to help them with this from a FARA perspective, we ought to consider getting appropriate PR advisors engaged in this process as soon as possible in order to maximise the effect of the suggestions we are making.

Matt and I have thought of some companies which we could use, and could begin to reach out to these people, subject to your views on the FARA issues, as well as any other clearance which we may need from Manafort or otherwise.

Alex

**Alex R. van der Zwaan**
Associate
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
40 Bank Street | Canary Wharf | London | E14 5DS
T: +44.20 7519 7361 | F: +44.20.7519.7070
alex.vanderzwaan@skadden.com

 Please consider the environment before printing this email