# Exhibit 3



**U.S. Department of Justice**

**National Security Division**

---

Washington, DC 20530

DEC 18 2012

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Earle Yaffa, Managing Director
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036

    Re:  Possible Obligation to Register Pursuant to the
          Foreign Agents Registration Act

Dear Mr. Yaffa:

    It has come to our attention from a December 13, 2012 Los Angeles Times article, http://www.latimes.com/news/world/worldnow/la-fg-wn-trial-ukraine-tymoshenko-20121213,0,3141156.story, titled "Ukraine lawmakers brawl; report finds Tymoshenko trial flawed" that your firm may be engaged in activities on behalf of the Ministry of Justice of the Government of Ukraine, which may require registration pursuant to the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.* (FARA or the Act).

    In order that we may determine whether your organization is required to register under FARA, please provide this office with (1) a complete statement of the ownership and control of the firm, (2) a description of the nature of the firm's regular business and/or activity, (3) a description of the activities the firm has engaged in or the services it has rendered to the Ministry of Justice of the Government of Ukraine or any other foreign entity and (4) a copy of the existing or proposed written agreement, if any, or a full description of the terms and conditions of each existing or proposed oral agreement, if any, the firm may have with the Ministry of Justice of the Government of Ukraine or any other foreign entity.

    Enclosed is a copy of the Act and the rules thereunder. If you have any questions, please contact Alex Mudd at 202-233-2271. We look forward to your prompt and thorough response to our inquiry.

                                     Sincerely,

                                       Heather H. Hunt
                                       Registration Unit
                                       Counterespionage Section
                                       National Security Division

Enclosures