# Exhibit 22

## STATUTE OF LIMITATIONS
## TOLLING AGREEMENT

The parties to this Statute of Limitations Tolling Agreement ("Agreement") are Gregory Craig ("Craig") and the Office of the United States Attorney for the Southern District of New York, on behalf of the United States of America.

The parties hereto agree as follows:

1. The period beginning August 21, 2018, and terminating three months thereafter on November 21, 2018 ("the tolled period"), will be excluded from any calculation of time for the purpose of the statute of limitations under the laws of the United States concerning any federal charges that may be brought against Craig under any provision of federal criminal law, including but not limited to charges under the Foreign Agents Registration Act of 1938 ("FARA"), 22 U.S.C. §§ 611-621, 18 U.S.C. § 371, and 18 U.S.C. § 1001, pertaining to conduct including but not limited to Craig's activities relating to the Government of Ukraine and a report titled "The Tymoshenko Case" released to the public on or about December 13, 2012, and statements made by Craig and documents signed by Craig and submitted to the FARA Registration Unit of the Department of Justice. Nothing contained in this Agreement shall be construed to prevent Craig from asserting a defense based upon the statute of limitations with respect to any time period other than the tolled period.

2. Having been advised by his undersigned counsel, Craig expressly waives his right to raise any defense or make any motion to dismiss on the grounds of expiration of the statute of limitations based, in whole or in part, on the failure of a grand jury to act with respect to the above-referenced charges during the tolled period.

1

3. This Agreement shall not be construed as a waiver of any other right or defense that Craig may have as to grand jury proceedings or as to any proceeding or action arising therefrom.

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

Dated: August 21, 2018    By:    /s/
Kristy J. Greenberg / Jane Kim / George D. Turner
Assistant United States Attorneys

Dated: September 7, 2018

Gregory Craig

Dated: September 8, 2018

William W. Taylor / William J. Murphy / Adam Abelson
Counsel for Gregory Craig

2