# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 19-CR-00125 (ABJ)** |
| : | |
| **GREGORY B. CRAIG,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits to the Court copies of the government's discovery letters to date, attached hereto as Exhibit A.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:     /s/ Fernando Campoamor-Sánchez
FERNANDO CAMPOAMOR-SANCHEZ (DC 451210)
MOLLY GASTON (VA 78506)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
202-252-7698/202-252-7803
Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL

By:     /s/ Jason B.A. McCullough
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice

National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
202-616-1051
Jason.McCullough@usdoj.gov

**Certificate of Service**

   I certify that, by virtue of the Court's ECF system, a copy of the foregoing Notice of Filing has been sent to counsel for the defendant on May 14, 2019.

               /s/ Fernando Campoamor-Sánchez
               Fernando Campoamor-Sánchez
               Assistant United States Attorney