

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 15, 2019

**<u>Via Hand Delivery</u>**

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  Enclosed with this correspondence is the United States' first post-indictment discovery production pursuant to Rule 16(c).  In compliance with our discovery obligations under Rule 16 and the Federal Rules Of Criminal Procedure, please find enclosed two thumb drives containing Skadden productions (Bates stamped USA-REL-0000001 – 0340524), emails from the FARA Unit (USA-0000001 – 0007310), and FBI FD-302s and related notes from interviews (USA-0007311 – 0008298). The password for the drives is: ▆▆▆▆▆▆.

  These materials are subject to the Protective Order issued by the Court on April 15, 2019. In any subsequent discovery production(s), the United States will continue to comply with its discovery obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Jencks Act (18 U.S.C. § 3500 and Rule 26.2), and discovery-related case law.

  Because you have requested discovery in this matter, the United States hereby requests reciprocal discovery, including that the defendant produce all information and items countenanced by Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure; provide notice, consistent with Rules 12.1, 12.2, and 12.3 of any of planned defenses; and disclose any intention to call an expert witness.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By:           /s/
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 18, 2019

*Via File Tranfer Portal*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

   Enclosed with this correspondence is an additional post-indictment discovery production pursuant to Rule 16(c).  In compliance with our discovery obligations under Rule 16 and the Federal Rules Of Criminal Procedure, please find enclosed additional FBI FD-302s (USA-0007380 – 0007396), interview notes (USA-0008299 – 0008575), and grand jury transcripts with exhibits (USA-0008576 – 0009878).

   These materials are subject to the Protective Order issued by the Court on April 15, 2019.

   If you have any questions, please do not hesitate to contact us.

       Sincerely,

       JESSIE K. LIU
       United States Attorney

   By:      /s/     
       Fernando Campoamor Sánchez
       Molly Gaston
       *Assistant United States Attorneys*
       Jason B.A. McCullough
       *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 22, 2019

***Via File Transfer Portal***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules Of Criminal Procedure, please find enclosed additional discovery consisting of the following files.

- Previously produced FD-302s and notes from interviews of ███████ with some redactions removed, Bates stamped USA-0009879 – 0009935;
- FD-302s and notes for interviews of ██████████ and ███████, Bates stamped USA-0009936 – 0010021;
- Additional FARA Unit materials, Bates stamped USA-REL-0340525 – 0340968;
- FTI subpoena returns, Bates stamped USA-REL-0340969 – 0368678; and
- ████████████ voluntary production, Bates stamped USA-REL-0368679 – 0368683.

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

    Sincerely,

    JESSIE K. LIU
    United States Attorney

By:   /s/
    Fernando Campoamor Sánchez
    Molly Gaston
    *Assistant United States Attorneys*
    Jason B.A. McCullough

*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 23, 2019

***Via File Transfer Portal***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

   In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery request, please find enclosed additional discovery consisting of the following files.

-  Transcripts of the 03/26/2019 and 04/09/2019 grand jury testimony of ███████ ██████ (USA-0010499 – 0010548);

-  Emails with attachments from Gibson Dunn in response to DOJ requests for documents (USA-0010549 – 0011110);

-  GMAIL Chats between ██████████ and ████████████ (USA-0011111 – 0011124); and

-  Black Sea View Limited (██████████) documents related to payments to Skadden and FTI (USA-0011125 – 0011127).

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By: _____/s/_____
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 26, 2019

***Via Courier***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  As you requested, please find enclosed a reproduction of the Skadden productions as load-ready files with metadata (USA-REL-0000001 – 0340524).  Also enclosed are the following:

- Exhibit binder for the July 10, 2018, interview of ████████ (USA-0010022 – 0010492);
- Reproduction of notes from the August 15, 2018, interview of ████████ (USA-0011128 – 0011143)  (a version of these notes missing page 4 was previously produced on April 15, 2019); and
- Black Sea View Limited (████████) documents related to payments to FTI (USA-0011144 – 0011147).

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

     Sincerely,

     JESSIE K. LIU
     United States Attorney

  By:     /s/
     Fernando Campoamor Sánchez
     Molly Gaston
     *Assistant United States Attorneys*
     Jason B.A. McCullough
     *Trial Attorney*, National Security Division

Enclosure

| From: | Campoamor-Sanchez, Fernando (USADC) |
|---|---|
| To: | Abelson, Adam |
| Cc: | McCullough, Jason (NSD) (JMD); Taylor, William W.; Murphy, Bill; Marcus, Ezra; Gaston, Molly (USADC); Moffatt, Jessica (USADC) |
| Subject: | RE: Letter re discovery |
| Date: | Friday, May 3, 2019 11:51:38 AM |
| Attachments: | Skadden_Voluntary_Productions.csv |
| | image001.png |
| | image002.png |

Adam,

While we prepare a formal response to your discovery letter from May 1, 2019, please find enclosed an excel spreadsheet file to cross-reference the original Skadden production numbers to our discovery production numbers.

