# Exhibit 1

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Monday, April 30, 2012 8:33 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**CC:** Andrea Manafort [amanafort@gmail.com]
**Subject:** Andrea Manafort Resume
**Attachments:** Andrea Manafort Resume.doc

Greg
I really appreciate your meeting with Andrea and helping her to interview for a first year associate position at SA.
As I told you this is my #1 priority.
While Andrea prefers the Washington office of Skadden, Arps, she would be eagerly receptive to either DC or NY.
Anything you can do to assist her will be forever appreciated.
I have attached her resume and told her to call your office today to arrange a time to meet with you this week. Other than an exam that she is taking on Thursday morning, she said she could accommodate your schedule.
I am moving on the other topics we discussed and will be in touch with you later this week.
Best
Paul

Confidential Treatment Subject to Rule 6(e)                                                                                 SAU 157919

# Andrea L. Manafort

## EDUCATION

**Georgetown University Law Center**                                      Washington, D.C.
Candidate for Juris Doctor                                              Expected May 2012
GPA: ███
    Transnational Legal Studies: Georgetown Law London at Kings College      July 2010 – Aug. 2010
    Journal: Georgetown International Environmental Law Review, *Administrative Editor*
    Activities: Student Ambassador, International and Corporate Law societies

**University of South Carolina**                                        Columbia, SC
Bachelor of Arts in Journalism and Mass Communication                           May 2007
GPA: ███ – *Magna Cum Laude*
    Honors: USC Dean's List and National Dean's List all four years, National Scholars Honor Society,
    Golden Key International Honor Society
    Activities: International Association of Business Communicators, Public Relations Student Society
    of America, National Society of Collegiate Scholars, Gamma Beta Phi Honor Fraternity

## RELATED EXPERIENCE

**Dewey & LeBoeuf, LLP**                                                 New York, NY
*Summer Associate, Offer of Permanent Employment Extended*               May 2011 – July 2011
- Conducted legal research, drafted memoranda, and assisted in drafting motions for matters,
  including a class action lawsuit, a private equity contract, and a sports CBA dispute
- Attended pre-deposition interviews and created reports summarizing key elements
- Drafted documents and provided legal service as part of pro bono partnership with inMotion
- Participated in professional development training on legal writing, cost-effective research
  strategies, and presentation skills

**American Society of Composers, Authors and Publishers (ASCAP)**        New York, NY
*Legal Intern*                                                          May 2010 – July 2010
- Researched and drafted memoranda regarding matters concerning new media royalty rate
  disputes, public performance copyright infringement, and licensing of digital media
- Drafted documents directed to international affiliate Performance Rights Organizations
- Created a database organizing ASCAP's closed copyright infringement cases
- Attended international seminar on innovation in intellectual property rights protection and
  enforcement with hosts from several Southeast Asian countries

**Dan Klores Communications (DKC)**                                     New York, NY
*Public Relations Assistant Account Executive*                          March 2008 – May 2009
- Managed client relationships on accounts including Delta Airlines, FTD.com, Hard Rock Hotels
- Interacted and communicated daily with print and broadcast media professionals
- Participated in team strategic planning and conducted large amounts of associated research
- Independently created comprehensive status reports and environmental analysis
- Authored various publicity materials such as press releases and media alerts

**Mirror Cube Films**                                                   New York, NY
*Marketing/Public Relations Assistant*                                  Aug. 2007 – Feb. 2008
- Communicated with print and electronic media to create press attention on films
- Assisted in logistical preparation and on-site launch of a full-length feature film's premiere

Confidential Treatment Subject to Rule 6(e)