# Exhibit 2

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Tuesday, May 8, 2012 10:39 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Andrea Manafort

Greg
Did you have you meeting the other day?
What are the next steps?
Is there anything for me to do?
For Andrea to do ?
Any information that you can provide would be appreciated.
Thank you again for your help on this matter.
Paul

Confidential Treatment Subject to Rule 6(e)                                                                                                               SAU 158051