# Exhibit 3

**From:** Craig, Gregory B (WAS) [/O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GCRAIG]
**Sent:** Wednesday, May 9, 2012 3:32 PM
**To:** 'Paul Manafort' [pmanafort@dmpint.com]
**Subject:** T talked to Mitch Ettinger about Andrea

Mitch is the head of our litigation group here in DC. He will invite Andrea to come in and talk with him Monday or Tueday next week. He will scope out the situation with her and give her some counseling. That may include Skadden. It may be a recommendation to go somewhere else. Mitch knows that Paul Hasting (a really good firm) is feeling in need of young lawyers, and he may decided to send her there. Or he may say something about Skadden. I don't know. But on the whole, I had an entirely positive conversation about Andrea with Mitch. Ettinger should be in touch with Andrea by the end of the week. If she still hasn't heard anything by Friday, tell me.