# Exhibit 4

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Tuesday, May 29, 2012 11:50 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** thanks for your help
**Attachments:** skadden letter.pdf

I see Skadden knows how to show appreciation for a $4MILLION gift account.

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
—
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 11, 2012

Ms. Andrea L. Manafort



Dear Andrea:

      Thank you for your interest in Skadden, Arps, Slate, Meagher & Flom's Washington, D.C. office. Unfortunately, we are not in a position to invite you to interview with us.

      We sincerely appreciate your interest in the Firm and extend our best wishes for you throughout your employment pursuits.

Sincerely,

DeAnna Bumstead-Yeary
Attorney Recruiting & Development Supervisor

Confidential Treatment Subject to Rule 6(e)

SAU 192672
USA-REL-0192900