# Exhibit 5

**From:** Craig, Gregory B (WAS) [/O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GCRAIG]
**Sent:** Wednesday, May 30, 2012 4:34 AM
**To:** 'mettinger@skadden.com' [mettinger@skadden.com]
**Subject:** Fw: thanks for your help
**Attachments:** skadden letter.pdf

Mitch:

I thought someone from the firm would at least talk to her. Do you know if that happened? This could not have come at a worse time for our case. I wish someone had told me about this before sending out the letter. Not a good way to run this railroad.

Greg

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Tuesday, May 29, 2012 06:50 PM
**To:** Craig, Gregory B (WAS)
**Subject:** thanks for your help


I see Skadden knows how to show appreciation for a $4MILLION gift account.

Confidential Treatment Subject to Rule 6(e)

SAU 158231
USA-REL-0158435

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 11, 2012

Ms. Andrea L. Manafort


Dear Andrea:

      Thank you for your interest in Skadden, Arps, Slate, Meagher & Flom's Washington, D.C. office. Unfortunately, we are not in a position to invite you to interview with us.

      We sincerely appreciate your interest in the Firm and extend our best wishes for you throughout your employment pursuits.

Sincerely,

DeAnna Bumstead-Yeary
Attorney Recruiting & Development Supervisor