# Exhibit 6

**From:** Craig, Gregory B (WAS) [/O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GCRAIG]
**Sent:** Wednesday, May 30, 2012 4:36 AM
**To:** 'pmanafort@dmpint.com' [pmanafort@dmpint.com]
**Subject:** Re: thanks for your help

I had no idea. I thought she was coming in again for another interview. So I am pissed. Let me find out what the true status is and get back to you.

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Tuesday, May 29, 2012 06:50 PM
**To:** Craig, Gregory B (WAS)
**Subject:** thanks for your help


I see Skadden knows how to show appreciation for a $4MILLION gift account.