# Exhibit 7

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Wednesday, May 30, 2012 11:49 AM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: thanks for your help

Greg, I do not know how this happened I have her in my radar to talk to but have been on the road. This is a screw up administratively and I will check into it. I apologize personally for this and will try to make it right. Quite frankly, I am embarrassed.

Sent from my iPhone

On May 29, 2012, at 11:48 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:

>
>
> From: Craig, Gregory B (WAS)
> Sent: Tuesday, May 29, 2012 11:34 PM
> To: 'mettinger@skadden.com' <mettinger@skadden.com>
> Subject: Fw: thanks for your help
>
> Mitch:
>
> I thought someone from the firm would at least talk to her. Do you know if that happened? This could not have come at a worse time for our case. I wish someone had told me about this before sending out the letter. Not a good way to run this railroad.
>
> Greg
>
> From: Paul Manafort [mailto:pmanafort@dmpint.com]
> Sent: Tuesday, May 29, 2012 06:50 PM
> To: Craig, Gregory B (WAS)
> Subject: thanks for your help
>
>
> I see Skadden knows how to show appreciation for a $4MILLION gift account.
> <skadden letter.pdf>

Confidential Treatment Subject to Rule 6(e)

SAU 158227
USA-REL-0158431