# Exhibit 8

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Wednesday, May 30, 2012 12:00 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: thanks for your help

Please tell Paul that this was sent in error and that I personally committed to speaking with his daughter. I will call her tonight or tomorrow when I return to DC. Again, this simply was not coordinated as I did not realize that Deanna and company had her resume. Did she send it to attorney recruiting separately from you?

Sent from my iPhone

On May 29, 2012, at 11:48 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:

>
>
> From: Craig, Gregory B (WAS)
> Sent: Tuesday, May 29, 2012 11:34 PM
> To: 'mettinger@skadden.com' <mettinger@skadden.com>
> Subject: Fw: thanks for your help
>
> Mitch:
>
> I thought someone from the firm would at least talk to her. Do you know if that happened? This could not have come at a worse time for our case. I wish someone had told me about this before sending out the letter. Not a good way to run this railroad.
>
> Greg
>
> From: Paul Manafort [mailto:pmanafort@dmpint.com]
> Sent: Tuesday, May 29, 2012 06:50 PM
> To: Craig, Gregory B (WAS)
> Subject: thanks for your help
>
>
> I see Skadden knows how to show appreciation for a $4MILLION gift account.
> <skadden letter.pdf>