# Exhibit 9

**From:** Craig, Gregory B (WAS) [/O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GCRAIG]
**Sent:** Friday, June 1, 2012 3:47 PM
**To:** 'pmanafort@dmpint.com' [pmanafort@dmpint.com]
**Subject:** Re: Andrea Manafort

I arrive mid-afternoon at Dulles on Saturday. We are in full swing with Tymo's people, and have a complete agenda of
topics, meetings, documents and issues. Any way to advance the cause of them signing our contract? I signed theirs.
They have a copy. They want original. I am no inclined to help them out on that without getting satisfaction on our
issue.

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Thursday, May 31, 2012 09:45 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Andrea Manafort

Greg
Thank you for clarifying this matter and repairing it. Ettinger has been in contact with Andrea and I believe they are scheduled
to meet next week.
Are you back in the US this weekend? I would like to discuss the reporting timeframe with you.
Paul
PS I have confirmed that your package is en route. You will have it Monday or Tuesday at latest.

---

**From:** "Craig, Gregory B" <Gregory.Craig@skadden.com>
**Date:** Thu, 31 May 2012 16:05:03 -0500
**To:** Paul Manafort <pmanafort@dmpint.com>
**Subject:** Fw: Andrea Manafort

Paul: See below from Mitch Ettinger, head of litigation in DC. I had talked to Mitch about Andrea, told him her situation,
and told him I had met and liked her. He told me that he too would talk to her. Then she got the letter. Needless to say I
was angry and embarrassed. Read below and see how it happened. Greg (from Kyiv)

---

**From:** Ettinger, Mitchell S (WAS)
**Sent:** Thursday, May 31, 2012 04:38 PM
**To:** Craig, Gregory B (WAS)
**Subject:** FW: Andrea Manafort

Here is what happened. Completely beyond our control.

---

**From:** Spaziano, Jen
**Sent:** Thursday, May 31, 2012 4:32 PM
**To:** Ettinger, Mitchell S (WAS)
**Subject:** Andrea Manafort

Mitch -
As you requested, I checked with recruiting to determine why Ms. Manafort received a standard rejection letter.
Unfortunately, it looks like her resume also came to the firm through a different channel. The recruiting director at Dewey
forwarded the resume to Carol Sprague in New York with the note: "We have one Georgetown Law student graduating in
May who would like to stay in DC." Carol forwarded the resume to Amy Fredenburg with the note: "I assume no, just
passing it on." We received only the resume and transcript -- no cover letter. Because our incoming class is full, Amy
treated Ms. Manafort's resume in the same manner that we treat other inquiries from recent grads -- with the standard
rejection letter. Please let me know if you have any questions.
- Jen

--------------------------------------------------------------------- **************************************************

SAU 158236
USA-REL-0158440

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==============================================================================

Confidential Treatment Subject to Rule 6(e)