# Exhibit 10

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Tuesday, June 5, 2012 2:27 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** RE: Are you seeing Andrea Manafort today?

I met with her at 8:30 am and she just left. If all goes well, she will be returning for more formal interviews and we can get you on that schedule. Sorry, I did not know you were in the office today. I will call you after my I conclude a conference call (on now).

---

**From:** Craig, Gregory B (WAS)
**Sent:** Tuesday, June 05, 2012 9:25 AM
**To:** Ettinger, Mitchell S (WAS)
**Subject:** Are you seeing Andrea Manafort today?

Is she seeing anyone else? Do you think she should? Can I come say hello?