# Exhibit 11

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Wednesday, June 06, 2012 2:13 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: getting together

Ok, first the good news. You have the third package in your account. So all is current.
Second, I have prepped everyone here that the schedule is the one that you gave to me. Given the breakthrough and co-operation, everyone understands and the pressure on me for early completion has ceased for now.
Third, I do want to catch up with you but don't want to do it while I am in Kyiv. Friday does work, preferably in the morning. Give me a time and a number and I will call you. It will take about 15 minutes to cover the items.
Fourth, on Andrea, she understands. I appreciate what has been done and am very grateful for your help.

---

**From:** "Craig, Gregory B" <Gregory.Craig@skadden.com>
**Date:** Wed, 6 Jun 2012 08:06:31 -0500
**To:** Paul Manafort <pmanafort@dmpint.com>
**Subject:** RE: getting together

Friday in NYC just doesn't work for me. I am traveling to British Columbia on Thursday, working on Friday and through the week-end, flying from Vancouver to Kyiv -- via Amsterdam -- on Monday-Tuesday. This should be our last fact-gathering mission to Ukraine . . . if all goes according to plan. The writing has already begun, but we have yet to complete the Tymoshenko side of things so we can't pretend to complete even a draft until we have explored the other side adequately.

We had two important meetings -- too early to say a break-through but maybe -- with counsel for the other side -- Sergiy Vlasenko -- last Thursday-Friday, and he says he will cooperate with us. We have asked for very specific things from their side by way of cooperation -- e.g. interviews documents, etc. -- and the body language is all good. We have yet to see anything concrete, however, other than a collection of CDs that purport to be tape recordings of the entire trial. This coming week will be the true test for them.

If you give me a time and a number in NYC, I can call you from Vancouver on Friday.

On the Andrea front, Mitch liked her as well. This is an excellent development, something that is -- as we say in the law -- absolutely necessary but not sufficient. I understand she is coming back for more interviews. Keep fingers crossed.

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Wednesday, June 06, 2012 2:45 AM
**To:** Craig, Gregory B (WAS)
**Subject:** getting together

Greg
My evening was out of control. Did not get back to my room until 100am.
Is it possible for us to have lunch in NY on Friday to finalize the last month?
BTW, the package arrived today. It is being forwarded to you this afternoon kyiv time.
Paul

PSS Andrea had a great meeting with your partner. She really liked him and his approach. Thank you for this. Words cannot

properly express my appreciation.

---

-------------------------------------------------------------- ********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
================================================================

Confidential Treatment Subject to Rule 6(e)

SAU 000629

USA-REL-0000894