# Exhibit 12

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Tuesday, June 12, 2012 11:28 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Andrea Manafort Interviews

Greg
My daughter met with the several of your partners and associates today. I have listed their names below. She was impressed with the seriousness of the interviews and the treatment she received.
I do appreciate you getting this re-started.
Andrea was told that she will hear back from Skadden in the next week to 10 days.
Being a "pushy " father, I would appreciate anything more that can be done at this point.
As you have seen, Andrea is a very bright person who will generate quality work and be a productive associate for the firm. In addition, there is her ability to generate new clients.It goes without saying that I will push all future business to wherever Andrea lands. So, the four million dollar contract can be viewed as just the beginning. If you could impress this upon your partners in an appropriate way I would be grateful. I do believe Andrea can generate business from her network. I know that I will generate seven figure annual fees over the next several years, not only from Ukraine but from other business ventures of mine.
Finally, I want to emphasize that Andrea is not looking to start the new job now. She can start after the Bar results are published, or in January. Thus, she won't be that much "out of cycle".
If there is anything more I can do to help generate an offer to join Skadden, please let me know.
Again, thank you for getting Andrea into the process. You are a true friend.
Best
Paul

---

**From:** Andrea Manafort <amanafort@gmail.com>
**Date:** Tue, 12 Jun 2012 17:11:20 -0500
**To:** Paul Manafort <pmanafort@dmpint.com>
**Subject:** Skadden names

Met with Greg Craig and Mitch Ettinger previously.

TODAY I met with the following people (in this order)

SKADDEN PARTNERS
Jen Spaziano
Joe Barloon
Chuck Walker

ASSOCIATES
Geoffrey Wyatt
Colin Ram
Maya Florence
--

_____
**Andrea Manafort**
Georgetown University Law Center, J.D. 2012

Confidential Treatment Subject to Rule 6(e)

SAU 158244
USA-0017241