# Exhibit 13

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Thursday, June 21, 2012 9:28 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: Manafort

Correct.

Sent from my iPhone

On Jun 21, 2012, at 10:26 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:

> Just to confirm: This is the memo to NYC explaining how and why we should give her an offer?
>
> ---
>
> **From:** Ettinger, Mitchell S (WAS)
> **Sent:** Thursday, June 21, 2012 4:25 PM
> **To:** Craig, Gregory B (WAS)
> **Subject:** Re: Manafort
>
> Ok. Write the memo.
>
> Sent from my iPhone
>
> On Jun 21, 2012, at 10:24 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:
>
>> I would like us to make her an offer. She doesn't have to begin in September. She is willing to start, I think, in January. Start date would be up to you. But I think we can keep her busy.
>>
>> ---
>>
>> **From:** Ettinger, Mitchell S (WAS)
>> **Sent:** Thursday, June 21, 2012 4:44 AM
>> **To:** Craig, Gregory B (WAS)
>> **Subject:** Manafort
>>
>> Have you decided what you would like us to do?
>> Mitch

Confidential Treatment Subject to Rule 6(e)

SAU 192900
USA-REL-0193128