# Exhibit 14

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Saturday, June 23, 2012 3:48 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: manafort memo

Thanks.

Sent from my iPhone

On Jun 23, 2012, at 4:16 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:

> I will do it Monday.
>
> **From**: Ettinger, Mitchell S (WAS)
> **Sent**: Saturday, June 23, 2012 08:28 AM
> **To**: Craig, Gregory B (WAS)
> **Subject**: RE: manafort memo
>
> Greg, your memo is fine, but it needs a little more on the business front, which is the only factor that will matter to New York under these circumstances. What matters, how much has been billed, what is the expected duration of the matters and what is the liklihood of future business and what kind -- (e.g., what does position Paul holds and how is in position to direct business our way). If you send me a paragraph on these topics, I will finalize and get it done.
>
> **From:** Craig, Gregory B (WAS)
> **Sent:** Friday, June 22, 2012 7:12 PM
> **To:** Ettinger, Mitchell S (WAS)
> **Subject:** manafort memo

Confidential Treatment Subject to Rule 6(e)

SAU 158266
USA-REL-0158470