# Exhibit 17

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Tuesday, June 26, 2012 2:08 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Firm Confidential (Andrea Manafort)

**Importance:** High

Greg,
Thank you for the memo. I placed it in a memo format and made some changes, keeping your substance (see below). If this is ok with you, I will submit it today with a recommendation that we make an offer, which I understand will be approved.

**CONFIDENTIAL**

## MEMORANDUM

June 26, 2012

TO: DC Litigation File
FROM: Greg Craig

Re: <u>Associate Offer to Andrea Manafort (Class of 2012)</u>

In response to your request, this memorandum sets forth the reasons why I recommend offering Andrea Manafort a position as an associate in the Litigation Group of the Washington, D.C. office.

Andrea graduated from Georgetown Law School in May 2012. Her resume and transcript are attached. She is spending this summer preparing for the bar examination. She would be available to start work either in the Fall or in January 2013, whichever is more convenient for the Firm.

Andrea comes to us out of the ordinary recruiting cycle through no fault of her own. Last Summer, she worked for Dewey LeBeouf in New York City. Dewey was pleased with her performance and gave her an offer of employment -- to begin work as an associate in Dewey's New York office this coming Fall. She accepted and made plans accordingly. Needless to say, Dewey's collapse has pulled the rug out from under her personally and professionally. She now wants to practice in D.C., and very much wants to work at Skadden.

I learned of Andrea's predicament from her father, Paul Manafort. In recent months, her father and I have been working very closely on a large matter that he helped bring to Skadden (155710/0001). This engagement has kept four partners and five associates busy for the past three months. The Firm was paid an advance retainer of $3 million for the engagement – against which we already have charged $1.6 million in time and expenses. We will receive an additional $1 million on June 29, 2012, making this a $4 million engagement that will be completed in just four months. He explained Andrea's situation to me and asked if his daughter could come to me for advice. It was a perfectly natural request, and I agreed to talk to her.

By way of further background, Andrea's father is one of the top Republican lobbyists in Washington, D.C. Paul has been working in Republican politics for almost forty years. He has very close connections with Republican contributors arising from his own involvement in every presidential campaign since 1980. With that history and his connections, Paul has established one of the most successful lobbying operations in D.C. history – Black, Manafort, Stone and Kelly – which merged with another firm in 1996. Paul has said that he would like to strengthen his relationship with Skadden, and he is likely to direct a lot of work our way if Andrea comes to Skadden.

I met with Andrea and came away thinking four things: (1) Andrea is very personable and engaging, an agreeable and charming young woman. She would be a strong member of any team; (2) Andrea is very smart

and, more than that, she has extraordinary people/communication skills. (All those who subsequently interviewed Andrea agree with this assessment); (3) Andrea is an ambitious young lady. She will work hard to succeed here, and she has the potential – given her father's network – to generate business; and (4) If she had been afforded an opportunity to be a summer associate at Skadden, she would have excelled and been given an offer to join the firm.

After meeting Andrea, I raised the prospect within the DC Litigation group of bringing her in for formal interviews. Before raising this prospect with the group, I asked Mitch Ettinger to meet with her, which he did. Thereafter, Mitch set up interviews with six individuals in our group, partners, counsel and associates. Five of the six recommended either that she "definitely receive an offer, or be given "strong consideration." My colleagues found her to be "an easy-going personality . . . very mature and capable . . . very motivated . . . a good fit . . . personable . . . and with good experience."

In sum, I recommend that the Firm extend an offer to Andrea. My prediction is that she will do very well here, that she will be a fast learner and that she will be well-liked. I think there virtually is no chance that she will disappoint. As explained above, from a business perspective, the upsides are considerable. I honestly cannot state concretely the amount of work I would anticipate on an annual basis, but it has the potential to be significant. Paul is thrilled with the firm's performance to date and is likely to refer significant additional business to us in the future. That likelihood becomes a certainty if we have Andrea working here. More than that, I truly believe that Andrea, due to her surname and her father's connections, will be able to assist us in obtaining new matters as well.

Thank you for the chance to make the case.