# Exhibit 18

**From:** Zornow, David M (NYC) [David.Zornow@skadden.com]
**Sent:** Wednesday, June 27, 2012 11:04 PM
**To:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**CC:** Mahoney, Colleen P (WAS) [Colleen.Mahoney@skadden.com]; Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: Andrea Manafort

You can tell Howard Ellin when you pursue those channels that I'm supportive.


On Jun 27, 2012, at 5:36 PM, "Ettinger, Mitchell S (WAS)" <Mitchell.Ettinger@skadden.com> wrote:

> David,
> As discussed at the DC Lit review meeting, attached is a memo from Greg Craig recommending that the Firm offer Andrea Manafort an associate position in our group. For the reasons articulated by Greg, we support the proposal and seek the Firm's approval to extend an offer to Andrea. Your assistance in pushing this forward is greatly appreciated.
> With warm regards from Germany.
> Mitch