# Exhibit 19

**From:** Ettinger, Mitchell S (WAS) [Mitchell.Ettinger@skadden.com]
**Sent:** Thursday, June 28, 2012 5:05 PM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: Andrea Manafort

I will take care of it.

Sent from my iPhone

On Jun 28, 2012, at 6:04 PM, "Craig, Gregory B (WAS)" <Gregory.Craig@skadden.com> wrote:

> If someone could give her a call today or tomorrow, that would be really great.
>
> ---
>
> **From:** Ettinger, Mitchell S (WAS)
> **Sent:** Thursday, June 28, 2012 01:47 AM
> **To:** Ellin, Howard L (NYC)
> **Cc:** Fredenburg, Amy (WAS); Sprague, Carol Lee H (NYC); Zornow, David M (NYC); Mahoney, Colleen P (WAS); Craig, Gregory B (WAS)
> **Subject:** FW: Andrea Manafort
>
> Howard,
> The DC Lit Department seeks authorization to make an offer to Andrea Manafort to join our fall class of associates. Andrea is a 2012 graduate from Georgetown, who had intended to join Dewey in New York before its collapse. Her father, Paul Manafort, has directed business to the Firm through Greg Craig. As you will see from the attached memo from Greg, he (and we) believe that extending an offer to Andrea is a win-win situation. First, although her grades were a little lower than we would like, she is smart and interviewed well. We think she will be an asset to the Group and be well liked. Second, her presence increases our chances of securing additional business through Mr. Manafort. He has expressed his gratitude to Greg for entertaining Andrea's application. Lastly, given this young lady's predicament, we feel that Skadden would be providing her with an opportunity to salvage the start of her career. Greg spells out our thinking in the memo. Colleen and I raised this issue with Eric Friedman and David Zornow during the recent semi-annual review. David has reviewed the attachments and supports this effort. We believe that Eric also will be supportive. Although I am in Germany for the next few days at a client site, I am available to speak at your convenience if you have any questions.
> Please let us know whether the Firm will authorize us to proceed.
> With warm regards.
> Mitch