# Exhibit 20

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Friday, June 29, 2012 10:56 AM
**To:** Craig, Gregory B (WAS) [Gregory.Craig@skadden.com]
**Subject:** Re: You are the MAN

Works for me. Either number at that time will work.
Btw, Andrea was still sky high at 1000pm last night. Thank you so much

---

**From:** , Gregory B <Gregory.Craig@skadden.com>
**To:** Paul Manafort <pmanafort@dmpint.com>
**Subject:** Re: You are the MAN

How about Sunday afternoon around 5 pm?

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Friday, June 29, 2012 05:50 AM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: You are the MAN

Have a safe trip home. I am available over the weekend. Can be reached on my cell ███████ or my summer home ███████. As you figure your schedule out, drop me a note as to the time that is convenient to call and I will be available.
P

---

**From:** , Gregory B <Gregory.Craig@skadden.com>
**To:** Paul Manafort <pmanafort@dmpint.com>
**Subject:** Re: You are the MAN

I am very glad this worked out for Andrea. Skadden is a classy place, I think. She will enjoy working with us, and we are lucky to have her.

I am leaving Kyiv in three hours, back to NYC and a funeral in Maine on Saturday morning. Can I call you over the week-end? If so, tell me which, number to use and when. I will be traveling in New England.

---

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Thursday, June 28, 2012 01:02 PM
**To:** Craig, Gregory B (WAS)
**Subject:** You are the MAN

Greg
Andrea received a call from Skadden today offering her employment as part of the associate class beginning in October.
I cannot thank you enough for helping andrea get this fantastic opportunity. You are the best.
Call me when you are out of ukraine so we can catch up. I have a number of things to update you on.
Paul

PS I assume you are a bit numb right now from your activity today. I am certain you had a day like no other in your life.

------------------------------------------------------------------- ********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************
=========================================================================

----------------------------------------------------------------- **********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************
=========================================================================

Confidential Treatment Subject to Rule 6(e)