UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-CR-00125 (ABJ) |
| | : | |
| **GREGORY B. CRAIG** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING
PURSUANT TO COURT'S SCHEDULING ORDER**

The United States of America, by and through its undersigned counsel, hereby submits a notice of filing to inform the Court that the government will not call expert witnesses at trial during its case-in-chief.

In addition, the government informs the Court that Defendant has taken the position that he may elect to challenge the testimony of certain government witnesses at trial, on the basis that the expected testimony of these witnesses is expert opinion testimony under Federal Rule of Evidence 702.  While the government disagrees with Defendant's position, in the event that the parties cannot resolve these disagreements through further discussions, we have asked Defendant to file a motion *in limine* with the Court so that these disagreements may be resolved before trial.  Attached hereto as Exhibit 1 is a copy of the government's correspondence as to this issue.

                                      Respectfully submitted,

                                      JESSIE K. LIU
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 472845

                      By:  /s/ Fernando Campoamor-Sanchez
                                      FERNANDO CAMPOAMOR-SANCHEZ (DC 451210)
                                      MOLLY GASTON (VA 78506)
                                      Assistant United States Attorneys
                                      United States Attorney's Office

        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Telephone: 202.252.7698 / 202.252.7803
        Fernando.Campoamor-Sanchez@usdoj.gov
        Molly.Gaston@usdoj.gov


        JOHN C. DEMERS
        ASSISTANT ATTORNEY GENERAL


By:  /s/ Jason B.A. McCullough
        JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
        Trial Attorney
        Department of Justice
        National Security Division
        950 Pennsylvania Ave NW
        Washington, D.C.  20530
        Telephone: 202-616-1051
        Jason.McCullough@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of June 2019, I served a copy of the foregoing Notice of Filing to counsel for Mr. Gregory B. Craig through the Court's electronic filing system.

                                                     /s/
                                      Fernando Campoamor-Sánchez