# EXHIBIT A

**From:** Sloan, Cliff (WAS)
**Sent:** Monday, February 13, 2012 1:13 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Yulia Tymoshenko

Sure
Cliff Sloan
202-371-7040

---

**From:** Craig, Gregory B (WAS)
**Sent:** Monday, February 13, 2012 08:03 AM
**To:** Sloan, Cliff (WAS)
**Subject:** Re: Yulia Tymoshenko

Can I call you in a few minutes?

---

**From:** Sloan, Cliff (WAS)
**Sent:** Monday, February 13, 2012 07:44 AM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Yulia Tymoshenko

I'll need to check the law.

Cliff Sloan
202-371-7040

---

**From:** Craig, Gregory B (WAS)
**Sent:** Monday, February 13, 2012 07:13 AM
**To:** Sloan, Cliff (WAS)
**Subject:** Re: Yulia Tymoshenko

I don't want to register as a foreign agent under FARA. I think we don't have to with this assignment, yes?

---

**From:** Sloan, Cliff (WAS)
**Sent:** Monday, February 13, 2012 05:55 AM
**To:** Craig, Gregory B (WAS)
**Subject:** Fw: Yulia Tymoshenko

Greg -- are you en route? Do you want me to follow up with Doug Schoen? Also, in light of the high-profile nature of the representation, we should alert Zornow and Eric Friedman. Do you want to do that, or would you like me to?

Cliff Sloan
202-371-7040

---

**From:** Buck, Bruce M (LON)
**Sent:** Monday, February 13, 2012 04:39 AM
**To:** Craig, Gregory B (WAS)
**Cc:** Sloan, Cliff (WAS)
**Subject:** RE: Yulia Tymoshenko

The general view seems to be that this is a no win situation. If we come out that it was NOT fair, they will not use our opinion and we could very probably be persona non grata for doing work there in the future. If we come out that it WAS fair, it will be viewed by Russia and others as a politically influenced opinion.

I have spoken with four other partners involved in the CIS-related practice. We would prefer that you do not do this, but

Confidential Treatment Subject to Rule 6(e)

SAU 157754

there is not a conflict as such. If you decide to go ahead, please can you wall off the European partners so there are no issues going forward.

---

**From:** Craig, Gregory B (WAS)
**Sent:** 10 February 2012 19:15
**To:** Buck, Bruce M (LON)
**Cc:** Sloan, Cliff (WAS)
**Subject:** RE: Yulia Tymoshenko

My guess is that the client would want enough control over the project to have an understanding in advance that they would want to be able to decide whether or not to make the results of our work pubic -- i.e. whether to publicize our view of the fairness or unfairness of the trial. My guess is that if we decide that it wasn't a fair trial, they would probably want us to *not* talk about it.

---

**From:** Buck, Bruce M (LON)
**Sent:** Friday, February 10, 2012 12:38 PM
**To:** Craig, Gregory B (WAS)
**Cc:** Sloan, Cliff (WAS)
**Subject:** RE: Yulia Tymoshenko

Have you considered the implications of our coming to the view that there was NOT a fair trial?

---

**From:** Craig, Gregory B (WAS)
**Sent:** 10 February 2012 17:33
**To:** Buck, Bruce M (LON)
**Cc:** Sloan, Cliff (WAS)
**Subject:** Yulia Tymoshenko

Bruce: Cliff and I just spoke again with Doug Schoen -- Viktor Pynchuk's guy in Washington DC -- and confirmed the nature of the assignment. It is to provide an independent analysis -- from the perspective of someone who has expertise and experience in the American criminal justice system and who can provide a respected opinion about due process and procedural fairness according to Western standards of criminal justice -- as to whether procedurally the prosecution and conviction of the former Prime Minister of Ukraine fell short of those standards or measured up to those standards. We are not being asked to render an opinion on her guilt or innocence. We will be asked to render an opinion on whether she is victim of an unfair procedure. Thank you for your help on this. Greg

Confidential Treatment Subject to Rule 6(e)

SAU 157755