# Exhibit 2

FD-302 (Rev. 5-8-10)

-1 of 13-



**UNCLASSIFIED//FOUO**

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/20/2018

    On July 10, 2018 JONATHAN HAWKER (HAWKER), was interviewed at the United States Attorneys Office for the Southern District of New York located at 1 St. Andrews Plaza, New York, New York 10007.  Present for the interview were FBI Special Agents Russell Beverly and Daniel Kegl; Assistant U.S. Attorneys (AUSA) George Turner, Jane Kim, and Kristy Greenberg; U.S. Department of Justice Attorney Jason McCullough from the Counterintelligence and Export Control Section; and Senior Assistant Special Counsel Andrew Weissman. Also present were HAWKER's Attorneys Timothy Heaphy, and Kevin Gaunt, Hunton, Andrews, Kurth LLP, 2200 Pennsylvania Avenue, NW, Washington D.C. 20037.  After being advised of the identity of the interviewing parties and the nature of the interview, HAWKER provided the following information:

    AUSA George Turner advised HAWKER that his participation in the interview was voluntary, and also advised HAWKER that he needed to be truthful in his answers because lying to a federal agent could constitute a crime.  HAWKER verbally acknowledged that he understood both of these points.

    HAWKER was provided with a binder of tabbed exhibits prepared by the United States Attorney's Office for the Southern District of New York. The interviewers referenced the exhibits throughout the interview. A copy of the binder is attached hereto as a physical 1A package.

### HAWKER BACKGROUND

    HAWKER received his undergraduate degree in London with a focus on languages, and then received a post-graduate degree in Journalism in Cardiff.  In 1991 he became a television reporter working for the BBC, before leaving there to work in Brussels. His reporting career included extensive international work before contracting malaria in Sierra Leone.

    Following a six month period of not working due to his illness, HAWKER dabbled in the Public Relations (PR) work of his wife, helping advise her

**UNCLASSIFIED//FOUO**

Investigation on    07/10/2018    at    New York, New York, United States (In Person)

File #    [redacted]    Date drafted    07/11/2018

by    Russell Beverly, KEGL DANIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 2 of 13

on a client's crisis.  Following that experience HAWKER went to work for Fleishman Hillard (FH) London around the year 2000 specializing in crisis litigation.

After one to one-and-a-half years at FH, which HAWKER characterized as dysfunctional, HAWKER set up his own firm named Partner PR. This was later sold to Financial Dynamics, which was itself later sold to FTI Consulting (FTI).

Following the events in Ukraine HAWKER left FTI in 2014 because he was embarrassed and "tainted" for never getting FTI reimbursed for its expenses in Ukraine. This led to his being sidelined.  In effect, he "saw the writing on the wall." Since then he has worked for himself.

INTRODUCTION TO SKADDEN, ARPS, SLATE, MEAGHER, and FLOM LLP AND BEGINNING OF THE UKRAINE JOB

HAWKER was originally introduced to Skadden, Arps, Slate, Meagher, and Flom LLP (SA) while he was working PR for an internal FTI employee issue. SA was brought in as legal counsel on the issue and HAWKER met Matthew Cowie (MC) of SA.  HAWKER was unfamiliar with SA prior to working with them on the internal FTI issue.

Later after the issue that had introduced them was resolved, MC reached out to HAWKER about an opportunity to work for the Government of Ukraine.  As FTI employees are pressured to bring in business and income, HAWKER jumped on the chance due to "needing work."

He originally understood the scope of the work to be helping Ukraine to recoup state money lost by Yuliya Tymoshenko.  He understood the money to be located in Switzerland and the United States.

EVOLUTION OF WORK

After the initial contact MC introduced HAWKER to Alex van der Zwaan (VDZ). It was VDZ who ultimately introduced HAWKER to Rick Gates (RG).

HAWKER explained that FTI was required to go to Ukraine and make a pitch to the Prosecutor General (PG) of Ukraine. FTI presented a basic PR litigation strategy to them. HAWKER recalled that the PG liked them and the presentation, but he was not particularly interested in buying or paying for FTI's services.  Following the pitch there was a back and forth over whether FTI was contracted or not.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 3 of 13

    Eventually RG told HAWKER that FTI was indeed contracted. HAWKER viewed RG as the true client because instructions came from him. The PG was also the client in that they worked in the PG's building. HAWKER viewed Ukraine as the ultimate client because RG was working for the Ukrainian President and providing their instructions to FTI.

