# Exhibit 1

**From:** Sloan, Cliff (WAS)
**Sent:** Friday, July 27, 2012 2:56 PM
**To:** Craig, Gregory B (WAS)
**Subject:** RE: info needed for Ukraine

Got it. Interesting. I'm giving the opus a final read now. By the way, we need to figure our our next project(s) to keep little Alex busy. Give me a call when you have a second and let's discuss.

Cliff Sloan
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7040 | F: 202.661.8340
cliff.sloan@skadden.com

Skadden

---

**From:** Craig, Gregory B (WAS)
**Sent:** Friday, July 27, 2012 9:53 AM
**To:** Sloan, Cliff (WAS)
**Subject:** FW: info needed for Ukraine

I asked for a status report of the Ukraine account. See below. The June invoice is in excess of $1 million. So as of June 30, there was approximately $1.47 in the account yet to be used. Time and expenses for July will probably use $1 million of that leaving $.47 million in the account at the end of this month. Just a guess.

---

**From:** Whitney, Catherine M (WAS)
**Sent:** Friday, July 27, 2012 9:46 AM
**To:** Craig, Gregory B (WAS)
**Subject:** FW: info needed for Ukraine

FYI.

*Catie Whitney*
Assistant to Gregory Craig, Luke Meisner and Avia Trower
Skadden, Arps, Slate, Meagher & Flom LLP
T:  202-371-7401 | cwhitney@skadden.com

---

**From:** Prender, Alicia F (WAS)
**Sent:** Friday, July 27, 2012 7:37 AM
**To:** Whitney, Catherine M (WAS)
**Cc:** Manyazawale, Berhane (WAS)
**Subject:** RE: info needed for Ukraine

We have received $4,150,000 from the client. We have applied $1,680,000.14 to the below invoices.

| Bill Date | Bill # | Bill Amt |
|---|---|---|
| 05/02/12 | 1412439 | $13,760.00 |
| 05/18/12 | 1416177 | $738,071.30 |
| 06/26/12 | 1421067 | $928,168.84 |
|  |  | $1,680,000.14 |

There is $2,470,632.67 in the account as of 7/16/12 (see attached). We have not applied to the June invoice (not finalized yet).

**Alicia F. Prender**

**Client Accounting Manager**
**Skadden, Arps, Slate, Meagher & Flom LLP**

T: 202.371.7690 | F: 202.661.8319
Alicia.Prender@Skadden.com

---

**From:** Whitney, Catherine M (WAS)
**Sent:** Thursday, July 26, 2012 5:47 PM
**To:** Prender, Alicia F (WAS)
**Cc:** Manyazawale, Berhane (WAS)
**Subject:** info needed for Ukraine

Greg just asked for the following information (I can get this first thing tomorrow morning):

In the Ukraine matter (155710/0001) as of today how much money is left in the retainer account. Also if you can tell me how much we received for retainer (over the course of this case).

Thanks!
Catie


Catie Whitney| Assistant to Gregory Craig, Luke Meisner and Avia Trower
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
202.371.7401 (o) | 202.393.5760 (f)
cwhitney@skadden.com