# Exhibit 2

**From:** Haskell, Alex T (WAS) [Alex.Haskell@skadden.com]
**Sent:** Thursday, August 23, 2012 11:16 PM
**To:** Sloan, Cliff (WAS); Van Der Zwaan, Alex (LON); Kedem, Allon (WAS)
**CC:** Craig, Gregory B (WAS)
**Subject:** FW: Hello Sergiy -- Two Important Questions

Please see my response to Vlasenko's e-mail below. This response was based on Greg's instructions re: the meeting with Tymoshenko, and Allon's comments re: the questions asked of Vlasenko.

Alex T. Haskell
(Admitted to Practice in California Only)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7332 | F: 202.661.8331
alex.haskell@skadden.com

 Please consider the environment before printing this email.

---

**From:** Haskell, Alex T (WAS)
**Sent:** Thursday, August 23, 2012 6:13 PM
**To:** 'Sergiy'
**Cc:** Craig, Gregory B (WAS)
**Subject:** RE: Hello Sergiy -- Two Important Questions

Sergiy,

Thank you for your response. We are considering your request for a second meeting with Mrs. Tymoshenko and will respond to that request shortly.

In the meantime, are you able to promptly respond to the two questions previously discussed? For the purpose of clarification, I have modified Question 1. Our two questions are as follows:

**(1)** In her ECtHR Application, Mrs. Tymoshenko claims that during the pre-trial period, *"she was called almost daily to attend the GPU for interrogations in two other criminal cases,"* and claims that these meetings interfered with her ability to prepare for the "abuse of power" trial. Additionally, you discussed this issue in meetings with Greg and me. Can you please provide us with a list of all dates <u>between 24 May 2011 and 4 July 2011</u> on which Mrs. Tymoshenko attended pre-trial meetings about unrelated criminal cases with Investigators and/or members of the Prosecutor's office?

Alternatively, can you provide us simply with the <u>number</u> of such meetings that occurred? We know that, because some time has passed since May/June/July 2011, compiling a list of the exact dates may be difficult. The <u>number</u> of such meetings would be sufficient, and very helpful to us.

**(2)** The Prosecution claims that you had adequate opportunity to review the case file. The prosecution's version of events is as follows: On May 26, 27, and 30, 2011, you copied ten of the 14 volumes of the case file. During this period, Alexander Nechvoglod, the senior investigator assigned to Mrs. Tymoshenko's case, offered you assistance with copying the remaining four volumes. According to the prosecution, you repeatedly refused the offer stating you would copy the volumes the following day. Then, on June 6, Mr. Nechvoglod copied the remaining four volumes and offered them to you in exchange for your signature confirming receipt of the entire case file. However, you refused Mr. Nechvoglod's offer, explaining that you and your client were occupied reviewing the other case file volumes.

What do you recall about these particular events involving your access to the case file in late May and early June 2011?

Thank you, Sergiy.

Alex

Alex T. Haskell
(Admitted to Practice in California Only)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: 202.371.7332 | F: 202.661.8331
alex.haskell@skadden.com

 Please consider the environment before printing this email.

**From:** Sergiy [mailto:vlasenko.sergiy@gmail.com]
**Sent:** Thursday, August 23, 2012
**To:** Haskell, Alex T (WAS)
**Subject:** Re: Hello Sergiy -- Two Important Questions

Alex,
Sorry for being silent for all this time-I was really extremely busy. I want to inform you that Mrs. Tymoshenko appreciate our last meeting. If it would be possible to organise one more meeting of your team with her. She have some additional very important information that she wants to share with you.
Thank you,
Waiting for your answer.
Best regs
Sergiy

Отправлено с iPad

22.08.2012, в 21:42, "Haskell, Alex T" <Alex.Haskell@skadden.com> написал(а):

> Sergiy,
>
> I hope all is well. I am e-mailing you to follow-up on the e-mail below which I sent to you last Thursday, August 16th. It is very important that we receive your prompt responses to the two questions stated below. Please do not hesitate to inform me if you require any clarification as to either of the questions. Thank you very much, as always, for your help and cooperation.
>
> Alex
>
> **Alex T. Haskell**
> **(Admitted to Practice in California Only)**
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**
> **T: 202.371.7332 | F: 202.661.8331**
> **alex.haskell@skadden.com**
>
>  Please consider the environment before printing this email.

---

**From:** Haskell, Alex T (WAS)
**Sent:** Thursday, August 16, 2012 8:17 PM
**To:** '?????? ????????'
**Cc:** Craig, Gregory B (WAS)
**Subject:** Hello Sergiy -- Two Important Questions

Sergiy,

I hope you are well in Kyiv. We have greatly appreciated your help and cooperation throughout our work in Ukraine. I have two questions for which your prompt response would be appreciated.

(1) Can you provide us with a list of all dates <u>between 24 May 2011 and 4 July 2011</u> on which Mrs. Tymoshenko attended pre-trial meetings with members of the Prosecutor's office about unrelated criminal cases.

(2) The Prosecution claims that you had adequate opportunity to review the case file. The prosecution's version of events is as follows: On May 26, 27, and 30, 2011, you copied ten of the 14 volumes of the case file. During this period, Alexander Nechvoglod, the senior investigator assigned to Mrs. Tymoshenko's case, offered you assistance with copying the remaining four volumes. According to the prosecution, you repeatedly refused the offer stating you would copy the volumes the following day. Then, on June 6, Mr. Nechvoglod copied the remaining four volumes and offered them to you in exchange for your signature confirming receipt of the entire case file. However, you refused Mr. Nechvoglod's offer, explaining that you and your client were occupied reviewing the other case file volumes.

What do you recall about these particular events involving your access to the case file in late May and early June 2011?

Confidential Treatment Subject to Rule 6(e)

SAU 167169

USA-REL-0167393

Thank you very much.  We look forward to hearing from you soon.

Alex

**Alex T. Haskell**
**(Admitted to Practice in California Only)**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**
**T: 202.371.7332 | F: 202.661.8331**
alex.haskell@skadden.com

 Please consider the environment before printing this email.

--------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================================

Confidential Treatment Subject to Rule 6(e)

SAU 167170
USA-REL-0167394