# Exhibit 7

**From:** Paul Manafort [pmanafort@dmpint.com]
**Sent:** Wednesday, August 22, 2012 5:16 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Here is the letter re fees
**Attachments:** SK Letter to MOJ.pdf

Greg
Thanks. I also need you to date the attached letter that you sent to MoJ
in July. You will note that it is undated. If you could put the date of
July 18, 2012 on it and email back to me, that would finish what I need
for administrative purposes.
Thanks
P

On 8/22/12 11:48 AM, "Craig, Gregory B" <Gregory.Craig@skadden.com> wrote:

>We may be able to end you the entirety of the draft report in both
>English and Russian versions tonight for your use tomorrow.  The
>Ukrainian version will take a day or two longer.
>
>-----Original Message-----
>From: Gregory.Craig@skadden.com [mailto:Gregory.Craig@skadden.com]
>Sent: Wednesday, August 22, 2012 11:47 AM
>To: Craig, Gregory B (WAS)
>Cc: Craig, Gregory B (WAS)
>Subject: Scanned Documents
>
>
>
>
>
>
>
>
>
>
>----------------------------------------------------------------------
>----
>*************************************************
>
>To ensure compliance with Treasury Department regulations, we advise you
>that, unless otherwise expressly indicated, any federal tax advice
>contained in this message was not intended or written to be used, and
>cannot be used, for the purpose of (i) avoiding tax-related penalties
>under the Internal Revenue Code or applicable state or local tax law
>provisions or (ii) promoting, marketing or recommending to another party
>any tax-related matters addressed herein.
>*************************************************
>*************************************************
>
>This email (and any attachments thereto) is intended only for use by the
>addressee(s) named herein and may contain legally privileged and/or
>confidential information. If you are not the intended recipient of this
>email, you are hereby notified that any dissemination, distribution or

>copying of this email (and any attachments thereto) is strictly
>prohibited. If you receive this email in error please immediately notify
>me at (212) 735-3000 and permanently delete the original email (and any
>copy of any email) and any printout thereof.
>
>Further information about the firm, a list of the Partners and their
>professional qualifications will be provided upon request.
>************************************************
>===============================================================================
>====

Ministry of Justice of Ukraine

On 10 April 2012 our company Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates and Ministry of Justice of Ukraine entered into a contract on preparing expert examination as to compliance with the principle of the rule of law. According to the § 3 the price of the contract shall constitute UAH 95,000.

Besides, according to § 5.2 the Employer shall submit to the Executor copies of materials relating to the case which is to be the subject of examination and which is currently under consideration before the European Court of Human Rights as well as the list of questions which are to be examined.

Materials relating to the case of *"Tymoshenko v. Ukraine"* which is currently considered by the European Court of Human Rights as well as the questions which are to be considered in the course of the hearing in the above case have been transferred with the purpose of conducting expert examination as to the compliance with the rule of law and the European Court of Human Rights case law in the above case.

Due to the complexity of the aforementioned case conducting of an examination which would comply with § 2 of the contract will require involving of specialists of higher class than it was planned when the contract was concluded. Besides, a huge amount of materials which are to be inspected will require more working hours than it is laid down in the contract.

Execution of the above task requires also carrying out of a certain amount of business travels to Ukraine while the contract does not provide for reimbursement of expenses incurred by the Executor

Bearing in mind all the aforementioned the Executor is not able to perform the above task upon the terms set in the contract of 12 April 2012, hence, with the purpose of execution of the task an additional contract settling the aforementioned issues should be concluded.

Yours faithfully,                                                 Gregory B. Craig