**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 1:19-cr-125 (ABJ)** |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

**NOTICE OF APPEARANCE**

I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for Defendant Gregory B. Craig.  I am a member in good standing of the Bar of this Court.

Dated: July 3, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Paula M. Junghans*
　　　　　　　　　　　　　　　　　　　　Paula M. Junghans (D.C. Bar No. 474419)
　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　1800 M Street, NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 778-1850
　　　　　　　　　　　　　　　　　　　　Fax: (202) 822-8136
　　　　　　　　　　　　　　　　　　　　Email: pjunghans@zuckerman.com