# EXHIBIT 1

**From:** Paul Manafort ███████████████
**Sent:** Tuesday, May 22, 2012 10:42 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Delivery of letter to Vlasenko

Yes
Thank u

---

**From:** "Craig, Gregory B" ████████████████████████
**Date:** Tue, 22 May 2012 16:32:21 -0500
**To:** Paul Manafort ████████████████
**Subject:** RE: Delivery of letter to Vlasenko

### Did you get the Interim Report -- Russian and English language versions -- in time?  Was it okay?

---

**From:** Paul Manafort ████████████████████
**Sent:** Tuesday, May 22, 2012 4:54 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Delivery of letter to Vlasenko

I guess this means he is not going to co-operate.
The good news is obama as of yesterday's meeting with VFY in Chicago still thinks this is a good thing to do.

---

**From:** "Craig, Gregory B" ██████████████████████
**Date:** Tue, 22 May 2012 15:26:47 -0500
**To:** Paul Manafort ◄██████████████
**Subject:** Delivery of letter to Vlasenko

Paul and Konstantin:  As you know, we decided to write a letter to Ms. Tymoshenko -- care of her lawyer Mr. Vlasenko -- asking for an opportunity to interview her or her counsel and to meet with other pro-Tymoshenko witnesses.  When the letter was hand-delivered to Tymoshenko's counsel (Vlasenko) by our guy, Alex, last evening at Vlasenko's office in Kiev, he told Alex that he would immediately make these letters public and he thought that this was a violation of the "tender laws."  In any event, you should have a heads up that our project might be in the newspapers tomorrow.  Our FTI people are working with the Justice Ministry people to prepare a statement.  But I wanted you to have this heads up.  OPG knows already.  Greg

--------------------------------------------------------------------------------- **********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*******************************************************
*******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************

=========================================================================

---------------------------------------------------------------- *****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***************************************************
***************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************

=========================================================================