# EXHIBIT 2

**From:** Van Der Zwaan, Alex (LON)
**Sent:** Monday, May 28, 2012 6:44 PM
**To:** ▮▮▮▮▮▮▮▮
**CC:** Craig, Gregory B (WAS)
**Subject:** FW: Tymoshenko case

Dear Mr. Vlasenko,

Many thanks for your e-mail to Greg on Saturday, we appreciate that you are very busy. He is out of the office today traveling but will try to respond to your questions below at his earliest opportunity.

Greg will be in Kiev Tuesday evening and would be free to see you then. Alternatively, he could meet with you on Wednesday after 3:00 p.m. or before 2:00 p.m. on Thursday. He is also free at any time on Friday.

With kind regards,

Alex

**Alex R. van der Zwaan**
**Associate**
**Skadden, Arps, Slate, Meagher & Flom (UK) LLP**
**40 Bank Street | Canary Wharf | London | E14 5DS**
**T: +44.20 7519 7361 | F: +44.20.7519.7070**
▮▮▮▮▮▮▮▮

Please consider the environment before printing this email

---

**From:** Сергій Власенко ▮▮▮▮▮▮▮▮
**Sent:** Saturday, May 26, 2012 05:30 AM
**To:** Craig, Gregory B (WAS)
**Subject:** Tymoshenko case

Dear Mr. Craig,

Sorry for not answering you for some time. I was really incredibly busy and I was not in Kiev all that time. Because of numerous violations of Mrs Tymoshenko's rights and basic principles of Ukrainian and international laws during the hearings of Mrs Tymoshenko's so called " gas case" in Pechersky district court, in Kiev Appeal Court and even in High Specialized Court in Criminal and Civil Cases, we are extremely open for any discussion, inspection, cooperation and so on.
But yesterday I so in ukrainian media some information that surprised me. I will share some links with you (http://www.segodnya.ua/news/14382594.html - "Lavrinovich hired top american lawyers AGAINST Tymoshenko"; http://news.rambler.ru/14078137/; http://uaport.net/news/ua/t/1205/25/3204621 and so on). According to the mentioned information your company was hired not by "the Government" ( which according to the ukrainian law is The Cabinet of Ministers of Ukraine), but by the Ministry of Justice; your company was hired "by Lavrinovich" AGAINST our legal team to "help Lavrinovich" in ECHR; your contract was signed on May, 24.

 To avoid any misunderstandings and to clarify all that, I would kindly ask you to answer several questions (if possible):
1. Who is juridically the Client of your Firm?
2. When your contract was signed?
3. Did your Firm participated in any tender to be hired for this job? If yes, when it was announced and held?
4. What is the mandate of your Firm in the interests of your Client?
5. Would your Firm represent the Ukrainian State in ECHR in the case of Mrs.Tymoshenko?
6. Would you "help" the Ukrainian authorities to form a legal position in ECHR in the case of Mrs.Tymoshenko?

Thank you for the answers.
With hope for a good cooperation.
Best regs.,


Sergiy Vlasenko

Confidential Treatment Subject to Rule 6(e)SAU 049666