# EXHIBIT 3

**From:** Craig, Gregory B (WAS)
**Sent:** Friday, June 22, 2012 5:04 PM
**To:** 'Paul Manafort'
**Subject:** FW: RAPSI.com: U.S. attorneys in ECHR under Tymoshenko case to cost Ukraine $12,5k

---

**From:** Weiss, Lauren A (NYC)
**Sent:** Friday, June 22, 2012 10:15 AM
**To:** Project Kyiv DL
**Cc:** Porter, Melissa (NYC); Massa, Taylor E (NYC); Zaki, Saira (LON)
**Subject:** RAPSI.com: U.S. attorneys in ECHR under Tymoshenko case to cost Ukraine $12,5k

**U.S. attorneys in ECHR under Tymoshenko case to cost Ukraine $12,5k**

**KIEV, June 22 - RAPSI.** The U.S. law firm Skadden will cooperate with the Ukrainian Justice Ministry as part of former Prime Minister Yulia Tymoshenko's lawsuit in the European Court of Human Rights, and charge the country no less than $12,500, Deputy Justice Minister Alexander Lavrinovich said on Friday.

In August 2011, Tymoshenko submitted to the European court an appeal against her arrest. Her defense submitted to the court additional documents on the violation of her right to a fair trial.

The Justice Ministry attracted Skadden to take part in the process under Tymoshenko's procedure in the court in late May. Earlier, Lavrinovich said Skadden is a leading firm.

The Justice Ministry entered into a contract with the firm worth 100,000 hryvnas ($12,500) in accordance with Ukrainian legislation, Lavrinovich said.

A Kiev district court sentenced Tymoshenko in October 2011 to seven years in prison for abuse of power in signing gas contracts between Ukraine's Naftogaz and Russia's Gazprom in 2009.

The judge declared that Tymoshenko abused her position as prime minister and issued directives regarding gas contract negotiations in Moscow, which were poorly documented and lacked the government's consent.

Tymoshenko has been diagnosed with a spinal disc herniation.

German doctors have been treating her at a Kharkiv hospital since May 9.