# EXHIBIT 4

**From:** Craig, Gregory B (WAS)
**Sent:** Friday, June 22, 2012 5:04 PM
**To:** 'Paul Manafort'
**Subject:** RE: Heads up

## Perhaps you can give me a number where I can call you.

---

**From:** Paul Manafort █████████████████████
**Sent:** Friday, June 22, 2012 10:05 AM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Heads up

I do have some ideas on this. We can discuss at your convenience.

---

**From:** , Gregory B ◄█████████████████
**To:** paul manafort █████████████
**Cc:** Doug Schoen █████████████████
**Subject:** Heads up

Various Ukrainian government officials have been talking publicly about this project, as you know. No one believes that Skadden is doing this job for only HRV 100,000. Perhaps we should think about a way to deal openly with the way it is being financed.

-------------------------------------------------------------------------- **************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==========================================================================