# EXHIBIT 5

**From:** Paul Manafort ███████████████████████
**Sent:** Friday, June 22, 2012 8:01 PM
**To:** Craig, Gregory B (WAS) ████████████████████████████
**Subject:** Re: Американці взялися за справу Тимошенко за 95 тисяч | Українська правда

Are you free now

On 6/22/12 1:39 PM, "Craig, Gregory B" ███████████████████████ wrote:

> Can you give me a call about this? ████████████
>
>-----Original Message-----
>From: Sergiy [mailto: ██████████████████████]
>Sent: Friday, June 22, 2012 12:53 PM
>To: Haskell, Alex T (WAS)
>Cc: Craig, Gregory B (WAS)
>Subject: Американці взялися за справу Тимошенко за 95 тисяч | Українська
>правда
>
>Alex, Grag!
>Is it true, as the ministry of Justice said in their letter, that the
>contract price for your job couldn't be more than 95000 hrivnas, what is
>less than 12000 ( twenty thousand) USD?
>The answer is very important for further cooperation.
>Sergiy
>
>
>
>
>
>http://www.pravda.com.ua/news/2012/06/22/6967318/
>
>
>Отправлено с iP

Confidential Treatment Subject to Rule 6(e)