# EXHIBIT 7

**From:** Sloan, Cliff (WAS)
**Sent:** Thursday, August 09, 2012 9:46 PM
**To:** Craig, Gregory B (WAS)
**Subject:** RE: Kyiv Post Editorial: Skadden Stink

Does Manafort have the new Kyiv Post editorial? Renewed and intensified urgency -- the "Skadden stink." The issue is about to explode, including in the American press. Far, far better to get ahead of it now while we still have a bit of a chance.

**Cliff Sloan**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**

Skadden

---

**From:** Craig, Gregory B (WAS)
**Sent:** Thursday, August 09, 2012 4:40 PM
**To:** Sloan, Cliff (WAS)
**Subject:** Re: Kyiv Post Editorial: Skadden Stink

I have already told Manafort he has got to get Pinchuk out whether voluntarily or non voluntarily.

---

**From:** Sloan, Cliff (WAS)
**Sent:** Thursday, August 09, 2012 04:33 PM
**To:** Craig, Gregory B (WAS)
**Subject:** FW: Kyiv Post Editorial: Skadden Stink

We really need to get them to disclose the funding. The issue's going to build and build, and get worse and worse, and then there will be disclosure. First rule of damage control. Get it out there. Maybe worth a call or e-mail to Manafort (forwarding the editorial)?

**Cliff Sloan**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**

Skadden

---

**From:** Weiss, Lauren A (NYC)
**Sent:** Thursday, August 09, 2012 4:02 PM
**To:** Craig, Gregory B (WAS); Sloan, Cliff (WAS); Loucks, Michael K (BOS); Cowie, Matthew (LON); Van Der Zwaan, Alex (LON)
**Cc:** Porter, Melissa (NYC); Zaki, Saira (LON); Byers, Bryonie P (WAS)
**Subject:** Kyiv Post Editorial: Skadden Stink

Please see the below editorial, just posted on the Kyiv Post website. If there is anything more we can/should be saying beyond our approved statement and confirming involvement at this point, please let us know ASAP.

# Skadden Stink

Aug. 9, 2012, 9:50 p.m. | Editorial — by **Kyiv Post**

On Aug. 28, Yulia Tymoshenko will clash with her own government in the European Court for Human Rights. She will claim that her rights were violated, including the right to a fair trial, in a case that sent her to prison for seven years for abuse of office.

The government is preparing its defense with the help of American law company Skadden. But this cooperation is highly suspicious with very few details about the contract being revealed, and those that are made public raising even more questions.

The government claims that Skadden, a top American firm with an annual turnover of $2.17 billion, works for a mere $12,000 for Ukraine's government. None of the company's expenses is paid, including expensive flights and stay in Fairmont Hotel, where prices start at 300 euros per night.

Skadden representatives have visited Ukraine at least three or four times. In at least one of the cases the team was made up of two partners from the Washington office, plus two associates. One of the partners, Gregory Craig, a former adviser to the Obama White House, normally charges $1,065 per hour, according to the Wall Street Journal.

The group stayed in Ukraine for several days and visited the imprisoned Tymoshenko in Kharkiv during a trip in June. That trip alone would have cost many times more than the ridiculous $12,000 the government claims it is paying.

These facts fuel speculation that Skadden is being paid by someone on the side. No one knows who is paying Skadden, and it's a question the company is ignoring. So the public may never know of conflicts of interest, or worse things, that may lurk behind this arrangement.

We hope that Skadden will address these serious concerns. We hope that US anti-corruption bodies are also looking into this issue, since there is little hope that the case will be investigated in Ukraine.
Another question is what kind of report Skadden will produce, and how it will be used.

Members of the opposition suspect that parts of the report will be used to whitewash the actions of the prosecutors, the judges and everyone else who was instrumental in Tymoshenko's conviction. If that is the case, Skadden's reputation will be tarnished.

It's not too late for the company (and Ukraine's government) to set the record straight, and disclose to the public the details of this suspicious contract and who is footing the bill.

**Lauren A. Weiss**
**Public Relations Specialist**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**