# EXHIBIT 8

**From:** Paul Manafort ▮
**Sent:** Tuesday, August 14, 2012 4:56 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: VP or MOJ

I don't know, but I do know that is what he is saying he wants now

Sent from my iPhone

On Aug 14, 2012, at 11:18 AM, "Craig, Gregory B" <Gregory.Craig@skadden.com> wrote:

> I am still working the
> Schoen avenue. No one promised Pinchuk anonymity did they?
>
> ----- Original Message -----
> From: Paul Manafort [mailto:▮
> Sent: Tuesday, August 14, 2012 11:00 AM
> To: Craig, Gregory B (WAS)
> Subject: VP or MOJ
>
> Did you reach Schoen?
> Kyiv wants to move ASAP and is pressing me for an answer.
> Pls advise.
> Paul
>
> Sent from my iPhone
>
> ------------------------------------------------------------------------
> *****************************************************
>
> To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

> *****************************************************
> *****************************************************
>
> This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

>
> Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

> *****************************************************
> ============================================================================