# EXHIBIT 10

**From:** Paul Manafort [███████████████]
**Sent:** Wednesday, August 15, 2012 5:22 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Procedure for Supplemental Payments

Per our conversation, this is the procedure and justification of the process. It was sent to me by MOJ.
Paul

---

The Ministry of Justice has started a procedure of "purchasing services in terms of providing legal expert opinion". This procedure is conducted in accordance with the law of Ukraine "On State Purchases", which requires that all services with budget of over 100 000 UAH are purchased through tender procedure.

However, in Skadden's case there already was an agreement for the amount of 95 000 UAH, which was concluded outside the tender procedure due to the low amount. MoJ have exchanged letters, in which Skadden a) explains that the services to be provided under the original contract require involvement of experts of the higher level and pay grade and b) explains that the amount of materials to be researched is much higher than expected, therefore requires more labor and expenditures. In addition, Skadden has to make certain number of trips to Ukraine, reimbursement of expenses for which was not initially budgeted in the contract.

In this situation MoJ is entitled to implement a procedure of "purchases of services from one supplier".
"Purchases of Services from one supplier" is a procedure, according to which the Client concludes a contract on purchasing services after conducting negotiations, provided that the qualification of the Supplier of Services correspond to the qualification requirements (Art. 8 of the Law "On State Purchases" of Ukraine).

Upon receipt of all necessary documents from Skadden (as specified in the letter signed by Deputy Minister of Justice Sedov), MoJ will write a justification memorandum (saying that based on conducted negotiations and continuity of the previously concluded contract only Skadden can provide these particular legal services), and take the decision, publishing the results of the decision on the state web-portal. Then, MoJ will deal with the Cabinet of Ministers to get the funding in the amount of XYZ UAH from the budget of Ukraine to pay Skadden to finish the report. This procedure has been implemented extensively during Euro-2012, and neither comes as surprise in Ukraine or constitutes a violation of procedures.

In other words, the mechanism to be applied is in full compliance with the Ukrainian law. The issue is determining the amount which will considered to be sufficient to cover travel and lodging of Skadden as noted by Vlasenko and other opposition people with whom Skadden met, and some minimal legal fee.

Hope this answers your question

K