# EXHIBIT 11

**From:** Paul Manafort <span style="background:black">████████████</span>
**Sent:** Thursday, August 16, 2012 3:13 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: updates

Ok I will tell them 1.250

Sent from my iPhone

On Aug 16, 2012, at 10:11 AM, "Craig, Gregory B" <████████████> wrote:

> My thought is $250,000 per month which is either $1.25 million or $1.5 million.
>
> **From:** Paul Manafort <████████████>
> **Sent:** Thursday, August 16, 2012 10:08 AM
> **To:** Craig, Gregory B (WAS)
> **Subject:** Re: updates
>
> Thanks
> Is the number $1,300,000 good for official submission?
>
> Sent from my iPhone
>
> On Aug 16, 2012, at 9:47 AM, "Craig, Gregory B" <████████████> wrote:
>
>> Hopeful by the end of today. Working on it.
>>
>> **From:** Paul Manafort [████████████]
>> **Sent:** Thursday, August 16, 2012 9:18 AM
>> **To:** Craig, Gregory B (WAS)
>> **Subject:** Re: updates
>>
>> Greg
>> Any news on the delivery of the russian in current state or on the payment mechanism
>>
>> **From:** <Craig>, Gregory B <████████████>
>> **To:** Paul Manafort <████████████>
>> **Subject:** RE: updates
>>
>> call me at 202 371-7400. i am in the ofice
>>
>> **From:** Paul Manafort <████████████>
>> **Sent:** Wednesday, August 15, 2012 12:11 PM
>> **To:** Craig, Gregory B (WAS)
>> **Subject:** Re: updates
>>
>> That is what I thought. Given this response, I would like to discuss with you again what SL proposes before putting anything in writing.
>> P
>>
>> **From:** <Craig>, Gregory B <████████████>
>> **To:** Paul Manafort <████████████>
>> **Subject:** RE: updates
>>
>> The answer from Schoen/Pinchuk is a firm and unqualified "No."  Can you put into a sentence how Ukraine wants to handle this so I can clear it with the team?  Thanks
>>
>> **From:** Paul Manafort <████████████>
>> **Sent:** Wednesday, August 15, 2012 11:56 AM
>> **To:** Craig, Gregory B (WAS)
>> **Subject:** Re: updates

Confidential Treatment Subject to Rule 6(e)  SAU 000988

I am, by my fingernails.....

**From:** <Craig>, Gregory B <​███​>
**To:** Paul Manafort <​███​>
**Subject:** RE: updates

**hold on a few more hours**

---

**From:** Paul Manafort ███
**Sent:** Wednesday, August 15, 2012 11:52 AM
**To:** Craig, Gregory B (WAS)
**Subject:** updates

Greg
Any news from Schoen? I need to get back to SL if we are pursuing his approach.
Is the draft Russian translation ready? Getting pressure on this too.
Pls advise.
Paul

------------------------------------------------------------------ ****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
===========================================================================

------------------------------------------------------------------ ****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
===========================================================================

------------------------------------------------------------------ ****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==========================================================================


------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==================================================================================


------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==========================================================================