# EXHIBIT 12



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C.  20005-2111

TEL: ▮
FAX: ▮

WWW.SKADDEN.COM

DIRECT DIAL
▮
DIRECT FAX
▮
EMAIL ADDRESS
▮

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 20, 2012

Ministry of Justice of the Ukraine
c/o Douglas Schoen
▮
▮

To Whom It May Concern:

    Enclosed please find our invoices for professional services rendered through July 31, 2012 with respect to the Tymoshenko matter.

    When submitting your payment, please include the bill number, which is located on the top right corner of each individual enclosed invoice.

    If you have any questions, please feel free to contact me.

Sincerely,

Gregory B. Craig

Enclosure

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### AND AFFILIATES

Ministry of Justice of the Ukraine  
███████████████  
███████████████████████  
Attn:  c/o Douglas E. Schoen NYC, LLC

August 20, 2012  
Bill No.:  1428018

TIN: ███

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>███████████████ |

FOR PROFESSIONAL SERVICES rendered through July 31, 2012 with respect to the Yulia Tymoshenko matter................................. $849,838.83

### CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Travel and Meals | $32,387.00 |
| Computer Legal Research | 3,945.44 |
| Reproduction | 44.40 |
| Word Processing | 130.00 |
| Courier/Express/Postage | 85.50 |
| Telecommunications | 1,801.28 |
| Professional Fees | 2,700.00 |
| Other | 2,095.14 |
| Electronic Document Management | 222.64 |

$ 43,411.40

$893,250.23

Retainer Applied: $893,250.23

Total Due: $0.00

PAYMENT DUE UPON RECEIPT.  
\*\*\*  
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.  
\*\*\*  
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED SUBSEQUENTLY.

B01A

Confidential Treatment Subject to Rule 6(e)

SAU 000054

Billing Details Omitted