# EXHIBIT 13

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
AND AFFILIATES

Ministry of Justice of the Ukraine █████████████████████████████████

Attn: c/o Douglas E. Schoen NYC, LLC

November 2, 2012
Bill No.: 1432942

TIN: ████

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY  10602 | By Wire: | In US Dollars to:<br>████████ |

FOR PROFESSIONAL SERVICES rendered through August 31, 2012 with respect to the Yulia Tymoshenko matter .................................. $281,070.50

### CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Travel and Meals | $11,716.87 |
| Computer Legal Research | 45.05 |
| Reproduction | 24.00 |
| Courier/Express/Postage | 11.13 |
| Telecommunications | 179.44 |
| Outside Research Services | 137.92 |
| Professional Fees | 22,112.87 |
| Electronic Document Management | 23.52 |

$ 34,250.80

$315,321.30

Retainer Applied:  (315,321.30)

Balance Due:  $0.00

PAYMENT DUE UPON RECEIPT.
\*\*\*
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
\*\*\*
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B01A

Billing Details Omitted