# EXHIBIT 14

**From:** Craig, Gregory B (WAS) [/O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GCRAIG]
**Sent:** Friday, November 2, 2012 3:31 PM
**To:** Sloan, Cliff (WAS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Kedem, Allon (WAS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Haskell, Alex T (WAS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Van Der Zwaan, Alex (LON) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**CC:** Loucks, Michael K (BOS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Cowie, Matthew (LON) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Ukraine

Gentlemen: We have exhausted the retainer, and there is no reason to believe that any more funding will come through for this project. So please withhold spending any more time on this matter without first checking with me. Greg
**Gregory B. Craig**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111**