# EXHIBIT 15

Citi Private Bank 

SKADDEN, ARPS, SLATE,MEANGHER&FLOM    Account ▮    Page 11 of 33-
ATTORNEY ESCROW ACCOUNT

0-0/R1/01F008

## CitiEscrow CLIENT ACCOUNT DETAIL FROM SEP 1, 2012 THRU SEP 30, 2012

DOUGLAS E. SCHOEN NYC. LLC

Account: ▮
Atty/Mgr:   G. Craig
Client:

**CitiEscrow Client IMMA**
**15662391**

Beginning Balance:   $1,442,209.35
Ending Balance:   $549,059.85

| Date | Description | | Debits | Credits | Balance |
|------|-------------|---|--------|---------|---------|
| 09/10 | TRANSFER DEBIT | | 893,250.23 | | 548,959.12 |
| | TRANSFER TO CHECKING | Sep 10 | | | |
| | VIA CBUSOL    REFERENCE # 055768 | | | | |
| 09/28 | INTEREST EARNED | | | 100.73 | 549,059.85 |
| | **Total Debits/Credits** | | **893,250.23** | **100.73** | |

| Your CitiEscrow Client IMMA Account Rates | | | | | | |
|---|---|---|---|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $4,999,999 | $5,000,000 to $9,999,999 | $10,000,000 and over |
| 9/01 - 9/30 | 0.100% | 0.150% | 0.150% | 0.150% | 0.150% | 0.150% |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 816,937.54 |
| Average Collected Balance this Statement Period | 816,937.54 |
| Total Interest Earned Since Jan 1 | 1,170.38 |