# EXHIBIT 16

**From:** Paul Manafort <span style="background:black">████████████</span>
**Sent:** Monday, August 20, 2012 11:35 PM
**To:** Craig, Gregory B (WAS)
**Subject:** Re: Letter to MoJ

Ok. That works. I arrive in Kyiv on Weds


Sent from my iPhone

On Aug 20, 2012, at 5:55 PM, "Craig, Gregory B" <Gregory.Craig@skadden.com> wrote:

> Not tomorrow$  Maybe Wednesday
>
> ----- Original Message -----
> From: Paul Manafort <span style="background:black">████████████</span>
> Sent: Monday, August 20, 2012 05:24 PM
> To: Craig, Gregory B (WAS)
> Subject: Letter to MoJ
>
> Could you resend the same letter you sent re submitting future bill and date it July 18, 2012. If you could email a copy of it and the invoice for $1,250,000 for services rendered.

> Ideally I would get both tomorrow.
> Paul
>
> Sent from my iPhone
> --------------------------------------------------------------------------
> *********************************************
>
> To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

> *********************************************
> *********************************************
>
> This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

>
> Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

> *********************************************
> ==========================================================================