# EXHIBIT 17

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111

TEL: ▓▓▓▓▓▓▓▓
FAX: ▓▓▓▓▓▓▓▓
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 22, 2012

The Honorable Oleksandr Lavrinovich
Minister of Justice of Ukraine
Government of Ukraine
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Kyiv, Ukraine  01001

Re:   *Outstanding Balance Due*

Dear Mr. Minister:

You have asked me to provide you with an invoice setting forth the outstanding payments due from the Government of Ukraine for the services rendered in connection with Skadden's assignment to serve as a rule of law consultant to the Ministry of Justice. As you know, we are in the process of preparing – and finalizing – an independent report based on an inquiry of the facts and circumstances surrounding the trial, conviction and sentencing of Mrs. Yulia Tymoshenko.

For services rendered during the months of April, May, June, July and August, there is an outstanding balance due of $250,000 per month for a total of $1.25 million. I am attaching wire instructions for purposes of making payment into the appropriate account.

We have enjoyed working with the Ministry, and we are deeply grateful for the cooperation that you have provided.

Very truly yours,

*[signature]*
Gregory B. Craig


## WIRE INFORMATION

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
CITIBANK, N.A.
666 Fifth Avenue
NEW YORK, NY 10103

ABA # ▮
Swift Code: ▮ (required for international wires only)
FOR CREDIT TO:
ACCOUNT ▮ of Skadden, Arps, Slate, Meagher & Flom LLP


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
CHASE MANHATTAN BANK
270 PARK AVENUE
NEW YORK, NY 10017

ABA ▮
FOR CREDIT TO:
ACCOUNT # ▮ OF Skadden, Arps, Slate, Meagher & Flom
(For: Singapore, Sydney & Hong Kong)

**THE CLIENT SHOULD INCLUDE THE FOLLOWING INFORMATION IN THE WIRE:**

- CLIENT NAME (COMPANY) FOR WHICH PAYMENT IS BEING MADE AND THE BILL NUMBER SHOULD BE INCLUDED WHEN AVAILABLE

- NAME OF THE ATTORNEY HANDLING THE BILL

Confidential Treatment Subject to Rule 6(e)                                                                                       SAU 000071