# EXHIBIT 20

**From:** Danilova, Maria ██████████████
**Sent:** Thursday, December 13, 2012 12:55 PM
**To:** Craig, Gregory B (WAS)
**CC:** Hawker, Jonathan ██████████████████████████
**Subject:** AP comment

Dear Mr. Craig!

This is Maria Danilova, Associated Press, in Kiev. Would it be possible to speak to you briefly over the phone today regarding the Tymoshenko report – it's overall findings and also allegations by Tymoshenko's team that Skadden was paid over $1.5 million under the table to produce this report and that the $12,000 fee which the government claims to have paid is absurd?
I've tried to contact Skadden's press office in London, but nobody was there to speak to me.


Thank you,
Maria Danilova

The information contained in this communication is intended for the use
of the designated recipients named above. If the reader of this
communication is not the intended recipient, you are hereby notified
that you have received this communication in error, and that any review,
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please
notify The Associated Press immediately by telephone at +1-212-621-1898
and delete this email. Thank you.
[IP_US_DISC]


msk dccc60c6d2c3a6438f0cf467d9a4938