# EXHIBIT 21

**From:** Paul Manafort ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, December 26, 2012 4:26 PM
**To:** Craig, Gregory B (WAS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** CATCH UP
**Attachments:** Sk-MoJ 8-22-12.pdf; MoJ-Sk Acceptance 8-28-12.pdf; MoJ-Sk Credentials Remt 12-20-12.pdf

GREG
Hope all is well on the slopes.
I am attaching 3 documents.

1. Skadden letter to MoJ 8-22-12
2. MoJ letter to Skadden 8-28-12
3. MoJ letter to Skadden requesting information 12-20-12

All relate to the MoJ/Skadden contract. Once you have read them, I will review with you on the phone.
The December 20 letter requires some basic information from Skadden for the official record.
I am in the US for the next 2 weeks. Unlike you, however, I am looking for sun, not snow. So, I will be in Florida.
Enjoy the holidays.
Best
Paul

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111



www.skadden.com

August 22, 2012

The Honorable Oleksandr Lavrinovich
Minister of Justice of Ukraine
Government of Ukraine

Kyiv, Ukraine 01001

Re: *Outstanding Balance Due*

Dear Mr. Minister:

You have asked me to provide you with an invoice setting forth the outstanding payments due from the Government of Ukraine for the services rendered in connection with Skadden's assignment to serve as a rule of law consultant to the Ministry of Justice. As you know, we are in the process of preparing and finalizing an independent report based on an inquiry of the facts and circumstances surrounding the trial, conviction and sentencing of Mrs. Yulia Tymoshenko.

For services rendered during the months of April, May, June, July and August, there is an outstanding balance due of $250,000 per month for a total of $1.25 million. I am attaching wire instructions for purposes of making payment into the appropriate account.

We have enjoyed working with the Ministry, and we are deeply grateful for the cooperation that you have provided.

Very truly yours,

[signature]

Confidential Treatment Subject to Rule 6(e)   SAU 193783

## WIRE INFORMATION

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
CITIBANK, N.A.
666 Fifth Avenue
NEW YORK, NY ▓▓▓▓▓

ABA ▓▓▓▓▓▓▓▓
Swift Code: ▓▓▓▓▓ (required for international wires only)
FOR CREDIT TO:
ACCOUNT ▓▓▓▓▓▓ of Skadden, Arps, Slate, Meagher & Flom LLP


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
CHASE MANHATTAN BANK
270 PARK AVENUE
NEW YORK, NY 10017



ABA ▓▓▓▓▓▓▓▓
FOR CREDIT TO:
ACCOUNT ▓▓▓▓▓▓▓ OF Skadden, Arps, Slate, Meagher & Flom
(For Singapore, Sydney & Hong Kong)


### THE CLIENT SHOULD INCLUDE THE FOLLOWING INFORMATION IN THE WIRE:

- CLIENT NAME (COMPANY) FOR WHICH PAYMENT IS BEING MADE AND THE BILL NUMBER SHOULD BE INCLUDED WHEN AVAILABLE

- NAME OF THE ATTORNEY HANDLING THE BILL

Confidential Treatment Subject to Rule 6(e)                                                                                                                          SAU 193784

[Ukrainian Ministry letterhead — address illegible]

21.08.2012

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Грегорі Крейгу

[address redacted]

Washington D.C. 2005

Шановний пане Крейг!

Міністерством юстиції розглянуто Ваш лист від 22 серпня 2012 року про збільшення обсягу робіт по експертному дослідженню щодо дотримання принципу верховенства права у справі «Тимошенко проти України» та як наслідок – збільшення суми оплати договору.

Повідомляємо, що відповідно до статті 48 Бюджетного кодексу України розпорядники бюджетних коштів беруть бюджетні зобов'язання та здійснюють платежі тільки в межах бюджетних асигнувань, встановлених кошторисами.

Кошторисом видатків на 2012 рік була передбачена сума 95 000,00 грн. (зазначена у договорі).

Таким чином, Міністерство юстиції у 2012 році не може задовольнити Вашу пропозицію про сплату суми, яка перевищує суму, що передбачена вище зазначеним договором.

