# EXHIBIT 22

**From:** Van Der Zwaan, Alex (LON)
**Sent:** Tuesday, April 23, 2013 11:30 AM
**To:** ████████@minjust.gov.ua
**CC:** Craig, Gregory B (WAS)
**Subject:** Table Estimate
**Attachments:** LONSR01A-#1097596-v2-MoJ_Contract_Table_Estimate_Execution.DOCX; WASSR01A-#1245077-v1-UKRAINE_INVOICE.DOCX

**Retention:**   Sent Item

Dear Vladyslav,

Here is the estimate table – I have made some changes which make the figures more accurate in the table which your treasury should not have any issues with. If you agree, I will have it delivered to you today as discussed.

The UAH USD rate today is 8.144 to 1. I wanted to ensure that all of the estimate totals add up and fall below the agreed 10,200,000 maximum value of the contract. I have also adjusted the hours estimated to 1890.

As we have discussed, it is our understanding from conversations with you that this table of estimate showing the total contract price of UAH 10,200,000 is required by the treasury and should have been provided when our contact was signed (we were not informed of this) – hence why we are providing you with this estimate table now, pursuant to your request, in order to comply with this formality.

The total invoice amount which we will be sending you is below this figure at **UAH 8,595,523.65, for 1473.42 hours** of professional services rendered from August 2012 to March 2013 and charges and disbursements incurred with respect to the independent report regarding Yulia Tymoshenko. Our invoice is attached to reflect this.

Kind regards,

Alex

**Alex R. van der Zwaan**
**Associate**
**Skadden, Arps, Slate, Meagher & Flom (UK) LLP**
**40 Bank Street | Canary Wharf | London | E14 5DS**
████████████████████████████████████

Confidential Treatment Subject to Rule 6(e)                                                                                            SAU 196854

Виконавець:
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Партнер
_____
Грегорі Б.Крейг

Замовник:
Міністерство юстиції України
Заступник Міністра
юстиції – керівник апарату
_____
А.Ю.Седов

Attachment No. 1 to Agreement No. 11–03/2013 dated 11 March 2013
**CALCULATION OF AGREED COST (ESTIMATE)**
of legal services provided to the Ministry of Justice of Ukraine for an independent report on the evidence and procedures used during the prosecution and trial of former Prime Minister Yuliya Tymoshenko.

| Services | Rate (USD/hour) | Approximate figures per year | Total in USD to be converted into UAH at the prevailing USD / UAH rate at the time of payment. |
|---|---|---|---|
| Legal Services | Gregory Craig (USD 1,150/hour), Clifford Sloan (USD 1,075/hour), Allon Kedem (USD 755/hour), Alex R. van der Zwaan (USD 675/hour), Alex Haskell (USD 495/hour). | 1890 | USD 899 396,73 = UAH 7 324 686,93 |
| Other disbursement / Expenses (post, phone services, visits) | ----- | ----- | USD 207 408,05= UAH 1 689 131,16 |
| Translation Services | ----- | ----- | USD 145 651,02 = UAH 1 186 181,91 |
| **TOTAL: (estimated)** | | | **USD ~1 252 455 = UAH 10 200 000,00** |

Додаток № 1 до Договору № 11–03/2013 від 11 березня 2013 року
**РОЗРАХУНОК ДОГОВІРНОЇ ЦІНИ (КОШТОРИС)**
по наданню юридичних послуг Міністерству юстиції України за незалежний звіт на підставі доказів та судочинства, які використовувалися під час обвинувачення і суду над колишнім прем'єр-міністром Юлією Тимошенко.

| Послуги | Ставка (дол. США / година) | Орієнтовна кількість усього на рік | Всього в дол. США повинно бути переведено в грн за переважаючим США / ГРН курсом на момент оплати. |
|---|---|---|---|
| Юридичні послуги | Грегорі Крейг (дол. США 1150/год.), Кліффорд Слоан (дол. США 1075/год.), Алон Кедем (дол. США 755/год.), Алекс Р. ван дер Зваан (дол. США 675/год.), Алекс Хаскел (дол. США 495/год.). | 1890 | 899 396,73 дол США = 7 324 686,93 грн |
| Інші виплати / витрати (поштові, телефонні розмови, відрядження тощо) | ----- | ----- | 207 408,05 дол США =1 689 131,16 грн |
| Переклади | ----- | ----- | 145 651,02 дол США = 1 186 181,91 грн |
| **ВСЬОГО: (орієнтовно)** | | | **~1 252 455 дол США = 10 200 000,00 грн** |

Confidential Treatment Subject to Rule 6(e)

SAU 196855

**The Employer:**
Ministry of Justice of Ukraine
**Deputy Minister**
**of Justice – Chief of staff**

**Mr. Sedov A.Y.**

**The Executor:**
Skadden, Arps, Slate, Meagher & Flom LLP
and Affiliates
**Partner**

**Gregory B. Craig**

2

Confidential Treatment Subject to Rule 6(e)

SAU 196856

# Skadden, Arps, Slate, Meagher & Flom llp
**and affiliates**

**1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
U.S.A.**

Ministry of Justice of the Ukraine

███████████████

Kyiv, 01001
Ukraine

April 23, 2013

Bill No.: 1462989
TIN: ████████

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602<br>U.S.A. | By Wire: | CITIBANK, N.A.<br>666 Fifth Avenue<br>NEW YORK, NY 10103<br>SWIFTCODE: CITIUS33<br>ABA/Routing number: 254070116<br>For Credit To Account #: 15285601<br>Reference Bill No.: 1462989 |

FOR PROFESSIONAL SERVICES rendered from August 2012 to March 2013
and charges and disbursements incurred with respect to the
independent report regarding Yulia Tymoshenko

Total Attorney Hours:                                    1473.42

Amount Due (in UAH):                              8,595,523.65

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B01A

1080915

Confidential Treatment Subject to Rule 6(e)                    SAU 196857