# EXHIBIT 24

## Citi Private Bank

SKADDEN, ARPS, SLATE, MEANGHER&FLOM
ATTORNEY ESCROW ACCOUNT

Account ▇▇▇▇    Page 11 of 35

citi

CHECKING CLIENT ACCOUNT DETAIL FROM JUL 1, 2015 THRU JUL 31, 2015

DOUGLAS E. SCHOEN NYC, LLC

Account: ▇▇▇▇
Atty/Mgr:   G. Craig
Client:

**CitiEscrow Client IMMA**

Beginning Balance: $878,917.43
Ending Balance: $614,886.07

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/08 | TRANSFER DEBIT TRANSFER TO CHECKING Jul 08 VIA CBUSOL   REFERENCE # 024720 | 264,088.65 | | 614,828.78 |
| 07/31 | INTEREST EARNED | | 57.29 | 614,886.07 |
| | Total Debits/Credits | 264,088.65 | 57.29 | |

### Your CitiEscrow Client IMMA Account Rates

| For Balances of: | $0 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $4,999,999 | $5,000,000 to $9,999,999 | $10,000,000 and over |
|---|---|---|---|---|---|---|
| 7/01 - 7/31 | 0.050% | 0.100% | 0.100% | 0.100% | 0.100% | 0.100% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 674,463.54 |
| Average Collected Balance this Statement Period | 674,463.54 |
| Total Interest Earned Since Jan 1 | 136.15 |

Confidential Treatment Subject to Rule 6(e)    SAU 282858

**Citi Private Bank** 

SKADDEN, ARPS, SLATE,MEANGHER&FLOM  Account [REDACTED]   Page 11 of 33   0-0/R1/01F008
ATTORNEY ESCROW ACCOUNT

### CitiEscrow CLIENT ACCOUNT DETAIL FROM JUN 1, 2013 THRU JUN 30, 2013

DOUGLAS E. SCHOEN NYC, LLC

Account: [REDACTED]
Atty/Mgr:   G. Craig
Client:

**CitiEscrow Client IMMA**

Beginning Balance: $0.00
Ending Balance: $878,917.43

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/06 | FUNDS TRANSFER | | 1,075,381.41 | 1,075,381.41 |
| | WIRE FROM SKADDE , ARPS, SL TE,MEANGHER&FLO Jun 06 | | | |
| 06/24 | TRANSFER DEBIT | 196,533.87 | | 878,847.54 |
| | TRANSFER TO CHECKING     Jun 24 | | | |
| | VIA CBUSOL     REFERENCE # 033182 | | | |
| 06/28 | INTEREST EARNED | | 69.89 | 878,917.43 |
| | Total Debits/Credits | 196,533.87 | 1,075,451.30 | |

| Your CitiEscrow Client IMMA Account Rates | | | | | |
|---|---|---|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 to $499,999 | $500,000 to $999,999 | $1,000,000 to $4,999,999 | $5,000,000 to $9,999,999 | $10,000,000 and over |
| 6/01 - 6/30 | 0.050% | 0.100% | 0.100% | 0.100% | 0.100% | 0.100% |

**Average Balance Information**

| | |
|---|---|
| Average Ledger Balance this Statement Period | 850,295.60 |
| Average Collected Balance this Statement Period | 850,295.60 |
| Total Interest Earned Since Jan 1 | 78.86 |