# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Case No. 1:19-cr-0125 (ABJ)** |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

## <u>NOTICE</u>

On July 11, 2019, Defendant Gregory B. Craig filed an Opposition to the Government's Motion *In Limine* to Exclude Claims of Selective Prosecution or Enforcement, or Seeking Jury Nullification.  ECF 55.  In that Opposition, Defendant highlighted the fact that, "to date, neither [Jonathan] Hawker nor FTI has filed a registration statement under FARA based on their preparation and implementation of the media plan" for the release of the Skadden report.  *Id.* at 2.

The following day, July 12, 2019, FTI registered under FARA in connection with its work on the Skadden report, and Mr. Hawker filed a short-form registration statement alongside FTI's submission.  *See* Ex. 1 (Amendment to Registration Statement, filed July 12, 2019)[1]; Ex. 2 (Exhibits A & B to Registration Statement, filed July 12, 2019); Ex. 3 (Short Form Registration Statement of Jonathan Hawker, filed July 12, 2019).[2]  This was done one month before the trial in this case is scheduled to begin, well over six years after the release of the Skadden report.

---

[1] FTI filed an "amendment" because it was already a registered agent of other foreign principals. Friday's submission is the first time that FTI has registered as an agent of Ukraine in connection with its work on the Skadden report.

[2] FTI also furnished a copy of the Skadden report to the FARA Unit as "informational material" under 22 U.S.C. § 614(a).

The fact that FTI and Mr. Hawker have now registered under FARA in connection with their work on the Skadden report – apparently under pressure from the government in the lead-up to this trial – does not change Mr. Craig's position that any explicit or implicit agreements with or assurances to Mr. Hawker are permissible grounds for cross-examination.   Indeed, these developments only highlight why such a line of inquiry should be allowed.

Dated: July 15, 2019                              Respectfully submitted,

*/s/ William W. Taylor, III*

William W. Taylor, III (D.C. Bar No. 84194)
Paula M. Junghans (D.C. Bar No. 474419)
Ezra B. Marcus (D.C. Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: wtaylor@zuckerman.com
Email: pjunghans@zuckerman.com
Email: emarcus@zuckerman.com

William J. Murphy (D.C. Bar No. 350371)
Adam B. Abelson (D.C. Bar No. 1011291)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com
Email: aabelson@zuckerman.com

*Attorneys for Defendant Gregory B. Craig*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 15, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

*/s/ Ezra B. Marcus*
Ezra B. Marcus

Exhibit 1

**U.S. Department of Justice**

Washington, DC 20530

OMB No. 1124-0002; Expires May 31, 2020

## Amendment to Registration Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. File this amendment form for any changes to a registration. Compliance is accomplished by filing an electronic amendment to registration statement and uploading any supporting documents at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| FTI Consulting LLP | 6569 |

3. This amendment is filed to accomplish the following indicated purpose or purposes:

☐ To give a 10-day notice of change in information as required by Section 2(b) of the Act.

☐ To correct a deficiency in

    ☐ Initial Statement

    ☐ Supplemental Statement for the period ending _____

    ☒ Other purpose *(specify)* __retroactive registration for 2012 public relations work__

☐ To give notice of change in an exhibit previously filed.

4. If this amendment requires the filing of a document or documents, please list:
   1) Supplemental Materials
   2) Exhibit A to Amendment to Registration Statement
   3) Exhibit B to Amendment to Registration Statement
   4) Short Form Registration Statement

5. Each item checked above must be explained below in full detail together with, where appropriate, specific reference to and identity of the item in the registration statement to which it pertains. *(If space is insufficient, a full insert page must be used.)*

    See Supplemental Materials and Exhibits.

# EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to the truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)       (Print or type name under each signature or provide electronic signature [1])

July 12, 2019

/s/ Curtis P. Lu     eSigned
For and on behalf of FTI Consulting Management
Limited, Managing Member of FTI Consulting
LLP

---

[1] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

**Supplemental Materials**

## Supplemental Materials

For Period: **4/26/12 through 12/31/12**

## I – REGISTRANT

1. (a) Name of Registrant                       (b) Registration No.

