## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**GREGORY B. CRAIG**,<br><br>*Defendant.* | **Case No. 1:19-cr-0125 (ABJ)** |

### NOTICE OF REQUEST FOR JURY QUESTIONNAIRE

On April 23, 2019, at the Court's direction, Defendant advised the Court of his belief that a jury questionnaire would be appropriate in this case. ECF 13. The government stated its view that a questionnaire would be unnecessary. ECF 12. Defendant respectfully reiterates his request that the Court employ a written questionnaire to assist in the selection of the jury in this case. Attached hereto as Exhibit 1 is the form of questionnaire that Defendant proposes for the Court's use.

Dated: July 16, 2019

Respectfully submitted,

*/s/ William W. Taylor, III*

William W. Taylor, III (D.C. Bar No. 84194)
Paula M. Junghans (D.C. Bar No. 474419)
Ezra B. Marcus (D.C. Bar No. 252685)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W. Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: wtaylor@zuckerman.com
Email: pjunghans@zuckerman.com
Email: emarcus@zuckerman.com

William J. Murphy (D.C. Bar No. 350371)
Adam B. Abelson (D.C. Bar No. 1011291)
ZUCKERMAN SPAEDER LLP

100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
Email: wmurphy@zuckerman.com
Email: aabelson@zuckerman.com

*Attorneys for Defendant Gregory B. Craig*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on July 16, 2019, the foregoing was served on counsel of record via the Court's CM/ECF Service.

*/s/ Ezra B. Marcus*
Ezra B. Marcus

# Exhibit 1

## JURY QUESTIONNAIRE

### Instructions for Jury Questionnaire

This questionnaire is designed to obtain information about your background as it relates to your service as a juror in this case.  We are using it to shorten the jury selection process.  The purpose of these questions is to determine whether prospective jurors can impartially decide this case based solely on the evidence presented at trial and the instructions on the law given by the judge.  All information contained in this questionnaire will be kept confidential and under seal.

**Please write your assigned juror number at the top of each page.**  Respond to each question. Your candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury.  Your cooperation is of vital importance.

You are sworn to give true and complete answers, and those answers will be available only to the Court and the parties in this case.  You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

Please fill out the entire questionnaire.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK**

**(NO PENCILS)**

Juror Number: _____

## **Personal Information**

1.  Name:  _____

2.  Sex:  _____

3.  Date of Birth:  _____

4.  Place of Birth: _____

5.  Address:  _____

6.  How long have you lived in the District of Columbia?  _____

## **Employment**

7.  Are you employed?     ___ Yes       ___ No

    A.  If employed, what is your current occupation / job title?  _____

    B.  Name of employer:  _____

    C.  How long have you been employed at your current job? _____

8.  If you are unemployed, please describe any other responsibilities you may have (childcare, school, etc.).

    _____

    _____

    _____

    _____

9.  If you are retired or between jobs, what type of work had you been doing?

    _____

    _____

    _____

    _____

Juror Number: _____

10. If you live with a spouse or significant other, is that person employed?   ___ Yes   ___ No

    A.  If employed, what is his or her current occupation / job title? _____

    _____

    _____

    B.  Employer's name: _____

    C.  If he or she is retired or between jobs, what type of work had he or she previously been doing?

    _____

    _____

    _____

**Education**

11. Check the highest level of education for you and your spouse or significant other:

|  | You | Spouse/Significant Other |
| --- | --- | --- |
| A.  Grade school or less | _____ | _____ |
| B.  Some high school | _____ | _____ |
| C.  High school graduate | _____ | _____ |
| D.  Technical or business school | _____ | _____ |
| E.  Some college | _____ | _____ |
| F.  College degree | _____ | _____ |
| G.  Graduate degree (and describe area) | _____ | _____ Area: _____ |

12. If you are a student now, please describe briefly your area of study:

    _____

    _____

    _____

Juror Number: _____

13.   Do you have any difficulty speaking, understanding, reading, or writing the English language?
      ___ Yes      ___ No

