**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**GREGORY B. CRAIG**,<br><br>*Defendant.* | **Case No. 1:19-cr-0125 (ABJ)** |

## **NOTICE**

Defendant hereby gives notice, following consultation with his undersigned counsel, that he will not be moving for the Court to take any action regarding the matters that were discussed during the status conference on July 16, 2019.

Dated: July 18, 2019                                  Respectfully submitted,

                                                      */s/ William W. Taylor, III*
                                                      William W. Taylor, III (D.C. Bar No. 84194)
                                                      Paula M. Junghans (D.C. Bar No. 474419)
                                                      Ezra B. Marcus (D.C. Bar No. 252685)
                                                      ZUCKERMAN SPAEDER LLP
                                                      1800 M Street N.W. Suite 1000
                                                      Washington, D.C. 20036
                                                      Tel: (202) 778-1800
                                                      Fax: (202) 822-8106
                                                      Email: wtaylor@zuckerman.com
                                                      Email: pjunghans@zuckerman.com
                                                      Email: emarcus@zuckerman.com

                                                      William J. Murphy (D.C. Bar No. 350371)
                                                      Adam B. Abelson (D.C. Bar No. 1011291)
                                                      ZUCKERMAN SPAEDER LLP
                                                      100 East Pratt Street, Suite 2440
                                                      Baltimore, MD 21202
                                                      Tel: (410) 332-0444
                                                      Fax: (410) 659-0436
                                                      Email: wmurphy@zuckerman.com
                                                      Email: aabelson@zuckerman.com

                                                      *Attorneys for Defendant Gregory B. Craig*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2019, the foregoing was served on counsel of record via the Court's CM/ECF service.

                                                  /s/ *Ezra B. Marcus*
                                                  Ezra B. Marcus