# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GREGORY B. CRAIG,**<br><br>*Defendant.* | Case No. 1:19-cr-0125 (ABJ) |

## DEFENDANT GREGORY B. CRAIG'S WAIVER OF HIS
## APPEARANCE AT THE JULY 19, 2019 STATUS CONFERENCE

In response to the Court's July 18, 2019 Minute Order setting a status conference in the above captioned matter, I, Gregory B. Craig, submit this written waiver of my right to appear at the status conference to be held on Friday, July 19, 2019 at 11:00 am.

I have been advised by my counsel of my right to be present at all stages of these proceedings and, with a full and complete understanding of my rights, I have agreed that my interests at the status conference will be represented by my attorneys. I hereby waive my right to appear personally at the status conference.

Dated: July 18, 2019

Respectfully submitted,

*/s/ Gregory B. Craig*
Gregory B. Craig

6892550.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2019, the foregoing was served on counsel of record via the Court's CM/ECF service.

                                                                   /s/ *Ezra B. Marcus*
                                                                   Ezra B. Marcus