## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Case No. 1:19-cr-0125 (ABJ)** |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

## NOTICE OF POSITION REGARDING REFERRAL

Defendant hereby gives notice that he will not seek to introduce evidence during the trial of this case – whether through testimony or documentary evidence – of the "Report of Investigative Findings" published on October 14, 2010 by Akin Gump Strauss Hauer & Feld LLP, Trout Cacheris PLLC, and Kroll, Inc. Defendant therefore does not believe that there is any need for a referral of any evidentiary determinations to another judge.

Dated: July 19, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ William W. Taylor, III*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　William W. Taylor, III (D.C. Bar No. 84194)
　　　　　　　　　　　　　　　　　　　　　Paula M. Junghans (D.C. Bar No. 474419)
　　　　　　　　　　　　　　　　　　　　　Ezra B. Marcus (D.C. Bar No. 252685)
　　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　　1800 M Street N.W. Suite 1000
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 778-1800
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 822-8106
　　　　　　　　　　　　　　　　　　　　　Email: wtaylor@zuckerman.com
　　　　　　　　　　　　　　　　　　　　　Email: pjunghans@zuckerman.com
　　　　　　　　　　　　　　　　　　　　　Email: emarcus@zuckerman.com

　　　　　　　　　　　　　　　　　　　　　William J. Murphy (D.C. Bar No. 350371)
　　　　　　　　　　　　　　　　　　　　　Adam B. Abelson (D.C. Bar No. 1011291)
　　　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP
　　　　　　　　　　　　　　　　　　　　　100 East Pratt Street, Suite 2440
　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　　　　Tel: (410) 332-0444
　　　　　　　　　　　　　　　　　　　　　Fax: (410) 659-0436
　　　　　　　　　　　　　　　　　　　　　Email: wmurphy@zuckerman.com
　　　　　　　　　　　　　　　　　　　　　Email: aabelson@zuckerman.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Gregory B. Craig*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2019, the foregoing was served on counsel of record via the Court's CM/ECF service.

    /s/ *Ezra B. Marcus*
    Ezra B. Marcus