## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Case No. 1:19-cr-0125 (ABJ)** |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

### DEFENDANT'S TRIAL EXHIBIT LIST

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/13/2012 | USA-REL-0157968 | Email chain among G. Craig and C. Sloan regarding a retainer and FARA registration | | | | | No Objection |
| 2 | 2/13/2012 | USA-REL-0157998 | Email chain among C. Sloan and D. Zornow regarding requested report from D. Schoen and V. Pinchuk | | | | | Hearsay |
| 3 | 2/20/2012 | USA-0014470 | Emails between G. Craig and C. Sloan regarding draft retainer agreement | | | | | No Objection |
| 4 | 2/20/2012 | USA-REL-0000410 | Email chain among P. Manafort and G. Craig regarding the Skadden-MoJ engagement letter | | | | | No Objection |
| 5 | 2/20/2012 | USA-REL-0000423 | Email from G. Craig to P. Manafort and D. Schoen attaching the Skadden-MoJ draft engagement letter | | | | | No Objection |
| 6 | 2/24/2012 | USA-REL-0158047 | Email chain between G. Craig, C. Sloan, and D. Zornow regarding retainer letter | | | | | No Objection |
| 7 | 3/14/2012 | USA-REL-0338416 | Carnegie Europe article | | | | | Hearsay |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **8** | 3/15/2012 | USA-REL-0110414 | Email from C. Sloan to G. Craig regarding rescheduling the trip to Kiev | | | | | No Objection |
| **9** | 3/15/2012 | USA-REL-0176878 | Email from G. Craig to C. Sloan regarding rescheduling the trip to Kiev | | | | | No Objection |
| **10** | 3/16/2012 | USA-REL-0338408 | Article from B. Jackson to G. Craig | | | | | F.R.E. 401 |
| **11** | 3/17/2012 | USA-REL-0008074 | Email from P. Manafort to G. Craig regarding a meeting about fees | | | | | No Objection |
| **12** | 3/17/2012 | USA-REL-0008076 | Email from G. Craig to P. Manafort to request a meeting about fees | | | | | No Objection |
| **13** | 3/19/2012 | USA-REL-0176883 | Email from C. Sloan to G. Craig regarding rescheduling the trip to Kiev | | | | | No Objection |
| **14** | 3/20/2012 | USA-REL-0000470 | Email chain among D. Schoen, G. Craig, and P. Manafort regarding rescheduling of the Kiev trip | | | | | No Objection |
| **15** | 3/20/2012 | USA-REL-0027611 | D. Schoen handwritten note to G. Craig | | | | | No Objection |
| **16** | 3/30/2012 | USA-REL-0110446 | Email forward from C. Whitney to G. Craig attaching memorandum regarding initial trip to Ukraine and attorney profiles | | | | | No Objection |
| **17** | 4/2/2012 | USA-REL-0027686 | Email from D. Schoen to G. Craig regarding breakfast with V. Pinchuk | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **18** | 4/2/2012 | USA-REL-0176993 | Email from G. Craig to A. van der Zwaan, C. Sloan, and A. Haskell attaching a memorandum containing initial project description | | | | | No Objection |
| **19** | 4/5/2012 | USA-REL-0000038 | Retainer Memorandum re Terms and Conditions | | | | | Completeness |
| **20** | 4/5/2012 | USA-REL-0177339 | Memorandum from G. Craig to V. Pshonka regarding two projects | | | | | No Objection |
| **21** | 4/7/2012 | USA-REL-0110871 | Email from G. Craig to C. Sloan forwarding message from D. Schoen regarding V. Pinchuk | | | | | No Objection |
| **22** | 4/10/2012 | USA-0014622 | Emails among C. Craig, D. Zornow, and C. Sloan regarding need to talk | | | | | No Objection |
| **23** | 4/10/2012 | USA-REL-0007958 | Retainer Memorandum re Terms and Conditions | | | | | Completeness |
| **24** | 4/11/2012 | USA-REL-0111343 | Email chain among A. van der Zwaan, G. Craig, and C. Sloan regarding incorporating FARA language into retainer agreement | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 25 | 4/23/2012 | USA-0014026 | Emails between A. Haskel and M. Cowie regardng application of FARA | | | | | Completeness |
| 26 | 4/26/2012 | USA-REL-0341915 | Email chain among J. Hawker and E. Reilly regarding the former's discussion with M. Cowie about prospective Ukraine job | | | | | No Objection |
| 27 | 5/1/2012 | USA-REL-0360839 | Email chain among M. Beauregard, E. Reilly and J. Hawker regarding M. Cowie call on Ukraine job | | | | | No Objection |
| 28 | 5/9/2012 | USA-REL-0350174 | Email chain between J. Hawker and J. Aarons regarding travel to Kiev | | | | | No Objection |
| 29 | 5/9/2012 | USA-REL-0360806 | Email chain among R. Bhavnani, E. Reilly,  J. Hawker and J. Aarons regarding progress on Ukraine job | | | | | Hearsay |
| 30 | 5/10/2012 | USA-REL-0008357 | Email chain among P. Manafort, G. Craig, and A. van der Zwaan regarding payment to FTI | | | | | No Objection |
| 31 | 5/10/2012 | USA-REL-0021168 | Email forward from A. van der Zwaan to R. Gates, P. Manafort, G. Craig, and M. Cowie regarding payment to FTI | | | | | No Objection |
| 32 | 5/10/2012 | USA-REL-0178711 | Email from A. van der Zwaan to B. Kelly and G. Craig regarding payment to FTI | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **33** | 5/10/2012 | USA-REL-0346580 | Email chain among R. Bhavnani, M. Malloch-Brown, and J. Hawker regarding deciding to take Ukraine job | | | | | No Objection |
| **34** | 5/11/2012 | USA-REL-0178938 | Email chain between N. Sadiq, D. Nordlinger, and A. van der Zwaan regarding FTI engagement | | | | | Hearsay |
| **35** | 5/12/2012 | USA-REL-0359452 | Email chain among J. Aarons and S. Elliott confirming that project will proceed | | | | | No Objection |
| **36** | 5/12/2012 | USA-REL-0360408 | Email from E. Reilly to M. Malloch-Brown with draft memo regarding FTI decision to represent Ukraine Prosecutor General | | | | | No Objection |
| **37** | 5/13/2012 | USA-REL-0342463 | Email from J. Aarons to R. Gates and J. Hawker forwarding draft letter of engagement | | | | | No Objection |
| **38** | 5/14/2012 | USA-REL-0342203 | Email from R. Hall to J. Hawker and J. Aarons attaching list of potential media contacts | | | | | No Objection |
| **39** | 5/15/2012 | USA-REL-0345228 | Email from J. Hawker to J. Aarons, R. Hall and S. Elliott attaching draft media strategy | | | | | No Objection |
| **40** | 5/16/2012 | USA-REL-0354095 | Email from J. Aarons to R. Gates regarding discussions with Prosecutor General | | | | | No Objection |
| **41** | 5/16/2012 | USA-REL-0049545 | Email among A. van der Zwaan and G. Craig regarding contract | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **42** | 5/17/2012 | USA-REL-0345315 | Email chain among T. Leigh, J. Hawker and J. Aarons regarding FTI contract negotiation | | | | | No Objection |
| **43** | 5/18/2012 | USA-REL-0341486 | Email chain among J. Aarons and E. Reilly regarding who will pay FTI bills | | | | | No Objection |
| **44** | 5/20/2012 | USA-REL-0000817 | Email from O. Zhylinska (on behalf of G. Craig) to P. Manafort attaching interim report | | | | | No Objection |
| **45** | 5/22/2012 | USA-REL-0356001 | Email from J. Aarons to N. Mitz attaching media mapping of Y. Tymoshenko case | | | | | Hearsay,F.R.E. 401 |
| **46** | 5/24/2012 | USA-REL-0000859 | Email chain among A. van der Zwaan, R. Gates, G. Craig, K. Kilimnik, et al. regarding the Skadden-MoJ engagement letter | | | | | No Objection |
