# Exhibit 5: Stipulations

**STIPULATION REGARDING EMAIL**

The parties stipulate to the following facts:

1. The defendant, Gregory B. Craig, was the person who was the assigned subscriber of the email account: gregory.craig@skadden.com

2. The persons identified next to the email accounts listed below were the assigned subscribers of the specified email account.

   a. lawrence.spiegel@skadden.com – Lawrence Spiegel

   b. kenneth.gross@skadden.com – Kenneth Gross

   c. cliff.sloan@skadden.com – Cliff Sloan

   d. cliff.sloan@gmail.com – Cliff Sloan

   e. michael.loucks@skadden.com – Michael Loucks

   f. matthew.cowie@skadden.com – Matthew Cowie

   g. allon.kedem@skadden.com – Allon Kedem

   h. alex.vanderzwaan@skadden.com – Alex Van der Zwaan

   i. alexvanderzwaan@gmail.com – Alex Van der Zwaan

   j. paul.kerlin@skadden.com – Paul Kerlin

   k. alex.haskell@skadden.com – Alex Haskell

   l. catherine.whitney@skadden.com – Catherine Whitney

   m. cwhitney@skadden.com – Catherine Whitney

   n. lillian.singer@skadden.com – Lillian Singer

   o. lauren.weiss@skadden.com – Lauren Weiss

   p. melissa.porter@skadden.com – Melissa Porter

   q. Edward.reilly@fticonsulting.com – Edward Reilly

r. Jonathan.hawker@fticonsulting.com – Jonathan Hawker

s. Jonathan.hawker@fd.com – Jonathan Hawker

t. Jon.aarons@fticonsulting.com – Jon Aarons

u. Jon.aarons@fd.com – Jon Aarons

v. rgates@dmpint.com – Rick Gates

w. rgates@pericleslp.com – Rick Gates

x. rgates6@me.com – Rick Gates

y. pmanafort@dmpint.com – Paul Manafort

z. kkilimnik@dmpint.com – Konstantin Kilimnik

aa. eckart.sager@gmail.com – Eckart Sager

bb. agf123@ymail.com – Alan Friedman

cc. agf@thegloberunner.com – Alan Friedman

dd. dahers@nyt.com – David Herszenhorn

ee. david.e.sanger@gmail.com - David Sanger

ff. dasang@nytimes.com – David Sanger

gg. tom.parfitt@telegraph.co.uk – Tom Parfitt

hh. mhuisman@alm.com – Matt Huisman

ii. dougshoen@aol.com – Doug Shoen

jj. heather.hunt@usdoj.gov – Heather Hunt

kk. alex.mudd@usdoj.gov – Alex Mudd

ll. timothy.pugh@usdoj.gov – Tim Pugh

mm. kevin.connolly@usdoj.gov – Kevin Connolly

3.  With respect to all emails introduced at trial, which had previously been produced by the United States to the defense as part of the discovery process:

    a. The emails are authentic and no further testimony is necessary to establish their authenticity.

    b. The emails were authored and sent by the person and email account listed on the particular emails if such account is identified in Item 2 above.

    c. The emails were received by the recipient(s) and email account(s) listed on the particular emails if such account is identified in Item 2 above.

All agreed and stipulated to by:

_____         _____
Counsel for the Government              Date


_____         _____
Gregory B. Craig                        Date


_____         _____
Counsel for Mr. Craig                   Date

**STIPULATION REGARDING PAYMENTS TO SKADDEN**

The parties stipulate to the following facts:

1. Ukrainian businessman Viktor Pinchuk paid $4,150,000 to Skadden in connection with its services to Ukraine. Skadden received these payments through the following means:

    a. On or about March 20, 2012, Skadden received a check in the amount of $150,000 from Douglas E. Schoen NYC LLC. The funds were deposited into Skadden's client escrow account on March 30, 2012. (SAU 000100)

    b. Skadden received four additional payments by wire transfer from an entity called Black Sea View Limited with an account at the Bank of Cyprus in the Republic of Cyprus. The amounts and dates of the wire transfers were:

        i. $2,000,000 on April 20, 2012 (SAU 282872)

        ii. $1,000,000 on June 7, 2012 (SAU 282870)

        iii. $1,000,000 on July 16, 2012 (SAU 282869)

2. In addition, on or about June 6, 2013, Skadden received a payment by wire transfer from the Government of Ukraine in the amount of $1,075,381.41.

3. On or about June 14, 2017, Skadden returned $567,812.50 to the Government of Ukraine.

4. All of the payments described in Items 1 and 2 were deposited into Skadden's client escrow account #15662391 at Citi Private Bank. The client name associated with the escrow account was Douglas E. Schoen NYC, LLC.

All agreed and stipulated to by:

| | |
|---|---|
| Counsel for the Government | Date |

| | |
|---|---|
| Gregory B. Craig | Date |

| | |
|---|---|
| Counsel for Mr. Craig | Date |