# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :     **Case No. 1:19-CR-00125 (ABJ)** |
| | : |
| **GREGORY B. CRAIG,** | : |
| | : |
| **Defendant.** | : |
| | : |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 1 | 12/18/2012 | Letter from Hunt to Yaffa | USA-00021397-00021421 | No Objection |
| 2 | 2/6/2013 | Letter from Craig to Hunt | USA-00000091-00000142 | No Objection |
| 3 | 4/9/2013 | Letter from Hunt to Craig | USA-REL-0304839-0304841 | No Objection |
| 4 | 6/3/2013 | Letter from Craig to Hunt | USA-REL-0159226-0159241 | No Objection |
| 5 | 9/5/2013 | Letter from Hunt to Craig | USA-REL-0304852-0304853 | No Objection |
| 6 | 9/19/2013 | Email; FARA | USA-REL-0201346 | No Objection |
| 7 | 9/20/2013 | Email; First draft of a response to FARA | USA-REL-0337507-0337510 | No Objection |
| 8 | 9/24/2013 | Draft of Letter to FARA Division in the Department of Justice | USA-REL-0201350 - 0201352 | Completeness |
| 9 | | Document History Report | USA-REL-0237374 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 10 | | Document History Report | USA-REL-0237370 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 11 | 9/26/2013 | Letter from Craig to Hunt | USA-00000090 | No Objection |
| 12 | 10/10/2013 | Letter from Craig to Hunt | USA-00000087-00000088 | No Objection |
| 13 | 1/16/2014 | Letter from Hunt to Craig | USA-REL-0201303 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 14 | ND | OMB NO 1124-0001 FORM NSD-1 | USA-00021350-00021356 | FRE 401, 403 |
| 15 | ND | OMB NO. 1124-0002 FORM NSD-2 | USA-00021357-00021366 | FRE 401, 403 |
| 16 | ND | OMB NO 1124-0006 FORM NDS-3 | USA-00021367-00021368 | FRE 401, 403 |
| 17 | ND | OMB NO. 1124-0004 FORM NSD-4 | USA-00021369-00021370 | FRE 401, 403 |
| 18 | ND | OMB NO. 1124-0003 FORM NSD-5 | USA-00021371-00021372 | FRE 401, 403 |
| 19 | ND | OMB NO. 1124-0005 FORM NSD-6 | USA 00021373-00021374 | FRE 401, 403 |
| *Tabs 20 – 24 intentionally omitted.* | | | | |
| 25 | 2/9/2012 | Email; New business | USA-REL-0000409 | No Objection |
| 26 | 2/10/2012 | Email; New Business prospect: Ukraine | USA-REL-0341447-0341448 | Hearsay |
| 27 | 2/10/2012 | Email; Yulia Tymoshenko | USA-REL-0157949 | Completeness |
| 28 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157963 | No Objection |
| 29 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157981 | Completeness |
| 30 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157960-0157961 | No Objection |
| 31 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157956-0157957 | No Objection |
| 32 | 2/13/2012 | Email; Ukraine - Application of the Foreign Agents Registration Act of 1938 (FARA) | USA-REL-0176754-0176779 | No Objection |
| 33 | 2/20/2012 | Email; Draft Retainer Agreement | USA-REL-0110363-0110371 | Completeness |
| 34 | 2/20/2012 | Email; Retainer letter | USA-REL-0000411-0000422 | Completeness |
| 35 | 2/28/2012 | Email; Anything new | USA-REL-0110384 | Completeness |
| 36 | 2/28/2012 | Email; RE: Are you free to talk | USA-REL-0000435 | No Objection |
| 37 | 3/1/2012 | Email; Re: Retainer letter | USA-REL-0000436 | No Objection |
| 38 | 3/6/2012 | Email; Re: Retainer letter | USA-REL-0000450-0000451 | No Objection |
| 39 | 3/6/2012 | Email; Retainer letter and Next Steps | USA-REL-0000447-0000449 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 40 | 3/17/2012 | Email; RE: Good time to catch up today | USA-REL-0000459 | No Objection |
| 41 | 3/19/2012 | Email; Re: Money | USA-REL-0000463 | No Objection |
| 42 | 3/20/2012 | Email; Re: Dates for trip | USA-REL-0000472-0000474 | No Objection |
| 43 | 3/22/2012 | Email; Re: Meeting tomorrow | USA-REL-0008100 | No Objection |
| 44 | 3/23/2012 | Calendar; Paul Manafort Mtg | USA-REL-0336965 | No Objection |
| 45 | 4/3/2012 | Email; RE: Report of the temporary investigative commission chaired by Inna Bogoslovskaya | USA-REL-0043217-0043218 | Hearsay, Lack of First-Hand Knowledge, FRE 401, FRE 402 |
| 46 | 4/5/2012 | Document; Notes of meetings | USA-REL0160995 | No Objection |
| 47 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177315-0177316 | No Objection |
| 48 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177311-0177312 | No Objection |
| 49 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177308-0177310 | No Objection |
| 50 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177317-19 | No Objection |
| 51 | 4/5/2012 | Email; Re: Got a good report | USA-REL-000647 | No Objection |
| 52 | 4/5/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0027690 | No Objection |
| 53 | 4/6/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0158092-0158093 | No Objection |
| 54 | 4/7/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0027698-0027700 | No Objection |
| 55 | 4/10/2012 | Email; Procurator General wants us there | USA-REL-0008265 | No Objection |
| 56 | 4/11/2012 | Email; Re: | USA-REL-0158098 | No Objection |
| 57 | 4/11/2012 | Email; Re: Kuzmin on New charges against Tymo | USA-REL-0043806-0043811 | No Objection |
| 58 | 4/11/2012 | Email; Re: Urgent Problem | USA-REL-0000668-0000671 | Completeness |
| 59 | 4/11/2012 | Email; Re: Urgent Problem | USA-REL-0000664 | No Objection |
| 60 | 4/12/2012 | Email; Re: Confirmation | USA-REL-0000663-67 | No Objection |
| 61 | 4/13/2012 | Email; Re: Ukraine Project | USA-REL-0177816 | No Objection |
| 62 | | *Tab intentionally omitted.* | | |
| 63 | 4/16/2012 | Email; Re: re Ukraine wire | USA-REL-0177876-0177877 | FRE 401, FRE 403 |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 64 | 4/16/2012 | Email; FARA issues | USA-REL-0177874-0177875 | No Objection |
| 65 | 4/17/2012 | Email; FARA issues | USA-REL-0027381 | Hearsay, Completeness |
| 66 | 4/17/2012 | Email; FARA issues | USA-REL-0046192 | No Objection |
| 67 | 4/17/2012 | Email; FW: Ukraine - Application of the Foreign Agents Registration Act of 1938 ("FARA") PROPER ATTACHMENTS | USA-REL-0163015-0163041 | No Objection |
| 68 | 4/17/2012 | Email; RE: FARA Issues | USA-REL-0045044 | No Objection |
| 69 | 4/17/2012 | Email; Re: FARA issues | USA-REL-0113037-0113038 | Completeness |
| 70 | 4/17/2012 | Email; Re: FARA issues | USA-REL-0111929-0111930 | Completeness |
| 71 | 4/17/2012 | Email;  FARA issues | USA-REL-0111932-0111933 | No Objection |
| Tabs 72 - 99 intentionally omitted. | | | | |
