**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *v.* | **Case No. 1:19-cr-0125 (ABJ)** |
| **GREGORY B. CRAIG**, | |
| *Defendant.* | |

### DEFENDANT'S LIST OF PERSONS AND ENTITIES FOR VOIR DIRE

Pursuant to the Court's Minute Order of August 5, 2019, Defendant Gregory B. Craig hereby provides the Court with a proposed list to use during voir dire when asking potential jurors whether they are familiar with individuals and entities whose names may arise during trial. Pursuant to the Court's guidance during today's pretrial conference, this list includes both potential defense witnesses and other individuals and entities whose names may arise during trial. Defendant reserves the right to call witnesses not on this list should their testimony become relevant in light of developments at trial.

**Individuals**

1. Jon Aarons

2. Emily Alpert

3. Ben Chang

4. Gay Cioffi

5. Matthew Cowie

6. Judge Clinton Deveaux

7. Alan Friedman

8. Richard Gates

9.  Kevin Griffis

10. Kenneth Gross

11. Alex Haskell

12. Jonathan Hawker

13. David Herszenhorn

14. Matthew Huisman

15. Heather Hunt

16. Amy Jeffress

17. Andrew Kauders

18. Allon Kedem

19. Victoria Reggie Kennedy

20. Paul Kerlin

21. Konstantin Kilimnik

22. Margaret Krawiec

23. Oleksandr Lavrynovych

24. Michael Loucks

25. Serhiy Lyovochkin

26. Lauren Malet

27. Paul Manafort

28. Jessica Tuchman Mathews

29. Omer Meisel

30. Cheryl Mills

31. Derek Mitchell

32. Alex Mudd

33. Tom Parfitt

34. Victor Pinchuk

35. Anthony Podesta

36. Melissa Porter

37. Victor Pshonka

38. Timothy Pugh

39. Edward Reilly

40. Kara Roseen

41. Eckart Sager

42. David Sanger

43. Lucy-Claire Saunders

44. Douglas Schoen

45. Timothy Shriver

46. Jim Slattery

47. Cliff Sloan

48. Lawrence Spiegel

49. Brendan Sullivan

50. Mark Tavlarides

51. Julie Turner

52. Yulia Tymoshenko

53. Vin Weber

54. Catherine Whitney

55. Andrew Wright

56. Alex Van Der Zwaan

57. Serhiy Vlasenko

58. Victor Yanukovich

**Entities**

1. Arnold & Porter Kaye Scholer LLP

2. Burson Marsteller

3. Covington & Burling LLP

4. FleishmanHillard

5. FTI Consulting

6. Mercury, Clark & Weinstock

7. The Podesta Group

8. Skadden Arps Slate Meagher & Flom LLP

9. Williams & Connolly LLP

Dated: August 6, 2019                    Respectfully submitted,


                                         */s/ William W. Taylor, III*
                                         William W. Taylor, III (D.C. Bar No. 84194)
                                         Paula M. Junghans (D.C. Bar No. 474419)
                                         Ezra B. Marcus (D.C. Bar No. 252685)
                                         ZUCKERMAN SPAEDER LLP
                                         1800 M Street N.W. Suite 1000
                                         Washington, D.C. 20036
                                         Tel: (202) 778-1800
                                         Fax: (202) 822-8106
                                         Email: wtaylor@zuckerman.com
                                         Email: pjunghans@zuckerman.com
                                         Email: emarcus@zuckerman.com

                                         William J. Murphy (D.C. Bar No. 350371)
                                         Adam B. Abelson (D.C. Bar No. 1011291)
                                         ZUCKERMAN SPAEDER LLP
                                         100 East Pratt Street, Suite 2440
                                         Baltimore, MD 21202
                                         Tel: (410) 332-0444
                                         Fax: (410) 659-0436
                                         Email: wmurphy@zuckerman.com
                                         Email: aabelson@zuckerman.com

                                         *Attorneys for Defendant Gregory B. Craig*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2019, the foregoing was served on counsel of record via the Court's CM/ECF service.

   /s/ *Ezra B. Marcus*
Ezra B. Marcus