# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:19-CR-00125 (ABJ) |
| | : | |
| **GREGORY B. CRAIG,** | : | |
| Defendant. | : | |

## NOTICE OF GOVERNMENT'S LIST OF RELEVANT NAMES

Pursuant to the Court's Minute Order of August 5, 2019, for the purposes of *voir dire*, the government provides the following list of names that could arise and/or witnesses who could be called during the government's case-in-chief.

<u>Skadden, Arps</u>
Bruce Buck
Matthew Cowie
Eric Friedman
Ken Gross
Alex Haskell
Allon Kedem
Paul Kerlin
Margaret Krawiec
Peter Lesser
Michael Loucks
Melissa Porter
Noah Puntus
Kara Roseen
Lillian Singer
Cliff Sloan
Larry Spiegel
Alex van der Zwaan
Catherine Whitney
Lauren Weiss
Earle Yaffa
David Zornow

<u>FTI Consulting</u>
Jon Aarons
Jonathan Hawker
Mark Malloch-Brown
Ed Reilly

<u>Special Counsel's Office and FBI Agents</u>
Russ Beverly
Kevin Constantine
Michael Dreeben
Brock Domin
Michael Ficht
Daniel Kegl
Spencer Lucas
Omer Meisel
Robert Mueller III
Brian Richardson
Andrew Weissman

<u>FARA Unit</u>
Kevin Connolly
Heather Hunt
Alex Mudd
Timothy Pugh

<u>DMP International</u>
Richard Gates
Konstantin Kilimnik
Paul Manafort

<u>Ukrainian Public Officials and Citizens</u>
Victor Pinchuk
Yulia Tymoshenko
Serhiy Vlasenko
Viktor Yanukovych

<u>Mercury Public Affairs</u>
Lucy-Claire Saunders
John Vincent "Vin" Weber

<u>Other Individuals</u>
David Herszenhorn
Al Hunt
Tom Parfitt
David Sanger
Doug Schoen
Jim Slattery

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845


By:  /s/ Molly Gaston
FERNANDO CAMPOAMOR-SÁNCHEZ (DC 451210)
MOLLY GASTON (VA 78506)
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7698/202-252-7803
Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL


By:  /s/ Jason B.A. McCullough
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice
National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
Telephone: 202-616-1051
Jason.McCullough@usdoj.gov

Dated:   August 6, 2019

Certificate of Service

    I hereby certify that by virtue of the ECF system, I have served a copy of the foregoing Notice on counsel for the defendant.

                                                /s/
                                      Molly Gaston