# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  19-CR-00125 (ABJ)** |
| | : | |
| **GREGORY B. CRAIG,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing of the government's discovery letters, attached hereto as Exhibit A.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:  _____/s/ Fernando Campoamor-Sánchez_____
FERNANDO CAMPOAMOR-SANCHEZ (DC 451210)
MOLLY GASTON (VA 78506)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
202-252-7698/202-252-7803
Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL

By:  _____/s/ Jason B.A. McCullough_____
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice

National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
202-616-1051
Jason.McCullough@usdoj.gov

**<u>Certificate of Service</u>**

I certify that, by virtue of the Court's ECF system, a copy of the foregoing Notice of Filing has been sent to counsel for the defendant on August 11, 2019.

/s/ Fernando Campoamor-Sánchez
Fernando Campoamor-Sánchez
Assistant United States Attorney



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 7, 2019

***Via File Transfer Portal***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

- Email communication with ▅▅▅▅▅▅ dated 5/28/2018 (USA-00021159 – USA-00021161);

- FD-302 Email communication with ▅▅▅▅▅▅ (USA-00021162);

- ▅▅▅▅▅▅ emails with attachments (USA-00021163 – USA-00021182);

- Metadata for all SAU documents produced by Skadden (USA-00021183);

- Chart reflecting Bates numbers from Skadden production that were produced twice;

- ▅▅▅▅▅▅, ▅▅▅▅▅▅, and ▅▅▅▅▅▅ data sets (USA-REL-1022512 – 1031529).  These are the documents that were returned after running the additional agreed upon search terms with the date limitation;

- FD-302s (USA-00021184-USA-00021349);

- FARA Registration Forms, exp. 2/28/14, (Blank) (USA-00021350-USA-00021374).

These materials are subject to the Protective Order issued by the Court on April 15, 2019. If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By:   _____/s/_____
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 17, 2019

*Via File Transfer Portal*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

-  Documents from Mercury and Podesta data sets (USA-REL2-0146946-0155662). These are the documents that were returned after running the agreed upon search terms with the date limitation;
-  Reproduced chart reflecting Bates numbers from Skadden production with a corrected Bates number (USA-00021375);
-  FARA Unit electronic file email review (USA-00021376-00021385);
-  SAU Bates labeled documents – missing pages (USA-00021386-00021396).

  These materials are subject to the Protective Order issued by the Court on April 15, 2019.

  If you have any questions, please do not hesitate to contact us.

    Sincerely,

    JESSIE K. LIU
    United States Attorney

  By:   _____/s/_____
    Fernando Campoamor Sánchez

Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 21, 2019

***Via File Transfer Portal***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

- Additional NSD Voluntary Production (USA-REL-1031530-1301926);
- Additional FARA Unit materials; letter & attached statutory supplement dated December 18, 2012(USA-00021397-00021421);
- Interview notes from 2017 9 26 ███████ interview conducted by SCO (USA-00021422-00021439);
- FD-302 2017 9 26 ███████ telephone call (USA-00021440-00021442);
- Agent notes from ███████ telephone call (USA-00021443-00021446).

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

    Sincerely,

    JESSIE K. LIU
    United States Attorney

By:   _____/s/_____
    Fernando Campoamor Sánchez
    Molly Gaston

*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 28, 2019

**<u>Via File Transfer Portal</u>**

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re:  *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

   In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional FBI FD-302s and agent interview notes (USA-00021447-USA-00021613).

   These materials are subject to the Protective Order issued by the Court on April 15, 2019.

   If you have any questions, please do not hesitate to contact us.

         Sincerely,

         JESSIE K. LIU
         United States Attorney

    By:       /s/
         Fernando Campoamor Sánchez
         Molly Gaston
         *Assistant United States Attorneys*
         Jason B.A. McCullough
         *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 3, 2019

**<u>*Via File Transfer Portal*</u>**

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional FBI FD-302s (USA-00021614-USA-00021695).

  These materials are subject to the Protective Order issued by the Court on April 15, 2019.

  If you have any questions, please do not hesitate to contact us.

