**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
:
:
**UNITED STATES OF AMERICA**                      :
:
**v.**                      :          **Case No. 1:19-CR-00125 (ABJ)**
:
**GREGORY B. CRAIG,**                      :
:
**Defendant.**                      :
:
_____:

## GOVERNMENT'S UPDATED EXHIBIT LIST

The Government hereby files a revised exhibit list that has been updated to reflect the Court's rulings during the pretrial conference on August 6, 7, and 9, 2019, as well as the Court's Order of August 13, 2019.  (ECF No. 93).    The Government sets forth its understanding of the status of the following exhibits:

- The Government understands that **GX 8** has been ADMITTED.

- The Government understands that the objection to **GX 311** (MIL Procurement) has been denied, and the document is ADMITTED.

- Pursuant to stipulation between the parties, the Defense has withdrawn its objection to the admission of the document history reports at **GX 9, GX 10,** and **GX 452 – 457**, and they are ADMITTED.

- Ruling has been reserved on **GX 172** and **GX 596**.

- The Government WITHDRAWS **GX 159** and **GX 162**.

In addition, pursuant to the Court's Order of August 13, 2019 (ECF No. 93), and agreement reached between the parties, the following Government Exhibits are subject to specific limitations:

- Government agrees to introduce **GX 114** in addition to **GX 113**, but it is not required to do so at the same time.

- **GX 200** has been replaced with the longer email string found at USA-REL-0000925-26 (see also, **DX 88**).

- **GX 253, 264A,** and **274** will be accompanied by a limiting instruction as to hearsay.

- **GX 306** is subject to laying foundation.

- **GX 326** can be used to establish chronology.

- **GX 396** will be accompanied by a limiting instruction as to hearsay.

- **GX 421** has been redacted.

- **GX 449** may be used for cross-examination.

- **GX 535** may be used for rebuttal.

- **GX 540**, if used, will be introduced with **DX 94** in succession.

- **GX 547** may be used for cross-examination.

- **GX 569, 570, and 572** may not all be used; the Government must choose one exhibit from the group.

- **GX 650 – 672** may be used as demonstratives.


Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:  _/s/ Molly Gaston_____
FERNANDO CAMPOAMOR-SÁNCHEZ (DC 451210)
MOLLY GASTON (VA 78506)
Assistant United States Attorneys

United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7698/202-252-7803
Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL

By:  /s/ Jason B.A. McCullough
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice
National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
Telephone: 202-616-1051
Jason.McCullough@usdoj.gov


Dated:   August 15, 2019

**<u>Certificate of Service</u>**

I certify that, by virtue of the Court's ECF system, a copy of the Government's Updated Exhibit List has been sent to counsel for the Defendant on August 15, 2019.

/s/ Jason McCullough
Jason B.A. McCullough
Trial Attorney, NSD

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ : | |
| : | |
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:19-CR-00125 (ABJ)** |
| : | |
| **GREGORY B. CRAIG,** : | |
| : | |
| **Defendant.** : | |
| : | |
| _____: | |

