## SUPPLEMENTAL STIPULATIONS REGARDING EMAIL

The parties stipulate to the following facts:

Many exhibits presented at this trial are emails. Due to the manner in which the emails were processed, in emails bearing an SAU document number at the bottom right-hand corner, the email that appears at the top of the first page of an email chain (i.e., the top of the first page of an email exhibit) will include a time stamp that, unless specifically marked "EST" or "EDT," is five hours later than the actual time in Washington, D.C., except for the following periods, when the time stamp will be four hours later than the actual time in Washington D.C.:

- March 11 – 24, 2012
- October 28 – November 3, 2012
- March 10 – 30, 2013
- October 27 – November 2, 2013

All agreed and stipulated to by:

_____  
Counsel for the Government  

8/15/19  
Date  

_____  
Gregory B. Craig  

Aug. 12, 2019  
Date  

_____  
Counsel for Mr. Craig  

8/12/19  
Date  



GOVERNMENT EXHIBIT 680