## STIPULATION REGARDING HANDWRITING

The parties stipulate that the handwriting on the following documents is the handwriting of Gregory B. Craig:

- GX 500 (USA-REL-0339091-0339104)
- GX 503 (USA-REL-0337749-0337765) (highlighting may or may not be Mr. Craig's)
- GX 521 (USA-REL-0339059-0339061)
- GX 525 (USA-REL-0338196-0338201)
- GX 526 (USA-REL-0339155-0339156)
- GX 530 (USA-REL-0338406)
- GX 531 (USA-REL-0338904)
- GX 532 (USA-REL-0338979-0338981)
- GX 549 (USA-REL-0237383-0237409) (highlighting may or may not be Mr. Craig's)

The parties further stipulate that the following specifically identified writing is the handwriting of Gregory B. Craig; any other handwriting on the documents is not Mr. Craig's writing.

- GX 535 (USA-REL-0338983) ("Ukraine" in upper right-hand corner and "FARA language" on post-it are Mr. Craig's handwriting)
- GX 548 (USA-REL-0237377-0237382) (the handwriting on pages 548-004, 548-005, and 548-006 is Mr. Craig's)
- GX 550 (USA-REL-0337768-0337780) (the handwriting on pages 550-001 and 550-007 is Mr. Craig's)

All agreed and stipulated to by:

_____    8/15/19
Counsel for the Government        Date

_____    Aug. 12, 2019
Gregory B. Craig                  Date

_____    8/12/19
Counsel for Mr. Craig             Date



GOVERNMENT EXHIBIT 681