# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

v.                                              Case No. 1:19-CR-00125 (ABJ)

**GREGORY B. CRAIG,**

      **Defendant.**

_____

## GOVERNMENT'S LIST OF EXPECTED WITNESSES

Pursuant to the Court's instructions on August 16, 2019, the government hereby provides a list of additional witnesses that, as of this date, the government may call during its case-in-chief. As trial progresses, the government may determine that some of these witnesses are not necessary or it may determine that additional witnesses are necessary. If the government determines that additional witnesses may be necessary, it will promptly inform the Court and the defense.

Richard Gates
Kenneth Gross
Jonathan Hawker
Heather Hunt
Allon Kedem
Peter Lesser
Lauren Weiss Malet
Omer Meisel
Melissa Porter
Noah Puntus
Lucy-Claire Saunders
Cliff Sloan
Lawrence Spiegel
Catherine Whitney

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: /s/ Molly Gaston
FERNANDO CAMPOAMOR-SÁNCHEZ (DC 451210)
MOLLY GASTON (VA 78506)
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7698/202-252-7803
Fernando.Campoamor-Sanchez@usdoj.gov
Molly.Gaston@usdoj.gov


JOHN C. DEMERS
ASSISTANT ATTORNEY GENERAL

By: /s/ Jason B.A. McCullough
JASON B.A. MCCULLOUGH (DC 998006; NY 4544953)
Trial Attorney
Department of Justice
National Security Division
950 Pennsylvania Ave NW
Washington, D.C.  20530
Telephone: 202-616-1051
Jason.McCullough@usdoj.gov

Dated:   August 18, 2019

## Certificate of Service

      I certify that, by virtue of the Court's ECF system, a copy of the Government's Expected Witness List has been sent to counsel for the Defendant on August 18, 2019.

                                        /s/ Jason McCullough
                                        Jason B.A. McCullough
                                        Trial Attorney, NSD