```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


  UNITED STATES OF AMERICA       :
                                 :
          Plaintiff,             :  Criminal Action
                                 :  No. 19-125
  v.                             :
                                 :
  GREGORY B. CRAIG,              :  April 12, 2019
                                 :  1:30 p.m.
                                 :
                                 :
          Defendant.             :  Washington, D.C.
                                 :
  .............................. :
```

**TRANSCRIPT OF ARRAIGNMENT PROCEEDINGS
BEFORE THE HONORABLE DEBORAH A. ROBINSON,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE**

APPEARANCES:

For the United States:   **Fernando Campoamor-Sanchez, Assistant U.S. Attorney**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7698
Fax: (202) 252-7792
Email: Fernando.campoamor-sanchez@usdoj.gov

**Jason Bradley Adam McCullough, Assistant U.S.**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 233-0986
Email: Jason.mccullough@usdoj.gov

```
APPEARANCES:  Cont.

For the Government:        Molly Gulland Gaston, Assistant
                           U.S. Attorney
                           U.S. ATTORNEY'S OFFICE FOR THE
                           DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
                           Washington, DC 20530
                           (202) 252-7803
                           Email: Molly.gaston@usdoj.gov

For the Defendant:         William James Murphy, Esq.
                           ZUCKERMAN SPAEDER, LLP
                           100 East Pratt Street
                           Suite 2440
                           Baltimore, MD 21202
                           (410) 949-1146
                           Fax: (410) 659-0436
                           Email: Wmurphy@zuckerman.com

                           Adam B. Abelson, Esq.
                           ZUCKERMAN SPAEDER, LLP
                           100 East Pratt Street
                           Suite 2440
                           Baltimore, MD 21202
                           (410) 949-1148
                           Fax: (410) 659-0436
                           Email: AAbelson@zuckerman.com

                           William W. Taylor III, Esq.
                           ZUCKERMAN SPAEDER, LLP
                           1800 M Street, NW
                           Suite 1000
                           Washington, DC 20036
                           (202) 778-1810
                           Fax: (202) 822-8106
                           Email: Wtaylor@zuckerman.com

                           Ezra B. Marcus, Esq.
                           ZUCKERMAN SPAEDER, LLP
                           1800 M Street, NW
                           Suite 1000
                           Washington, DC 20036
                           (202) 778-1814
                           Fax: (202) 822-8106
                           Email: Emarcus@zuckerman.com
```

```
APPEARANCES:  Cont.

Pretrial Services Agency:    Christine Schuck, Pretrial Officer



Court Reporter:              Scott L. Wallace, RDR, CRR
                             Official Court Reporter
                             Room 6503, U.S. Courthouse
                             Washington, D.C. 20001
                             202.354.3196
                             scottlyn01@aol.com,
```

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

1          **AFTERNOON SESSION, APRIL 12, 2019**

2    (1:32 p.m.)

3          THE COURTROOM CLERK:  All right.  This is Criminal Case

4    19-125, *United States versus Gregory Craig*.

5          Representing the government is Fernando

6    Campoamor-Sanchez -- if I mispronounce your name, I apologize --

7    Molly Gaston, and also James McCullough.

8          Representing the defendant is William James Murphy,

9    William W. Taylor III, Ezra Marcus and Adam Abelson.

10         Okay.  Pretrial Officer is Christine Schuck.  This is an

11   initial appearance and an arraignment.  Will the defendant please

12   stand.

13         Raise your right hand to be sworn, sir.

14         (GREGORY B. CRAIG, DEFENDANT IN THE CASE, SWORN)

15         THE COURT:  Sir, will you please state your full name for

16   the record.

17         MR. CRAIG:  Gregory B. Craig.

18         THE COURT:  Thank you.  You may be seated.

19         Mr. Craig has appeared voluntarily upon learning of an

20   indictment returned by a Grand Jury of this Court on yesterday.

21   You are advised, sir, that you are not required to make any

22   statement concerning the charges in the indictment, and that any

23   statement you make may be used against you.  You are advised that

24   you have the right to the assistance of counsel.

