# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

GREGORY B. CRAIG

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19-CR-00125 (ABJ)

 

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**

SEP - 4 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

_____
Signature of Judge

Amy Berman Jackson     U.S. District Judge
Name of Judge            Title of Judge

9/4/2019
_____
Date