Also, in response to your question number one in your letter, we did produce the notes already back on April 18, 2019.  Below is a table identifying the production numbers for each witness.

| FD-302 | Bates Start | Bates End |
|---|---|---|
| 2017 11 03 ███████████ Interview Notes | USA-0008409 | USA-0008437 |
| 2017 12 01 ███████████ Interview Notes | USA-0008438 | USA-0008454 |
| 2018 01 08 ███████████ Interview Notes | USA-0008455 | USA-0008464 |
| 2018 01 08 ███████ Interview Notes | USA-0008465 | USA-0008471 |
| 2018 01 09 ███████ Interview Notes | USA-0008472 | USA-0008487 |
| 2018 01 18 ██████ Interview Notes | USA-0008488 | USA-0008504 |
| 2018 02 19 ███████ Interview Notes | USA-0008505 | USA-0008515 |
| 2018 02 28 █████ Interview Notes | USA-0008516 | USA-0008531 |
| 2018 09 11 ██████ Interview Notes | USA-0008532 | USA-0008556 |
| 2018 09 26 ██████ Interview Notes | USA-0008557 | USA-0008575 |

Regards,

Fernando

---

From: Abelson, Adam ██████████████████████
Sent: Wednesday, May 1, 2019 8:09 PM
To: Campoamor-Sanchez, Fernando (USADC) ████████████████████; Gaston, Molly (USADC) ████████████
Cc: McCullough, Jason (NSD) (JMD) ██████████████████; Taylor, William W. ████████████████; Murphy, Bill ████████████████; Marcus, Ezra

**Subject:** RE: Letter re discovery

Yes, thanks. My understanding is that "cross reference" is the term the technical people use.

**Adam Abelson**☐ ☐ ▓▓▓▓▓▓▓▓ ☐ ▓▓▓▓▓▓▓▓▓▓▓

Adam

---

**From:** Campoamor-Sanchez, Fernando (USADC) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, May 01, 2019 5:29 PM
**To:** Abelson, Adam; Gaston, Molly (USADC)
**Cc:** McCullough, Jason (NSD) (JMD); Taylor, William W.; Murphy, Bill; Marcus, Ezra
**Subject:** RE: Letter re discovery

Adam,

We are happy to inquire, but we want to make sure we understand your request. What you would like is some kind of spreadsheet that cross-references the Skadden production and our production number?

Thanks,

Fernando

---

**From:** Abelson, Adam ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, May 1, 2019 4:08 PM
**To:** Campoamor-Sanchez, Fernando (USADC) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Gaston, Molly (USADC) ▓▓▓▓▓▓▓▓▓▓▓
**Cc:** McCullough, Jason (NSD) (JMD) ▓▓▓▓▓▓▓▓▓▓▓▓▓; Taylor, William W. ▓▓▓▓▓▓▓▓▓▓▓▓; Murphy, Bill ▓▓▓▓▓▓▓▓▓▓▓▓▓; Marcus, Ezra ▓▓▓▓▓▓▓▓▓▓▓

**Subject:** RE: Letter re discovery


Fernando, Molly, Jason,

There is one more important item that has just come to my attention.  Although the re-production of the documents that Skadden produced to the government has some metadata, the metadata does <u>not</u> contain the Bates numbers of the documents as produced by Skadden.  Our technical people tell me that your technical people should be able to generate a "cross reference" between (1) SAU Bates numbers from Skadden's production and (2) the USA-REL Bates numbers in your production.  Can you please confirm that you can generate that cross-reference file and let us know when we can expect to receive it?  If your people have any questions, let's set up a call as soon as possible directly between your tech people and ours.  I am told that any processing system should be able to generate such a cross-reference file.

Adam

---

**From:** Abelson, Adam
**Sent:** Wednesday, May 01, 2019 3:06 PM
**To:** Campoamor-Sanchez, Fernando (USADC) ███████████████████████; Gaston, Molly (USADC) ███████████
**Cc:** McCullough, Jason (NSD) (JMD) ███████████████████; Taylor, William W.; Murphy, Bill; Marcus, Ezra
**Subject:** Letter re discovery


Counsel – Please see the attached letter and let us know when you're available to discuss.