    It was also RG with whom HAWKER and Jon Aarons (JA) dealt with payment issues. HAWKER explained that payment first came once they were already well into the job. HAWKER asked RG whose money it was and RG said it was an oligarch's, that when Ukraine has to pay for something like this, the President asks whichever oligarch whose turn it is to cover the costs. HAWKER described RG as Paul Manafort's (PM) fixer. HAWKER described PM as the puppet master and RG would be stressed if PM was unhappy.

    HAWKER explained that he and his team, JA, Grace Reynolds, Sean Galvin, and Ross Hall, would stay at the Fairmont hotel, where the SA team was also staying. RG told them their role was to help the PG, but RG had instructed them to room far away from the PG offices and the Fairmont was suitably far away. For work, they would be picked up in a van and snuck in a side door to the basement of the PG offices. HAWKER commented that the SA employees were better treated, having drivers from the airport, and not being snuck around.

<u>The Skadden Arps Report (SAR)</u>

    HAWKER recalled RG telling him that the SA report (SAR) was a PR tool. He explained to HAWKER that the West's perception that Yuliya Tymoshenko had been unfairly tried and convicted was preventing Ukraine from developing closer ties to the West. If the SAR was successful, it would appear as an independent endorsement of the Tymoshenko conviction. This would help push back against the perception of corruption in the government and allow Ukraine to draw closer to the West and the money that could offer.

    According to HAWKER, MC and VDZ were the two SA employees who spent the most time in Ukraine. They stayed in the same hotel, but did not interact with the FTI team very much. VDZ was more talkative than MC though, sometimes giving away some gossip. HAWKER stated that VDZ and MC were there doing interviews, but didn't seem to do that many and played a lot of tennis. HAWKER never discussed the purpose of the SAR with them.

    HAWKER first met Greg Craig (GC) when GC was in Ukraine, long before the SAR was actually published. HAWKER did not know of GC before the

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER ,On 07/10/2018 ,Page 4 of 13

Ukraine work, but VDZ had said he was important. HAWKER also learned early in the process that GC had a friendly relationship with Ed Reilly (ER), head of FTI's Strategic Communications division.

HAWKER ended up meeting GC a total of three to four times in Ukraine, and once in New York, New York. Their initial relationship was not good. They met the first time for a meeting in the business lounge at the Fairmont hotel and GC wanted nothing to do with FTI. HAWKER determined that GC wanted to write his "academic report," take the money, and leave. HAWKER perceived he was a "pain in the backside" for GC. GC also did not like the way talking points on the SAR were done. GC's attitude changed at the Harvard Club meeting when GC agreed to be more active regarding the report. GC never gave HAWKER an opinion on the Tymoshenko case, he didn't entertain HAWKER in that sense. It was HAWKER's opinion that the report was "rubbish," and did not help the client like RG said it would.

DOCUMENTS

When presented with documents FTI-011623, FTI-011624, and FTI-011628 HAWKER described it as his work and that it was a normal PR litigation proposal that is provided after a pitch explaining what services could be provided to the client. When asked what a litigation PR program entailed, HAWKER said it was really just media relations which may include indirect contact to reporters and "seeding." HAWKER explained that at the time of this document the geographic scope of the job, as well as the actual aim, was unclear. Due to the FTI structure, it was beneficial for him to try and set up inclusions of other divisions including Brian Maddox and the U.S. team.

HAWKER explained document FTI-5273 demonstrated he was not exactly sure what the client wanted, what resources would be available, or even who would be involved. He did think it odd that VDZ was negotiating, and he was unsure how the scope had changed to not include U.S. He theorized that more effort was wanted in the EU as that was the way he understood PM wanted to move Ukraine.

He also described document FTI-5270 as a "fairly standard negotiating email." The third party loaning referred to his not knowing who the client was going to be, possibly the Prosecutor General of Ukraine, Skadden Arps, one of Paul Manafort's entities, or an oligarch. He definitely wanted a contract to try and ensure fees would be covered. He was not sure how the mentioned option of third party contracting came to be, but did recall that RG was involved.

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 5 of 13

   Regarding Option 2 in the email, HAWKER described the front group as something like the European Center for a Modern Ukraine (ECFMU), about which RG had told HAWKER. HAWKER called the ECFMU a classic front group, something that was not the independent NGO it purported to be, but was run by two PR firms and the Ukrainian government. HAWKER claimed this was a common tactic in the PR world.