З огляду на викладене Міністерство юстиції погоджується зі збільшенням суми договору за виконання роботи та пропонує укласти договір в 2013 році, яким буде врегульовано всі вищезазначені питання.

З повагою

Заступник Міністра –
керівник апарату

А.Ю. Сєдов

Confidential Treatment Subject to Rule 6(e)                                            SAU 193785

*Date: 28 of August, 2012*

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**
For Gregory B. Craig

████████████████
Washington D.C. 20005

**Dear Mr Craig!**

Ministry of Justice of Ukraine has considered Your letter of 22 August, 2012 concerning increase of the volume of work relating to the expert examination as to compliance with the principle of the rule of law in the case of *"Tymoshenko v Ukraine"* and respective increase of the contract price.

Hereby inform that according to Article 48 of the Budget Code of Ukraine budget owners take budgetary obligations and perform payments only within budget allocations established by the estimates of costs.

Estimate of costs for the year 2012 established the price of UAH 95 000,00 (indicated in the contract).

Thus, in 2012 Ministry of Justice cannot allow Your request concerning payment of the sum exceeding the one indicated in the above contract.

Due to the aforementioned Ministry of Justice approves the increase of the contract price for performed work and suggests to enter into agreement which would set all the aforementioned issues in the year 2013.

**Yours sincerely,**

**Deputy Minister – head of personnel**

A.Y. Sedov

| | |
|---|---|
| [address illegible] | [address illegible] |

*20.12.2012*

Skadden, Arps, Slate, Meagher &
Flom LLP and Affiliates
Грегорі Крейгу

[redacted]

Washington D.C. 20005

### Шановний пане Крейг!

На додаток до листа від 28 серпня 2012 року інформуємо, що Міністерством юстиції України відповідно до вимог законодавства України розпочато процедуру закупівлі послуг з експертного дослідження щодо дотримання принципу верховенства права у справі «Тимошенко проти України», яка дозволить найближчим часом укласти угоду в якій будуть врегульовані питання необхідності збільшення вартості послуг та відшкодування витрат Виконавця.

На виконання вимог закону України «Про здійснення державних закупівель» просимо надати Міністерству юстиції нижченаведені документи або такі, що містять аналогічну інформацію:

- довідку у довільній формі про наявність працівників відповідної кваліфікації, які мають необхідні знання та досвід;
- довідку у довільній формі про наявність документально підтвердженого досвіду виконання аналогічних договорів або копії відповідних договорів;
- документи, підтверджуючі фінансову спроможність: баланс, звіт про фінансові результати, звіт про рух грошових коштів за останню звітну дату та довідку з обслуговуючого банку про відсутність (наявність) заборгованості за кредитами.

З повагою

Заступник Міністра –
керівник апарату

А.Ю. Сєдов

Confidential Treatment Subject to Rule 6(e)    SAU 193787

*Unofficial translation*

*Date: 20 of December, 2012*

Skadden, Arps, Slate,
Meagher & Flom LLP and
Affiliates
For Gregory Craig

█████████████

Washington DC 20005

## Dear Mr. Craig!

In addition to the letter of 28 August, 2012 please, be informed that the Ministry of Justice of Ukraine according to the legislation of Ukraine has started the procedure of legal service procurement on expert research of the compliance of the principle of the rule of law in the case of «*Tymoshenko v. Ukraine*», which will allow us to conclude agreement in the nearest future, which will cover the need to increase the cost of services and compensate the firm's expenses.

To comply with the Law of Ukraine On Public Procurement, we request to provide the Ministry of Justice of Ukraine the following list of mentioned below documents or those with similar information:

- Confirmation that the Firm has employees with respective qualifications that have adequate knowledge and experience;
- Confirmation that the Firm has documental proof of execution of similar contracts or copies of respective contracts;
Documents that confirm financial standing: firm's balance, report on financial performance, report on cash flow in corporate accounts as of the last reporting date and confirmation from your bank whether or not you have outstanding payments on your corporate loans.

Sincerely,

Deputy Minister-
Head of personnel

A.Y. Sedov