    **FTI Consulting LLP**                             **6569**

    (c) Business Address of Registrant

    **200 Aldersgate, Aldersgate Street**
    **London, EC1A 4HD, United Kingdom**

## II – ACTIVITIES

2. During this reporting period, have you engaged in any activities for or rendered any services to any foreign principal?

      Yes **X**          No

If yes, identify each foreign principal and describe in full detail your activities and services:

**See Exhibit B to Amendment to Registration Statement.**

3. During this reporting period, have you on behalf of any foreign principal engaged in political activity?

      Yes **X**          No

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

**See Exhibit B to Amended Registration Statement.**

4. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?

      Yes          No **X**

**Supplemental Materials**

## III - FINANCIAL INFORMATION

5. (a) **RECEIPTS - MONIES**

During this reporting period, have you received from any foreign principal named in this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?

Yes **X**          No

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.

**See Attachment A to Supplemental Materials, Receipts - Monies.**

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**

During this reporting period, have you received, as part of a fundraising campaign, any money on behalf of any foreign principal named in this statement?

Yes          No **X**

(c) **RECEIPTS - THINGS OF VALUE**

During this reporting period, have you received anything of value other than money from any foreign principal named in this statement, or from any other source, for or in the interests of any such foreign principal?

Yes          No **X**

**Supplemental Materials**

6.   (a) **DISBURSEMENTS - MONIES**

During this reporting period, have you
(1)   disbursed or expended monies in connection with activity on behalf of any foreign principal named in this statement?

Yes **X**          No

(2)   transmitted monies to any such foreign principal?

Yes          No **X**

**See Attachment B to Supplemental Materials, Disbursements - Monies.**

(b) **DISBURSEMENTS - THINGS OF VALUE**

During this reporting period, have you disposed of anything of value other than money in furtherance of or in connection with activities on behalf of any foreign principal named this statement?

Yes          No **X**

(c) **DISBURSEMENTS - POLITICAL CONTRIBUTIONS**

During this reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes          No **X**

## IV - INFORMATIONAL MATERIALS

7.  During this reporting period, did you prepare, disseminate or cause to be disseminated any informational materials on behalf of a foreign principal?

    Yes **X**          No

8.  Identify each such foreign principal.

    **Government of Ukraine, Office of Prosecutor General.**
    **\*A copy of the Informational Materials is attached as Attachment C to Supplemental Materials.**

9.  During this reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?

    Yes          No **X**

    **No formal budget was set for preparation or dissemination of informational materials.**

10. During this reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    Radio or TV broadcasts
    **X** Magazine or newspaper
    Motion picture films
    Letters or telegrams
    Advertising campaigns
    **X** Press releases
    Pamphlets or other publications
    Lectures or speeches
    **X** Other (specify): **See Exhibit B to Amendment to Registration Statement.**

    Electronic Communications:
    **X** Email
    Website URL(s):
    Social media websites URL(s):
    **X** Other (specify): **See Exhibit B to Amendment to Registration Statement.**

11. During this reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    Public officials
    **X** Newspapers
    Libraries
    Legislators

**Supplemental Materials**

    Editors

    Educational institutions

    Government agencies

    Civic groups or associations

    Nationality groups

X Other (specify): **See Exhibit B to Amendment to Registration Statement.**

12. What language was used in the informational materials:

    X English    X Other (specify): **Ukrainian & Russian translations provided to OPG**

13. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this reporting period?

    Yes    No **X**

14. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?