      A.  If yes, please explain what is difficult for you:

      _____

      _____

      _____

**News/Media**

14.   What is your main source for news? [Check the one you rely on the most.]

      _____ Newspapers/Magazines
      _____ TV or Radio
      _____ Internet/Social media websites

15.   Please list any newspapers, magazines, TV or radio shows, or Internet or social media websites
      that you read, watch, or listen to on a regular basis for news:

      _____

      _____

      _____

      _____

**Criminal Justice Experience**

16. Have you or someone close to you ever been the victim of or a witness to a crime, whether or not
    that crime was reported to law enforcement authorities?      ___ Yes      ___ No

    A.  If yes, please provide the following information for each person and incident:

| Relationship of person to you? | Type of of Crime? | Victim or Witness? | Police Report? | Was Anyone Arrested? | Case Outcome? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Juror Number: _____

17. Have you or someone close to you ever been accused of, arrested for, or charged with a crime?
___ Yes          ___ No

   A. If yes, please provide the following:

   Relationship?          Type of crime?          Case Outcome?

   _____

   _____

   _____

   _____

18. **If your answer to either question 16 or 17 is yes**:  Do you feel that you or the person close to
   you was treated fairly by the criminal justice system?

   _____

   _____

   _____

   _____

19. Apart from jury service, have you ever been involved in any legal proceeding, in any capacity,
   for example as a plaintiff, defendant, victim, lawyer, witness, or expert?     ___ Yes       ___ No

   A.  If yes, please state when and explain why you appeared in court:

   _____

   _____

   _____

   _____

   B.  If yes, did the legal process in that instance operate fairly in your opinion?

   _____

   _____

   _____

   _____

Juror Number: _____

**Jury Service / Legal System**

20. Have you ever served as a juror at a trial in a federal, state, or local court prior to today?
    ___ Yes    ___ No

    A.    If yes, without disclosing the verdict that you reached, please complete the following for each trial on which you served as a juror:

| Criminal or Civil? | Type of Allegations? | When did you serve? | Where did you serve? | Did the jury reach a verdict? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

21. Have you ever served as a juror on a grand jury in federal or state court?    ___ Yes    ___ No

    A. If yes, when and where: _____

    B.   Were there any cases in which the grand jury was unable to reach agreement on the issuance of true bills?    ___ Yes    ___ No

    C. If yes, describe the case or cases on which the grand jury on which you served was unable to reach agreement.  Do not name the person(s) under investigation.

_____

_____

22. Have you ever reported any kind of fraud or financial crime to any investigative agency?
    ___ Yes    ___ No

    A. If yes, please describe: _____

_____

_____

23. Have you ever been involved in a "whistleblower" situation?    ___ Yes    ___ No

    A. If yes, please describe: _____

_____

_____

**Law Enforcement**

24. Have you or someone close to you ever been employed by any law enforcement agency, such as: a police department, sheriff's department, constable's office, the Federal Bureau of Investigation (FBI), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the Criminal Enforcement Division of the IRS, the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, or any other state, local, or federal law enforcement agency or private security force?      ___ Yes     ___ No

    A. If yes, for each person, please list the law enforcement office or agency, when the person worked there, and a general description of the work he or she did:

    _____

    _____

    _____

25. A number of witnesses may be either federal or state law enforcement officers.  Is there anything about that fact alone that will make it difficult for you to evaluate their testimony fairly and impartially in accordance with the Court's instructions?  Put another way, would you tend to believe or to disbelieve the testimony of a law enforcement witness merely because that person is a law enforcement officer?      ___ Yes     ___ No

    A.  Please explain:

    _____

    _____

    _____

**Legal Profession**

26. Have you or someone close to you ever worked in the legal profession in any way, either as a lawyer, paralegal, or as an administrative assistant in a law office, including a prosecutor's or public defender's office?      ___ Yes     ___ No

    A.  Please describe:

    _____

    _____

    _____

Juror Number: _____

27. Have you or someone close to you had any legal training, including law courses, paralegal programs, or on-the-job training?      ___ Yes      ___ No

A.  Please describe:

_____

_____

_____


28. Do you have any concerns or opinions about the Skadden, Arps, Slate, Meagher & Flom law firm and its activities?      ___ Yes      ___ No