| **47** | 5/24/2012 | USA-REL-0115981 | Email chain among A. van der Zwaan, G. Craig, et al. regarding final MoJ press release | | | | | Hearsay |
| **48** | 5/24/2012 | USA-REL-0344100 | Email chain between J. Aarons and J. Hawker forwarding discussions with R. Gates about payment | | | | | No Objection |
| **49** | 5/24/2012 | USA-REL-0345393 | Email from J. Aarons to J. Hawker regarding call from R. Gates advising that FTI will be a sub-contractor of Skadden | | | | | No Objection |
| **50** | 5/24/2012 | USA-REL-0352955 | Email chain among E. Reilly, J. Aarons and T. Leigh forwarding email ultimatum to R. Gates | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **51** | 5/25/2012 | USA-REL-0116030 | Email chain among A. van der Zwaan and G. Craig regarding the Skadden-MoJ engagement letter | | | | | Hearsay |
| **52** | 5/25/2012 | USA-REL-0341515 | Email chain among R. Aarons, E. Reilly and T. Leigh regarding contacting G. Craig about subcontracting with Skadden | | | | | No Objection |
| **53** | 5/29/2012 | USA-REL-0029205 | Email chain among E. Reilly, G. Craig, J. Aarons, et al. regarding FTI engagement | | | | | No Objection |
| **54** | 5/29/2012 | USA-REL-0031433 | Engagement letter from J. Aarons to G. Craig regarding Strategic Communications Services Project | | | | | No Objection |
| **55** | 5/29/2012 | USA-REL-0341349 | Email chain among E. Reilly, J. Hawker, J. Aarons, T. Leigh regarding Ukraine engagement | | | | | No Objection |
| **56** | 5/30/2012 | USA-REL-0170909 | Email from A. Haskell to G. Craig, M. Loucks, M. Cowie, et al. attaching a list of Tymoshenko's acts of deceit, dishonesty, and neglect of duty | | | | | No Objection |
| **57** | 5/30/2012 | USA-REL-0179635 | Email chain between G. Craig and S. Vlasenko regarding a meeting | | | | | No Objection |
| **58** | 5/31/2012 | USA-REL-0171195 | Email from A. Haskell forwarding message from A. Haskell regarding factual disputes | | | | | No Objection |
| **59** | 5/31/2012 | USA-REL-0341318 | Emails between J. Aarons and E. Reilly regarding possibility of FTI subcontracting under Skadden | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|----|------|------------------|-------------|---------|-----|-----|-------------------------------------|------------------------|
| 60 | 6/0/2012 | USA-REL2-0000174 | Draft ECFMU release | | | | | F.R.E. 401, Foundation |
| 61 | 6/2/2012 | USA-REL-0348623 | Email from J. Aarons to R. Gates threatening to stop work if contract is not signed | | | | | Hearsay |
| 62 | 6/4/2012 | USA-REL-0050141 | Email chain among G. Craig, A. van der Zwaan, M. Cowie, et al. regarding FTI engagement | | | | | Hearsay |
| 63 | 6/6/2012 | USA-REL-0341131 | Email from J. Aarons to E. Reilly regarding lack of clarity on the contract | | | | | No Objection |
| 64 | 6/6/2012 | USA-REL-0358917 | Email from J. Aarons to R. Gates regarding Deputy Prosecutor General trip to US | | | | | No Objection |
| 65 | 6/7/2012 | USA-REL-0171629 | Email from A. Haskell to G. Craig, C. Sloan, et al. regarding S. Vlasenko | | | | | No Objection |
| 66 | 6/15/2012 | USA-REL-0346892 | Email from R. Hall to J. Hawker and J. Aarons attaching media strategy document | | | | | No Objection |
| 67 | 6/19/2012 | USA-REL-0344971 | Email from R. Gates to J. Hawker advising that draft contract with FTI is forthcoming | | | | | No Objection |
| 68 | 6/20/2012 | USA-REL-0198646 | Email from C. Sloan to P. Kerlin agreeing to a meeting | | | | | No Objection |
| 69 | 6/20/2012 | USA-REL-0215701 | Email to P. Kerlin containing Westlaw research regarding FARA | | | | | No Objection |
| 70 | 6/20/2012 | USA-REL-0342678 | Email chain among J. Aarons, R. Gates and J. Hawker regarding FTI contract | | | | | No Objection |
| 71 | 6/24/2012 | USA-REL2-0003962 | Email from R. Gates regarding release of the Skadden Report | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **72** | 6/28/2012 | USA-REL-0181336 | Email chain between G. Craig and A. Haskell regarding transcript | | | | | Hearsay |
| **73** | 6/28/2012 | USA-REL2-0010651 | Email chain among C. Antelo, K. Griffis, A. Kauders and K. Zoeller regarding article about Tymoshenko meeting with Skadden | | | | | Hearsay |
| **74** | 6/29/2012 | USA-REL-0172860 | Email chain among A. Haskell, A. van der Zwaan, et al. regarding meeting with Tymoshenko | | | | | F.R.E. 401 |
| **75** | 7/9/2012 | USA-REL-0121164 | Email from A. van der Zwaan to G. Craig regarding FTI engagement | | | | | No Objection |
| **76** | 7/9/2012 | USA-REL-0221273 | Email chain among A. van der Zwaan and A. Haskell regarding document translations | | | | | Hearsay, F.R.E. 401 |
| **77** | 7/10/2012 | USA-REL-0345272 | Email chain among R. Gates, J. Aarons and J. Hawker attaching list of contacts for Skadden Report | | | | | No Objection |
| **78** | 7/12/2012 | USA-REL-0346836 | Email from J. Hawker to J. Aarons advising Skadden Report to be released July 23 | | | | | No Objection |
| **79** | 7/17/2012 | USA-REL-0356184 | Email from J. Aarons to O. Leonov with news that Skadden Report is being delayed | | | | | No Objection |
| **80** | 7/18/2012 | USA-REL-0223827 | Email from A. Kedem to A. van der Zwaan regarding Project One | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **81** | 7/25/2012 | USA-REL-0200363 | Email from A. Kedem to C. Sloan regarding the selective prosecution section of the Skadden Report | | | | | No Objection |
| **82** | 7/27/2012 | USA-REL-0165773 | Email from A. van der Zwaan to G. Craig, C. Sloan, et al. regarding a meeting with V. Pshonka | | | | | Hearsay |
| **83** | 7/29/2012 | USA-REL-0183997 | Email from G. Craig to C. Sloan, A. Haskell, A. van der Zwaan, and A. Kedem regarding a Russian translation of the Skadden Report | | | | | No Objection |
| **84** | 7/30/2012 | USA-REL-0000923 | Email from G. Craig to P. Manafort suggesting the English version should be the official version of the Skadden Report | | | | | Hearsay |
| **85** | 7/30/2012 | USA-REL-0055837 | Email forward from G. Craig to A. van der Zwaan regarding Russian and Ukrainian translations of the Skadden Report | | | | | No Objection |
| **86** | 7/30/2012 | USA-REL-0184023 | Email chain among G. Craig, A. Haskell, A. Kedem, and C. Sloan regarding Russian and Ukrainian translations of the Skadden Report | | | | | No Objection |
| **87** | 7/30/2012 | USA-REL-0350131 | Email chain among R. Gates, J. Aarons, J. Hawker and A. van der Zwaan scheduling call | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **88** | 7/31/2012 | USA-REL-0000925 | Email chain among P. Manafort and G. Craig regarding Russian and Ukrainian translations of the Skadden Report | | | | | No Objection |
| **89** | 8/2/2012 | USA-REL-0158616 | Email chain between P. Manafort and G. Craig regarding proposed comments | | | | | No Objection |
| **90** | 8/3/2012 | USA-0017286 | Email chain between P. Manafort and G. Craig regarding proposed comments | | | | | No Objection |
| **91** | 8/7/2012 | USA-REL-0136195 | Email chain among A. van der Zwaan, G. Craig, C. Sloan, et al. regarding Russian and Ukrainian translations of the Skadden Report | | | | | No Objection |