| 100 | 4/19/2012 | Email; PR Issues | USA-REL-0168280 | Completeness |
| 101 | 4/23/2012 | Email; Ukraine Status Report | USA-REL-0046959-61 | No Objection |
| 102 | 4/27/2012 | Email; PR Firms | USA-REL-0047010 | No Objection |
| 103 | 4/30/2012 | Email; FW: Ukraine - Application of the Foreign Agents Registration Act of 1938 ("FARA") PROPER ATTACHMENTS | USA-REL-0027382-0027384 | No Objection |
| 104 | 4/30/2012 | Email; RE: 1230 at Hay Adams | USA-REL-0000712 | No Objection |
| 105 | 4/30/2012 | Email; FW: PR Firms [Redacted] | USA-REL-0000711 | Objection to A. Manafort reference |
| 106 | 5/1/2012 | Email; RE: Confidential: Prospective client | USA-REL-0341095 | Completeness |
| 107 | 5/3/2012 | Email; Meeting Notes: 5/2/12 | USA-REL-0114889-0114893 | No Objection |
| 108 | 5/3/2012 | Email; Re: Action Item | USA-REL-0000730-0000733 | No Objection |
| 109 | 5/3/2012 | Email; Investigation of Tymo allegations of "beating" | USA-REL-0114885-0114888 | FRE 401, FRE 403 |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 110 | 5/3/2012 | Email; RE: Investigation of Tymo allegations of "beating" | USA-REL-0047088 | FRE 401, 403 |
| 111 | 5/3/2012 | Email; Resolving Letter Agreement Issue | USA-REL-0000722-0000729 | No Objection |
| 112 | 5/7/2012 | Email; PR Update | USA-REL-00047232-00047234 | Completeness |
| 113 | 5/7/2012 | Email; RE: Tymo | USA-REL-0047212-13 | Completeness |
| 114 | 5/7/2012 | Email; RE: Tymo | USA-REL-0027354-56 | No Objection |
| 115 | 5/9/2012 | Email; RE: | USA-REL-0027792-93 | Completeness, FRE 401, FRE 403 |
| 116 | 5/10/2012 | Email; RE: Kiev | USA-REL-0341033-0341036 | Completeness |
| 117 | 5/10/2012 | Email; FTI | USA-REL-0000769 | Completeness |
| 118 | 5/11/2012 | Email; Confidential: Project Veritas contract | USA-REL-0341125-26 | No Objection |
| 119 | 5/12/2012 | Email; Ukraine | USA-REL-0341414-0341415 | No Objection |
| 120 | 5/14/2012 | Email; Re: Veritas Media 1.doc | USA-REL-0346831 | FRE 401, FRE 403 |
| 121 | 5/15/2012 | Email; Tymo -- your plans | USA-REL-0348634-0348637 | No Objection |
| 122 | 5/15/2012 | Email; The Ministry of Justice, Government of Ukraine | USA-REL-0158406 | No Objection |
| 123 | 5/18/2012 | Email; Project Veritas | USA-REL-0347003-00347004 | No Objection |
| 124 | 5/22/2012 | Email; Letter to Mr. Vlasenko and Ms. Tymoshenko delivered | USA-REL-0170204-0170206 | No Objection |
| 125 | 5/22/2012 | Email; Re: Hostile US-based blogger | USA-REL-0342221-0342224 | FRE 401, FRE 403, Hearsay |
| 126 | 5/22/2012 | Email; Re: Delivery of letter to Vlasenko | USA-REL-0000841-0000842 | No Objection |
| 127 | 5/22/2012 | Email; Re: Press statements | USA-REL-0348566-0348570 | No Objection |
| 128 | 5/22/2012 | Email; Re: Press statements | USA-REL-0345061-0345066 | Completeness |
| 129 | 5/22/2012 | Email; Re: Press statements | USA-REL-0348047-0348052 | No Objection |
| 130 | 5/22/2012 | Email; Re: Press statements | USA-REL-0349988-0349994 | Completeness |

| Exhibit # | Date | Description | Bates Number | Objection |
|-----------|------|-------------|--------------|-----------|
| 131 | 5/22/2012 | Email; Re: Press statements | USA-REL-0115565-00115568 | No Objection |
| 132 | 5/22/2012 | Email; Re: Press statements | USA-REL-0346816 | No Objection |
| 133 | 5/23/2012 | Email; Re: Press statements | USA-REL-0115733-0115739 | Completeness |
| *Tabs 134 - 148 intentionally omitted.* | | | | |
| 149 | 5/24/2012 | Email; FW: | USA-REL-0000876-0000889 | Completeness |
| 150 | 5/24/2012 | Email; Re: Letter Agreement | USA-REL-0008393 | No Objection |
| 151 | 5/29/2012 | Email; Re: Ukraine engagement | USA-REL-0341345-0341348 | Completeness |
| 152 | 5/29/2012 | Email; Re: Ukraine engagement | USA-REL-0341349-0341352 | No Objection |
| 153 | 6/1/2012 | Email; Re: Next week | USA-REL-0171329-0171330 | FRE 401, FRE 403 |
| 154 | 6/5/2012 | Email: RE: Letter | USA-REL-0171488-0171490 | No Objection |
| 155 | 6/6/2012 | Email: Ukraine update | USA-REL-0344307 | No Objection |
| 156 | 6/6/2012 | Email: Re: getting together [Redacted] | USA-REL-0000890-0000892 | Completeness, Objections to A. Manafort |
| 157 | 6/7/2012 | Email; Tymo - FTI Call | USA-REL-0171740-42 | No Objection |
| 158 | 6/11/2012 | Email; Re: Schedule for the Week | USA-REL-0171872-0171873 | No Objection |
| 159 | 6/12/2012 | Email; Bloomberg: (Skadden mentioned) | USA-REL-0213844 | Hearsay |
| 160 | 6/14/2012 | Email; RE: Project 2 | USA-REL-0172187 | No Objection |
| 161 | 6/15/2012 | Email; [] | USA-REL-0348605-0348613 | No Objection |
| 162 | 6/21/2012 | Email: FW: Project Two | USA-REL-0172567 | FRE 401, FRE 403 |
| 163 | 6/21/2012 | Email: Re: Project Two | USA-REL-0172558-0172559 | FRE 401, FRE 403 |
| 164 | 6/21/2012 | Email: FW: Application of the Foreign Agents Registration Act of 1928 ("FARA") PROPER ATTACHMENTS | USA-REL-0180790-0180819 | No Objection |
| 165 | 6/22/2012 | Email: Re ??????????? 95 ??????????? | USA-REL-0000914 | FRE 401, FRE 403 |
| 166 | 6/24/2012 | Email; Legal Report | UUSA-REL2-0003962 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 167 | 6/25/2012 | Email; RE: Vlasenko | USA-REL-0050383 | No Objection |
| 168 | 6/26/2012 | Email: FW: Statute request | USA-REL-0155041-0155101 | FRE 401, FRE 403, Completeness |
| 169 | 6/26/2012 | Email: RE: WSJ article | USA-REL-0181065-0181067 | FRE 401, FRE 403 |
| 170 | 7/2/2012 | Email; RE: Tymoschenko | USA-REL-0158609 | No Objection |
| 171 | 7/9/2012 | Email; FTI | USA-REL-0051030 | No Objection |
| 172 | 7/10/2012 | Email; Re: Tymo Project 2 Meetings | USA-REL-0172966-0172968 | FRE 401, FRE 403 |
| 173 | 7/12/2012 | Email; PK: Vin Weber, Top Romney Advisor, Lobbying for Ukraine Group | USA-REL-0162978-0162980 | No Objection |
| 174 | 7/13/2012 | Email; Plan | USA-REL-0350561-0350574 | No Objection |
| 175 | 7/14/2012 | Email; FW: Project One Report | USA-REL-0165328-0165329 | FRE 401, FRE 403 |
| 176 | 7/14/2012 | Email; Project Veritas - Communcations Strategy | USA-REL-0351221-235 | No Objection |
| 177 | 7/15/2012 | Email; Re: update today | USA-REL-0000919 | No Objection |
| 178 | 7/15/2012 | Email; Team Ukraine Status | USA-REL-0124934-0125074 | No Objection |
| 179 | 7/16/2012 | Email; Schedule for upcoming Kyiv trip | USA-REL-0165378-0165383 | No Objection |
| 180 | 7/18/2012 | Email; PR on Project One | USA-REL-0223827 | No Objection |