      Sincerely,

      JESSIE K. LIU
      United States Attorney

    By:       /s/
      Fernando Campoamor Sánchez
      Molly Gaston
      *Assistant United States Attorneys*
      Jason B.A. McCullough
      *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 10, 2019

<u>*Via File Transfer Portal*</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

- Additional Podesta Documents (from previous date & time limitation search terms (USA-REL2-0178031-0183068);
- ██████████ notes from 2019 meeting with FTI (USA-00021696-00021705);
- ██████████ notes from 2019 meeting with FTI (USA-00021706-00021710);
- ██████████ interview notes & documents 2017 05 16 (USA-00021711-00021756);
- ██████████ interview documents 2018 05 17 (USA-00021757-00021794);
- ██████████ interview documents 2018 05 21 (USA-00021795-00021857);
- ██████ attorney's FD-302, notes, documents 2018 06 12 (USA-00021858-00021869);
- FD-302 and agent notes of meeting with FARA Unit regarding hardcopy materials (USA-00021892-USA-00021894);
  o FARA Unit hardcopy materials (USA-00021870-00021880);
  o FARA Unit hardcopy materials (SENSITIVE) (USA-00021881-00021891);
- ██████████ interview notes & documents (USA-00021895-00021973);
- ██████████ interview notes & documents (USA-00021974-00021986);
- ██████ 2018 05 31 interview documents (USA-00021987-00022053);
- ██████ 2018 08 20 interview documents (USA-00022054-00022094);
- ██████████ emails 2012 12 14 and 2013 07 23 reproduced in color version (USA-00022095-USA-00022100).

These materials are subject to the Protective Order issued by the Court on April 15, 2019, and please note that one set of documents includes the SENSITIVE designation under the Order.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By:       _____/s/_____
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 17, 2019

<u>***Via File Transfer Portal***</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

        Re:     *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

        In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

        -        ▮▮▮▮▮        2019 06 27 FD-302 & agent notes (USA-00022101-00022102);
        -        ▮▮▮▮▮ l 2019 06 06 FD-302 & agent notes (USA-00022103-00022148);
        -        ▮▮▮▮▮        representative contacts 2019 07 11 FD-302 & agent notes (USA-00022149-00022150);
        -        ▮▮▮▮▮        2019 06 25 FD-302, agent notes & documents (USA-00022151-00022156);
        -        ▮▮▮▮▮ 2019 06 14 FD-302 & agent notes (USA-00021757-00022212);
        -        Handwritten notes that appear on the back of the first page of the document that begins on SAU 281634 (USA-00022213);
        -        Map of Ukraine (USA-00022214);
        -        Map of Eastern & Central Europe (USA-00022215);
        -        Photographs of witnesses (USA-00022216-00022237);
        -        2 Google maps of Ukraine (USA-00022238-00022239);
        -        Photographs of witnesses (USA-00022240-00022241).

        These materials are subject to the Protective Order issued by the Court on April 15, 2019.

        If you have any questions, please do not hesitate to contact us.

                                Sincerely,

JESSIE K. LIU
United States Attorney

By:  _____/s/_____
Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 21, 2019

<u>***Via File Transfer Portal***</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-001 25 (ABJ)

Dear Counsel:

   In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed previously produced Skadden documents being reproduced in the native version to include a page that was inadvertently omitted by Skadden, and a document from which the highlighting was omitted. The documents previously produced as USA-REL-0338979 – USA-REL-0338981 and USA-REL-0304816 – USA-REL-0304819, originally produced on April 15, 2019.  This document bears Bates numbers USA-00022242 – USA-00022251. Also being reproduced is SAU 281634A, previously produced as USA-00022213 on July 17, 2019.

   These materials are subject to the Protective Order issued by the Court on April 15, 2019.

   If you have any questions, please do not hesitate to contact us.

     Sincerely,

     JESSIE K. LIU
     United States Attorney

  By:     /s/
     Fernando Campoamor Sánchez
     Molly Gaston
     *Assistant United States Attorneys*
     Jason B.A. McCullough
     *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 23, 2019

<u>*Via Email*</u>

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

  Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  Enclosed with this correspondence is an additional post-indictment discovery production pursuant to Rule 16(c).  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed additional FBI FD-302 (USA-00022252-USA-00022274) and a print version of the *New York Times* article (USA-00022275-00022276).

  These materials are subject to the Protective Order issued by the Court on April 15, 2019.

  If you have any questions, please do not hesitate to contact us.

      Sincerely,

      JESSIE K. LIU
      United States Attorney

    By:   _____/s/_____
      Fernando Campoamor Sánchez
      Molly Gaston
      *Assistant United States Attorneys*
      Jason B.A. McCullough
      *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 31, 2019

***Via USAfx***

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

    In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed additional FBI FD-302 and agent notes for ███████████ (USA-00022276-USA-00022350) and FBI FD-302 and agent notes for ████████████ (USA-00022351-00022385).

    These materials are subject to the Protective Order issued by the Court on April 15, 2019.

    If you have any questions, please do not hesitate to contact us.

                Sincerely,

                JESSIE K. LIU
                United States Attorney

        By:             /s/
                Fernando Campoamor Sánchez
                Molly Gaston
                *Assistant United States Attorneys*
                Jason B.A. McCullough
                *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 2, 2019

*__Via File Transfer Portal__*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

Re:     *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, and your previous discovery requests, please find enclosed additional discovery consisting of the following files.