**GOVERNMENT'S TRIAL EXHIBIT LIST**

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 1 | 12/18/2012 | Letter from Hunt to Yaffa | USA-00021397-00021421 | | | |
| 2 | 2/6/2013 | Letter from Craig to Hunt | USA-00000091-00000142 | | | |
| 3 | 4/9/2013 | Letter from Hunt to Craig | USA-REL-0304839-0304841 | | | |
| 4 | 6/3/2013 | Letter from Craig to Hunt | USA-REL-0159226-0159241 | | | |
| 5 | 9/5/2013 | Letter from Hunt to Craig | USA-REL-0304852-0304853 | | | |
| 6 | 9/19/2013 | Email; FARA | USA-REL-0201346 | | | |
| 7 | 9/20/2013 | Email; First draft of a response to FARA | USA-REL-0337507-0337510 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 8 | 9/24/2013 | Draft of Letter to FARA Division in the Department of Justice | USA-REL-0201350 - 0201352 | | | |
| 9 | | Document History Report | USA-REL-0237374 | | | |
| 10 | | Document History Report | USA-REL-0237370 | | | |
| 11 | 9/26/2013 | Letter from Craig to Hunt | USA-00000090 | | | |
| 12 | 10/10/2013 | Letter from Craig to Hunt | USA-00000087-00000088 | | | |
| 13 | 1/16/2014 | Letter from Hunt to Craig | USA-REL-0201303 | | | |
| 14 | ND | OMB NO 1124-0001 FORM NSD-1 | USA-00021350-00021356 | | | |
| 15 | ND | OMB NO. 1124-0002 FORM NSD-2 | USA-00021357-00021366 | | | |
| 16 | ND | OMB NO 1124-0006 FORM NDS-3 | USA-00021367-00021368 | | | |
| 17 | ND | OMB NO. 1124-0004 FORM NSD-4 | USA-00021369-00021370 | | | |
| 18 | ND | OMB NO. 1124-0003 FORM NSD-5 | USA-00021371-00021372 | | | |
| 19 | ND | OMB NO. 1124-0005 FORM NSD-6 | USA 00021373-00021374 | | | |
| 25 | 2/9/2012 | Email; New business | USA-REL-0000409 | | | |
| 28 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157963 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|---|---|---|---|---|---|---|
| 30 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157960-0157961 | | | |
| 31 | 2/13/2012 | Email; RE: Yulia Tymoshenko | USA-REL-0157956-0157957 | | | |
| 32 | 2/13/2012 | Email; Ukraine - Application of the Foreign Agents Registration Act of 1938 (FARA) | USA-REL-0176754-0176779 | | | |
| 34 | 2/20/2012 | Email; Retainer letter | USA-REL-0000411-0000422 | | | |
| 35 | 2/28/2012 | Email; Anything new | USA-REL-0110384 | | | |
| 36 | 2/28/2012 | Email; RE: Are you free to talk | USA-REL-0000435 | | | |
| 37 | 3/1/2012 | Email; Re: Retainer letter | USA-REL-0000436 | | | |
| 38 | 3/6/2012 | Email; Re: Retainer letter | USA-REL-0000450-0000451 | | | |
| 39 | 3/6/2012 | Email; Retainer letter and Next Steps | USA-REL-0000447-0000449 | | | |
| 40 | 3/17/2012 | Email; RE: Good time to catch up today | USA-REL-0000459 | | | |
| 41 | 3/19/2012 | Email; Re: Money | USA-REL-0000463 | | | |
| 42 | 3/20/2012 | Email; Re: Dates for trip | USA-REL-0000472-0000474 | | | |
| 43 | 3/22/2012 | Email; Re: Meeting tomorrow | USA-REL-0008100 | | | |
| 44 | 3/23/2012 | Calendar; Paul Manafort Mtg | USA-REL-0336965 | | | |
| 46 | 4/5/2012 | Document; Notes of meetings | USA-REL0160995 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 47 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177315-0177316 | | | |
| 48 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177311-0177312 | | | |
| 49 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177308-0177310 | | | |
| 50 | 4/5/2012 | Email; Re [] Press Release | USA-REL-0177317-19 | | | |
| 51 | 4/5/2012 | Email; Re: Got a good report | USA-REL-000647 | | | |
| 52 | 4/5/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0027690 | | | |
| 53 | 4/6/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0158092-0158093 | | | |
| 54 | 4/7/2012 | Email; Re: Tomorrow - Friday 4/6 | USA-REL-0027698-0027700 | | | |
| 55 | 4/10/2012 | Email; Procurator General wants us there | USA-REL-0008265 | | | |
| 56 | 4/11/2012 | Email; Re: | USA-REL-0158098 | | | |
| 57 | 4/11/2012 | Email; Re: Kuzmin on New charges against Tymo | USA-REL-0043806-0043811 | | | |
| 59 | 4/11/2012 | Email; Re: Urgent Problem | USA-REL-0000664 | | | |
| 60 | 4/12/2012 | Email; Re: Confirmation | USA-REL-0000663-67 | | | |
| 61 | 4/13/2012 | Email; Re: Ukraine Project | USA-REL-0177816 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 63 | 4/16/2012 | Email; Re: re Ukraine wire | USA-REL-0177876-0177877 | | | |
| 64 | 4/16/2012 | Email; FARA issues | USA-REL-0177874-0177875 | | | |
| 66 | 4/17/2012 | Email; FARA issues | USA-REL-0046192 | | | |
| 67 | 4/17/2012 | Email; FW: Ukraine - Application of the Foreign Agents Registration Act of 1938 ("FARA") PROPER ATTACHMENTS | USA-REL-0163015-0163041 | | | |
| 68 | 4/17/2012 | Email; RE: FARA Issues | USA-REL-0045044 | | | |
| 70 | 4/17/2012 | Email; Re: FARA issues | USA-REL-0111929-0111930 | | | |
| 71 | 4/17/2012 | Email;  FARA issues | USA-REL-0111932-0111933 | | | |
| 100 | 4/19/2012 | Email; PR Issues | USA-REL-0168280 | | | |
| 101 | 4/23/2012 | Email; Ukraine Status Report | USA-REL-0046959-61 | | | |
| 102 | 4/27/2012 | Email; PR Firms | USA-REL-0047010 | | | |
| 103 | 4/30/2012 | Email; FW: Ukraine - Application of the Foreign Agents Registration Act of 1938 ("FARA") PROPER ATTACHMENTS | USA-REL-0027382-0027384 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 104 | 4/30/2012 | Email; RE: 1230 at Hay Adams | USA-REL-0000712 | | | |
| 105 | 4/30/2012 | Email; FW: PR Firms [Redacted] | USA-REL-0000711 | | | |
| 106 | 5/1/2012 | Email; RE: Confidential: Prospective client | USA-REL-0341095 | | | |
| 107 | 5/3/2012 | Email; Meeting Notes: 5/2/12 | USA-REL-0114889-0114893 | | | |
| 108 | 5/3/2012 | Email; Re: Action Item | USA-REL-0000730-0000733 | | | |