25         Counsel, may I ask whether you are prepared to proceed

1  with the arraignment at this time?
2          MR. MURPHY:  Yes, Your Honor.
3          THE COURT:  Mr. Murphy.
4          MR. MURPHY:  Yes.
5          THE COURT:  Good afternoon.
6          MR. MURPHY:  Good afternoon.
7          THE COURT:  Mr. Murphy, did you, indeed, receive a copy of
8  the indictment?
9          MR. MURPHY:  Yes, we did, Your Honor.
10         THE COURT:  And have you had sufficient opportunity to
11 review the indictment with Mr. Craig?
12         MR. MURPHY:  Yes, I have.
13         THE COURT:  And on behalf of Mr. Craig, do you waive
14 formal reading of the indictment?
15         MR. MURPHY:  Yes, we do, Your Honor.
16         THE COURT:  And with respect to a plea?
17         MR. MURPHY:  Not guilty, Your Honor, as to both counts.
18         THE COURT:  Thank you very much, Mr. Murphy.  You may be
19 seated.  A plea of not guilty will be entered.
20         Counsel, we have been advised that the assigned U.S.
21 district judge, Judge Jackson, has scheduled a status hearing for
22 Monday, April 15th, at 10 a.m. in her courtroom, Courtroom 3.  So
23 we'll ask that all of you please make note of that date and time.
24         Counsel, did you receive the report of the Pretrial
25 Services Agency, Mr. Murphy?

1      MR. MURPHY:  I don't think I've received it.

2      THE COURT:  Do you have your copy, Mr. --

3      MR. MURPHY:  Now I have it.

4      THE COURT:  Mr. Campoamor-Sanchez.

5      MR. CAMPOAMOR:  We did.  We just shared it with Mr. Murphy
6  right now.

7      THE COURT:  Very well.  Mr. Murphy, I cannot address why
8  you did not receive your report.  Please have a seat and review
9  it, and then I will hear from counsel for the government
10 concerning any request with respect to release or detention.

11     (Brief pause in proceedings.)

12     THE COURT:  Have you had sufficient time to review the
13 report, Mr. Murphy?

14     MR. MURPHY:  Yes, Your Honor.

15     THE COURT:  Very well.  Thank you, Mr. Murphy.
16 Mr. Campoamor-Sanchez or Ms. Gaston, I will hear from you now.
17 Do you wish to be heard with regard to Mr. Craig's conditions of
18 release?

19     MS. GASTON:  Thank you, Your Honor.  Good afternoon.

20     THE COURT:  Good afternoon.

21     MS. GASTON:  The government would agree with the
22 recommendation by the Pretrial Services Agency.  The one matter
23 that the government would note is it suggests that Mr. Craig not
24 possess a passport, and it's our understanding that he has travel
25 planned internationally in September as indicated on the second

*1* page of the report, and so we have not had a chance to discuss

*2* that with the defense.  So, we'd be willing to defer that

*3* recommendation until Monday before Judge Jackson.

*4*          THE COURT:  Very well.  Thank you very much, Ms. Gaston.

*5* Mr. Murphy.

*6*          MR. MURPHY:  Your Honor, we would -- we don't see a need

*7* for Mr. Craig to surrender his passport, but we'll be prepared to

*8* discuss that with the Court on Monday.

*9*          THE COURT:  Very well.  Thank you very much, Mr. Murphy.

*10*          The Court, having considered the representations of

*11* counsel and the report of the Pretrial Services Agency, finds

*12* that the conditions of release proposed by the Pretrial Services

*13* Agency are, indeed, the least restrictive to reasonably assure

*14* Mr. Craig's appearance and the safety of the community, and the

*15* Court will so order.

*16*          Mr. Craig, sir, at this time the Court will release you on

*17* your personal promise to return to court for your status hearing

*18* and all other proceedings in this case with the following

*19* additional conditions:  First, you must report to the Pretrial

*20* Services Agency by telephone once each week.  Pretrial Services

*21* will give you instructions regarding the date on which you are to

*22* report.

*23*          You must continue to reside at your current address and

*24* follow any instructions of Pretrial Services concerning

*25* verification of your address.

*1*     You are not to travel outside the Washington Metropolitan
*2* area without prior approval of the Court.
*3*     If you have a passport in your possession, you must bring
*4* it with you to the status hearing and follow any instructions of
*5* the assigned district judge after counsel has had an opportunity
*6* to confer and make further representations regarding surrender of
*7* your passport.
*8*     Your final condition, sir, is that you return to court
*9* whenever your appearance in court is required.  Your next
*10* scheduled appearance is Monday in courtroom 3 at 10 a.m. before
*11* Judge Amy Berman Jackson, the U.S. district judge assigned to
*12* your case.
*13*     You are advised, sir, that your willful failure to appear
*14* on that date or to appear on any other date for which proceedings
*15* are scheduled would be a separate offense for which you could
*16* face an additional period of incarceration or a fine or both.  Do
*17* you understand, sir?
*18*     MR. CRAIG:  I do.
*19*     THE COURT:  Very well.  Thank you.  You may have a seat.
*20* Mr. Murphy.
*21*     MR. MURPHY:  Yes, Your Honor.  Can we discuss with Judge
*22* Jackson on Monday the requirement that Mr. Craig stay within the
*23* D.C. area absent permission from the Court.  He has a number of
*24* family members and children who live outside of the D.C.
*25* Metropolitan area.  He has another residence that's in