Adam



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 8, 2019

<u>*Via Email*</u>

Adam Abelson
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036-5807

      Re:    **Request for Discovery:** *United States v. Greg B. Craig*, **19-CR-125 (ABJ)**

Dear Mr. Abelson:

    We write in response to your letters of May 1 and 6, 2019, as well as some additional questions you have posed by email.

    **Witness interviews notes**. For the witnesses identified on your letter of May 1, 2019, we previously provided those notes on April 18, 2019, as we indicated to you in our email of May 3, 2019. Our intention is to provide you, if available, with the notes of every witness interview. If you identify specific FBI 302s of witness interviews for which there are no corresponding notes, please let us know.

    **Witness interview exhibits**. Copies of documents shown to witnesses during FBI interviews are generally maintained by the FBI in a file associated with that interview. Many of those documents are maintained in hard copy form by the FBI, and may need to be copied and scanned in order to provide the production to you.

    We plan to produce the witness interview exhibits associated with every FBI 302 that we produced; however, this effort has not been our priority due to the fact that you have received the 302s and most if not all of the referenced documents already. Furthermore, many of the FBI 302s identify the documents used by bates number. If there is a particular document of importance to you and that you would like us to prioritize, please let us know and we will undertake to produce that document as soon as possible.

    **FTI Privilege Log**. We have asked FTI to provide a privilege log for FTI documents, and we will produce any privilege log provided to the government by FTI.

**Skadden Privilege Log**.  Our understanding is that you received the Skadden privilege logs from Skadden or their outside counsel, Gibson Dunn, in connection with the matter before the Chief Judge.  If that is not the case, or if we misunderstood your request, please let us know.

**FARA legislative history research**.  As you know, the government has charged Mr. Craig with having made false and misleading statements to the FARA Unit in violation of 18 U.S.C. § 1001(a)(1) and 22 U.S.C. § 618(a)(2).  The charges relate to submissions by Mr. Craig to the FARA Unit during 2013, as well as an in-person meeting attended by Mr. Craig on October 9, 2013.  As described in more detail in response to the next item, the government has conducted a search of the FARA Unit's files related to its inquiry into Skadden's registration obligations and has produced or is in the course of producing all documents subject to production in this case under Rule 16 or the Jencks Act.

We do not understand how general legal research about FARA's legislative history is relevant to the issues to be decided by the jury in this case—a false statements case.  The document you referenced (i.e., "research conducted by ▮▮▮▮▮▮▮▮▮ in the fall of 2011.") was not generated in relation to any evaluation of Skadden's obligation to register under FARA for the Tymoshenko Report.  Therefore, while we can discuss this issue further, we do not believe such document or similar documents are relevant or subject to production in this case.

**FARA documents related to Ukraine**.  The government has performed a search of the physical files of the FARA Unit for documents that are potentially relevant to this case.  We have also conducted similar electronic searches of the files of relevant custodians, and we have additional searches ongoing that we do not expect will identify any additional relevant documents that have not already been produced—should any additional documents be located, we will supplement our prior productions.  All searches conducted for FARA Unit files have been limited to the timeframe of December 2012 through January 2014.  Relevant documents include any communications or documents concerning Skadden's obligation to register for its work on behalf of Ukraine, including notes or internal correspondence among the FARA Unit, as well as any correspondence between your client or Skadden and the FARA Unit concerning Skadden's obligation to register for its work on behalf of Ukraine.

As you note, our electronic searches of the files of relevant custodians included files that contain the word "Ukraine."  All relevant documents identified by the government through that search have been produced or will be produced.  However, we have not searched for or otherwise attempted to locate "other" registrations or potential obligation letters between January 1, 2010, and December 31, 2014, and we do not believe such documents are relevant or subject to production in this case under Rule 16 or the Jencks Act.  We can discuss further if you disagree.

For your reference, the FARA Unit maintains an online database of active and terminated registrants on its website accessible under the "Quick Search" menu item at https://www.justice.gov/nsd-fara.

**FARA Unit production Bates numbers**.  As we discussed previously, we agree with your suggestion to generate bates-stamped images with the suffixes your proposed.  We would appreciate receiving a copy of the documents with your newly applied bates numbers.

2

███████████ **talking points**.   Although we do not believe these documents are relevant, we will produce a copy of what we understand to be the attachments that you requested in your letter of May 1, 2019.

██████████.   We have been told by his counsel that ███████ was in fact interviewed by the Special Counsel's Office, and we are in the process of attempting to locate that 302.   As soon as we get a copy, we will produce that 302 and any associated notes.

**Other witness interviews**.   It is our intention to provide you with all 302s in our possession involving witness interviews related to Craig's work on the Tymoshenko report. While we have already produced the majority and/or the most important 302s, there are some relevant portions of additional 302s to be produced—which should be accomplished by next week.   However, please note that as we collect all potential *Jencks* materials, we intend to provide in the future additional 302s from potential trial witnesses, even if those interviews do not relate directly to this case.