   Document FTI-8072 prompted a vague recollection of there being some sort of second Tymoshenko trial in Kharkiv. HAWKER thought that he helped prepare some of the prosecutors regarding the media aspect of the trial.  He also recalled that the Deputy Prosecutor General (DPG) Renat Kuzmin hated media training and Konstantin Kilimnik (KK) told HAWKER that Kuzmin wanted Prosecutor General Pshonka's job.

   Document FTI-8071 was setting up a meeting that HAWKER had with the SA employees including GC. At that meeting the "firm views" the email mentioned were basically this: SA leads, FTI follows. Though unclear of the specifics, HAWKER's take away was that FTI would stay out of the way, when SA was done with the SAR, then FTI would come in. HAWKER felt there was no ambiguity about the purpose of FTI doing PR with the SAR, but that he was to stay out of the content of it.

   HAWKER explained that GC was fiercely independent to the point of being difficult and that RG intervened to try and influence the report some after HAWKER told him it was not fit for the PR purpose. HAWKER added that from a PR perspective, the appearance of independence was what gave the document any credibility.

   Documents FTI-8042 and FTI-8043 were prepared by HAWKER and outlined what he thought they should do on the job. They were based on information provided by the PG from which HAWKER drew the conclusion the trial was valid and a crime was committed. HAWKER drew this conclusion based only on the PG's assurances that they were investing in the SAR because they were so confident things were done correctly. Only FTI people were at this meeting, RG never came to the PG offices while FTI was there. RG separately told him the report will find X and this is what needs to be done.

   Document FTI-8043 features several bullet points HAWKER discussed. One bullet point mentions criticisms which HAWKER said were included because RG had indicated to him that the SAR would not be a total "whitewash."  The bullet point mentioning FARA registration pertains to

**UNCLASSIFIED//FOUO**

USA-0007937

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER ,On 07/10/2018 ,Page 6 of 13

HAWKER having asked VDZ about FARA and SA's position on it. VDZ told him they would not do anything implicating FARA. When HAWKER asked what that meant for FTI, VDZ told him to speak to their own lawyer.

HAWKER also complained to RG about the bad position it put FTI in because he could not really do his job without a spokesperson from SA. RG told him not to worry about it, that PM would deal with it.

HAWKER relayed that document FTI-8044 pertained to three to four advance briefings, or what he called seeding. This is where the story is provided early to a few selected journalists in the hope they will write exactly what the client wants, have the first story out, and that it will influence other journalists writing on the topic. HAWKER stated that SA was the most compelling source to do this reaching out, followed by the Ministry of Justice, and finally FTI itself. HAWKER hoped at the time of this document that SA would become involved, and RG wanted SA to step up its involvement too. RG could not believe it was realistic for them to think they could do the report with no media aspect. This process, labeled as point "3." in document FTI-8048, had been approved by someone at SA, but HAWKER was unsure who did this.

HAWKER denied that document FTI-8783 was prepared by him, and did not know who had prepared it. It did prompt HAWKER to discuss the ECFMU and he believed Ukraine had other NGOs in Brussels. Based on what he had seen and heard, HAWKER thought the ECFMU was a front group. HAWKER believed that the ECFMU was run by Burston Marstellar (BM) and Fleishman Hillard (FH). On one occasion HAWKER had met with these firms and RG regarding coordination. HAWKER added that RG had discussed his dissatisfaction with their performance as lobbyists and PR representatives for ECFMU, at one point threatening to pull the contract on one of the firms. RG also mentioned that he controlled the ECFMU but had some sort of conflict with Ina LNU, the person who allegedly ran it.

When shown documents FTI-8786 to FTI-8789 which included information on U.S. outreach HAWKER explained that this information came from RG, who told HAWKER not to worry about the U.S., that he had that covered. HAWKER therefore never had any contact with the listed individuals. HAWKER said RG dangled the possibility of U.S. work for FTI, but it never materialized.

Regarding documents FTI-4190 and FTI-4191 HAWKER said that he thought the referenced Rob Mack (RM) was a BM guy, but he never met him, at most they had both been on the same conference call. HAWKER had no idea what JA was talking about when trying to keep from having their numbers show up if they spoke with RM.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 7 of 13

    The "PR Agency Washington" referenced in documents FTI-9998 to FTI-010005 was unknown to HAWKER, again he was told by RG that they had the U.S. covered and to essentially "butt out" on that.

    Regarding the listed journalists in document FTI-10006 HAWKER stated that journalists were selected in the following way: Ukrainian journalists were selected by the PG office, Moscow journalists were chosen by FTI Moscow personnel, U.K. journalists were chosen by HAWKER, and the U.S. journalists were provided by RG.

    Document FTI-148025 showed HAWKER using partnerpr@me.com for an email address. When questioned about this he explained it was from his old PR company and that he had a few different emails linked to his Apple account. He explained that he used different email addresses a few times at the behest of RG who liked using other accounts. He would also use it sometimes when the FTI system was slow. HAWKER added that RG made him use Viber as well.

    HAWKER said that this email specifically resulted from KK asking for a followup after KK had informed him that the Ukrainians had listened in to HAWKER's phone call and heard him complaining about the report. KK asked for a summary of what he had said on the phone so they could see why the Ukrainians were mad about it. HAWKER did not recall the contents of the GC call the next day.

    Document FTI-9699 referenced GC's "plan," but HAWKER had no recollection of any real plan affiliated with that email, more that it was related to scheduling when the SAR would come out. However, HAWKER did not really care when the SAR came out, just how it did.

    For documents FTI-8014 to FTI-8017 HAWKER stated that this was not his document, but that he had contributed to its creation. In regards to the highlighting in paragraph 6 of document FTI-8015 HAWKER was unsure, but thought it was referring to having FTI do outreach on behalf of SA.

    HAWKER had no recollection of document FTI-1805.

    In document FTI-7445 HAWKER stated that the Bloomberg part came from RG.

    HAWKER next discussed the Harvard Club meeting, confirmed in document FTI-3488, which he broke into two parts, a pre-meeting and the actual meeting. This took place as they were getting closer to release of the SAR and the purpose was to get GC to do anything media related. HAWKER recalled the pre-meeting was attended by PM, RG, VDZ, and HAWKER at Manafort's Trump Tower apartment.

**UNCLASSIFIED//FOUO**

USA-0007939

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 8 of 13

    This pre-meeting was a short discussion, with PM saying to leave it to him to handle GC. PM asked what exactly it was HAWKER wanted GC to do.  HAWKER's answer was that GC had to meet with journalists. HAWKER explained that SA not commenting on the SAR would be damaging to both SA and Ukraine. VDZ was in favor of whatever DM wanted to do. There was general agreement that everyone at the pre-meet was supportive of getting GC on board; however there was no elaboration on how GC would be prompted. At this pre-meeting the Foreign Agents Registration Act (FARA) never came up.

    At the pre-meeting it was still the plan that Al Hunt from Bloomberg would be the person approached to seed the SAR in the U.S. HAWKER had no recollection of a Senator Durbin.  He also had no recollection of a dinner meeting at Monkey Bar.

    HAWKER did recall RG saying Senator John Kerry had a different perspective than Hillary Clinton. RG also always claimed to have White House contacts, but none of it ever meant anything to HAWKER.

    At the actual Harvard Club meeting HAWKER remembered the same people from the pre-meeting were present, plus GC and Alex Haskell (AH). HAWKER recalled that GC was in a really good mood, and friendly. He seemed very happy to be talking about Harvard and HAWKER was surprised by the amicability. Though he does not recall how long the meeting lasted, he knew GC budged and said he would speak with some journalists. HAWKER stated that the agenda attached to document FTI-5805 probably was not even used. HAWKER's takeaway was that GC would do some outreach. Document FTI-5807 which was a copy of the "Master Control Grid" included a spot for "Project Team-Bloomberg GC/SKA" which would have been added to the grid under RG's instruction when it was still the plan to contact Bloomberg. Later RG informed HAWKER that GC had said he had a trusted relationship with David Sanger (DS) of the New York Times (NYT) and that he would seed him.  It was after this when documents were updated further.

    Document FTI-5811 included one talking point claiming the Ministry of Justice had not been provided a draft.  HAWKER understood drafts went out, so it was inaccurate to say it would not have been independent if they had requested a draft, but HAWKER denied knowing if the Ministry of Justice ever got a draft.

    In document FTI-5816 RG mentioned Mercury Clark Weinstock and another group run by Glen Selig that HAWKER thought functioned like a PR Newswire, but Selig's role was not really told to HAWKER.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER ,On 07/10/2018 ,Page 9 of 13

In the attachment to document FTI-26136 HAWKER stated he had heard of Podesta Group because they were both in Kiev during the Ukrainian Elections. HAWKER was there in hopes of getting election related business for FTI.

When questioned about the part calling for President Obama to be contacted, HAWKER did not recall whether it happened. He stated that the assignments on document FTI-26136 were all coordinated by RG and PM. RG was running the show in many respects at this point.

HAWKER said that somewhat unexpectedly RG told him he would have to speak with DS and tell DS that GC would give him a copy of the SAR. This took place at a meeting with PM, RG, VDZ, HAWKER, Alan Friedman, and Eckhart Sager. HAWKER had to arrange the actual mechanics of reaching out though. HAWKER thought he coordinated this with GC. He also recalled GC only agreed to do outreach to a few media outlets.

Document FTI-26230 was, according to HAWKER, regarding his reaching out to GC about coordination. The plan was for HAWKER and GC to coordinate with DS. Document FTI-26230 showed HAWKER's name by DS and the NYT because he was supposed to reach out to DS before GC.

Document FTI-24281 is an email in which HAWKER emailed DS, only to find out that someone, presumably GC, had already spoken with DS a month or so prior. HAWKER did not know for sure who had already reached out, but suspected it was GC.

HAWKER complained to RG about someone having already reached out, because it made him look silly for doing so. RG was unconcerned as the outcome seemed to have been getting what they wanted. HAWKER never briefed DS on the SAR. It was clear from RG that GC wanted to do the briefing, GC did not want HAWKER doing it. HAWKER thought this was weird as he was supposed to have done the briefing and GC give quotes, but then GC wanted to do more.

In document FTI-24283 HAWKER again thought he would be doing the briefing, but he spoke to GC and GC said to leave it to him. GC was calming to HAWKER who was getting upset with the uncertainty going on, especially while being pressed for updates by RG and KK.

This document also mentioned a Washington Post contact. HAWKER did not know who it was, but GC had said if DS was uninterested in the story he had a guy at the Washington Post who would do it. GC raised this possibility himself.

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 10 of 13

As mentioned in document FTI-24279 the hand delivery of the report was GC's idea, according to HAWKER, nobody asked him to do that. Because the NYT took the article, they never had to reach out to the Washington Post or Al Hunt. HAWKER stated that the NYT piece had GC's hands all over it. HAWKER stated that at SA only GC would have spoken with media because of his familiarity with the SAR.

HAWKER stated that he did not have contact with other U.S. based journalists, but qualified that statement when shown documents FTI-25400 and FTI-25401. Here HAWKER admitted that the writer was U.S. based for Radio Free Europe. However, his statement about no other contact was meant as far as seeding, this was "reactive" after being contacted. HAWKER admitted that he "made an error" by saying they were not representing the Ministry of Justice. He stated they did not have a contract with the Ministry of Justice, but that he "fudged it incorrectly." He stated that he did not take that tact with other journalists. His motivations for this were that he was worried FTI was going to be the story, rather than the SAR, which would have been bad. HAWKER maintained that he did not like the question asking about the retainer and did not feel comfortable with Radio Free Europe who he did not know, compared to a publication like the Telegraph, where he responded differently. He also maintained that his response was not about U.S. vs. U.K., but that radio vs. print media differences factored into his decision to give different responses. He reiterated that his representation in the email was not true, he was only thinking of FTI being the story and ruining the whole release.

In document FTI-26790 GC had provided some quotes to the Telegraph, and HAWKER had "tightened" it but did not feel as though he had changed it. Later in document FTI-27120 where HAWKER says to RG that he changed GC's quotes to the Telegraph, HAWKER claims he was just boasting and showing off to exaggerate his role. HAWKER had no recollection of GC reacting to this or discussing it with him, though GC did send him an email the next day, document FTI-25418, saying to call right away. HAWKER did not recall the conversation though he admits he probably would have called in response to such an email.

HAWKER described the Robert Amsterdam from document FTI-27125 as a third party commentator/media operator that can be brought in "to add value" by saying something supportive. He was a previous contact of HAWKER who HAWKER introduced to RG, but HAWKER has no recollection of their having met and did not think Amsterdam was engaged on the matter.

HAWKER explained that prior to engagement on this project his FARA experience was nil. His only experience was having read an article on it in PR Weekly which he thought was interesting since it had arisen out of

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER , On 07/10/2018 , Page 11 of 13

Nazi efforts in the U.S. in World War II.  He had never worked a FARA issue before, but it was on his radar as it was his first job working for an actual government.  He did no FARA research beforehand though.

When shown document FTI-588 which showed him raising FARA, he reiterated that he had that concern at the outset since it involved a government, politics, and might be in the U.S.  He also raised the issue in the context of whether FTI was willing to do the job as he was trying to broaden the job to include other parts of FTI business in the U.S.  Once told that they were ok, but might have to reconsider if they used anyone in the U.S., he let it be. HAWKER stated that the impact of registering was never discussed; however, JA and ER may have discussed it further.

In response to questions on document FTI-3566 HAWKER stated that Washington, D.C. was not dropped from the list due to discussion of FARA.  HAWKER said he spoke to VDZ about FARA. VDZ said HAWKER could consult his own lawyer, but since their work was focused in the EU, there was not a FARA issue. Afterwards, HAWKER did not worry about FARA. HAWKER understood at that point that if work expanded to the U.S. the FARA analysis would change, but HAWKER admitted in hindsight he should have gotten further advice on FARA.

HAWKER also stated that ER gave him the idea that U.S. resources being used would trigger FARA, but that U.S. resources were not used.  He only tried to get the U.S. media arm involved, but he thought FARA required political involvement to be triggered.

Documents FTI-579 and FTI-687 prompted HAWKER to explain that he had agreed to apprise management if work expanded to the U.S., but when it expanded to DS/the NYT it did not strike him as the sort of change needing him to follow up. Just speaking to a U.S. based journalist from Kiev to set up a meeting did not alert him.

HAWKER said he never had any FARA discussions with GC and GC did not raise FARA concerns when they agreed to approach the U.S. journalists, so it did not really cross HAWKER's mind to worry. He felt if GC was doing something that it could not be wrong. HAWKER later reiterated that he just did not think contacting DS in the U.S. was an issue due to his flawed understanding of FARA. He only learned that FARA applied to this type of PR when he initially met with the Special Counsel's Office (SCO).

Document FTI-3744 included a mention of FARA in June, but it was in the context of the DPG potentially going to the U.S. and wanted FTI to help set up the trip. HAWKER explained that he and FTI wanted no part of that

**UNCLASSIFIED//FOUO**

USA-0007943

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U) Interview of Jonathan HAWKER ,On 07/10/2018 ,Page 12 of 13

trip because he did not like the DPG and felt there was a political aspect to the trip. He was looking for a good excuse not to be involved.

HAWKER could not recall the reason for wanting to speak with ER in document FTI-624, but guessed it might have been FARA, resources, or discussion of what the Ukraine engagement was asking him to do. HAWKER did not recall ever raising or discussing FARA issues after the few early instances. He never discussed FARA with PM. Early on he once asked RG if they had registered under FARA and was given a flaky, dismissive answer. He did not consider it his business what DM was doing and did not pursue it further.

Document FTI-28086 referenced Ukraine 1 and Ukraine 2. HAWKER explained that Ukraine 1 was "Project Veritas" a meaningless name assigned to the PR related to the SAR. Ukraine 2, which never materialized, would have been Litigation PR and asset recovery.

Document FTI-554 also related to some potential further work that did not work out.

When asked about his last contact with individuals related to the SAR, HAWKER relayed the following:

HAWKER thought his last contact with GC would have been prior to 2014. HAWKER felt he had ruined the relationship between FTI and SA, so HAWKER forwarded GC some business from a client who needed some public policy work and they never spoke again.

HAWKER said he had coffee with VDZ now and again and that VDZ had given HAWKER some work that only amounted to one day of PR for a court case. Sometime before the SCO's investigation into FARA-related activities regarding Ukraine became public HAWKER had lunch or coffee with VDZ and the Ukraine came up in the context of what a "loony" job it was.

Since the fallout of the Ukraine job HAWKER has had no contact with anyone at SA. Since his last interview by SCO he had received a text from a Stephen Brown that he described as a weird text.

Since his first SCO interview HAWKER stated he had no contact with "big players." He did see JA a few weeks ago whom he told not to worry, that this problem was HAWKER's creation and he was owning it as his problem. He added that JA would be the sort to get anxious and he was trying to assuage his concerns. FARA did not come up between them. HAWKER was presented with document FTI-1144 where he had emailed with JA. He did this because a former colleague had reached out to HAWKER asking about Ukraine

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U) Interview of Jonathan HAWKER  , On  07/10/2018 , Page  13 of 13

and FTI's involvement there. In the email HAWKER mentioned telling JA what "line" he had took, but explained all that really meant was to tell JA how he was contacted, that he knew the person who had contacted him, that he had pushed it off, etc. HAWKER added that the NYT had also contacted him about a story they were working on.

**UNCLASSIFIED//FOUO**

USA-0007945