    Yes    No **X**

# V – EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                     (Print or type name under each signature)

July 12, 2019                           /s/ Curtis P. Lu                          eSigned
_____                   For and on behalf of FTI Consulting Management
                                        Limited, Managing Member of FTI Consulting LLP
                                        _____

_____                   _____

_____                   _____

_____                   _____

**Supplemental Materials**

### Attachment A: Receipts – Monies

| Foreign Principal | Payor | Date Received | Purpose | Amount |
|---|---|---|---|---|
| Government of Ukraine, Office of Prosecutor General ("OPG") | Black Sea View Ltd. | On/around 5/30/12 | Strategic communications | £ 90,000 |
| OPG | Black Sea View Ltd. | On/around 6/22/12 | Strategic communications | £ 90,000 |
| OPG | Black Sea View Ltd. | On/around 7/13/12 | Strategic communications | £ 90,000 |
| OPG | Black Sea View Ltd. | On/around 8/16/12 | Strategic communications | £ 90,000 |
| OPG | Black Sea View Ltd. | On/around 9/17/12 | Strategic communications | £ 90,000 |
| OPG | Black Sea View Ltd. | On/around 10/17/12 | Strategic communications | £ 110,000 |
| OPG | Black Sea View Ltd. | On/around 11/20/12 | Strategic communications | £ 90,000 |
| | | | **TOTAL** | **£ 650,000** |

**Supplemental Materials**

**Attachment B: Disbursements - Monies**

| Description | | Disbursement |
|---|---|---:|
| Air Travel | £ | 92,067.34 |
| Entertainment | £ | 3,285.02 |
| Hotel | £ | 60,482.50 |
| Meals | £ | 5,522.41 |
| Phone Charges | £ | 346.92 |
| Other (supplies, research, advertising, press release distribution) | £ | 6,710.96 |
| Transportation (taxis, etc.) | £ | 9,261.81 |
| **Total** | **£** | **177,676.96** |

**Supplemental Materials**

**Attachment C – Informational Materials (The Tymoshenko Report)**

Exhibit 2

OMB No. 1124-0006; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

**Exhibit A to Registration Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant<br><br>FTI Consulting LLP<br>200 Aldersgate, Aldersgate Street<br>London, EC1A 4HD, United Kingdom | 2. Registration No.<br><br>6569 |
| --- | --- |

| 3. Name of Foreign Principal<br><br>Government of Ukraine, Office of Prosecutor General ("OPG") | 4. Principal Address of Foreign Principal<br><br>Riznytska St., 13/15, Kyiv, Ukraine 01011 |
| --- | --- |

5. Indicate whether your foreign principal is one of the following:

☒ Government of a foreign country [1]

☐ Foreign political party

☐ Foreign or domestic organization: If either, check one of the following:

☐ Partnership ☐ Committee

☐ Corporation ☐ Voluntary group

☐ Association ☐ Other *(specify)* _____

☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:

a) Branch or agency represented by the registrant

Office of Prosecutor General, Ministry of Justice

b) Name and title of official with whom registrant deals

Viktor Pshonka, Prosecutor General

7. If the foreign principal is a foreign political party, state:

a) Principal address
N/A

b) Name and title of official with whom registrant deals

c) Principal aim

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3<br>Revised 05/17

8.  If the foreign principal is not a foreign government or a foreign political party:

    a)  State the nature of the business or activity of this foreign principal.

       N/A

    b)  Is this foreign principal:

| | | |
|---|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ | No ☐ |

9.  Explain fully all items answered "Yes" in Item 8(b).  *(If additional space is needed, a full insert page must be used.)*

    N/A

10.  If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

    N/A

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature | |
|---|---|---|---|
| July 12, 2019 | Curtis P. Lu for FTI Consulting Management Limited, Managing Member of FTI Consulting LLP | /s/ Curtis P. Lu | eSigned |

**U.S. Department of Justice**

Washington, DC 20530

**Exhibit B to Registration Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| FTI Consulting LLP | 6569 |

3. Name of Foreign Principal

Government of Ukraine, Office of Prosecutor General

Check Appropriate Box:

4. ☐ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☒ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

In May 2012, FTI agreed to provide strategic communications services on behalf of the Ukrainian Office of the Prosecutor General ("OPG"). There was no executed written engagement for the project. There was a verbal understanding among the parties involved that the services being provided by FTI were on behalf of the OPG as FTI's client. FTI received a flat fee of 90,000 GBP per month from May 2012 through December 2012, with the exception of October 2012 for which FTI received a fee of 110,000 GBP. These fees were received by wire transfer from Black Sea View Ltd. to FTI. The understanding included reimbursement of FTI's expenses, but such reimbursement was never made. FTI provided no services to OPG after December 2012.

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Beginning in May 2012, FTI's UK-based media relations team provided strategic communications services related to the release of a report (the "Report") that was being prepared by Skadden Arps regarding the evidence and procedures used during the 2011 prosecution of former Prime Minister Yulia Tymoshenko. Specifically, FTI was tasked with developing a global media strategy and content for the release of the Report, and disseminating the Report to media contacts in the European Union ("EU") and the Ukraine. At the time of the engagement, it was contemplated that the global media strategy and content would be utilized in the U.S. and disseminated there by entities other than FTI. In addition to FTI's activities in the EU and the Ukraine regarding the Report, a UK-based FTI employee participated in certain activities within the U.S. or involving U.S. entities. Specifically, in September 2012, this FTI employee participated in a media strategy planning session in the U.S. that included discussion of the distribution of the report in the U.S. The Report was released publicly on December 13, 2012. Over the course of December 12-13, 2012, the FTI employee had communications with members of the U.S. media, directly and indirectly, for the purpose of distributing the Report and related information.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☒   No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

See response to Question 8 above.

**EXECUTION**

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature | |
|---|---|---|---|
| July 12, 2019 | Curtis P. Lu for FTI Consulting Management Limited, Managing Member of FTI Consulting LLP | /s/ Curtis P. Lu | eSigned |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

# Exhibit 3

**U.S. Department of Justice**

Washington, DC 20530

## Short Form Registration Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS.  Each partner, officer, director, associate, employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity.  Compliance is accomplished by filing an electronic short form registration statement at https://www.fara.gov.

Privacy Act Statement.  The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure.  Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.  Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC.  Statements are also available online at the Registration Unit's webpage: https://www.fara.gov.  One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act.  The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent.  This report is available to the public and online at: https://www.fara.gov.

Public Reporting Burden.  Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| | |
|---|---|
| 1.  Name<br><br>Jonathan Hawker | 2.  Registration No.<br><br>6569 |
| 3.  Residence Address(es)<br>Provided to FARA Registration Unit under separate cover. | 4.  Business Address(es)<br>200 Aldersgate, Aldersgate Street, London, EC1A 4HD |
| 5.  Year of Birth   1967<br><br>Nationality   United Kingdom<br><br>Present Citizenship  United Kingdom | 6.  If present citizenship was not acquired by birth, indicate when, and how acquired.<br>N/A |

7.  Occupation   Managing Director, Strategic Communications

8.  What is the name and address of the primary registrant?
Name  FTI Consulting LLP        Address        200 Aldersgate, Aldersgate Street, London, EC1A 4HD

9.  Indicate your connection with the primary registrant:

- [ ] partner
- [ ] director
- [x] employee
- [ ] consultant
- [ ] officer
- [ ] associate
- [ ] agent
- [ ] subcontractor
- [ ] other *(specify)*_____

10.  List every foreign principal to whom you will render services in support of the primary registrant.
Government of Ukraine, Office of Prosecutor General

11.  Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services.  *(If space is insufficient, a full insert page must be used.)*
I was FTI's UK-based employee who provided strategic communications related to preparation and distribution of report prepared by Skadden Arps. See response to Question 8, Exhibit B to FTI's Amendment to Registration.

FORM NSD-6
Revised 05/17

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?

        Yes ☒        No ☐

If yes, describe separately and in detail such political activity.

See response to Question 11 above.

---

13. The services described in Items 11 and 12 are to be rendered on a

    ☐ full time basis        ☒ part time basis        ☐ special basis

---

14. What compensation or thing of value have you received to date or will you receive for the above services?

    ☐ Salary: Amount $ _____ per _____    ☐ Commission at _____ % of _____

    ☒ Salary: Not based solely on services rendered to the foreign principal(s).

    ☐ Fee: Amount $ _____    ☐ Other thing of value _____

---

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?    Yes ☐    No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
|      |                          |                                     |                   |

---

**EXECUTION**

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

    July 12, 2019               /s/ Jonathan Hawker        eSigned

    *(Date of signature)*               *(Signature)*

---

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.