A. If yes, please describe:

_____

_____

_____


29. Have you or someone close to you had any bad experiences with a lawyer, a law firm, or with any legal work provided for you?      ___ Yes      ___ No

A. If yes, please describe:

_____

_____

_____


30. Do you have any strong feelings or opinions about large "megafirm" or "biglaw" law firms in Washington, D.C.?      ___ Yes      ___ No

A. If yes, please describe:

_____

_____

_____

Juror Number: _____

31.  Do you have any strong feelings or opinions about prosecuting attorneys and the work they do?
___ Yes      ___ No

A.  If yes, please describe:

_____

_____

_____

32.  Do you have any strong feelings or opinions about criminal defense attorneys and the work
they do?      ___ Yes      ___ No

A.  If yes, please describe:

_____

_____

_____

33.  In general, would you view evidence presented by the defense differently than you would
evidence presented by the prosecution?      ___ Yes      ___ No

A.  If yes, please describe:

_____

_____

_____

34.  The jury will be instructed that the defendant is presumed to be innocent throughout the trial
and that the defendant cannot be found guilty of any offense unless and until the government
has proven each element of that offense beyond a reasonable doubt. Would you find it difficult
for any reason to obey that instruction?      ___ Yes      ___ No

A.  If yes, please describe:

_____

_____

_____

**Business / Lobbying Experience**

35. Do you have any strong feelings, opinions, or concerns about large corporations and their role and influence in our society?  ___ Yes  ___ No

    A. If yes, please describe: _____

    _____

    _____

36. Have you or someone close to you had any bad experiences with a Washington, D.C.-based lobbyist, a lobbying organization, or with any lobbying work provided for you?
    ___ Yes      ___ No

    A. If yes, please describe:

    _____

    _____

    _____

    _____

37. Do you have any strong negative feelings or opinions about Washington, D.C.-based lobbyists?
    ___ Yes      ___ No

    A. If yes, please describe:

    _____

    _____

    _____

**Political Profession**

38. Have you or someone close to you had any bad experiences with a Washington, D.C.-based politician or high-level government official?      ___ Yes      ___ No

    A. If yes, please describe:

    _____

    _____

    _____

Juror Number: _____

39.  Do you have any strong feelings or opinions about Washington, D.C.-based politicians or high-level government officials?   ___ Yes   ___ No

A.  If yes, please describe:

_____

_____

_____


**Nature of the Evidence and the Charged Crimes**

40.  The indictment charges the defendant with concealing material facts and making false statements to a federal agency about matters related to registration under the Foreign Agents Registration Act (FARA).

Is there anything about the nature of those charges alone that might influence you or make it difficult for you to be a fair and impartial juror in this case?   ___ Yes   ___ No

A.  If yes, please describe:

_____

_____

_____


41.  Some of the witnesses in this case may be people who were involved in crimes themselves. They will testify as part of a cooperation agreement with the government, as part of a guilty plea.  Is there anything about that circumstance that might make it difficult for you to evaluate their testimony fairly and impartially in accordance with the Court's instructions?
___ Yes   ___ No

A.  If yes, please describe:

_____

_____

_____

Juror Number: _____

**<u>Foreign Governments</u>**

42.   Do you have any strong opinions or feelings about U.S. citizens who are employed by foreign governments?

    A.  If yes, please describe:

_____

_____

_____

43.   Do you have any strong opinions or feelings about the government of Ukraine?

    A.  If yes, please describe:

_____

_____

_____

44.  Do you have any strong opinions or feelings about the government of Russia?

    A.  If yes, please describe:

_____

_____

_____

45.   Do you or anyone close to you have any connection to the country of Ukraine?
    ___ Yes      ___ No

    A.  If yes, please describe:

_____

_____

_____

## Knowledge of the Case

46. This case has received significant publicity in the media. Have you seen, read, or heard anything about this case in any form of media, including newspaper, television, radio, or internet?      ___ Yes      ___ No

    A. If yes, please explain, to the best of your recollection, (i) what you have seen, read, or heard, (ii) the source of that information, and (iii) when that occurred:

    _____

    _____

    _____

47. Have you personally written, blogged, or posted anything about this defendant, or this prosecution, or this case?      ___ Yes      ___ No

    A. If yes, please describe when and where you did so and the subject of your comments:

    _____

    _____

48. Do you have any strong opinions or feelings about the Mueller Special Counsel investigation?

    A. If yes, please describe:

    _____

    _____

    _____

49. Have you personally written, blogged, or posted anything about the Mueller Special Counsel investigation?      ___ Yes      ___ No

    A. If yes, please describe when and where you did so and the subject of your comments:

    _____

    _____

Juror Number: _____

50. If you are selected as a juror on this case, would you be concerned about reactions to your verdict by anyone, including friends, family members, neighbors, acquaintances, or coworkers?

___ Yes, definitely          ___ Yes, somewhat          ___ Yes, a little          ___ No

A.  Please explain:

_____

_____

_____

51. You have been instructed, and you will continue to be instructed if you are selected as a juror, that you may not communicate with anyone about the case, or read or pay attention to any news or social media coverage the case may receive. Is there anything you know of today that will prevent you from complying with that instruction?

___ Yes       ___ No

A. If yes, please explain:

_____

_____

_____

52. Do you know anyone else in the pool of prospective jurors here in court today?

___ Yes       ___ No

A.  If yes, please describe:

_____

_____

_____

Juror Number: _____

**Knowledge of People Associated with the Case**

53.   The following is a partial list of individuals whose names may come up in connection with this case.  Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them?  If so, please circle the name(s) of the person and explain that connection in the space below:

[Name]                                            [Name]

[Name]                                            [Name]

[Name]                                            [Name]

[Name]                                            [Name]


_____

_____

_____

_____


54.   The lawyers representing the United States during this trial will be Fernando Campoamor-Sanchez, Molly Gaston, and Jason McCullough.

The lawyers representing the defendant will be William Taylor, William Murphy, Paula Junghans, Adam Abelson, and Ezra Marcus.

Judge Amy Berman Jackson will be the judge presiding over the trial.

Do you believe that you know, or have any connection to or association with, any of these people?      ___ Yes       ___ No

A.  If yes, please explain who you know and how you know them:


_____

_____

_____

_____

_____

Juror Number: _____

55. If you are selected as a juror in this case, would it be difficult for you to disregard any ideas, notions, or beliefs about the law you may hold, and render a fair and impartial verdict based solely on the evidence presented and the Court's instructions of law?

_____

_____

_____

_____

56. Jury selection in this case will begin on . . . .

The trial, and the presentation of evidence to the jurors who are selected, will begin on . . ., and the trial is expected to take approximately three weeks. In this respect, you should know that it is unlawful for an employer to discharge, threaten to discharge, intimidate, or coerce any employee because of the employee's jury service. Given this, is there any circumstance that would prevent you from serving on this jury?      ___ Yes      ___ No

A.  If yes, please describe:

_____

_____

_____

57. The Court plans to sit from approximately 9:30 a.m. to 5:00 p.m. each day, with an hour break for lunch and mid-morning and mid-afternoon breaks as well. Do you suffer from any physical or mental condition(s) that would affect your ability to sit for that period of time and pay close and careful attention to the evidence and to render an impartial verdict?      ___ Yes      ___ No

A.  If yes, please explain:

_____

_____

_____

Juror Number: _____

58. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial?      ___ Yes    ___ No

    A.  If yes, please explain:

    _____

    _____

    _____


59. Is there anything about the nature of the questions in this questionnaire that suggests to you that you will not be able to sit as a fair and impartial juror?      ___ Yes      ___ No

    A.  If yes, please explain:

    _____

    _____

    _____


60. Do you know of any other reason — even if it was not asked in this questionnaire — why you cannot sit as a juror in this case and judge the evidence presented fairly and impartially and apply the law as instructed by the Court?      ___ Yes      ___ No

    A.  If yes, please explain:

    _____

    _____

    _____


I,  _____ , hereby declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire. I have answered all of the above questions myself.

    Signature _____

    Print full name _____

    Date _____

Juror Number: _____

PLEASE USE THIS PAGE TO CONTINUE ANY OF YOUR ANSWERS. PLEASE INCLUDE
THE QUESTION NUMBER NEXT TO EACH RESPONSE.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____