| **92** | 8/9/2012 | USA-REL-0176345 | Email from S. Zaki to M. Porter, A. van der Zwaan, M. Loucks, et al. regarding Skadden Stink article | | | | | No Objection |
| **93** | 8/9/2012 | USA-REL-0342507 | Email from J. Hawker to R. Gates attaching master control grid | | | | | No Objection |
| **94** | 8/10/2012 | USA-0014809 | Email between A. van der Zwaan, G. Craig, C. Sloan, A. Kedem, A. Haskell regarding comments | | | | | No Objection |
| **95** | 8/16/2012 | USA-0015568 | Email among A. van der Zwaan, O. Smolova, G. Craig, C. Sloan, A. Kedem, and A. Haskell re comments | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|----|------|------------------|-------------|---------|----|----|-------------------------------------|----------------------|
| **96** | 8/23/2012 | USA-REL-0167392 | Email chain among A. Haskell, C. Sloan, A. Kedem, et al. regarding a response to an email from S. Vlasenko | | | | | No Objection |
| **97** | 8/24/2012 | USA-REL-0167403 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | | | | | No Objection |
| **98** | 8/24/2012 | USA-REL-0350482 | Email from J. Aarons to R. Gates and J. Hawker attaching communications strategy document | | | | | No Objection |
| **99** | 8/24/2012 | USA-REL2-0025200 | Email chain among T. Podesta, K. Griffis, K. Fritts, and R. Edgar re: SA report | | | | | Hearsay |
| **100** | 8/27/2012 | USA-REL-0016804 | Email chain between G. Craig and P. Manafort regarding proposed comments for the Skadden Report | | | | | No Objection |
| **101** | 8/27/2012 | USA-REL-0187233 | Email chain among A. Haskell, C. Sloan, A. Kedem, et al. regarding an email from S. Vlasenko | | | | | No Objection |
| **102** | 8/28/2012 | USA-REL-0162990 | Email forward from G. Craig to C. Whitney attaching media plan | | | | | No Objection |
| **103** | 8/28/2012 | USA-REL-0337749 | FTI Media Plan | | | | | No Objection |
| **104** | 8/30/2012 | USA-REL-0073935 | Email chain among G. Craig, A. van der Zwaan, A. Haskell, et al. regarding finalizing the Skadden Report | | | | | Hearsay |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **105** | 8/30/2012 | USA-REL-0167421 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | | | | | No Objection |
| **106** | 8/30/2012 | USA-REL-0344875 | Email from J. Aarons to J. Hawker attaching draft strategy memos for P. Manafort and R. Gates | | | | | No Objection |
| **107** | 9/2/2012 | USA-REL-0006022 | Email chain among P. Manafort and G. Craig regarding J. Hawker's opinion of the Skadden Report | | | | | No Objection |
| **108** | 9/2/2012 | USA-REL-0006028 | Email from P. Manafort to G. Craig attaching letter from K. Kilimnik | | | | | No Objection |
| **109** | 9/3/2012 | USA-REL-0006057 | Email chain between G. Craig and P. Manafort regarding proposed comments for the Skadden Report | | | | | No Objection |
| **110** | 9/3/2012 | USA-REL-0016828 | Email chain among G. Craig, P. Manafort, and C. Sloan regarding comments to the draft Skadden Report | | | | | No Objection |
| **111** | 9/3/2012 | USA-REL-0074026 | Email chain among G. Craig and A. van der Zwaan regarding comments to the draft Skadden Report | | | | | Hearsay |
| **112** | 9/4/2012 | USA-REL-0167429 | Email from A. van der Zwaan to G. Craig, A. Haskell, A. Kedem and C. Sloan attaching translated comments from Ukraine on the Skadden Report | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **113** | 9/7/2012 | USA-REL-0346586 | Email from J. Hawker to J. Aarons regarding uncertain timing of the release of Skadden Report | | | | | No Objection |
| **114** | 9/7/2012 | USA-REL-0348736 | Emails between J. Hawker and K. Kilimnik regarding Skadden wanting to meet with Y. Tymoshenko | | | | | No Objection |
| **115** | 9/8/2012 | USA-REL-0145065 | Email chain among A. van der Zwaan, G. Craig, C. Sloan, et al. regarding getting a copy of the Skadden Report to R. Gates | | | | | No Objection |
| **116** | 9/10/2012 | USA-REL-0006105 | Email chain among P. Manafort and G. Craig regarding the release of the Skadden Report | | | | | No Objection |
| **117** | 9/10/2012 | USA-REL-0016891 | Email from G. Craig to P. Manafort attaching draft Skadden Report in English | | | | | No Objection |
| **118** | 9/10/2012 | USA-REL-0017204 | Email from G. Craig to P. Manafort attaching executive summary of the Skadden Report | | | | | No Objection |
| **119** | 9/11/2012 | USA-0014002 | Email among A. Haskell, A. Kedem, G. Craig, C. Sloan regarding final tweaks | | | | | No Objection |
| **120** | 9/11/2012 | USA-REL-0006119 | Email from P. Manafort to G. Craig attaching revisions to final Skadden Report | | | | | No Objection |
| **121** | 9/11/2012 | USA-REL-0017225 | Email from G. Craig to P. Manafort regarding proposed comments | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **122** | 9/11/2012 | USA-REL-0342754 | Email from J. Hawker to J. Aarons attaching version 2 of "A More Modern Ukraine" memo | | | | | No Objection |
| **123** | 9/12/2012 | USA-REL-0344308 | Email from J. Hawker to R. Gates attaching master control grid | | | | | No Objection |
| **124** | 9/12/2012 | USA-REL-0344806 | Email from J. Hawker to J. Aarons attaching draft project veritas messaging | | | | | No Objection |
| **125** | 9/12/2012 | USA-REL-0348498 | Email from J. Hawker to R. Gates attaching "FTI Cut Down Media Plan" for when the report is released | | | | | No Objection |
| **126** | 9/12/2012 | USA-REL-0350077 | Email from J. Hawker to R. Gates attaching Q and A for Ministry of Justice and draft statements on Skadden Report | | | | | No Objection |
| **127** | 9/12/2012 | USA-REL-0350707 | Email from J. Hawker to R. Gates attaching master control grid | | | | | No Objection |
| **128** | 9/13/2012 | USA-REL-0342819 | Emails between K. Kilimnik and J. Hawker regarding using the Ministry of Justice comments to Skadden for preparing Q and As | | | | | No Objection |
| **129** | 9/13/2012 | USA-REL-0343536 | Email from K. Kilimnik to J. Hawker attaching Ministry of Justice suggestions on draft report | | | | | No Objection |
| **130** | 9/13/2012 | USA-REL-0347816 | Email from J. Hawker to R. Gates regarding draft PR response for Skadden to use | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **131** | 9/14/2012 | USA-0014852 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | | | | | No Objection |
| **132** | 9/17/2012 | USA-REL-0342595 | Email from R. Gates attaching P. Manafort comments on FTI media package | | | | | No Objection |
| **133** | 9/17/2012 | USA-REL2-0003549 | C. Antelo email to R. Gates regarding ECFMU Strategy for committee Senators | | | | | F.R.E. 401 |
| **134** | 9/18/2012 | USA-REL-0007076 | Email chain among R. Gates and G. Craig regarding comments | | | | | No Objection |
| **135** | 9/20/2012 | USA-REL-0007096 | Email from P. Manafort to G. Craig attaching proposed changes to the Skadden Report | | | | | No Objection |
| **136** | 9/20/2012 | USA-REL-0007103 | Email from P. Manafort to G. Craig attaching comments for the Skadden Report and proposing a group meeting | | | | | No Objection |
| **137** | 9/20/2012 | USA-REL-0018509 | Email chain among G. Craig and P. Manafort regarding proposed changes to the Skadden Report | | | | | No Objection |
| **138** | 9/20/2012 | USA-REL-0025570 | Email chain among A. van der Zwaan and P. Manafort regarding changes to the Skadden Report | | | | | Hearsay |
| **139** | 9/20/2012 | USA-REL-0148288 | Email chain among A. Haskell, A. van der Zwaan, G. Craig, et al. attaching proposed changes to the Skadden Report from R. Gates | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **140** | 9/20/2012 | USA-REL-0193817 | Email chain among B. Jackson and G. Craig regarding Ukraine | | | | | No Objection |
| **141** | 9/21/2012 | USA-REL-0007129 | Email forward from K. Kilimnik to A. van der Zwaan attaching the FTI Media Plan | | | | | No Objection |
| **142** | 9/21/2012 | USA-REL-0344446 | Email from A. van der Zwaan to J. Hawker, P. Manafort cc'ing G. Craig attaching copy of Skadden Report | | | | | No Objection |
| **143** | 9/23/2012 | USA-REL-0233100 | Email from A. van der Zwaan to A. Haskell regarding a proposed change to the Skadden Report | | | | | Hearsay |
| **144** | 9/23/2012 | USA-REL-0343653 | Emails between K. Kilimnik and J. Hawker regarding Ukraine comments and meeting at Harvard Club | | | | | Hearsay, F.R.E. 401 |
| **145** | 9/23/2012 | USA-REL-0345494 | Email from K. Kilimnik to J. Hawker attaching Ukraine comments on Skadden Report | | | | | Hearsay, F.R.E. 401 |
| **146** | 9/24/2012 | USA-REL-0082763 | Email chain among A. Haskell, A. van der Zwaan, A. Kedem, et al. regarding points coming out of meeting | | | | | No Objection |
| **147** | 9/24/2012 | USA-REL-0347958 | Email from R. Gates to J. Hawker attaching his notes from meeting at Harvard Club | | | | | No Objection |
| **148** | 9/25/2012 | USA-0008962 | Email chain among A. Haskell and C. Sloan regarding FTI "veritas Message Master" document | | | | | No Objection |

17

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **149** | 9/25/2012 | USA-REL-0019666 | Email from J. Hawker to G. Craig, P. Manafort, and R. Gates attaching the FTI Media Plan | | | | | No Objection |
| **150** | 9/25/2012 | USA-REL-0026966 | Email forward from R. Gates to A. van der Zwaan including the message from G. Craig that there is "a lot of stuff in here that is just wrong." | | | | | No Objection |
| **151** | 9/25/2012 | USA-REL-0149983 | Email chain among C. Sloan and G. Craig regarding paying and backgrounding journalists | | | | | No Objection |
| **152** | 9/25/2012 | USA-REL-0150939 | Email chain among C. Sloan, G. Craig, J. Hawker, et al. regarding the FTI Media Plan | | | | | No Objection |
| **153** | 9/25/2012 | USA-REL-0150948 | Email from C. Sloan to G. Craig about draft comments regarding the FTI Media Plan | | | | | No Objection |
| **154** | 9/25/2012 | USA-REL-0191269 | Email from C. Sloan to G. Craig with draft comments regarding the FTI Media Plan | | | | | No Objection |
| **155** | 9/25/2012 | USA-REL-0342422 | Email from A. van der Zwaan to J. Hawker confirming receipt of FTI draft messaging and providing a copy of Skadden Report | | | | | No Objection |
| **156** | 9/25/2012 | USA-REL-0345373 | Email from J. Hawker to R. Gates attaching draft news release for Ministry of Justice | | | | | Hearsay |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **157** | 9/25/2012 | USA-REL-0348868 | Email from J. Hawker to R. Gates attaching changes to media package | | | | | No Objection |
| **158** | 9/26/2012 | USA-REL-0096720 | Email chain among A. van der Zwaan, R. Montgomery, P. Manafort, et al. regarding hand delivery of the Skadden Report | | | | | Hearsay |
| **159** | 9/26/2012 | USA-REL-0159022 | Email chain among G. Craig and J. Hawker regarding changes to the FTI Media Plan | | | | | No Objection |
| **160** | 9/26/2012 | USA-REL-0343523 | Email from P. Manafort to R. Gates, K. Kilimnik and J. Hawker attaching his analysis and an overview of the Skadden Report | | | | | Hearsay |
| **161** | 9/26/2012 | USA-REL-0345420 | Email from R. Gates to J. Hawker attaching new Skadden Report outreach list - key political and media contacts | | | | | No Objection |
| **162** | 9/27/2012 | USA-REL-0346213 | Email from P. Manafort to J. Hawker, R. Gates and K. Kilimnik attaching outline of key findings of Skadden Report | | | | | No Objection |
| **163** | 9/27/2012 | USA-REL2-0020455 | Email chain among A. Kauders, C. Antelo, and K. Griffis, regarding call with R. Gates | | | | | Hearsay |
| **164** | 9/28/2012 | USA-REL2-0003963 | R. Gates email to MCW and PDG regarding DC Plan | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **165** | 9/29/2012 | USA-REL-0096765 | Email chain among G. Craig, A. van der Zwaan, K. Kilimnik, et al. regarding changes to the Skadden Report | | | | | Hearsay, F.R.E. 401 |
| **166** | 9/29/2012 | USA-REL-0151598 | Email chain between A. van der Zwaan and G. Craig regarding proposed comments | | | | | Hearsay, F.R.E. 401 |
| **167** | 9/29/2012 | USA-REL-0345098 | Email from R. Gates attaching timeline and Skadden Report outreach list | | | | | No Objection |
| **168** | 9/30/2012 | USA-REL-0342570 | Email from R. Gates to J. Hawker attaching Skadden Report  release planning document | | | | | No Objection |
| **169** | 9/30/2012 | USA-REL-0342832 | Email from R. Gates to J. Hawker regarding Wave 2 of media engagement. | | | | | No Objection |
| **170** | 9/30/2012 | USA-REL-0346200 | Email from R. Gates to P. Manafort to K. Kilimnik and J. Hawker attaching media plan documents | | | | | No Objection |
| **171** | 10/1/2012 | USA-REL2-0017111 | A. Wright email to MCW and PDG regarding ECFMU/Ukraine Call | | | | | No Objection |
| **172** | 10/2/2012 | USA-REL-0096824 | Email forward from A. van der Zwaan to G. Craig attaching proposed comments | | | | | Hearsay |
| **173** | 10/2/2012 | USA-REL-0191382 | Email chain between A. van der Zwaan and G. Craig regarding proposed comments | | | | | No Objection |
| **174** | 10/2/2012 | USA-REL-0346343 | Email from P. Manafort to J. Hawker, R. Gates and K. Kilimnik attaching additions to media package | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **175** | 10/3/2012 | USA-REL-0349345 | Email from J. Hawker to R. Gates attaching proposed outreach list for Skadden Report | | | | | No Objection |
| **176** | 10/4/2012 | USA-REL2-0003622 | Email with attached memorandum from L. Saunders to I. Kirsch, M. Griffis, T. Podesta et al. | | | | | No Objection |
| **177** | 10/8/2012 | USA-0017497 | Email from G. Craig, to P. Manafort regarding comments to report. | | | | | Hearsay |
| **178** | 10/8/2012 | USA-REL-0007585 | Email from P. Manafort to G. Craig attaching comments for the Skadden Report | | | | | No Objection |
| **179** | 10/8/2012 | USA-REL-0098212 | Email from A. Kedem to G. Craig, C. Sloan, A. Haskell, and A. van der Zwaan regarding proposed revisions to the Skadden Report | | | | | No Objection |
| **180** | 10/8/2012 | USA-REL-0098221 | Email chain between A. van der Zwaan, G. Craig, A. Kedem, C. Sloan, and A. Haskell regarding proposed comments | | | | | No Objection |
| **181** | 10/8/2012 | USA-REL-0098227 | Email from A. Kedem to G. Craig, C. Sloan, A. Haskell, and A. van der Zwaan regarding proposed revisions to the Skadden Report | | | | | No Objection |
| **182** | 10/8/2012 | USA-REL-0342694 | Email from S. Galvin to J. Hawker regarding notes on meeting with P. Manafort in Kiev | | | | | Hearsay |
| **183** | 10/16/2012 | USA-REL-0007589 | Email from G. Craig to P. Manafort regarding delivery of the Skadden Report | | | | | Hearsay, F.R.E. 401 |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **184** | 10/16/2012 | USA-REL-0151966 | Email chain among A. van der Zwaan and G. Craig regarding delivery of the Skadden Report to the MoJ | | | | | Hearsay, F.R.E. 401 |
| **185** | 10/18/2012 | USA-REL-0007590 | Email chain among P. Manafort and G. Craig regarding delivery of the Skadden Report | | | | | Hearsay, F.R.E. 401 |
| **186** | 10/22/2012 | USA-0012555 | Email from G. Craig to C. Sloan, A. Haskell, A. van der Zwaan, and A. Kedem regarding the report | | | | | Hearsay, F.R.E. 401 |
| **187** | 10/27/2012 | USA-REL-0364972 | Email from K. Griffis to J. Hawker attaching list of journalists | | | | | Hearsay, F.R.E. 401 |
| **188** | 10/31/2012 | USA-0020855 | A. Wright and L. Saunders gchat after ECFMU call | | | | | Hearsay, F.R.E. 401 |
| **189** | 11/19/2012 | USA-0017507 | Email from G. Craig to P. Manafort regarding final issues | | | | | No Objection |
| **190** | 11/19/2012 | USA-REL-0193967 | Email chain between A. Haskell and G. Craig regarding proposed comments | | | | | No Objection |
| **191** | 11/26/2012 | USA-REL-0019749 | Email from G. Craig to P. Manafort regarding overview memo | | | | | No Objection |
| **192** | 11/27/2012 | USA-REL-0020057 | Email from R. Gates to A. van der Zwaan and K. Kilimnik attaching proposed comments | | | | | No Objection |
| **193** | 11/27/2012 | USA-REL-0105348 | Email from A. van der Zwaan to G. Craig and A. Haskell attaching proposed changes to the Skadden Report | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **194** | 11/30/2012 | USA-0017517 | Email from P. Manafort to K. Kilimnik, R. Gates J. Hawker regarding Q&A material and the Briefing Process | | | | | No Objection |
| **195** | 11/30/2012 | USA-0020870 | A. Wright and L. Saunders gchat about Skadden report roll-out | | | | | Hearsay |
| **196** | 11/30/2012 | USA-REL-0365485 | Email from P. Manafort to K. Kilimnik, R. Gates J. Hawker attaching memo for S. Lyovochkin, FTI release memos and A. van der Zwaan recommendation for outside counsel familiar with the ECHR | | | | | No Objection |
| **197** | 11/30/2012 | USA-REL-0951627 | Email from P. Manafort to Veritas team | | | | | Hearsay |
| **198** | 12/5/2012 | USA-0020870 | A. Wright and L. Saunders gchat about Mercury's involvement with Ukraine, and secure portal where Skadden report is saved | | | | | Hearsay |
| **199** | 12/6/2012 | USA-0009124 | Email from J. Hawker to R. Gates regarding Phase one media | | | | | No Objection |
| **200** | 12/6/2012 | USA-REL-0029944 | Email among R. Gates, J. Hawker, A. Friedman, A. van der Zwaan, and K. Kilimnik regarding Project Veritas call. | | | | | No Objection |
| **201** | 12/6/2012 | USA-REL-0029946 | Email among R. Gates, J. Hawker, A. Friedman, A. van der Zwaan, and K. Kilimnik regarding Project Veritas call | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **202** | 12/6/2012 | USA-REL-0030744 | Email chain among J. Hawker, A. van der Zwaan, R. Gates, et al. attaching the FTI Media Plan | | | | | No Objection |
| **203** | 12/6/2012 | USA-REL-0193987 | Email from M. Lantz to G. Craig regarding the release of the Skadden Report | | | | | No Objection |
| **204** | 12/7/2012 | USA-0020870 | A. Wright and L. Saunders gchat about LCS's conversation with K. Griffis from T. Podesta | | | | | Hearsay |
| **205** | 12/7/2012 | USA-0021010 | A. Wright email regarding Mercury's ECFMU government relations strategy document for 2013 | | | | | F.R.E. 401 |
| **206** | 12/7/2012 | USA-REL2-0017274 | Email chain from M. Tavlarides to T. Podesta et al. subject: Skadden Report | | | | | Hearsay |
| **207** | 12/11/2012 | N/A | Google Maps route view | | | | | No Objection |
| **208** | 12/11/2012 | USA-REL-0038299 | Email chain among R. Gates, E. Sager, A. van der Zwaan, et al. | | | | | No Objection |
| **209** | 12/11/2012 | USA-REL-0191857 | Email chain among G. Craig and A. van der Zwaan regarding  A. Kwasniewski and C. Salvalaggio | | | | | No Objection |
| **210** | 12/11/2012 | USA-REL-0194862 | Email chain among C. Sloan and G. Craig regarding a conversation with D. Sanger | | | | | No Objection |
| **211** | 12/11/2012 | USA-REL-0365783 | Email from R. Gates to D. Kuleba, O. Voloshyn, K. Kilimnik, J. Hawker, A. Friedman, A. van der Zwaan and  E. Sager | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **212** | 12/11/2012 | USA-REL-0366919 | Email from J. Hawker to R. Fletcher requesting an introduction to Tom Parfitt | | | | | No Objection |
| **213** | 12/11/2012 | USA-REL2-0017276 | Email from M. Tavlarides to T. Podesta et al. subject: Skadden report update | | | | | Hearsay |
| **214** | 12/12/2012 | USA-REL-0161005 | Email chain among D. Sanger and G. Craig regarding electronic delivery | | | | | No Objection |
| **215** | 12/12/2012 | USA-REL-0161006 | Email chain among D. Sanger and G. Craig confirming hard copy delivery | | | | | No Objection |
| **216** | 12/12/2012 | USA-REL-0191873 | Email chain among T. Parfitt and G. Craig regarding approval of quotes | | | | | No Objection |
| **217** | 12/12/2012 | USA-REL-0194881 | Email chain among G. Craig, C. Sloan, and D. Sanger regarding a request for a quote | | | | | No Objection |
| **218** | 12/12/2012 | USA-REL-0194884 | Email chain among G. Craig, A. Haskell, D. Sanger, et al. regarding electronic delivery of the Skadden Report | | | | | No Objection |
| **219** | 12/12/2012 | USA-REL-0194885 | Email chain among G. Craig and D. Sanger regarding electronic delivery of the Skadden Report | | | | | No Objection |
| **220** | 12/12/2012 | USA-REL-0365791 | Email from R. Gates to A. van der Zwaan, A. Friedman, K. Kilimnik, J. Hawker and E. Sager | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **221** | 12/12/2012 | USA-REL-0365818 | Email chain among R. Gates, A. van der Zwaan, E. Sager, K. Kilimnik, J. Hawker and A. Friedman | | | | | Hearsay |
| **222** | 12/12/2012 | USA-REL-0365831 | Email chain among R. Gates and A. van der Zwaan, J. Hawker and K. Kilimnik regarding meetings in Poland | | | | | No Objection |
| **223** | 12/12/2012 | USA-REL-0365869 | Email from K. Kilimnik to R. Gates and J. Hawker attaching Ministry of Justice press release and commenting on objections from Skadden | | | | | Hearsay |
| **224** | 12/12/2012 | USA-REL-0366993 | Email from J. Hawker to T. Parfitt making contact for a possible story on Ukraine | | | | | No Objection |
| **225** | 12/12/2012 | USA-REL-0367310 | Emails between J. Hawker and R. Gates regarding comments from Ministry of Justice for T. Parfitt at Telegraph | | | | | No Objection |
| **226** | 12/12/2012 | USA-REL-0367315 | Email from J. Hawker to R. Gates regarding Telegraph | | | | | No Objection |
| **227** | 12/12/2012 | USA-REL-0367319 | Email from J. Hawker to T. Parfitt providing answers to Telegraph questions for Ministry of Justice | | | | | No Objection |
| **228** | 12/12/2012 | USA-REL-0367333 | Email from J. Hawker to R. Gates attaching Ministry of Justice release with tracked changes and advising that answers have been sent to Telegraph | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **229** | 12/12/2012 | USA-REL-0367342 | Email chain among J. Hawker and T. Parfitt regarding approved answers from O. Lavrinovich | | | | | No Objection |
| **230** | 12/12/2012 | USA-REL-0367351 | Email from J. Hawker to R. Gates attaching rewrite of MOJ statement | | | | | No Objection |
| **231** | 12/12/2012 | USA-REL-0367358 | Email from J. Hawker to R. Gates advising that he has emailed G. Craig with question from R. Gates | | | | | No Objection |
| **232** | 12/12/2012 | USA-REL-0972764 | Email chain among E. Sager, K. Kilimnik, A. van der Zwaan, J. Hawker, and A. Friedman regarding A. van der Zwaan not allowed to speak to media | | | | | Hearsay |
| **233** | 12/12/2012 | USA-REL2-0001901 | Email with attached Executive Summary FINAL subject: Documents | | | | | F.R.E. 401 |
| **234** | 12/12/2012 | USA-REL2-0014719 | Redlined draft analysis of Skadden Report | | | | | Hearsay, Lack of Foundation |
| **235** | 12/12/2012 | | New York Times Article | | | | | No Objection |
| **236** | 12/13/2012 | N/A | The Daily Telegraph article by T. Parfitt | | | | | No Objection |
| **237** | 12/13/2012 | USA-0008817 | Email from Craig to Haskell regarding forwarding copy of report to Los Angeles Times | | | | | No Objection |
| **238** | 12/13/2012 | USA-REL-0007935 | Email chain among R. Gates, C. Craig, J. Hawker, and A. van der Zwaan regarding inquiry by M. Danilova | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **239** | 12/13/2012 | USA-REL-0039269 | Email chain among L. Weiss, J. Hawker, and A. van der Zwaan regarding inquiry | | | | | No Objection |
| **240** | 12/13/2012 | USA-REL-0105659 | Email chain among G. Craig, L. Weiss, A. van der Zwaan, et al. regarding Telegraph | | | | | No Objection |
| **241** | 12/13/2012 | USA-REL-0154222 | Email forward from B. Jackson to G. Craig attaching MoJ press release | | | | | No Objection |
| **242** | 12/13/2012 | USA-REL-0154223 | MoJ Press Release | | | | | Lack of Foundation |
| **243** | 12/13/2012 | USA-REL-0154225 | Email from L. Weiss to M. Huisman attaching Skadden Report | | | | | No Objection |
| **244** | 12/13/2012 | USA-REL-0160134 | Email from E. Alpert to G. Craig inquiring about the Skadden Report | | | | | No Objection |
| **245** | 12/13/2012 | USA-REL-0161318 | Email chain among J. Slattery and G. Craig regarding call | | | | | No Objection |
| **246** | 12/13/2012 | USA-REL-0191909 | Email from L. Weiss to S. Feldman and M. Porter regarding the release of the Skadden Report | | | | | No Objection |
| **247** | 12/13/2012 | USA-REL-0194001 | Email forward from B. Jackson to G. Craig attaching ANSA article | | | | | No Objection |
| **248** | 12/13/2012 | USA-REL-0194895 | Email chain among A. Haskell and G. Craig regarding  Kiev Post article | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **249** | 12/13/2012 | USA-REL-0194977 | Email forward from G. Craig to S. Weisman including a link to the Kiev Post article | | | | | Hearsay |
| **250** | 12/13/2012 | USA-REL-0196939 | Email from L. Weiss to G. Craig including Los Angeles Times article by E. Alpert | | | | | Incorrect date |
| **251** | 12/13/2012 | USA-REL-0361963 | Email from R. Hall to R. Gates, K. Kilimnik and J. Hawker attaching summary of media coverage | | | | | No Objection |
| **252** | 12/13/2012 | USA-REL-0365894 | Email from R. Gates to P. Manafort, K. Kilimnik, J. Hawker and E. Sager regarding Radio Free Europe | | | | | No Objection |
| **253** | 12/13/2012 | USA-REL-0365909 | Email from R. Gates to J. Hawker and K. Kilimnik regarding ANSA article | | | | | No Objection |
| **254** | 12/13/2012 | USA-REL-0365910 | Email from R. Gates to P. Manafort, K. Kilimnik E. Sager, K. Kilimnik, G. Fenton and J. Hawker regarding Ministry of Justice press release getting good coverage | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **255** | 12/13/2012 | USA-REL-0365934 | Email from R. Gates to P. Manafort, K. Kilimnik and J. Hawker regarding article | | | | | No Objection |
| **256** | 12/13/2012 | USA-REL-0365952 | Emails between J. Hawker and R. Solash at Radio Free Europe regarding Skadden report and FTI | | | | | No Objection |
| **257** | 12/13/2012 | USA-REL-0365954 | Email from R. Gates to J. Hawker requesting articles | | | | | No Objection |
| **258** | 12/13/2012 | USA-REL-0368645 | Email thread among J. Hawker, L. Weiss and A. van der Zwaan regarding media inquiry | | | | | No Objection |
| **259** | 12/13/2012 | USA-REL-0368647 | Email from J. Hawker to M. Huisman providing MOJ statement to National Law Journal | | | | | No Objection |
| **260** | 12/13/2012 | USA-REL-0951759 | Emails between E. Sager and D. Kuleba regarding ANSA, New York Times and Telegraph | | | | | Hearsay |
| **261** | 12/13/2012 | USA-REL-0973091 | E. Sager, A. Gianotti and A. Friedman emails regarding ANSA, New York Times and Telegraph | | | | | Hearsay |
| **262** | 12/13/2012 | USA-REL2-0003929 | Email chain from B. Chang to Gates et al., subject: State Dept. react to New York Times article | | | | | Hearsay |
| **263** | 12/13/2012 | USA-REL2-0003931 | Email chain from B. Chang to Gates et al., subject: State Dept. react to New York Times article | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **264** | 12/13/2012 | USA-REL2-0021186 | Email chain from T. Podesta to M. Tavlarides, R. Gates et al., subject: State Dept. react to New York Times article | | | | | Hearsay |
| **265** | 12/13/2012 | USA-REL2-0026685 | Email from R. Gates with attached Skadden Report Overview Points FINAL and MoJ Skadden Press Statement FINAL, subject: Skadden Arps - Report | | | | | No Objection |
| **266** | 12/13/2012 | | National Law Journal Article | | | | | No Objection |
| **267** | 12/13/2012 | | Los Angeles Times Article | | | | | No Objection |
| **268** | 12/13/2012 | | Kiev Post article | | | | | Lack of Foundation (and exhibit) |
| **269** | 12/14/2012 | USA-REL-0160444 | Email from L. Weiss to G. Craig, C. Sloan, and M. Porter including the revised National Law Journal article | | | | | No Objection |
| **270** | 12/14/2012 | USA-REL-0160447 | Email chain among M. Huisman and G. Craig regarding revisions to the National Law Journal article | | | | | No Objection |
| **271** | 12/14/2012 | USA-REL-0160453 | Email chain among L. Weiss, G. Craig, and M. Huisman regarding revisions to the National Law Journal article | | | | | No Objection |
| **272** | 12/14/2012 | USA-REL-0160454 | Email from M. Huisman to G. Craig regarding revisions to the National Law Journal article | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **273** | 12/14/2012 | USA-REL-0160457 | Email chain among G. Craig, C. Sloan, and M. Huisman regarding revisions to National Law Journal article | | | | | No Objection |
| **274** | 12/14/2012 | USA-REL-0191918 | Email chain among G. Craig and C. Sloan regarding call with L. Weiss to educate M. Huisman | | | | | No Objection |
| **275** | 12/14/2012 | USA-REL-0201024 | Email from C. Sloan regarding National Law Journal article | | | | | No Objection |
| **276** | 12/14/2012 | USA-REL-0368648 | Email from R. Gates to J. Hawker, K. Kilimnik and P. Manafort regarding FT coverage | | | | | No Objection |
| **277** | 12/14/2012 | USA-REL-0951774 | E. Sager-A. Gianotti emails regarding ANSA | | | | | Hearsay |
| **278** | 12/14/2012 | USA-REL2-0021079 | Email chain from T. Podesta to R. Gates, subject: US State Dept - Press Briefing | | | | | Hearsay |
| **279** | 12/14/2012 | USA-REL2-0026753 | Email chain from B. Chang to M. Tavlarides et al., subject: US State Dept - Press Briefing | | | | | Hearsay |
| **280** | 12/14/2012 | USA-REL2-0148668 | Email from V. Weber to R. Gates attaching a Strategy Doc from MCW | | | | | F.R.E. 401 |
| **281** | 12/14/2012 | USA-REL2-0148669 | Memorandum from MCW to R. Gates regarding ECFMU Government Relations Strategy | | | | | |
| **282** | 12/16/2012 | USA-REL-0374280 | A. Friedman email to E. Sager and D. Kuleba forwarding 12/15 V. Stepanov email | | | | | Hearsay |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **283** | 12/20/2012 | USA-REL-0191960 | Email chain between G. Craig, A. Haskell, and A. van der Zwaan regarding final Skadden Report | | | | | Hearsay |
| **284** | 12/21/2012 | USA-REL2-0003943 | Email from M. Tavlarides to R. Gates, et al., subject: Google Alert - Tymoshenko | | | | | Hearsay |
| **285** | 12/27/2012 | USA-REL-0201032 | Email chain among C. Sloan, L. Spiegel, G. Craig, et al. regarding response to  December 18, 2012 NSD letter | | | | | No Objection |
| **286** | 12/27/2012 | USA-REL-0304546 | Email chain among L. Spiegel, C. Sloan, B. Kelly, et al. regarding response to  December 18, 2012 NSD letter | | | | | No Objection |
| **287** | 12/27/2012 | USA-REL-0304552 | Email chain among C. Sloan, L. Spiegel, B. Kelly, et al. regarding response to  December 18, 2012 NSD letter | | | | | No Objection |
| **288** | 12/31/2012 | USA-REL2-0013410 | July - December 2012 time records for Kevin Griffis, with Ukraine and Ukraine: Public Relations detail | | | | | F.R.E. 401, Lack of Foundation |
| **289** | 1/4/2013 | USA-REL-0304592 | Email chain among C. Sloan, L. Spiegel, and G. Craig regarding response to  December 18, 2012 NSD letter | | | | | No Objection |
| **290** | 1/4/2013 | USA-REL-0336987 | Email from G. Craig to L. Spiegel and C. Sloan regarding response to December 18, 2012 NSD letter | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **291** | 1/11/2013 | USA-REL-0304624 | Email chain between G. Craig and L. Spiegel regarding a draft response to the NSD | | | | | No Objection |
| **292** | 1/14/2013 | USA-REL-0304628 | Email chain among L. Spiegel, C. Sloan, and G. Craig regarding response to NSD | | | | | No Objection |
| **293** | 1/18/2013 | USA-REL-0304635 | Email chain among C. Sloan and G. Craig regarding response to December 18, 2012 NSD letter | | | | | No Objection |
| **294** | 1/18/2013 | USA-REL-0304636 | Email from G. Craig to L. Spiegel and C. Sloan regarding response to December 18, 2012 NSD letter | | | | | No Objection |
| **295** | 2/5/2013 | USA-REL-0304649 | Email from C. Sloan to G. Craig regarding response to  December 18, 2012 NSD letter | | | | | No Objection |
| **296** | 3/23/2013 | USA-REL-0303596 | Email to C. Whitney containing dates of G. Craig's trips to Kiev | | | | | Hearsay |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|----|------|------------------|-------------|---------|----|----|-------------------------------------|-----------------------|
| **297** | 4/22/2013 | USA-REL-0160520 | Email chain among C. Sloan, G. Craig, L. Weiss, and M. Porter regarding contact with National Law Journal and Los Angeles Times | | | | | No Objection |
| **298** | 4/22/2013 | USA-REL-0160524 | Email chain among L. Weiss, C. Sloan, G. Craig, and M. Porter regarding New York Times article | | | | | No Objection |
| **299** | 4/29/2013 | USA-REL-0155415 | Email from L. Weiss to G. Craig and M. Porter | | | | | No Objection |
| **300** | 4/29/2013 | USA-REL-0304736 | Email from G. Craig to C. Sloan regarding response to April 9, 2013 NSD letter | | | | | No Objection |
| **301** | 4/30/2013 | USA-REL2-0012838 | Email chain from M. Baker to M. Tavlarides, et al., subject: good times | | | | | Hearsay |
| **302** | 5/1/2013 | USA-REL-0304738 | Email from G. Craig to C. Sloan regarding response to April 9, 2013 NSD letter | | | | | No Objection |
| **303** | 5/1/2013 | USA-REL-0339232 | Email from G. Craig to C. Whitney regarding response to April 9, 2013 NSD letter | | | | | No Objection |
| **304** | 5/21/2013 | USA-REL-0419700 | Email from M. Hartman to C. Sloan attaching Sloan's resume | | | | | F.R.E. 401 |
| **305** | 6/3/2013 | USA-REL-0340518 | Email chain among G. Craig to C. Whitney regarding response to April 9, 2013 NSD letter | | | | | No Objection |
| **306** | 9/24/2013 | USA-REL-0304869 | Email forward from G. Craig to L. Spiegel regarding call from A. Mudd at the DOJ | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **307** | 10/10/2013 | USA-0009489 | Email chain among G. Craig, K. Gross, and L. Spiegel regarding draft response to NSD | | | | | No Objection |
| **308** | 10/10/2013 | USA-REL-0245986 | Email from K. Gross to G. Craig regarding meeting with NSD | | | | | No Objection |
| **309** | 10/10/2013 | USA-REL-0303739 | Email chain among G. Craig, L. Weiss, and C. Sloan regarding National Law Journal article | | | | | No Objection |
| **310** | 10/10/2013 | USA-REL-0336957 | Undated, draft response to September 5, 2013 letter from the NSD | | | | | No Objection |
| **311** | 10/11/2013 | USA-REL-0197517 | Email from C. Whitney to A. Mudd attaching October 10, 2013 letter to NSD | | | | | No Objection |
| **312** | 10/14/2013 | USA-REL-0160836 | Email chain among L. Weiss, G. Craig, and C. Sloan regarding National Law Journal article | | | | | No Objection |
| **313** | 1/14/2014 | USA-REL-0721926 | Email from A. Haskell to C. Sloan regarding S. Vlasenko | | | | | F.R.E. 401 |
| **314** | 1/27/2014 | USA-REL-0722977 | Email from G. Craig to C. Sloan attaching DOJ letter | | | | | No Objection |
| **315** | 2/21/2014 | USA-REL-0725385 | Emails between G. Craig and C. Sloan regarding Y. Tymoshenko released from prison | | | | | F.R.E. 401 |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **316** | 2/22/2014 | USA-REL-0725470 | Email from C. Sloan to D. Zornow and G. Craig regarding Tymoshenko | | | | | F.R.E. 401 |
| **317** | 2/27/2014 | USA-REL-0305200 | Email from G. Craig to L. Spiegel attaching memorandum of conversation with H. Hunt | | | | | Hearsay, F.R.E. 401 |
| **318** | 9/0/2016 | (no bates number) | Audit of the National Security Division's Enforcement and Administration of the Foreign Agents Registration Act | | | | | F.R.E. 401, 403 |
| **319** | 7/26/2017 | | Adam Hickey's 2017 Testimony to Senate Judiciary Committee | | | | | F.R.E. 401, 403 |
| **320** | 2/21/2018 | N/A | Transcript of arraignment and plea hearing of A. van der Zwaan | | | | | F.R.E. 401, 403 |
| **321** | 2/21/2018 | | AVZ Plea Transcript Excerpt | | | | | F.R.E. 401, 403 |
| **322** | 3/27/2018 | N/A | Government's sentencing memorandum for A. van der Zwaan | | | | | F.R.E. 401, 403 |
| **323** | 3/27/2018 | | AVZ Government Sentencing Memo | | | | | F.R.E. 401, 403 |
| **324** | 4/3/2018 | N/A | Transcript of sentencing of A. van der Zwaan | | | | | F.R.E. 401, 403 |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **325** | 4/3/2018 | | AVZ Sentencing Transcript Excerpt | | | | | F.R.E. 401, 403 |
| **326** | 3/22/2019 | | Manafort Judgment in 17-CR-00201 | | | | | F.R.E. 401, 403 |
| **327** | 5/13/2019 | | Manafort Judgment in 18-CR-00083 | | | | | F.R.E. 401, 403 |
| **328** | 10/3/2012 | USA-REL-0096861 | Email chain between G. Craig and A. van der Zwaan regarding delivery of the Skadden Report | | | | | Hearsay |
| **329** | 3/21/2012 | USA-REL-0027629 | Email chain between G. Craig and D. Schoen regarding the retainer | | | | | No Objection |
| **330** | | | Nicholas Katzenbach's 1963 Testimony to the Senate Foreign Relations Committee | | | | | F.R.E. 401, 403 |
| **EXHIBITS CONDITIONALLY DESIGNATED PENDING RULING ON MR. CRAIG'S MOTION IN LIMINE REGARDING UKRAINE PROCUREMENT EVIDENCE:** | | | | | | | | |
| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
| **331** | 8/13/2012 | USA-REL-0158629 | Email chain among C. Whitney and D. Schoen regarding setting up a call with G. Craig | | | | | No Objection |
| **332** | 8/15/2012 | USA-REL-0029703 | Email chain among D. Schoen and G. Craig regarding a call | | | | | No Objection |
| **333** | 8/15/2012 | USA-REL-0009980 | Email from G. Craig to P. Manafort and C. Sloan regarding Pinchuk | | | | | No Objection |
| **334** | 8/15/2012 | USA-REL-0136415 | Email chain among C. Whitney, A. van der Zwaan, A. Haskell, and K. Kilimnik regarding letter from A. Sedov | | | | | Hearsay |
| **335** | 12/20/2012 | USA-REL-0000056 | Letter from A. Sedov to G. Craig | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **336** | 1/3/2013 | USA-REL-0245648 | Email chain among C. Whitney and C. Sloan regarding Skadden-MoJ engagement letter | | | | | Hearsay |
| **337** | 1/4/2013 | USA-REL-0154922 | Email chain among G. Craig, C. Sloan, and P. Manafort attaching documents regarding the Skadden-MoJ contract | | | | | No Objection |
| **338** | 2/6/2013 | USA-REL-0000058 | Email from G. Craig to V. Gurtenko attaching letter to A. Sedov | | | | | No Objection |
| **339** | 2/8/2013 | USA-REL-0020247 | Email chain among A. van der Zwaan, K. Kilimnik, P. Manafort, et al. regarding engagement letter | | | | | No Objection |
| **340** | 2/15/2013 | USA-REL-0008030 | Email from V. Gurtenko to G. Craig, K. Kilimnik, P. Manafort, and A. van der Zwaan regarding contract | | | | | No Objection |
| **341** | 2/18/2013 | USA-REL-0195945 | Email chain among G. Craig, A. van der Zwaan, and V. Gurtenko regarding contract | | | | | No Objection |
| **342** | 2/19/2013 | USA-REL-0245730 | Email chain among G. Craig and A. van der Zwaan regarding contract | | | | | No Objection |
| **343** | 2/25/2013 | USA-REL-0196096 | Email chain among A. van der Zwaan, G. Craig, and V. Gurtenko regarding contract | | | | | No Objection |
| **344** | 2/25/2013 | USA-REL-0196067 | Email chain among A. van der Zwaan, V. Gurtenko,  G. Craig, and C. Sloan regarding contract | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **345** | 2/25/2013 | USA-REL-0303512 | Email chain among C. Whitney, G. Craig, and A. van der Zwaan regarding engagement letter | | | | | No Objection |
| **346** | 2/26/2013 | USA-REL-0108771 | Email chain among G. Craig, C. Sloan, A. van der Zwaan, et al. regarding engagement letter | | | | | No Objection |
| **347** | 2/26/2013 | USA-REL-0008044 | Email chain among G. Craig and P. Manafort regarding engagement letter | | | | | No Objection |
| **348** | 2/27/2013 | USA-REL-0008047 | Email chain among P. Manafort and G. Craig regarding engagement letter | | | | | No Objection |
| **349** | 2/28/2013 | USA-REL-0039403 | Email forward from A. van der Zwaan to R. Gates regarding contract | | | | | No Objection |
| **350** | 3/1/2013 | USA-REL-0245757 | Email forward from G. Craig to C. Sloan regarding contract | | | | | No Objection |
| **351** | 3/4/2013 | USA-REL-0196410 | Email chain among C. Whitney, V. Gurtenko, and A. van der Zwaan attaching draft contract | | | | | No Objection |
| **352** | 3/5/2013 | USA-REL-0008048 | Email chain among G. Craig and P. Manafort regarding contract | | | | | No Objection |
| **353** | 3/5/2013 | USA-REL-0196470 | Email forward from A. van der Zwaan to G. Craig and C. Whitney regarding contract | | | | | No Objection |
| **354** | 3/11/2013 | USA-REL-0196533 | Email chain among A. van der Zwaan, V. Gurtenko, and G. Craig regarding contract | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **355** | 3/11/2013 | USA-REL-0196540 | Email chain among A. van der Zwaan, G. Craig, and C. Whitney regarding contract | | | | | No Objection |
| **356** | 3/14/2013 | USA-REL-0304665 | Email forward from G. Craig to C. Sloan and L. Spiegel attaching engagement letter and contract | | | | | No Objection |
| **357** | 3/19/2013 | USA-REL-0236679 | Email chain between A. van der Zwaan and C. Whitney regarding proposed changes to the MoJ contract | | | | | Hearsay |
| **358** | 3/20/2013 | USA-REL-0245856 | Email chain among C. Whitney and A. van der Zwaan regarding billing | | | | | Hearsay |
| **359** | 3/20/2013 | USA-REL-0337733 | Disbursement Detail from Skadden regarding MoJ account | | | | | Completeness |
| **360** | 3/27/2013 | USA-REL-0008060 | Email chain among P. Manafort and G. Craig regarding final bill | | | | | No Objection |
| **361** | 4/2/2013 | USA-REL-0196694 | Email forward from A. van der Zwaan to G. Craig attaching table annex | | | | | No Objection |
| **362** | 4/9/2013 | USA-REL-0196762 | Email from A. van der Zwaan to V. Gurtenko, G. Craig, and C. Sloan attaching engagement letter and contract | | | | | No Objection |
| **363** | 4/10/2013 | USA-REL-0196774 | Email chain among A. van der Zwaan, V. Gurtenko, G. Craig, and C. Sloan regarding contract | | | | | No Objection |
| **364** | 4/15/2013 | USA-REL-0108831 | Email from C. Whitney to A. van der Zwaan attaching invoice | | | | | No Objection |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | GOVERNMENT OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| **365** | 4/16/2013 | USA-REL-0108851 | Email chain between C. Whitehead and A. van der Zwaan regarding invoice | | | | | No Objection |
| **366** | 4/16/2013 | USA-REL-0196868 | Email from A. van der Zwaan to G. Craig, C. Sloan, and C. Whitney attaching documents | | | | | No Objection |
| **367** | 6/4/2013 | USA-REL-0236972 | Email chain among A. van der Zwaan, A. Prender, C. Whitney, et al. regarding billing | | | | | Hearsay |
| **368** | 6/5/2013 | USA-REL-0000226 | Ministry of Justice payment | | | | | No Objection |