| 181 | 7/18/2012 | Email; Ukraine Update | USA-REL-0200242 | No Objection |
| 182 | 7/20/2012 | Email; Kiev Update | USA-REL-0125726-0125741 | No Objection |
| 183 | 7/25/2012 | Email; Re: free to talk | USA-REL-0008582 | No Objection |
| 184 | 7/27/2012 | Email; Draft Report | USA-REL-0008596- | No Objection |
| 185 | 7/27/2012 | Email; Re: Draft Report | USA-REL-0008592-0008593 | No Objection |
| 186 | 7/27/2012 | Email; Re: info needed for Ukraine | USA-REL-0194847-0194848 | No Objection |
| 187 | 7/27/2012 | Email; Changes | USA-REL-0008591 | No Objection |
| 188 | 7/27/2012 | Email; Re: Changes | USA-REL-0008589 | No Objection |
| 189 | 7/28/2012 | Email; Media Plan | USA-REL-0348576-0348580 | No Objection |
| 190 | 7/29/2012 | Email; Report: The Tymoshenko Case | USA-REL-00053856-00054251 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| Tabs 191 - 199 intentionally omitted. | | | | |
| 200 | 7/30/2012 | Email: RE: Language Issues | USA-REL-0000924 | Completeness |
| 201 | 7/31/2012 | Email; Re: Conclusions / incarceration | USA-REL-0184297-0184298 | Completeness |
| 202 | 7/31/2012 | Email; Re: Conclusions / incarceration | USA-REL-0184266-0184269 | No Objection |
| 203 | 8/1/2012 | Email; New Draft | USA-REL-0000927-28 | No Objection |
| 204 | 8/1/2012 | Email; RE: Slattery | USA-REL-0193673-109674 | No Objection |
| 205 | 8/3/2012 | Email; Manafort is seeing BG on Wednesday | USA-REL-0136184 | Completeness |
| 206 | 8/3/2012 | Email; Project One Report - The Tymoshenko Case | USA-REL-0009382-0009677 | No Objection |
| 207 | 8/5/2012 | Email; Draft plan | USA-REL-0351144-0351191 | No Objection |
| 208 | 8/7/2012 | Email; Tymo report - action points and questions | USA-REL-0136194 | No Objection |
| 209 | 8/9/2012 | Email; Kyiv Post Editorial: Skadden Sting | USA-REL-0176355 | Completeness |
| 210 | 8/9/2012 | Email; RE: Kyiv Post Editorial: Skadden Stink | USA-REL-0136202-0136203 | No Objection |
| 211 | 8/10/2012 | Email; Ukraine Payment | USA-REL-0184954 | No Objection |
| 212 | 8/13/2012 | Email; Ukraine disclosure idea | USA-REL-0185184 | No Objection |
| 213 | 8/13/2012 | Email; Re: Call | USA-REL-0341944-0341945 | Hearsay |
| 214 | 8/14/2012 | Email: Re: VP or MOJ | USA-REL-0001239 | No Objection |
| 215 | 8/14/2012 | Email; Fw: Call | USA-REL-0348582-0348584 | FRE 401, FRE 403 |
| 216 | 8/22/2012 | Email; Here is the letter re fees | USA-REL-0009993-0009995 | No Objection |
| 217 | 8/22/2012 | Email; Re: Here is the letter re fees | USA-REL-0001271-0001273 | MIL Procurement |
| 218 | 8/22/2012 | Email; Re: Here is the letter re fees | USA-REL-0009991-92 | MIL Procurement |
| 219 | 8/23/2012 | Email; Letter to MOJ | USA-REL-0005669-0005670 | MIL Procurement |
| 220 | 8/24/2012 | Email; Fw: Update | USA-REL-0342746 | No Objection |
| 221 | 8/28/2012 | Email; FW: | USA-REL-0143608-0143625 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 222 | 8/29/2012 | Email; Re: Ukraine | USA-REL-0343574-034575 | FRE 401, FRE 403 |
| 223 | 8/29/2012 | Email; Time to talk re. MOJ report? | USA-REL-0187258-0187259 | No Objection |
| 224 | 8/30/2012 | Email; Re: Work Schedule to finalize report | USA-REL-0144020-0144022 | No Objection |
| 225 | 8/30/2012 | Email; Re: Work Schedule to finalize report | USA-REL-0006015-0006016 | No Objection |
| 226 | 8/30/2012 | Email; Re: Project 2 | USA-REL-0144052-0144053 | No Objection |
| 227 | 8/30/2012 | Email; Memo for Manafort | USA-REL-0344875-91 | No Objection |
| 228 | 9/3/2012 | Manafort to Craig; subj: URGENT: Actions this week - Wrapping up | USA-REL-0006051-53 | No Objection |
| 229 | 9/5/2012 | Email; Ukraine | USA-REL-0350232 | No Objection |
| 230 | 9/10/2012 | Email; Re: | USA-REL-0006093 | No Objection |
| 231 | 9/11/2012 | Email; Document | USA-REL-0342368 | No Objection |
| 232 | 9/12/2012 | Email; Updates | USA-REL-0348008 | No Objection |
| 233 | 9/12/2012 | Email; MY COMMENTS | USA-REL-0344423-33 | No Objection |
| 234 | 9/17/2012 | Email; Document | USA-REL-0345529-0345831 | No Objection |
| *Tabs 235 - 249 intentionally omitted.* | | | | |
| 250 | 9/13/2012 | Email; FTI PLAN FOR RELEASE | USA-REL-0007062-66 | No Objection |
| 251 | 9/18/2012 | Email; meeting today | USA-REL-0007075 | Completeness |
| 252 | 9/19/2012 | Email; FW: Here | USA-REL-0148186-0148191 | No Objection |
| 253 | 9/21/2012 | Email; meeting on Sunday | USA-REL-0350747-73 | Hearsay |
| 254 | 9/23/2012 | Email; Documents | USA-REL-0019487-0019559 | No Objection |
| 255 | 9/23/2012 | Email; Points coming out of today's meeting in NY | USA-REL-0082763 | No Objection |
| 256 | 9/23/2012 | Email; Meeting tomorrow morning | USA-REL-0029796 | Hearsay, Completeness |
| 257 | 9/23/2012 | Email; Meeting tomorrow morning | USA-REL-0344296-97 | No Objection |
| 258 | 9/24/2012 | Email; Re: Notes from yesterday | USA-REL-0347958-60 | No Objection |
| 259 | 9/24/2012 | Email; Ukraine | USA-REL-0149306 | No Objection |
| 260 | 9/24/2012 | Email; Question re Release Planning in Ukraine | USA-REL-0029800 | Completeness |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 261 | 9/24/2012 | Email; Backgrounding journalists | USA-REL-0019650 | No Objection |
| 262 | 9/24/2012 | Email; Re: Question re Release Planning in Ukraine | USA-REL-0029798-99 | No Objection |
| 263 | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0019649 | No Objection |
| 264 | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0019648 | No Objection |
| 264A | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0007498 | Hearsay |
| 265 | 9/24/2012 | Email; Two Problems | USA-REL-0149233 | Completeness |
| 266 | 9/24/2012 | Email; Re: Two problems | USA-REL-0150940 | No Objection |
| 267 | 9/25/2012 | Email; Re: Draft messaging | USA-REL-0007508-0007510 | No Objection |
| 268 | 9/25/2012 | Email; FW: Email from Greg Craig | USA-REL-0149958-0149959 | No Objection |
| 269 | 9/25/2012 | Email; FW Email from Greg Craig | USA-REL-0150943 | No Objection |
| 270 | 9/25/2012 | Email; Re: Meeting and Items | USA-REL-0342809 | No Objection |
| 271 | | *Tab intentionally omitted.* | | |
| 272 | 9/25/2012 | Email; Re: Point 5 | USA-REL-0346747-50 | No Objection |
| 273 | 9/26/2012 | Email; Meeting Agenda | USA-0016371-0016372 | Completeness |
| 274 | 9/27/2012 | Email; PJM Outline of Findings | USA-REL-0346213-0346216 | Hearsay |
| 275 | 9/28/2012 | Email; Greg | USA-REL-0344436 | No Objection |
| 276 | 9/30/2012 | Email; Re: Document | USA-REL-0341948-0341958 | No Objection |
| 277 | 9/30/2012 | Email; Wave 2 | USA-REL-0342832 | No Objection |
| 278 | 10/1/2012 | Calendar; ECFMU/Ukraine Call with attachment DC Consultants Plan 9-28-1012.xlsx | USA-REL2-0017111-12 | No Objection |
| 279 | 10/2/2012 | Email; Fw: another set of comments | USA-REL-0151623-30 | No Objection |
| 280 | 10/2/2012 | Email; Re: Master Grid | USA-REL-0344302-0344306 | No Objection |
| 281 | 10/2/2012 | Email; Matrix - Actions | USA-REL-0347947-0347948 | No Objection |
| 300 | 10/2/2012 | Email; David Sanger (NY Times) | USA-REL-0193917 | No Objection |
| 301 | 10/2/2012 | Email; | USA-REL-0193916 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|-----------|------|-------------|--------------|-----------|
| 302 | 10/2/2012 | Email; Re: Ukraine | USA-REL-0160104 | No Objection |
| 303 | 10/3/2012 | Email; Fw: Ukraine | USA-REL-0193922 | No Objection |
| 304 | 10/3/2012 | Email; Fw: UKraine | USA-REL-0193921 | No Objection |
| 305 | 10/3/2012 | Email; Fwd: MCG | USA-REL-0344042-0344046 | No Objection |
| 306 | 10/3/2012 | Document; Skadden Report Roll Out Plan by Mercury/Clark & Weinstock | USAODC-000003-000005 | Lack of Foundation, FRE 401, FRE 403, Hearsay |
| 307 | 10/3/2012 | Email; Re: Call number for [] roundtable at 3pm 202-296-9312 | USA-REL-0191404 | No Objection |
| 308 | 10/5/2012 | Email; update | USA-REL-0346167 | FRE 401, FRE 403 |
| 309 | 11/8/2012 | Email; Confidential: Ukraine Assistance | USA-REL-0344763-0344765 | FRE 401, FRE 403 |
| 310 | 11/19/2012 | Email; Your final issues | USA-REL-0007604 | No Objection |
| 311 | 11/20/2012 | Email; Timing of Delivery | USA-REL-0007606 | MIL Procurement |
| 312 | 11/26/2012 | Email; Re: Report | USA-REL-0366346-0366441 | No Objection |
| 313 | 11/28/2012 | Email; Greg's Memo | USA-REL-0020062-0020067 | No Objection |
| 314 | 11/30/2012 | Email; Rick Gates call | USAODC-000006 | Hearsay |
| 315 | 11/30/2012 | Email; The Report | USA-REL-0020091 | No Objection |
| 316 | 12/6/2012 | Email; Project Veritas | USA-REL-0029942 | No Objection |
| 317 | 12/6/2012 | Email; Updated docs | USA-REL-0366688-0366781 | No Objection |
| 318 | 12/6/2012 | Email; Docs | USA-REL-0366782 | No Objection |
| 319 | 12/6/2012 | Email; Jonathan Hawker - 011 44 7979 907000 | USA-REL-0193987 | No Objection |
| 320 | 12/6/2012 | Email; report release date | USA-REL-0191850 | No Objection |
| 321 | 12/6/2012 | Email; report release date | USA-REL-0038263 | No Objection |
| 322 | 12/6/2012 | Email; Phase One media | USA-REL-0366783-0366784 | No Objection |
| 323 | 12/6/2012 | Email; Updated docs | USA-REL-0365631 | No Objection |
| 324 | 12/7/2012 | Email; [blank] | USA-REL-0038268 | Hearsay, FRE 401, FRE 403 |
| 325 | 12/7/2012 | Email; Call with Vin Weber today | USA-REL-0193988 | No Objection |
| 326 | 12/7/2012 | Email; Did Rick Gates reach you? | USA-REL-0159064 | FRE 401, FRE 403 |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 327 | 12/10/2012 | Email; Master Grid | USA-REL-0366916 + attachment | No Objection |
| 328 | 12/10/2012 | Email; Journalist contact details needed | USA-REL-0365739 | No Objection |
| 329 | 12/11/2012 | Email; In reception | USA-REL-0366918 | No Objection |
| 330 | 12/11/2012 | Email; Contact List | USA-REL-0038286-0038288 | FRE 401, FRE 403 |
| 331 | 12/11/2012 | Email; Update | USA-REL-0020098 | No Objection |
| 332 | 12/11/2012 | Email; Greg Craig | USA-REL-0029969 | No Objection |
| *Tabs 333 - 349 intentionally omitted.* | | | | |
| 350 | 12/11/2012 | Email; Ukraine | USA-REL-0160113 | No Objection |
| 351 | 12/11/2012 | Email; Ukraine | USA-REL-0029972 | No Objection |
| 352 | 12/11/2012 | Email; Ukraine | USA-REL-0160111-0160112 | No Objection |
| 353 | 12/11/2012 | Email; Ukraine | USA-REL-0159068-0159069 | No Objection |
| 354 | 12/11/2012 | Email; Ukraine | USA-REL-0160114-0160115 | No Objection |
| 355 | 12/11/2012 | Email; Report on the Tymoshenko case | USA-REL-0161002 | No Objection |
| 356 | 12/11/2012 | Email; Ukraine | USA-REL-0159066-0159067 | No Objection |
| 357 | 12/11/2012 | Email; Electronic Delivery | USA-REL-0159065 | No Objection |
| 358 | 12/11/2012 | Email; Sanger conversation | USA-REL-0194869 | Completeness |
| 359 | 12/11/2012 | Email; Sanger conversation | USA-REL-0160998 | No Objection |
| 360 | 12/11/2012 | Email; Electronic delivery | USA-REL-0029971 | No Objection |
| 361 | 12/11/2012 | Email; Re: Warsaw | USA-REL-0038299 | No Objection |
| 362 | 12/11/2012 | Email; Report on the Tymoshenko case | USA-REL-0194866 | No Objection |
| 363 | 12/12/2012 | Email; Ukraine | USA-REL-0366783-0366784 | No Objection |
| 364 | 12/12/2012 | Email; Hawker to Craig; subj: First journalist | USA-REL-0193997 | No Objection |
| 365 | 12/12/2012 | Email; Gianotti to Gates et al; subj: Greg's Details for ANSA | USA-REL-0365859 | FRE 401, FRE 403 |
| 366 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0160123 | No Objection |
| 367 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0160124 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 368 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0194880 | No Objection |
| 369 | 12/12/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0152360-0152663 | No Objection |
| 370 | 12/12/2012 | Email; Sanger received the pdf of the report | USA-REL-0194887 | No Objection |
| 371 | 12/12/2012 | Email; Daily Telegraph - quotes approval - pls confirm receipt | USA-REL-0194883 | No Objection |
| 372 | 12/12/2012 | Email; Ukraine story - please confirm receipt | USA-REL-0367342-0367347 | No Objection |
| 373 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0194874-0194875 | No Objection |
| 374 | 12/12/2012 | Email; Daily Telegraph - quotes approval - pls confirm receipt | USA-REL-0191884-0191886 | No Objection |
| 375 | 12/12/2012 | Email; Times | USA-REL-0029981 | No Objection |
| 376 | 12/12/2012 | Email; hello and questions, from NYT Moscow | USA-REL-0160119-0160120 | No Objection |
| 377 | 12/12/2012 | Email; Ukraine | USA-REL-0161012 | No Objection |
| 378 | 12/12/2012 | Email; Ukraine | USA-REL-0161000 | No Objection |
| 379 | 12/12/2012 | Email; quote re political motivation | USA-REL-0161011 | No Objection |
| 380 | 12/12/2012 | Email; Release time | USA-REL-0161010 | No Objection |
| 381 | 12/13/2012 | Email; Heads up on Ukraine | USA-REL-0201013 | No Objection |
| 382 | 12/13/2012 | Email; Press contact for Ukraine/MoJ report | USA-REL-0194003 | No Objection |
| 383 | 12/13/2012 | Email; Report Coverage | USA-REL-0973088-0973090 | No Objection |
| 384 | 12/13/2012 | Email; Report Coverage | USA-REL-0367672-0367676 | No Objection |
| 385 | 12/13/2012 | Email; Press contact for Ukraine/MoJ report | USA-REL-0106944-0106945 | No Objection |
| 386 | 12/13/2012 | Email; URGENT - corruption allegation | USA-REL-0029988-0029989 | No Objection |
| 387 | 12/13/2012 | Email; Legal Times / National Law Journal | USA-REL-0160532 | No Objection |
| 388 | 12/13/2012 | Email; Media Inquiry re MOJ FW: Kommersant Ukraine | USA-REL-0030309-0030310 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 389 | 12/13/2012 | Email; Copy of Tymoshenko report and interview? | USA-REL-0194993 | No Objection |
| 390 | 12/13/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0153606 | No Objection |
| 391 | 12/13/2012 | Email; Legal Times | USA-REL-0160133 | No Objection |
| 392 | 12/13/2012 | Email; Media Inquiry re MOJ FW: Kommersant Ukraine | USA-REL-0030300-0030302 | No Objection |
| 393 | 12/13/2012 | Email; Well Done | USA-REL-0193998 | Hearsay, Completeness |
| 394 | 12/13/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0160125-0160127 | No Objection |
| 395 | 12/13/2012 | Email; Ukraine Report in the Press | USA-REL-0191899 | No Objection |
| 396 | 12/13/2012 | Email; Well Done | USA-REL-0020151 | Hearsay |
| 397 | 12/13/2012 | Email; The Tymoshenko Case | USA-REL-0029994 | No Objection |
| 398 | 12/14/2012 | Email; Former Ukrainian leader's trial was fair but flawed | USA-REL-0160459-0160460 | No Objection |
| 399 | 12/14/2012 | Tymoshenko Report - NLJ | USA-REL-0195644 | No Objection |
| 400 | 12/14/2012 | Email; Matthew Huisman should be calling Greg shortly | USA-REL-0195662 | No Objection |
| 401 | 12/14/2012 | Email; Draft for your comments | USA-REL-0160442-0160443 | No Objection |
| 402 | 12/15/2012 | Email; SA Report - Media Update | USA-REL-0007945-0007948 | Hearsay, FRE 401, FRE 403 |
| 403 | 12/13/2012 | *New York Times* article | USAO-00022275, 77 | No Objection |
| *Tabs 404 - 409 intentionally omitted.* | | | | |
| 410 | 12/22/2012 | Email; Subject: Request for information from DOJ re Tymoshenko trial review | USA-REL-020130 | No Objection |
| 411 | 1/4/2013 | Email; Subject: Draft answers to (3) and (4) | USA-REL-0304585-0304586 | No Objection |
| 412 | 1/4/2013 | Email; Subject: Re: Request for informaiton from DOJ re Tymoshenko trial review | USA-REL-0304587-0304589 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|-----------|------|-------------|--------------|-----------|
| 413 | 1/5/2013 | Email; Subject: Re: Request for informaiton from DOJ re Tymoshenko trial review | USA-REL-0304597-0304599 | No Objection |
| 414 | 1/7/2013 | Email; Not so fast | USA-REL-0201043 | No Objection |
| 415 | 1/14/2013 | Email; Subject: Revision | USA-REL-0304626-0304627 | No Objection |
| 416 | 1/16/2013 | Email; Subject: RE: Skadden named as doing PR work for party of the regions | USA-REL-0245660-0245661 | FRE 401, FRE 403 |
| 417 | 1/16/2013 | Email; Subject: Re: Ukraine: See attached response to DOJ for your review | USA-REL-0304633(email only) | No Objection |
| 418 | 2/6/2013 | Email; Subject: Re: FARA Response | USA-REL-0304655 | No Objection |
| 419 | 2/7/2013 | Email; Subject: Re: Letter from Gregory B. Craig | USA-REL-0201123-0201124 | No Objection |
| 420 | 2/7/2013 | Email; Subject: FW: Greg's letter to Justice | USA-REL-0201127-0201179 | No Objection |
| 421 | 3/13/2013 | Email; Subject: RE: News article re contracts | USA-REL-0201233-35 | MIL Procurement, Hearsay |
| 422 | 4/4/2013 | Email; Subject: Responding to FARA letter re Ukraine | USA-REL-0304734 | No Objection |
| 425 | 4/15/2013 | Email; Subject: RE: Are you here? | USA-REL-0201242 | No Objection |
| 426 | 4/22/2013 | Email; Subject: RE: News articles about Ukraine Report | USA-REL-0155404-0155409 | No Objection |
| 427 | 4/29/2013 | Email; Subject: Draft response to FARA inquiry | USA-REL-0304736-0304737 | No Objection |
| 428 | 5/1/2013 | Email; Subject: Next draft--with some embellishments | USA-REL-0304738-0304740 | No Objection |
| 429 | 5/1/2013 | Email; Tweaks | USA-REL-0340523-0340524 | No Objection |
| 430 | 5/1/2013 | Email; Subject: please put in final form for my signature | USA-REL-0339232-0339235 | No Objection |
| 431 | 5/15/2013 | Email; Subject: updated response to FARA | USA-REL-0304755-0304758 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 432 | 5/17/2013 | Email; Re: Can we talk? | USA-REL-0159211 | No Objection |
| 433 | 5/20/2013 | Email; Subject: FW: updated response to FARA | USA-REL-0304778-0304781 | No Objection |
| 434 | 5/20/2013 | Email; Subject: FW: Next draft -- with some embellishments | USA-REL-0304775-0304777 | No Objection |
| 435 | 5/20/2013 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. and Response to Inquiry (revised) 1248782 v1. | USA-REL-0304770-0304774 | No Objection |
| 436 | 5/20/2013 | Email; Subject: latest document | USA-REL-0339236-0339237 | No Objection |
| 437 | 5/20/2013 | Email; Subject: Change-Pro Redline - Respose to Inquiry (revised) 1249782 v. 1. and Revised Response (2nd Round) 1249802 v.1 | USA-REL-0337011-0337015 | No Objection |
| 438 | 5/20/2012 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. Revised Response (2nd Round) 1249802 v1 | USA-REL-0337006-0337010 | No Objection |
| 439 | 5/20/2012 | Email; Subject: Fara Response | USA-REL-0304759-0304763 | No Objection |
| 440 | 5/20/2012 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. and Response to FARA Inquiry (most current version) 1249835 v1. | USA-REL-0337001-0337005 | No Objection |
| 441 | 5/22/2013 | Email; Re: Call | USA-REL-0159212 | No Objection |
| 442 | 5/28/2012 | Email; Subject: FW: Scanned Documents | USA-REL-0304796-0304799 | No Objection |
| 443 | 5/28/2013 | Email; Subject: RE: Scanned Documents | USA-REL-0304800 | No Objection |
| 444 | 5/28/2013 | Email; Subject: FW: Scanned Documents | USA-REL-0304801 | No Objection |
| 445 | 5/29/2013 | Email; Subject: FW: Letter to DOJ | USA-REL-0304827-0304830 | No Objection |
| 446 | 5/29/2013 | Email; Subject: RE: Letter to DOJ | USA-REL-0304822 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 447 | 5/29/2013 | Email; Subject: RE: Letter to DOJ | USA-REL-0304821 | No Objection |
| 448 | 5/29/2013 | Email; Subject: Fw: Letter to DOJ | USA-REL-0304812-0304815 | No Objection |
| 449 | 5/29/2013 | Email; Just got home | USA-REL-0194053 | FRE 401, FRE 403 |
| 450 | 5/31/2013 | Email; Subject: FW: FARA Response | USA-REL-0304846-0304847 | No Objection |
| 451 | 6/3/2013 | Email; put in final form | USA-REL-0340518-0340522 | No Objection |
| 452 | | Document History Report | UAS-REL-0337527 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 453 | | Document History Report | USA-REL-0337530 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 454 | | Document History Report | USA-REL-0337532 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 455 | | Document History Report | USA-REL-0337536-0337537 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 456 | | Document History Report | USA-REL-0337539 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| 457 | | Document History Report | USA-REL-0337527 | Lacks Foundation, Hearsay, FRE 401, FRE 403 |
| *Tabs 458 - 459 intentionally omitted.* | | | | |
| 460 | 9/11/2013 | Email; Subject: FARA reply | USA-REL-0304851-0304853 | No Objection |
| 461 | 9/11/2013 | Email; Subject: FW: FARA Reply | USA-REL-0201243-0201245 | No Objection |
| 462 | 9/12/2013 | Email; Subject: Fwd: FARA Reply | USA-REL-0304859 | No Objection |
| 463 | 9/12/2013 | Email; Subject: Re: FARA Reply | USA-REL-0304854 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 464 | 9/19/2013 | Email; Subject: RE: FARA reply | USA-REL-0304864 | No Objection |
| 465 | | [intentionally blank] | | No Objection |
| 466 | 9/19/2013 | Email; Subject: FW: FARA | USA-REL-0337016 | No Objection |
| 467 | | [intentionally blank] | | No Objection |
| 468 | 9/20/2013 | Email; Subject: FW: First draft of a response to FARA | USA-REL-0304865-0304868 | No Objection |
| 469 | | [intentionally blank] | | No Objection |
| 470 | 9/24/2013 | Draft Response to FARA | USA-REL-0201350-0201352 | No Objection |
| 471 | 9/25/2013 | Email; Subject: Re: Alex Mudd - DOJ - 202-233-0777 | USA-REL-0304870 | No Objection |
| 472 | 10/8/2013 | Email; Subject: FW: FARA letter | USA-REL-0303713-0303715 | No Objection |
| 473 | 10/8/2013 | Email; Subject: FW: FARA letter | USA-REL-0303717 | No Objection |
| 474 | 10/10/2013 | Email; Subject: RE: One page FARA letter | GBC 001 | No Objection |
| 475 | 10/15/2013 | Email; Subject: FW: On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0160840-0160841 | No Objection |
| 476 | 10/15/2013 | Email; Subject: FW: FINAL letter to H Hunt re FARA | USA-REL-0201299-0201301 | No Objection |
| 477 | 11/5/2013 | Skadden bill for services rendered through September 30, 2013 | USA-REL-0000215-0000216 | No Objection |
| 478 | 11/21/2013 | Skadden bill for services rendered through October 31, 2013 | USA-REL0000217-0000219 | No Objection |
| 479 | Multiple | Skadden Client Escrow Account # 15662391 for Douglas E. Schoen NYC, LLC | USA-REL-0000231-0000263 | No Objection |
| 480 | 1/27/2014 | Email; Subject: FW: FARA letter from DOJ | USA-REL-0303825-0303826 | No Objection |
| *Tabs 481 - 499 intentionally omitted.* | | | | |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| | | **HARD COPY DOCUMENTS** | | |
| 500 | ND | Multi-page document with header: Project Veritas Communications Strategy | USA-REL-0339091-0339104 | No Objection |
| 501 | 5/4/2012 | Email; Craig to Whitney; Subj: Tymo | USA-REL-0338993-0338996 | No Objection |
| 502 | 5/4/2012 | Email; Craig to Whitney; Subj: PR Update | USA-REL-0338997-0339007 | No Objection |
| 503 | 7/27/2012 | Memorandum from PJM to SL; Subj: SA Report - Media Plan | USA-REL-0337749-0337765 | No Objection |
| 504 | 8/7/2012 | Email; Van der Zwaan to Craig; Subj: Tymo report - action points and questions | USA-REL-0339014-0339015 | No Objection |
| 505 | 8/30/2012 | Email; Hawker to kk22314@gmail.com; Subj: Confidential: Report and the media | USA-REL-0339016 | No Objection |
| 506 | 12/12/2012 | Article; Failings Found in Trial of Ukrainian Ex-Premier, The New York Times | USA-REL-0339017-0339019 | No Objection |
| 507 | 12/12/2012 | Email; Craig to Sanger; Subj: Release time | USA-REL-0339020 | No Objection |
| 508 | 12/12/2012 | Email; Craig to Sanger; Subj: quote re political motivation | USA-REL-0339021 | No Objection |
| 509 | 12/12/2012 | Email; Craig to Sanger; Subj: Ukraine | USA-REL-0339022 | No Objection |
| 510 | 12/13/2012 | Article; Ukraine lawmakers brawl; report finds Tymoshenko trial flawed | USA-REL-0339165 | No Objection |
| 511 | 12/13/2012 | Email; Craig to Haskell; Subj; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0339023-0339024 | No Objection |
| 512 | 12/14/2012 | Email; Craig to Haskell and Sloan; Subj: Former Ukrainian leader's trial was fair but flawed | USA-REL-0339025-0339026 | No Objection |
| 513 | 12/19/2012 | Article; A Misguided Report on the Tymoshenko Case; Freedom House | USA-REL-0339166-0339168 | FRE 401, FRE 403, Hearsay |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 514 | 4/22/2013 | Email; Craig to Weiss; Subj: News articles about Ukraine report | USA-REL-0339034-0339037 | No Objection |
| 515 | 4/22/2013 | Email; Craig to Weiss; Subj: News articles about Ukraine report | USA-REL-0339038-0339042 | No Objection |
| 516 | 4/29/2013 | Email; Craig to Weiss; Subj: Legal Times / National Law Journal | USA-REL-0339043-0339045 | No Objection |
| 517 | ND | One-page document with header: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339029 | No Objection |
| 518 | 5/20/2013 | One-page document with header: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339030-0339033 | No Objection |
| 519 | 5/28/2013 | Letter; Craig to Hunt; Subj: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339046-0339049 | No Objection |
| 520 | 6/3/2013 | Letter; Craig to Hunt; Subj: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339050-0339058 | No Objection |
| 521 | 9/24/2013 | Draft of Letter to FARA Division in the Department of Justice | USA-REL-0339059-0339061 | No Objection |
| 522 | 10/8/2013 | Printout from website, www.fara.gov | USA-REL-0339169-0339177 | No Objection |
| 523 | 10/8/2013 | Printout from website, www.fara.gov | USA-REL-0339178-0339179 | No Objection |
| 524 | 10/10/2013 | Letter; Craig to Hunt; Subj: FARA Registration | USA-REL-0339062-0339063 | No Objection |
| 525 | 3/28/2012 | Skadden New Client or Business Unit Memorandum, signed by Gregory Craig | USA-REL-0338196-0338201 | No Objection |
| 526 | 4/3/2012 | Itinerary / DC - NYC, April 3 - 9, 2012 | USA-REL-0339155-0339156 | FRE 401, FRE 403 |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 527 | 4/5/2012 | Letter from Craig to Ministry of Justice; Subj: Retainer Memorandum | USA-REL-0338949-0338955 | No Objection |
| 528 | 4/10/2012 | Letter from Craig to Ministry of Justice; Subj: Retainer Memorandum | USA-REL-0338963-0338969 | FRE 401, FRE 403, Hearsay, Foundation |
| 529 | ND | Two-page note on stationery of Intercontinental Hotel, Ukraine | USA-REL-0338918-0338919 | No Objection |
| 530 | ND | One-page note on stationery of Hyatt Regency Kyiv | USA-REL-0338406 | No Objection |
| 531 | ND | One-page of handwritten notes with header: Manafort telcon | USA-REL-0338904 | No Objection |
| 532 | 4/16/2012 | Three-page document with header: Themes for Opening Statement | USA-REL-0338979-0338981 | No Objection |
| 533 | ND | Seven-pages of handwritten notes | USA-REL-0338920-0338926 | No Objection |
| 534 | 4/30/2012 | Project Kyiv: Status Report | USA-REL-0338982 | No Objection |
| 535 | 5/2/2012 | Invitation to team call for Skadden personnel | USA-REL-0338983 | FRE 401, FRE 403 |
| 536 | 9/8/2012 | One-page of handwritten notes with header Telcon w/ Vlasenko | USA-REL-0338913 | No Objection |
| 537 | ND | Multi-page document; Comments on the Report and handwritten comments | USA-REL-0027599-0027608 | No objection if split into three separate documents. |
| 538 | ND | One-page document with header: Final Three Tweaks and handwritten comments | USA-REL-0337196 | Authenticity, Handwriting, FRE 401, FRE 403 |
| 539 | ND | Binder with draft of Report, The Tymoshenko Case and handwritten comments | USA-REL-0337540-0337717 | Authenticity, FRE 401, FRE 403 |
| 540 | ND | Multi-page document with cover sheet entry: Comments from OGP + Oval Office | USA-REL-0338933-0338948 | Completeness |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 541 | ND | Multi-page document with header: Final Additional Arguments on the Draft Report | USA-REL-0339065-0339071 | No Objection |
| 542 | ND | Multi-page document with header: Suggestions to the Complete Draft Report | USA-REL-0339082-0339090 | No Objection |
| 543 | ND | Multi-page document with header: Suggestions to the Complete Draft Report | USA-REL-0339105-0339123 | No Objection |
| 544 | ND | Multi-page document addressed to "Greg" re: changes requested in the memo that you received last week | USA-REL-0339124-0339127 | No Objection |
| 545 | ND | Multi-page document with header: Final Three Tweaks | USA-REL-0339139-0339144 | No Objection |
| 546 | ND | Multi-page document with header: Additional Comments to Conclusions | USA-REL-0339148-0339154 | No Objection |
| 547 | 4/12/2012 | Bank Record from Marfin Laiki Bank | USA-REL-0337809 | FRE 401, FRE 403 |
| 548 | ND | Multi-page document re: July 16, 2012, Letter from Craig to Ministry of Justice of Ukraine | USA-REL-0237377-0237382 | MIL Procurement |
| 549 | ND | Collection of documents re: Backup bill to MOJ-Ukraine | USA-REL-0237383-0237409 | MIL Procurement |
| 550 | 4/22/2013 | Collection of documents re: Payment from Ukraine | USA-REL-0337768-0337780 | MIL Procurement |
| *Tabs 551 - 559 intentionally omitted.* | | | | |
| | | **FINANCIAL DOCUMENTS** | | |
| 560 | 3/20/2012 | Check from Douglas E. Schoen NYC LLC payable to Skadden Arps in amount of $150,000 | USA-REL-0000220 | No Objection |
| 561 | 4/19/2012 | Transaction Detail Advice Inquiry | USA-REL-0000223 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 562 | 5/2/2012 | Skadden bill for services rendered rendered through March 2012 | USA-REL-0000121-0000123 | No Objection |
| 563 | 5/18/2012 | Skadden bill for services rendered through April 30, 2012 | USA-REL-0000124-0000134 | No Objection |
| 564 | 5/20/2012 | Transaction Detail Advice Inquiry | USA-REL-0000224 | No Objection |
| 565 | 5/22/2012 | Email; Letter to Vlasenko and Ms. Tymoshenko delivered | USA-REL-0170204-0170206 | No Objection |
| 566 | 5/26/2012 | Email; Tymoshenko case | USA-REL-0049961-0049962 | Completeness |
| 567 | 5/28/2012 | Email; Draft response to Vlasenko's email | USA-REL-0049945-0049947 | Completeness |
| 568 | 6/22/2012 | Email; [blank] | USA-REL-0180870-0180872 | No Objection |
| 569 | 6/22/2012 | Email; Lavrinovich hired Skadden for less than 13 000 USD | USA-REL-0180868 | Hearsay, FRE 401, FRE 403 |
| 570 | 6/22/2012 | Email; RAPSI.com: U.S. attorneys in ECHR under Tymoshenko case to cost Ukraine $12,5 | USA-REL-0000915 | FRE 401, FRE 403 |
| 571 | 6/22/2012 | Email; Heads up | USA-REL-0008538 | No Objection |
| 572 | 6/22/2012 | Email; [cyrillic] | USA-REL-0000913 | FRE 401, FRE 403 |
| 573 | 6/26/2012 | Skadden bill for services rendered through May 31, 2012 | USA-REL-0000135-0000152 | No Objection |
| 574 | 7/13/2012 | Transaction Detail Advice Inquiry | USA-REL-0000225 | No Objection |
| 575 | 7/24/2012 | Skadden bill for services rendered through June 30, 2012 | USA-REL-0000153-0000172 | No Objection |
| 576 | 8/9/2012 | Email; Kyiv Post Editorial: Skadden Stink | USA-REL-0136202 | No Objection |
| 577 | 8/9/2012 | Email; Kyiv Post Editorial: Skadden Stink | USA-REL-0176348-0176350 | Completeness |
| 578 | 8/10/2012 | Email; Update | USA-REL-0001233 | No Objection |
| 579 | 8/10/2012 | Email; Ukraine payment | USA-REL-0185163 | No Objection |
| 580 | 8/13/2012 | Email; this mornin | USA-REL-0001236 | No Objection |
| 581 | 8/15/2012 | Email; updates | USA-REL-0001247-0001248 | MIL Procurement |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 582 | 8/15/2012 | Email; Procedure for Supplemental Payments | USA-REL-0001246 | MIL Procurement |
| 583 | 8/16/2012 | Email; updates | USA-REL-0001253-0001255 | MIL Procurement |
| 584 | 8/20/2012 | Skadden bill for services rendered through July 31, 2012 | USA-REL-0000173-0000189 | No Objection |
| 585 | 8/20/2012 | Email; Letter to MOJ | USA-REL-0001265 | MIL Procurement |
| 586 | 8/22/2012 | Letter; Outstanding Balance Due | USA-REL-0000190-0000191 | MIL Procurement |
| 587 | 8/23/2012 | Email; SK Letter to MOJ.pdf | USA-REL-0005669 | MIL Procurement |
| 588 | 11/2/2012 | Skadden bill for services rendered through August 31, 2012 | USA-REL-0000192-0000198 | No Objection |
| 589 | 11/2/2012 | Email; Ukraine | USA-REL-0193953 | No Objection |
| 590 | 12/21/2012 | Email; Quick Meeting | USA-REL-0159075 | MIL Procurement |
| 591 | 12/26/2012 | Email; CATCH UP | USA-REL-0194010 | MIL Procurement |
| 592 | 12/28/2012 | Email; CATCH UP | USSA-REL-0159078-0159079 | MIL Procurement |
| 593 | 1/4/2013 | Letter; Invoice for services rendered through January 4, 2013 | USA-REL-0339263-0339272 | No Objection |
| 594 | 1/8/2013 | Email; Meeting Tomorrow | USA-REL-0020240 | MIL Procurement |
| 595 | 2/5/2013 | Email; Paperwork | USA-REL-0020244 | MIL Procurement |
| 596 | 2/8/2013 | Email; Question from MOJ | USA-REL-0007981-0007987 | MIL Procurement; Completeness |
| 597 | 2/8/2013 | Email; Question from MOJ | USA-REL-0107944-0107945 | MIL Procurement |
| 598 | 2/15/2013 | Email; New Contract | USA-REL-0107995-0107997 | MIL Procurement |
| 599 | 2/19/2013 | Email; Comments on MOJ contract | USA-REL-0195961-0195962 | MIL Procurement; Completeness |
| 600 | 2/19/2013 | Email; Meeting on Wednesday | USA-REL-0020324-0020331 | MIL Procurement |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 601 | 2/20/2013 | Skadden bill for services rendered from September 1, 2012 through December 31, 2012 | USA-REL-0000199-0000208 | No Objection |
| 602 | 2/25/2013 | Email; Skadden EL | USA-REL-0303503-0303511 | MIL Procurement |
| 603 | 2/25/2013 | Email; Skadden EL | USA-REL-0196056 | MIL Procurement; Completeness |
| 604 | 2/26/2013 | Email; The new agreement | USA-REL-0027444-0027445 | MIL Procurement |
| 605 | 3/13/2013 | Email; congratulations | USA-REL-0196573 | MIL Procurement |
| 606 | 3/13/2013 | Email; Inquiries re Ukraine contract | USA-REL-0196574 | MIL Procurement |
| 607 | 3/14/2013 | Email; MOJ EL and Skadden EL | USA-REL-0196587-USA-REL-0196600 | |
| 608 | 3/19/2013 | Email; Ukraine acctg | USA-REL-0196659 | MIL Procurement |
| 609 | 3/20/2013 | Email; Ukraine accounting | USA-REL-0196660 | MIL Procurement; Completeness |
| 610 | | [intentionally blank] | | |
| 611 | 3/25/2013 | Email; final bill to Ukraine | USA-REL-0155401 | MIL Procurement |
| 612 | 4/12/2013 | Email; Docs | USA-REL-0236825-0236828 | MIL Procurement |
| 613 | 4/23/2013 | Email; Table Estimate | USA-REL-0197078-0197081 | MIL Procurement |
| 614 | 6/24/2013 | Skadden bill for services rendered through June 24, 2012 | USA-REL-0000210-0000213 | No Objection |
| 615 | 8/1/2013 | Skadden bill for services recorded through July 31, 2013 | USA-REL-0000214 | No Objection |
| 616 | 11/5/2013 | Skadden bill for services rendered through September 30, 2013 | USA-REL-0000215-0000216 | No Objection |
| 617 | 11/21/2013 | Skadden bill for services rendered through October 31, 2013 | USA-REL-0000217-0000219 | No Objection |
| 618 | Multiple | Skadden Client Escrow Account # 15662391 for | USA-REL-0000231-0000263 | No Objection |

| Exhibit # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| | | Douglas E. Schoen NYC, LLC | | |
| 619 | 6/14/2017 | Letter; Liquidation, Wire Transfer and Account Closing | USA-REL-0000228 | No Objection |
| *Tabs 620 - 624 intentionally omitted.* | | | | |
| 625 | 2/23/2018 | Document; Gates Plea Agreement | USA-0020755 | No Objection |
| 626 | 2/23/2018 | Document; Gates Statement of Offense | USA-0020756-763 | No Objection |
| *Tabs 627 - 649 intentionally omitted.* | | | | |
| | | **PHOTOGRAPHS** | | |
| 650 | | Ken Gross | USA-00022232 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 651 | | Greg Craig | USA-00022228 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 652 | | Cliff Sloan | USA-00022229 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 653 | | Michael Loucks | USA-00022235 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 654 | | Matt Cowie | USA-00022236 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 655 | | Alex Van Der Zwaan | USA-00022234 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 656 | | Alex Haskell | USA-00022230 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 657 | | Allon Kedem | USA-00022231 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 658 | | [intentionally blank] | | F.R.E. 401; F.R.E. 403; Lacks foundation |

| Exhibit # | Date | Description | Bates Number | Objection |
|-----------|------|-------------|--------------|-----------|
| 659 | | Sergiy Vlasenko | USA-00022225 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 660 | | Paul Manafort | USA-00022226 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 661 | | Rick Gates | USA-00022227 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 662 | | Konstantin Kilimnik | USA-00022240 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 663 | | Rinat Kuzmin | USA-00022222 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 664 | | Doug Schoen | USA-00022224 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 665 | | Viktor Pinchuk | USA-00022223 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 666 | | Segiy Lyovovhkin | USA-00022221 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 667 | | Viktor Yanukovych | USA-00022218 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 668 | | Yulia Tymoshenko | USA-00022216 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 669 | | Oleksandr Lavrinovich | USA-00022220 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 670 | | Viktor Pshonka | USA-00022219 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 671 | | Lawrence Spiegel | USA-00022233 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 672 | | Jonathan Hawker | USA-00022237 | F.R.E. 401; F.R.E. 403; Lacks foundation |
| 673 | | Group Photograph | USA-00022241 | F.R.E. 401; F.R.E. 403; Lacks foundation |

| Exhibit # | Date | Description | Bates Number | Objection |
|-----------|------|-------------|--------------|-----------|
| 674 | | *Tab intentionally omitted.* | | |
| | | | | |
| | | **MAPS OF UKRAINE** | | |
| 675 | | Google map | USA-00022238 | No Objection |
| 676 | | Google map - Ukraine outlined | USA-00022239 | No Objection |
| 677 | | Map of Ukraine | USA-00022214 | No Objection |
| 678 | | Central and Eastern Europe | USA-00022215 | No Objection |