- ███████ 2019 07 12 FD-302 & agent notes (USA-00022386-USA-00022453);
- Tabs accompanying previously produced January 31, 2018 FD-302 of ███████ (USA-00022454-00022854);
- ███████ 2019 01 25 FD-302 (USA-00022855- USA-00022857);
- ███████ 2019 01 15 FD-302 (USA-00022858- USA-00022872);
- ███████ 2019 01 29 FD-302 (USA-00022873- USA-00022888);
- Various materials obtained from devices or accounts belonging to ███████ (USA-00022889-USA-00023573);
- Notes of SA Daniel Kegl taken during recent trial preparation meetings (USA-00023574-USA-00225667);
- ███████ 2019 01 28 FD-302 (USA-00023667-0023686);
- ███████ 2019 02 08 FD-302 (USA-00023687-00023701);

These materials are subject to the Protective Order issued by the Court on April 15, 2019.

If you have any questions, please do not hesitate to contact us.

Sincerely,

JESSIE K. LIU

United States Attorney

By: _____ /s/ _____

Fernando Campoamor Sánchez
Molly Gaston
*Assistant United States Attorneys*
Jason B.A. McCullough
*Trial Attorney*, National Security Division

Enclosures

2



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 4, 2019

*Via USAfx*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

    In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed ██████████ interview documents with notations from SA Daniel Kegl (USA-00023702-00023806).

    These materials are subject to the Protective Order issued by the Court on April 15, 2019.

    If you have any questions, please do not hesitate to contact us.

                Sincerely,

                JESSIE K. LIU
                United States Attorney

By:            /s/
                Fernando Campoamor Sánchez
                Molly Gaston
                *Assistant United States Attorneys*
                Jason B.A. McCullough
                *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 5, 2019

*Via USAfx*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

   In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed FD-302 ███████████████ 2019 07 29 (USA-00023807-00023816) and FD-302 ███████ 2019 07 24 (USA-00023817-00023823). The agent notes for these interviews were previously produced. Also enclosed is a letter from Gibson Dunn & Crutcher, LLP dated 2019 08 05 (USA-00023824- 00023826).

   These materials are subject to the Protective Order issued by the Court on April 15, 2019.

   If you have any questions, please do not hesitate to contact us.

       Sincerely,

       JESSIE K. LIU
       United States Attorney

   By:      /s/
       Fernando Campoamor Sánchez
       Molly Gaston
       *Assistant United States Attorneys*
       Jason B.A. McCullough
       *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 9, 2019

*Via USAfx*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

   Re: *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

  In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed SA Daniel Kegl's witness trial prep notes (USA-00023827-USA-00023832) and FD-302's (USA-00023833-00023853).

  These materials are subject to the Protective Order issued by the Court on April 15, 2019.

  If you have any questions, please do not hesitate to contact us.

     Sincerely,

     JESSIE K. LIU
     United States Attorney

   By:      /s/
     Fernando Campoamor Sánchez
     Molly Gaston
     *Assistant United States Attorneys*
     Jason B.A. McCullough
     *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 9, 2019

*Via USAfx*

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

     In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed ██████████ 2018 02 01 FD-302 (USA-00023854-00023876) and SA Daniel Kegl's 2019 08 09 witness trial prep notes (USA-00023877-USA-00023880).

     These materials are subject to the Protective Order issued by the Court on April 15, 2019.

     If you have any questions, please do not hesitate to contact us.

     Sincerely,

     JESSIE K. LIU
     United States Attorney

By:          /s/
           Fernando Campoamor Sánchez
           Molly Gaston
           *Assistant United States Attorneys*
           Jason B.A. McCullough
           *Trial Attorney*, National Security Division

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 11, 2019

**_Via USAfx_**

William W. Taylor, III
William J. Murphy
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000, North Tower
Washington, DC 20036-5807

     Re:    *United States v. Gregory B. Craig*, 19-cr-00125 (ABJ)

Dear Counsel:

     In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed SA Daniel Kegl's witness interview notes (USA-00023881-USA-00023900) and FD-302 reports (USA-00023901-USA-00023920).  In addition, please find additional ███████████ FD-302s (USA-00023921-USA-00023981) that had mistakenly not been previously produced.  We are in the process of verifying that all of the ███ 302s have been produced to you.

     These materials are subject to the Protective Order issued by the Court on April 15, 2019.

     If you have any questions, please do not hesitate to contact us.

          Sincerely,

          JESSIE K. LIU
          United States Attorney

By:        _____/s/_____
          Fernando Campoamor Sánchez
          Molly Gaston
          *Assistant United States Attorneys*
          Jason B.A. McCullough
          *Trial Attorney*, National Security Division

Enclosures