| 109 | 5/3/2012 | Email; Investigation of Tymo allegations of "beating" | USA-REL-0114885-0114888 | | | |
| 110 | 5/3/2012 | Email; RE: Investigation of Tymo allegations of "beating" | USA-REL-0047088 | | | |
| 111 | 5/3/2012 | Email; Resolving Letter Agreement Issue | USA-REL-0000722-0000729 | | | |
| 112 | 5/7/2012 | Email; PR Update | USA-REL-00047232-00047234 | | | |
| 113 | 5/7/2012 | Email; RE: Tymo | USA-REL-0047212-13 | | | |
| 114 | 5/7/2012 | Email; RE: Tymo | USA-REL-0027354-56 | | | |
| 115 | 5/9/2012 | Email; RE: | USA-REL-0027792-93 | | | |
| 116 | 5/10/2012 | Email; RE: Kiev | USA-REL-0341033-0341036 | | | |
| 117 | 5/10/2012 | Email; FTI | USA-REL-0000769 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|----|----|
| 118 | 5/11/2012 | Email; Confidential: Project Veritas contract | USA-REL-0341125-26 | | | |
| 119 | 5/12/2012 | Email; Ukraine | USA-REL-0341414-0341415 | | | |
| 121 | 5/15/2012 | Email; Tymo -- your plans | USA-REL-0348634-0348637 | | | |
| 122 | 5/15/2012 | Email; The Ministry of Justice, Government of Ukraine | USA-REL-0158406 | | | |
| 123 | 5/18/2012 | Email; Project Veritas | USA-REL-0347003-00347004 | | | |
| 124 | 5/22/2012 | Email; Letter to Mr. Vlasenko and Ms. Tymoshenko delivered | USA-REL-0170204-0170206 | | | |
| 126 | 5/22/2012 | Email; Re: Delivery of letter to Vlasenko | USA-REL-0000841-0000842 | | | |
| 127 | 5/22/2012 | Email; Re: Press statements | USA-REL-0348566-0348570 | | | |
| 128 | 5/22/2012 | Email; Re: Press statements | USA-REL-0345061-0345066 | | | |
| 129 | 5/22/2012 | Email; Re: Press statements | USA-REL-0348047-0348052 | | | |
| 130 | 5/22/2012 | Email; Re: Press statements | USA-REL-0349988-0349994 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 131 | 5/22/2012 | Email; Re: Press statements | USA-REL-0115565-00115568 | | | |
| 132 | 5/22/2012 | Email; Re: Press statements | USA-REL-0346816 | | | |
| 133 | 5/23/2012 | Email; Re: Press statements | USA-REL-0115733-0115739 | | | |
| 149 | 5/24/2012 | Email; FW: | USA-REL-0000876-0000889 | | | |
| 150 | 5/24/2012 | Email; Re: Letter Agreement | USA-REL-0008393 | | | |
| 151 | 5/29/2012 | Email; Re: Ukraine engagement | USA-REL-0341345-0341348 | | | |
| 152 | 5/29/2012 | Email; Re: Ukraine engagement | USA-REL-0341349-0341352 | | | |
| 154 | 6/5/2012 | Email: RE: Letter | USA-REL-0171488-0171490 | | | |
| 155 | 6/6/2012 | Email: Ukraine update | USA-REL-0344307 | | | |
| 156 | 6/6/2012 | Email: Re: getting together [Redacted] | USA-REL-0000890-0000892 | | | |
| 157 | 6/7/2012 | Email; Tymo - FTI Call | USA-REL-0171740-42 | | | |
| 158 | 6/11/2012 | Email; Re: Schedule for the Week | USA-REL-0171872-0171873 | | | |
| 160 | 6/14/2012 | Email; RE: Project 2 | USA-REL-0172187 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 161 | 6/15/2012 | Email; [] | USA-REL-0348605-0348613 | | | |
| 163 | 6/21/2012 | Email: Re: Project Two | USA-REL-0172558-0172559 | | | |
| 164 | 6/21/2012 | Email: FW: Application of the Foreign Agents Registration Act of 1928 ("FARA") PROPER ATTACHMENTS | USA-REL-0180790-0180819 | | | |
| 165 | 6/22/2012 | Email; Re ??????????? 95 ??????????? | USA-REL-0000914 | | | |
| 166 | 6/24/2012 | Email; Legal Report | UUSA-REL2-0003962 | | | |
| 167 | 6/25/2012 | Email; RE: Vlasenko | USA-REL-0050383 | | | |
| 170 | 7/2/2012 | Email; RE: Tymoschenko | USA-REL-0158609 | | | |
| 171 | 7/9/2012 | Email; FTI | USA-REL-0051030 | | | |
| 172 | 7/10/2012 | Email; Re: Tymo Project 2 Meetings | USA-REL-0172966-0172968 | | | |
| 173 | 7/12/2012 | Email; PK: Vin Weber, Top Romney Advisor, Lobbying for Ukraine Group | USA-REL-0162978-0162980 | | | |
| 174 | 7/13/2012 | Email; Plan | USA-REL-0350561-0350574 | | | |
| 176 | 7/14/2012 | Email; Project Veritas - Communcations Strategy | USA-REL-0351221-235 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 177 | 7/15/2012 | Email; Re: update today | USA-REL-0000919 | | | |
| 178 | 7/15/2012 | Email; Team Ukraine Status | USA-REL-0124934-0125074 | | | |
| 179 | 7/16/2012 | Email; Schedule for upcoming Kyiv trip | USA-REL-0165378-0165383 | | | |
| 180 | 7/18/2012 | Email; PR on Project One | USA-REL-0223827 | | | |
| 181 | 7/18/2012 | Email; Ukraine Update | USA-REL-0200242 | | | |
| 182 | 7/20/2012 | Email; Kiev Update | USA-REL-0125726-0125741 | | | |
| 183 | 7/25/2012 | Email; Re: free to talk | USA-REL-0008582 | | | |
| 184 | 7/27/2012 | Email; Draft Report | USA-REL-0008596-0008777 | | | |
| 185 | 7/27/2012 | Email; Re: Draft Report | USA-REL-0008592-0008593 | | | |
| 186 | 7/27/2012 | Email; Re: info needed for Ukraine | USA-REL-0194847-0194848 | | | |
| 187 | 7/27/2012 | Email; Changes | USA-REL-0008591 | | | |
| 188 | 7/27/2012 | Email; Re: Changes | USA-REL-0008589 | | | |
| 189 | 7/28/2012 | Email; Media Plan | USA-REL-0348576-0348580 | | | |
| 190 | 7/29/2012 | Email; Report: The Tymoshenko Case | USA-REL-00053856-00054251 | | | |
| 200 | 7/30/2012 | Email: RE: Language Issues | USA-REL-0000925-26 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 201 | 7/31/2012 | Email; Re: Conclusions / incarceration | USA-REL-0184297-0184298 | | | |
| 202 | 7/31/2012 | Email; Re: Conclusions / incarceration | USA-REL-0184266-0184269 | | | |
| 203 | 8/1/2012 | Email; New Draft | USA-REL-0000927-28 | | | |
| 204 | 8/1/2012 | Email; RE: Slattery | USA-REL-0193673-109674 | | | |
| 205 | 8/3/2012 | Email; Manafort is seeing BG on Wednesday | USA-REL-0136184 | | | |
| 206 | 8/3/2012 | Email; Project One Report - The Tymoshenko Case | USA-REL-0009382-0009677 | | | |
| 207 | 8/5/2012 | Email; Draft plan | USA-REL-0351144-0351191 | | | |
| 208 | 8/7/2012 | Email; Tymo report - action points and questions | USA-REL-0136194 | | | |
| 209 | 8/9/2012 | Email; Kyiv Post Editorial:  Skadden Sting | USA-REL-0176355 | | | |
| 210 | 8/9/2012 | Email; RE: Kyiv Post Editorial: Skadden Stink | USA-REL-0136202-0136203 | | | |
| 211 | 8/10/2012 | Email; Ukraine Payment | USA-REL-0184954 | | | |
| 212 | 8/13/2012 | Email; Ukraine disclosure idea | USA-REL-0185184 | | | |
| 214 | 8/14/2012 | Email: Re: VP or MOJ | USA-REL-0001239 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 216 | 8/22/2012 | Email; Here is the letter re fees | USA-REL-0009993-0009995 | | | |
| 217 | 8/22/2012 | Email; Re: Here is the letter re fees | USA-REL-0001271-0001273 | | | |
| 218 | 8/22/2012 | Email; Re: Here is the letter re fees | USA-REL-0009991-92 | | | |
| 219 | 8/23/2012 | Email; Letter to MOJ | USA-REL-0005669-0005670 | | | |
| 220 | 8/24/2012 | Email; Fw: Update | USA-REL-0342746 | | | |
| 221 | 8/28/2012 | Email; FW: | USA-REL-0143608-0143625 | | | |
| 222 | 8/29/2012 | Email; Re: Ukraine | USA-REL-0343574-034575 | | | |
| 223 | 8/29/2012 | Email; Time to talk re. MOJ report? | USA-REL-0187258-0187259 | | | |
| 224 | 8/30/2012 | Email; Re: Work Schedule to finalize report | USA-REL-0144020-0144022 | | | |
| 225 | 8/30/2012 | Email; Re: Work Schedule to finalize report | USA-REL-0006015-0006016 | | | |
| 226 | 8/30/2012 | Email; Re: Project 2 | USA-REL-0144052-0144053 | | | |
| 227 | 8/30/2012 | Email; Memo for Manafort | USA-REL-0344875-91 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 228 | 9/3/2012 | Manafort to Craig; subj: URGENT: Actions this week - Wrapping up | USA-REL-0006051-53 | | | |
| 229 | 9/5/2012 | Email; Ukraine | USA-REL-0350232 | | | |
| 230 | 9/10/2012 | Email; Re: | USA-REL-0006093 | | | |
| 231 | 9/11/2012 | Email; Document | USA-REL-0342368 | | | |
| 232 | 9/12/2012 | Email; Updates | USA-REL-0348008 | | | |
| 233 | 9/12/2012 | Email; MY COMMENTS | USA-REL-0344423-33 | | | |
| 234 | 9/17/2012 | Email; Document | USA-REL-0345529-0345831 | | | |
| 250 | 9/13/2012 | Email; FTI PLAN FOR RELEASE | USA-REL-0007062-66 | | | |
| 251 | 9/18/2012 | Email; meeting today | USA-REL-0007075 | | | |
| 252 | 9/19/2012 | Email; FW: Here | USA-REL-0148186-0148191 | | | |
| 253 | 9/21/2012 | Email; meeting on Sunday | USA-REL-0350747-73 | | | |
| 254 | 9/23/2012 | Email; Documents | USA-REL-0019487-0019559 | | | |
| 255 | 9/23/2012 | Email; Points coming out of today's meeting in NY | USA-REL-0082763 | | | |
| 256 | 9/23/2012 | Email; Meeting tomorrow morning | USA-REL-0029796 | | | |
| 257 | 9/23/2012 | Email; Meeting tomorrow morning | USA-REL-0344296-97 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 258 | 9/24/2012 | Email; Re: Notes from yesterday | USA-REL-0347958-60 | | | |
| 259 | 9/24/2012 | Email; Ukraine | USA-REL-0149306 | | | |
| 260 | 9/24/2012 | Email; Question re Release Planning in Ukraine | USA-REL-0029800 | | | |
| 261 | 9/24/2012 | Email; Backgrounding journalists | USA-REL-0019650 | | | |
| 262 | 9/24/2012 | Email; Re: Question re Release Planning in Ukraine | USA-REL-0029798-99 | | | |
| 263 | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0019649 | | | |
| 264 | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0019648 | | | |
| 264A | 9/24/2012 | Email; Re: Backgrounding Journalists | USA-REL-0007498 | | | |
| 265 | 9/24/2012 | Email; Two Problems | USA-REL-0149233 | | | |
| 266 | 9/24/2012 | Email; Re: Two problems | USA-REL-0150940 | | | |
| 267 | 9/25/2012 | Email; Re: Draft messaging | USA-REL-0007508-0007510 | | | |
| 268 | 9/25/2012 | Email; FW: Email from Greg Craig | USA-REL-0149958-0149959 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 269 | 9/25/2012 | Email; FW Email from Greg Craig | USA-REL-0150943 | | | |
| 270 | 9/25/2012 | Email; Re: Meeting and Items | USA-REL-0342809 | | | |
| 272 | 9/25/2012 | Email; Re: Point 5 | USA-REL-0346747-50 | | | |
| 273 | 9/26/2012 | Email; Meeting Agenda | USA-0016371-0016372 | | | |
| 274 | 9/27/2012 | Email; PJM Outline of Findings | USA-REL-0346213-0346216 | | | |
| 275 | 9/28/2012 | Email; Greg | USA-REL-0344436 | | | |
| 276 | 9/30/2012 | Email; Re: Document | USA-REL-0341948-0341958 | | | |
| 277 | 9/30/2012 | Email; Wave 2 | USA-REL-0342832 | | | |
| 278 | 10/1/2012 | Calendar; ECFMU/Ukraine Call with attachment DC Consultants Plan 9-28-1012.xlsx | USA-REL2-0017111-12 | | | |
| 279 | 10/2/2012 | Email; Fw: another set of comments | USA-REL-0151623-30 | | | |
| 280 | 10/2/2012 | Email; Re: Master Grid | USA-REL-0344302-0344306 | | | |
| 281 | 10/2/2012 | Email; Matrix - Actions | USA-REL-0347947-0347948 | | | |
| 300 | 10/2/2012 | Email; David Sanger (NY Times) | USA-REL-0193917 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 301 | 10/2/2012 | Email; | USA-REL-0193916 | | | |
| 302 | 10/2/2012 | Email; Re: Ukraine | USA-REL-0160104 | | | |
| 303 | 10/3/2012 | Email; Fw: Ukraine | USA-REL-0193922 | | | |
| 304 | 10/3/2012 | Email; Fw: UKraine | USA-REL-0193921 | | | |
| 305 | 10/3/2012 | Email; Fwd: MCG | USA-REL-0344042-0344046 | | | |
| 306 | 10/3/2012 | Document; Skadden Report Roll Out Plan by Mercury/Clark & Weinstock | USAODC-000003-000005 | | | |
| 307 | 10/3/2012 | Email; Re: Call number for [] roundtable at 3pm 202-xxx-xxxx | USA-REL-0191404 | | | |
| 310 | 11/19/2012 | Email; Your final issues | USA-REL-0007604 | | | |
| 311 | 11/20/2012 | Email; Timing of Delivery | USA-REL-0007606 | | | |
| 312 | 11/26/2012 | Email; Re: Report | USA-REL-0366346-0366441 | | | |
| 313 | 11/28/2012 | Email; Greg's Memo | USA-REL-0020062-0020067 | | | |
| 315 | 11/30/2012 | Email; The Report | USA-REL-0020091 | | | |
| 316 | 12/6/2012 | Email; Project Veritas | USA-REL-0029942 | | | |
| 317 | 12/6/2012 | Email; Updated docs | USA-REL-0366688-0366781 | | | |
| 318 | 12/6/2012 | Email; Docs | USA-REL-0366782 | | | |
| 319 | 12/6/2012 | Email; Jonathan Hawker - 011 44 7979 907000 | USA-REL-0193987 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 320 | 12/6/2012 | Email; report release date | USA-REL-0191850 | | | |
| 321 | 12/6/2012 | Email; report release date | USA-REL-0038263 | | | |
| 322 | 12/6/2012 | Email; Phase One media | USA-REL-0366783-0366784 | | | |
| 323 | 12/6/2012 | Email; Updated docs | USA-REL-0365631 | | | |
| 325 | 12/7/2012 | Email; Call with Vin Weber today | USA-REL-0193988 | | | |
| 326 | 12/7/2012 | Email; Did Rick Gates reach you? | USA-REL-0159064 | | | |
| 327 | 12/10/2012 | Email; Master Grid | USA-REL-0366916 + attachment | | | |
| 328 | 12/10/2012 | Email; Journalist contact details needed | USA-REL-0365739 | | | |
| 329 | 12/11/2012 | Email; In reception | USA-REL-0366918 | | | |
| 331 | 12/11/2012 | Email; Update | USA-REL-0020098 | | | |
| 332 | 12/11/2012 | Email; Greg Craig | USA-REL-0029969 | | | |
| 350 | 12/11/2012 | Email; Ukraine | USA-REL-0160113 | | | |
| 351 | 12/11/2012 | Email; Ukraine | USA-REL-0029972 | | | |
| 352 | 12/11/2012 | Email; Ukraine | USA-REL-0160111-0160112 | | | |
| 353 | 12/11/2012 | Email; Ukraine | USA-REL-0159068-0159069 | | | |
| 354 | 12/11/2012 | Email; Ukraine | USA-REL-0160114-0160115 | | | |
| 355 | 12/11/2012 | Email; Report on the Tymoshenko case | USA-REL-0161002 | | | |
| 356 | 12/11/2012 | Email; Ukraine | USA-REL-0159066-0159067 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 357 | 12/11/2012 | Email; Electronic Delivery | USA-REL-0159065 | | | |
| 359 | 12/11/2012 | Email; Sanger conversation | USA-REL-0160998 | | | |
| 360 | 12/11/2012 | Email; Electronic delivery | USA-REL-0029971 | | | |
| 361 | 12/11/2012 | Email; Re: Warsaw | USA-REL-0038299 | | | |
| 362 | 12/11/2012 | Email; Report on the Tymoshenko case | USA-REL-0194866 | | | |
| 363 | 12/12/2012 | Email; Ukraine | USA-REL-0366783-0366784 | | | |
| 364 | 12/12/2012 | Email; Hawker to Craig; subj: First journalist | USA-REL-0193997 | | | |
| 366 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0160123 | | | |
| 367 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0160124 | | | |
| 368 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0194880 | | | |
| 369 | 12/12/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0152360-0152663 | | | |
| 370 | 12/12/2012 | Email; Sanger received the pdf of the report | USA-REL-0194887 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|---|---|---|---|---|---|---|
| 371 | 12/12/2012 | Email; Daily Telegraph - quotes approval - pls confirm receipt | USA-REL-0194883 | | | |
| 372 | 12/12/2012 | Email; Ukraine story - please confirm receipt | USA-REL-0367342-0367347 | | | |
| 373 | 12/12/2012 | Email; Report on the Tymoshenko case | USA-REL-0194874-0194875 | | | |
| 374 | 12/12/2012 | Email; Daily Telegraph - quotes approval - pls confirm receipt | USA-REL-0191884-0191886 | | | |
| 375 | 12/12/2012 | Email; Times | USA-REL-0029981 | | | |
| 376 | 12/12/2012 | Email; hello and questions, from NYT Moscow | USA-REL-0160119-0160120 | | | |
| 377 | 12/12/2012 | Email; Ukraine | USA-REL-0161012 | | | |
| 378 | 12/12/2012 | Email; Ukraine | USA-REL-0161000 | | | |
| 379 | 12/12/2012 | Email; quote re political motivation | USA-REL-0161011 | | | |
| 380 | 12/12/2012 | Email; Release time | USA-REL-0161010 | | | |
| 381 | 12/13/2012 | Email; Heads up on Ukraine | USA-REL-0201013 | | | |
| 382 | 12/13/2012 | Email; Press contact for Ukraine/MoJ report | USA-REL-0194003 | | | |
| 383 | 12/13/2012 | Email; Report Coverage | USA-REL-0973088-0973090 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 384 | 12/13/2012 | Email; Report Coverage | USA-REL-0367672-0367676 | | | |
| 385 | 12/13/2012 | Email; Press contact for Ukraine/MoJ report | USA-REL-0106944-0106945 | | | |
| 386 | 12/13/2012 | Email; URGENT - corruption allegation | USA-REL-0029988-0029989 | | | |
| 387 | 12/13/2012 | Email; Legal Times / National Law Journal | USA-REL-0160532 | | | |
| 388 | 12/13/2012 | Email; Media Inquiry re MOJ FW: Kommersant Ukraine | USA-REL-0030309-0030310 | | | |
| 389 | 12/13/2012 | Email; Copy of Tymoshenko report and interview? | USA-REL-0194993 | | | |
| 390 | 12/13/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0153606 | | | |
| 391 | 12/13/2012 | Email; Legal Times | USA-REL-0160133 | | | |
| 392 | 12/13/2012 | Email; Media Inquiry re MOJ FW: Kommersant Ukraine | USA-REL-0030300-0030302 | | | |
| 394 | 12/13/2012 | Email; On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0160125-0160127 | | | |
| 395 | 12/13/2012 | Email; Ukraine Report in the Press | USA-REL-0191899 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 396 | 12/13/2012 | Email; Well Done | USA-REL-0020151 | | | |
| 397 | 12/13/2012 | Email; The Tymoshenko Case | USA-REL-0029994 | | | |
| 398 | 12/14/2012 | Email; Former Ukrainian leader's trial was fair but flawed | USA-REL-0160459-0160460 | | | |
| 399 | 12/14/2012 | Tymoshenko Report - NLJ | USA-REL-0195644 | | | |
| 400 | 12/14/2012 | Email; Matthew Huisman should be calling Greg shortly | USA-REL-0195662 | | | |
| 401 | 12/14/2012 | Email; Draft for your comments | USA-REL-0160442-0160443 | | | |
| 403 | 12/13/2012 | *New York Times* article | USAO-00022275, 77 | | | |
| 410 | 12/22/2012 | Email; Subject: Request for information from DOJ re Tymoshenko trial review | USA-REL-020130 | | | |
| 411 | 1/4/2013 | Email; Subject: Draft answers to (3) and (4) | USA-REL-0304585-0304586 | | | |
| 412 | 1/4/2013 | Email; Subject: Re: Request for informaiton from DOJ re Tymoshenko trial review | USA-REL-0304587-0304589 | | | |
| 413 | 1/5/2013 | Email; Subject: Re: Request for informaiton from DOJ re Tymoshenko trial review | USA-REL-0304597-0304599 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 414 | 1/7/2013 | Email; Not so fast | USA-REL-0201043 | | | |
| 415 | 1/14/2013 | Email; Subject: Revision | USA-REL-0304626-0304627 | | | |
| 417 | 1/16/2013 | Email; Subject: Re: Ukraine: See attached response to DOJ for your review | USA-REL-0304633(email only) | | | |
| 418 | 2/6/2013 | Email; Subject: Re: FARA Response | USA-REL-0304655 | | | |
| 419 | 2/7/2013 | Email; Subject: Re: Letter from Gregory B. Craig | USA-REL-0201123-0201124 | | | |
| 420 | 2/7/2013 | Email; Subject: FW: Greg's letter to Justice | USA-REL-0201127-0201179 | | | |
| 421 | 3/13/2013 | Email; Subject: RE: News article re contracts | USA-REL-0201233-35 | | | |
| 422 | 4/4/2013 | Email; Subject: Responding to FARA letter re Ukraine | USA-REL-0304734 | | | |
| 425 | 4/15/2013 | Email; Subject: RE: Are you here? | USA-REL-0201242 | | | |
| 426 | 4/22/2013 | Email; Subject: RE: News articles about Ukraine Report | USA-REL-0155404-0155409 | | | |
| 427 | 4/29/2013 | Email; Subject: Draft response to FARA inquiry | USA-REL-0304736-0304737 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 428 | 5/1/2013 | Email; Subject: Next draft--with some embellishments | USA-REL-0304738-0304740 | | | |
| 429 | 5/1/2013 | Email; Tweaks | USA-REL-0340523-0340524 | | | |
| 430 | 5/1/2013 | Email; Subject: please put in final form for my signature | USA-REL-0339232-0339235 | | | |
| 431 | 5/15/2013 | Email; Subject: updated response to FARA | USA-REL-0304755-0304758 | | | |
| 432 | 5/17/2013 | Email; Re: Can we talk? | USA-REL-0159211 | | | |
| 433 | 5/20/2013 | Email; Subject: FW: updated response to FARA | USA-REL-0304778-0304781 | | | |
| 434 | 5/20/2013 | Email; Subject: FW: Next draft -- with some embellishments | USA-REL-0304775-0304777 | | | |
| 435 | 5/20/2013 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. and Response to Inquiry (revised) 1248782 v1. | USA-REL-0304770-0304774 | | | |
| 436 | 5/20/2013 | Email; Subject: latest document | USA-REL-0339236-0339237 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 437 | 5/20/2013 | Email; Subject: Change-Pro Redline - Respose to Inquiry (revised) 1249782 v. 1. and Revised Response (2nd Round) 1249802) v.1 | USA-REL-0337011-0337015 | | | |
| 438 | 5/20/2012 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. Revised Response (2nd Round) 1249802 v1 | USA-REL-0337006-0337010 | | | |
| 439 | 5/20/2012 | Email; Subject: Fara Response | USA-REL-0304759-0304763 | | | |
| 440 | 5/20/2012 | Email; Subject: Change-Pro Redline - Response to FARA Inquiry 1249781 v1. and Response to FARA Inquiry (most current version) 1249835 v1. | USA-REL-0337001-0337005 | | | |
| 441 | 5/22/2013 | Email; Re: Call | USA-REL-0159212 | | | |
| 442 | 5/28/2012 | Email; Subject: FW: Scanned Documents | USA-REL-0304796-0304799 | | | |
| 443 | 5/28/2013 | Email; Subject: RE: Scanned Documents | USA-REL-0304800 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 444 | 5/28/2013 | Email; Subject: FW: Scanned Documents | USA-REL-0304801 | | | |
| 445 | 5/29/2013 | Email; Subject: FW: Letter to DOJ | USA-REL-0304827-0304830 | | | |
| 446 | 5/29/2013 | Email; Subject: RE: Letter to DOJ | USA-REL-0304822 | | | |
| 447 | 5/29/2013 | Email; Subject: RE: Letter to DOJ | USA-REL-0304821 | | | |
| 448 | 5/29/2013 | Email; Subject: Fw: Letter to DOJ | USA-REL-0304812-0304815 | | | |
| 449 | 5/29/2013 | Email; Just got home | USA-REL-0194053 | | | |
| 450 | 5/31/2013 | Email; Subject: FW: FARA Response | USA-REL-0304846-0304847 | | | |
| 451 | 6/3/2013 | Email; put in final form | USA-REL-0340518-0340522 | | | |
| 452 | | Document History Report | UAS-REL-0337527 | | | |
| 453 | | Document History Report | USA-REL-0337530 | | | |
| 454 | | Document History Report | USA-REL-0337532 | | | |
| 455 | | Document History Report | USA-REL-0337536-0337537 | | | |
| 456 | | Document History Report | USA-REL-0337539 | | | |
| 457 | | Document History Report | USA-REL-0337527 | | | |
| 460 | 9/11/2013 | Email; Subject: FARA reply | USA-REL-0304851-0304853 | | | |
| 461 | 9/11/2013 | Email; Subject: FW: FARA Reply | USA-REL-0201243-0201245 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 462 | 9/12/2013 | Email; Subject: Fwd: FARA Reply | USA-REL-0304859 | | | |
| 463 | 9/12/2013 | Email; Subject: Re: FARA Reply | USA-REL-0304854 | | | |
| 464 | 9/19/2013 | Email; Subject: RE: FARA reply | USA-REL-0304864 | | | |
| 466 | 9/19/2013 | Email; Subject: FW: FARA | USA-REL-0337016 | | | |
| 468 | 9/20/2013 | Email; Subject: FW: First draft of a response to FARA | USA-REL-0304865-0304868 | | | |
| 470 | 9/24/2013 | Draft Response to FARA | USA-REL-0201350-0201352 | | | |
| 471 | 9/25/2013 | Email; Subject: Re: Alex Mudd - DOJ - 202-233-0777 | USA-REL-0304870 | | | |
| 472 | 10/8/2013 | Email; Subject: FW: FARA letter | USA-REL-0303713-0303715 | | | |
| 473 | 10/8/2013 | Email; Subject: FW: FARA letter | USA-REL-0303717 | | | |
| 474 | 10/10/2013 | Email; Subject: RE: One page FARA letter | GBC 001 | | | |
| 475 | 10/15/2013 | Email; Subject: FW: On Behalf of Greg Craig - The Tymoshenko Case | USA-REL-0160840-0160841 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 476 | 10/15/2013 | Email; Subject: FW: FINAL letter to H Hunt re FARA | USA-REL-0201299-0201301 | | | |
| 477 | 11/5/2013 | Skadden bill for services rendered through September 30, 2013 | USA-REL-0000215-0000216 | | | |
| 478 | 11/21/2013 | Skadden bill for services rendered through October 31, 2013 | USA-REL0000217-0000219 | | | |
| 479 | Multiple | Skadden Client Escrow Account # 15662391 for Douglas E. Schoen NYC, LLC | USA-REL-0000231-0000263 | | | |
| 480 | 1/27/2014 | Email; Subject: FW: FARA letter from DOJ | USA-REL-0303825-0303826 | | | |
| | | **HARD COPY DOCUMENTS** | | | | |
| 500 | ND | Multi-page document with header: Project Veritas Communications Strategy | USA-REL-0339091-0339104 | | | |
| 503 | 7/27/2012 | Memorandum from PJM to SL; Subj: SA Report - Media Plan | USA-REL-0337749-0337765 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 505 | 8/30/2012 | Email; Hawker to kk22314@gmail.com; Subj: Confidential: Report and the media | USA-REL-0339016 | | | |
| 506 | 12/12/2012 | Article; Failings Found in Trial of Ukrainian Ex-Premier, The New York Times | USA-REL-0339017-0339019 | | | |
| 510 | 12/13/2012 | Article; Ukraine lawmakers brawl; report finds Tymoshenko trial flawed | USA-REL-0339165 | | | |
| 517 | ND | One-page document with header: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339029 | | | |
| 518 | 5/20/2013 | One-page document with header: Response to April 9, 2013 Letter from National Security Division, US Department of Justice | USA-REL-0339030-0339033 | | | |
| 521 | 9/24/2013 | Draft of Letter to FARA Division in the Department of Justice | USA-REL-0339059-0339061 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 522 | 10/8/2013 | Printout from website, www.fara.gov | USA-REL-0339169-0339177 | | | |
| 523 | 10/8/2013 | Printout from website, www.fara.gov | USA-REL-0339178-0339179 | | | |
| 525 | 3/28/2012 | Skadden New Client or Business Unit Memorandum, signed by Gregory Craig | USA-REL-0338196-0338201 | | | |
| 528 | 4/10/2012 | Letter from Craig to Ministry of Justice; Subj: Retainer Memorandum | USA-REL-0338963-0338969 | | | |
| 529 | ND | Two-page note on stationery of Intercontinental Hotel, Ukraine | USA-REL-0338918-0338919 | | | |
| 530 | ND | One-page note on stationery of Hyatt Regency Kyiv | USA-REL-0338406 | | | |
| 531 | ND | One-page of handwritten notes with header: Manafort telcon | USA-REL-0338904 | | | |
| 532 | 4/16/2012 | Three-page document with header: Themes for Opening Statement | USA-REL-0338979-0338981 | | | |
| 534 | 4/30/2012 | Project Kyiv: Status Report | USA-REL-0338982 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 535 | 5/2/2012 | Invitation to team call for Skadden personnel | USA-REL-0338983 | | | |
| 536 | 9/8/2012 | One-page of handwritten notes with header Telcon w/ Vlasenko | USA-REL-0338913 | | | |
| 537A | 8/3/2012 | Multi-page document; Comments on the Report and handwritten comments | USA-REL-0027599-002760 | | | |
| 537B | ND | Comments on the Report and handwritten comments | USA-REL-027606 | | | |
| 537C | 9/11/2012 | Comments on the Report and handwritten comments | USA-REL-0027607-08 | | | |
| 540 | ND | Multi-page document with cover sheet entry: Comments from OGP + Oval Office | USA-REL-0338933-0338948 | | | |
| 544 | ND | Multi-page document addressed to "Greg" re: changes requested in the memo that you received last week | USA-REL-0339124-0339127 | | | |
| 548 | ND | Multi-page document re: July 16, 2012, Letter from Craig to Ministry of Justice of Ukraine | USA-REL-0237377-0237382 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 549 | ND | Collection of documents re: Backup bill to MOJ-Ukraine | USA-REL-0237383-0237409 | | | |
| 550 | 4/22/2013 | Collection of documents re: Payment from Ukraine | USA-REL-0337768-0337780 | | | |
| | | **FINANCIAL DOCUMENTS** | | | | |
| 560 | 3/20/2012 | Check from Douglas E. Schoen NYC LLC payable to Skadden Arps in amount of $150,000 | USA-REL-0000220 | | | |
| 561 | 4/19/2012 | Transaction Detail Advice Inquiry | USA-REL-0000223 | | | |
| 562 | 5/2/2012 | Skadden bill for services rendered rendered through March 2012 | USA-REL-0000121-0000123 | | | |
| 563 | 5/18/2012 | Skadden bill for services rendered through April 30, 2012 | USA-REL-0000124-0000134 | | | |
| 564 | 5/20/2012 | Transaction Detail Advice Inquiry | USA-REL-0000224 | | | |
| 565 | 5/22/2012 | Email; Letter to Vlasenko and Ms. Tymoshenko delivered | USA-REL-0170204-0170206 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 566 | 5/26/2012 | Email; Tymoshenko case | USA-REL-0049961-0049962 | | | |
| 567 | 5/28/2012 | Email; Draft response to Vlasenko's email | USA-REL-0049945-0049947 | | | |
| 568 | 6/22/2012 | Email; [blank] | USA-REL-0180870-0180872 | | | |
| 569 | 6/22/2012 | Email; Lavrinovich hired Skadden for less than 13 000 USD | USA-REL-0180868 | | | |
| 570 | 6/22/2012 | Email; RAPSI.com: U.S. attorneys in ECHR under Tymoshenko case to cost Ukraine $12,5 | USA-REL-0000915 | | | |
| 571 | 6/22/2012 | Email; Heads up | USA-REL-0008538 | | | |
| 572 | 6/22/2012 | Email; [cyrillic] | USA-REL-0000913 | | | |
| 573 | 6/26/2012 | Skadden bill for services rendered through May 31, 2012 | USA-REL-0000135-0000152 | | | |
| 574 | 7/13/2012 | Transaction Detail Advice Inquiry | USA-REL-0000225 | | | |
| 575 | 7/24/2012 | Skadden bill for services rendered through June 30, 2012 | USA-REL-0000153-0000172 | | | |
| 576 | 8/9/2012 | Email; Kyiv Post Editorial: Skadden Stink | USA-REL-0136202 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|----|----------|
| 577 | 8/9/2012 | Email; Kyiv Post Editorial: Skadden Stink | USA-REL-0176348-0176350 | | | |
| 578 | 8/10/2012 | Email; Update | USA-REL-0001233 | | | |
| 579 | 8/10/2012 | Email; Ukraine payment | USA-REL-0185163 | | | |
| 580 | 8/13/2012 | Email; this mornin | USA-REL-0001236 | | | |
| 581 | 8/15/2012 | Email; updates | USA-REL-0001247-0001248 | | | |
| 582 | 8/15/2012 | Email; Procedure for Supplemental Payments | USA-REL-0001246 | | | |
| 583 | 8/16/2012 | Email; updates | USA-REL-0001253-0001255 | | | |
| 584 | 8/20/2012 | Skadden bill for services rendered through July 31, 2012 | USA-REL-0000173-0000189 | | | |
| 585 | 8/20/2012 | Email; Letter to MOJ | USA-REL-0001265 | | | |
| 586 | 8/22/2012 | Letter; Outstanding Balance Due | USA-REL-0000190-0000191 | | | |
| 587 | 8/23/2012 | Email; SK Letter to MOJ.pdf | USA-REL-0005669 | | | |
| 588 | 11/2/2012 | Skadden bill for services rendered through August 31, 2012 | USA-REL-0000192-0000198 | | | |
| 589 | 11/2/2012 | Email; Ukraine | USA-REL-0193953 | | | |
| 590 | 12/21/2012 | Email; Quick Meeting | USA-REL-0159075 | | | |
| 591 | 12/26/2012 | Email; CATCH UP | USA-REL-0194010 | | | |
| 592 | 12/28/2012 | Email; CATCH UP | USSA-REL-0159078-0159079 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 593 | 1/4/2013 | Letter; Invoice for services rendered through January 4, 2013 | USA-REL-0339263-0339272 | | | |
| 594 | 1/8/2013 | Email; Meeting Tomorrow | USA-REL-0020240 | | | |
| 595 | 2/5/2013 | Email; Paperwork | USA-REL-0020244 | | | |
| 596 | 2/8/2013 | Email; Question from MOJ | USA-REL-0007981-0007987 | | | |
| 597 | 2/8/2013 | Email; Question from MOJ | USA-REL-0107944-0107945 | | | |
| 598 | 2/15/2013 | Email; New Contract | USA-REL-0107995-0107997 | | | |
| 599 | 2/19/2013 | Email; Comments on MOJ contract | USA-REL-0195961-0195962 | | | |
| 600 | 2/19/2013 | Email; Meeting on Wednesday | USA-REL-0020324-0020331 | | | |
| 601 | 2/20/2013 | Skadden bill for services rendered from September 1, 2012 through December 31, 2012 | USA-REL-0000199-0000208 | | | |
| 602 | 2/25/2013 | Email; Skadden EL | USA-REL-0303503-0303511 | | | |
| 603 | 2/25/2013 | Email; Skadden EL | USA-REL-0196056 | | | |
| 604 | 2/26/2013 | Email; The new agreement | USA-REL-0027444-0027445 | | | |
| 605 | 3/13/2013 | Email; congratulations | USA-REL-0196573 | | | |
| 606 | 3/13/2013 | Email; Inquiries re Ukraine contract | USA-REL-0196574 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|----|----|
| 607 | 3/14/2013 | Email; MOJ EL and Skadden EL | USA-REL-0196587-USA-REL-0196600 | | | |
| 608 | 3/19/2013 | Email; Ukraine acctg | USA-REL-0196659 | | | |
| 609 | 3/20/2013 | Email; Ukraine accounting | USA-REL-0196660 | | | |
| 611 | 3/25/2013 | Email; final bill to Ukraine | USA-REL-0155401 | | | |
| 612 | 4/12/2013 | Email; Docs | USA-REL-0236825-0236828 | | | |
| 613 | 4/23/2013 | Email; Table Estimate | USA-REL-0197078-0197081 | | | |
| 614 | 6/24/2013 | Skadden bill for services rendered through June 24, 2012 | USA-REL-0000210-0000213 | | | |
| 615 | 8/1/2013 | Skadden bill for services recorded through July 31, 2013 | USA-REL-0000214 | | | |
| 616 | 11/5/2013 | Skadden bill for services rendered through September 30, 2013 | USA-REL-0000215-0000216 | | | |
| 617 | 11/21/2013 | Skadden bill for services rendered through October 31, 2013 | USA-REL-0000217-0000219 | | | |
| 618 | Multiple | Skadden Client Escrow Account # 15662391 for Douglas E. Schoen NYC, LLC | USA-REL-0000231-0000263 | | | |
| 619 | 6/14/2017 | Letter; Liquidation, Wire Transfer and Account Closing | USA-REL-0000228 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 625 | 2/23/2018 | Document; Gates Plea Agreement | USA-0020755 | | | |
| 626 | 2/23/2018 | Document; Gates Statement of Offense | USA-0020756-763 | | | |
| | | **PHOTOGRAPHS** | | | | |
| 650 | | Ken Gross | USA-00022232 | | | |
| 651 | | Greg Craig | USA-00022228 | | | |
| 652 | | Cliff Sloan | USA-00022229 | | | |
| 653 | | Michael Loucks | USA-00022235 | | | |
| 654 | | Matt Cowie | USA-00022236 | | | |
| 655 | | Alex Van Der Zwaan | USA-00022234 | | | |
| 656 | | Alex Haskell | USA-00022230 | | | |
| 657 | | Allon Kedem | USA-00022231 | | | |
| 659 | | Sergiy Vlasenko | USA-00022225 | | | |
| 660 | | Paul Manafort | USA-00022226 | | | |
| 661 | | Rick Gates | USA-00022227 | | | |
| 663 | | Rinat Kuzmin | USA-00022222 | | | |
| 664 | | Doug Schoen | USA-00022224 | | | |
| 665 | | Viktor Pinchuk | USA-00022223 | | | |
| 666 | | Segiy Lyovovhkin | USA-00022221 | | | |
| 667 | | Viktor Yanukovych | USA-00022218 | | | |
| 668 | | Yulia Tymoshenko | USA-00022216 | | | |
| 669 | | Oleksandr Lavrinovich | USA-00022220 | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
| 670 | | Viktor Pshonka | USA-00022219 | | | |
| 671 | | Lawrence Spiegel | USA-00022233 | | | |
| 672 | | Jonathan Hawker | USA-00022237 | | | |
| | | **MAPS OF UKRAINE** | | | | |
| 675 | | Google map | USA-00022238 | | | |
| 676 | | Google map - Ukraine outlined | USA-00022239 | | | |
| 677 | | Map of Ukraine | USA-00022214 | | | |
| 678 | | Central and Eastern Europe | USA-00022215 | | | |
| | | | | | | |
| | | | | | | |
| 680 | | Stipulation regarding the time zone for emails produced by Skadden. | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Ex # | Date | Description | Bates Number | Witness | ID | Admitted |
|------|------|-------------|--------------|---------|-----|----------|
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |
|      |      |             |              |         |     |          |