1  Massachusetts, I believe, and we would like to just have the
2  ability for him to report to Pretrial Services or the Court or
3  the prosecutors when he needs to travel, without getting formal
4  permission from the Court to make those kinds of trips.
5          THE COURT:  May I ask that counsel confer regarding that
6  matter and prepare to address it in greater detail on Monday,
7  please --
8          MR. MURPHY:  -- yes, Your Honor --
9          THE COURT:  -- since at this time it appears you do not
10 have a common understanding of travel plans or expectations or
11 what conditions might be reasonable in this set of circumstances.
12 Thank you.
13         MR. MURPHY:  Thank you, Your Honor.
14         THE COURT:  There is one condition that the Court
15 neglected to address, and I will ask you, Mr. Murphy, whether
16 Mr. Craig has already reported to the U.S. Marshal Service for
17 routine processing?
18         MR. MURPHY:  We're scheduled to do that immediately after
19 this proceeding.
20         THE COURT:  Very well.  I will add as a further special
21 condition of release that you report, Mr. Craig, after you leave
22 the courtroom to the Marshal Service office.
23         MR. MURPHY:  We'll do that.
24         THE COURT:  Thank you.  Anything further, Ms. Gaston?
25         MS. GASTON:  Your Honor, I have a booking order prepared

*1* that we have shared with the defense that would provide for
*2* further processing at a date and time that's mutually beneficial
*3* to the parties.
*4*         THE COURT:  Have the parties agreed upon a date and time?
*5* If not, perhaps you can confer while Ms. Schuck is completing the
*6* release order and the date and time can be included in the order.
*7*         MS. GASTON:  We can do that, Your Honor.
*8*         THE COURT:  Very well.  Thank you.
*9*         MS. GASTON:  Thank you.
*10*         (Discussion had off the record.)
*11*         THE COURT:  Do you have the proposed order now,
*12* Ms. Gaston?
*13*         MS. GASTON:  Yes.
*14*         THE COURT:  Very well.  I'll ask you to please hand it to
*15* the deputy clerk.
*16*         MS. GASTON:  (Complied).
*17*         THE COURT:  Ms. Schuck, I will ask you to please add to
*18* the release order the further condition that Mr. Craig comply
*19* with the order requiring routine processing by the F.B.I.  That
*20* is the written order that I am signing now.
*21*         Ms. Gaston or Mr. Murphy, did you agree upon a time, a
*22* date and time?
*23*         MR. MURPHY:  I suggest, Your Honor, that we do the
*24* processing at the police department on Monday after the hearing
*25* with Judge Jackson.  And Mr. Craig was actually already processed

*1* this morning by the F.B.I.

*2*     THE COURT:  In that event, Ms. Schuck, I will ask you to
*3* please delete as a release condition complying with the order
*4* requiring booking by the F.B.I., and we will return -- the deputy
*5* clerk will return to you the order.

*6*     (Brief pause in proceedings.)

*7*     THE COURTROOM CLERK:  Sir, would you stand and raise your
*8* right hand.  Do you solemnly swear to follow the conditions of
*9* your release as set forth by this Court so help you God?

*10*     THE DEFENDANT:  I do.

*11*     THE COURT:  So, counsel, is there anything further with
*12* respect to this matter this afternoon?

*13*     Mr. Campoamor-Sanchez or Ms. Gaston, is there anything
*14* further on behalf of the United States?

*15*     MR. CAMPOAMOR:  No, Your Honor.  Thank you.

*16*     THE COURT:  Thank you, counsel.  Mr. Murphy, is there
*17* anything further on behalf of Mr. Craig?

*18*     MR. MURPHY:  No, Your Honor.

*19*     THE COURT:  Thank you, Mr. Murphy.  You may all be
*20* excused.

*21*     MR. CAMPOAMOR:  Thank you, Your Honor.

*22*     (Proceedings adjourned at 1:53 p.m.)

## C E R T I F I C A T E

           I, Scott L. Wallace, RDR-CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

```
/s/ Scott L. Wallace                         4/22/19
-----------------------------            ----------------
  Scott L. Wallace, RDR, CRR                   Date
    Official Court Reporter
```