**FARA Unit production questions in letter of May 6, 2019**.   First, please see our response above related to our FARA Unit search, and materials that we have not attempted to search or locate.   Otherwise, the government has not withheld from production materials from the FARA Unit related to this case and, subject to completing the ongoing additional search we identified above, we have produced the available FARA Unit's documents related to this case.

██████████████ **recording**.   Without waiving any relevance objections, we produced earlier today the recording you requested.

**Gap in production numbers**.   We can confirm there is an unintended gap between documents in USA-10493 and 499.   The government will not produce any documents with those numbers.

As we discussed earlier this week, it is our intention to produce the remaining outstanding databases and other materials discoverable under Rule 16 by next week.   Please do not hesitate to contact us if you have any additional questions.

Sincerely,

JESSIE K. LIU
United States Attorney

By:   _____/s/_____
      Fernando Campoamor Sánchez
      Molly Gaston
      *Assistant United States Attorneys*
      Jason B.A. McCullough
      *Trial Attorney*, National Security Division



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 10, 2019

<u>*Via Courier*</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

      Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

      In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed three zip files containing documents from the Mercury and Podesta data sets (USA-REL2-0000001 – 0146945).  These are the documents that were returned after running the agreed upon search terms with the date limitation.  We will be providing additional documents from other data sets pursuant to this search next week.

      These materials are subject to the Protective Order issued by the Court on April 15, 2019.

      If you have any questions, please do not hesitate to contact us.

                  Sincerely,

                  JESSIE K. LIU
                  United States Attorney

       By:                /s/
                  Fernando Campoamor Sánchez
                  Molly Gaston
                  *Assistant United States Attorneys*
                  Jason B.A. McCullough
                  *Trial Attorney*, National Security Division

Enclosure



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 13, 2019

**<u>Via File Transfer Portal</u>**

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

    Please find enclosed image files for the following Mercury and Podesta documents that were inadvertently left out of the last production:  (1) USA-REL2-0105928, (2) USA-REL2-0106037, (3) USA-REL2-0139417, and (4) USA-REL2-0141249.

    These materials are subject to the Protective Order issued by the Court on April 15, 2019.

    If you have any questions, please do not hesitate to contact us.

               Sincerely,

               JESSIE K. LIU
               United States Attorney

        By:               /s/
               Fernando Campoamor Sánchez
               Molly Gaston
               *Assistant United States Attorneys*
               Jason B.A. McCullough
               *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 13, 2019

*Via FedEx*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

      Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

      In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed one thumb drive containing the following files.

- Documents from the ███████ data set (USA-REL-0368684 – 0381397).  These are the documents that were returned after running the agreed upon search terms with the date limitation on the ███████ documents.

- Search warrant return from Google for ███████ Gmail account (USA-REL-0381398 – 0948518)

- Documents from the ███████ data set (USA-REL-0948519 – 0998689).  These are the documents that were returned after running the agreed upon search terms with the date limitation on the ███████ documents.

- Documents from the ███████ data set (USA-REL-0998690 – 1018515).  These are the documents that were returned after running the agreed upon search terms with the date limitation on the ███████ documents.

- Skadden waivers (USA-REL-1018516 – 1018527)

- ███████ documents received from the Department of State (USA-REL-1018528 – 1022512)

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By:            /s/
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosure



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 14, 2019

<u>*Via File Transfer Portal*</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

    In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

- FTI privilege log (USA-0020883 – 0020885);
- FD-302, notes, and interview exhibits for the 02/05/2018 interview of ▮▮▮▮▮▮ (USA-0020886 – 0020941);
- FD-302s and related documents regarding the indictment and your client's booking at the Washington Field Office (USA-0020942 – 0020977);
- FD-302s and notes regarding phone calls with ▮▮▮▮▮, ▮▮▮▮▮, and ▮ ▮ from the FARA Unit (USA-0020978 – 0020991);
- Exhibits from the 08/02/2018 interview of ▮▮▮▮ (USA-0020992 – 0021009);
- Email from ▮▮▮▮▮ to himself dated 12/07/2012 with attachments (USA-0021010 – 0021041);
- Reproduction of Exhibit 6 from the 05/15-16/2018 interview of ▮▮▮▮▮, ▮ ▮, and ▮▮▮▮ (USA-0015161 – 0015162); and
- Reproduction of Exhibit 54 from the 08/15/2018 interview of ▮▮▮▮▮▮ (USA-0016222 – 0016224).

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By: _____/s/_____

Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures