3367

1

2                     UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
3

4   UNITED STATES OF AMERICA,      )
                                   )
5        v.                        )   Criminal Action No. 19-CR-125
                                   )
6   GREGORY B. CRAIG,              )   JURY TRIAL - DAY 15
                                   )   Afternoon Session
7             Defendant.           )
    _____)   Washington, D.C.
8                                      September 3, 2019

9

10          TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
              BEFORE THE HONORABLE AMY BERMAN JACKSON
11                 UNITED STATES DISTRICT JUDGE

12

               APPEARANCES:
13

14   For the Government:     Fernando Campoamor-Sanchez, AUSA
                             Molly Gulland Gaston, AUSA
15                           U.S. ATTORNEY'S OFFICE FOR THE
                             DISTRICT OF COLUMBIA
16                           555 Fourth Street, NW
                             Washington, DC 20530
17                                -and-
                             Jason Bradley Adam McCullough
18                           U.S. DEPARTMENT OF JUSTICE
                             950 Pennsylvania Avenue, NW
19                           Washington, DC 20530

20   For the Defendant:      Adam B. Abelson, Esq.
                             William James Murphy, Esq.
21                           ZUCKERMAN SPAEDER, LLP
                             100 East Pratt Street
22                           Suite 2440
                             Baltimore, MD 21202
23                                -and-
                             William W. Taylor, III, Esq.
24                           Paula M. Junghans, Esq.
                             ZUCKERMAN SPAEDER, LLP
25                           1800 M Street, NW
                             Suite 1000
                             Washington, DC 20036

3368

1

2  Court Reporter:           PATRICIA A. KANESHIRO-MILLER, RMR, CRR
                            U.S. Courthouse, Room 4700A
3                           333 Constitution Avenue, NW
                            Washington, D.C.  20001
4                           (202) 354-3243

5

6            Proceedings reported by stenotype shorthand.
             Transcript produced by computer-aided transcription.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    AFTERNOON SESSION

2                       (1:07 P.M.)

3          (Jury not present)

4          THE DEPUTY CLERK:  Your Honor, re-calling Criminal

5     Case Number 19-125, United States of America versus

6     Gregory B. Craig.

7          THE COURT:  I understand that the defendant is -- I'm

8     not being asked to itemize the specific material facts about

9     which the jury is permitted to be unanimous in the jury

10    instructions, so I have not added that to the jury

11    instructions.  Is that correct?

12         Okay.  I have looked at the indictment, and I have

13    looked at fact number 5 that I had identified as one that the

14    government could argue, which says, "In October 2012,

15    consistent with the media strategy he had received, defendant

16    asked Sanger to speak with Mercury lobbyist Vin Weber about

17    the report, connected Sanger and Weber, and had a copy of the

18    report delivered to Weber's office."

19         And defendant has argued that this goes outside the

20    scope of what was charged in the indictment since

21    paragraph 63 doesn't specifically allege that it was an

22    omission to say that he had a copy of the report delivered to

23    Weber's office.  But I believe it is part and parcel of the

24    allegation in paragraph 63 that an important omission was

25    connecting Sanger with Mr. Weber.  That is specifically in

1  there, in the omissions, which is the main thrust of this;

2  and also, in paragraph 33, it is specifically alleged in the

3  indictment in allegations incorporated in the rest of the

4  indictment and the charge that delivering a copy of the

5  report was part of it.  So I don't believe that, based on the

6  indictment, they're not permitted to argue that as a part of

7  that single omitted fact.

8         With respect to the proposed instruction on good

9  faith, the defendant is entitled to an instruction on good

10  faith, but the instruction on good faith has to track what

11  the mens rea standard is, and what the defendant has tried to

12  do is import into the good faith instruction the higher

13  violation of a known legal duty, willfulness, specific intent

14  instruction that I am not giving.  So I will give an

15  instruction that says the defendant does not act willfully if

16  he believes in good faith that his actions comply with the

17  law because we are giving the *Bryan* language about knowing

18  your conduct was unlawful.  And I'm going to say, instead of

19  meaning that he believed he had no legal duty to disclose,

20  I'm going to say, meaning in this case that he harbored a

21  good faith belief that he was not acting to conceal and cover

22  up a material fact or facts from the FARA Unit.  And then I

23  will say, that is a defense even if you find the belief is

24  unreasonable.  The next sentence of good faith, belief is one

25  that is honestly and reasonably held, will be given.  The

1    next sentence about you may consider the reasonableness of it

2    together with all the other evidence will be given.  But

3    then, the final sentence will be, if you have a reasonable

4    doubt that Mr. Craig knew his conduct was unlawful, then you

5    must find Mr. Craig not guilty.  What I have done is call

6    that instruction good faith, and I put it in the instructions

7    after proof of intent rather than sort of losing it in the

8    middle of the elements about willfully and knowingly.

9              So, with that, I think there's nothing further to

10   discuss.

11             Oh, I did give you a verdict form.  Does anybody have

12   any problems with the verdict form?

13             MR. CAMPOAMOR-SANCHEZ:  No, Your Honor.

14             MR. TAYLOR:  I just got it.  I think it is the one we

15   proposed initially.

16             THE COURT:  Who knows where it came from at this

17   point.  But it is a verdict form that I just created.  But it

18   tracks the indictment.  It doesn't say count one.  I think it

19   is a verdict form.

20             So I will use that.  And if you discover over the

21   course of the argument that you have a problem with it, we

22   can tweak it before they go back to deliberate.  But that is

23   what I would think it should say.

24             Yes?

25             MR. CAMPOAMOR-SANCHEZ:  I think we should approach.

3372

1          THE COURT:  All right.  Please do.

2          (At the bench)

3          THE COURT:  Yes.

4          MR. CAMPOAMOR-SANCHEZ:  The Court brought up the

5    issue of juror number 7.  I had a brief discussion with

6    Mr. Taylor.  It appeared to me that he had not reached a

7    final decision on that.  I think, after we thought about it,

8    we think it would be safer to make her one of the alternates.

9          We, obviously, don't know why she approached the

10   General Counsel's Office.  One potential reason could be that

11   that was the day she had returned to work.  She may have seen

12   some things that caused her pause as part of her job that are

13   related to this.  I don't know, but it concerns me that we

14   have potentially a juror that could raise some issues.

15         My suggestion would be -- obviously, Mr. Taylor may

16   or may not agree -- but that we make her one of the

17   alternates.

18         THE COURT:  They notified me through Mr. Haley.

19         MR. CAMPOAMOR-SANCHEZ:  Oh, they did?

20         THE COURT:  I think what we should do, by the time we

21   close and we instruct -- I don't think they're going to have

22   time to start deliberating, assuming we have time to instruct

23   today -- which I hope we do -- so therefore, I would have

24   them all return tomorrow morning and then read the

25   instruction excusing the alternates.  I have now taken the

3373

1    numbers out of that instruction while they're holding the

2    papers in front of them today.  And that way if it turns out

3    that we learn that this morning they had a conversation that

4    was problematical, then we'll have more information.

5         So I'm not going to do anything right now, though I

6    have to say that I'm nervous about this situation.

7         MR. CAMPOAMOR-SANCHEZ:  I think we share the same

8    nervousness, as well.  It would be our suggestion -- but

9    anyway . . .

10        A second issue, Your Honor, briefly, is the issue of

11   venue.  I don't think venue is a contested issue in this

12   case.  I think there is a lot of material facts in terms of

13   testimony presented about it; specifically, Ms. Hunt,

14   Mr. Spiegel, and Mr. Gross testified.  Of course, all the

15   letters get sent in and out of the FARA Unit in D.C.

16        The defense has not requested any kind of instruction

17   as to venue, which we think is appropriate.  Pursuant to

18   circuit precedent -- I think *Slough v. United States* is the

19   latest one that I'm aware of -- the Court can find by a

20   preponderance of the evidence that venue was proven and,

21   therefore, is not an issue that needs to be submitted to the

22   jury at this time.

23        THE COURT:  Is there any dispute about venue?

24        MR. TAYLOR:  I hadn't even thought about it.

25        MR. CAMPOAMOR-SANCHEZ:  That's why I'm bringing it

3374

1      out.

2             MR. TAYLOR:  I hate to waive things, but we hadn't

3      thought about it.

4             I would have to discuss anything like this with our

5      client.

6             But she said their offices are in the District of

7      Columbia.

8             THE COURT:  She did.  Was he in the D.C. office?  He

9      was also in the D.C. office when he was writing his letters.

10     I think it is in the record.

11            You're welcome to let me know after if you think that

12     the jury instructions need to be put to the jury.

13            MR. TAYLOR:  All right, Your Honor.

14            THE COURT:  All right.

15            Now we need to ascertain whether all of our jurors

16     are here.

17            (In open court)

18            THE COURT:  Let's see what our attendance record is

19     at the moment.

20            (The Court conferred with the Deputy Clerk).

21            THE COURT:  We're missing one.  We're going to see if

22     we can get more information before we decide what to do about

23     it.

24            One juror is not yet here.  So we're trying to get

25     some more information.

1          (Recess taken)

2          THE COURT:  All right.  We're ready to bring the jury

3     in.  Let's do that.

4          (Jury present)

5          THE COURT:  All right.  Members of the jury, I'm glad

6     to see that you are all back.

7          I hope you had a pleasant weekend.  And I want to

8     confirm once again that no one has conferred with you about

9     the case and you haven't conferred with anyone else or done

10    any research about the case.

11         We are now at the point in the trial where the

12    parties are going to make their closing arguments to you.  I

13    remind you once again that what the lawyers say is not

14    evidence.  The evidence is what the witnesses have said and

15    the exhibits that have been admitted in the case.  But the

16    lawyers now have the opportunity to argue to you as to what

17    they believe the evidence shows.

18         Mr. Campoamor-Sanchez, are you ready proceed?

19         MR. CAMPOAMOR-SANCHEZ:  Yes, I am.  Thank you, Your

20    Honor.

21         THE COURT:  All right.  You may.

22         MR COMPOAMOR-SANCHEZ:  Good afternoon, ladies and

23    gentlemen.

24         It is not a crime to write a report.  It is not a

25    crime to talk to a reporter about it.  It is not even a crime

1          to get paid over $4 million from an account in Cyprus for the

2          work.

3                  But as the Court is going to instruct you, when there

4          is an official inquiry about, and you are responding to

5          questions from that inquiry, it is a crime to conceal.  It is

6          a crime to carefully craft your answers so that when you read

7          them together they don't even make sense or are misleading or

8          lead you to believe something else.  That, ladies and

9          gentlemen, is a crime.

10                 And you now know, having heard the evidence, that in

11         June of 2013, this man, Gregory B. Craig, had a choice to

12         make.  He could either decide to come clean with the FARA

13         Unit and tell them all about his activities and what he had

14         done, the things that now you know having heard the evidence

15         in this case, or he could decide to conceal those things.

16         And now that you have heard the evidence, you know that he,

17         unfortunately, chose to conceal those very facts and

18         activities that he engaged in back in 2012.  And he did this

19         despite the fact that he was such an experienced attorney,

20         despite the fact that he had a sterling reputation, the very

21         reason he was hired for this project.

22                 And why?  Because he did not want those facts to come

23         out.  Not just the fact that there was a payment of

24         $4 million, but who it was coming from, as well as the other

25         things that he had engaged in, like Project 2, like all of

1    the other things he did, all the back-and-forth with Manafort

2    and others.  He didn't want any of that to come out.  Why?

3    Because it would undermine the integrity of the report, of

4    course.  It would certainly hurt the client that he had been

5    so hard at work.  But most importantly, it would hurt him,

6    and his reputation would have been tarnished by it.

7         So what did he do?  He took a gamble.  He gambled

8    that nobody would ever learn what he had done.  He gambled

9    that the folks in the FARA Unit would take his word for it,

10   which they did.

11        And that, ladies and gentlemen, is why we are here

12   today.  And do not be mistaken.  It matters.  Because that

13   information that did not come out, that information that if

14   he had been required to register, if he had registered, it

15   would have come out.  That is information that is important

16   for the American public, for our legislatures, and people in

17   government to make decisions.  And just think about it.  If

18   that person making those decisions or that public being

19   informed had known who was paying and how much and all the

20   other activities that had been engaged, they might have seen

21   the report that he wrote much differently than it appeared at

22   the time.

23        That, ladies and gentlemen, is why we are here and

24   why we spent the past two and a half to three weeks.

25        So let's get to it, then.

1          I want to spend some time with you, first of all,

2     reviewing the actual evidence of what were the defendant's

3     omissions to the FARA Unit that are part of the charged

4     scheme.  Okay?  Also, the specific evidence of why the

5     defendant specifically omitted those facts, as well as why

6     those omissions matter.

7          And when I talk about matter, the judge is going to

8     give you some instructions about that.  But the best evidence

9     we have as to why those things matter was Ms. Hunt's

10    testimony.  She told you why she was asking those questions.

11    She told you why it was important to her as a decision maker

12    at the FARA Unit making the decisions.

13         And then, of course, I want to very briefly address

14    some of the arguments that I expect that you are going to

15    hear from the defense in this case.

16         All right.  A couple of things.  Again, the judge is

17    going to instruct you on the law.  So if I say anything today

18    that is contrary to the instructions she is going to give

19    you, you follow what she tells you.  Okay?

20         But very briefly -- and this is so that you have a

21    general framework as we review the evidence -- the elements

22    generally are going to be that the defendant on at least one

23    occasion after October 3rd concealed or covered up a fact

24    that he had a duty to disclose.

25         Two, that that fact was material.  All right?  She is

1     going to tell you specifically about that, that that means

2     that it was important to the decision maker that was making

3     the decision; in this case, Ms. Hunt.

4          That the defendant concealed or covered up the fact

5     by using a trick or scheme or device.  But in this case,

6     we're talking about a scheme, a plan, a plan of action.  How

7     I am going to go about making sure that the FARA Unit doesn't

8     find out what they want to know.

9          And certainly, that he did so knowingly and

10    willfully; in other words, not by mistake, not by accident.

11    Okay?  That he intended to do it and that he knew it was

12    unlawful.

13         And certainly, that this was a matter within the

14    jurisdiction of the Executive Branch of the U.S., which means

15    the Department of Justice in this case, which I do not

16    believe is something that is contested at all.

17         Now, as the Court reads to you the instructions, I do

18    want you to pay attention when she describes the duty.  That

19    is one of the things we have to prove, that is one of the

20    elements.  Right?  That there was a duty.  And specifically,

21    I believe the Court is going to tell you that a person has a

22    duty to disclose if and when he responds to specific

23    questions posed by the government about a topic that is the

24    subject of a statute, regulation or form.

25         But I believe the Court is also going to tell you

1       that if a person chooses to undertake to persuade the

2       government to make or change a particular determination, he

3       cannot make statements designed to deceive or mislead those

4       decision makers.  And that's precisely the key.  That's what

5       happened in this case.

6               So other things to keep in mind:  When we talk about

7       the scheme, the time frame we're talking about is that

8       June 3rd letter that defendant sent, where he actually

9       answered the number of the specific questions in those

10      letters, up through January of 2014, when he succeeded in

11      convincing the FARA Unit to reverse the decision that he had,

12      in fact, to register in this case.  Okay?  So that is the

13      time frame that we're talking about when we talk about a

14      scheme or a plan.  That's the time frame.

15              So let's get right into what the evidence of the

16      concealed facts was in this case.  All of you have been

17      paying attention.  I know you like to take notes.  So I'm not

18      going to just go chronologically through everything that

19      happened in this case.  I want to focus on what we allege are

20      the actual concealed facts.  Okay?

21              Concealed fact number 1, the omission.  Defendant met

22      with Manafort, Hawker, and others at the Harvard Club meeting

23      on September 23rd to discuss the media rollout of the report

24      and where he agreed to background journalists.  And what you

25      also know -- we will get into in a second -- at that meeting

1    you also know that he suggested the name of Davis Sanger

2    again.  So you heard about this from Gates.  You heard about

3    this from Hawker.  And there's plenty of documents that

4    relate to specifically this meeting took place and the reason

5    for the meeting, which was the media rollout.  So let's just

6    look at quickly some of those.

7         First, I want to show you question 5 because I'm

8    going to associate all these omissions to the actual question

9    that the FARA Unit asked.  Okay?  And the question that was

10   asked was:  What was your firm's understanding of what would

11   happen to the report when it was released to the Ukrainian

12   Ministry of Justice?

13        And then he responded, with a lot of legalese, right,

14   a lot of platitudes, but essentially said, yes, we knew the

15   government would do something with it, but we weren't sure

16   until essentially the report would be finished, and the law

17   firm did not advise the Ministry on that issue.  That was the

18   answer that he gave.  Okay?

19        Now, I want to remind you of what Ms. Hunt told you

20   that she understood from this answer.  Okay?  She told you

21   what it meant -- by the way, your recollection controls.

22   Okay?  If you remember different, that's fine.  But we

23   believe that what she told you here was it meant that they

24   were not involved at all in the distribution of the report.

25   That is what she took from that answer.  Right?  It was going

1    to be something that was decided by the Ukrainian government.

2    And they knew that they were going to do something with it,

3    but they didn't know exactly what.  That's what Ms. Hunt

4    understood.  All right.

5         Well, let's take a look at just a few of the things

6    you saw in this case.  Government's Exhibit 254, the actual

7    plan, the media rollout plan, was sent to the defendant the

8    day before the Harvard Club meeting.  And Mr. Hawker makes it

9    clear that that's what it is.  And you can see the

10   attachments.  It was an agenda.  Let's look at that agenda.

11   What was point number 3?  PR Plan - Overview (Master Control

12   Grid).  And I'm sure you're all sick and tired of that word

13   because you have seen plenty of it in this case.

14        But point (b) is SKA - or Skadden -- slash, Craig

15   role.  That's what they were supposed to be discussing at

16   that meeting.  And there were also some other things about

17   Skadden's role and the like, but clearly that's what was

18   being discussed.  That was omitted.

19        And if you wanted more evidence of that, you can take

20   a look at Government's Exhibit 258.  Those were Mr. Gates'

21   notes about the meeting.  And the notes, as you saw at the

22   very top, says, Tymoshenko report media strategy.  And the

23   second page had the PR items, and had, in fact, Mr. Craig

24   even perhaps meeting with Mr. Fule that you may recall we

25   asked a number of times about during this trial.  So, again,

1    that's what was being discussed at the meeting, and it

2    involved backgrounding journalists.

3            In fact, you also saw Government's Exhibit 259.  So,

4    internally at Skadden, even the Skadden PR people understood

5    that there were background interviews that were supposed to

6    be conducted.  And that was reported.  In fact, they were

7    thinking of training Alex van der Zwaan to be able to answer

8    those questions from the media while he was doing the

9    background interview.

10           And we also saw during the defendant's

11   cross-examination, when I confronted him with some of the

12   e-mails from his friends, Bruce Jackson that was also

13   e-mailing with Paul Manafort.  Let's go to Government

14   Exhibit 822.  Mr. Manafort, at the very top, writes to

15   Jackson and says, hey, I asked Greg to tell you about the

16   possibility of a private briefing of his report to Fule when

17   he was going through Europe.

18           And Mr. Jackson responds right away, and then

19   forwards that to Mr. Craig, which is at the bottom right

20   here.  He says, I have attached my response to Manafort's

21   e-mail.  If you want to talk, tell me when to call.  And then

22   he gives him Fule's schedule.

23           So they're discussing this very thing.  It's not just

24   backgrounding journalists, but the entire media plan and who

25   he is going to meet and when they're going to do it, and how

1    it can happen.  That's what's going on here.

2         And then you have evidence of this so-called

3    reversal.  But it is funny because in his very own e-mail the

4    defendant confirms for you what Gates and Hawker told you,

5    which was he agreed to background journalists at that

6    meeting.  The next day, he says, oh, no, there is a firm

7    policy, and I can't do it.

8         And let me just take care of an aside.  The defendant

9    took the stand, which is fine, as his right.  We have the

10   burden of proof.  He doesn't need to provide any evidence.

11   But when he does, you get to evaluate that evidence just like

12   any other witness.  You get to evaluate his credibility.  You

13   get to evaluate his answers.  You get to evaluate how he

14   looks to you on the stand.  Okay?

15        And he tried to tell you when he was on the stand

16   that this was his idea.  He was so comfortable with the idea

17   of backgrounding journalists that he decided to reverse

18   course.

19        That is not true.  We asked Mr. Sloan, we asked Ms.

20   Weiss.  You remember the e-mail where the defendant sends to

21   Mr. Sloan, he says, problems fixed, and he lists the issue of

22   backgrounding that very day.  And then Mr. Sloan forwards

23   that to Ms. Weiss and thanks her for actually bringing that

24   issue to her attention.  And they have the back-and-forth

25   about that.  That is not his idea.  That was Ms. Weiss'

1    concern, sent to Mr. Sloan, who then pulls Mr. Craig back

2    from what he promised to do at the Harvard Club meeting.

3    Don't be fooled by that.

4         And then in this back-and-forth, even the reversal,

5    Mr. Craig still agrees.  He says, look, on your second

6    question, we would still run the answers through

7    communications.  And he had also said, by the way, I would

8    brief -- yeah, in the other slide -- it says, this does not

9    preclude you from briefing people like Fule or Durbin,

10   Senator Durbin.  It does not.  No problem with me talking

11   with policy people and the political leadership.

12        Do you think those are facts that the FARA Unit would

13   have liked to know?  Yes.  And you know that because Ms. Hunt

14   told you.

15        If you have even any doubt about this, think about

16   the Chapter 1 evidence.  Remember how Ms. Gaston told you how

17   we were going to organize the evidence by chapter.  So before

18   the Harvard Club meeting was Chapter 1.  And think back at

19   the evidence you had about his knowledge about the media

20   plans and how they were going to be implemented and whether

21   he was going to be advising on those.  So these are some of

22   these additional facts.

23        I confronted Mr. Craig with Government's Exhibit 530.

24   This is from April 12, 2012, in his handwriting, the hotel

25   pad, what does he write?  PR recommendations.  But even

1    better than that, backgrounding critical journalists.  He

2    knows this from April of 2012.  This is the knowledge he goes

3    in at the Harvard Club meeting.  Okay?

4         But there is more.  Remember the e-mail exchange on

5    July 31, 2012 between him and Manafort when they're talking

6    about the concerns about a leak and they have to manage that

7    possibility.  What did they say?  He writes, the worst

8    thing -- this is Government's Exhibit 200 -- the worst thing

9    that could happen to this project, to this law firm, to your

10   guy, and to me -- and to me -- would be to have someone on

11   your side falsely leak a story.  Okay.  They're talking about

12   leaks.  But it continues, that kind of a story would be a

13   disaster.  And what does he say?  We have to join arms to get

14   something just a little more nuanced.

15        And do you recall what he said when I confronted him

16   with them from the chair?  He told you, well, nuanced really

17   means accurate.

18        It does not mean accurate.  It means a nuanced story.

19   It means that he is talking to Mr. Manafort about how they're

20   going to calibrate what the message should be so that it is

21   nuanced, so that it has got good things for Ukraine and bad

22   things for Ukraine.  So that is nuanced.  And he can be

23   perceived as independent, and he can also give something to

24   Ukraine that they can use.

25        And if you have even more doubt about that,

                                                            3387

1        Government's Exhibit 583, these were the media plans that he

2        discussed or that he reviewed, and he dated them when he

3        reviewed it.  August 27, 2012.  All right?  And I highlighted

4        for you in this exhibit the parts that deal with the

5        backgrounding of the journalists and the briefing of key

6        holders.  And to be fair to him, he has a lot of comments.

7        Sometimes he says no, sometimes he says okay, sometimes he

8        says we have to modify.  But for those things, he says, okay.

9        And he knows what the plan is.  He knows what the strategy

10       is.  Right?  And then he helpfully at the very end adds in

11       his own handwriting, Durbin, and highlights it.  That is a

12       potential person that should be contacted about his report.

13            And do you recall, also, I asked -- or Ms. Gaston

14       asked -- actually, there should be one more in here that I

15       missed -- but do you recall that there was an e-mail between

16       Mr. Sloan and Mr. Craig?  And it was August 28th.  And

17       Mr. Sloan was forwarding copies of these same media plans

18       that Mr. Craig -- I'm just showing you here -- and he says,

19       let's discuss.  And that's it.  You don't hear anything else

20       about that in e-mail.  Those were the plans that were

21       attached.  But that happens on the 28th, the day after.

22       Mr. Craig had seen him the day before.

23            And by the way, did you see any evidence that when he

24       saw these plans, that when he discussed it with Mr. Manafort,

25       that he's outraged like he was with Mr. Hawker and this media

plan?  There is absolutely no outrage about all this stuff that's included in these media plans, and it is exactly what Mr. Hawker sent him on September the 23rd.  And that tells you miles about what his state of mind really is; and about whether, when he is claiming on the stand that he is outraged about what Mr. Hawker is doing, he has other reasons to appear to be outraged about that here today.

All right.  And one last.  Sorry.  September 13, leading up to the Harvard Club meeting, Mr. Craig, the e-mail before this, asked Mr. Manafort, hey, I want to be kept abreast.  What is the strategy that is going on?

And Manafort responds.  Here it is, Government Exhibit 250.  He says, Greg, I have attached FTI's proposed plan for release next week.  It envisions a leaking of the document on Monday.  This is not yet approved by the government.  I wanted to get this document to you to bring your thinking into the process.

And I highlighted for your the release plan.  And what does talk about?  Leaking the report to *Bloomberg*.  If you recall, that is what Vin Weber initially preferred. Gates told you that.

And the process would be that the journalists would be engaged by the designated party, MCW, Mercury, right, for a prebriefing and given an off-the-record briefing call with Craig.  And then they will be told that they have a deadline

1    for that.  Right?  He sent this well before the Harvard Club

2    meeting.  Well before.  So when you're thinking about the

3    omission which was he didn't even mention the Harvard Club

4    meeting where everybody got together to talk about what the

5    media plan would be, to advise the Ministry as to how to best

6    do it, that is also informed by everything else he knew

7    beforehand, and you have seen just a part of it right now.

8            All right.  Omission number 2.  The defendant

9    recommended to Davis Manafort that Sanger of *The New York*

10   *Times* be the reporter to receive the exclusive prepublication

11   of the report.

12           And that is responsive to question number 5.  Again,

13   what was your firm's understanding of what would happen to

14   the report when it was released to the Ukrainian Ministry of

15   Justice?

16           And the answer, I will remind you, at the bottom,

17   says, the law firm did not advise the Ministry on that issue.

18   Or guess what?  Saying, hey, think about my buddy David

19   Sanger.  What is that?  That is advising the Ministry on

20   another issue.  Because, of course, Manafort and FTI worked

21   for Ukraine.  Right?  That's what is happening here.

22           Maybe this is a good point to make this point to you.

23   You remember Mr. Gates' testimony, I'm sure.  And Mr. Gates

24   testified pursuant to a cooperation agreement.  He has pled

25   guilty to some serious crimes.  And he has admitted to a

1     number of other serious crimes.  And you should take that

2     into account when you evaluate his credibility.

3             You know what you should also take into account?  His

4     demeanor.  How did he answer the questions that I asked him?

5     How did he answer the questions Ms. Yunghans asked him?

6             How about his testimony; is it corroborated by the

7     documents?  For example, the notes of the Harvard Club

8     meeting when he is telling you what he recalls happened that

9     day.  About the documents in December, about the things that

10    were happening.  You have this -- and what I'm getting to,

11    ladies and gentlemen, you have, in these e-mails and

12    documents, great contemporaneous evidence.  This is not

13    Gates, seven years later, deciding, no, I believe this

14    happened.  You're seeing his e-mails from seven years ago,

15    what he is thinking and what he thinks is happening at the

16    time.  And all that corroborates the testimony he gave you

17    from the stand today.  So take that into account as well.

18    Okay?

19            All right.  What is the third omission?  That in

20    October 2012, consistent with the media strategy, the

21    defendant asked David Sanger to speak with Vin Weber about

22    the report.  He put the two of them together, and he had a

23    copy of the report delivered to Weber's office.  And you not

24    only heard testimony about this, but you also had documents

25    related to this.  I tried to list some of the documents down

1    there for you.  First of all, this is responsive to question

2    number 1.  And when you look at question number 1, I suggest

3    you also look at question number 2, because the timing of

4    this is important.

5         And question number 1 says:  To whom, if anyone, did

6    your firm release or distribute the report and when?

7         And then you see the response here, which I will have

8    more comments to say about.

9         Then, question number 2 says -- oh, the Ministry also

10   released it 12th to 13th.  So if you see the timing, it's the

11   same in terms of allegedly when the Ministry releases it and

12   when he is releasing the other stuff.

13        By the way, when you read this paragraph, can you

14   tell anything, the first phrase, in addition to giving the

15   report to representatives of the government of

16   Ukraine -- there is no date for that.  When did that happen?

17        Then, it continues, the law firm on December 12-13,

18   and it has a list of people, and again, it doesn't

19   differentiate who gets it on the 12th, who gets in on the

20   13th, or maybe who got it on the 11th.  It certainly doesn't

21   discern who got it in October of 2012, right?

22        And what did Ms. Hunt tell you about her

23   understanding about these questions?  She said, my

24   understanding was that the law firm wrote the report -- did

25   the investigation, wrote the report, provided it to the

1      Ministry in September of 2012, and then the Ministry of

2      Justice released it around the 12th or 13th, at the same time

3      that Skadden released the report to the press.

4              And look at how the question was drafted and now pair

5      that up with Ms. Hunt's understanding and see if it makes

6      sense to you.  Is that a scheme to conceal?  Is how I draft

7      that letter in that language, is that concealing the facts

8      that you now know took place and happened?  We submit that

9      the answer is clearly yes.

10             So what was the evidence about this?  And you have

11     got Exhibits 300 through 304, right?  And to give you some

12     background -- and he did answer this on the stand.  Mr. Craig

13     admitted that on October the 2nd, he thought the report was

14     about to be released.  So that's what sets this whole thing

15     up.

16             So his secretary gives him Sanger's contact

17     information at 12:13.  By 12:35 he is e-mailing Sanger and

18     says, hey, you mind talking to Vin Weber.  By 1:27, an hour

19     later, Sanger responds and says, yes, of course, he knows me.

20     And then the very next day he orders his secretary to deliver

21     a hard copy of the report to Mr. Vin Weber's office.

22             So very quickly, here is his reach-out.  Would you

23     take a call from Vin Weber about a report that we, Skadden,

24     wrote about the report?

25             Then, Sanger responds, and then he forwards it to Vin

1    Weber.

2          And then the very next day, he has Ms. Whitney

3    deliver a hard copy of the report to Vin Weber's office.

4    Right?  And you'll recall that they were both on a trip

5    together in Egypt at the time.

6          So think about this:  The defendant told you on the

7    stand that it is just happenstance.  Weber just says, hey,

8    I'm working for Ukraine.  And do you know anything about

9    Sanger?

10          And he says, oh, well, yeah, I know Sanger.

11          Does that make any sense to you?  First of all, why

12    would he even be delivering the report that he hasn't been

13    able to deliver to Ukraine?  You remember how he complained

14    bitterly about the fact that he wanted to deliver the report

15    to Ukraine and Ukraine wouldn't take it.  But he is happy to

16    give it to a lobbyist.  That doesn't make any sense, ladies

17    and gentlemen.  The only reason that makes sense is that he

18    knows the plan, as Hawker and Gates told you and as you have

19    seen in the documents, and that he is acting pursuant to that

20    plan.  He knows or thinks the report is about to be released.

21    And so he is delivering a copy to Weber so that Weber can

22    have a conversation with Sanger.

23          Let me remind you of this, too:  If you recall,

24    Hawker told you about this at the Harvard Club meeting, which

25    is an important difference.  He said what he agreed to do was

1   this reactive versus proactive thing.  Right?  So I reach out

2   to the reporter, brief him.  And then the reporter calls

3   Greg.  And then Greg talks about the report.  He was shy

4   about being the first one to initiate contact.  "Shy" is not

5   the right word.  But he did not want to be the first one to

6   initiate contact.  He didn't want his fingerprints on that

7   first contact.

8          So this is the same thing with Weber.  So he gives it

9   to Weber.  Weber can talk to Sanger.  And then they can call

10  him, and then he can talk about the report.  Right?

11         So you also got one more exhibit, which was just a

12  couple of days later, it was October 5th.  And it was a call

13  from Ed Kutler, and he is saying that he is calling on behalf

14  of Vin Weber, who is still in the hospital, he says, but they

15  want to talk to you about Ukraine.  And who is Ed Kutler?  I

16  don't know if you recall.  Ms. Lucy-Claire Saunders told you,

17  she was in Mercury and she was working with the team on the

18  project, and Ed Kutler was one of her colleagues that was

19  working with her on the project release.  If you recall, what

20  the project release was as of October 3rd -- that is what Ms.

21  Saunders told you about -- this is her document that she

22  prepared on the 3rd -- it was arranging exclusive interviews

23  with David Sanger and Al Hunt of *Bloomberg*.

24         Again, if you recall, who is Al Hunt from *Bloomberg*?

25  That is Vin Weber's preferred reporter to talk to.  Sanger,

1    as Gates told you, was his preferred reporter to talk to.

2    And he is in Egypt with Vin Weber, and this gets added to the

3    plan at the same time.  He wants you to believe it is a

4    coincidence.  We submit it is not.

5           All right.  Fourth omission -- and we have a total of

6    eight, so we're almost halfway there -- on December 11th, the

7    defendant e-mailed David Sanger of *The New York Times* and

8    said, the Ukrainians have determined that you should be given

9    the first look at the report.  And he offered a copy of the

10   report, and he offered to talk to him about it.  That is

11   Exhibit 350, and it is responsive to question number 6 which

12   was:  Did you, or anyone in your firm, have any media

13   interviews or comments to the media, public, or government

14   officials about the report and the findings of your firm?

15   Right?

16          Well, guess what, he talked to Sanger on the 11th

17   about the report, directly responsive to that.

18          What did Ms. Hunt tell you she understood by this

19   response?  She told you, this goes to the heart of the

20   statute, really.  We wanted to see if there was media

21   contacts.  If there were media contacts at the order,

22   request, direction, or control of the Ukrainian government,

23   then we would require registration.  She, as the decision

24   maker, was very clear about that.  That is why she asked the

25   question.  And she told you -- Mr. McCullough asked her at

1    the end -- if I had known that the defendant was reaching out

2    to *The New York Times* at the Ukraine's request, as he says in

3    this e-mail, that would have been it, I would have never

4    reversed my decision.

5           So here is the e-mail.  And this e-mail is

6    interesting for another reason, again related to the

7    defendant's testimony on the stand.  The defendant wanted you

8    to believe that he did not offer the report to Mr. Sanger.

9           Let's read this, this part of what it says.  If

10   you're interested, I would be happy to get you a copy of it

11   and even happier to talk to you about it.  Greg.

12          Well, apparently, in Mr. Craig's world, because he is

13   asking him if he wants a copy, that's not an offer.  Because

14   when Mr. Sanger says yes, then he requested it, I didn't give

15   it.

16          Come on?  Really.  You don't have to abandon your

17   common sense when you walk through this door.  In fact, we

18   urge you to keep your common sense as you evaluate the

19   evidence.  This is an offer of the report to Mr. Sanger.  But

20   in Mr. Craig's world, that is not.

21          What else do you have?  He responds.  He says, thanks

22   much for the note.  And then he also adds, it was a bit hard

23   for me to discuss with our foreign desk editors until I have

24   a sense of what the report says, and when your associates

25   called last month or maybe earlier.

1           So Mr. Sanger appears to be under the impression that

2     his associates -- that being Vin Weber and others -- called

3     earlier and then something happened because he didn't hear

4     anything more about it.

5           Mr. Craig responds.  Right?  I won't show you these

6     e-mails now.  But I did want to show you 369, when also on

7     the 11th, Sloan asked him, hey, what did you think of the

8     Tymoshenko report?  He says, can I come down?  And then they

9     chat.  Right?

10          So what does that tell you?  That tells you that he,

11    in fact, had a conversation with Mr. Sanger on the 11th about

12    the report.

13          Omission number 5.  On December 11, defendant

14    hand-delivered a prepublication copy of the report to

15    Sanger's home.  Again, responsive to question number 1.  So I

16    won't bore you with it again.  To whom, if anyone, did your

17    firm distribute the report and when?  Right?

18          And here is the e-mail.  Or one of them because

19    there's more than one.  And he says, hey, did you get the

20    e-mail copy I sent you?  And now I am dropping a copy off at

21    your house.

22          This is the fact that he claims to have muddled later

23    and he forgot that he actually drove to Mr. Sanger's home

24    with a copy of the report and delivered it to him that day at

25    the Ukrainian's request.

1          Omission number 6.  That also on the 11th, defendant

2     repeatedly communicated with FTI about his ongoing execution

3     of media strategy.  This is, again, responsive to question

4     number 5 in terms of what was your firm's understanding of

5     what would happen to the report.

6          He claims he didn't know, but look at the e-mails.

7     Literally, three minutes -- three minutes -- after he e-mails

8     Sanger with his offer of the report and an interview, he

9     forwards that e-mail to who?  Jonathan Hawker.  I'm shocked.

10    The man that he claims he is so afraid of, that he is going

11    to hijack the whole thing, sabotage the media plan, and talk

12    to him for his own reasons, he is keeping informed of exactly

13    what he is up to three minutes later.  Give me a break.  But

14    there is more.

15          He says, hey, thank you.  They are pressing me for

16    reassurance here so any update that you can give me would be

17    very welcome.  And that was after and in response to him

18    saying, you on it?  To Mr. Hawker's question, also on the

19    11th, where he says, hey, if you don't hear back from him by

20    3 in the afternoon, maybe it is better to speak to your *Post*

21    contact as time is short.  Your *Post* contact.

22          Apparently, Mr. Hawker is just making this whole

23    thing up, that he doesn't respond, and says, hey, what are

24    you talking about *Post* contact?  I don't know what you're

25    talking about.  No, he says, we are on it.  Because he is on

1    it.  He is on the media plan.

2           And then again to Hawker, the person he is so afraid

3    of, David Sanger has received a copy of the report by e-mail.

4    I am hand-delivering a hard copy to his home this evening on

5    my way home.  He will tell us tomorrow if he wants to use it.

6    Terrified of Hawker, he is.

7           Then, again on the 11th, again, more pressure from

8    Hawker, copied Rick Gates this time.  He says, hey, we got

9    our fingers crossed for David.  Thank you for your efforts

10   and especially for hand-delivering the report.  That is

11   really going the extra mile for us.  And although he

12   understands he needs to run it by his deputy, Rick has

13   pointed out, that if the meeting he talks about happens

14   essentially too late -- it is 11 a.m. here -- it would leave

15   us little time to take the report to your contact -- your

16   contact -- at the *Post* or to Al Hunt if the *Times* decided not

17   to go with it.

18           What does he say?  We told Sanger that it was his if

19   he wanted to use it.  He agreed to get back to us with an

20   answer tomorrow.  Tomorrow is not too late for Al Hunt or for

21   *The Washington Post*.  Greg.

22           Let that sink in for a minute, ladies and gentlemen.

23   He knows exactly what they're talking about.  He actually

24   provided a contact at the *Post*, and he also knew that Al Hunt

25   was a backup if the plan with Sanger did not work.  Do not

1    let him tell you otherwise.

2         And you also know -- and this is just an aside -- he

3    not only communicated with FTI, but he acted at the request

4    -- remember that e-mail where, on the 12th, where Hawker is a

5    little concerned, like, hey, when is this going to be

6    published because the report is coming out at 3 a.m.?  That

7    is Mr. Craig to Mr. Sanger on the 12th, saying, hey, release

8    time.  The report would become public at 3 a.m. our time

9    tomorrow morning.

10        Omission number 7.  On the 12th, defendant also gave

11   an interview, arranged by Hawker, to Tom Parfitt of *The Daily*

12   *Telegraph*.

13        I don't know if you recall with all the media plans

14   and all this stuff, but there is this e-mail -- and you can

15   look at it -- on December the 6th, it is called the Phase 1

16   media plan.  And it lists the publications that were going to

17   be part of the initial rush to get this report to.  For the

18   United States, that was David Sanger and *The New York Times*.

19   And one of the reporters for the UK was Tom Parfitt of *The*

20   *Telegraph*.  He is listed as one of the people on that media

21   plan.

22        And what do we have?  Oh, I should have said --

23   sorry -- this is responsive to question number 6, which was,

24   again, did you, or anyone in your firm, give any media

25   interviews or comments to the media, public, or government

1      officials?

2           And Hawker -- again, the man he is deathly afraid of

3      because he doesn't know what he is going to say -- tell him,

4      hey, Tom Parfitt is going to call you.  He is a very nice

5      bloke.  He will certainly ask you about the difference

6      between selective and political prosecution, by the way.

7           So he's briefed him.  This reactive/proactive

8      approach, you recall?  Somebody reaches out to the reporter,

9      and the reporter reaches out to Mr. Craig.  That is what is

10     going on here.  And as you now, they did talk.  Mr. Craig has

11     a completely different story about why he talked to him and

12     allegedly what he learned at that time.  But you look at

13     these documents and you decide whether you believe that story

14     or not.

15          And you know that he actually did talk to Tom

16     Parfitt.  Not only because he told you on the stand, but the

17     documents are here.  They're very nice and chatty.  And he

18     ran the quotes by him.  And he says, hey, happy to help out.

19     Give me a call whenever you get to D.C.  Again, executed the

20     media plan that had been put in place by Ukraine through

21     Manafort and FTI.  *New York Times.  Daily Telegraph.*

22          Last omission.  On December 12th, defendant gave an

23     interview to David Herszenhorn of *The New York Times*.

24          Again, this is responsive to question number 6, which

25     we have seen:  Did you or anybody give any media interviews?

1          And I won't bore you with all the details, but this

2      is Government's 376.  Herszenhorn actually sent him a laundry

3      list of the questions that he intended to ask.  And if you

4      think back to what he wrote in the letter about, he gave

5      brief clarifying statements to *The New York Times*, to David

6      Sanger.  Go take a look at those questions.  There were

7      detailed questions about, hey, what about this fee issue

8      here, the $12,000.  The government apparently said at some

9      point you were doing it pro bono or for $12,000.  How can

10     that be?  That was question number 1.

11         Two, hey, did you have latitude to conduct this

12     investigation?  Tell me about that.

13         Three, on this narrow finding of selective

14     prosecution, that seems to contradict what the U.S. State

15     Department is saying.  Tell me about that.  Why is that?

16         The timing of the release.  The reasons for

17     commission of the report.

18         And, again, trying to confirm them with the, hey,

19     what about these criticisms of the government by the U.S.

20     State Department.  Any reservations about taking this

21     assignment?

22         These were substantive questions.  This was a

23     substantive interview that you know took place.  Why?

24     Because there were all sorts of -- and I don't have them here

25     -- but there are all sorts of e-mails where, two hours after

1    this, he starts providing Sanger with quotes.  He sends like

2    three separate quotes.  And he consulted with Sloan about the

3    quotes that he is going to give that's going to be used in

4    the report.  That's how you know that the interview actually

5    took place.

6            So those are the eight omissions.  Okay?

7            But let's talk very quickly about what other evidence

8    you have that he acted knowingly and willfully?  Because you

9    have to look at it and you have to find.  I want you to think

10   about a few things.

11           First of all, credibly experienced and sophisticated

12   attorney.  It doesn't get more experienced than Mr. Craig.

13   He served two presidents.  Worked in two of the best law

14   firms in the country, if not the world.  All right?  A man of

15   precision, as you saw on the stand, who certainly corrected

16   me if I even misspelled or mispronounced Mr. Kedem's name.  I

17   hope I'm saying it right.  The hazards of growing up speaking

18   Spanish.  But he is a man of precision.  Okay?  He's very

19   careful about what he does and how he does it.  All right.

20           The first FARA letter gave him a copy of the statute.

21   Okay?  He, as you know, had sought and received FARA advice

22   for this very project.  Remember those e-mails?  Hey, do I

23   have to register?  I don't want to register for this project.

24   Hey, can we have van der Zwaan register because he is in

25   London?  I don't have to register.  And then ultimately

1    leading up to Sloan puts the hammer down and says, look, we

2    can't do this without registering, so let's have somebody

3    else do the PR for this project.  And he says good advice.

4    So he was aware of this as an issue.  He knew about it.

5         And here are some of the exhibits you want to take a

6    look at:  30, 61, 64, 71.

7         Ms. Hunt also told you, he had previously registered

8    under FARA many years ago.  Okay?  In the early '90s, I think

9    she told you.  All right.  So he was somewhat familiar with

10   this process of registration.

11        But perhaps the most important evidence that you have

12   of his knowing and willful actions in this case is the time

13   and care that he spent preparing those letters that when you

14   read them say nothing.  I mean, there were months in between

15   the FARA Unit asking the questions in April and his response

16   on June 3rd.  I will show you just a couple.  But he

17   carefully pored over what he was going to say and how it was

18   going to be said.

19        And by the way, even after all that, don't forget

20   that the FARA Unit said, oh, no, you do have to register.

21   Just based upon these answers -- and Ms. Hunt testified about

22   this -- look, this wasn't very clear, and he wasn't really

23   answering all the questions that I had.  But just on what he

24   gave, that was enough for me to say that he had to register.

25        And then what he did when he got that letter tells

you volumes about -- I mean, he lied to his own general

counsel at the firm about what he had done.  And then, of

course, we have the stuff, and what he did on October 9th,

and I will cover that very briefly.

But before we get into that, I want you to step back

for a second with me and think about that timing of

December the 6th or the 15th.  And take a look.  This is just

a handful of the government exhibits that you have in

evidence, from 316 through 402, that detail the repeated

communications and the back-and-forth about this report when

you're thinking about whether what he did was knowing and

willful.  This was not a one-off e-mail that someone forgets

the next week or the next month.  These were e-mails upon

e-mails, phone calls, personal deliveries.  I mean, this was

quite the operation to make sure that the media plan went off

as planned.

All right.  So let me just walk you very quickly.

Government Exhibit 1, the very first FARA letter, question 3

said:  Describe for me the activities that you have engaged

in and what services you have rendered to the government of

Ukraine or any other foreign entity.

And then here was the response, Government Exhibit 2.

And this is the rule-of-law response that it is -- I mean,

you can read it for yourself, you can decide.  I mean, maybe

the lawyers and us think this is normal.  But this is a lot

1     of words that say very, very little.  And it certainly

2     doesn't say anything about Project 2 or any of the other

3     communications that were going on.  Right?  It does mention

4     that there was a third-party payor, which of course everybody

5     at the firm knew.  And it does say that the individual agreed

6     to contribute funds to help pay, but it doesn't say he paid

7     everything.  He wasn't contributing funds; he was paying the

8     whole damn thing.  All right?  Keep that in mind.

9          Then you got the April 9th letter, where Ms. Hunt

10    actually makes mention, hey, by the way, there is this new

11    tax evasion case and embezzlement in Ukraine.  That is

12    Project 2, by the way.  So she mentions that to him.

13         Does he say anything in response to any of these

14    letters?  Nope.  He doesn't say, hey, we don't understand

15    this contract thing.  I know you said there was a third-party

16    payor, but the contract says you're being paid $12,000.  That

17    doesn't sound right.

18         Then, she goes on to the seven questions, which there

19    are two number 4s, so there's actually seven questions here

20    that she asked him.  Right?  And it is in response to

21    this -- well, let me get back to this.

22         So this is April 9th.  Okay?  He starts crafting his

23    response.  So this is Government's Exhibit 430.  Now May 1st.

24    So we have about almost three weeks or thereabouts.  I can't

25    do math.  And the date that he has in his first draft is not

precise, but is December 11th to the 12th.  11th to the 12th.
Let that sink in for a minute.  He knows what the dates are.
He is still not willing to just say December 11th.  Right?
He is trying to bunch everybody together.  Tymoshenko's legal
team, Sanger, the representative from the private individual,
*National Law Journal*, blah, blah, blah, blah.  By the way, if
it is 11th to 12th, it doesn't really cover Emily Alpert or
Matthew Huisman of *National Law Journal.*  That's May 1st.

How about May 28th?  Now, all of a sudden, the draft
has changed from 11th to 12th, 12th to 13th.  Think about
that.  When you're thinking about if there is any evidence of
knowing and willful, this is pretty good evidence of that.
Again, if you read the first sentence, it doesn't even say.
Everything is lumped together.  When did he give this to
representatives of Ukraine?  Was it also on December 12th to
13th?  Somebody could read it and think that's what it is
saying.  Right?

But you have even more about this.  Because on
May 28th, when that thing is about to go out and they give
Sloan a chance to read it, he says, hey, I assume you're sure
about the dates we provide.

Sloan is reminding him, man, are you sure about what
you're doing?  Did you really check those dates?  Are you
comfortable with what you're about to do?

And by the way, he says, I think you should send it

1    to Larry Spiegel.  Because up to this time Larry Spiegel

2    didn't know that FARA had another letter.  You saw the

3    evidence of that.  Right?  Larry Spiegel says, see attached.

4    Interestingly, he never sent me the letter to which he was

5    responding.  So Spiegel didn't know about it.  And when they

6    finally forwarded the letter to him to take a look, he didn't

7    even have the original letter to know what he thought about

8    the response or not.  Okay?  He is excluding people from

9    this.

10         And here's the letter itself.  And this is where the

11    scheme begins.  Because even though you're seeing all this

12    evidence of how he was doing all this carefully and crafting

13    a change of dates, this is when he sends it.  He ultimately

14    sends it on the 3rd.  So that's where the scheme to conceal

15    really begins.  Okay?

16         But it didn't work.  Because on the 5th Ms. Hunt

17    responds and says, sorry -- and you heard testimony about

18    that -- there was this question about one other reason we did

19    this and they didn't really answer the question about the

20    third-party payor.  She says, look, you have said enough.

21    You were distributing the report.  You were working for

22    Ukraine, which was public knowledge, of course.  You got to

23    register.  That's the September letter.

24         And then what happens?  The just for-the-record

25    e-mail.  You heard Mr. Spiegel testify about this, and you

1    have seen the documents about it.  He has a conversation with

2    Mr. Spiegel, and Mr. Spiegel is -- his attitude is, look, I

3    don't know anything about FARA.  We're a big firm.  If we

4    have to register, we'll register.  I mean, like, what is the

5    big deal?

6            And that's when he told you that he thought it was a

7    big deal.  He responded to it.  He said, no, no, that could

8    be a problem for me.  That could be a problem for the people

9    on my team.  We do not want to register.  Wrong, wrong,

10   wrong, wrong.  Fine.

11           So they finish the conversation.  What does he do?

12   He fires off an e-mail.  Just for the record, Skadden did not

13   send any report.  Whatever that means.  Three media outlets

14   were not able to obtain a copy of the report from the

15   Ministry in Kyiv, contacted us to provide them with a copy.

16   The report was a public document.

17           Really?  On December 11th, when you are

18   hand-delivering that copy to Sanger, the report was a public

19   document?

20           At no time did Skadden contact the media.  Quite to

21   the contrary, we were approached.  Asked for interviews.

22   Asked for background commentary.  And we did not respond.

23   The only time we responded was to correct misinformation.

24   Another lie.  Lie 1, lie 2.  To his own partner at the firm,

25   the general counsel of Skadden, Arps.  And that was enough

3410

1      because then -- oh, yeah, I didn't show you this.

2             So then, the next day, September 20th, he prepares a

3      draft letter.  And I want you guys to please, when you go

4      back there, read Exhibit 7 from cover to cover.  And I think

5      you're going to find -- you know how Mr. Spiegel told you

6      there were some tone issues, that he didn't want to send the

7      letter.  Well, that testimony doesn't quite capture what you

8      see here.  If you read the letter, you're going to find

9      contempt; contempt for the FARA Unit decision, contempt with

10     how they he had gone about the project, and an

11     entitlement that he believed, because he disagreed with them,

12     he had and could meet with the Attorney General of the United

13     States.

14            How different was that?  Remember when I was asking

15     him on the stand about the e-mail that he had with

16     Mr. Manafort and Mr. Manafort was sort of congratulating him

17     and talking about backgrounding journalists was the key to it

18     all?  But he also wrote, oh, yeah, it was great.  And that

19     Vlasenko, he is a very stupid man.

20            And he, on his own, from the stand, without question

21     told you, and he is still a stupid man, I still believe that

22     today.  Contempt.  Why?  That was completely unnecessary.

23     That was not the question.  But that's how he feels.  Read

24     that letter from cover to cover.

25            One other thing.  He includes Mr. Kedem there, right?

1    Do you know who he doesn't include there?  He does not

2    include Mr. Haskell, the person that he tasked with sending a

3    copy of the report on the 12th when he couldn't get the

4    e-mail to go through and they wanted the electronic copy,

5    that's somebody whose lights might have gone off with what is

6    in the content of this e-mail, but that person was excluded

7    from that e-mail.  You get to decide if you believe there is

8    a reason for that.

9          So just some excerpts.  Your question to us was, to

10   whom, if anyone, did your firm release or distribute the

11   report, and when.  In our answer, we told you that the firm

12   provided a copy of the report to a reporter from *The New York*

13   *Times*, *The National Law Journal*, and the *Los Angeles Times*.

14   Ukrainian authorities had released the report to the general

15   public much earlier in the day -- much earlier -- but these

16   three outlets for some reason had not been able to obtain

17   copies of the report.  They approached the firm, asked if we

18   could provide them with a copy, and we did so.  Another lie.

19         The law firm did not disseminate this report.  It did

20   not spread this report abroad.  It did not disperse this

21   report throughout.

22         Finally, he's looking at the definitions in the

23   dictionary of "dissemination."

24         The firm did not send the report to media outlets or

25   journalists.  So let us agree that the word "disseminate" is

1    not accurate.

2            He continues, to my knowledge, no one in this law

3    firm initiated any contacts with the media.  It is simply

4    wrong to say that Skadden took actions to contact the media.

5    We did not accept invitations from the media to appear or to

6    be interviewed.

7            Remember, the Herszenhorn interview.

8            The law firm declined the opportunity to communicate

9    with journalists on background.

10           Okay, how about *The Telegraph*?

11           The law firm declined to discuss the report with

12   government officials from either the Legislative or the

13   Executive Branch or with experts from think tanks.  As I told

14   you in my letter, I did communicate briefly with two print

15   media journalists.  Even with them, I took no action to

16   contact them.  They initiated the contact.

17           Another lie.

18           And then we get to the October 9th meeting.  And I

19   know I'm going a little long.  I'm going to try to make it

20   short.  But I don't know if you recall we put Mr. Lesser on

21   for many reasons, but one of them was to give you the

22   evidence that the very morning that he was going to the

23   meeting, he accesses a draft letter that we were just talking

24   about.  Okay?  He read it.  He reviewed it.  That means,

25   ladies and gentlemen, that those were part of his talking

1          points for the FARA Unit meeting.  Okay?

2                And then we also presented to you evidence from his

3          hard copy files, with his own handwriting, where he had

4          downloaded from the FARA Unit the definitions of public

5          relations counsel, publicity agent, had highlighted them,

6          underlined them, had prepared himself for that meeting with

7          the care and precision you would expect from an attorney of

8          his caliber.  Right?

9                But his script is not a script that an attorney of

10         his caliber should have been using because it was this letter

11         and these comments to Mr. Spiegel that were his talking

12         points for the meeting at the FARA Unit.  And you, of course,

13         heard the testimony.  And Ms. Hunt told you, look, they

14         wanted to make clear to us that all the communications that

15         he had with the government, with the press, with *The New York*

16         *Times*, *L.A. Times, or The National Law Journal*, was done on

17         his own to correct mischaracterizations that were made that

18         were reported about his work product, this report on the

19         Tymoshenko case.

20                That is what she understood that he told her.  That

21         is what he had told Mr. Spiegel.  That's what he had put in

22         his just for-the-record e-mail.  And that's what he had in

23         his draft letter that he used as his talking points.  That's

24         what happened at to October 9th meeting.  And that's

25         additional evidence not only of his knowing and willful

1    violation here, but of the scheme.  These are the affirmative

2    acts that he is taking to prepare himself so that he can

3    conceal and convince the FARA Unit to reverse its decision.

4         And then look at this masterpiece of a letter he

5    wrote the next day.  This is the letter that is supposed to

6    summarize the important points about what happened at the

7    meeting.  Right?  And he invokes his earlier correspondence.

8    Right?  He was making reference back to what he had said

9    before.

10        This law firm provided copies of the report to

11   certain media outlets.  That's true.

12        This was done in response to requests from the media.

13   Not true.

14        And then he continues, with respect to *The National*

15   *Law Journal* and *The New York Times*, those statements were

16   intended to correct mischaracterizations, some of which were

17   attributable to Ukraine.

18        Well, that may be true as to *The National Law*

19   *Journal*.  It is not true, as you know, as to *The New York*

20   *Times*.  And yet, he is combining those things together.  So

21   he has got a plausible explanation for one, and he is

22   equating it, he is making it the same as for *The New York*

23   *Times*, to hide what he did.

24        And then it all builds upon each other.  Because then

25   he says, in responding to inaccuracies in U.S. news reports.

So he is now reaching back to what he said, and he says, some
of which were directly attributable to Ukraine.  The law firm
did not consult with Ukraine, did not inform Ukraine, did not
act under instruction from Ukraine, and was in no way serving
as an agent for Ukraine.

I asked Mr. Craig about this on the stand.  Maybe you
recall how that exchange went.  But he was saying, Mr.
Campoamor, do not read the first phrase in that in responding
to inaccuracies of U.S. news reports.  He was taking issue
with the fact that he had communicated, he had consulted with
Ukraine, as the e-mail showed, but his statement here -- I
guess he was trying to claim was literally true.  But it is
not, ladies and gentlemen.  Read it in context.  Read it
together.  He is saying, my context was to correct
mischaracterizations, and then in responding to those
mischaracterizations, I did not consult Ukraine; I did not,
blah, blah, blah, blah, blah, blah.

That is, at the very least, an omission, if not a
straight-out lie.  But it certainly is part of a scheme to
cover up what had actually happened because he could not
abide by the fact that he had to register.  And
unfortunately, he succeeded.

So what was some of the other evidence that shows
that he acted knowingly and willfully in this case?  Again,
this is evidence from Chapters 1 and 2.  You know that he

1    helped FTI get hired.  Right?  You know, at the Harvard Club

2    meeting, he did agree to background journalists.  And he

3    reversed his decision after Sloan talked to him.  And then he

4    reversed positions again after Manafort talked to him.

5         Now, let me be clear.  There is no evidence that

6    somebody can actually tell you, I saw or I know that they

7    actually talked on the phone.  But you can certainly draw the

8    inferences from the other evidence that you have that tends

9    to show you that that's in fact what happened.  Because when

10   the reversal took place, right, Hawker says, I went to

11   Manafort, and I said, look, this is not going to work, we

12   need the author of the report to speak to the media.  Right?

13   And they had the meeting at the Trump Tower to discuss that.

14   And what Manafort told Hawker and Gates -- because Gates also

15   verified this for you -- was, look, I'll take care of it,

16   I'll talk to him.  And then the only thing that they can tell

17   you is that he had suggested Sanger, then said he was not

18   doing it, then I was told by Manafort to put Sanger back in

19   the plan, and so I told Hawker to pull Sanger, and then it

20   happened.

21        And one of the things that I think it is evident, but

22   if not, I think I should mention it:  Remember how I asked

23   Hawker, when you first contacted Sanger, you offered an

24   interview with Mr. Craig?  Why would you do that?

25        He said, well, because I was told that that is what

1    was going to happen.

2         I said, would you offer an interview with Mr. Craig?

3    And he even had a time.  It was going to be an interview in

4    the afternoon.  You can look at the e-mail.

5         And he says, absolutely not.  I would look like an

6    idiot if I offer him an interview with somebody like Greg

7    Craig and I can't deliver.  The only reason I did that was

8    because that was the plan and I understood he was part of the

9    plan.

10        Anyway, then we had the reversal to reversal.  Right?

11   You saw the contacts with Vin Weber, delivering the report in

12   October.  And in accordance with the media plan, who did he

13   talk to?  *The Daily Telegraph* and *The New York Times.*  But

14   the defense wants you to believe that it is just a

15   coincidence.  Oh, it just happened.  The only people he

16   talked to are the people in the media plan.  Did he talk to

17   *The National Law Journal* first?  Nope.  Did he talk to the

18   *L.A. Times?*  No.

19        Oh, and by the way, he hadn't told Ms. Weiss about

20   any of this, that the report was going to come out in

21   December.  It was Mr. Sloan who alerted her to this.

22        And she says, hey, how should I respond to this?

23   Remember?  There is an e-mail about this.  He says, oh, the

24   contact is Jonathan Hawker.  Go talk to him.  The guy that he

25   is so afraid of that is going to mess up the report, that's

3418

1    who he is telling his own PR people, go send those

2    journalists to him.

3          Not credible.  Not true.  He was part of the plan,

4    and he did it knowingly and willfully.  That's not a

5    coincidence.

6          This is just me showing you that, indeed, back in

7    September, it was -- I already talked about this -- Mr. Sloan

8    is the one that caught him and made him reverse positions,

9    and it was because Ms. Weiss came to him, and then Mr. Sloan

10   informs her.

11          And then again, thank you.  Thanks for flagging.

12   Please keep doing so.

13          I have been going on for 60 minutes.  Just bear with

14   me a few more.

15          I expect the defense is going to have a number of

16   arguments, but many of them I would submit to you are

17   distractions.  This case is not about the independence of the

18   report.  This case is not about his contacts with *The*

19   *National Law Journal* or the *L.A. Times*.  Okay?

20          In fact, if anything, this case is about how the

21   defense tries to bury what he did with *The New York Times* as

22   if it was what he did with *The National Law Journal* and the

23   *L.A. Times.*

24          And this case is not even about the failure to

25   register under FARA.  This is not what you're trying to

1      decide.  Even if he had believed, truly believed, that he did

2      not have to register in December, that still would not

3      entitle him to lie to the FARA Unit when he decided to

4      respond to the questions.  He still had to be truthful.  In

5      fact, if he was being truthful, why wouldn't he just say to

6      Hunt, look, we did Project 2, we did this, we did that.  Yes,

7      I reached out to a reporter, but I reached out to him because

8      I was afraid what Ukraine was going to do.  So I did an

9      affirmative strike first.  I mean, he could have said all

10     that.  But he chose to conceal the facts.  That's the crime.

11          So I have been addressing this, so I'm not going to

12     dwell on this:  His main arguments in denial on the stand is

13     he that contacted *The New York Times* for his own reasons, not

14     as part of the plan, and that he allegedly did so because he

15     was afraid of what Hawker would do.  That's simply not

16     credible, ladies and gentlemen.

17          I mean, this case is tough in that you have had to

18     sit here for a couple of weeks so you could see all these

19     documents and read with us what all these documents say.  But

20     the witnesses here are just providing the context for some of

21     the documents.  You have it, in black and white, his own

22     words, what he got, what he did.  It is in the e-mails.  Look

23     at them.  That shows you what he was actually thinking and

24     actually doing at the time as opposed to this spin, to put it

25     in PR purposes, as being put now to make you believe that he

1     was afraid of Hawker and he talked to him for his very own

2     reasons.

3            And then the second defense that you heard is that he

4     muddled the facts and made some just honest mistakes about

5     his contacts with *The New York Times*.  Well, that is strange

6     for a number of reasons which I will cover in a second.  But

7     he claims to be very clear that he did not make any lies or

8     misrepresentations at the meeting on October 9th.  He is very

9     clear about that.  So he seems to be able to remember that

10    even though that is not what the evidence suggests, it is not

11    the recollection of the people that were there.  Right?

12           And he also says -- and told you from the stand -- I

13    did not -- that letter that I sent after the meeting,

14    absolutely correct and accurate, no lying there, there was no

15    misrepresentation.  He actually took the stand to tell you

16    that.  Think about that when you're thinking about he just

17    muddled the facts and made some honest mistakes.

18           Finally, you know, they did call some character

19    witnesses.  Look, there were some very nice people, done some

20    amazing things in life.  But at the end of the day, none of

21    them sat here where you are for the past two weeks.  None of

22    them read the e-mails.  None of them actually knew what the

23    plan was, like you do, because you heard from the witnesses.

24    So although they might have a great impression, idea of him,

25    they just don't know what you know.  And some of what you

1    know actually does not support what he is trying to tell you.

2         So this defense, right, about Hawker?  So, according

3    to him, he puts Hawker aside to make sure they get the

4    accurate representation to *The New York Times*, which they

5    have a headline that was not particularly nice:  Failings

6    found in trial of Ukrainian Ex-Premier.

7         But look at what the article says.  But overall the

8    lawyers from the firm seemed to side heavily with the

9    government of President Yanukovych.  And they go on to list

10   what they concluded.

11        This was great for Ukraine.  This was awesome.

12        I don't know if you remember Mr. Kedem at the

13   beginning telling you that even when he talked to the

14   defendant, the defendant said, look, whatever our impending

15   report says is going to be so much better for Ukraine than

16   where they are now.  They are so in the hole that just having

17   us do an independent report is going to be great.

18        And then look at Rick Gates' contemporaneous e-mail

19   at the time, December 13th.  This is before the Ministry of

20   Justice has released a report or their press release.  He

21   says, the two articles thus far, *New York Times* and

22   *Telegraph*, the only two that have been published, the only

23   two that he talked to, right, so this strategy of targeting a

24   few select journalists was absolutely the right one.  There

25   are good quotes on selective prosecution.  My only

1     disappointment was one of the quotes in the *New York Times*

2     article, but that was part of the strategy in using *The New*

3     *York Times*.  That was part of the strategy.  That's what

4     Gates believed.  Not in 2019.  In 2012, when this was

5     happening, just like he told you, it was part of the plan.

6          In the e-mail from Mr. Manafort to him -- again, he's

7     not here to be cross-examined, so that is hearsay.  But you

8     have his response to the e-mail he got.  And what does that

9     tell you?  Manafort is happy.  He is saying that, Greg, their

10    rollout has been very effective and your backgrounding has

11    been key to it all.

12         And what does Mr. Craig respond?  What are you

13    talking about?  I haven't done any backgrounding?  Of course

14    not.  He says, I thought the piece in the *Kyiv Post* was

15    terrific.  I'm glad it went so well.  And there is a comment

16    about Mr. Vlasenko.

17         And the defense is trying to make you believe that

18    Ukraine couldn't possibly be happy with this report.  It was

19    so damning to their PR.  That's why it didn't come out.

20         Well, ladies and gentlemen, Ukraine decided to

21    release the report.  Ukraine thought it could help them in

22    some way, and they did make the decision to release it, and

23    he knew that they were releasing it.  And that's the reaction

24    that he received from them.  And how does he react?  Glad it

25    went so well.

1          And there is going to be a suggestion that the *Kiyv*

2     *Post* was more critical.  And he's kind of -- there's some

3     coded language he is giving Manafort back, like I'm secretly

4     disagreeing with what you are saying.  This is my way to

5     disagree with you.  Watch as that argument is being made to

6     you during the defense case.

7          But go read the *Kiyv Post*.  You know what you're also

8     going to find out?  The *Kiyv Post* is the one that did the

9     "Skadden Stink" article about the payments.  When you read

10    the *Kiyv Post*, you're going to find that the *Kiyv Post*

11    mentioned that that was an issue, but it doesn't go and

12    hammer them about it.  It doesn't follow up on that.  It

13    actually ends up being a good article because it doesn't push

14    that narrative.  Instead, it focuses on the report, which is

15    what they wanted.

16         And again, if you have any doubts about that, remind

17    yourself of Government's Exhibit 200.  We have to join arms

18    to get something just a little more nuanced.

19         That's exactly what this report was.  That's exactly

20    what the *New York Times* article was.  That's exactly what he

21    knew was happening, why he signed up for it.  He was in it

22    from the beginning.

23         And this is just me reminding you that, in fact, he

24    referred Lauren Weiss to Jonathan Hawker even though he now

25    claims to you today that he was deathly afraid of that.

1    And by the way, the claim that he never talked to

2    Hawker between the Harvard Club meeting, when he gave him

3    that shellacking when he was so mad at him, this is an

4    October 2nd e-mail -- go to Exhibit 280 -- where Hawker was

5    reporting what?  At the time, not today, in his last call

6    with me he said he would do meetings with political

7    stakeholders.  This is now over a week after the Harvard Club

8    meeting, and he is clearly talking to him, even while he is

9    in Egypt.

10    So, mull the facts.

11    The defense asked him about this, 426.  I guess the

12    suggestion of showing you 426 is that this is evidence that

13    the defendant didn't remember the facts about *The New York*

14    *Times*.  So he clearly made an honest mistake.

15    Now, let me just point to you a few things.  He asked

16    for a copy of the *L.A. Times.*  And Ms. Weiss responded.  And

17    he then asked her, hey, do you have *The New York Times*

18    article about the report?

19    He says, oh, it looks like I also gave *The New York*

20    *Times* a one-sentence statement.  Cliff, do you remember that?

21    No, that one, I don't remember.

22    Well, that sounds very suspicious to me when I

23    have -- you know, he has had daily and numerous

24    communications for a three-day period with Mr. Sanger, where

25    he has driven to Mr. Sanger's home to deliver the report,

1    where FTI through Hawker is harassing him for constant

2    updates about what is going on with all this.

3            But let's assume for a second -- give him the benefit

4    of the doubt -- maybe he did forget about this.  What did

5    Ms. Weiss say?  Hey, might you have worked with Jonathan

6    Hawker?  I know he was involved in this project generally.

7    But that one, meaning *The New York Times*, our team did not

8    handle.

9            I'm sorry, ladies and gentlemen, but this is just not

10   credible.  If he had a momentary lapse, he didn't remember,

11   this would have done it.  Okay?  And certainly, if he then

12   had a question about it, he could have just had his secretary

13   put in the word "Sanger," looked up his e-mails, and checked

14   up on it, just like I confronted him with what he had done

15   with the contracts, when he wanted to find how many contracts

16   they had actually tried to execute.  They searched the

17   e-mails, they found them.

18           This is a rationalization.  It is almost like I'm

19   planting this thing in here to Ms. Weiss, right?  Because

20   Ms. Weiss knew nothing about the contact with *The New York*

21   *Times*.  Oh, maybe I did give a quote.  Not credible.  Don't

22   buy it.

23           And finally, his reputation for honesty, let's talk

24   about that for a second.  Remember how he told you about the

25   Skadden article, "Skadden Stink" came out August 9th.  And

1    you'll see the e-mails from Mr. Sloan August 9th,

2    August 10th, August 13th.  He is saying, look, we got to get

3    in front of this, we got to deal with this.

4         You also heard the testimony from Mr. Sloan because

5    we called him for this reason.  Hey, did you have a

6    conversation with Mr. Craig in the middle of August?

7         Yes, I did.

8         Was that about money?

9         No, it wasn't.

10        What was?

11        They wanted Pinchuk to be allowed publicly his name

12   to be released, and we said no.  And then this happens on the

13   15th.  He responds, tells Manafort, hey, the answer is a firm

14   and unqualified no.  Can you put it how we're going to handle

15   it.  He said, well, that's what I thought.  Let me discuss

16   with you again what Lyovochkin, the advisor to the President,

17   would think.  And then what do you have?  A discussion about

18   how much money they're going to put in this letter for

19   official submission.  And then, ladies and gentlemen, you

20   have an absolutely top-to-bottom false letter with lies about

21   what had happened in this engagement.

22        At Manafort's request, he writes this letter where he

23   claims that there is an outstanding invoice, an outstanding

24   balance for services due.  And isn't it just -- it is not,

25   I'm asking for money.  No, no, no.  He says, for services

1       rendered during months of April, May, June, July, and August,

2       there is an outstanding balance of $250,000, for a total of a

3       million and a quarter.  I am attaching wire instructions.

4       Total fabrication.

5               At the time, he may not have understood why we're

6       calling this accountant, Mr. Puntus, right, to talk about how

7       much money came in and when it came in and what were the

8       outlays and how much money was left in the account.  Well,

9       this is why.  If you recall, Mr. Puntus also told you that

10      when he sent those e-mails out on a monthly basis to the

11      client, before they send them out, they send them to the

12      partner so the partner can approve them.  He knows exactly

13      the fact that those invoices are not due and are not

14      outstanding balances.  Yet he is willing, on Skadden's

15      letterhead, to put his signature and represent that he is

16      owed a million and a quarter dollars.  Why?  Because Manafort

17      and Ukraine asked him to.

18              Just like they asked him to background journalists in

19      support of the media plan.  And this wasn't it.  No, there

20      was more.  Because remember the problem from a PR perspective

21      is that there is a public contract for $12,000.  So not only

22      do they need invoices for money that has been spent in

23      addition to the $12,000, but they need a rationale.  So

24      Manafort then says, okay, that is great.  Now I need you to

25      send me this letter.  And backdate it, too, by the way.  So

1       you're sending it in August.  Backdate it to July.  And he

2       does.  And you'll have the original, 548.  This is the one

3       where I went page by page.  Because he got the stuff from

4       Manafort.  And then in handwriting, he changed it.  And he

5       gave it to his secretary.  His secretary put it in letter

6       format.  And then he got it again.  He wrote over it again,

7       and he revised it and revised it until he finally had it

8       signed.  He asked Ms. Whitney to sign it and backdate it to

9       July to help Ukraine and help himself.  That tells you a lot

10      about his honesty, his integrity, and his willingness to do

11      what Ukraine wants done in this matter.

12              One more thing.  And he admitted this.  Manafort

13      controlled all the payments.  I call that pulling the

14      strings.  He didn't quite go so far.  But he did admit that

15      Manafort controlled the payments.  And his primary motivation

16      here was money.  Remember when he thought the money wasn't

17      going to be completed as agreed?  He was ready to pull out

18      and called it bullshit.  As he admitted, he also expected

19      significant additional business from Mr. Manafort, not only

20      in 2012, but he reached out in 2013 about additional business

21      opportunities from him.  While the FARA Unit inquiry is going

22      on, by the way.  And of course, Manafort was the main point

23      of contact.  Right?  They were the two generals.  That's why

24      Hawker and Gates weren't directly engaging with Craig all the

25      time.  Right?  It was from Manafort to Craig, and the orders

1      went down from there.

2            Ladies and gentlemen, this is why FARA matters.

3      Because if he had been forced to register, if he had been

4      truthful and honest, then the facts have come out.  The fact

5      that he worked on Project 2.  The fact that Pinchuk was

6      paying.  The fact that Pinchuk's associations may or may not

7      be with Yanukovych and the government.  The fact that

8      Manafort is involved.  All of this would have come out.  But

9      none of it did at the time.  This is why FARA matters.  So

10     don't let defense get up here and tell you that this is a

11     case merely about words, as if this case doesn't matter.  It

12     does.

13           At the beginning of the trial, we told you --

14     Ms. Gaston told you -- we're going to prove to you two

15     things:

16           That even though he did not want to register, the

17     defendant agreed to help with the rollout of the Skadden

18     Report in the U.S.  We proved to you that.

19           Number two, when the FARA Unit asked him questions

20     about his distribution and the media contacts and all that,

21     he concealed that, ladies and gentlemen.  He lied.  He

22     misrepresented.  He jumbled things together beyond

23     recognition for his own purposes, because at the end of the

24     day his reputation would have been tarnished.  Tarnished if

25     this had gone out.

1          But now it has come out.  And it is true that he had

2     a sterling reputation.  That is why he was hired for this

3     project.  That is what Manafort and Ukraine hoped to get out

4     of him.  But no matter how many great things he had done, in

5     this country, no one -- no one -- is above the law.  Okay?

6     Truth matters.  Facts matter.

7          And now that you have heard the evidence, it is time

8     for you to hold this man accountable for his scheme to

9     conceal all those facts and that truth and find him guilty as

10    charged.

11          Thank you.

12          THE COURT:  Defense, are you ready?  Do you want to

13    take a break between the two?

14          Do you need a break?

15          MR. MURPHY:  I think it would be wise to take a break

16    now.

17          THE COURT:  All right.  We're going to take a

18    10-minute break.  Please don't discuss the case.  You have

19    only heard half the arguments, and we will resume in

20    10 minutes.

21          You can leave your notes on your chair.

22          (Jury not present)

23          THE COURT:  All right.  You are all excused.  We will

24    proceed at 5 of 3.

25          Thank you.

 1          (Recess taken)

 2          THE COURT:  All right.  Shall we bring the jury back

 3     in?

 4          Let's do that.

 5          Thank you, Mr. Haley.

 6          (Jury present)

 7          THE COURT:  All right.  We have all our jurors.

 8          Mr. Murphy, you can proceed.

 9          MR. MURPHY:  Thank you, Your Honor.

10          Good afternoon, ladies and gentlemen.

11          As you know, I'm Bill Murphy, and I represent

12     Mr. Craig, along with a number of my colleagues.

13          Mr. Taylor told you in opening statement that you

14     have to put yourself back in the timeframe when people were

15     acting at the time and think about what was on their minds at

16     the time.

17          Mr. Campoamor-Sanchez today said that Mr. Craig was

18     motivated in 2013 to hide the facts from the public, from the

19     FARA Unit, the fact that his firm had received over

20     $4 million in fees.  That fact was revealed to the FARA Unit,

21     essentially.  The fact that there was a Project 2 that was

22     involved, a Project 2 that never got off the ground that

23     Mr. Loucks described to you as having ended in July.  Why

24     would he care in the summer and fall of 2013, almost a year

25     later, that Project 2 had been involved?

1          The fact that his integrity would be called in

2     question by the fact that he was involved with Mr. Manafort

3     on a project.  Remember what Mr. Taylor told you?

4     Mr. Manafort, in 2012 and 2013, was not known to be the

5     person that he is known to be today.  He had been an advisor

6     to several Republican presidents.

7          The fact that someone was paying the bulk of the

8     funding for the report, a man named Victor Pinchuk.  Why

9     would Mr. Craig care in 2013 about revealing Mr. Pinchuk's

10    identity?  He had been trying to get his identity out since

11    the summer of 2012.

12         So when you think about all these motives that the

13    government ascribes to Mr. Craig.  Think about what was

14    actually the scene in 2013, not today, not after all these

15    allegations had been made.

16         Let me just start off by thanking you for your

17    service and for your attention.  I have been involved in many

18    jury trials.  I don't remember any in which the jury was so

19    attentive, so attuned to what was happening in the courtroom.

20    And we appreciate it.  Mr. Craig appreciates it.

21         The importance of your service cannot be discounted.

22    The Judge will give you an instruction today, you are the

23    sole judges of the fact about this case -- you, the jury.

24         And the Judge will also tell you something that is

25    very important and fundamental to our system; that any

1    decision that you reach must be unanimous.  Think about that.

2    In this country, we elect our congressmen by a majority vote.

3    Sometimes those elections are very close.  We elect our

4    president by an unusual system called the electoral college

5    where sometimes the person who gets the majority vote doesn't

6    become the president.  We have a Supreme Court of the United

7    States with nine judges that decide the most important

8    questions confronting this country, and often they decide

9    those questions by a vote of five to four.  But in this case,

10   in a criminal matter, a jury of citizens like yourselves must

11   decide whether a person is guilty by unanimous vote.  That is

12   how important it is.  It is important that you recall that as

13   you begin your deliberations.

14        The Judge is also going to instruct you about the

15   presumption of innocence.  It is true that Mr. Craig had no

16   obligation whatsoever to present any evidence.

17   Notwithstanding that, he entered this courtroom, presumed to

18   be innocent, and to this moment he is presumed to be

19   innocent.  He is presumed to be innocent until you go back

20   and deliberate.  And it is only if you decide that he is

21   guilty of a crime that he is guilty.  He is presumed innocent

22   today, right now.

23        And the burden of proof is on the government.  It is

24   proof beyond a reasonable doubt.  You have all heard that

25   phrase.  It is the highest burden that is involved in any

1    kind of litigation.  And that burden never shifts.  It never

2    shifts to the defendant.

3           What does it mean to be proved guilty beyond a

4    reasonable doubt?  It is the kind of doubt that the Judge

5    will tell you in her instructions where you have to be firmly

6    convinced of a man's guilt or a woman's guilt.  It is the

7    kind of doubt that would cause you to hesitate in the most

8    important decisions that you make in your own lives.  If you

9    have that kind of doubt about what you've heard in this case,

10   then the government has not borne its burden of proof.  So

11   I'm going to ask you to think about whether the government

12   has met its burden of proof in this matter.

13          The Judge is going to instruct you about the elements

14   of the crime, the offense that is involved here, an offense

15   of knowingly and willfully falsifying, concealing, or

16   covering up by a trick, a scheme, or a device, material facts

17   within the jurisdiction of the FARA Unit.

18          What are the elements of that crime?  The Judge will

19   tell you that you must find proof beyond a reasonable doubt

20   that on at least one occasion after October 3rd, 2013 -- and

21   that date is important -- after October 3rd, 2013, the

22   defendant concealed or covered up a fact that he had a legal

23   duty to disclose; that that fact was material to a decision

24   that the FARA Unit was reaching; that the defendant concealed

25   or covered up that fact by using a trick, a scheme, or a

1    device of some sort; that the defendant acted knowingly and

2    willfully.

3         I'm going to focus on some of those elements.  The

4    Judge's instructions will be given to you.  You will be able

5    to read them.  But one of the instructions that you will

6    receive is that when the FARA Unit sends an inquiry to a

7    person, that person has no duty to respond to that inquiry at

8    all.  Mr. Craig had no duty to respond.  Skadden had no duty

9    to respond.

10         Now, if someone decides to answer questions, they do

11   not have a duty to volunteer information or provide

12   information that was not asked for.  And that's important in

13   this case.  You cannot find that someone concealed

14   information in violation of a duty, the Judge will tell you,

15   if the person was merely silent or failed to volunteer some

16   information or failed to answer questions that weren't asked.

17         Now, that person does have a duty to be truthful.  He

18   has a duty not to omit facts that will leave his answers

19   false and misleading.  And we will suggest to you that

20   Mr. Craig -- you heard him from the witness stand -- he did

21   not lie to the FARA Unit, he did not conceal facts that they

22   needed in order to make a proper determination.

23         You're also going to be asked to decide whether the

24   facts that he is alleged to have concealed were material;

25   that is, were they important to the decision that the FARA

1    Unit was making.

2          You are going to be asked to find whether he engaged

3    in something that was in the nature of a scheme, a trick, or

4    a device to further his concealment of these material facts.

5    And that has to be something more than just a false

6    statement.  It has to be something more than just an

7    omission.  It has to be a scheme of some sort that's been

8    implemented.

9          And the Judge is going to tell you that you have to

10   agree unanimously that on at least one occasion after

11   October 3rd, 2013, there was some material fact, something

12   that Mr. Craig failed to disclose, and you got to agree on

13   what it was, and you have to be unanimous about that.

14         And finally, there is another element that is very

15   important in this case.  The defendant must have acted

16   knowingly, meaning that he knew that something that he said

17   was false, fictitious, or fraudulent.  And to prove that the

18   defendant acted willfully and knowingly, the government must

19   prove that he acted with knowledge that his conduct was

20   unlawful conduct.  And I want you to think about Mr. Craig

21   when you think about whether he knowingly and willfully lied

22   or concealed facts to an agency of the United States

23   Government and the Justice Department.

24         The Judge will also instruct you that you can

25   determine whether Mr. Craig acted in good faith, and a good

1    faith belief that his actions were not in violation of the

2    law.  And if you believe that, then he is not guilty of a

3    crime.

4         Now, you will hear about all of those elements in the

5    Judge's instructions, and I may touch on some of them later.

6         Let's talk about the evidence in this case.  I don't

7    want to engage in any histrionics.  I'm not going to say

8    "Really?"  I'm not going to say, "Can you believe it?"  I'm

9    not going to wave my arms.  I'm going to talk to you about

10   the evidence that was presented.

11        You saw Mr. Craig's testimony.  I submit to you that

12   it was probably the most important testimony in this case.

13   You saw how jealously he guarded the conclusions and

14   integrity of his work on the report, how concerned he was

15   about, not only his reputation, but the reputation of his law

16   firm and his colleagues that had worked on the Tymoshenko

17   report.  He did not want to see that report distorted.  He

18   especially did not want to see it distorted in *The New York*

19   *Times*, the paper of record.

20        He told you about the fact that he had a recurring

21   nightmare.  He told you that when he spoke to the FARA Unit,

22   he told them that he had spoken to the media, and he told

23   them why he had spoken to the media.  He told them that his

24   purpose was to correct mischaracterization, it was not his

25   purpose to make statements on behalf of the Ukraine.  He was

1  not acting on behalf of the Ukraine when he talked to *The New*

2  *York Times*.  That was his testimony.

3  He told you that he never considered himself to be

4  part of the media plan that was developed by FTI and by

5  Hawker and Gates and Manafort.  And he never, certainly, was

6  part of a plan that was intended to mischaracterize the

7  essential findings of his report.

8  He didn't tell the FARA Unit that he was part of this

9  media plan because, ladies and gentlemen, he never thought he

10  was part of this media plan, and in fact he wasn't.

11  Let's look at some documents.  I would like to look

12  at Government's Exhibit 396, which was one of the ones that I

13  think Mr. Campoamor-Sanchez showed you.

14  If we could blow that up on the left.

15  This was the evidence that the government offered to

16  suggest that Mr. Manafort was happy with the *New York Times*

17  article.  And Mr. Craig testified that he wasn't sure why he

18  received this message from Mr. Manafort because he didn't

19  think that the *New York Times* article -- he, Craig -- didn't

20  think it was very favorable to the Ukraine's position.  In

21  fact, what he said was, I thought the piece in the *Kyiv Post*

22  was terrific.  When you read the *Kyiv Post*, which is

23  Defendant's Exhibit 248 -- I will show it to you in a few

24  minutes -- you'll see why that was a very thorough report

25  that criticized the Ukraine; that said that the Ukraine's

1    press rollout with respect to this report was false; that it

2    mischaracterized -- the Ukraine was mischaracterized in the

3    findings that Skadden had made.  In fact, it shows exactly

4    what the Ukraine and Manafort and Hawker and Gates did not

5    want to see happen in the media.

6         Now let's look at Exhibit 402, which is another

7    document that the government relied upon.  If you blow up the

8    top, Jon.

9         It was Mr. Manafort, a few days after the report was

10   released, saying, here's a partial list of the coverage,

11   Craig.  You are back in the headlines internationally.  You

12   even beat out Susan Rice.  You're the man.

13        Now, if you look below, you'll see the quotations

14   that Mr. Manafort is providing to Mr. Craig to support the

15   idea that the rollout has been so successful.

16        Just blow up the first large paragraph, Jon.

17        Here's an English translation from ANSA's Italian

18   text.  You heard some testimony about ANSA and how FTI and

19   others got the report to ANSA.  And here is what ANSA said:

20   There were some violations of the defendant's rights, but the

21   ruling is based on evidentiary support, and there is no

22   evidence of political motivation in the proceedings, the

23   Italian news agency reported.

24        Further down you will see the that *Huffington Post*,

25   the Italian edition, No political persecution motivation in

1     the controversial jail sentence, as shown by the findings of

2     an independent investigation requested by Yanukovych.

3            If you go on to the next page of this exhibit and the

4     pages that follow, you will see that every one of these

5     reports that Mr. Manafort was saying to Mr. Craig, this shows

6     how successful we have been, every one of them buys the

7     Ukrainian line hook, line, and sinker.  They have nothing to

8     do with what Mr. Craig said to *The New York Times*.  Mr. Craig

9     had no role in any of these articles.

10           And this, ladies and gentlemen, was actually the

11     media plan that Hawker, Manafort, and Gates wanted to put

12     out.

13           Take a look at Defense Exhibit 251.  I introduced

14     this through the cross-examination of Mr. Hawker.  It was his

15     colleague who gathered together, on December the 13th, the

16     summary of all of the main headlines and the links to the

17     articles from today, as discussed.  And if you look through

18     that, there are, by my count, over 60 articles attached.  And

19     not a single one of those articles had anything to do with

20     Greg Craig and what he said to *The New York Times*.  And

21     almost every one of those articles has a headline.

22           And if you go, Jon, to the fifth page, just blow up

23     that headline.  The next one down.

24           A U.S. law firm has concluded that the trial of

25     former prime minister Yulia Tymoshenko was not politically

1    motivated.  That was the headline for that article.  That was

2    the headline that Mr. Craig wanted to avoid.  That's the

3    headline that he reacted adversely to to Mr. Hawker.

4         If you turn to the next page.  Actually, go in about

5    three or four pages.  Further down.  There you are.

6         Look at the top.  The following links are all direct

7    copies of the Ministry of Justice statement, as released as

8    part of the PRNews wire strategy.  This, ladies and

9    gentlemen, was the actual strategy, the seeding strategy,

10   that Hawker, Gates, and Manafort initiated.  They put out the

11   Ukrainian press release on the wire.  And you'll count -- I

12   think I counted 58 articles that appeared in this country and

13   throughout Europe.  All of them have the same headline.  Jon

14   just focused on one of those headlines.

15        Leading international law firm, Skadden, Arps, did

16   not find evidence of political motivation in the judgement of

17   Tymoshenko.

18        You will note that the word "judgement" is spelled

19   with an "e".  It is the English way of spelling it.  It is

20   the way that Ukrainian government spells "judgement."  This

21   is Mr. Hawker's work.  This was the media rollout that Greg

22   Craig had nothing to do with.

23        Now, you will remember, I think, that the very last

24   question Mr. Taylor asked of Mr. Craig, when he was on the

25   stand:  Did you bill Ukraine for the time you spent dealing

1    with the media on December 11th through 13th of 2012?

2            Because lawyers bill for their time.  If a lawyer is

3    engaged in helping a client pursue a media plan, he is going

4    to put down for his time, and he is going to get paid for it.

5            Let's take a look at Government's Exhibit 601.  This

6    was the invoice that Skadden issued to the Ministry of

7    Justice on February the 20th, 2013, and the collected time

8    for professional services between September and

9    December 31st.  You may recall that I asked Mr. Puntus about

10   these invoices.  If you turn to page 3, you'll see that

11   there's time for Mr. Craig.

12           And if you could just highlight Mr. Craig's time,

13   Jon, the whole page there.

14           You'll see that he billed some time in

15   October talking with Mr. Manafort.  On October the 12th he

16   followed up with Manafort.  On November the 12th he had a

17   meeting with Manafort.  On November the 14th he had a call

18   with Alex Haskell.  He had some final details that he was

19   working out on November 19th for finalizing the report.  He

20   prepared a memo that he described to you where he gave

21   Mr. Manafort some of his thoughts about ways the Ukraine

22   might reform its criminal justice system.  That was at the

23   end of November.

24           If you go down just a little bit, Jon.

25           You will see that that is all the time that he

1    billed.  Mr. Craig did not bill a single hour to this project

2    in the month of December.  This is the key period when the

3    media plan has been revised, according to the government's

4    witnesses.  They have now decided that Greg Craig is going to

5    provide background information to David Sanger.  And there is

6    not a nickel's worth of time that he billed to that.  Because

7    when Mr. Craig spoke to David Sanger and his colleague,

8    Mr. Herszenhorn, and when he spoke to *The National Law*

9    *Journal*, and Haskell spoke to the *L.A. Times*, Mr. Craig did

10   not consider that to be work he was doing for Ukraine.  He

11   was doing that to correct mischaracterizations of his report.

12   He did it for his own reasons.

13            Now, what is the evidence about Mr. Craig's

14   involvement in the final media planning effort?

15            I want to look at Government Exhibit 317.  Can you

16   blow up the top, Jon.

17            Government Exhibit 317 attaches -- and you'll have

18   it -- it attaches all of these briefing documents and

19   planning documents that Hawker had created and revised.  And

20   he received them in approved form for Mr. Gates on

21   December the 5th, I think if you look down below.  Rick Gates

22   sent that to Kilimnik, Manafort, and Hawker on December 5th,

23   describing them as the complete set of documents for the

24   Skadden Report release that includes Paul's edits.  That is

25   Manafort's edits.  There is no reference there to Craig doing

1     anything with respect to these documents.  And if you look at

2     who Mr. Hawker sent them to, he sent them to Alex

3     van der Zwaan.  And he sent them to Mr. van der Zwaan at his

4     private gmail account, not his Skadden address.  And

5     Mr. Hawker testified he was told by Gates, send it to

6     van der Zwaan at his private address.  He was not told to

7     send it to Craig.  He didn't send it to Craig.  And there is

8     no evidence in this case that Mr. Craig ever received this

9     package of documents.  If there were evidence, Mr. Lesser

10    would have been here to explain to you that he found that

11    e-mail in the electronic system where Greg received this.  He

12    didn't.  This is the only set of documents that identifies

13    Greg Craig talking to David Sanger in advance of the

14    publication of the report.  The only evidence of that.  And

15    this is a document that Greg Craig never received.  There is

16    not a shred of evidence that he was aware that that document

17    appeared -- that is actually the 94th page of this exhibit.

18    I'm not going to bother showing it to you.  On page 94, it

19    says, Greg Craig is going to talk to David Sanger.  No

20    evidence that he ever saw it.

21         Mr. Craig, in fact -- as you'll see, it says 18 in

22    front of all these documents -- and Mr. Hawker testified that

23    this was the 18th version of these documents that he had

24    prepared.  And Mr. Hawker also confirmed that he never sent

25    any version of any of these documents to Mr. Craig other than

1    right before the Harvard Club meeting.  That was the one set

2    that he sent around at 11:00 at night on a Saturday before

3    the Sunday morning meeting.  A set of documents that

4    Mr. Craig never opened and never looked at with any care.

5            And then Mr. Hawker, following the meeting at the

6    Harvard Club, revised his one messaging document, the

7    principal document, and sent it to Mr. Craig, and Mr. Craig

8    erupted.  And you'll recall that.

9            Now, these guys -- Hawker and Gates and

10   Manafort -- documented their every move with an e-mail.  You

11   have seen hundreds -- maybe more than hundreds -- of e-mails

12   in this case.  Where is the e-mail to Greg Craig before

13   December the 10th of 2012 saying we're going to ask you to

14   talk to David Sanger?  Where is that e-mail?  You haven't

15   seen it because it doesn't exist.

16           Hawker says he was told by Rick Gates to send a

17   message to David Sanger and offer him an exclusive on an

18   article, but Hawker could not reach Greg Craig.

19           Let's look at Government Exhibit 318.  Here is

20   Hawker's message to Gates that now circulated, version 18 of

21   all the planning documents, on December the 6th.  Hawker

22   says, everything's gone to Alex van der Zwaan's gmail.  I

23   can't get hold of Greg Craig.

24           Hawker then discusses this with van der Zwaan.  This

25   is the same Alex van der Zwaan who Mr. Hawker described as

3446

1       having been enlisted by Gates to provide Hawker with an

2       advanced copy of the report before Mr. Craig had authorized

3       Hawker to receive it.  Hawker knew that van der Zwaan was

4       doing something that Mr. Craig had not authorized him to do.

5       Mr. Van der Zwaan did it.  Mr. Gates later confirmed that at

6       the time Manafort and Gates were seeking to hire

7       Mr. van der Zwaan, they were going to put him on the Davis

8       Manafort payroll, and try to lure him away from Skadden.

9       Mr. van der Zwaan -- there is no evidence that

10      Mr. van der Zwaan ever sent any of the documents that he

11      received to Mr. Craig.

12            There are no e-mails between Mr. Hawker and Mr. Craig

13      between September the 25th of 2012 and December the 11th of

14      2012.  If Mr. Craig was part of the plan, why did he not

15      receive any of the planning documents?  The answer is I think

16      plain.  They did not want to have another confrontation with

17      Mr. Craig over the messages that they planned to seed with a

18      prominent journalist.

19            Now, take a look at Government's Exhibit 328.  This,

20      to me, is a very important document.  It got almost no

21      attention during the trial.  But it is one that I introduced

22      through Mr. Hawker.  And Mr. Hawker, on December the 10th,

23      the very day that he is going to reach out to David Sanger

24      and suggest to him that Sanger can get a copy of the report

25      and some briefing from Mr. Craig -- that very day -- he sends

1    an e-mail to his colleague Grace Reynolds in New York, could

2    you get me some numbers for David Sanger, the Washington

3    Bureau Chief of *The New York Times*, please.

4         She responds with his phone number, Sanger's phone

5    number, and his e-mail address.

6         Now, if Mr. Craig had been involved in discussions

7    with Hawker or Gates or Manafort about his effort or his

8    agreement to reach out to David Sanger, David Sanger is

9    Mr. Craig's friend, his colleague, someone who he has known

10   for a long time, why hasn't Mr. Craig given him David

11   Sanger's e-mail address?  Why hasn't he given him his phone

12   number?  Why is Hawker reaching out to a colleague of his in

13   FTI's New York office to obtain that information if he is

14   part of a plan with Craig to engage in this seeding effort

15   and roll out the report?  Why is he calling on someone else

16   other than Craig?

17        Mr. Craig was simply out of the loop between

18   September the 25th and December the 11th.

19        Now, why is that true?  There are three critical

20   events that occurred at the Harvard Club meeting and in the

21   aftermath of the Harvard Club meeting.  You will recall that

22   Mr. Hawker arrives at the meeting, and he has got all of his

23   documents, and after the meeting he says he needed to revamp

24   and change all of those documents because Mr. Craig explained

25   during the meeting what the report concluded and what it

1    didn't conclude.  And all of those documents that Hawker had

2    been generating for many months about she's guilty, the

3    evidence shows she's guilty, there is no evidence of

4    political motivation, all of those documents had to go out

5    the window because they weren't consistent with the report.

6          Now, after that, Mr. Hawker rewrites his basic

7    messaging document, and he sends it to Mr. Craig.  What was

8    the result?

9          Let's look at Government Exhibit 267.  And if you

10   could blow up the bottom, Jon.  Thank you.

11         Mr. Craig reacts.  This is the revised version where

12   Hawker ostensibly is trying to fix it so that he gets the

13   conclusions right.  And what Mr. Craig says, there is a lot

14   of stuff in here that is just wrong.  I understand your

15   desire to spin this report in a way that supports Ukraine's

16   view of this trial, but much of what you say is not accurate.

17   Actually, if I read this or heard this, I would think that

18   Skadden had been bought and paid for, and that this report

19   was indeed a total whitewash.  And then he gives him some

20   examples.

21         Now, Hawker, you may recall, promised, after he got

22   corrections from Sloan and Haskell, who worked on the

23   corrections -- Mr. McCullough tried to suggest to Mr. Haskell

24   that these were not major problems, these were not severe

25   errors, but Mr. Haskell resisted.  And Mr. Sloan I think put

1    the end to that when he said, oh, no, these were major

2    misconceptions and mischaracterizations of our report.

3         And Mr. Hawker promised to fix them.  He told

4    Mr. Craig that he fixed some of the issues and that he was

5    talking to Paul Manafort about others.  And he never sent

6    Mr. Craig a revised copy.  He made the fixes, he says, but he

7    never sent Mr. Craig a revised version.  And he never sent

8    Mr. Craig another document, not a single document involving

9    this media plan after September the 25th.

10        Second, Hawker had a meeting the next day after the

11   Harvard Club with communications personnel from Skadden.  And

12   they heard at that meeting about a plan to pay journalists in

13   the Ukraine.  And that sent alarms to Ms. Weiss, Lauren Weiss

14   Malet and Ms. Porter, and they communicated that to

15   Mr. Sloan, and Mr. Sloan communicated that to Mr. Craig.  And

16   what happens?

17        Let's look at Government's Exhibit 262.  If you can

18   blow it up.  Thank you, Jon.

19        From Greg Craig, 24th of September, to Jonathan

20   Hawker.  Jonathan, I did not participate in the conference

21   call this morning, so I don't know whether the report I got

22   is or is not accurate.  But the report I got included a

23   concern about the way the release of the report and the

24   backgrounding for the report will be handled for journalists

25   in Ukraine.  This is entirely your department and, as you

1   know, our role has simply been to advise FTI about the

2   content of the report and what can be fairly said about it.

3   We leave the logistics and the strategy entirely up to you.

4   I understand, however, that there has been some consideration

5   that as part of the plan to release the report, some

6   remuneration, some money, may be provided to journalists

7   there.  If that is not the case, please disregard this

8   e-mail.  If it is the case, you should know that we would

9   strenuously object to engaging in that kind of conduct.  It

10   is something that is totally inconsistent with our practices

11   and our principles.  If you would like to talk about this, I

12   am of course available.

13         Now, what is significant about this?  Among other

14   things, Mr. Craig says that we have allowed FTI to engage in

15   its own strategy about the media rollout plan, we have not

16   played any role in that.

17         And on the witness stand, I asked Mr. Hawker about

18   that.  And he agreed, he said that Mr. Craig never once

19   suggested what should be in the media plan, how it should be

20   characterized, what should be done.  Mr. Craig never played a

21   role in formulating the media plan.

22         Now, Mr. Hawker later denied that he had been

23   involved in any discussions about paying journalists, or if

24   there were discussions, they were just a joke, joking

25   reference.  But the seeds of distrust had been sown.

1          And then earlier that same day Mr. Craig had reversed

2     his posture on a willingness to provide background

3     information to journalists on the report.

4          Let's look at Government's Exhibit 261.  And if you

5     could blow that up, please, Jon.

6          Mr. Craig e-mailed Manafort and Hawker on

7     backgrounding journalists.  I am afraid we will have to

8     reverse direction on the issue of Skadden lawyers being used

9     to background journalists about the report.  And he describes

10     a policy of the law firm not to do so.  And Mr. Craig

11     testified that he really was not willing to provide even

12     background information to journalists when he had this

13     meeting at the Harvard Club.  And then in the aftermath of

14     that, he saw what Hawker was doing with the media messaging

15     documents.  He heard about the controversy over paying

16     journalists.  And Mr. Craig basically said, I don't want any

17     parts of this.  I'm not doing it.  Sorry.

18          This caused consternation among Gates and Hawker.

19     They now have no spokesman from Skadden to support the

20     report.  Mr. Hawker testified about the fact that he really

21     wanted someone from Skadden to step up and say, this was our

22     report, talk to the journalists in Europe and elsewhere, this

23     is our report, we stand behind it.  He wanted that.  He

24     thought that really enhanced the media message.  Now he was

25     concerned that no one from Skadden was willing to do it.

1    Throughout the process, in the summer and the fall, he was

2    concerned about that.

3         The government has left us with an assertion

4    that -- and it's vague -- that Manafort told somebody that he

5    would work it out with Craig.  What do the documents show?

6         Let's look at Government Exhibit 275.  Let's blow

7    that up.  Mr. Hawker asked Mr. Manafort on September the

8    28th -- this was after they had the Trump Tower meeting in

9    the aftermath of the Harvard Club meeting, where Manafort and

10   Gates and Hawker got together to figure out how they can

11   salvage the media plan now that Craig is no longer willing to

12   background journalists.  And Hawker said to Manafort, did you

13   get anywhere with Greg on the question of whether he has any

14   legal contacts who might be persuaded to speak in support of

15   the report?  So if Mr. Craig is not willing to do it, can he

16   recommend some other lawyer somewhere who can read the report

17   and be our spokesperson?  And Mr. Manafort had a very quick

18   answer to that question posed by Mr. Hawker.  No.  He didn't

19   get anywhere with Mr. Craig on that question.  The answer was

20   no.

21        A very important part of this case for you to

22   consider is when exactly did Mr. Craig, according to the

23   government, agree to become part of the media plan and to

24   seed the report to David Sanger of *The New York Times*.  I

25   suggest to you that the answer to that question is never.  We

1    have no testimony from Paul Manafort.  We have no testimony

2    from Vin Weber.  We have no testimony from David Sanger.

3            What has the government offered instead?  Jonathan

4    Hawker, who testified that Greg Craig had never provided any

5    input into the content of the FTI media plan, what it should

6    say or how it should be implemented.  And Rick Gates.  Rick

7    Gates says that he told Hawker to reach out to David Sanger

8    on December the 10th.  And he did that because he was

9    directed to do it by Manafort.  He didn't recall any

10   discussions with Mr. Craig at that time.

11           Now, let's look at Hawker and Gates.  These are the

12   prosecutor's two star witnesses in this case.

13           Jonathan Hawker is someone who I would describe as an

14   occupational liar.  He freely admits that it was his job to

15   describe the Skadden Report on the Tymoshenko trial in a way

16   that Manafort and the Ukraine wanted it to be described.  And

17   he confirmed that all of the media plans that he had prepared

18   misstated many of the report's conclusions, and he viewed it

19   as part of his job to falsify what the report said.  That's

20   what he was being paid to do.  That's why I refer to him as

21   an occupational liar.

22           Let's take a look at Government's Exhibit 274.  This

23   is a September 27th, 2012 e-mail from Paul Manafort to

24   Hawker, Gates, and Konstantin Kilimnik.  It is Mr. Manafort's

25   outline of findings.  Now, this is after the Harvard Club

1    meeting.  It is after they got together at the Trump Tower to

2    try to salvage the plan.  And Mr. Manafort says, I have

3    created the outline that should become the basis of all

4    documents and talking points regarding the Skadden Report.

5    I, Paul Manafort.  I have tried to be precise in defining

6    Skadden's conclusions.  He is not working with Mr. Craig to

7    do this.  He is doing it on his own.

8              And then if we look at the content of this document.

9    Jon, if you could focus on I think it is paragraph 3.

10             Now, again, this is Mr. Manafort.  The two major

11   findings of the Skadden Report discredit Tymoshenko's

12   accusation that the case was politically motivated and that

13   the judge made his decision based on orders from the

14   political system, not on the record presented.

15             Skadden found that the decision of the court was

16   based on facts presented on the record and that Tymoshenko

17   did not present any evidence of selective prosecution.

18             These two findings establish the fact that there is

19   no basis to claim that President Yanukovych influenced the

20   court to find Tymoshenko guilty.

21             This is Paul Manafort's way of spinning the report in

22   order to have a headline that will eventually read:  The

23   judgment of Skadden was that there was no political

24   motivation behind the Tymoshenko prosecution.  That's what

25   they wanted, and that's what Manafort insisted that they get.

1     And Hawker complied.  This e-mail really is the beginning of

2     the revised media plan concocted by Manafort, implemented by

3     Hawker, and totally unknown to Greg Craig.

4          Compare this message with the final version of the

5     Ukraine press release, which is Defendant's Exhibit 241.

6          Let's look at 241 first.  Focus on the headline, Jon.

7          Leading international firm, Skadden, Arps, did not

8     find evidence of political motivation in the judgement --

9     spelled with an "e" -- of Tymoshenko.

10          And if you go down -- well, let's look at the slide.

11     We have a slide that compares the two documents.  We have the

12     Manafort messaging document of September 27th.  These two

13     findings establish the fact that there is no basis to claim

14     that President Yanukovich influenced the court to find

15     Tymoshenko guilty.  The claim that the decision was a

16     political decision, not supported by the facts, is rejected

17     by this conclusion of the Skadden Report as unsubstantiated.

18          And compare that to the final press release on

19     December the 13th.  This report, published today, on the

20     website, without amendment, concludes as groundless

21     Tymoshenko's claims that her prosecution was politically

22     motivated and states that she has provided no factual

23     evidence that would be sufficient to overturn her conviction

24     under European or American standards.

25          The message that eventually was issued by the Ukraine

1    was Manafort's message about the report.  It wasn't Skadden's

2    message.  It was contrary to Skadden's message.

3          Before we leave the subject of Mr. Hawker, I just

4    want to remind the ladies and gentlemen of the jury about

5    Defendant's Exhibit 126.  This is a document that I went

6    through with Mr. Hawker on his cross-examination.

7          You can blow up the first page, Jon.

8          This is his Ministry of Justice Q and A document in

9    which he said, we have provided answers here even where we do

10    not know the facts.  This is the sort of occupational lie

11    that Mr. Hawker engages in.

12          If you look at the next page, I have highlighted some

13    of the statements.

14          You may recall I went over these with Mr. Hawker.

15    And he eventually admitted that, when he wrote, it would not

16    have been independent if we had requested a draft.  He knew

17    that they had requested drafts.

18          When he wrote, on the contrary, the report clearly

19    states that there is no evidence of political motivation.

20    This is now beyond doubt.  He knew that that wasn't the

21    finding that Skadden had reached.

22          If you go to the next page.  Ukrainian law was

23    correctly applied.  She had sufficient time to prepare a

24    defense.  Flatly contrary to one of the conclusions in the

25    Skadden Report.

1          If you go to the next page.  Her counsel disappeared

2     at one point, and she kept changing her mind about who would

3     represent her, whilst some of her counsel behaved

4     inappropriately.  In our view, she was the architect of the

5     denial of counsel.  Flatly contrary to Skadden's conclusions.

6          She had ample time and ample opportunities to ensure

7     proper representation in court.  Flatly contrary to Skadden's

8     conclusion.

9          Mr. Hawker was willing to write these things because

10    he thought that is what his client, the Ukraine, and Paul

11    Manafort wanted, that's what they wanted to do when they spun

12    the report.

13         Now, let's look at prosecution star witness number

14    two, Rick Gates.  I would describe Mr. Gates as a congenital

15    liar.  Ms. Junghans' cross-examination of him led to the

16    revelation that he had lied to his own tax preparer, he had

17    lied to the IRS to the tune of hundreds of thousands of

18    dollars in taxes that he owed, not to mention the millions of

19    dollars that he helped Mr. Manafort evade.  He understated

20    his income.  He overstated his deductions.  He hid foreign

21    bank accounts.  He hid them from his own lawyers and tax

22    preparers.  He lied to banks to get loans.  He lied to the

23    media professionals at The Podesta Group and Mercury about

24    the identity, ownership, and controlling interest of their

25    own client, the ECFMU, the European Center for a Modern

1    Ukraine.  He even lied to Paul Manafort and stole from the

2    Manafort bank accounts that Gates controlled.  He is, in

3    plain and simple terms, a con artist.

4         Now, Mr. Campoamor-Sanchez suggested that he made a

5    very nice presentation on the witness stand.  Most con

6    artists do.

7         The biggest con of all is his effort to curry favor

8    with the government in this case and to provide testimony

9    that he thinks they want to hear in order to obtain, as

10   Ms. Junghans brought out, a sentence of probation for the

11   massive crimes that he had committed.  That's what he is

12   angling for.  And he has no doubt what it is that the

13   prosecution wants to hear him say, and he has no compunction

14   about saying it.  This is a man who will do anything to get

15   that probationary judgement, and he is not afraid of shading

16   the truth, he is not afraid of lying.  He will do it to get a

17   lighter sentence.

18        Consider the fact -- and Mr. Campoamor-Sanchez sort

19   of really touched on this only lightly -- that the

20   government's two star witnesses here are inconsistent liars.

21   They can't tell the story straight between themselves.  About

22   even the most mundane facts of this case, let alone the key

23   issues.

24        I have a slide that I want to show you that

25   illustrates this.  There was a question about -- this is just

3459

1       a minor thing.  There was a reference in Government's

2       Exhibit 327 to an on-recorder interview with *The New York*

3       *Times*.  Now, what did Hawker say about the misprint there,

4       the typographical error in calling it an on-recorder

5       interview as opposed to on-the-record interview?  Well, he

6       said, I'm presuming that's a typo from Gates.  Now, what did

7       Gates say about the very same thing?  It refers to Greg Craig

8       giving an on-recorder interview.  I think it was

9       Mr. Campoamor-Sanchez who said:  Is that a misspelling?  He

10      said, yeah, I think that was Hawker that misspelled it.

11           Let's look at the next slide.  Who came up with the

12      nickname Charlie, which was one of those documents, one of

13      those media control documents?  There is a reference to

14      Charlie doing this and Charlie doing that.  So what did

15      Mr. Hawker say about that?

16           So Mr. Manafort was the code-named Charlie for this

17      project?

18           Yes.  It was actually more of a Gates thing.  You

19      know, he liked that sort of stuff.  Code names.

20           What did Gates say about Charlie?

21           Show them the same document.

22           I don't recall who Charlie is, says Gates.  It's a

23      code name I think Jonathan used for somebody.  I don't

24      recall.  Jonathan typically talked in code quite a bit.

25           Let's look at this next document.

3460

1          How did Steven Lee Myers' name end up in the media

2     plan documents?

3          You may recall that Steven Lee Myers from *The New*

4     *York Times* was referred to as a possible contact in many,

5     many media plans that they had drafted.  David Sanger's name

6     didn't appear.  Steven Lee Myers' name appeared.

7          What did Mr. Hawker say about that?  I'm pretty sure

8     that name came from Rick Gates because most of this material

9     came from Rick Gates.

10          Well, did you know at the time Steven Lee Myers?

11          No.  I knew *The New York Times*, of course, but I

12     didn't know this journalist.

13          What did Gates say about Steven Lee Myers?

14          And that name is Steven Lee Myers, right?

15          Yes.

16          Where did that name come from?

17          Mr. Hawker?

18          Let's look at the next slide.

19          THE COURT:  Excuse me one second, Mr. Murphy.  I'm

20     sorry.

21          Anyone in the audience who wants to react audibly to

22     what is going on, you're welcome to go to the overflow room.

23     If you're here, you need to be quiet.

24          You can continue.

25          MR. MURPHY:  Thank you, Your Honor.

1          Did Manafort direct Hawker and Gates to keep Sanger's

2     name a secret?  To keep his name off the materials that were

3     being shared with the D.C. consultants?  This was some

4     explanation being offered why Sanger's name never appears on

5     any document until December 5th.  Why were you asking her for

6     numbers for David Sanger of *The New York Times*?  This was my

7     question to Mr. Hawker.

8          Because I had no idea how to contact him without

9     getting his number.

10         Did you have any relationship with that man?

11         No, never.  I didn't even know of him.

12         This is in December, December the 10th.

13         Now, look at what Gates said about Sanger's name.

14    Can you blow that up a little more, Jon.  I have to get

15    closer to see it myself.

16         So, at this point in the project, Mr. Manafort had

17    directed me and Hawker, says Gates, to keep the idea of

18    potentially using David Sanger off of any materials going

19    back and forth between the two D.C. firms.

20         So, at this point Gates is saying -- I'm sorry --

21    Hawker knows all about Sanger, and he knows that we just

22    decided to keep his name off this material.

23         By contrast, Hawker is saying, I never even heard of

24    David Sanger.

25         Was there a reason Sanger's name was not included

3462

1    here?

2             Yes.  And who gave you that instruction?

3             Mr. Manafort.

4             And let's look at the next slide.

5             What was the purpose of the meeting at Manafort's

6    apartment in the Trump Tower?  This is Hawker's testimony.

7             And so the meeting with Paul Manafort was to address,

8    you know, fairly major changes to, you know, the hopeful plan

9    and work out what to do.

10            And what was it that they were supposed to do?  That

11   was Paul Manafort.  And what was Mr. Manafort supposed to be

12   doing?

13            He was going to speak to Greg.

14            What was he supposed to speak to Mr. Craig about?

15            About the several, you know, several in relation to

16   media relations.

17            And what did Gates say about that?  He was asked by

18   Ms. Junghans:  Isn't changing his mind, Mr. Craig changing

19   his mind about his willingness to background journalists the

20   subject of such concern that a meeting was convened at

21   Manafort's apartment?

22            And the judge asked:  Do you know what the purpose of

23   the meeting was?

24            And the witness said, the purpose was to review and

25   go through the report's content and look at some of the

1    material we had discussed at the meeting.

2        He denies that any purpose of the meeting was to try

3    to strategize about what to do about the fact that Mr. Craig

4    was no longer willing to background journalists.

5        So these two witnesses have opposite recollections

6    about what happened with their own documents.

7        Now, let's contrast that with Mr. Craig, who also

8    testified.  In addition, we called four character witnesses

9    who have known Mr. Craig for a collective total of 180 years.

10   Two of those witnesses have known him since college, 50 years

11   each.  His Harvard classmate, Jessica Mathews, a science

12   nerd, as she described it, got to know Mr. Craig because he

13   was a student government leader, and eventually she became

14   the president of the Carnegie Endowment for World Peace.  His

15   colleague, Greg's colleague from the anti-war and civil

16   rights efforts in the 1960s, Judge Clinton Deveaux, also

17   testified.  And Gay Cioffi, an educator who turned to

18   Mr. Craig for guidance in running her own school, testified.

19   And Brendan Sullivan, an extraordinary trial lawyer in his

20   own right who has known Greg since 1972, they have practiced

21   law together, they had worked on cases together.

22   Mr. Sullivan reviewed Mr. Craig's work as a member of the

23   executive committee of Williams & Connolly for 26 years.

24   Mr. Sullivan's opinion -- and he told you this -- in his

25   view, the foundation of character is truthfulness and

1    integrity.  And not once did Mr. Craig ever tell Mr. Sullivan

2    anything other than the candid truth about any matter.

3    Mr. Craig has never caused Mr. Sullivan to question his

4    integrity.  Mr. Sullivan said he would trust Greg Craig to

5    handle the most crucial matters, as an attorney, involving

6    his own family.

7         Now, this kind of character testimony is important.

8    It is not the kind -- Mr. Craig is not the kind of person who

9    would lie to a U.S. government agency.  Not after a 50-year

10   career built on honesty and trust.

11        You know, in the movie *Jerry Maguire*, Jerry Maguire

12   starts the meeting by saying:  We live in a cynical world.

13   But if you heard the testimony of Ms. Cioffi and Judge

14   Deveaux and Ms. Mathews, they said that in a cynical world

15   like Washington, D.C., there is one person who stands out as

16   someone who is a man of principle, someone whose word can be

17   trusted, someone who doesn't change sides when the politics

18   suits them, and that man is Greg Craig.  He is a man of

19   principle who tells the truth, and he is dedicated to his

20   principles and the rule of law, according to these witnesses.

21   He has lived it in his prior practice and in government

22   service at the highest levels to two presidents of the United

23   States.  He had been dedicated to doing justice and helping

24   others find justice.  It is why outstanding young lawyers

25   like Mr. Haskell and Mr. Kedem wanted to work with him.  Why

3465

1     Cliff Sloan recruited him to join Skadden after Mr. Craig

2     stepped down as President Obama's first White House Counsel.

3          What value does 50 years of a life well lived have in

4     the scales of justice as you weigh the evidence?  I suggest

5     to you that it weighs a lot.

6          You're going to receive an instruction from the Judge

7     about character testimony, and the Judge will tell you that

8     evidence of good character alone may create a reasonable

9     doubt.  You must take that evidence seriously.

10         And was there any evidence presented by the

11    government to suggest that Mr. Craig had bad character?  Did

12    they call a witness in --

13         MR. CAMPOAMOR-SANCHEZ:  Objection.

14         THE COURT:  Approach the bench.

15         (At the bench)

16         THE COURT:  What's the basis for your objection?

17         MR. CAMPOAMOR-SANCHEZ:  I'm not allowed to present

18    evidence of bad character.

19         MR. MURPHY:  You are when you introduce evidence of

20    good character.

21         Your Honor, they could call a person if there was a

22    person to testify that Mr. Craig had lied to them or they had

23    an opinion that he was a liar.  They could do that once

24    Mr. Craig introduced evidence of good character.  And the

25    government did not.

1          MR. CAMPOAMOR-SANCHEZ:  Evidence was excluded that we

2     think could have gone to his character about the Manafort

3     stuff, and you successfully got that excluded.  I think that

4     is what the Judge is referring to.

5          I'm sorry, but I think you're going too far with that

6     argument about us not presenting evidence of bad character.

7          THE COURT:  Well, I think there's a lot of

8     limitations on what they can do.  And then we limited the

9     testimony to an opinion so that we wouldn't even be able to

10    get into evidence that might have affected the reputation.

11         I think you should move on.

12         MR. MURPHY:  Okay.  Thank you, Your Honor.

13         (In open court)

14         MR. MURPHY:  When you consider Mr. Craig's

15    truth-telling and his honesty and his integrity, remember

16    that even Mr. Hawker testified on several occasions, when I

17    asked him questions about whether Mr. Craig knew something or

18    did something, he would say, oh, no, Mr. Craig was a man of

19    his word, he wouldn't do that.

20         Now, let's look at certain aspects of the charges in

21    this case.  It is not, as you have been told, a failure to

22    register under FARA, but a failure to be truthful about what

23    Mr. Craig said to the FARA Unit in connection with the media

24    coverage of the Skadden Report and his alleged role in the

25    media plan.

3467

1          I have already explained to you why Mr. Craig never

2     thought he had a role in that media plan.

3          And remember the contract terms in the engagement

4     letters, the research that was done by Mr. Haskell and

5     Mr. Kedem, and Mr. Sloan's good advice?  He said, let someone

6     else hire FTI.  We can comment on their description of our

7     report, but we don't want to own their product.  That's what

8     Mr. Sloan was helping Mr. Craig make corrections to what

9     Hawker had presented as the findings of the report.

10          If you look at Government's Exhibit 71 and focus on

11     the top half.

12          This is when Mr. Kedem had spoken to Mr. Gross.  And

13     the conclusion was reached that Skadden should not be

14     involved in hiring FTI itself but, rather, they should let

15     Manafort or Schoen or someone else hire the PR team and

16     manage that.  Both because, otherwise, it would create a FARA

17     problem and because, in Mr. Sloan's words, we don't want to

18     be spin doctors.  And I think it is important that we be able

19     to say that.

20          And what the government seems to have ignored is that

21     Mr. Craig wrote a response to Mr. Sloan, and he said, good

22     advice.  I think the evidence has shown you that Mr. Craig

23     and Mr. Sloan were in lockstep on this issue.  It is not the

24     case, as Mr. Campoamor-Sanchez suggested, that Mr. Sloan

25     pulled Mr. Craig back from media contacts.  I think that is

3468

1    nonsense.  I don't remember any evidence suggesting that

2    Mr. Sloan pulled Mr. Craig back.  They were in lockstep on

3    these issues.

4          Mr. Sloan was aware, after all, when Mr. Craig

5    reached out and spoke to David Sanger, Mr. Sloan was aware of

6    it.  Mr. Craig shared a quote that he was going to give to

7    Mr. Sanger with Mr. Sloan and asked him:  What do you think

8    of this quote?  Mr. Sloan said, well, I think we should just

9    stick to the report.  I wouldn't give any more than what you

10   have already given him.  Mr. Sloan said fine.

11         The same thing happened with respect to Mr. Parfitt.

12   Mr. Sloan was aware that Mr. Craig was talking to

13   Mr. Parfitt.  There is no evidence, ladies and gentlemen,

14   that Mr. Sloan said, oh, my God, you can't talk to a

15   journalist, that violates FARA.  That just didn't happen.

16         No one contends that writing the report and

17   delivering it to the Ukraine required registration.  No one

18   seriously contends that reaching out to the *L.A. Times* and

19   seeking a correction from *The National Law Journal* required

20   registration under FARA.  It is the only *The New York*

21   *Times* that brings us to this matter and the allegation that

22   Mr. Craig seeded the report pursuant to a media plan

23   concocted by Manafort, Hawker and Gates.  That's what gives

24   rise to these charges.  The government repeatedly refers to

25   the media plan that added Sanger to the Master Control Grid,

3469

1          that that was the plan that was not amended to include

2          Mr. Sanger until December the 5th, 2012, which I have already

3          shown you, and that was the plan that Hawker sent to

4          van der Zwaan, not to Mr. Craig, and that no one sent to

5          Mr. Craig.

6                    Why not?  They did not want Mr. Craig to see this

7          Manafort messaging document that the Ukraine was about to

8          deliver to the world.  Ukraine exonerated by Skadden.

9          Tymoshenko's claims of political motivation are groundless.

10         This is the kind of thing that Mr. Craig had wanted to avoid

11         and that he had nightmares about dating back to his

12         conversations with Manafort in July.

13                   Now, there is no dispute that Mr. Craig received an

14         e-mail from Jonathan Hawker on December the 11th which

15         informed Mr. Craig that Hawker was attempting to get a copy

16         of the report to Sanger and that Hawker wanted Sanger to

17         write a prepublication story about the report.

18                   You can look at Government Exhibit 332.  And if you

19         go to the second page, Jon, and kind of combine that e-mail

20         at the bottom of the first page.

21                   This was Mr. Hawker's e-mail to Mr. Sanger that he

22         forwarded on to Mr. Craig the next day.  And look at what he

23         said at the bottom.  The report reviews the prosecution of

24         Tymoshenko and considers some of the international concerns

25         about that prosecution, whether it complied with

1     international standards and whether the prosecution was

2     politically motivated.

3          Now, Mr. Hawker knew that the report did not reach a

4     conclusion about whether the prosecution was politically

5     motivated.  That had been drummed into his head by Mr. Craig,

6     but apparently it did not take effect because he is still

7     saying that to Mr. Sanger.  And Mr. Craig read that and he

8     knew, here we go again.

9          There is no dispute that then Mr. Craig and

10    Mr. Hawker spoke on the telephone the next day, and Mr. Craig

11    gave Mr. Hawker assurances that he, Craig, would reach out to

12    Sanger.

13         Why?  His first reason was to find out if David

14    Sanger was truly interested in writing about the Skadden

15    Report.

16         Now, let's remember, on December the 11th, Jonathan

17    Hawker is in Kyiv, and he is there with Gates, van der Zwaan,

18    several other people that are part of the media rollout team

19    that Mr. Craig had no knowledge of.  A guy named Eckart

20    Sager.  A guy named Alan Friedman.  This team was defined in

21    an e-mail that Manafort had sent out on November the 30th,

22    2012, Defendant's Exhibit 194.  Let's take a look at it.

23         Who did the e-mail go to?  Kilimnik, Hawker, Gates,

24    Friedman, and Sager.

25         Again, Manafort is dictating what's going to be in

1      the package.  Those changes that I have made are in the

2      attached.  Those not attached must be in compliance with the

3      changes that I have made.  Hawker and Gates are responsible

4      for this to occur.

5            Then further down the line, he says, briefings.

6      Meetings between the Veritas team -- and he defines the

7      team -- Kilimnik, Hawker, Gates, van der Zwaan,

8      Friedman -- and the relevant offices need to occur to get the

9      perspectives from the Ministry of Justice, the Ministry of

10     Foreign Affairs, the Prosecutor General, and to make any

11     changes required.

12           Then, he says, once the internal briefings are

13     finalized, I will brief the Hapsburg team, other people that

14     he had engaged.  Friedman will be responsible for organizing

15     the interactions with the Ministry of Foreign Affairs.

16           Craig is not on the Manafort Veritas team.  Craig is

17     not mentioned in the e-mail.  This is November the 30th,

18     2012, ladies and gentlemen.  This is two weeks before the

19     release of the report.  Mr. Craig has not seen the media plan

20     since late in September, and even then, he never reviewed it

21     in detail other than the messaging document that he

22     criticized Hawker for.

23           This document still contains references to this

24     European tour, where somebody is going to go and visit all

25     the European capitals -- Berlin, Paris, Brussels, Moscow.

3472

1    Mr. Craig never agreed to do any of that.  And Mr. Hawker

2    admitted and knew that Mr. Craig never did any of that, never

3    agreed to do any of that.  And yet, it still stayed in the

4    plan.

5          What did Mr. Craig do?  He e-mailed Sanger.  Did he

6    push the report on Sanger?

7          Let's take a look at Government Exhibit 351.  Here's

8    what he said:  David, I just learned that the Ukrainians

9    intend to release our report about the case on

10   Thursday -- finally -- and that the Ukrainians have

11   determined that you should be given first look.  Is this

12   something that you are truly interested in and have the time

13   for?  I have always assumed that these days your time would

14   be taken up selecting our new Secretary of State.  But if you

15   are interested, I would be happy to get you a copy (all 186

16   pages of it) and even happier to talk to you about it.

17         Does this sound like someone who is pushing

18   Mr. Sanger to write an article?  Or is he saying, you know,

19   David, the Ukrainians want to get this to you.  I'd like to

20   know are you really interested.  If you have the time and you

21   are interested, I will get you a copy.

22         The response that Mr. Sanger gave to Mr. Craig was,

23   well, I don't know what the report says, I haven't seen it.

24   So I can't talk about it with my editors.  Get me a copy.

25         Now, the government claims that this means that

1    Mr. Craig did not deliver a copy to Mr. Sanger upon Sanger's

2    request.  I think that is nonsense.  They talk about checking

3    your common sense at the front door.  I mean, this is a

4    common sense issue.  I have got this 186-page report here.

5    If you're interested, I can get it to you.  What do you say?

6          Mr. Sanger says, yeah, I would like to get a copy.

7          Mr. Craig then tries to send it to him electronically

8    and fails because, like me, he is a little klutzy with

9    respect to electronic transmission of documents.  And then he

10   finds out that Mr. Sanger would also like a hard copy.  And

11   he finds out he doesn't want it sent over to *the New York*

12   *Times* offices, he wants it sent to his home.  And then he

13   gets his address and figures out that, hey, we only live

14   about six blocks apart.

15         Now, the government makes a big deal about the fact

16   that Mr. Craig kept Hawker apprised of what was going on with

17   Mr. Sanger.  Well, why is that?  Mr. Craig explained to you

18   that if anyone was going to speak to David Sanger about the

19   conclusions in this report, Mr. Craig wanted that person to

20   be Mr. Craig, not Jonathan Hawker.

21         Jonathan Hawker, he testified, was surprised that

22   Mr. Craig sort of took over the assignment.  Hawker had

23   expected that he was going to send the report to Sanger, he

24   was going to have an opportunity to talk to Sanger and start

25   seeding the report.  And the next thing he knows, Mr. Craig

1    has taken over the assignment, he's getting the report to

2    Sanger, and he's talking to Sanger.  And he is not doing it

3    with any input from Jonathan Hawker about what he is going to

4    say.

5         Mr. Hawker agreed that Mr. Craig spoke to Sanger

6    without any instructions from Mr. Hawker about what to say,

7    without receiving any talking points.  Mr. Hawker conceded

8    that Mr. Craig wasn't going to take any talking points from

9    Hawker.

10         Mr. Craig wanted to be sure that *The New York Times*

11   got the story right, and he didn't trust Jonathan Hawker to

12   do that.  He didn't trust Manafort and Gates to play it

13   straight.  He was not acting as an agent for the Ukraine when

14   he did this.  He saw that they were seeking a story in *The*

15   *New York Times*, and Mr. Craig hijacked their strategy and

16   pushed for an honest account of the report.

17         How do we know that?  Read the article.

18         Do you remember Mr. Hawker's worst-case scenario?

19   This is Defendant's Exhibit 501.

20         This was Jonathan Hawker writing to his colleague,

21   Jon Aarons, on September the 11th, 2012, and this is right

22   after Hawker got the sneak preview of the report by sneaking

23   into van der Zwaan's room and reading it after van der Zwaan

24   left.  And what did he write to Mr. Aarons?

25         Let's take a look at the document, the worst-case

1     scenario.  It is a mock article.  Hawker says, this is what a

2     knowledgeable newspaper reporter will write if they read the

3     Tymoshenko report prepared by Skadden.  What will the

4     headline be?  Ukraine violated former prime minister's

5     rights, according to Ukraine's own lawyer.

6           That is not a headline that they wanted ever to see.

7           Mr. Craig suspected that there would be a false spin

8     on his report orchestrated by Mr. Hawker because he knew

9     Hawker did not want that kind of a truthful article.  He knew

10    that the Ukraine had made many efforts, in August and

11    September, to get Skadden to change the fundamental

12    conclusions of his report.  You remember that testimony from

13    Mr. Sloan?  And Skadden had refused to do it.

14          Mr. Craig described how they had tried to deliver the

15    report to the Ukraine on several occasions starting in

16    September and then in October, and they didn't take it.

17          Mr. Craig reasonably suspected that the report's

18    conclusions about the due process violations, about the

19    absence of any findings with respect to an absence of

20    political motivation, that was not going to be the story if

21    he allowed Hawker to talk to *The Times*.  He knew that

22    Mr. Hawker had a willingness to spin the report.  Mr. Hawker

23    conceded to you that he would fairly characterize what he was

24    doing as trying to spin the report.  He wanted to portray the

25    report in a way that was favorable to the Ukraine.  He viewed

1    the Ukraine as his client.  He was taking directions from

2    Manafort.

3              And Mr. Craig, for his part, feared a story that

4    would say that Skadden has issued a whitewash report

5    exonerating the Ukraine.  It makes it appear that Skadden has

6    been bought and paid for.

7              That's a phrase that Mr. Craig had used in Exhibit

8    267 back on September the 25th.

9              Now, I have already addressed Mr. Manafort's e-mails

10   to Mr. Craig saying that the media plan succeeded and

11   thanking Craig for his part in the plan.  Clearly, *The New

12   York Times* did not contribute to the media rollout that they

13   achieved.  But they were trying hard among themselves to

14   portray it that way, perhaps to be able to tell the Ukraine,

15   hey, we delivered, we got you the press coverage you desired.

16   I know we paid a lot of money for Skadden's report to be

17   done, a lot was spent on Skadden, FTI, FleishmanHillard,

18   Burson-Marsteller, Sager, Friedman, Podesta, Mercury.  But it

19   was all worth it.  These guys were putting lipstick on a pig

20   in terms of their efforts to show that Mr. Craig's limited

21   role in talking to *The New York Times* and *Daily Telegraph* had

22   contributed to a successful spin.

23             What else does the government say Mr. Craig failed to

24   reveal and omitted to the FARA Unit?

25             Well, he took a call from Tom Parfitt in the United

1     Kingdom, and he got further confirmation from him of the

2     false spin being placed on the report by the Ukraine.  He had

3     that call with Parfitt before he spoke to Herszenhorn in

4     Moscow.  By that time, he really knew for sure what the

5     Ukraine was saying.  We know something that Mr. Craig and

6     even Mr. Parfitt didn't know.  The quotes that Mr. Hawker had

7     given to Parfitt, which he attributed to Minister

8     Lavrynovych, were actually written by Jonathan Hawker and

9     approved by Rick Gates, not by the Minister.

10           Let's look at Defendant's Exhibits 226 and 227.

11           226, this is Hawker to Gates providing answers to *The*

12    *Telegraph* for Mr. Parfitt's story.  And the answers are all

13    set out there.

14           And then look at Exhibit 227.  And this is his e-mail

15    to Tom Parfitt.  Tom, Oleksandr Lavrynovych, Minister of

16    Justice, has approved the following answers to your

17    questions.  Let me know if you're happy with these.

18           Well, point of fact, the only person that gave

19    Mr. Hawker approval for these answers was Rick Gates.

20           Craig actually prevented *The Telegraph* from being a

21    part of the successful seeding for the release of the report.

22    Look at the article that Parfitt wrote after speaking with

23    Craig, which is Government Exhibit 236.

24           Look at the headline.  Trial of Ukraine's Tymoshenko

25    flawed, says government-commissioned report.  The trial was

1    flawed and would not have passed muster in a Western court,

2    according to an independent report on her trial seen by *The*

3    *Daily Telegraph*.

4           If you look at the bottom of the first page of the

5    article, Mr. Craig was quoted on the record.  He was the lead

6    author.  And he said, we concluded that there were ways in

7    which Tymoshenko was not given a fair trial.  She was not

8    allowed to present all the witnesses that we concluded were

9    relevant and material.  And prosecutorial evidence was

10   presented during the proceedings when she was not represented

11   by counsel.

12          It goes on.  Mr. Craig explained how he gave an

13   off-the-record quote and described -- he was described as a

14   legal expert that Parfitt had consulted, and he said that the

15   procedural violations would probably have led to cancellation

16   of the verdict in the West.

17          Now, what did Hawker tell Gates about this article?

18          Let's look at Government Exhibit 384.  And actually,

19   do the whole top half, Jon.

20          This is that same e-mail that Gates sent to Manafort,

21   Kilimnik, Sager, and Friedman and Hawker, saying, you know,

22   this was the right strategy.  My only disappointment is one

23   of Greg Craig's quotes in the *New York Times* article.  I'm

24   disappointed by one of his quotes, but that was part of the

25   strategy in using him via *The New York Times*.

1           I wonder what Mr. Gates meant by "using him."

2           He says, he is much more direct and positive on the

3    same matter in the *Telegraph* article.  This is lipstick on

4    the pig.  There is nothing positive for Mr. Craig in the

5    *Telegraph* article.

6           And then Hawker says to Gates:  Rick, his quotes to

7    the *Telegraph* were also not massively helpful, but I changed

8    them.  He might be pissed about that if he finds out.

9           Now, is this a guy that is on the team with these

10   folks?  Is he part of the media rollout team, where Hawker is

11   saying to Gates, I changed some of his quotes, he doesn't

12   know it, and he will be pissed if he finds out?  Does that

13   sound like a teammate?

14          So, this is what Mr. Craig had done on December the

15   11th and December the 12th.  He spoke to Mr. Sanger.  He

16   spoke to his colleague, Mr. Herszenhorn, in Russia, who was

17   writing the article with Sanger.  And he spoke to Parfitt.

18   It wasn't done in secret.  He is quoted by name in the

19   articles.  He gave the quotes that he used to Sloan to

20   review.  He spoke on the record and was quoted by name.

21          Now, let's take a look at the FARA inquiry.  The *L.A.*

22   *Times* story appeared on December the 13th, and the FARA Unit

23   noticed it on December 14th, the next day.  And they sent a

24   letter to Skadden on December the 18th, which eventually got

25   to Mr. Craig and Mr. Sloan.

3480

1            Let's look at Government Exhibit 1.  This is the

2     initial letter.  And Ms. Hunt testified that this is a

3     standard form letter that she would send to anybody that

4     their office had some suspicion or inkling that might be

5     involved in representing a foreign government and might be

6     required to register under FARA.  It is the same letter that

7     they send to everybody.

8            Let's look at Government Exhibit 2.  This is the

9     letter that was sent back by Skadden, Mr. Craig signed it.  I

10    don't know if you recall, but in Defendant's Exhibit 295 -- I

11    won't show it to you -- but at the very last minute,

12    Skadden's executives decided that Greg Craig should sign this

13    letter rather than having the general counsel sign the

14    letter.  They thought it looked less defensive that way.  One

15    wonders what would have happened in the whole case if

16    Mr. Spiegel or some other official of Skadden had signed the

17    letter rather than Mr. Craig.

18           In any event, in Exhibit 2, on the second page, this

19    is something that Mr. Campoamor-Sanchez had criticisms about.

20    I don't know why exactly.  Describe the activities the firm

21    has engaged in or the services it has rendered to the

22    Ministry of Justice.

23           The response, composed both by Craig and Sloan was:

24    In April of 2012, the Ministry of Justice asked the firm to

25    serve as consultant on rule-of-law issues and to provide

1    advice about the question of Ukraine's criminal justice

2    system as viewed through the prism of Western standards of

3    due process, and, in particular, to advise the Ministry about

4    the rule-of-law issues that might arise before the European

5    Court for Human Rights.

6         Now, I will grant you that it doesn't say, and there

7    was something called Project 2, there was a case that they

8    were thinking about bringing in the Ukraine against

9    Ms. Tymoshenko, a second case, but they never brought it, but

10   a couple of our people advised some prosecutors of the

11   rule-of-law issues implicated by that case.  They don't say

12   that.  But they do say that there were multiple rule-of-law

13   issues, and they were providing advice generally on the

14   Ukraine's criminal justice system, and in particular, they

15   were advising about the Tymoshenko trial.

16        The major focus of the assignment was to conduct an

17   independent inquiry into the facts and circumstances

18   surrounding the prosecution, trial, conviction, and

19   sentencing of former Prime Minister Yulia Tymoshenko and to

20   write a report.

21        This is a fulsome description of what they did.

22        If the FARA Unit had questions about what other

23   rule-of-law issues did you consult on, they would have asked.

24   They never did.

25        No one ever asked about Project 2.  And there

1      wouldn't have been any concern if they had.

2           Let's look, also, at the response on the last page

3      where the government, the FARA Unit, had asked about the

4      contracts.  And if you look at the very last page, here is

5      what Mr. Craig said about the contracts:  There have been

6      discussions with the government of Ukraine about the

7      possibility of Skadden receiving additional compensation from

8      the government for the firm's work.  The most recent

9      correspondence on this subject is attached.

10          Now, that was the contractual negotiation that was

11     taking place, began back in August, but it was still taking

12     place in February of 2013, and eventually Skadden got paid an

13     additional million dollars, 1,075,000, to be precise,

14     pursuant to this new contract.  It was revealed to the FARA

15     Unit that this was ongoing.  There is nothing hidden here.

16     No reason to hide it.

17          And there was an agreement with a private citizen of

18     the Ukraine, in which that individual agreed to contribute

19     funds to help pay for the work described above.

20          That's an accurate statement.  The Ukraine was paying

21     and had committed to pay over a million dollars.  The money

22     hadn't come in yet.  And Pinchuk had paid the first

23     4,150,000.

24          There was no motive and no reason for Mr. Craig or

25     Mr. Sloan at this time to want to hide Pinchuk's identity.

3483

1          In fact, all of the evidence in this case is that Sloan and

2     Craig wanted to get his name out to dispel the confusion and

3     the mystery that Vlasenko was creating, Tymoshenko's lawyer

4     over in the Ukraine, about the funding for this project.

5     They had been making that effort for months, and Mr. Pinchuk

6     declined.  He had requested confidentiality, and the law

7     firm, like most lawyers, honored his request.

8               Now, in April, Government Exhibit 3 shows that the

9     FARA Unit followed up with Mr. Craig.  And they asked more

10     questions about the third-party payment.  Mr. Craig and

11     Mr. Sloan drafted the response together.  The response is the

12     June 3rd letter, Government Exhibit 4.

13               If you turn, Jon, to the reference to the third-party

14     private citizen who was funding the report.

15               They told the FARA unit that the private citizen's

16     strong preference is the same as the Ministry of Justice's.

17     He wants to remain anonymous and not disclose the amount of

18     his funding.  We do not believe that we engaged in conduct

19     requiring us to register under FARA, and, respectfully, do

20     not believe that you are entitled to such information.  If

21     you conclude that we are required to register or if for some

22     reason you believe that such information is needed, is

23     material to your inquiry, please let us know so that we may

24     consider and understand your request in the context of your

25     analysis.

1          And then they say that Mr. Pinchuk, although they

2    didn't name him, provided financial assistance, but he had no

3    connection to the project whatsoever either professionally or

4    personally, and to our knowledge was not involved in any way

5    in the work that we did.

6          The FARA Unit had asked questions twice about

7    Pinchuk.  This was the final response.  They never asked

8    another question about Victor Pinchuk.

9          This is the letter on June the 3rd which contained

10   the seven questions.  And I want -- let's look at the first

11   question, because prosecutors have spent a lot of time

12   focusing on this question.  The question and the answer in 1,

13   can you highlight that, Jon, and bring it up.

14          There is a major focus on the dates of December the

15   12th and the 13th.  And the documents that you should look at

16   are Government Exhibit 428 and Government Exhibit 430.  Let's

17   go to those right now, Jon, if we can.

18          Because Mr. Campoamor-Sanchez suggested to you that

19   Mr. Craig had drafted a letter that said December 11th and

20   12th and then changed it.  But in fact, the first time he

21   wrote the letter, if you look at Government Exhibit 428 --

22   and blow up the attachment -- this is May 1st, 2013.  He

23   sends it to Cliff.  It's a next draft with embellishments.

24   Let me know what you think.

25          If you turn to the next page, and down at the bottom,

3485

1      item 1, highlight it, that has December 12th and 13th as the

2      date.  This is the earlier version.

3              And if you look at Exhibit 430, this is the one that

4      Mr. Campoamor-Sanchez just showed you.  It is actually sent

5      about an hour and a half later.  And Mr. Craig is sending it

6      along to his secretary.  And this is the one that has

7      December 11th and 12th.  It is not the first version.  It is

8      the second version.

9              And if you look at the e-mails, the cover e-mails,

10     you'll note that there are two different document numbers on

11     this.  And I went over this with Mr. Sloan in his testimony.

12     Electronically, there is a document 1246982, and then there

13     is a document 1082842.  And what happened here is that in the

14     course of time and the sending of e-mails back and forth with

15     revisions -- and you saw some of those -- Mr. Sloan had his

16     secretary at one time do redlines, at there were eight

17     different versions of this letter sent back and forth.  At

18     the end of the day, Mr. Craig ended up using the one that had

19     the December 12-13 date rather than December 11-12 date.  He

20     testified that he never really focused on the date issue.

21     And what difference did it make?

22              There has been an implication that somehow

23     December 11th and 12th would have revealed to the FARA Unit

24     that some of these contacts came before the report was

25     officially published.  But the report was published on the

1    13th.  So when you say December 12th and 13th, that also

2    implies that there was some communication before the report

3    was published.

4         But what is more important and more significant is

5    that the *New York Times* article itself says -- and it was

6    published on December the 12th -- it says, we spoke to Greg

7    Craig on Wednesday, December the 12th.  And it says in the

8    next paragraph, the report will be issued tomorrow, Thursday,

9    December the 13th.

10        There was no mystery about the fact that Mr. Craig

11   had spoken to Mr. Sanger and Mr. Herszenhorn at *The New York*

12   *Times* on the 12th.  They had published their article on the

13   12th.  They had the report on the 12th.

14        The government wants you to believe that Mr. Craig

15   went through some elaborate ruse to hide the fact that he had

16   spoken to Mr. Sanger and got him a copy of the report before

17   the report was formally issued.  Now, to be sure, Mr. Craig

18   later forgot about some of these details.  But he certainly

19   did not try to hide it from anybody.

20        The article itself, which he trumpeted at his last

21   meeting -- his only meeting with the FARA Unit -- he talked

22   about the article.  He talked about the *New York Times*

23   article, why he spoke to Sanger, what he said to Sanger.  And

24   then on October 10th, he sent a letter to the FARA Unit,

25   which quoted the *New York Times* article, and dropped a

footnote that said this article appeared on December the

12th.

So was he hiding the fact that he did it on

December 12th?  It's a pretty odd way to hide something.

The report was released on the 13th, and Skadden did

send copies to *The National Law Journal* and the *L.A. Times* on

the 13th.

The response, if you go back to Government Exhibit 4,

identifies all three of these journals.  It identifies Sanger

and *The New York Times*.  It identifies Huisman and *The*

*National Law Journal*.  It identifies Alpert and the *L.A.*

*Times*.

Ms. Hunt was very unclear in her testimony whether

she was familiar with the *New York Times* article at any time

during the summer of 2013, but she surely had seen it by the

time of Mr. Craig's and Mr. Gross' and Mr. Spiegel's meeting

with her on October the 9th.  And she conceded, when

Mr. Taylor was cross-examining her, that the article does

indeed reveal that Mr. Craig spoke to *The Times* the day

before the official release of the report.

What was important and significant to Mr. Craig was

that he spoke to Sanger to correct mischaracterizations

emanating from the Ukraine.  He didn't say that he was acting

to correct stories that had appeared but, rather, to correct

mischaracterizations that he knew were coming.

1              And you may recall the testimony of Mr. Gross.  Three

2    people from Skadden attended the meeting:  Spiegel, Gross,

3    and Craig.  And Mr. Gross said, what I remember Mr. Craig

4    saying at the meeting was that he was correcting

5    mischaracterizations that had occurred or that he believed

6    were going to occur.  He was either correcting something that

7    had already been published or that was about to be published.

8    That's what he remembers Mr. Craig saying.

9              And so Mr. Craig was not hiding from the FARA Unit

10   that he had spoken to David Sanger before the report was

11   released.

12             Now, Mr. Campoamor-Sanchez again suggests that

13   somehow Mr. Craig was crafting this very carefully worded

14   letter to hide something from the FARA Unit.  Remember,

15   ladies and gentlemen, that Mr. Craig and Sloan together

16   prepared this letter.  They sent edits back and forth to each

17   other.

18             If you take a look at -- let's see -- Government's

19   Exhibit 517.  You'll remember this document.  If you can blow

20   it up some, Jon.

21             This was the draft of a letter that Mr. Sloan

22   identified as containing mostly his handwriting, even though

23   it is in two different pen colors.  And there's language that

24   says, besides representatives of the Ukraine government, the

25   law firm provided a copy of the report to Ms. Tymoshenko,

1     etc.  That's in Mr. Sloan's handwriting, not in Mr. Craig's

2     handwriting.

3           And if you go down further and highlight that phrase

4     (indicating).  The handwritten.

5           This is another thing that Mr. Campoamor says is

6     false or misleading.  And it reads, the law firm viewed the

7     distribution of the report as a matter that would be decided

8     by the Ukraine government in its sole discretion.

9           That's another statement that the government says was

10    misleading and false.  And it was not a statement that was

11    composed initially by Mr. Craig.  It was composed by

12    Mr. Sloan.

13          Mr. Sloan and Mr. Craig, in this letter, said that in

14    addition to representatives of the Ukraine, other people

15    received copies of the report, and they received the copies

16    on December the 12th and December the 13th.  That includes

17    Vin Weber.  Whether or not they were thinking about Vin Weber

18    at the time, I don't know, but he was another representative

19    of the government of the Ukraine.

20          Did the FARA Unit, having seen this letter that says,

21    in addition to providing copies of the report to

22    representatives of the government of the Ukraine, did they

23    ever ask:  Well, who were those representatives?  Did they

24    ever ask:  Were there lobbyists involved?  Was there a public

25    relations firm involved?  Was there a press agent involved?

1    The answer to that question is no.  So focus on those

2    instructions from the Judge about the fact that a person does

3    not have to answer a question that is never asked.

4         Mr. Craig and Mr. Sloan in that letter said that they

5    had no knowledge of Ukraine's specific plans concerning what

6    would be done with the report.  And that was true.

7    Throughout the entire process, Mr. Craig, Mr. Sloan,

8    Mr. Haskell, all suspected that the report might never be

9    released.  Why did they suspect that?  Because when they

10   tried to deliver it in September and October, after many

11   failed efforts by Ukraine to get Skadden to change its

12   conclusions, they didn't take it.

13        Mr. Craig was not aware of the timing of the release

14   until he received the December 6th voice message where Hawker

15   tried to reach him and left a message that said the report

16   would be released next week.  And even then, Mr. Haskell

17   described how there was doubt that after so many false starts

18   in the past that the report actually would be released in

19   December.

20        It is undisputed that Skadden gave no advice to FTI

21   or the Ukraine on how to publicize this report.  Mr. Craig is

22   not aware to this day of all the details of the media rollout

23   that he is supposedly a part of.  He never heard of Sager and

24   Friedman.  We don't know if they contacted European

25   officials.  We know that Mr. Craig did not.

1        Mr. Manafort, in one of his documents, Defendant's

2    Exhibit 196 -- if we could bring that up.

3        This is November the 30th, 2012, two weeks before the

4    report.  And he is now attaching a memo that is going to go

5    to Serhiy Lyovochkin, who was the Chief of Staff for

6    President Yanukovych.  It lays out the plan.

7        Go to the next page, Jon.  And on page 3, if you can

8    highlight paragraph (c).

9        Manafort says, the Ministry of Foreign Affairs should

10   be briefed and a plan developed for how they will instruct

11   the Ukrainian embassies abroad, brief the foreign embassies

12   in Kyiv, brief Barosso, Ashton, Fule, Shultz, Kwasniewski,

13   and Cox, and other relevant officials, I will be handling the

14   U.S. Government.

15       There has been a suggestion here that Mr. Craig had

16   an interest in talking to U.S. politicians.  It's not true.

17   He, obviously, wouldn't be doing that if we wanted to comply

18   with FARA, which he clearly did, and avoid to FARA

19   registration.

20       Mr. Manafort, on November 30th, said I, Manafort,

21   will be handling the U.S. Government.  Not Skadden.

22       Skadden wasn't involved either in the anticipated

23   briefings of all these other folks in Europe.

24       Mr. Craig only knew what Skadden did.  He didn't know

25   what the folks involved in this revised media plan were

1    doing.  And the FARA Unit, when they met with Mr. Craig and

2    the others from Skadden, only asked what Skadden did.  It

3    didn't ask him what other people were doing.

4        And Ms. Hunt said that what she was interested in is

5    what Skadden did.  Was Skadden taking actions under the

6    direction and control of the Ukraine?  Was Skadden taking

7    actions that were for the benefit of Ukraine?  Or was

8    Mr. Craig acting for his own reasons and acting on behalf of

9    Skadden and the authors of the report rather than the

10   Ukraine?

11       Based on the June 3rd response, Government Exhibit 4,

12   which Mr. Sloan and Mr. Craig worked on for several weeks,

13   the FARA Unit decided that they had enough information to

14   reach a conclusion that Skadden had to register.  They did

15   not complain about the quality of information or the quantity

16   of information that Skadden had provided in the June 3rd

17   letter.  They decided that they had enough and they reached a

18   decision that Skadden had to register.  This is of critical

19   importance to understanding the charges in this case.  The

20   September 5th letter, Government Exhibit 5, is the conclusion

21   that the FARA Unit reached.  The bottom lines says, Skadden

22   must register.

23       If you can highlight the bottom section there, Jon,

24   and blow it up.

25       Accordingly, Skadden must register under FARA as an

1          agent of the Ministry.

2                  Now, let's go back to the second paragraph which you

3          have highlighted there.

4                  Why did FARA reach this conclusion?  They say that

5          according to the June 3rd letter, in December of '12, your

6          firm disseminated a copy of the report to representatives of

7          *The New York Times*, *The Journal*, and *L.A. Times.*  Following

8          distribution, you spoke with these representatives to correct

9          misinformation that the media had received -- and was

10         reporting -- from the Ministry of Justice.  That was part of

11         the conclusion as to why they had to register.

12                 Look at the next paragraph at the bottom.  By

13         engaging in these activities for the Ministry, Ms. Hunt said,

14         Skadden acted as a public relations counsel, publicity agent,

15         and information service employee as defined in the statute.

16         We have determined that your actions in contacting the media

17         were activities meant to influence the U.S. public with

18         reference to the political or public interests, policies, or

19         relations of Ukraine.  Accordingly, you must register.

20                 Now, Mr. Craig disagreed with that.  And he disagreed

21         with it for a couple of reasons.  First of all, he didn't

22         believe that he had disseminated the report or that the

23         June letter actually had acknowledged disseminating the

24         report.  And he certainly did not believe his contacts with

25         three reporters in the United States were part of FTI's media

1    plan, and he did not believe that when he spoke to the media

2    to correct mischaracterizations that he was doing so for the

3    Ministry.  He was doing it for himself and for Skadden.

4    That's what got him exorcized about the FARA Unit's

5    conclusion.

6        Now, with respect to the media plan, Hawker did not

7    know that Skadden had sent the report to the *L.A. Times* and

8    that Mr. Haskell confirmed that the report had reached no

9    conclusions on Tymoshenko's guilt or innocence.  Hawker

10   didn't know that after he, Hawker, gave the Ukraine press

11   release to Mr. Huisman of *The National Law Journal*, that

12   Huisman wrote a story based on the false information given to

13   him by Hawker and that when Craig and Sloan read it they

14   objected and demanded the correction and that they got it.

15   None of this was remotely connected to the media plan.  I

16   don't think the prosecution claims otherwise.

17       So it all comes down to *The New York Times*.  What was

18   Mr. Craig's purpose in reaching out to *The Times*?  Well, it

19   was the same purpose as he described on the stand, to stop an

20   article from appearing that would make it appear that the

21   Ukraine had been exonerated by Skadden's report, that

22   Tymoshenko had received a fair trial rather than an unfair

23   trial, and that she was in fact guilty and had not been

24   prosecuted because she was a leading rival of Yanukovych.

25       Remember Mr. Gross' testimony?  That Mr. Craig had

1    said that he had acted because of stories that either had

2    been published or were about to be published.

3           What was said at the October 9th meeting?  Now, this

4    is a meeting that is of critical importance in this case

5    because you are going to be instructed that you have to find

6    something that Mr. Craig did wrong after October the 3rd.

7    There are only two things that occurred after October the

8    3rd.  One, there's the meeting at the FARA Unit.  The other

9    was the letter that Mr. Craig sent the next day.

10          Four people from FARA were at that meeting, two

11   lawyers and two technical staffers, and none of them took any

12   notes of what was said.  And this is the most important

13   meeting, you would think, in the history of -- recent

14   history, anyway -- of FARA.  And no one took any notes of

15   what was said.  There was no memorandum to the file of what

16   was said.

17          This is a meeting at which the government attempts to

18   convince you that Mr. Craig made the same mistakes in

19   describing his contacts with Mr. Sanger as the mistakes that

20   are reflected in the e-mail that he sent to Larry Spiegel on

21   September the 19th and the letter that he drafted the next

22   day but never sent.  Now, those documents were created three

23   weeks before the meeting with the FARA Unit, and they're not

24   evidence of what was actually said at the FARA Unit meeting.

25          There is written evidence of what was discussed on

1    October the 9th, however, and you also have the testimony of

2    Mr. Craig about what he recalls discussing, corroborated by

3    Mr. Gross.  But the written evidence is the letter that

4    Mr. Craig sent the very next day in response to a specific

5    request from Heather Hunt for a summary of the points that he

6    had made during the meeting, and that is Government

7    Exhibit 12.

8         Now, this letter is dated October the 10th.

9    Apparently, it got to the FARA Unit the next day, but it is a

10   day after the meeting.  And Ms. Hunt asked Mr. Craig to

11   provide a summary of what he had said at the meeting, and he

12   provided her with this letter.

13        Let's look at the letter.  Mr. Campoamor focused on

14   the first paragraph that has been highlighted there.  As

15   reported in earlier correspondence, this law firm provided a

16   copy of the report to certain media outlets.  This was done

17   in response to requests from the media.

18        Ladies and gentlemen, that is a truthful statement.

19   Mr. Sanger requested a copy of the report.  In fact, he

20   requested it twice, once electronically and once by hand.

21        The firm did not provide copies of the report to any

22   other media outlets in the United States.  That's a true

23   statement.

24        Now, I think it is also very significant, as I

25   described earlier, that in footnote 1 to this letter,

1  Mr. Craig, he is quoting from *The New York Times*.  Mr. Craig

2  said his team was not able to judge the local politics that

3  brought Ms. Tymoshenko to trial.  We leave to others the

4  question of whether this prosecution was politically

5  motivated, he said.  Our assignment was to look at the

6  evidence and determine whether the trial was fair.

7        Where is that coming from?  *New York Times*,

8  December 12, 2012.

9        Is he hiding the fact that he spoke to *The Times*

10  before the report was released on the 13th?  I don't think

11  so.  If the FARA Unit had eyes to read the footnote and the

12  article, they would know that he had spoken to Sanger before

13  the report was released.

14        This letter was reviewed by Mr. Spiegel and Mr. Gross

15  and approved by them before it was sent.  The letter was

16  sitting in the FARA Unit's office for three months before

17  they responded to it.  When they responded to it, they said,

18  we have considered everything that you have said, Mr. Craig,

19  in your meeting, in our meeting, and in your letter, and we

20  now conclude that you are not required to register under

21  FARA.

22        And during that three-month period, did the FARA Unit

23  ask any additional questions?  No.

24        Did they ever say, this is an incomplete or

25  inaccurate summary of the meeting that we had, or tell us

1    some more?  No.

2         And look at the January 16th, 2014 letter from the

3    FARA Unit, Government Exhibit 13.  This is Ms. Hunt's

4    conclusion.  This is in reference to our meeting three months

5    earlier and your letter three months earlier.  You explained

6    in the meeting and in your recent letter that your firm

7    prepared the report and your comments to these three media

8    outlets were not political activities but were meant to

9    correct mischaracterizations of the report attributable to

10   the Ukrainian Ministry of Justice and Tymoshenko's Ukrainian

11   lawyers concerning whether the prosecution was a political

12   prosecution.  You informed the media of the inaccuracy,

13   indicating that the report did not decide this issue.

14        Of course, that was the statement that was emanating

15   from the Ukraine in 60 articles on December 13th that quoted

16   the Ministry of Justice press release.

17        And she says, you conclude that your firm, in

18   response to U.S. news inquiries, did not act as an agent of

19   the Ukraine.  We agree.  We agree.  Your firm has no present

20   obligation to register under FARA.  That was January of 2014.

21        Go back to Government Exhibit 13, please, Jon.  12.

22   I'm sorry.  12.  Go to the second page of Exhibit 12.  And

23   highlight that last section.

24        Mr. Craig also said, in responding to inaccuracies in

25   the U.S. news reports -- some of which were directly

1    attributable to the Ukraine -- the law firm did not consult

2    with Ukraine, did not inform Ukraine, did not act under

3    instruction from Ukraine, and was in no way serving as an

4    agent for Ukraine.

5         Now, Mr. Campoamor says that's a false statement or

6    one hiding the true fact.  Well, you know, in responding to

7    the inaccuracies in the U.S. news reports -- first of all,

8    Hawker and the Ukraine had no knowledge of the *L.A. Times*

9    situation, had no knowledge of *The National Law Journal*.  And

10   with respect to *The New York Times*, Mr. Craig did not consult

11   with Hawker about what he was going to say, or even that he

12   was going to say that I'm going to respond to inaccuracies

13   that are coming from your office.  He didn't tell Ukraine

14   what he was going to say.  He didn't act under their

15   instructions.  He was not serving as an agent.  It was a

16   truthful statement.

17        Ms. Hunt concluded -- she testified about

18   this -- what her focus was, was whether Mr. Craig was acting

19   under the direction and control of the Ukraine and whether he

20   was acting for the benefit of the Ukraine.  She was focused

21   on what Skadden did and what Mr. Craig did and why he did it.

22   And her conclusion, at the end of the day, was, I now

23   understand that you were correcting mischaracterizations and

24   you weren't acting under the control of Ukraine when you did

25   so, and therefore you are not obliged to register under FARA.

3500

1      That was her conclusion then.  And we submit that that was

2      the correct conclusion.

3            The letter of October 10th, 2012 is accurate.  It

4      provided the FARA Unit the information that they needed to

5      reconsider the information -- I'm sorry -- to reconsider the

6      September 5th decision.  They did review the letter for three

7      months.  They never requested any further information from

8      Mr. Craig.  And they concluded, after all that time, that

9      they were in the position to reverse their earlier

10     determination and that Skadden was not required to register.

11           Mr. Craig, for his part, was honest when he said that

12     he had acted to correct mischaracterizations of the report

13     that were being put out by Ukraine.  He was honest when he

14     said he wasn't taking instructions from anybody in the

15     Ukraine about what he was going to say to the media.  He

16     spoke to the truth of the report to the Veritas of the

17     report, not the tongue-in-cheek version of the report that

18     Mr. Hawker described.

19           Now, let's think again about the instructions that

20     you're going to receive.  You're going to receive

21     instructions on materiality and willfulness.  Ms. Hunt

22     described it was material to her decision-making.  It was

23     whether Craig was acting at the direction or under the

24     control or even at the request of Ukraine when he spoke to

25     the press.  She was interested in what Skadden did and why

1    Skadden acted and whether they were doing it for the benefit

2    of Ukraine.

3            Did Mr. Craig willfully try to deceive the FARA Unit

4    when he told them about the fact that he had spoken to *The*

5    *New York Times*?  When he quoted from the article in his

6    letter?  When he provided the date of the article in his

7    letter?  And that date was one day before the report was

8    released.  Based on the evidence, can you conclude that

9    Mr. Craig knowingly lied to the FARA Unit?  That he knowingly

10   concealed information that he knew he should be providing?

11           I suggest to you, ladies and gentlemen, that when you

12   consider Mr. Craig's testimony and all of the evidence in

13   this case, there is only one conclusion that you can reach:

14   Mr. Craig did not knowingly and willfully act to attempt to

15   deceive the FARA Unit.

16           My time is coming to an end.  I cannot come back to

17   the podium.  The government has the last word because they

18   have the burden of proof.  And if Mr. Campoamor or one of his

19   colleagues says something about a document, I can't jump up

20   here and correct it.

21           You have to judge the quality of the evidence.  You

22   have to ask yourself, has the government met its burden of

23   proof beyond a reasonable doubt?  Is it convincing to you?

24   The kind of evidence that you would want to have in making a

25   judgment about a matter that is an important life decision

3502

1          for you?

2              Or have they failed to present the relevant

3      witnesses?  Where was Mr. Manafort?  Van der Zwaan?  Weber?

4      Even Bruce Jackson, who they alluded to in the most recent

5      questioning of Mr. Craig at the very end of the trial, and

6      Mr. Campoamor-Sanchez mentioned him today.

7              Let's look at Government Exhibit 829.  Bruce Jackson.

8      When you think about Bruce Jackson, who was communicating

9      with Manafort about the report and then he was communicating

10     with Mr. Craig, all in the September 2012 period, there is an

11     e-mail at the top from Mr. Craig to Mr. Jackson, and what

12     does it say?  I cannot get into the Ukraine fracas in the

13     Senate without registering as a foreign agent.  I don't want

14     to do that.

15             For all of this talk about Mr. Jackson saying this

16     report should go here, should go there, should go to this

17     senator or that senator, Mr. Craig said, no, I'm not doing

18     that.  I can't do that and not register, and I don't want to

19     register.

20             Has the government convinced you at the end of the

21     day that this good man who has led an exemplary life of

22     service, decency, honesty, and integrity, willfully made a

23     choice and decided, as Mr. Gaston said in his opening and as

24     Mr. Campoamor repeated today, he willfully made a choice of

25     whether he would lie to get out of registering in FARA or

1    would own up to it and he would have to register?

2            Ladies and gentlemen, he had no motive to lie about

3    that.  I explained to you at the start, who cared about

4    Project 2 in the summer of 2013?  Who cared about Victor

5    Pinchuk's name being revealed?  Who cared about the fact that

6    the Ukraine had this crazy process where Manafort said to

7    Craig, if you want to get an additional amount of funding,

8    you have to send this letter in this fashion, and six months

9    later a million dollars in additional retainer arrived, and

10    as Mr. Puntus explained, the money was all returned to the

11    extent that it wasn't incurred for fees and out-of-pocket

12    expenses?

13            Did Mr. Craig willfully make a choice and decide to

14    lie to a government agency rather than register?  At a time

15    when no one really cared anymore about the report itself,

16    which had been released six months earlier and Skadden was no

17    longer working for the Ukraine?  Put yourself back in the

18    fall of 2013.  Would Mr. Craig lie because he didn't want to

19    reveal the name of Victor Pinchuk?  Who cared?  Would he lie

20    because of Project 2, a trial that had been abandoned a year

21    earlier?  Who cared about that anymore?

22            Consider the fact that Mr. Craig had registered in

23    the past, and Skadden had registered in the past, before, and

24    they were willing to register again according to Mr. Spiegel.

25    Mr. Craig didn't want to register because he didn't believe

1    that he was required to register.  And he knew that his

2    colleagues who wanted to go into government service might

3    have a problem if they had been identified as a foreign agent

4    for the Ukraine.  And if he ever went back to the government,

5    which he never did, he would have the same issue.

6         But did he really have a motive to lie and impugn his

7    own reputation, the character that he had built up over 50

8    years of practice?  Would he do that in order to not

9    register?  Does it make any sense to you?

10         He had no motive to lie.  He didn't lie.  He didn't

11    falsify or conceal.  He didn't go about willfully violating a

12    known legal duty to supply information to the FARA Unit,

13    information that he was never asked for.  And listen to the

14    instructions on that.

15         I ask you to weigh the credibility of the witnesses

16    for and against.  Mr. Craig testified, Mr. Sloan testified,

17    Mr. Haskell, Mr. Kedem, Mr. Gross.  Are they all lying about

18    something?  Compare their testimony to that of the witnesses

19    the government has presented:  Mr. Hawker, the occupational

20    liar, and Mr. Gates, the congenital liar.  And the lack of

21    evidence from other principal players in this matter who were

22    never presented so that you could judge their credibility.

23    Where was Manafort?  Where was David Sanger?  Where is

24    van der Zwaan?  Where is Vin Weber?  Where is Bruce Jackson?

25         Has the government failed to meet their burden of

1    proof?

2         There was a politician several years ago named Ray

3    Donovan.  It is not the TV show character.  But Mr. Donovan

4    was a cabinet member wrongly accused of a crime several

5    decades ago.  And when it was all over, he asked this

6    question:  Where do I go now to get my reputation back?

7         In this case, ladies and gentlemen, we are putting

8    our trust in you, the jury.  We ask that you restore Greg

9    Craig to his family, to his colleagues, to his friends, and

10   salvage his reputation, a reputation that he built up over 50

11   years.  We ask that you weigh the evidence, apply the law,

12   and find him not guilty and prevent this prosecution from

13   sounding a horrible false note at the end of his remarkable

14   career of service, honor, and integrity.

15        I thank you for your attention.  My work is nearly

16   finished.

17        I have one final thought.  I will try other cases, as

18   will my colleagues.  So will the prosecutors.  And Judge

19   Jackson, no doubt, will preside over many future trials.  But

20   what you decide in your deliberations today and tomorrow will

21   have a permanent and indelible impact on Greg Craig --

22        MR. CAMPOAMOR-SANCHEZ:  Objection.

23        MR. MURPHY:  -- and his family.

24        THE COURT:  All right.  Is that the end?  Do you have

25   more?

3506

```
 1              MR. MURPHY:  Two sentences.

 2              THE COURT:  All right.  Give your two sentences.

 3              MR. MURPHY:  We are confident in leaving this awesome

 4     decision to you, good people, and we are confident that you

 5     will find Mr. Craig not guilty of this charge and you will

 6     put an end to this two-year ordeal that he has lived through.

 7              Thank you.

 8              THE COURT:  All right.

 9              I think we should do the rebuttal today.  It is going

10     to be brief.

11              MR. CAMPOAMOR-SANCHEZ:  May I approach?

12              THE COURT:  Yes, you can approach.

13              (At the bench)

14              MR. CAMPOAMOR-SANCHEZ:  Just one or two objections on

15     the record to what Mr. Murphy said, to restore Mr. Craig to

16     his family --

17              THE COURT:  I was a little troubled by that, too.

18              MR. CAMPOAMOR-SANCHEZ:  -- and then when that got put

19     together with what I did object to, I think that was

20     inappropriate argument at the end.

21              THE COURT:  I'm not sure what you meant by restore

22     him to his family.

23              MR. MURPHY:  His family has been here every day

24     living through this with him.  It's just a horrible

25     situation.
```

3507

1            THE COURT:  It made it sound like he has been locked

2     up or something.

3            MR. CAMPOAMOR-SANCHEZ:  It sounds like he has been in

4     jail.

5            MR. MURPHY:  I didn't mean to suggest that.

6            THE COURT:  I know, but it's weird.  He hasn't been

7     taken away from his family.  I understand restore his

8     reputation.  But I think it is fair to say that that remark

9     was made in error, and I'll do that instead of making it

10    sound like you deliberately said something --

11           MR. MURPHY:  I didn't mean it that way.

12           THE COURT:  I know you didn't.  It took me by

13    surprise.  And I would also like to say for the record that I

14    think that was two hours.

15           MR. CAMPOAMOR-SANCHEZ:  I think it was over two

16    hours.

17           We don't have any objection to going forward,

18    although it is now 5:00.

19           THE COURT:  I can release the jury, but I think you

20    know what we're going to get, and I would like them to have

21    as much time to deliberate tomorrow as possible.  If yours is

22    shorter if there's a break --

23           MR. CAMPOAMOR-SANCHEZ:  I mean, if -- just so that

24    they're receptive to what Mr. McCullough is now going to

25    argue, can we have 5 minutes or 10 minutes?

1          THE COURT:  I will ask them if they want a break, if

2     they want to do it first thing in the morning at 9, or if

3     they want to do it now.

4          MR. McCULLOUGH:  I think it would be useful to have a

5     brief break to make sure that this is nice and concise --

6          THE COURT:  All right.

7          (In open court)

8          THE COURT:  All right.  Members of the jury, two

9     things:

10         First of all, at the very end of his argument,

11    Mr. Murphy said something about restoring Mr. Craig to his

12    family.  I think that was in error.  He was talking about

13    restoring his reputation.

14         We now are at the point where the government has the

15    opportunity to make a rebuttal argument.  It is supposed to

16    be short.  We have the choice of hearing it.  I think it

17    could probably be 30 minutes.  We have the choice of having a

18    short break before, which might advance our goal in having it

19    be tight.  Or we could hear it first thing tomorrow morning

20    at 9:00, and then the instructions, and then you start to

21    deliberate.

22         You all have consistently wanted to move forward when

23    moving forward was an option, but I haven't usually asked you

24    that question at 5 p.m.

25         Is there a general thought among the group as to

3509

1    whether you want to hear the rebuttal argument today?

2          I think we will take a short break no matter what

3    because you have been sitting for a long time.

4          Or whether you would like to hear it tomorrow

5    morning.  I realize you haven't had the chance to confer.

6    You can . . .

7          All right.  Is that the will of the group?

8          All right.  We will not do the jury instructions,

9    though, this afternoon.  That's about a half an hour, 40

10   minutes of listening to me.  And I think it is important that

11   you hear that when you feel like listening to someone.  So we

12   will do that.  And I would like to convene -- we have been

13   starting at 9:30.  Can we start at 9:00 tomorrow morning so

14   that you get as much time tomorrow to think about this and do

15   your work as possible?

16         We will take a very short break.  At 5:10,

17   Mr. McCullough will be standing at that lectern, ready to

18   talk to you.

19              (Jury not present)

20         THE COURT:  All right.  You're all excused to return

21   in 10 minutes.

22         That lectern needs to go wherever it came from.

23         (Recess taken)

24         THE COURT:  Bring in the jury, please.

25         (Jury present)

1          THE COURT:  All right.  Mr. McCullough, you can

2     proceed.

3          MR. McCULLOUGH:  Thank you, Your Honor.

4          Ladies and gentlemen, thank you very much.  And I

5     will be as brief as I can.  I do not plan to go over 30

6     minutes.  And if I do, we'll get the signal that we have all

7     come to know and love to wrap it up.

8          Mr. Murphy stood here, and he told you a number of

9     facts about what had happened.  He showed you a number of

10    e-mails that showed what had happened.  And through all of

11    that, what he is doing is trying to explain away the mountain

12    of evidence that you have seen in black and white.

      Mr. Murphy just walked you through all these facts, and

13

14    you've heard them.  And the reason it takes two hours to walk

15    you through that narrative is because they have to explain

16    away all of the evidence in black and white that tells you

17    what Mr. Craig was doing.

18         Mr. Craig, on that day, in his own words, here's why

19    I'm talking to David Sanger:  Because the Ukrainians have

20    determined that you should get first look at it.

21         And you have seen all of the evidence.  You know this

22    is not the only e-mail that explains what was happening on

23    that day.  That is corroborated by e-mails of Gates.  That is

24    corroborated by e-mails of Hawker.  It's there.  You know why

25    this happened.

1          And here's the thing:  All of those facts and all of

2     that rationale, it actually doesn't matter the way he is

3     explaining it.  What matters is the fact that Heather Hunt

4     was asking for those facts.

5          Think about how Heather Hunt would have reacted to

6     just know those facts.  She asked the questions:  Who did you

7     give the report to and when?  Who did you talk to and when?

8     Right?  And what did your firm know about the distribution of

9     this report?

10          And those facts, those facts, were called for by the

11     questions.  And Mr. Craig did not give them to Heather Hunt.

12          Why?  He forgot?  This is one of the most gifted

13     lawyers.  He did not forget.  And it's not because he didn't

14     understand the questions.  It's because Mr. Craig wanted to

15     get the result that he thought he was entitled to.  He didn't

16     trust Heather Hunt to work through those facts.  He withheld

17     the facts because he didn't think he had to register.  And he

18     was going to get that result.  And that's what this case is

19     about.

20          So, ladies and gentlemen, when you get back to the

21     jury room, I'm going to offer you an idea here:  Start and

22     focus with the questions that Heather Hunt asked.  And think

23     about what she is asking for and the facts that she is asking

24     for.  And look at the answers that the defendant gave.

25          And ask yourself:  What facts are being omitted

1    there?  And then ask yourself:  Did they matter to Heather

2    Hunt?  Did they matter?  Were they material to Heather Hunt?

3         And you have heard the testimony of Heather Hunt.

4    She said this is what I was asking for.  These are the facts

5    that I wanted to understand.  And she explained why.  Because

6    I need to understand whether she is acting at the request of

7    Ukraine.

8         And then ask yourself whether Mr. Craig did that

9    intentionally.  We submit to you he did.  Lied to his

10   partners.  Lied to his partners.  The general counsel of the

11   firm, lied to him.  Flat-out.  We will go through that.  Even

12   today we can't get anyone to admit that that was just a

13   flat-out lie to the partner to execute the scheme.  Because

14   he first needs to convince his law firm, right, before he can

15   convince the FARA Unit.

16        And this is a defendant who values precision.  He

17   knows how to get the facts.  He knows how to craft the

18   answers.  This idea that this was just all an unfortunate

19   circumstance of a lapse of memory doesn't work.

20        And what we heard was that Heather Hunt -- defense

21   wants you to believe that Heather Hunt didn't ask the right

22   questions; that she didn't go on a search for when the report

23   was published and when he talked to *The New York Times*.  And

24   if she just looked at *The New York Times* article, she would

25   have figured all that out.

1        I ask you, this is what defendant told Heather Hunt.

2    When was the report released to the Ukrainian Ministry of

3    Justice?  The Ministry of justice released the report on

4    December 12-13.  Just like everything else, they are melding

5    all the facts together.  That's the answer that defendant

6    provided.  He doesn't say, I talked to *The New York Times* on

7    the 12th and the report was released on the 13th.  No, he

8    puts it all together.  Because he is trying to get the result

9    that he believes he is entitled to.

10        Folks, Heather Hunt did her job.  She asked the

11    questions, and she did not get the facts that she was asking

12    for.

13        To whom did you release the report and when?

14        He doesn't tell her that he released it on

15    December 11th.  He drove it out to David Sanger's home.  He

16    doesn't tell her that he gave a copy of it to Vin Weber in

17    October and put Vin Weber in touch with David Sanger.  That

18    is just simply a fact that Heather Hunt wants to know and

19    needs to know to make this determination, and that is not

20    provided, full stop.

21        What was your firm's understanding of what would

22    happen to the report when it was released?

23        The law firm did not advise the Ministry on that

24    issue.  And we heard that defense wants you to believe now

25    that because defendant didn't actually draft and recraft the

1    answers to the media plans that he didn't advise the Ministry

2    on that issue.

3            But he did advise the Ministry on that issue.  He

4    talked about how to roll out the report.  He talked about

5    getting exclusive access to David Sanger.  He talked about

6    how are we going to ensure that David Sanger puts this in the

7    paper as the first report that is published.

8            And did your firm have any interviews?

9            Nope.  He doesn't remember seeding it with David

10   Sanger and the fact that that is done at the request of

11   Ukraine.  Doesn't remember giving the interview to the

12   *Telegraph*, which was also arranged by FTI, even though he has

13   been reminded of FTI's involvement in this as he is drafting

14   the response to this letter.  And he doesn't mention David

15   Herszenhorn.

16           And Heather Hunt explained to you why these are

17   material facts.  These all go into the picture of what was

18   actually happening and why it was happening.  Was it

19   happening at the request of Ukraine?  Any one of these facts

20   could have tilted the balance in favor of registration, and

21   the defendant knew it.  And that's why he knew that he had to

22   withhold the information.  He had to do it because he knew he

23   had entered into a gray area.  Right?

24           He told you that himself.  Talking to journalists was

25   entering into a gray area.  The more contacts I have, the

1    more discussion I have, the more interviews I give, the more

2    likely it is that I'm going to have to register.  So he hides

3    all these facts.  He doesn't share them with Heather Hunt.

4    And these are clearly called for by the questions she asked.

5         And how careful is he?  The defendant doesn't even

6    draft a fake letter without editing it.  He edits a fake

7    letter with a fake justification.  He cares about precision.

8         So ask yourself whether it is willful that he is

9    withholding these little pieces of information because he

10    doesn't want Heather Hunt to have the full picture.  And

11    that's this scheme.  He selects who he provides the

12    information to because he wants the result that he thinks he

13    is entitled to.  I don't want to register.

14         And while we're on that, this idea that there is no

15    motive for him to avoid FARA registration, let's just start

16    with Larry Spiegel.  You heard from Larry Spiegel, who said,

17    hey, I told Greg Craig, what's the big deal.  Just register.

18    It's FARA.  Put the name on the form.  Let's get the

19    information out.  Move on with our lives.

20         What was his reaction?  Outrage.  We can't do that.

21    This is a huge problem.  Dashes off the just for-the-record

22    e-mail.  Dashes off the letter that says we're going to take

23    this to the Attorney General.

24         And the defense wants you to believe that he didn't

25    care, that this was irrelevant, that all the information was

1    disclosed, it didn't matter.

2         The Defendant -- Mr. Murphy mentioned *Jerry Maguire*.

3    Right?  What's the line from that movie.  "Show me the money.

4    Show me the money."  $4 million.  $4 million.  And they're

5    telling you that Greg Craig had no interest in doing anything

6    for Ukraine.  And he was willing to defy the Ministry of

7    Justice even though he says in the letter the Ministry of

8    Justice doesn't want me to release the name of who is

9    actually paying for this, and neither does Victor Pinchuk,

10   even though he doesn't name Mr. Pinchuk.  He is getting

11   $4 million to do this.  He is under the control of Ukraine.

12        When we talk about October, when we talk about Rick

13   Gates and Jonathan Hawker, and they took the stand -- and

14   we've heard about the various names that have been applied to

15   them now -- when Jonathan Hawker took the stand and he is

16   confronted with something that he did wrong, what does

17   Jonathan Hawker do?  Hey, you changed the quotes, didn't you?

18   Yes, I did.  That was wrong.

19        Rick Gates confronted with his crimes, yep, you're

20   right, Ms. Junghans, I committed those crimes.

21        The defendant, confronted with a fake invoice, that's

22   not a fake invoice, that's something else.  I know what it

23   says.  It's not that.  The defendant is confronted with the

24   fact that the report is released in November of 2012.  What's

25   his response?  Well, if you ask me, the report was done in

1    September.  Okay.  That's the world according to Greg Craig.

2    I get my own facts.

3              And they mention the billing records.  Look at the

4    billing records.  He is in touch with Manafort in November.

5    He is changing the report in November.  It is sitting there.

6    And he's taking the stand and saying, well, if you ask me,

7    the report's done in September.  That's what he is telling

8    you.  He didn't say, well, we made some changes in November.

9    Probably November.  Probably not right.  No.  Didn't happen.

10   No, didn't happen.

11             And so let's just be clear when we get to what

12   happens in October.  He flat-out lies to Heather Hunt, and

13   that is part of hiding these facts.

14             Here's her letter to him.  This is the determination

15   letter.  She knows that he has written this independent

16   report that is critical of Ukraine.  She knows he has been in

17   touch with media.  And she knows that he has corrected

18   misinformation.  That's why he did this.  She knows that.

19   She says, you have to register.  Right?

20             So what's the new fact?  What's the new fact?  And he

21   knows the new fact he has to give her.  The new fact is that

22   no, no, no, no, no, I gave him a copy, but this was done in

23   response to requests from the media.  Simple enough.  I

24   understand that.  You understand that.

25             This is a request from the media.  That is what it

1    looks like.  Hey, do you have a copy of the report that you

2    might be able to pass along?  Huisman.

3         This is a request from the media.  Hey, I would

4    greatly appreciate a copy of the report.

5         I don't care what Mr. Murphy says or that Mr. Craig

6    takes the stand and tells you, that this is a request from

7    the media, that this is not a request from the media.  That

8    is a lie.  A lie.  And it is part of the scheme.  Because if

9    he doesn't tell you this, he's got to register.  This is a

10   false statement.

11        How about the second one?  Responding to inaccuracies

12   in U.S. news reports.  Didn't consult with Ukraine, didn't

13   inform Ukraine, didn't act under instruction from Ukraine.

14        Okay.  True with respect to the *L.A. Times*.  That's

15   what not consulting and not informing Ukraine looks like.

16   Hey, I just want to get your thoughts, bend your ear.  Here

17   is a quote.  Dispatch Alex Haskell to do it.  Right?

18   Mr. Craig doesn't do it even though he is terrified of what

19   Jonathan Hawker is going to do.  Mr. Craig doesn't do it.  He

20   dispatches Little Alex to go do it.  One quote.  That's it.

21   But that's not consulting with Ukraine.

22        And there's Huisman.  That's not talking to Ukraine.

23   We got a correction.

24        This is what consulting and informing Ukraine looks

25   like.  Hey, hand-delivering a copy to his house.  That's

1    great.  Let's make sure we move this along.  Little freaked

2    out about the timing here, though.  Mr. Craig says, no, no,

3    no, no.  I got it.  Tomorrow is not too late for Al Hunt or

4    *The Washington Post*.  That is consulting and informing

5    Ukraine.

6         Mr. Murphy wants to say, they didn't know exactly

7    what he was going to say to David Sanger.  Really?  Really?

8    Consulting and informing Ukraine.

9         And how about this:  How about did not act under

10   instruction from Ukraine.  Hey, Jonathan Hawker says,

11   Mr. Craig, please let them know that this seeding strategy

12   does not work if they don't get the report at *The New York*

13   *Times* before 3 a.m.

14        What does Greg Craig do?  Okay, David Sanger, the

15   report will be public at 3 a.m.  That's acting under

16   instruction from Ukraine.  That's executing a seeding

17   strategy.

18        If it doesn't matter, if all he is trying to do is

19   counteract the spin, he's not in there, he's not doing this,

20   he doesn't care if it is the first one out, he just wants it

21   to be accurate.  Right?  No, he cares about the fact that

22   Ukraine gets what it paid for.  A balanced report, a nuanced

23   report, a nuanced message that he and Manafort had talked

24   about.  And *The New York Times*.  *The New York Times*.

25        Yanukovych has never been so lucky.  Right?

1          And what does it do?  It highlights the two key

2     findings.

3               Let's go right to it.

4               Actually, we'll get to that.  Before I get to that,

5     how do you know that those statements in the letter to the

6     FARA Unit are false?  Because it is the same thing that he

7     said to his partners, the same lies that he had to tell to

8     his partners to convince them that he didn't have to

9     register.

10              Just for the record, they contacted us to provide

11     them with a copy.  At no time did we contact them.  Same

12     message he gives to Heather Hunt.

13              And this, according to Greg Craig on the stand,

14     that's a muddle, not a lie.  But he did lie to the FARA Unit

15     about the same facts.  No, it's a lie.  The same thing.

16              Greg Craig turns that short-form lie, the just

17     for-the-record e-mail, to a long-form lie and sits down and

18     drafts a full letter -- full letter -- with the same false

19     premise.  This is to his law firm.  It is not submitted to

20     FARA.  But this is planning for what he is going to say to

21     FARA.  He needs to say these things to FARA if he is not

22     going to register.

23              Think about all the stuff that sweeps in under that.

24     He omits talking to Sanger.  He omits suggesting Sanger to be

25     the seeded reporter.  The backgrounding of the journalist.

1       All of that out.

2               And he knew exactly what the issue was.  The issue

3       that FARA was interested in was media contacts.  That is what

4       Heather Hunt wanted to know.  And this is Greg Craig saying,

5       hey, going into this meeting, it seems like the one thing you

6       really want to know about is what did I do with the media.

7       And did he tell Heather Hunt everything?  Did he tell her

8       everything Mr. Murphy told you?  No.  No.

9               What does he do in the lead-up to the meeting?  He

10      focuses on this letter.  The morning of the meeting, he looks

11      at this letter.  It says 2:36.  It is 10:36 a.m. by

12      stipulation.  He looks at the letter.

13              These are lies.  And if they're not flat-out lies, it

14      is an effort to navigate his way through this issue without

15      telling Heather Hunt the truth, without revealing the facts.

16              We heard all of this about how Gates and Hawker had

17      different memories on the stand.  That's natural, right?

18              What color shirt did Paul Manafort have on?  I don't

19      know.  Red, blue.  What kind of tie?  Who cares?  All of

20      these piddling facts about what they couldn't get their story

21      straight on.

22              You know what the fact that they could get straight

23      on?  That Greg Craig was part of the media rollout.  They

24      both knew that.  The little facts, the little details, those

25      are inconsistencies that are natural, and they frankly

1    demonstrate, in my opinion, the truth.

2            And how do you know that Mr. Craig knew that this was

3    all happening according to plan?

4            Did you know that Mr. Hawker was trying to get *The*

5    *New York Times* to write an article before anybody else did?

6            I did know that.

7            He knows.

8            And here is the black-and-white evidence that proves

9    to you that this is all part of the plan.  Jonathan Hawker

10   offering the interview with Greg Craig.  Greg Craig doing the

11   same thing, exactly as planned.

12           And what does Rick Gates say?  Rick Gates says, there

13   are good quotes on selective prosecution in the articles.

14   Good quotes on selective prosecution.

15           That's the whole issue, right?  That they thought

16   that Greg Craig was going to go out and spin the report and

17   tell them something false.  They involved Greg Craig in this.

18   They intentionally involved Greg Craig in this effort.

19           And here is Rick Gates telling you that my only

20   disappointment was a quote in *The New York Times* article,

21   that that was part of the strategy in using him.  That was

22   part of the strategy in using him.  And that is Rick Gates

23   seven years ago telling you the same thing that he told you

24   on the stand.  That is Rick Gates before the FBI ever knocked

25   on his door.  Before Mr. Murphy ever got to comment on what

1      he thinks of Mr. Gates.  That's what Rick Gates thought on

2      the day.

3              And guess what?  It is the same thing that Mr. Craig

4      thought.  It is the same thing that Mr. Craig wrote.

5              And here is the article.  Overall, lawyers from the

6      Skadden firm seem to side heavily with President Yanukovych.

7      No evidence to support her main contention that prosecution

8      was a politically motivated effort.

9              That is the seeding strategy.  Everything that they

10     talk about, all these other articles, they're dependent on

11     this.  Right?

12             They talked about Jonathan Hawker's worst nightmare,

13     the worst-nightmare article.  The worst-nightmare article

14     happens if Greg Craig doesn't walk this report over to David

15     Sanger's house and say, let me tell you the nuanced message.

16     There's some good.  There's some bad.  Highlight it all.

17             The fear was just dropping it off because people

18     would see it for what they thought it might be.  Skadden is

19     being paid $12,000.  I don't know what's going on.  This is

20     some weird stuff.  Looks like a sham.

21             No, Greg Craig goes over, and he tells David Sanger,

22     this is not a sham.  It's a real thing.  Independent.  And we

23     found some good things.  And we actually -- I know everybody

24     says this is a political prosecution.  We looked at this

25     really close issue, and we didn't see it.  We didn't see

1    selective prosecution.  That's a good thing for Ukraine.

2    They want to make you believe it is all bad.  That's a great

3    thing for Ukraine.

4         We talked about this.  Again, you know the way that

5    Greg Craig, the man of great reputation and stature, he wrote

6    this, and he wrote this because Manafort asked him to.  He

7    calls it an accommodation for a client.  It is because he

8    recognizes the PR value of the report.  Because they need a

9    plausible explanation for how much Skadden is being paid.

10   And this is their means to get there.  Send us a fake

11   invoice.  We will put it through Ukraine.  We will say we

12   paid $4 million because $12,000 doesn't sound right.

13        And again, they talked about Mr. Craig's extreme

14   concern about Jonathan Hawker.  And it started on

15   December 11th when he gets the e-mail from Jonathan Hawker.

16   Right?  That's their story.  He gets the e-mail from Jonathan

17   Hawker, and he says, oh, my God, I need to throw myself in

18   between Jonathan Hawker and *The New York Times*.

19        Then, he talks to Tom Parfitt, and Tom Parfitt says

20   something to him about -- well, who knows what?  And

21   according to Greg Craig, he gets more upset.  And he needs to

22   get in between himself and Hawker.

23        December 12th, 11:46, he has talked to Tom Parfitt.

24   And what does he do?  Later that night he tells his PR people

25   at Skadden, direct all inquiries to Jonathan Hawker.  He is

1     not afraid of Jonathan Hawker at all.  It is simply not true.

2     It is an after-the-fact story to explain away the

3     black-and-white evidence that you have seen.  That's what

4     this is.  That's why they want to talk about *The National Law*

5     *Journal,* they want to talk about the *L.A. Times,* they want to

6     talk about anything but *The New York Times*.  They want to

7     talk about anything but the fact that he executed the seeding

8     strategy.

9          And just to be clear about the seeding strategy and

10    whether he knew that that was the plan.  They dispute that he

11    knew that that was the plan.  Think about it like a high

12    school basketball team.  Right?  They know one play.  They

13    know one play.  And in October, they dribble the ball up the

14    court.  Vin Weber, you go to the basket and you talk to

15    Sanger.  Right?  And they execute it.  That was the plan.

16    That's exactly what they did.  And they run the same play in

17    December.  Jonathan Hawker, run to the basket.  Talk to David

18    Sanger.  Have him call me.  It is the same play.

19          If that is not a plan, if that is not evidence of

20    Mr. Craig executing the plan, then this is a terrible --

21    terribly, terribly bad coincidence.  Because everything he is

22    doing and everything he is writing and everything that

23    everybody else is writing says that he is part of the plan.

24          We talk about reasonable doubt.  Reasonable doubt, as

25    you will get the instruction from the Judge, is

3526

1          doubt -- beyond a reasonable doubt is proof that leaves you

2          firmly convinced of the defendant's guilt.  Not beyond all

3          doubt.  Not everything.  What does that mean?

4                  That's why I have this picture.  We rent the same

5          house every year.  And we go up for the summer.

6                  MR. MURPHY:  Objection, Your Honor.

7                  May we approach.

8                  THE COURT:  Okay.

9                  (At the bench)

10                 MR. McCULLOUGH:  You object to a picture of a bird?

11                 MR. MURPHY:  I do object to instructing the jury on

12         reasonable doubt based on some sort of cartoon --

13                 THE COURT:  I think what he is going to say, you know

14         what this is a picture of even though there are a couple of

15         pieces missing.  I don't think he is making a mathematical

16         thing, that only two pieces missing.  I think what he is

17         saying is you can look at this and you still know the truth

18         of what is in the picture, even though not everything is

19         there.  And I think that is just what it is meant for.

20                 And I think you should get through it quickly and go.

21                 MR. MURPHY:  Two other things while I'm up here.

22                 I don't like to object in the course of someone's

23         closing argument.

24                 At one point, I think Mr. McCullough vouched for the

25         credibility of a witness.  He said that, in my opinion, the

3527

1    testimony of Gates and Hawker is true.

2            THE COURT:  I think he said, in my opinion, that it

3    shows you're being truthful when you admit things that you

4    did wrong, and he shouldn't have said that, but I don't think

5    he specifically vouched for the credibility of the witness.

6    He said that this is something that he thinks has to do with

7    credibility.

8            MR. MURPHY:  The other point --

9            THE COURT:  I will instruct the jury that lawyers'

10   opinions about what is important is not --

11           MR. MURPHY:  The other point is that he

12   mentioned -- he made an argument that Mr. Craig went over to

13   Mr. Sanger's house and talked to him about the report and

14   said that it wasn't a sham.  There is absolutely no evidence

15   to suggest that Mr. Craig met with Sanger when he went over

16   to his house, any discussion that they had.  Basically, they

17   didn't have a discussion because Mr. Sanger wasn't home when

18   Mr. Craig went there.

19           THE COURT:  I think he said he went there and he

20   talked to him.  I don't think he necessarily is saying it

21   happened at the same time.  The jurors' recollection will

22   control.  This is argument.

23           It is very close to the end of his argument.

24           MR. McCULLOUGH:  This is it.

25           THE COURT:  Let's finish it up.  I don't think he

1    really has crossed the line here.

2              (In open court)

3              MR. McCULLOUGH:  You break out the same puzzle every

4    year, and you ask us why do we keep doing this to ourselves.

5    We do the puzzle.  And it is missing a couple of pieces.  And

6    it's frustrating.  We can't actually get the last couple of

7    pieces.  But even though there may be some facts in this case

8    you're kind of interested in knowing, some things that have

9    intrigued you about this or that, reasonable doubt goes to

10   the elements of the offense.  The elements of the offense are

11   what you have to ask yourself, do you have the facts to

12   convict.  Even though we're missing a few pieces, you have no

13   doubt that there is a tree with a birdhouse and a bird.  If

14   those are the elements, you have the facts you need.

15             Do not get distracted by all of the other things that

16   we have gone through that might be interesting to know.

17   Focus on the elements and ask yourselves whether you have the

18   facts to meet those elements.

19             So in closing, ladies and gentlemen, this case is

20   about whether Greg Craig failed to provide facts that were

21   responsive to Heather Hunt's specific questions, questions

22   she asked him about and questions that Greg Craig understood

23   she wanted and needed to make her determination.

24             And Mr. Craig schemed to deceive his law firm and

25   then the FARA Unit about what had actually happened, and he

1    did that because he believed that he deserved a different

2    result, he was entitled to the result that he thought he

3    should get.

4         Hold him accountable.  Find him guilty.

5         Thank you.

6         THE COURT:  All right.  Thank you.

7         Can you take that picture down.

8         MR. McCULLOUGH:  The bird is down.

9         THE COURT:  All right.  You have now heard all the

10   evidence in the case.  You have heard all the argument in the

11   case.  There is one more step left before the case is

12   submitted to you to decide, and that is for me to give you

13   the instructions as to what the law requires.  And until that

14   happens and you're actually returned to that jury room to

15   perform that task, you are still bound not to discuss this

16   case this evening, not to do any research about the case this

17   evening, but simply to return tomorrow morning, be here at

18   quarter of, 10 of 9, so that we can start at 9:00.  We will

19   read you the instructions.  It will be at that point that we

20   excuse the alternates and the jurors will have the

21   opportunity to discuss the case among yourselves in the jury

22   room.

23        That also means that, just for your information,

24   lunch will be delivered to you in the jury room tomorrow.

25   You won't be going down to the cafeteria.  So if there is

1    something you particularly like that you're used to buying,

2    you should bring it.  But lunch will be delivered to you

3    tomorrow.

4            I encourage you all to have a pleasant evening.  Be

5    here on time even though it is a little earlier than usual.

6    And thank you very much for your attention on a long day.

7            (Jury not present)

8            THE COURT:  All right.  Everyone, you're excused.  I

9    will see you tomorrow morning at 9.

10           The first night that no one has any homework.

11           (Proceedings adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3531

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3              I, Patricia A. Kaneshiro-Miller, certify that the

4         foregoing is a correct transcript from the record of

5         proceedings in the above-entitled matter.

6

7

8         /s/ Patricia A. Kaneshiro-Miller          September 4, 2019
          ------------------------------------      ---------------------
9         PATRICIA A. KANESHIRO-MILLER                      DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3532

## $

**$12,000** [7] - 36:8, 36:9, 40:16, 61:21, 61:23, 157:19, 158:12
**$250,000** [1] - 61:2

## '

**'12** [1] - 127:5
**'90s** [1] - 38:8

## /

**/s** [1] - 165:8

## 1

**1** [16] - 14:21, 19:16, 19:18, 25:2, 25:5, 31:15, 34:15, 36:10, 39:18, 43:24, 49:25, 114:1, 118:12, 119:1, 130:25
**1,075,000** [1] - 116:13
**10** [4] - 64:20, 141:25, 143:21, 163:18
**10-minute** [1] - 64:18
**100** [1] - 1:21
**1000** [1] - 1:25
**1082842** [1] - 119:13
**10:36** [1] - 155:11
**10th** [28] - 60:2, 79:13, 80:22, 87:8, 95:12, 120:24, 130:8, 134:3
**11** [2] - 31:13, 33:14
**11-12** [1] - 119:19
**11:00** [1] - 79:2
**11:46** [1] - 158:23
**11th** [26] - 25:20, 29:6, 29:16, 31:7, 31:11, 32:1, 32:19, 33:7, 41:1, 41:3, 41:7, 41:10, 43:17, 76:1, 80:13, 81:18, 103:14, 104:16, 108:21, 113:15, 118:19, 119:7, 119:23, 147:15, 158:15
**12** [6] - 19:24, 130:7, 131:8, 132:21, 132:22
**12-13** [3] - 25:17, 119:19, 147:4
**1246982** [1] - 119:12
**126** [1] - 90:5
**12:13** [1] - 26:17
**12:35** [1] - 26:17
**12th** [33] - 25:10, 25:19, 26:2, 34:4, 34:7, 34:10, 35:22, 41:1, 41:7, 41:10, 41:15, 45:3, 76:15, 76:16, 113:15, 118:15, 118:20, 119:1, 119:7, 119:23, 120:1, 120:6, 120:7, 120:12, 120:13, 121:2, 121:4, 123:16, 147:7, 158:23
**13** [3] - 22:8, 132:3, 132:21
**13th** [22] - 25:10, 25:20, 26:2, 41:10, 41:16, 55:19, 60:2, 74:15, 76:1, 89:19, 113:22, 118:15, 119:1, 120:1, 120:9, 121:5, 121:7, 123:16, 131:10, 132:15, 147:7
**14th** [2] - 76:17, 113:23
**15** [1] - 1:6
**15th** [2] - 39:7, 60:13

**16th** [1] - 132:2
**18** [2] - 78:21, 79:20
**180** [1] - 97:9
**1800** [1] - 1:24
**186** [1] - 106:15
**186-page** [1] - 107:4
**18th** [2] - 78:23, 113:24
**19-125** [1] - 3:5
**19-CR-125** [1] - 1:5
**194** [1] - 104:22
**196** [1] - 125:2
**1960s** [1] - 97:16
**1972** [1] - 97:20
**19th** [2] - 76:19, 129:21
**1:07** [1] - 3:2
**1:27** [1] - 26:18
**1st** [3] - 40:23, 41:8, 118:22

## 2

**2** [20] - 10:25, 23:8, 25:3, 25:9, 39:22, 40:2, 40:12, 43:24, 49:25, 53:6, 63:5, 65:21, 65:22, 65:25, 114:8, 114:18, 115:7, 115:25, 137:4, 137:20
**200** [2] - 20:8, 57:17
**20001** [1] - 2:3
**20036** [1] - 1:25
**2012** [28] - 3:14, 10:18, 19:24, 20:2, 20:5, 21:3, 24:20, 25:21, 26:1, 56:4, 62:20, 66:4, 66:11, 76:1, 79:13, 80:13, 80:14, 87:23, 103:2, 104:22, 105:18, 108:21, 114:24, 125:3, 131:8, 134:3, 136:10, 150:24
**2013** [16] - 10:11, 62:20, 65:18, 65:24, 66:4, 66:9, 66:14, 68:20, 68:21, 70:11, 76:7, 116:12, 118:22, 121:15, 137:4, 137:18
**2014** [3] - 14:10, 132:2, 132:20
**2019** [3] - 1:8, 56:4, 165:8
**202** [1] - 2:4
**20530** [2] - 1:16, 1:18
**20th** [2] - 44:2, 76:7
**21202** [1] - 1:22
**226** [2] - 111:10, 111:11
**227** [2] - 111:10, 111:14
**236** [1] - 111:23
**23rd** [2] - 14:23, 22:3
**241** [2] - 89:5, 89:6
**2440** [1] - 1:21
**248** [1] - 72:23
**24th** [1] - 83:19
**250** [1] - 22:13
**251** [1] - 74:13
**254** [1] - 16:6
**258** [1] - 16:20
**259** [1] - 17:3
**25th** [4] - 80:13, 81:18, 83:9, 110:8
**26** [1] - 97:23
**261** [1] - 85:4

**262** [1] - 83:17
**267** [2] - 82:9, 110:8
**27** [1] - 21:3
**274** [1] - 87:22
**275** [1] - 86:6
**27th** [2] - 87:23, 89:12
**280** [1] - 58:4
**28th** [5] - 21:16, 21:21, 41:9, 41:19, 86:8
**295** [1] - 114:10
**2:36** [1] - 155:11
**2nd** [2] - 26:13, 58:4

## 3

**3** [13] - 1:8, 16:11, 32:20, 34:6, 34:8, 39:18, 64:24, 76:10, 88:9, 117:8, 125:7, 153:13, 153:15
**30** [3] - 38:6, 142:17, 144:5
**300** [1] - 26:11
**304** [1] - 26:11
**30th** [4] - 104:21, 105:17, 125:3, 125:20
**31** [1] - 20:5
**316** [1] - 39:9
**317** [2] - 77:15, 77:17
**318** [1] - 79:19
**31st** [1] - 76:9
**327** [1] - 93:2
**328** [1] - 80:19
**33** [1] - 4:2
**332** [1] - 103:18
**333** [1] - 2:3
**350** [1] - 29:11
**351** [1] - 106:7
**354-3243** [1] - 2:4
**369** [1] - 31:6
**376** [1] - 36:2
**384** [1] - 112:18
**396** [1] - 72:12
**3rd** [16] - 12:23, 14:8, 28:20, 28:22, 38:16, 42:14, 68:20, 68:21, 70:11, 117:12, 118:9, 126:11, 126:16, 127:5, 129:6, 129:8

## 4

**4** [11] - 10:1, 10:24, 65:20, 117:12, 121:8, 126:11, 150:4, 150:11, 158:12, 165:8
**4,150,000** [1] - 116:23
**40** [1] - 143:9
**402** [2] - 39:9, 73:6
**426** [2] - 58:11, 58:12
**428** [2] - 118:16, 118:21
**430** [3] - 40:23, 118:16, 119:3
**4700A** [1] - 2:2
**4s** [1] - 40:19

3533

**5**

**5** [9] - 3:13, 15:7, 23:12, 31:13, 32:4, 64:24, 126:20, 141:25, 142:24
**50** [4] - 97:10, 99:3, 138:7, 139:10
**50-year** [1] - 98:9
**501** [1] - 108:19
**517** [1] - 122:19
**530** [1] - 19:23
**548** [1] - 62:2
**555** [1] - 1:15
**58** [1] - 75:12
**583** [1] - 21:1
**5:00** [1] - 141:18
**5:10** [1] - 143:16
**5th** [8] - 28:12, 42:16, 77:21, 77:22, 95:5, 103:2, 126:20, 134:6

**6**

**6** [4] - 29:11, 32:1, 34:23, 35:24
**60** [3] - 52:13, 74:18, 132:15
**601** [1] - 76:5
**61** [1] - 38:6
**63** [2] - 3:21, 3:24
**64** [1] - 38:6
**6th** [4] - 34:15, 39:7, 79:21, 124:14

**7**

**7** [3] - 6:5, 34:10, 44:4
**71** [2] - 38:6, 101:10

**8**

**822** [1] - 17:14
**829** [1] - 136:7

**9**

**9** [3] - 142:2, 163:18, 164:9
**94** [1] - 78:18
**94th** [1] - 78:17
**950** [1] - 1:18
**9:00** [3] - 142:20, 143:13, 163:18
**9:30** [1] - 143:13
**9th** [11] - 39:3, 40:9, 40:22, 46:18, 47:24, 54:8, 59:25, 60:1, 121:17, 129:3, 130:1

**A**

**a.m** [6] - 33:14, 34:6, 34:8, 153:13, 153:15, 155:11
**Aarons** [2] - 108:21, 108:24
**abandon** [1] - 30:16
**abandoned** [1] - 137:20
**Abelson** [1] - 1:19
**abide** [1] - 49:21
**able** [11] - 17:7, 27:13, 43:14, 45:16,

54:9, 69:4, 100:9, 101:18, 110:14, 131:2, 152:2
**above-entitled** [1] - 165:5
**abreast** [1] - 22:11
**abroad** [2] - 45:20, 125:11
**absence** [2] - 109:19
**absolutely** [6] - 22:1, 51:5, 54:14, 55:24, 60:20, 161:14
**accept** [1] - 46:5
**access** [1] - 148:5
**accesses** [1] - 46:23
**accident** [1] - 13:10
**accommodation** [1] - 158:7
**accordance** [1] - 51:12
**according** [12] - 55:2, 77:3, 86:22, 98:20, 109:5, 112:2, 127:5, 137:24, 151:1, 154:13, 156:3, 158:21
**accordingly** [2] - 126:25, 127:19
**account** [7] - 10:1, 24:2, 24:3, 24:17, 61:8, 78:4, 108:16
**accountable** [2] - 64:8, 163:4
**accountant** [1] - 61:6
**accounts** [2] - 91:21, 92:2
**accurate** [10] - 20:17, 20:18, 46:1, 54:14, 55:4, 82:16, 83:22, 116:20, 134:3, 153:21
**accusation** [1] - 88:12
**accused** [1] - 139:4
**achieved** [1] - 110:13
**acknowledged** [1] - 127:23
**act** [8] - 4:15, 49:4, 132:18, 133:2, 133:14, 135:14, 152:13, 153:9
**acted** [12] - 34:3, 37:8, 49:24, 69:1, 70:15, 70:18, 70:19, 70:25, 127:14, 129:1, 134:12, 135:1
**acting** [14] - 4:21, 27:19, 65:15, 72:1, 108:13, 121:23, 126:8, 133:18, 133:20, 133:24, 134:23, 146:6, 153:15
**Action** [1] - 1:5
**action** [2] - 13:6, 46:15
**actions** [7] - 4:16, 38:12, 46:4, 71:1, 126:5, 126:7, 127:16
**activities** [8] - 10:13, 10:18, 11:20, 39:19, 114:20, 127:13, 127:17, 132:8
**acts** [1] - 48:2
**actual** [5] - 12:2, 14:20, 15:8, 16:6, 75:9
**Adam** [2] - 1:17, 1:19
**added** [3] - 3:10, 29:2, 102:25
**addition** [5] - 25:14, 61:23, 97:8, 123:14, 123:21
**additional** [9] - 19:22, 47:25, 62:19, 62:20, 116:7, 116:13, 131:23, 137:7, 137:9
**address** [7] - 12:13, 78:4, 78:6, 81:5, 81:11, 96:7, 107:13
**addressed** [1] - 110:9
**addressing** [1] - 53:11
**adds** [2] - 21:10, 30:22
**adjourned** [1] - 164:11

**admit** [3] - 62:14, 146:12, 161:3
**admits** [1] - 87:14
**admitted** [7] - 9:15, 23:25, 26:13, 62:12, 62:18, 90:15, 106:2
**advance** [2] - 78:13, 142:18
**advanced** [1] - 80:2
**adversely** [1] - 75:3
**advice** [7] - 37:21, 38:3, 101:5, 101:22, 115:1, 115:13, 124:20
**advise** [8] - 15:17, 23:5, 23:17, 84:1, 115:3, 147:23, 148:1, 148:3
**advised** [1] - 115:10
**advising** [3] - 19:21, 23:19, 115:15
**advisor** [2] - 60:16, 66:5
**Affairs** [3] - 105:10, 105:15, 125:9
**affected** [1] - 100:10
**afraid** [12] - 32:10, 33:2, 35:2, 51:25, 53:8, 53:15, 54:1, 57:25, 85:7, 92:15, 92:16, 159:1
**after-the-fact** [1] - 159:2
**aftermath** [3] - 81:21, 85:13, 86:9
**afternoon** [5] - 9:22, 32:20, 51:4, 65:10, 143:9
**Afternoon** [1] - 1:6
**AFTERNOON** [2] - 1:10, 3:1
**agency** [4] - 70:22, 73:23, 98:9, 137:14
**agenda** [2] - 16:10
**agent** [11] - 47:5, 49:5, 108:13, 123:25, 127:1, 127:14, 132:18, 133:4, 133:15, 136:13, 138:3
**ago** [5] - 24:14, 38:8, 139:2, 139:5, 156:23
**agree** [6] - 6:16, 45:25, 50:2, 70:10, 70:12, 86:23, 132:19
**agreed** [12] - 14:24, 18:5, 27:25, 33:19, 40:5, 62:17, 63:17, 84:18, 106:1, 106:3, 108:5, 116:18
**agreement** [3] - 23:24, 81:8, 116:17
**agrees** [1] - 19:5
**aided** [1] - 2:6
**AI** [6] - 28:23, 28:24, 33:16, 33:20, 33:24, 153:3
**Alan** [1] - 104:20
**alarms** [1] - 83:13
**alerted** [1] - 51:21
**Alex** [7] - 17:7, 76:18, 78:2, 79:22, 79:25, 152:17, 152:20
**allegation** [2] - 3:24, 102:21
**allegations** [2] - 4:3, 66:15
**allege** [2] - 3:21, 14:19
**alleged** [3] - 4:2, 69:24, 100:24
**allegedly** [3] - 25:11, 35:12, 53:14
**allowed** [5] - 60:11, 84:14, 99:17, 109:21, 112:8
**alluded** [1] - 136:4
**almost** [5] - 29:6, 40:24, 59:18, 65:24, 74:21, 80:20
**alone** [2] - 92:22, 99:8
**Alpert** [2] - 41:7, 121:11

3534

**alternates** [4] - 6:8, 6:17, 6:25, 163:20
**amazing** [1] - 54:20
**amended** [1] - 103:1
**amendment** [1] - 89:20
**America** [1] - 3:5
**AMERICA** [1] - 1:4
**American** [2] - 11:16, 89:24
**amount** [2] - 117:17, 137:7
**ample** [2] - 91:6
**AMY** [1] - 1:10
**analysis** [1] - 117:25
**Angeles** [1] - 45:13
**angling** [1] - 92:12
**anonymous** [1] - 117:17
**ANSA** [3] - 73:18, 73:19
**ANSA's** [1] - 73:17
**answer** [23] - 15:18, 15:20, 15:25, 17:7, 23:16, 24:4, 24:5, 26:9, 26:12, 33:20, 42:19, 45:11, 60:13, 69:10, 69:16, 80:15, 86:18, 86:19, 86:25, 118:12, 124:1, 124:3, 147:5
**answered** [1] - 14:9
**answering** [1] - 38:23
**answers** [13] - 10:6, 18:13, 19:6, 38:21, 69:18, 90:9, 111:11, 111:12, 111:16, 111:19, 145:24, 146:18, 148:1
**anti** [1] - 97:15
**anti-war** [1] - 97:15
**anticipated** [1] - 125:22
**anyway** [3] - 7:9, 51:10, 129:14
**apart** [1] - 107:14
**apartment** [2] - 96:6, 96:21
**appear** [5] - 22:7, 46:5, 94:6, 110:5, 128:20
**APPEARANCES** [1] - 1:12
**appeared** [8] - 6:6, 11:21, 75:12, 78:17, 94:6, 113:22, 121:1, 121:24
**appearing** [1] - 128:20
**applied** [2] - 90:23, 150:14
**apply** [1] - 139:11
**appreciate** [2] - 66:20, 152:4
**appreciates** [1] - 66:20
**apprised** [1] - 107:16
**approach** [6] - 5:25, 35:8, 99:14, 140:11, 140:12, 160:7
**approached** [3] - 6:9, 43:21, 45:17
**appropriate** [1] - 7:17
**approval** [1] - 111:19
**approve** [1] - 61:12
**approved** [5] - 22:15, 77:20, 111:9, 111:16, 131:15
**April** [8] - 19:24, 20:2, 38:15, 40:9, 40:22, 61:1, 114:24, 117:8
**architect** [1] - 91:4
**area** [2] - 148:23, 148:25
**argue** [4] - 3:14, 4:6, 9:16, 141:25
**argued** [1] - 3:19
**argument** [12] - 5:21, 57:5, 100:6, 140:20, 142:10, 142:15, 143:1, 160:23,

161:12, 161:22, 161:23, 163:10
**arguments** [5] - 9:12, 12:14, 52:16, 53:12, 64:19
**arise** [1] - 115:4
**arms** [3] - 20:13, 57:17, 71:9
**Arps** [3] - 43:25, 75:15, 89:7
**arranged** [2] - 34:11, 148:12
**arranging** [1] - 28:22
**arrived** [1] - 137:9
**arrives** [1] - 81:22
**article** [41] - 55:7, 56:2, 57:9, 57:13, 57:20, 58:18, 59:25, 72:17, 72:19, 75:1, 79:18, 106:18, 108:17, 109:1, 109:9, 111:22, 112:5, 112:17, 112:23, 113:3, 113:5, 113:17, 120:5, 120:12, 120:20, 120:22, 120:23, 120:25, 121:1, 121:14, 121:18, 128:20, 131:12, 135:5, 135:6, 146:24, 156:5, 156:20, 157:5, 157:13
**articles** [11] - 55:21, 74:9, 74:17, 74:18, 74:19, 74:21, 75:12, 113:19, 132:15, 156:13, 157:10
**artist** [1] - 92:3
**artists** [1] - 92:6
**ascertain** [1] - 8:15
**ascribes** [1] - 66:13
**Ashton** [1] - 125:12
**aside** [3] - 18:8, 34:2, 55:3
**aspects** [1] - 100:20
**assertion** [1] - 86:3
**assignment** [5] - 36:21, 107:22, 108:1, 115:16, 131:5
**assistance** [1] - 118:2
**associate** [1] - 15:8
**associates** [2] - 30:24, 31:2
**associations** [1] - 63:6
**assume** [2] - 41:20, 59:3
**assumed** [1] - 106:13
**assuming** [1] - 6:22
**assurances** [1] - 104:11
**attached** [8] - 17:20, 21:21, 22:13, 42:3, 74:18, 105:2, 116:9
**attaches** [2] - 77:17, 77:18
**attaching** [2] - 61:3, 125:4
**attachment** [1] - 118:22
**attachments** [1] - 16:10
**attempt** [1] - 135:14
**attempting** [1] - 103:15
**attempts** [1] - 129:17
**attendance** [1] - 8:18
**attended** [1] - 122:2
**attention** [7] - 13:18, 14:17, 18:24, 66:17, 80:21, 139:15, 164:6
**attentive** [1] - 66:19
**attitude** [1] - 43:2
**attorney** [5] - 10:19, 37:12, 47:7, 47:9, 98:5
**Attorney** [2] - 44:12, 149:23
**ATTORNEY'S** [1] - 1:14
**attributable** [4] - 48:17, 49:2, 132:9,

133:1
**attributed** [1] - 111:7
**attuned** [1] - 66:19
**audibly** [1] - 94:21
**audience** [1] - 94:21
**August** [11] - 21:3, 21:16, 59:25, 60:1, 60:2, 60:6, 61:1, 62:1, 109:10, 116:11
**AUSA** [2] - 1:13, 1:14
**author** [2] - 50:12, 112:6
**authorities** [1] - 45:14
**authorized** [2] - 80:2, 80:4
**authors** [1] - 126:9
**available** [1] - 84:12
**Avenue** [2] - 1:18, 2:3
**avoid** [4] - 75:2, 103:10, 125:18, 149:15
**aware** [8] - 7:19, 38:4, 78:16, 102:4, 102:5, 102:12, 124:13, 124:22
**awesome** [2] - 55:11, 140:3

**B**

**back-and-forth** [4] - 11:1, 18:24, 19:4, 39:10
**backdate** [3] - 61:25, 62:1, 62:8
**background** [16] - 14:24, 17:5, 17:9, 18:5, 26:12, 43:22, 46:9, 50:2, 61:18, 77:5, 85:2, 85:9, 85:12, 86:12, 96:19, 97:4
**backgrounding** [12] - 17:2, 17:24, 18:17, 18:22, 20:1, 21:5, 44:17, 56:10, 56:13, 83:24, 85:7, 154:25
**backup** [1] - 33:25
**bad** [7] - 20:21, 99:11, 99:18, 100:6, 157:16, 158:2, 159:21
**balance** [3] - 60:24, 61:2, 148:20
**balanced** [1] - 153:22
**balances** [1] - 61:14
**ball** [1] - 159:13
**Baltimore** [1] - 1:22
**bank** [2] - 91:21, 92:2
**banks** [1] - 91:22
**Barosso** [1] - 125:12
**based** [9] - 4:5, 38:21, 73:21, 88:13, 88:16, 126:11, 128:12, 135:8, 160:12
**basic** [1] - 82:6
**basis** [5] - 61:10, 88:3, 88:19, 89:13, 99:16
**basket** [2] - 159:14, 159:17
**basketball** [1] - 159:12
**bear** [1] - 52:13
**beat** [1] - 73:12
**became** [1] - 97:13
**become** [4] - 34:8, 67:6, 86:23, 88:3
**BEFORE** [1] - 1:10
**beforehand** [1] - 23:7
**began** [1] - 116:11
**begin** [1] - 67:13
**beginning** [4] - 55:13, 57:22, 63:13, 89:1

**begins** [2] - 42:11, 42:15
**behalf** [4] - 28:13, 71:25, 72:1, 126:8
**behaved** [1] - 91:3
**behind** [2] - 85:23, 88:24
**belief** [4] - 4:21, 4:23, 4:24, 71:1
**believes** [2] - 4:16, 147:9
**below** [2] - 73:13, 77:21
**bench** [5] - 6:2, 99:14, 99:15, 140:13, 160:9
**bend** [1] - 152:16
**benefit** [4] - 59:3, 126:7, 133:20, 135:1
**Berlin** [1] - 105:25
**BERMAN** [1] - 1:10
**best** [3] - 12:8, 23:5, 37:13
**better** [3] - 20:1, 32:20, 55:15
**between** [15] - 20:5, 21:15, 35:6, 38:14, 58:2, 64:13, 76:8, 80:12, 80:13, 81:17, 92:21, 95:19, 105:6, 158:18, 158:22
**beyond** [8] - 63:22, 67:24, 68:3, 68:19, 90:20, 135:23, 160:1, 160:2
**big** [5] - 43:3, 43:5, 43:7, 107:15, 149:17
**biggest** [1] - 92:7
**bill** [3] - 75:25, 76:2, 77:1
**Bill** [1] - 65:11
**billed** [3] - 76:14, 77:1, 77:6
**billing** [2] - 151:3, 151:4
**bird** [3] - 160:10, 162:13, 163:8
**birdhouse** [1] - 162:13
**bit** [3] - 30:22, 76:24, 93:24
**bitterly** [1] - 27:14
**black** [5] - 53:21, 144:12, 144:16, 156:8, 159:3
**black-and-white** [2] - 156:8, 159:3
**blah** [10] - 41:6, 49:17
**blocks** [1] - 107:14
**bloke** [1] - 35:5
**Bloomberg** [3] - 22:19, 28:23, 28:24
**blow** [14] - 72:14, 73:7, 73:16, 74:22, 77:16, 82:10, 83:18, 85:5, 86:6, 90:7, 95:14, 118:22, 122:19, 126:24
**blue** [1] - 155:19
**bono** [1] - 36:9
**bore** [2] - 31:16, 36:1
**borne** [1] - 68:10
**bother** [1] - 78:18
**bottom** [11] - 17:19, 23:16, 60:20, 82:10, 103:20, 103:23, 112:4, 118:25, 126:21, 126:23, 127:12
**bought** [2] - 82:18, 110:6
**bound** [1] - 163:15
**Bradley** [1] - 1:17
**Branch** [2] - 13:14, 46:13
**break** [12] - 32:13, 64:13, 64:14, 64:15, 64:18, 141:22, 142:1, 142:5, 142:18, 143:2, 143:16, 162:3
**Brendan** [1] - 97:19
**brief** [10] - 6:5, 19:8, 28:2, 36:5,

105:13, 125:11, 125:12, 140:10, 142:5, 144:5
**briefed** [1] - 35:7, 125:10
**briefing** [6] - 17:16, 19:9, 21:5, 22:24, 77:18, 80:25
**briefings** [3] - 105:5, 105:12, 125:23
**briefly** [5] - 7:10, 12:13, 12:20, 39:4, 46:14
**bring** [7] - 9:2, 22:16, 65:2, 118:13, 125:2, 143:24, 164:2
**bringing** [3] - 7:25, 18:23, 115:8
**brings** [1] - 102:21
**brought** [4] - 6:4, 92:10, 115:9, 131:3
**Bruce** [5] - 17:12, 136:4, 136:7, 136:8, 138:24
**Brussels** [1] - 105:25
**Bryan** [1] - 4:17
**buddy** [1] - 23:18
**builds** [1] - 48:24
**built** [3] - 98:10, 138:7, 139:10
**bulk** [1] - 66:7
**bullshit** [1] - 62:18
**bunch** [1] - 41:4
**burden** [9] - 18:10, 67:23, 67:25, 68:1, 68:10, 68:12, 135:18, 135:22, 138:25
**Bureau** [1] - 81:3
**Burson** [1] - 110:18
**Burson-Marsteller** [1] - 110:18
**bury** [1] - 52:21
**business** [2] - 62:19, 62:20
**buy** [1] - 59:22
**buying** [1] - 164:1
**buys** [1] - 74:6

# C

**c)** [1] - 125:8
**cabinet** [1] - 139:4
**cafeteria** [1] - 163:25
**caliber** [2] - 47:8, 47:10
**calibrate** [1] - 20:20
**CAMPOAMOR** [17] - 5:13, 5:25, 6:4, 6:19, 7:7, 7:25, 9:19, 99:13, 99:17, 100:1, 139:22, 140:11, 140:14, 140:18, 141:3, 141:15, 141:23
**Campoamor** [19] - 1:13, 9:18, 49:8, 65:17, 72:13, 92:4, 92:18, 93:9, 101:24, 114:19, 118:18, 119:4, 122:12, 123:5, 130:13, 133:5, 135:18, 136:6, 136:24
**CAMPOAMOR-SANCHEZ** [17] - 5:13, 5:25, 6:4, 6:19, 7:7, 7:25, 9:19, 99:13, 99:17, 100:1, 139:22, 140:11, 140:14, 140:18, 141:3, 141:15, 141:23
**Campoamor-Sanchez** [13] - 1:13, 9:18, 65:17, 72:13, 92:4, 92:18, 93:9, 101:24, 114:19, 118:18, 119:4, 122:12, 136:6
**cancellation** [1] - 112:15
**candid** [1] - 98:2
**cannot** [5] - 14:3, 66:21, 69:13,

135:16, 136:12
**capitals** [1] - 105:25
**capture** [1] - 44:7
**care** [10] - 18:8, 38:13, 47:7, 50:15, 65:24, 66:9, 79:4, 149:25, 152:5, 153:20
**cared** [6] - 137:3, 137:4, 137:5, 137:15, 137:19, 137:21
**career** [2] - 98:10, 139:14
**careful** [2] - 37:19, 149:5
**carefully** [4] - 10:6, 38:17, 42:12, 122:13
**cares** [3] - 149:7, 153:21, 155:19
**Carnegie** [1] - 97:14
**cartoon** [1] - 160:12
**case** [68] - 4:20, 7:12, 9:9, 9:10, 9:15, 10:15, 12:15, 13:3, 13:5, 13:15, 14:5, 14:12, 14:16, 14:19, 16:6, 16:13, 38:12, 40:11, 47:19, 49:24, 52:17, 52:18, 52:20, 52:24, 53:17, 57:6, 63:11, 64:18, 66:23, 67:9, 68:9, 69:13, 70:15, 71:6, 71:12, 78:8, 79:12, 84:7, 84:8, 86:21, 87:12, 88:12, 92:8, 92:22, 100:21, 101:24, 106:9, 108:18, 108:25, 114:15, 115:7, 115:9, 115:11, 117:1, 126:19, 129:4, 135:13, 139:7, 145:18, 162:7, 162:19, 163:10, 163:11, 163:16, 163:21
**Case** [1] - 3:5
**cases** [2] - 97:21, 139:17
**caught** [1] - 52:8
**caused** [3] - 6:12, 85:18, 98:3
**Center** [1] - 91:25
**certain** [3] - 48:11, 100:20, 130:16
**certainly** [13] - 11:4, 13:9, 13:13, 25:20, 35:5, 37:15, 40:1, 49:19, 50:7, 59:11, 72:5, 120:18, 127:24
**CERTIFICATE** [1] - 165:1
**certify** [1] - 165:3
**chair** [2] - 20:16, 64:21
**chance** [2] - 41:20, 143:5
**change** [6] - 14:2, 42:13, 81:24, 98:17, 109:11, 124:11
**changed** [6] - 41:10, 62:4, 113:7, 113:11, 118:20, 150:17
**changes** [5] - 96:8, 105:1, 105:3, 105:11, 151:8
**changing** [4] - 91:2, 96:18, 151:5
**Chapter** [2] - 19:16, 19:18
**chapter** [1] - 19:17
**Chapters** [1] - 49:25
**character** [14] - 54:18, 97:8, 97:25, 98:7, 99:7, 99:8, 99:11, 99:18, 99:20, 99:24, 100:2, 100:6, 138:7, 139:3
**characterize** [1] - 109:23
**characterized** [1] - 84:20
**charge** [2] - 4:4, 140:5
**charged** [3] - 3:20, 12:3, 64:10
**charges** [3] - 100:20, 102:24, 126:19
**Charlie** [6] - 93:12, 93:14, 93:16, 93:20, 93:22

**chat** [1] - 31:9
**chatty** [1] - 35:17
**check** [1] - 41:23
**checked** [1] - 59:13
**checking** [1] - 107:2
**cheek** [1] - 134:17
**Chief** [2] - 81:3, 125:5
**choice** [6] - 10:11, 136:23, 136:24, 137:13, 142:16, 142:17
**chooses** [1] - 14:1
**chose** [2] - 10:17, 53:10
**chronologically** [1] - 14:18
**Cioffi** [2] - 97:17, 98:13
**circuit** [1] - 7:18
**circulated** [1] - 79:20
**circumstance** [1] - 146:19
**circumstances** [1] - 115:17
**citizen** [2] - 116:17, 117:14
**citizen's** [1] - 117:15
**citizens** [1] - 67:10
**civil** [1] - 97:15
**claim** [5] - 49:12, 58:1, 88:19, 89:13, 89:15
**claiming** [1] - 22:5
**claims** [10] - 31:22, 32:6, 32:10, 54:7, 57:25, 60:23, 89:21, 103:9, 106:25, 128:16
**Claire** [1] - 28:16
**clarifying** [1] - 36:5
**classmate** [1] - 97:11
**clean** [1] - 10:12
**clear** [9] - 16:9, 29:24, 38:22, 47:14, 50:5, 54:7, 54:9, 151:11, 159:9
**clearly** [8] - 16:17, 26:9, 58:8, 58:14, 90:18, 110:11, 125:18, 149:4
**CLERK** [1] - 3:4
**Clerk)** [1] - 8:20
**client** [8] - 8:5, 11:4, 61:11, 76:3, 91:10, 91:25, 110:1, 158:7
**Cliff** [3] - 58:20, 99:1, 118:23
**Clinton** [1] - 97:16
**close** [4] - 6:21, 67:3, 157:25, 161:23
**closer** [1] - 95:15
**closing** [3] - 9:12, 160:23, 162:19
**Club** [21] - 14:22, 16:8, 19:2, 19:18, 20:3, 22:9, 23:1, 23:3, 24:7, 27:24, 50:1, 58:2, 58:7, 79:1, 79:6, 81:20, 81:21, 83:11, 85:13, 86:9, 87:25
**code** [4] - 93:16, 93:19, 93:23, 93:24
**code-named** [1] - 93:16
**coded** [1] - 57:3
**coincidence** [4] - 29:4, 51:15, 52:5, 159:21
**colleague** [9] - 74:15, 77:7, 81:1, 81:9, 81:12, 97:15, 108:20, 113:16
**colleagues** [7] - 28:18, 65:12, 71:16, 135:19, 138:2, 139:9, 139:18
**collected** [1] - 76:7
**collective** [1] - 97:9

**college** [2] - 67:4, 97:10
**color** [1] - 155:18
**colors** [1] - 122:23
**Columbia** [1] - 8:7
**COLUMBIA** [2] - 1:2, 1:15
**combine** [1] - 103:19
**combining** [1] - 48:20
**comfortable** [2] - 18:16, 41:24
**coming** [6] - 10:24, 34:6, 121:25, 131:7, 133:13, 135:16
**comment** [3] - 56:15, 101:6, 156:25
**commentary** [1] - 43:22
**comments** [6] - 21:6, 25:8, 29:13, 34:25, 47:11, 132:7
**commission** [1] - 36:17
**commissioned** [1] - 111:25
**committed** [3] - 92:11, 116:21, 150:20
**committee** [1] - 97:23
**common** [4] - 30:17, 30:18, 107:3, 107:4
**communicate** [2] - 46:8, 46:14
**communicated** [5] - 32:2, 34:3, 49:10, 83:14, 83:15
**communicating** [2] - 136:8, 136:9
**communication** [1] - 120:2
**communications** [6] - 19:7, 39:10, 40:3, 47:14, 58:24, 83:11
**compare** [3] - 89:4, 89:18, 138:18
**compares** [1] - 89:11
**compensation** [1] - 116:7
**complain** [1] - 126:15
**complained** [1] - 27:13
**complete** [1] - 77:23
**completed** [1] - 62:17
**completely** [2] - 35:11, 44:22
**compliance** [1] - 105:2
**complied** [2] - 89:1, 103:25
**comply** [2] - 4:16, 125:17
**COMPOAMOR** [1] - 9:22
**COMPOAMOR-SANCHEZ** [1] - 9:22
**composed** [3] - 114:23, 123:11
**compunction** [1] - 92:13
**computer** [1] - 2:6
**computer-aided** [1] - 2:6
**con** [3] - 92:3, 92:5, 92:7
**conceal** [11] - 4:21, 10:5, 10:15, 10:17, 26:6, 42:14, 48:3, 53:10, 64:9, 69:21, 138:11
**concealed** [12] - 12:23, 13:4, 14:16, 14:20, 14:21, 63:21, 68:22, 68:24, 69:13, 69:24, 70:22, 135:10
**concealing** [2] - 26:7, 68:15
**concealment** [1] - 70:4
**conceded** [3] - 108:7, 109:23, 121:17
**concern** [5] - 19:1, 83:23, 96:20, 116:1, 158:14
**concerned** [4] - 34:5, 71:14, 85:25, 86:2
**concerning** [2] - 124:5, 132:11

**concerns** [3] - 6:13, 20:6, 103:24
**concise** [1] - 142:5
**conclude** [5] - 82:1, 117:21, 131:20, 132:17, 135:8
**concluded** [7] - 55:10, 74:24, 81:25, 112:6, 112:8, 133:17, 134:8
**concludes** [1] - 89:20
**conclusion** [14] - 89:17, 91:8, 101:13, 104:4, 126:14, 126:20, 127:4, 127:11, 128:5, 132:4, 133:22, 134:1, 134:2, 135:13
**conclusions** [11] - 71:13, 82:13, 87:18, 88:6, 90:24, 91:5, 107:19, 109:12, 109:18, 124:12, 128:9
**concocted** [2] - 89:2, 102:23
**conduct** [8] - 4:18, 5:4, 36:11, 70:19, 70:20, 84:9, 115:16, 117:18
**conducted** [1] - 17:6
**confer** [1] - 143:5
**conference** [1] - 83:20
**conferred** [3] - 8:20, 9:8, 9:9
**confident** [2] - 140:3, 140:4
**confidentiality** [1] - 117:6
**confirm** [2] - 9:8, 36:18
**confirmation** [1] - 111:1
**confirmed** [4] - 78:24, 80:5, 87:17, 128:8
**confirms** [1] - 18:4
**confrontation** [1] - 80:16
**confronted** [8] - 17:11, 19:23, 20:15, 59:14, 150:16, 150:19, 150:21, 150:23
**confronting** [1] - 67:8
**confusion** [1] - 117:2
**congenital** [2] - 91:14, 138:20
**congratulating** [1] - 44:16
**congressmen** [1] - 67:2
**connected** [2] - 3:17, 128:15
**connecting** [1] - 3:25
**connection** [2] - 100:23, 118:3
**Connolly** [1] - 97:23
**consider** [5] - 5:1, 77:10, 86:22, 92:18, 100:14, 117:24, 135:12, 137:22
**consideration** [1] - 84:4
**considered** [2] - 72:3, 131:18
**considers** [1] - 103:24
**consistent** [3] - 3:15, 24:20, 82:5
**consistently** [1] - 142:22
**constant** [1] - 59:1
**consternation** [1] - 85:18
**Constitution** [1] - 2:3
**consult** [6] - 49:3, 49:16, 115:23, 133:1, 133:10, 152:12
**consultant** [1] - 114:25
**consultants** [1] - 95:3
**consulted** [3] - 37:2, 49:10, 112:14
**consulting** [5] - 152:15, 152:21, 152:24, 153:4, 153:8
**contact** [20] - 26:16, 28:4, 28:6, 28:7, 32:21, 32:24, 33:15, 33:16, 33:24,

43:20, 46:4, 46:16, 51:24, 59:20, 62:23, 94:4, 95:8, 154:11

**contacted** [6] - 21:12, 43:15, 50:23, 53:13, 124:24, 154:10

**contacting** [1] - 127:16

**contacts** [14] - 29:21, 46:3, 51:11, 52:18, 54:5, 63:20, 86:14, 101:25, 119:24, 127:24, 129:19, 148:25, 155:3

**contained** [1] - 118:9

**containing** [1] - 122:22

**contains** [1] - 105:23

**contemporaneous** [2] - 24:12, 55:18

**contempt** [4] - 44:9, 44:22

**contends** [2] - 102:16, 102:18

**content** [5] - 45:6, 84:2, 87:5, 88:8, 96:25

**contention** [1] - 157:7

**contested** [2] - 7:11, 13:16

**context** [4] - 49:13, 49:14, 53:20, 117:24

**continue** [1] - 94:24

**continues** [4] - 20:12, 25:17, 46:2, 48:14

**contract** [5] - 40:15, 40:16, 61:21, 101:3, 116:14

**contracts** [4] - 59:15, 116:4, 116:5

**contractual** [1] - 116:10

**contradict** [1] - 36:14

**contrary** [7] - 12:18, 43:21, 90:2, 90:18, 90:24, 91:5, 91:7

**contrast** [2] - 95:23, 97:7

**contribute** [3] - 40:6, 110:12, 116:18

**contributed** [1] - 110:22

**contributing** [1] - 40:7

**Control** [2] - 16:11, 102:25

**control** [8] - 29:22, 93:13, 126:6, 133:19, 133:24, 134:24, 150:11, 161:22

**controlled** [3] - 62:13, 62:15, 92:2

**controlling** [1] - 91:24

**controls** [1] - 15:21

**controversial** [1] - 74:1

**controversy** [1] - 85:15

**convene** [1] - 143:12

**convened** [1] - 96:20

**conversation** [6] - 7:3, 27:22, 31:11, 43:1, 43:11, 60:6

**conversations** [1] - 103:12

**convict** [1] - 162:12

**conviction** [2] - 89:23, 115:18

**convince** [5] - 48:3, 129:18, 146:14, 146:15, 154:8

**convinced** [3] - 68:6, 136:20, 160:2

**convincing** [2] - 14:11, 135:23

**cooperation** [1] - 23:24

**copied** [1] - 33:8

**copies** [9] - 21:17, 45:17, 48:10, 75:7, 121:6, 123:15, 123:21, 130:21

**copy** [47] - 3:17, 3:22, 4:4, 24:23, 26:21, 27:3, 27:21, 29:9, 30:10, 30:13,

31:14, 31:20, 31:24, 33:3, 33:4, 37:20, 43:14, 43:15, 43:18, 45:3, 45:4, 45:12, 45:18, 47:3, 58:16, 80:2, 80:24, 83:6, 103:15, 106:15, 106:21, 106:24, 107:1, 107:6, 107:10, 120:16, 122:25, 127:6, 130:16, 130:19, 147:16, 151:22, 152:1, 152:4, 152:25, 154:11

**correct** [18] - 3:11, 43:23, 47:17, 48:16, 49:14, 54:14, 71:24, 77:11, 121:22, 121:24, 127:8, 128:2, 132:9, 134:2, 134:12, 135:20, 165:4

**corrected** [2] - 37:15, 151:17

**correcting** [3] - 122:4, 122:6, 133:23

**correction** [3] - 102:19, 128:14, 152:23

**corrections** [3] - 82:22, 82:23, 101:8

**correctly** [1] - 90:23

**correspondence** [3] - 48:7, 116:9, 130:15

**corroborated** [4] - 24:6, 130:2, 144:23, 144:24

**corroborates** [1] - 24:16

**Counsel** [1] - 99:2

**counsel** [10] - 39:2, 43:25, 47:5, 91:1, 91:3, 91:5, 112:11, 114:13, 127:14, 146:10

**Counsel's** [1] - 6:10

**count** [3] - 5:18, 74:18, 75:11

**counted** [1] - 75:12

**counteract** [1] - 153:19

**country** [5] - 37:14, 64:5, 67:2, 67:8, 75:12

**couple** [9] - 12:16, 28:12, 38:16, 53:18, 115:10, 127:21, 160:14, 162:5, 162:6

**course** [18] - 5:21, 7:14, 11:4, 12:13, 18:18, 23:20, 26:19, 39:3, 40:4, 42:22, 47:12, 56:13, 62:22, 84:12, 94:11, 119:14, 132:14, 160:22

**COURT** [50] - 1:2, 3:7, 5:16, 6:1, 6:3, 6:18, 6:20, 7:23, 8:8, 8:14, 8:18, 8:21, 9:2, 9:5, 9:21, 64:12, 64:17, 64:23, 65:2, 65:7, 94:19, 99:14, 99:16, 100:7, 139:24, 140:2, 140:8, 140:12, 140:17, 140:21, 141:1, 141:16, 141:12, 141:19, 142:1, 142:6, 142:8, 143:20, 143:24, 144:1, 160:8, 160:13, 161:2, 161:9, 161:19, 161:25, 163:6, 163:9, 164:8, 165:1

**court** [10] - 8:17, 88:15, 88:20, 89:14, 91:7, 100:13, 112:1, 142:7, 159:14, 162:2

**Court** [10] - 2:2, 6:4, 7:19, 8:20, 10:3, 13:17, 13:21, 13:25, 67:6, 115:5

**Courthouse** [1] - 2:2

**courtroom** [2] - 66:19, 67:17

**cover** [10] - 4:21, 39:4, 41:7, 44:4, 44:24, 49:20, 54:6, 119:9

**coverage** [3] - 73:10, 100:24, 110:15

**covered** [4] - 12:23, 13:4, 68:22, 68:25

**covering** [1] - 68:16

**Cox** [1] - 125:13

**craft** [2] - 10:6, 146:17

**crafting** [3] - 40:22, 42:12, 122:13

**Craig** [297] - 3:6, 5:4, 5:5, 10:11, 16:14, 16:23, 17:19, 19:1, 19:5, 19:23, 21:16, 21:18, 21:22, 22:9, 22:25, 26:12, 31:5, 34:7, 35:9, 35:10, 37:12, 49:6, 50:24, 51:2, 51:7, 56:12, 60:6, 62:24, 62:25, 65:12, 65:17, 66:9, 66:13, 66:20, 67:15, 69:8, 69:20, 70:12, 70:20, 70:25, 72:17, 72:19, 73:11, 73:14, 74:5, 74:8, 74:20, 75:2, 75:22, 75:24, 76:11, 77:1, 77:4, 77:7, 77:9, 77:25, 78:7, 78:8, 78:13, 78:15, 78:19, 78:21, 78:25, 79:4, 79:7, 79:12, 79:18, 79:23, 80:2, 80:4, 80:11, 80:12, 80:14, 80:17, 80:25, 81:6, 81:10, 81:14, 81:16, 81:17, 81:24, 82:7, 82:11, 82:13, 83:4, 83:6, 83:7, 83:8, 83:15, 83:19, 84:14, 84:18, 84:20, 85:1, 85:6, 85:10, 85:16, 86:5, 86:11, 86:15, 86:19, 86:22, 87:4, 87:10, 88:6, 89:3, 93:7, 96:14, 96:18, 97:3, 97:7, 97:9, 97:12, 97:18, 98:1, 98:3, 98:4, 98:8, 98:18, 99:1, 99:11, 99:22, 99:24, 100:17, 100:18, 100:23, 101:1, 101:8, 101:21, 101:22, 101:25, 102:2, 102:4, 102:6, 102:12, 102:22, 103:4, 103:5, 103:6, 103:10, 103:13, 103:15, 103:22, 104:5, 104:7, 104:9, 104:10, 104:11, 104:19, 105:16, 105:19, 106:1, 106:2, 106:5, 106:22, 107:1, 107:7, 107:16, 107:17, 107:19, 107:20, 107:22, 107:25, 108:5, 108:8, 108:10, 108:15, 109:7, 109:14, 109:17, 110:3, 110:7, 110:10, 110:11, 110:23, 111:5, 111:20, 111:23, 112:5, 112:12, 113:4, 113:14, 113:25, 114:9, 114:12, 114:17, 114:23, 116:5, 116:24, 117:2, 117:9, 117:10, 118:19, 119:5, 119:18, 120:7, 120:10, 120:14, 120:17, 121:19, 121:21, 122:3, 122:8, 122:9, 122:13, 122:15, 123:11, 123:13, 124:4, 124:7, 124:13, 124:21, 124:25, 125:15, 125:24, 126:1, 126:8, 126:12, 127:20, 128:13, 128:25, 129:6, 129:9, 129:18, 130:2, 130:4, 130:10, 131:1, 131:18, 132:24, 133:10, 133:18, 133:21, 134:8, 134:11, 134:23, 135:3, 135:9, 135:14, 136:5, 136:10, 136:11, 136:17, 137:7, 137:13, 137:18, 137:22, 137:25, 138:16, 139:9, 139:21, 140:5, 140:15, 142:11, 144:17, 144:18, 145:11, 145:14, 146:8, 149:17, 150:5, 151:1, 152:5, 152:18, 152:19, 153:2, 153:11, 153:14, 154:13, 154:16, 154:4, 155:23, 156:2, 156:10, 156:16, 156:17, 156:18, 157:3, 157:4, 157:14, 157:21, 158:5, 158:21, 159:20, 161:12, 161:15, 161:18, 162:20, 162:22, 162:24

**CRAIG** [1] - 1:6

3538

**Craig's** [15] - 30:12, 30:20, 71:11, 76:12, 77:13, 81:9, 97:22, 100:14, 110:20, 112:23, 121:16, 123:1, 128:18, 135:12, 158:13
**crazy** [1] - 137:6
**create** [2] - 99:8, 101:16
**created** [4] - 5:17, 77:19, 88:3, 129:22
**creating** [1] - 117:3
**credibility** [7] - 18:12, 24:2, 138:15, 138:22, 160:25, 161:5, 161:7
**credible** [4] - 52:3, 53:16, 59:10, 59:21
**credibly** [1] - 37:11
**crime** [12] - 9:24, 9:25, 10:5, 10:6, 10:9, 53:10, 67:21, 68:14, 68:18, 71:3, 139:4
**crimes** [5] - 23:25, 24:1, 92:11, 150:19, 150:20
**Criminal** [2] - 1:5, 3:4
**criminal** [4] - 67:10, 76:22, 115:1, 115:14
**critical** [6] - 20:1, 57:2, 81:19, 126:18, 129:4, 151:16
**criticisms** [2] - 36:19, 114:19
**criticized** [2] - 72:25, 105:22
**cross** [6] - 17:11, 56:7, 74:14, 90:6, 91:15, 121:18
**cross-examination** [4] - 17:11, 74:14, 90:6, 91:15
**cross-examined** [1] - 56:7
**cross-examining** [1] - 121:18
**crossed** [2] - 33:9, 162:1
**CRR** [1] - 2:2
**crucial** [1] - 98:5
**curry** [1] - 92:7
**cynical** [2] - 98:12, 98:14
**Cyprus** [1] - 10:1

# D

**D.C** [9] - 1:7, 2:3, 7:15, 8:8, 8:9, 35:19, 95:3, 95:19, 98:15
**daily** [1] - 58:23
**Daily** [5] - 34:11, 35:21, 51:13, 110:21, 112:3
**damn** [1] - 40:8
**damning** [1] - 56:19
**dashes** [2] - 149:21, 149:22
**DATE** [1] - 165:9
**date** [9] - 25:16, 40:25, 68:21, 119:2, 119:19, 119:20, 135:6, 135:7
**dated** [2] - 21:2, 130:8
**dates** [5] - 41:2, 41:21, 41:23, 42:13, 118:14
**dating** [1] - 103:11
**David** [46] - 23:18, 24:21, 28:23, 29:7, 33:3, 33:9, 34:18, 35:23, 36:5, 77:5, 77:7, 78:13, 78:19, 79:14, 79:17, 80:23, 81:2, 81:8, 81:10, 86:24, 87:2, 87:7, 94:5, 95:6, 95:18, 95:24, 102:5, 104:13, 106:8, 106:19, 107:18, 122:10, 138:23,

144:19, 147:15, 147:17, 148:5, 148:6, 148:9, 148:14, 153:7, 153:14, 157:14, 157:21, 159:17
**Davis** [3] - 15:1, 23:9, 80:7
**DAY** [1] - 1:6
**days** [3] - 28:12, 73:9, 106:13
**DC** [3] - 1:16, 1:18, 1:25
**deadline** [1] - 22:25
**deal** [6] - 21:4, 43:5, 43:7, 60:3, 107:15, 149:17
**dealing** [1] - 75:25
**deathly** [2] - 35:2, 57:25
**decades** [1] - 139:5
**deceive** [4] - 14:3, 135:3, 135:15, 162:24
**December** [63] - 24:9, 25:17, 29:6, 31:13, 34:15, 35:22, 39:7, 41:1, 41:3, 41:15, 43:17, 51:21, 53:2, 55:19, 74:15, 76:1, 76:9, 77:2, 77:21, 77:22, 79:13, 79:21, 80:13, 80:22, 81:18, 87:8, 89:19, 95:5, 95:12, 103:2, 103:14, 104:16, 113:14, 113:15, 113:22, 113:23, 113:24, 118:14, 118:19, 119:1, 119:7, 119:19, 119:23, 120:1, 120:6, 120:7, 120:9, 121:1, 121:4, 123:16, 124:14, 124:19, 127:5, 131:8, 132:15, 147:4, 147:15, 158:15, 158:23, 159:17
**decency** [1] - 136:22
**decide** [16] - 8:22, 10:12, 10:15, 35:13, 39:24, 45:7, 53:1, 67:7, 67:8, 67:11, 67:20, 69:23, 132:13, 137:13, 139:20, 163:12
**decided** [12] - 16:1, 18:17, 33:16, 53:3, 56:20, 77:4, 95:22, 114:12, 123:7, 126:13, 126:17, 136:23
**decides** [1] - 69:10
**deciding** [1] - 24:13
**decision** [24] - 6:7, 12:11, 13:2, 13:3, 14:4, 14:11, 29:23, 30:4, 44:9, 48:3, 50:3, 56:22, 67:1, 68:23, 69:25, 88:13, 88:15, 89:15, 89:16, 126:18, 134:6, 134:22, 135:25, 140:4
**decision-making** [1] - 134:22
**decisions** [4] - 11:17, 11:18, 12:12, 68:8
**declined** [3] - 46:8, 46:11, 117:6
**dedicated** [2] - 98:19, 98:23
**deductions** [1] - 91:20
**defendant** [44] - 3:7, 3:15, 3:19, 4:9, 4:11, 4:15, 12:5, 12:22, 13:4, 14:8, 14:21, 16:7, 18:4, 18:8, 18:20, 23:8, 24:21, 27:6, 29:7, 30:1, 30:7, 31:13, 32:1, 34:10, 35:22, 55:14, 58:13, 63:17, 68:2, 68:22, 68:24, 69:1, 70:15, 70:18, 145:24, 146:16, 147:1, 147:5, 147:25, 148:21, 149:5, 150:21, 150:23
**Defendant** [3] - 1:7, 1:19, 150:2
**Defendant's** [8] - 72:23, 89:5, 90:5, 104:22, 108:19, 111:10, 114:10, 125:1
**defendant's** [5] - 12:2, 17:10, 30:7,

73:20, 160:2
**defense** [17] - 4:23, 7:16, 12:15, 51:14, 52:15, 52:21, 54:3, 55:2, 56:17, 57:6, 58:11, 63:10, 64:12, 90:24, 146:20, 147:24, 149:24
**Defense** [1] - 74:13
**defensive** [1] - 114:14
**defined** [2] - 104:20, 127:15
**defines** [1] - 105:6
**defining** [1] - 88:5
**definitions** [2] - 45:22, 47:4
**defy** [1] - 150:6
**deliberate** [4] - 5:22, 67:20, 141:21, 142:21
**deliberately** [1] - 141:10
**deliberating** [1] - 6:22
**deliberations** [2] - 67:13, 139:20
**deliver** [10] - 26:20, 27:3, 27:13, 27:14, 51:7, 58:25, 103:8, 107:1, 109:14, 124:10
**delivered** [6] - 3:18, 3:22, 24:23, 31:14, 31:24, 110:15, 163:24, 164:2
**deliveries** [1] - 39:14
**delivering** [6] - 4:4, 27:12, 27:21, 33:4, 33:10, 43:18, 51:11, 102:17, 152:25
**demanded** [1] - 128:14
**demeanor** [1] - 24:4
**demonstrate** [1] - 156:1
**denial** [2] - 53:12, 91:5
**denied** [1] - 84:22
**denies** [1] - 97:2
**DEPARTMENT** [1] - 1:17
**department** [1] - 83:25
**Department** [4] - 13:15, 36:15, 36:20, 70:23
**dependent** [1] - 157:10
**deputy** [1] - 33:12
**DEPUTY** [1] - 3:4
**Deputy** [1] - 8:20
**der** [20] - 17:7, 37:24, 78:3, 78:6, 79:22, 79:24, 79:25, 80:3, 80:5, 80:7, 80:9, 80:10, 103:4, 104:17, 105:7, 108:23, 136:3, 138:24
**describe** [5] - 39:19, 87:13, 87:15, 91:14, 114:20
**described** [14] - 65:23, 76:20, 79:25, 87:16, 97:12, 109:14, 112:13, 116:19, 124:17, 128:19, 130:25, 134:18, 134:22
**describes** [2] - 13:18, 85:9
**describing** [2] - 77:23, 129:19
**description** [2] - 101:6, 115:21
**deserved** [1] - 163:1
**designated** [1] - 22:23
**designed** [1] - 14:3
**desire** [1] - 82:15
**desired** [1] - 110:15
**desk** [1] - 30:23
**despite** [2] - 10:19, 10:20
**detail** [2] - 39:9, 105:21

3539

**detailed** [1] - 36:7
**details** [5] - 36:1, 76:18, 120:18, 124:22, 155:24
**determination** [6] - 14:2, 69:22, 134:10, 147:19, 151:14, 162:23
**determine** [2] - 70:25, 131:6
**determined** [4] - 29:8, 106:11, 127:16, 144:20
**Deveaux** [2] - 97:16, 98:14
**developed** [2] - 72:4, 125:10
**device** [4] - 13:5, 68:16, 69:1, 70:4
**dictating** [1] - 104:25
**dictionary** [1] - 45:23
**difference** [3] - 27:25, 35:5, 119:21
**different** [8] - 15:22, 35:11, 44:14, 119:10, 119:17, 122:23, 155:17, 163:1
**differentiate** [1] - 25:19
**differently** [1] - 11:21
**direct** [4] - 75:6, 95:1, 113:2, 158:25
**directed** [2] - 87:9, 95:17
**direction** [5] - 29:22, 85:8, 126:6, 133:19, 134:23
**directions** [1] - 110:1
**directly** [4] - 29:17, 49:2, 62:24, 132:25
**disagree** [1] - 57:5
**disagreed** [3] - 44:11, 127:20
**disagreeing** [1] - 57:4
**disappeared** [1] - 91:1
**disappointed** [1] - 112:24
**disappointment** [3] - 56:1, 112:22, 156:20
**disaster** [1] - 20:13
**discern** [1] - 25:21
**disclose** [6] - 4:19, 12:24, 13:22, 68:23, 70:12, 117:17
**disclosed** [1] - 150:1
**discounted** [1] - 66:21
**discover** [1] - 5:20
**discredit** [1] - 88:11
**discretion** [2] - 123:8
**discuss** [11] - 5:10, 8:4, 14:23, 21:19, 30:23, 46:11, 50:13, 60:15, 64:18, 163:15, 163:21
**discussed** [7] - 16:18, 17:1, 21:2, 21:24, 74:17, 97:1, 129:25
**discusses** [1] - 79:24
**discussing** [3] - 16:15, 17:23, 130:2
**discussion** [5] - 6:5, 60:17, 149:1, 161:16, 161:17
**discussions** [5] - 81:6, 84:23, 84:24, 87:10, 116:6
**dispatch** [1] - 152:17
**dispatches** [1] - 152:20
**dispel** [1] - 117:2
**disperse** [1] - 45:20
**dispute** [4] - 7:23, 103:13, 104:9, 159:10
**disregard** [1] - 84:7

**disseminate** [2] - 45:19, 45:25
**disseminated** [2] - 127:6, 127:22
**disseminating** [1] - 127:23
**dissemination** [1] - 45:23
**distorted** [2] - 71:17, 71:18
**distracted** [1] - 162:15
**distractions** [1] - 52:17
**distribute** [3] - 25:6, 31:17, 45:10
**distributing** [1] - 42:21
**distribution** [5] - 15:24, 63:20, 123:7, 127:8, 145:8
**DISTRICT** [4] - 1:2, 1:2, 1:11, 1:15
**District** [1] - 8:6
**distrust** [1] - 84:25
**doctors** [1] - 101:18
**document** [30] - 22:15, 22:16, 28:21, 43:16, 43:19, 73:7, 78:15, 78:16, 79:6, 79:7, 80:20, 82:7, 83:8, 88:8, 89:12, 90:5, 90:8, 93:21, 93:25, 95:5, 103:7, 105:21, 105:23, 108:25, 119:10, 119:12, 119:13, 122:19, 135:19
**documented** [1] - 79:10
**documents** [43] - 15:3, 24:7, 24:9, 24:12, 24:24, 24:25, 27:19, 35:13, 35:17, 43:1, 53:19, 53:21, 72:11, 77:18, 77:19, 77:23, 78:1, 78:9, 78:12, 78:22, 78:23, 78:25, 79:3, 79:21, 80:10, 80:15, 81:23, 81:24, 82:1, 82:4, 85:15, 86:5, 88:4, 89:11, 93:12, 93:13, 94:2, 97:6, 107:9, 118:15, 125:1, 129:22
**dollars** [6] - 61:16, 91:18, 91:19, 116:13, 116:21, 137:9
**done** [24] - 5:5, 9:9, 10:14, 11:8, 39:2, 47:16, 48:12, 54:19, 56:13, 59:11, 59:14, 62:11, 64:4, 84:20, 101:4, 110:17, 113:14, 113:18, 124:6, 130:16, 148:10, 150:25, 151:7, 151:22
**Donovan** [2] - 139:3
**door** [3] - 30:17, 107:3, 156:25
**doubt** [24] - 5:4, 19:15, 20:25, 59:4, 67:24, 68:4, 68:7, 68:9, 68:19, 90:20, 92:12, 99:9, 124:17, 135:23, 139:19, 159:24, 160:1, 160:3, 160:12, 162:9, 162:13
**doubts** [1] - 57:16
**down** [20] - 24:25, 31:8, 38:1, 63:1, 73:24, 74:23, 75:5, 76:4, 76:24, 77:21, 89:10, 99:2, 105:5, 118:25, 123:3, 128:17, 154:17, 163:7, 163:8, 163:25
**downloaded** [1] - 47:4
**draft** [11] - 26:6, 40:25, 41:9, 44:3, 46:23, 47:23, 90:16, 118:23, 122:21, 147:25, 149:6
**drafted** [5] - 26:4, 94:5, 117:11, 118:19, 129:21
**drafting** [1] - 148:13
**drafts** [2] - 90:17, 154:18
**draw** [1] - 50:7
**dribble** [1] - 159:13
**driven** [1] - 58:25

**dropped** [1] - 120:25
**dropping** [2] - 31:20, 157:17
**drove** [2] - 31:23, 147:15
**drummed** [1] - 104:5
**due** [4] - 60:24, 61:13, 109:18, 115:3
**Durbin** [3] - 19:9, 19:10, 21:11
**during** [10] - 16:25, 17:10, 57:6, 61:1, 80:21, 81:25, 112:10, 121:15, 130:6, 131:22
**duty** [15] - 4:13, 4:19, 12:24, 13:18, 13:20, 13:22, 68:23, 69:7, 69:8, 69:11, 69:14, 69:17, 69:18, 138:12
**dwell** [1] - 53:12

# E

**e"** [1] - 75:19
**e-mail** [56] - 17:21, 18:3, 18:20, 20:4, 21:15, 21:20, 22:9, 30:3, 30:5, 31:18, 31:20, 32:9, 33:3, 34:4, 34:14, 39:12, 42:25, 43:12, 44:15, 45:4, 45:6, 45:7, 47:22, 49:11, 51:4, 51:23, 55:18, 56:6, 56:8, 58:4, 78:11, 79:10, 79:12, 79:14, 81:1, 81:5, 81:11, 84:8, 87:23, 89:1, 103:14, 103:19, 103:21, 104:21, 104:23, 105:17, 111:14, 112:20, 129:20, 136:11, 144:22, 149:22, 154:17, 158:15, 158:16
**e-mailed** [3] - 29:7, 85:6, 106:5
**e-mailing** [2] - 17:13, 26:17
**e-mails** [25] - 17:12, 24:11, 24:14, 31:6, 32:6, 32:7, 36:25, 37:22, 39:13, 39:14, 53:22, 54:22, 59:13, 59:17, 60:1, 61:10, 79:11, 80:12, 110:9, 119:9, 119:14, 144:10, 144:23, 144:24
**ear** [1] - 152:16
**early** [1] - 38:8
**East** [1] - 1:21
**ECFMU** [1] - 91:25
**Eckart** [1] - 104:19
**Ed** [3] - 28:13, 28:15, 28:18
**editing** [1] - 149:6
**edition** [1] - 73:25
**editors** [2] - 30:23, 106:24
**edits** [4] - 77:24, 77:25, 122:16, 149:6
**educator** [1] - 97:17
**effect** [1] - 104:6
**effective** [1] - 56:10
**effort** [8] - 77:14, 81:7, 81:14, 92:7, 117:5, 155:14, 156:18, 157:8
**efforts** [3] - 33:9, 97:16, 109:10, 110:20, 124:11
**Egypt** [3] - 27:5, 29:2, 58:9
**eight** [3] - 29:6, 37:6, 119:16
**either** [6] - 10:12, 46:12, 118:3, 122:6, 125:22, 129:1
**elaborate** [1] - 120:15
**elect** [2] - 67:2, 67:3
**elections** [1] - 67:3
**electoral** [1] - 67:4

3540

**electronic** [3] - 45:4, 78:11, 107:9
**electronically** [3] - 107:7, 119:12, 130:20
**element** [1] - 70:14
**elements** [12] - 5:8, 12:21, 13:20, 68:13, 68:18, 69:3, 71:4, 162:10, 162:14, 162:17, 162:18
**elsewhere** [1] - 85:22
**emanating** [2] - 121:23, 132:14
**embassies** [2] - 125:11
**embellishments** [1] - 118:23
**embezzlement** [1] - 40:11
**Emily** [1] - 41:7
**employee** [1] - 127:15
**encourage** [1] - 164:4
**end** [18] - 21:10, 30:1, 54:20, 63:23, 76:23, 83:1, 94:1, 119:18, 133:22, 135:16, 136:5, 136:20, 139:13, 139:24, 140:6, 140:20, 142:10, 161:23
**ended** [2] - 65:23, 119:18
**Endowment** [1] - 97:14
**ends** [1] - 57:13
**engage** [3] - 71:7, 81:14, 84:14
**engaged** [10] - 10:18, 10:25, 11:20, 22:23, 39:19, 70:2, 76:3, 105:14, 114:21, 117:18
**engagement** [2] - 60:21, 101:3
**engages** [1] - 90:11
**engaging** [3] - 62:24, 84:9, 127:13
**English** [2] - 73:17, 75:19
**enhanced** [1] - 85:24
**enlisted** [1] - 80:1
**ensure** [2] - 91:6, 148:6
**entered** [2] - 67:17, 148:23
**entering** [1] - 148:25
**entire** [2] - 17:24, 124:7
**entirely** [2] - 83:25, 84:3
**entitle** [1] - 53:3
**entitled** [7] - 4:9, 117:20, 145:15, 147:9, 149:13, 163:2, 165:5
**entitlement** [1] - 44:11
**entity** [1] - 39:21
**envisions** [1] - 22:14
**equating** [1] - 48:22
**error** [3] - 93:4, 141:9, 142:12
**errors** [1] - 82:25
**erupted** [1] - 79:8
**especially** [2] - 33:10, 71:18
**Esq** [4] - 1:19, 1:20, 1:23, 1:23
**essential** [1] - 72:7
**essentially** [4] - 15:14, 15:16, 33:14, 65:21
**establish** [2] - 88:18, 89:13
**etc** [1] - 123:1
**Europe** [4] - 17:17, 75:13, 85:22, 125:23
**European** [6] - 89:24, 91:25, 105:24, 105:25, 115:4, 124:24
**evade** [1] - 91:19

**evaluate** [6] - 18:11, 18:12, 18:13, 24:2, 30:18
**evasion** [1] - 40:11
**evening** [4] - 33:4, 163:16, 163:17, 164:4
**event** [1] - 114:18
**events** [1] - 81:20
**eventually** [6] - 88:22, 89:25, 90:15, 97:13, 113:24, 116:12
**evidence** [94] - 5:2, 7:20, 9:14, 9:17, 10:10, 10:14, 10:16, 12:2, 12:4, 12:8, 12:21, 14:15, 16:19, 18:2, 18:10, 18:11, 19:16, 19:17, 19:19, 21:23, 24:12, 26:10, 30:19, 37:7, 38:11, 39:9, 41:11, 41:12, 42:3, 42:12, 46:22, 47:2, 47:25, 49:23, 49:25, 50:5, 50:8, 54:10, 58:12, 64:7, 67:16, 71:6, 71:10, 72:15, 73:22, 75:16, 77:13, 78:8, 78:9, 78:14, 78:16, 78:20, 80:9, 82:3, 88:17, 89:8, 89:23, 90:19, 99:4, 99:8, 99:9, 99:10, 99:18, 99:19, 99:24, 100:1, 100:6, 100:10, 101:22, 102:1, 102:13, 112:9, 117:1, 129:24, 129:25, 130:3, 131:6, 135:8, 135:12, 135:21, 135:24, 138:21, 139:11, 144:12, 144:16, 144:21, 156:8, 157:7, 159:3, 159:19, 161:14, 163:10
**evident** [1] - 50:21
**evidentiary** [1] - 73:21
**Ex** [1] - 55:6
**Ex-Premier** [1] - 55:6
**exactly** [15] - 16:3, 22:2, 32:12, 33:23, 57:19, 57:20, 61:12, 73:3, 86:22, 114:20, 153:6, 155:2, 156:11, 159:16
**examination** [4] - 17:11, 74:14, 90:6, 91:15
**examined** [1] - 56:7
**examining** [1] - 121:18
**example** [1] - 24:7
**examples** [1] - 82:20
**excerpts** [1] - 45:9
**exchange** [2] - 20:4, 49:7
**excluded** [3] - 45:6, 100:1, 100:3
**excluding** [1] - 42:8
**exclusive** [4] - 23:10, 28:22, 79:17, 148:5
**excuse** [2] - 94:19, 163:20
**excused** [3] - 64:23, 143:20, 164:8
**excusing** [1] - 6:25
**execute** [1] - 59:16, 146:13, 159:15
**executed** [2] - 35:19, 159:7
**executing** [2] - 153:16, 159:20
**execution** [1] - 32:2
**Executive** [2] - 13:14, 46:13
**executive** [1] - 97:23
**executives** [1] - 114:12
**exemplary** [1] - 136:21
**Exhibit** [61] - 16:6, 16:20, 17:3, 17:14, 19:23, 20:8, 21:1, 22:13, 29:11, 39:18, 39:22, 40:23, 44:4, 57:17, 58:4, 72:12, 72:23, 73:6, 74:13, 76:5, 77:15, 77:17,

79:19, 80:19, 82:9, 83:17, 85:4, 86:6, 87:22, 89:5, 90:5, 93:2, 101:10, 103:18, 104:22, 106:7, 108:19, 110:7, 111:14, 111:23, 112:18, 114:1, 114:8, 114:10, 114:18, 117:8, 117:12, 118:16, 118:21, 119:3, 121:8, 122:19, 125:2, 126:11, 126:20, 130:7, 132:3, 132:21, 132:22, 136:7
**exhibit** [4] - 21:4, 28:11, 74:3, 78:17
**Exhibits** [2] - 26:11, 111:10
**exhibits** [3] - 9:15, 38:5, 39:8
**exist** [1] - 79:15
**exonerated** [2] - 103:8, 128:21
**exonerating** [1] - 110:5
**exorcized** [1] - 128:4
**expect** [3] - 12:14, 47:7, 52:15
**expected** [2] - 62:18, 107:23
**expenses** [1] - 137:12
**experienced** [2] - 10:19, 37:11, 37:12
**expert** [1] - 112:14
**experts** [1] - 46:13
**explain** [4] - 78:10, 144:11, 144:15, 159:2
**explained** [9] - 81:24, 101:1, 107:17, 112:12, 132:5, 137:3, 137:10, 146:5, 148:16
**explaining** [1] - 145:3
**explains** [1] - 144:22
**explanation** [3] - 48:21, 95:4, 158:9
**extent** [1] - 137:11
**extra** [1] - 33:11
**extraordinary** [1] - 97:19
**extreme** [1] - 158:13
**eyes** [1] - 131:11

# F

**fabrication** [1] - 61:4
**fact** [77] - 3:13, 4:7, 4:22, 10:19, 10:20, 10:23, 12:23, 12:25, 13:4, 14:12, 14:21, 16:23, 17:3, 17:6, 27:14, 30:17, 31:11, 31:22, 49:10, 49:21, 50:9, 52:20, 53:5, 57:23, 61:13, 63:4, 63:5, 63:6, 63:7, 65:19, 65:20, 65:21, 66:1, 66:2, 66:7, 66:23, 68:22, 68:23, 68:25, 70:11, 71:20, 72:10, 72:21, 73:3, 78:21, 85:20, 88:18, 89:13, 92:18, 97:3, 107:15, 111:18, 117:1, 118:20, 120:10, 120:15, 121:3, 124:2, 128:23, 130:19, 131:9, 133:6, 135:4, 137:5, 137:22, 145:3, 147:18, 148:10, 150:24, 151:20, 151:21, 153:21, 155:22, 159:2, 159:7
**facts** [60] - 3:8, 4:22, 7:12, 10:17, 10:22, 12:5, 14:16, 14:20, 19:12, 19:22, 26:7, 53:10, 54:4, 54:17, 58:10, 58:13, 63:4, 64:6, 64:9, 65:18, 68:16, 69:18, 69:21, 69:24, 70:4, 70:22, 88:16, 89:16, 90:10, 92:22, 115:17, 144:9, 144:13, 145:1, 145:4, 145:6, 145:10, 145:16, 145:17, 145:23, 145:25, 146:4, 146:17,

3541

147:5, 147:11, 148:17, 148:19, 149:3, 151:2, 151:13, 154:15, 155:15, 155:20, 155:24, 162:7, 162:11, 162:14, 162:18, 162:20

**factual** [1] - 89:22

**failed** [8] - 69:15, 69:16, 70:12, 110:23, 124:11, 136:2, 138:25, 162:20

**Failings** [1] - 55:5

**fails** [1] - 107:8

**failure** [3] - 52:24, 100:21, 100:22

**fair** [5] - 21:6, 112:7, 128:22, 131:6, 141:8

**fairly** [3] - 84:2, 96:8, 109:23

**faith** [10] - 4:9, 4:10, 4:12, 4:16, 4:21, 4:24, 5:6, 70:25, 71:1

**fake** [6] - 149:6, 149:7, 150:21, 150:22, 158:10

**fall** [3] - 65:24, 86:1, 137:18

**false** [17] - 60:20, 69:19, 70:5, 70:17, 73:1, 109:7, 111:2, 123:6, 123:10, 124:17, 128:12, 133:5, 139:13, 152:10, 154:6, 154:18, 156:17

**falsely** [1] - 20:11

**falsify** [2] - 87:19, 138:11

**falsifying** [1] - 68:15

**familiar** [2] - 38:9, 121:14

**family** [8] - 98:6, 139:9, 139:23, 140:16, 140:22, 140:23, 141:7, 142:12

**far** [3] - 55:21, 62:14, 100:5

**FARA** [97] - 4:22, 7:15, 10:12, 11:9, 12:3, 12:12, 13:7, 14:11, 15:9, 19:12, 37:20, 37:21, 38:8, 38:15, 38:20, 39:18, 42:2, 43:3, 44:9, 47:1, 47:4, 47:12, 48:3, 52:25, 53:3, 62:21, 63:2, 63:9, 63:19, 65:19, 65:20, 68:17, 68:24, 69:6, 69:21, 69:25, 71:21, 72:8, 100:22, 100:23, 101:16, 102:15, 102:20, 110:24, 113:21, 113:22, 114:6, 115:22, 116:3, 116:14, 117:9, 117:15, 117:19, 118:6, 119:23, 120:21, 120:24, 122:9, 122:14, 123:20, 125:18, 126:1, 126:13, 126:21, 126:25, 127:4, 128:4, 129:8, 129:10, 129:14, 129:23, 129:24, 130:9, 131:11, 131:16, 131:21, 131:22, 132:3, 132:20, 133:25, 134:4, 135:3, 135:9, 135:15, 136:25, 138:12, 146:15, 149:15, 149:18, 154:6, 154:14, 154:20, 154:21, 155:3, 162:25

**fashion** [1] - 137:8

**favor** [2] - 92:7, 148:20

**favorable** [2] - 72:20, 109:25

**FBI** [1] - 156:24

**fear** [1] - 157:17

**feared** [1] - 110:3

**February** [2] - 76:7, 116:12

**fee** [1] - 36:7

**fees** [2] - 65:20, 137:11

**Fernando** [1] - 1:13

**few** [8] - 16:5, 37:10, 52:14, 55:24, 58:15, 72:23, 73:9, 162:12

**fictitious** [1] - 70:17

**fifth** [1] - 74:22

**figure** [1] - 86:10

**figured** [1] - 146:25

**figures** [1] - 107:13

**file** [1] - 129:15

**files** [1] - 47:3

**final** [8] - 5:3, 6:7, 76:18, 77:14, 89:4, 89:18, 118:7, 139:17

**finalized** [1] - 105:13

**finalizing** [1] - 76:19

**finally** [7] - 42:6, 45:22, 54:18, 59:23, 62:7, 70:14, 106:10

**financial** [1] - 118:2

**findings** [11] - 29:14, 72:7, 73:3, 74:1, 87:25, 88:11, 88:18, 89:13, 101:9, 109:19, 154:2

**fine** [4] - 15:22, 18:9, 43:10, 102:10

**fingerprints** [1] - 28:6

**fingers** [1] - 33:9

**finish** [2] - 43:11, 161:25

**finished** [2] - 15:16, 139:16

**fires** [1] - 43:12

**firm** [54] - 15:17, 18:6, 20:9, 23:17, 25:6, 25:17, 25:24, 29:12, 29:14, 31:17, 34:24, 39:2, 40:5, 43:3, 43:24, 45:10, 45:11, 45:17, 45:19, 45:24, 46:3, 46:8, 46:11, 48:10, 49:2, 55:8, 60:13, 65:19, 71:16, 74:24, 75:15, 85:10, 89:7, 114:20, 114:24, 117:7, 122:25, 123:6, 123:25, 127:6, 130:15, 130:21, 132:6, 132:17, 132:19, 133:1, 145:8, 146:11, 146:14, 147:23, 148:8, 154:19, 157:6, 162:24

**firm's** [5] - 15:10, 23:13, 32:4, 116:8, 147:21

**firmly** [2] - 68:5, 160:2

**firms** [2] - 37:14, 95:19

**first** [41] - 12:1, 15:7, 25:1, 25:14, 27:11, 28:4, 28:5, 28:7, 29:9, 37:11, 37:20, 39:18, 40:25, 41:13, 49:8, 50:23, 51:17, 53:9, 73:16, 89:6, 90:7, 99:2, 103:20, 104:13, 106:11, 112:4, 116:22, 118:10, 118:20, 119:7, 127:21, 130:14, 133:7, 142:2, 142:10, 142:19, 144:20, 146:14, 148:7, 153:20, 164:10

**five** [1] - 67:9

**fix** [2] - 82:12, 83:3

**fixed** [2] - 18:21, 83:4

**fixes** [1] - 83:6

**flagging** [1] - 52:11

**flat** [4] - 146:11, 146:13, 151:12, 155:13

**flat-out** [4] - 146:11, 146:13, 151:12, 155:13

**flatly** [3] - 90:24, 91:5, 91:7

**flawed** [2] - 111:25, 112:1

**FleishmanHillard** [1] - 110:17

**focus** [14] - 14:19, 69:3, 88:9, 89:6, 101:10, 115:16, 118:14, 124:1, 133:18,

145:22, 162:17

**focused** [4] - 75:14, 119:20, 130:13, 133:20

**focuses** [2] - 57:14, 155:10

**focusing** [1] - 118:12

**folks** [5] - 11:9, 113:10, 125:23, 125:25, 147:10

**follow** [3] - 12:19, 57:12, 74:4

**followed** [2] - 76:16, 117:9

**following** [4] - 75:6, 79:5, 111:16, 127:7

**fooled** [1] - 19:3

**footnote** [3] - 121:1, 130:25, 131:11

**FOR** [1] - 1:2, 1:14

**for-the-record** [4] - 42:24, 47:22, 149:21, 154:17

**forced** [1] - 63:3

**foregoing** [1] - 165:4

**foreign** [7] - 30:23, 39:21, 91:20, 114:5, 125:11, 136:13, 138:3

**Foreign** [3] - 105:10, 105:15, 125:9

**forget** [3] - 38:19, 59:4, 145:13

**forgets** [1] - 39:12

**forgot** [3] - 31:23, 120:18, 145:12

**form** [10] - 5:11, 5:12, 5:17, 5:19, 13:24, 77:20, 114:3, 149:18, 154:16, 154:17

**formally** [1] - 120:17

**format** [1] - 62:6

**former** [3] - 74:25, 109:4, 115:19

**formulating** [1] - 84:21

**forth** [8] - 11:1, 18:24, 19:4, 39:10, 95:19, 119:14, 119:17, 122:16

**forward** [3] - 141:17, 142:22, 142:23

**forwarded** [2] - 42:6, 103:22

**forwarding** [1] - 21:17

**forwards** [4] - 17:19, 18:22, 26:25, 32:9

**foundation** [1] - 97:25

**four** [4] - 67:9, 75:5, 97:8, 129:10

**fourth** [1] - 29:5

**Fourth** [1] - 1:15

**fracas** [1] - 136:12

**frame** [3] - 14:7, 14:13, 14:14

**framework** [1] - 12:21

**frankly** [1] - 155:25

**fraudulent** [1] - 70:17

**freaked** [1] - 153:1

**freely** [1] - 87:14

**Friedman** [7] - 104:20, 104:24, 105:8, 105:14, 110:18, 112:21, 124:24

**friend** [1] - 81:9

**friends** [2] - 17:12, 139:9

**front** [4] - 7:2, 60:3, 78:22, 107:3

**frustrating** [1] - 162:6

**FTI** [16] - 23:20, 32:2, 34:3, 35:21, 50:1, 59:1, 72:4, 73:18, 84:1, 84:14, 87:5, 101:6, 101:14, 110:17, 124:20, 148:12

3542

**FTI's** [4] - 22:13, 81:13, 127:25, 148:13
**Fule** [4] - 16:24, 17:16, 19:9, 125:12
**Fule's** [1] - 17:22
**full** [4] - 147:20, 149:10, 154:18
**fulsome** [1] - 115:21
**fundamental** [2] - 66:25, 109:11
**funding** [5] - 66:8, 117:4, 117:14, 117:18, 137:7
**funds** [3] - 40:6, 40:7, 116:19
**funny** [1] - 18:3
**future** [1] - 139:19

## G

**gamble** [1] - 11:7
**gambled** [2] - 11:7, 11:8
**Gaston** [5] - 1:14, 19:16, 21:13, 63:14, 136:23
**Gates** [71] - 15:2, 18:4, 24:13, 27:18, 29:1, 33:8, 50:14, 56:4, 62:24, 72:5, 73:4, 74:11, 75:10, 77:21, 78:5, 79:9, 79:16, 79:20, 80:1, 80:6, 81:7, 85:18, 86:10, 87:6, 87:7, 87:11, 87:24, 91:14, 92:2, 93:6, 93:7, 93:18, 93:20, 93:22, 94:8, 94:9, 94:13, 95:1, 95:13, 95:17, 95:20, 96:17, 102:23, 104:17, 104:23, 105:3, 105:7, 108:12, 111:9, 111:11, 111:19, 112:17, 112:20, 113:1, 113:6, 113:11, 138:20, 144:23, 150:13, 150:19, 155:16, 156:12, 156:19, 156:22, 156:24, 157:1, 161:1
**gates** [4] - 22:21, 23:23, 77:20, 80:5
**gates'** [1] - 16:20
**Gates'** [2] - 23:23, 55:18
**gathered** [1] - 74:15
**Gay** [1] - 97:17
**general** [7] - 12:21, 39:1, 43:25, 45:14, 114:13, 142:25, 146:10
**General** [4] - 6:10, 44:12, 105:10, 149:23
**generally** [3] - 12:22, 59:6, 115:13
**generals** [1] - 62:23
**generating** [1] - 82:2
**gentlemen** [30] - 9:23, 10:9, 11:11, 11:23, 24:11, 27:17, 33:22, 46:25, 49:13, 53:16, 56:20, 59:9, 60:19, 63:2, 63:21, 65:10, 72:9, 74:10, 75:9, 90:4, 102:13, 105:18, 122:15, 130:18, 135:11, 137:2, 139:7, 144:4, 145:20, 162:19
**gifted** [1] - 145:12
**given** [12] - 4:25, 5:2, 22:24, 29:8, 69:4, 81:10, 81:11, 102:10, 106:11, 111:7, 112:7, 128:12
**glad** [3] - 9:5, 56:15, 56:24
**gmail** [2] - 78:4, 79:22
**goal** [1] - 142:18
**God** [2] - 102:14, 158:17
**government** [62] - 3:14, 11:17, 13:23, 14:2, 15:15, 16:1, 22:16, 25:15, 29:13, 29:22, 34:25, 36:8, 36:19, 39:8, 39:20, 46:12, 47:15, 55:9, 63:7, 66:13, 67:23, 68:10, 68:11, 70:18, 72:15, 73:7, 75:20, 86:3, 86:23, 87:3, 92:8, 97:13, 98:9, 98:21, 99:11, 99:25, 101:20, 102:24, 106:25, 107:15, 110:23, 111:25, 114:5, 116:3, 116:6, 116:8, 120:14, 122:24, 123:8, 123:9, 123:19, 123:22, 129:17, 135:17, 135:22, 136:20, 137:14, 138:2, 138:4, 138:19, 138:25, 142:14
**Government** [31] - 1:13, 17:13, 22:12, 39:18, 39:22, 70:23, 77:15, 77:17, 79:19, 82:9, 86:6, 103:18, 106:7, 111:23, 112:18, 114:1, 114:8, 117:8, 117:12, 118:16, 118:21, 121:8, 125:14, 125:21, 126:11, 126:20, 130:6, 132:3, 132:21, 136:7
**government's** [2] - 77:3, 92:20
**Government's** [18] - 16:6, 16:20, 17:3, 19:23, 20:8, 21:1, 36:2, 40:23, 57:17, 72:12, 76:5, 80:19, 83:17, 85:4, 87:22, 93:1, 101:10, 122:18
**government-commissioned** [1] - 111:25
**Grace** [1] - 81:1
**grant** [1] - 115:6
**gray** [2] - 148:23, 148:25
**great** [10] - 24:12, 44:18, 54:24, 55:11, 55:17, 61:24, 64:4, 153:1, 158:2, 158:5
**greatly** [1] - 152:4
**Greg** [52] - 17:15, 22:13, 28:3, 30:11, 33:21, 51:6, 56:9, 74:20, 75:21, 77:4, 78:11, 78:13, 78:15, 78:19, 79:12, 79:18, 79:23, 83:19, 86:13, 87:4, 89:3, 93:7, 96:13, 97:20, 98:4, 98:18, 112:23, 114:12, 120:6, 139:8, 139:21, 149:17, 150:5, 151:1, 153:14, 154:13, 154:16, 155:4, 155:23, 156:10, 156:16, 156:17, 156:18, 157:14, 157:21, 158:5, 158:21, 162:20, 162:22
**Greg's** [1] - 97:15
**GREGORY** [1] - 1:6
**Gregory** [2] - 3:6, 10:11
**Grid** [1] - 102:25
**Grid)** [1] - 16:12
**gross** [7] - 7:14, 101:12, 122:1, 122:3, 130:3, 131:14, 138:17
**Gross** [1] - 122:2
**gross'** [1] - 121:16
**Gross'** [1] - 128:25
**ground** [1] - 65:22
**groundless** [2] - 89:20, 103:9
**Group** [1] - 91:23
**group** [2] - 142:25, 143:7
**growing** [1] - 37:17
**guarded** [1] - 71:13
**guess** [5] - 23:18, 29:16, 49:12, 58:11, 157:3
**guidance** [1] - 97:18
**guilt** [4] - 68:6, 128:9, 160:2
**guilty** [16] - 5:5, 23:25, 64:9, 67:11, 67:21, 68:3, 71:2, 82:2, 82:3, 88:20, 89:15, 128:23, 139:12, 140:5, 163:4
**Gulland** [1] - 1:14
**guy** [5] - 20:10, 51:24, 104:19, 104:20, 113:9
**guys** [3] - 44:3, 79:9, 110:19

## H

**Haley** [2] - 6:18, 65:5
**half** [6] - 11:24, 64:19, 101:11, 112:19, 119:5, 143:9
**halfway** [1] - 29:6
**hammer** [2] - 38:1, 57:12
**hand** [6] - 31:14, 33:4, 33:10, 43:18, 130:20, 152:25
**hand-delivered** [1] - 31:14
**hand-delivering** [4] - 33:4, 33:10, 43:18, 152:25
**handful** [1] - 39:8
**handle** [3] - 59:8, 60:14, 98:5
**handled** [1] - 83:24
**handling** [2] - 125:13, 125:21
**handwriting** [7] - 19:24, 21:11, 47:3, 62:4, 122:22, 123:1, 123:2
**handwritten** [1] - 123:4
**happenstance** [1] - 27:7
**happier** [2] - 30:11, 106:16
**happy** [8] - 27:15, 30:10, 35:18, 56:9, 56:18, 72:16, 106:15, 111:17
**Hapsburg** [1] - 105:13
**harassing** [1] - 59:1
**harbored** [1] - 4:20
**hard** [8] - 11:5, 26:21, 27:3, 30:22, 33:4, 47:3, 107:10, 110:13
**Harvard** [22] - 14:22, 16:8, 19:2, 19:18, 20:3, 22:9, 23:1, 23:3, 24:7, 27:24, 50:1, 58:2, 58:7, 79:1, 79:6, 81:20, 81:21, 83:11, 85:13, 86:9, 87:25, 97:11
**Haskell** [13] - 45:2, 76:18, 77:9, 82:22, 82:23, 82:25, 98:25, 101:4, 124:8, 124:16, 128:8, 138:17, 152:17
**hate** [1] - 8:2
**Hawker** [168] - 14:22, 15:3, 16:8, 18:4, 21:25, 22:3, 22:6, 27:18, 27:24, 32:9, 32:22, 33:2, 33:6, 33:8, 34:4, 34:11, 35:2, 50:10, 50:14, 50:19, 50:23, 51:24, 53:15, 54:1, 55:2, 55:3, 57:24, 58:2, 58:4, 59:1, 59:6, 62:24, 72:5, 73:4, 74:11, 74:14, 75:3, 75:10, 77:19, 77:22, 78:2, 78:5, 78:22, 78:24, 79:5, 79:9, 79:16, 79:18, 79:21, 79:24, 79:25, 80:1, 80:3, 80:12, 80:22, 81:7, 81:12, 81:22, 82:1, 82:6, 82:12, 82:21, 83:3, 83:10, 83:20, 84:17, 84:22, 85:6, 85:14, 85:18, 85:20, 86:7, 86:10, 86:12, 86:18, 87:4, 87:7, 87:11, 87:13, 87:24, 89:1, 89:3, 90:3, 90:6, 90:11, 90:14, 91:9, 93:3, 93:10, 93:15, 94:7, 94:17, 95:1, 95:7,

3543

95:17, 95:21, 95:23, 100:16, 101:9,
102:23, 103:3, 103:14, 103:15, 103:16,
104:3, 104:10, 104:11, 104:17, 104:23,
105:3, 105:7, 105:22, 106:1, 107:16,
107:20, 107:21, 107:22, 108:3, 108:5,
108:6, 108:7, 108:9, 108:11, 108:20,
108:22, 109:1, 109:8, 109:9, 109:21,
109:22, 111:6, 111:8, 111:11, 111:19,
112:17, 112:21, 113:6, 113:10, 124:14,
128:6, 128:9, 128:10, 128:13, 133:8,
133:11, 134:18, 138:19, 144:24,
150:13, 150:15, 150:17, 152:19,
153:10, 155:16, 156:4, 156:9, 158:14,
158:15, 158:17, 158:18, 158:22,
158:25, 159:1, 159:17, 161:1
  **Hawker's** [7] - 32:18, 75:21, 79:20,
96:6, 103:21, 108:18, 157:12
  **hazards** [1] - 37:17
  **head** [1] - 104:5
  **headline** [12] - 55:5, 74:21, 74:23,
75:1, 75:2, 75:3, 75:13, 88:22, 89:6,
109:4, 109:6, 111:24
  **headlines** [3] - 73:11, 74:16, 75:14
  **hear** [11] - 12:15, 21:19, 31:3, 32:19,
71:4, 92:9, 92:13, 142:19, 143:1, 143:4,
143:11
  **heard** [33] - 10:10, 10:14, 10:16, 15:2,
24:24, 42:17, 42:25, 47:13, 54:3, 54:23,
60:4, 64:7, 64:19, 67:24, 68:9, 69:20,
73:18, 82:17, 83:12, 85:15, 95:23,
98:13, 124:23, 144:14, 146:3, 146:20,
147:24, 149:16, 150:14, 155:16, 163:9,
163:10
  **hearing** [1] - 142:16
  **hearsay** [1] - 56:7
  **heart** [1] - 29:19
  **Heather** [23] - 130:5, 145:3, 145:5,
145:11, 145:16, 145:22, 146:1, 146:2,
146:3, 146:20, 146:21, 147:1, 147:10,
147:18, 148:16, 149:3, 149:10, 151:12,
154:12, 155:4, 155:7, 155:15, 162:21
  **heavily** [2] - 55:8, 157:6
  **held** [1] - 4:25
  **help** [7] - 35:18, 40:6, 56:21, 62:9,
63:17, 116:19
  **helped** [2] - 50:1, 91:19
  **helpful** [1] - 113:7
  **helpfully** [1] - 21:10
  **helping** [3] - 76:3, 98:23, 101:8
  **Herszenhorn** [8] - 35:23, 36:2, 46:7,
77:8, 111:3, 113:16, 120:11, 148:15
  **hesitate** [1] - 68:7
  **hid** [2] - 91:20, 91:21
  **hidden** [1] - 116:15
  **hide** [8] - 48:23, 65:18, 116:16, 116:25,
120:15, 120:19, 121:4, 122:14
  **hides** [1] - 149:2
  **hiding** [5] - 121:3, 122:9, 131:9, 133:6,
151:13
  **high** [1] - 159:11

  **higher** [1] - 4:12
  **highest** [2] - 67:25, 98:22
  **highlight** [8] - 76:12, 118:13, 119:1,
123:3, 125:8, 126:23, 132:23, 157:16
  **highlighted** [6] - 21:3, 22:18, 47:5,
90:12, 127:3, 130:14
  **highlights** [2] - 21:11, 154:1
  **hijack** [1] - 32:11
  **hijacked** [1] - 108:15
  **himself** [7] - 47:6, 48:2, 62:9, 72:3,
128:3, 148:24, 158:22
  **hire** [3] - 80:6, 101:6, 101:15
  **hired** [3] - 10:21, 50:1, 64:2
  **hiring** [1] - 101:14
  **history** [2] - 129:13, 129:14
  **histrionics** [1] - 71:7
  **hold** [3] - 64:8, 79:23, 163:4
  **holders** [1] - 21:6
  **holding** [1] - 7:1
  **hole** [1] - 55:16
  **home** [8] - 31:15, 31:23, 33:4, 33:5,
58:25, 107:12, 147:15, 161:17
  **homework** [1] - 164:10
  **honest** [7] - 54:4, 54:17, 58:14, 63:4,
108:16, 134:11, 134:13
  **honestly** [1] - 4:25
  **honesty** [5] - 59:23, 62:10, 98:10,
100:15, 136:22
  **Honor** [11] - 3:4, 5:13, 7:10, 8:13, 9:20,
65:9, 94:25, 99:21, 100:12, 144:3,
160:6
  **honor** [1] - 139:14
  **HONORABLE** [1] - 1:10
  **honored** [1] - 117:7
  **hook** [1] - 74:7
  **hope** [3] - 6:23, 9:7, 37:17
  **hoped** [1] - 64:3
  **hopeful** [1] - 96:8
  **horrible** [2] - 139:13, 140:24
  **hospital** [1] - 28:14
  **hotel** [1] - 19:24
  **hour** [4] - 26:18, 77:1, 119:5, 143:9
  **hours** [4] - 36:25, 141:14, 141:16,
144:14
  **House** [1] - 99:2
  **house** [6] - 31:21, 152:25, 157:15,
160:5, 161:13, 161:16
  **Huffington** [1] - 73:24
  **huge** [1] - 149:21
  **Huisman** [6] - 41:8, 121:10, 128:11,
128:12, 152:2, 152:22
  **Human** [1] - 115:5
  **hundreds** [3] - 79:11, 91:17
  **Hunt** [29] - 28:23, 28:24, 33:16, 33:20,
33:24, 53:6, 130:5, 145:3, 145:5,
145:11, 145:16, 145:22, 146:2, 146:3,
146:20, 146:21, 147:1, 147:10, 147:18,
148:16, 149:3, 149:10, 151:12, 153:3,
153:12, 155:4, 155:7, 155:15

  **hunt** [19] - 7:13, 13:3, 15:19, 16:3,
19:13, 25:22, 29:18, 38:7, 38:21, 40:9,
42:16, 47:13, 114:2, 121:13, 126:4,
127:13, 130:10, 133:17, 134:21
  **Hunt's** [3] - 12:9, 132:3, 162:21
  **hunt's** [1] - 26:5
  **hurt** [2] - 11:4, 11:5

# I

  **idea** [10] - 18:16, 18:25, 54:24, 73:15,
95:8, 95:17, 145:21, 146:18, 149:14
  **identified** [3] - 3:13, 122:22, 138:3
  **identifies** [5] - 78:12, 121:9, 121:10,
121:11
  **identity** [4] - 66:10, 91:24, 116:25
  **idiot** [1] - 51:6
  **ignored** [1] - 101:20
  **Ill** [1] - 1:23
  **illustrates** [1] - 92:25
  **impact** [1] - 139:21
  **impending** [1] - 55:14
  **implemented** [4] - 19:20, 70:8, 87:6,
89:2
  **implicated** [1] - 115:11
  **implication** [1] - 119:22
  **implies** [1] - 120:2
  **import** [1] - 4:12
  **importance** [3] - 66:21, 126:19, 129:4
  **important** [28] - 3:24, 11:15, 12:11,
13:2, 25:4, 27:25, 38:11, 48:6, 66:25,
67:7, 67:12, 68:8, 68:21, 69:12, 69:25,
70:15, 71:12, 80:20, 86:21, 98:7,
101:18, 120:4, 121:21, 129:12, 135:25,
143:10, 161:10
  **importantly** [1] - 11:5
  **impression** [2] - 31:1, 54:24
  **impugn** [1] - 138:6
  **inaccuracies** [6] - 48:25, 49:9, 132:24,
133:7, 133:12, 152:11
  **inaccuracy** [1] - 132:12
  **inaccurate** [1] - 131:25
  **inappropriate** [1] - 140:20
  **inappropriately** [1] - 91:4
  **include** [3] - 45:1, 45:2, 103:1
  **included** [3] - 22:2, 83:22, 95:25
  **includes** [3] - 44:25, 77:24, 123:16
  **income** [1] - 91:20
  **incomplete** [1] - 131:24
  **inconsistencies** [1] - 155:25
  **inconsistent** [2] - 84:10, 92:20
  **incorporated** [1] - 4:3
  **incurred** [1] - 137:11
  **indeed** [3] - 52:6, 82:19, 121:19
  **indelible** [1] - 139:21
  **independence** [1] - 52:17
  **independent** [8] - 20:23, 55:17, 74:2,
90:16, 112:2, 115:17, 151:15, 157:22
  **indicating** [1] - 132:13

3544

**indicating)** [1] - 123:4
**indictment** [6] - 3:12, 3:20, 4:3, 4:4, 4:6, 5:18
**individual** [3] - 40:5, 41:5, 116:18
**inferences** [1] - 50:8
**influence** [1] - 127:17
**influenced** [2] - 88:19, 89:14
**inform** [3] - 49:3, 133:2, 152:13
**information** [34] - 7:4, 8:22, 8:25, 11:13, 11:15, 26:17, 69:11, 69:12, 69:14, 69:16, 77:5, 81:13, 85:3, 85:12, 117:20, 117:22, 126:13, 126:15, 126:16, 127:15, 128:12, 134:4, 134:5, 134:7, 135:10, 138:12, 138:13, 148:22, 149:9, 149:12, 149:19, 149:25, 163:23
**informed** [5] - 11:19, 23:6, 32:12, 103:15, 132:12
**informing** [4] - 152:15, 152:24, 153:4, 153:8
**informs** [1] - 52:10
**initial** [2] - 34:17, 114:2
**initiate** [2] - 28:4, 28:6
**initiated** [3] - 46:3, 46:16, 75:10
**inkling** [1] - 114:4
**innocence** [2] - 67:15, 128:9
**innocent** [4] - 67:18, 67:19, 67:21
**input** [2] - 87:5, 108:3
**inquiries** [2] - 132:18, 158:25
**inquiry** [8] - 10:4, 10:5, 62:21, 69:6, 69:7, 113:21, 115:17, 117:23
**insisted** [1] - 88:25
**instead** [4] - 4:18, 57:14, 87:3, 141:9
**instruct** [9] - 6:21, 6:22, 10:3, 12:17, 67:14, 68:13, 70:24, 125:10, 161:9
**instructed** [1] - 129:5
**instructing** [1] - 160:11
**instruction** [19] - 4:8, 4:9, 4:10, 4:12, 4:14, 4:15, 5:6, 6:25, 7:1, 7:16, 49:4, 66:22, 96:2, 99:6, 133:3, 152:13, 153:10, 153:16, 159:25
**instructions** [23] - 3:10, 3:11, 5:6, 8:12, 12:8, 12:18, 13:17, 61:3, 68:5, 69:4, 69:5, 71:5, 108:6, 124:2, 133:15, 134:14, 134:19, 134:21, 138:14, 142:20, 143:8, 163:13, 163:19
**integrity** [9] - 11:3, 62:10, 66:1, 71:14, 98:1, 98:4, 100:15, 136:22, 139:14
**intend** [1] - 106:9
**intended** [4] - 13:11, 36:3, 48:16, 72:6
**intent** [2] - 4:13, 5:7
**intentionally** [2] - 146:9, 156:18
**interactions** [1] - 105:15
**interest** [3] - 91:24, 125:16, 150:5
**interested** [11] - 30:10, 104:14, 106:12, 106:15, 106:20, 106:21, 107:5, 126:4, 134:25, 155:3, 162:8
**interesting** [2] - 30:6, 162:16
**interestingly** [1] - 42:4
**interests** [1] - 127:18
**internal** [1] - 105:12

**internally** [1] - 17:4
**international** [4] - 75:15, 89:7, 103:24, 104:1
**internationally** [1] - 73:11
**interview** [17] - 17:9, 32:8, 34:11, 35:23, 36:23, 37:4, 46:7, 50:24, 51:2, 51:3, 51:6, 93:2, 93:5, 93:8, 148:11, 156:10
**interviewed** [1] - 46:6
**interviews** [8] - 17:5, 28:22, 29:13, 34:25, 35:25, 43:21, 148:8, 149:1
**intrigued** [1] - 162:9
**introduce** [1] - 99:19
**introduced** [3] - 74:13, 80:21, 99:24
**investigation** [3] - 25:25, 36:12, 74:2
**invitations** [1] - 46:5
**invoice** [5] - 60:23, 76:6, 150:21, 150:22, 158:11
**invoices** [3] - 61:13, 61:22, 76:10
**invokes** [1] - 48:7
**involved** [22] - 15:24, 17:2, 59:6, 63:8, 65:22, 65:25, 66:2, 66:17, 67:25, 68:14, 81:6, 84:23, 101:14, 114:5, 118:4, 123:24, 123:25, 125:22, 125:25, 156:17, 156:18
**involvement** [2] - 77:14, 148:13
**involving** [2] - 83:8, 98:5
**irrelevant** [1] - 149:25
**IRS** [1] - 91:17
**issue** [28] - 6:5, 7:10, 7:11, 7:21, 15:17, 18:21, 18:24, 23:17, 23:20, 36:7, 38:4, 49:9, 57:11, 85:8, 101:23, 107:4, 119:20, 132:13, 138:5, 147:24, 148:2, 148:3, 155:2, 155:14, 156:15, 157:25
**issued** [5] - 76:6, 89:25, 110:4, 120:8, 120:17
**issues** [10] - 6:14, 44:6, 83:4, 92:23, 102:3, 114:25, 115:4, 115:11, 115:13, 115:23
**Italian** [3] - 73:17, 73:23, 73:25
**item** [1] - 119:1
**itemize** [1] - 3:8
**items** [1] - 16:23
**itself** [5] - 42:10, 101:14, 120:5, 120:20, 137:15

## J

**JACKSON** [1] - 1:10
**Jackson** [10] - 17:12, 17:15, 17:18, 136:4, 136:7, 136:8, 136:11, 136:15, 138:24, 139:19
**jail** [2] - 74:1, 141:4
**James** [1] - 1:20
**January** [3] - 14:10, 132:2, 132:20
**Jason** [1] - 1:17
**jealously** [1] - 71:13
**Jerry** [3] - 98:11, 150:2
**Jessica** [1] - 97:11
**job** [4] - 6:12, 87:14, 87:19, 147:10

**join** [3] - 20:13, 57:17, 99:1
**joke** [1] - 84:24
**joking** [1] - 84:24
**Jon** [24] - 73:8, 73:16, 74:22, 75:13, 76:13, 76:24, 77:16, 82:10, 83:18, 85:5, 88:9, 89:6, 90:7, 95:14, 103:19, 108:21, 112:19, 117:13, 118:13, 118:17, 122:20, 125:7, 126:23, 132:21
**Jonathan** [32] - 32:9, 51:24, 57:24, 59:5, 83:19, 83:20, 87:3, 87:13, 93:23, 93:24, 103:14, 104:16, 107:20, 107:21, 108:3, 108:11, 108:20, 111:8, 150:13, 150:15, 150:17, 152:19, 153:10, 156:9, 157:12, 158:14, 158:15, 158:16, 158:18, 158:25, 159:1, 159:17
**Journal** [17] - 41:6, 41:8, 45:13, 47:16, 48:15, 48:19, 51:17, 52:19, 52:22, 77:9, 102:19, 121:6, 121:11, 127:7, 128:11, 133:9, 159:5
**journalist** [4] - 80:18, 94:12, 102:15, 154:25
**journalists** [30] - 14:24, 17:2, 17:24, 18:5, 18:17, 20:1, 21:5, 22:22, 44:17, 45:25, 46:9, 46:15, 50:2, 52:2, 55:24, 61:18, 83:12, 83:24, 84:6, 84:23, 85:3, 85:7, 85:9, 85:12, 85:16, 85:22, 86:12, 96:19, 97:4, 148:24
**journals** [1] - 121:9
**judge** [7] - 12:7, 12:16, 88:13, 96:22, 131:2, 135:21, 138:22
**JUDGE** [1] - 1:11
**Judge** [17] - 66:22, 66:24, 67:14, 68:4, 68:13, 68:18, 69:14, 70:9, 70:24, 97:16, 98:13, 99:6, 99:7, 100:4, 124:2, 139:18, 159:25
**Judge's** [2] - 69:4, 71:5
**judgement** [5] - 75:16, 75:18, 75:20, 89:8, 92:15
**judges** [2] - 66:23, 67:7
**judgment** [2] - 88:23, 135:25
**July** [6] - 20:5, 61:1, 62:1, 62:9, 65:23, 103:12
**jumbled** [1] - 63:22
**jump** [1] - 135:19
**June** [10] - 10:11, 14:8, 38:16, 61:1, 117:12, 118:9, 126:11, 126:16, 127:5, 127:23
**Junghans** [4] - 1:23, 92:10, 96:18, 150:20
**Junghans'** [1] - 91:15
**jurisdiction** [2] - 13:14, 68:17
**juror** [3] - 6:5, 6:14, 8:24
**jurors** [3] - 8:15, 65:7, 163:20
**jurors'** [1] - 161:21
**Jury** [7] - 3:3, 9:4, 64:22, 65:6, 143:19, 143:25, 164:7
**jury** [25] - 3:9, 3:10, 7:22, 8:12, 9:2, 9:5, 65:2, 66:18, 66:23, 67:10, 90:4, 139:8, 141:19, 142:8, 143:8, 143:24, 145:21, 160:11, 161:9, 163:14, 163:21,

3545

163:24
**JURY** [2] - 1:6, 1:10
**Justice** [19] - 13:15, 15:12, 23:15, 26:2, 55:20, 70:23, 75:7, 76:7, 90:8, 105:9, 111:16, 114:22, 114:24, 127:10, 132:10, 132:16, 147:3, 150:7, 150:8
**justice** [7] - 76:22, 98:23, 98:24, 99:4, 115:1, 115:14, 147:3
**JUSTICE** [1] - 1:17
**Justice's** [1] - 117:16
**justification** [1] - 149:7

**K**

**KANESHIRO** [2] - 2:2, 165:9
**Kaneshiro** [2] - 165:3, 165:8
**KANESHIRO-MILLER** [2] - 2:2, 165:9
**Kaneshiro-Miller** [2] - 165:3, 165:8
**Kedem** [6] - 44:25, 55:12, 98:25, 101:5, 101:12, 138:17
**Kedem's** [1] - 37:16
**keep** [9] - 14:6, 30:18, 40:8, 52:12, 95:1, 95:2, 95:17, 95:22, 162:4
**keeping** [1] - 32:12
**kept** [3] - 22:10, 91:2, 107:16
**key** [7] - 14:4, 21:5, 44:17, 56:11, 77:2, 92:22, 154:1
**Kilimnik** [5] - 77:22, 87:24, 104:23, 105:7, 112:21
**kind** [17] - 7:16, 20:12, 57:2, 68:1, 68:4, 68:7, 68:9, 84:9, 98:7, 98:8, 103:10, 103:19, 109:9, 135:24, 155:19, 162:8
**Kingdom** [1] - 111:1
**klutzy** [1] - 107:8
**knocked** [1] - 156:24
**knowing** [6] - 4:17, 38:12, 39:11, 41:12, 47:25, 162:8
**knowingly** [13] - 5:8, 13:9, 37:8, 49:24, 52:4, 68:15, 69:1, 70:16, 70:18, 70:21, 135:9, 135:14
**knowledge** [10] - 19:19, 20:2, 42:22, 46:2, 70:19, 104:19, 118:4, 124:5, 133:8, 133:9
**knowledgeable** [1] - 109:2
**known** [10] - 4:13, 11:19, 30:1, 66:4, 66:5, 81:9, 97:9, 97:10, 97:20, 138:12
**knows** [22] - 5:16, 20:2, 21:9, 26:19, 27:18, 27:20, 33:23, 41:2, 61:12, 95:21, 107:25, 146:17, 151:15, 151:16, 151:17, 151:18, 151:21, 156:7, 158:20
**Konstantin** [1] - 87:24
**Kutler** [3] - 28:13, 28:15, 28:18
**Kwasniewski** [1] - 125:12
**Kyiv** [11] - 43:15, 56:14, 57:1, 57:7, 57:8, 57:10, 72:21, 72:22, 104:17, 125:12

**L**

**L.A** [15] - 47:16, 51:18, 52:19, 52:23, 58:16, 77:9, 102:18, 113:21, 121:6, 121:11, 127:7, 128:7, 133:8, 152:14, 159:5
**lack** [1] - 138:20
**ladies** [30] - 9:22, 10:8, 11:11, 11:23, 24:11, 27:16, 33:22, 46:25, 49:13, 53:16, 56:20, 59:9, 60:19, 63:2, 63:21, 65:10, 72:9, 74:10, 75:8, 90:4, 102:13, 105:18, 122:15, 130:18, 135:11, 137:2, 139:7, 144:4, 145:20, 162:19
**language** [4] - 4:17, 26:7, 57:3, 122:23
**lapse** [2] - 59:10, 146:19
**large** [1] - 73:16
**Larry** [6] - 42:1, 42:3, 129:20, 149:16
**last** [12] - 22:8, 30:25, 35:22, 58:5, 75:23, 114:11, 116:2, 116:4, 120:20, 132:23, 135:17, 162:6
**late** [4] - 33:14, 33:20, 105:20, 153:3
**latest** [1] - 7:19
**latitude** [1] - 36:11
**laundry** [1] - 36:2
**Lauren** [2] - 57:24, 83:13
**Lavrynovych** [2] - 111:8, 111:15
**Law** [16] - 41:6, 41:8, 45:13, 47:16, 48:15, 48:18, 51:17, 52:19, 52:22, 77:8, 102:19, 121:6, 121:11, 128:11, 133:9, 159:4
**law** [40] - 4:17, 12:17, 15:16, 20:9, 23:17, 25:17, 25:24, 37:13, 39:23, 45:19, 46:2, 46:8, 46:11, 48:10, 49:2, 64:5, 71:2, 71:15, 74:24, 75:15, 85:10, 90:22, 97:21, 98:20, 114:25, 115:4, 115:11, 115:12, 115:23, 117:6, 122:25, 123:6, 130:15, 133:1, 139:11, 146:14, 147:23, 154:19, 162:24, 163:13
**lawyer** [5] - 76:2, 86:16, 97:19, 109:5, 117:3
**lawyers** [13] - 9:13, 9:16, 39:25, 55:8, 76:2, 85:8, 91:21, 98:24, 117:7, 129:11, 132:11, 145:13, 157:5
**lawyers'** [1] - 161:9
**lays** [1] - 125:6
**lead** [3] - 10:8, 112:5, 155:9
**lead-up** [1] - 155:9
**leader** [1] - 97:13
**leadership** [1] - 19:11
**leading** [5] - 22:9, 38:1, 75:15, 89:7, 128:24
**leak** [2] - 20:6, 20:11
**leaking** [2] - 22:14, 22:19
**leaks** [1] - 20:12
**learn** [2] - 7:3, 11:8
**learned** [2] - 35:12, 106:8
**least** [4] - 12:22, 49:18, 68:20, 70:10
**leave** [6] - 33:14, 64:21, 69:18, 84:3, 90:3, 131:3
**leaves** [1] - 160:1
**leaving** [1] - 140:3
**lectern** [2] - 143:17, 143:22
**led** [3] - 91:15, 112:15, 136:21
**Lee** [6] - 94:1, 94:3, 94:6, 94:10, 94:13, 94:14
**left** [6] - 61:8, 72:14, 86:3, 108:24, 124:15, 163:11
**legal** [7] - 4:13, 4:19, 41:4, 68:22, 86:14, 112:14, 138:12
**legalese** [1] - 15:13
**Legislative** [1] - 46:12
**legislatures** [1] - 11:16
**less** [1] - 114:14
**lesser** [2] - 46:20, 78:9
**letter** [84] - 14:8, 26:7, 36:4, 37:20, 38:25, 39:18, 40:9, 42:2, 42:4, 42:6, 42:7, 42:10, 42:23, 44:3, 44:7, 44:8, 44:24, 46:14, 46:23, 47:10, 47:23, 48:4, 48:5, 54:13, 60:18, 60:20, 60:22, 61:25, 62:5, 113:24, 114:2, 114:3, 114:6, 114:9, 114:13, 114:14, 114:17, 117:12, 118:9, 118:19, 118:21, 119:17, 120:24, 122:14, 122:16, 122:21, 123:13, 123:20, 124:4, 126:17, 126:20, 127:5, 127:23, 129:9, 129:21, 130:3, 130:8, 130:12, 130:13, 130:25, 131:14, 131:15, 131:19, 132:2, 132:5, 132:6, 134:3, 134:6, 135:6, 135:7, 137:8, 148:14, 149:6, 149:7, 149:22, 150:7, 151:14, 151:15, 154:5, 154:18, 155:10, 155:11, 155:12
**letterhead** [1] - 61:15
**letters** [7] - 7:15, 8:9, 14:10, 38:13, 40:14, 101:4
**levels** [1] - 98:22
**liar** [6] - 87:14, 87:21, 91:15, 99:23, 138:20
**liars** [1] - 92:20
**lie** [26] - 43:24, 45:18, 46:17, 49:19, 53:3, 69:21, 90:10, 98:9, 136:25, 137:2, 137:14, 137:18, 137:19, 138:6, 138:10, 146:13, 152:8, 154:14, 154:15, 154:16, 154:17
**lied** [13] - 39:1, 63:21, 70:21, 91:16, 91:17, 91:22, 92:1, 99:22, 135:9, 146:9, 146:10, 146:11
**lies** [4] - 54:7, 60:20, 151:12, 154:7, 155:13
**life** [4] - 54:20, 99:3, 135:25, 136:21
**lighter** [1] - 92:17
**lightly** [1] - 92:19
**lights** [1] - 45:5
**likely** [1] - 149:2
**limitations** [1] - 100:8
**limited** [2] - 100:8, 110:20
**line** [6] - 74:7, 105:5, 150:3, 162:1
**lines** [1] - 126:21
**links** [2] - 74:16, 75:6
**lipstick** [2] - 110:19, 113:3
**list** [5] - 24:25, 25:18, 36:3, 55:9, 73:10

3546

**listed** [1] - 34:20
**listen** [1] - 138:13
**listening** [2] - 143:10, 143:11
**lists** [2] - 18:21, 34:16
**literally** [2] - 32:7, 49:12
**litigation** [1] - 68:1
**live** [2] - 98:12, 107:13
**lived** [3] - 98:21, 99:3, 140:6
**lives** [2] - 68:8, 149:19
**living** [1] - 140:24
**LLP** [2] - 1:20, 1:24
**loans** [1] - 91:22
**lobbyist** [2] - 3:16, 27:16
**lobbyists** [1] - 123:24
**local** [1] - 131:2
**locked** [1] - 141:1
**lockstep** [2] - 101:23, 102:2
**logistics** [1] - 84:3
**London** [1] - 37:25
**long-form** [1] - 154:17
**look** [98] - 15:6, 16:5, 16:10, 16:20,
19:5, 25:2, 25:3, 26:4, 29:9, 32:6,
34:15, 35:12, 36:6, 37:9, 38:1, 38:6,
38:22, 39:7, 42:6, 42:20, 43:2, 47:13,
48:4, 50:11, 50:15, 51:4, 51:5, 53:6,
53:22, 54:19, 55:7, 55:14, 55:18, 60:2,
72:11, 73:6, 73:13, 74:13, 74:17, 75:6,
76:5, 77:15, 77:21, 78:1, 79:19, 80:19,
82:9, 83:17, 85:4, 86:6, 87:11, 87:22,
88:8, 89:6, 89:10, 90:12, 91:13, 93:11,
93:25, 94:18, 95:13, 96:4, 96:25,
100:20, 101:10, 103:18, 103:22,
104:22, 106:7, 106:11, 108:25, 111:10,
111:14, 111:22, 111:24, 112:4, 112:18,
113:21, 114:1, 114:8, 116:2, 116:4,
118:10, 118:15, 118:21, 119:3, 119:9,
122:18, 127:12, 130:13, 131:5, 132:2,
136:7, 144:20, 145:24, 151:3, 160:17
**looked** [7] - 3:12, 3:13, 59:13, 79:4,
114:14, 146:24, 157:24
**looking** [1] - 45:22
**looks** [8] - 18:14, 58:19, 152:1, 152:15,
152:24, 155:10, 155:12, 157:20
**loop** [1] - 81:17
**Los** [1] - 45:13
**losing** [1] - 5:7
**Loucks** [1] - 65:23
**love** [1] - 144:7
**lucky** [1] - 153:25
**Lucy** [1] - 28:16
**Lucy-Claire** [1] - 28:16
**lumped** [1] - 41:14
**lunch** [2] - 163:24, 164:2
**lure** [1] - 80:8
**lying** [3] - 54:14, 92:16, 138:17
**Lyovochkin** [2] - 60:16, 125:5

# M

**mad** [1] - 58:3

**Maguire** [3] - 98:11, 150:2
**mail** [56] - 17:21, 18:3, 18:20, 20:4,
21:15, 21:20, 22:9, 30:3, 30:5, 31:18,
31:20, 32:9, 33:3, 34:4, 34:14, 39:12,
42:25, 43:12, 44:15, 45:4, 45:6, 45:7,
47:22, 49:11, 51:4, 51:23, 55:18, 56:6,
56:8, 58:4, 78:11, 79:10, 79:12, 79:14,
81:1, 81:5, 81:11, 84:8, 87:23, 89:1,
103:14, 103:19, 103:21, 104:21,
104:23, 105:17, 111:14, 112:20,
129:20, 136:11, 144:22, 149:22,
154:17, 158:15, 158:16
**mailed** [3] - 29:7, 85:6, 106:5
**mailing** [2] - 17:13, 26:17
**mails** [25] - 17:12, 24:11, 24:14, 31:6,
32:6, 32:7, 36:25, 37:22, 39:13, 39:14,
53:22, 54:22, 59:13, 59:17, 60:1, 61:10,
79:11, 80:12, 110:9, 119:9, 119:14,
144:10, 144:23, 144:24
**main** [5] - 4:1, 53:12, 62:22, 74:16,
157:7
**major** [6] - 82:24, 83:1, 88:10, 96:8,
115:16, 118:14
**majority** [2] - 67:2, 67:5
**maker** [3] - 12:11, 13:2, 29:24
**makers** [1] - 14:4
**Malet** [1] - 83:14
**man** [19] - 10:11, 32:10, 35:2, 37:14,
37:18, 41:22, 44:19, 44:21, 64:8, 66:8,
73:12, 92:14, 95:10, 98:16, 98:18,
100:18, 136:21, 158:5
**man's** [1] - 68:6
**Manafort** [103] - 11:1, 14:22, 17:13,
17:14, 20:5, 20:19, 21:24, 22:10, 22:12,
23:9, 23:20, 35:21, 44:16, 50:4, 50:11,
50:14, 50:18, 56:6, 56:9, 57:3, 60:13,
61:16, 61:24, 62:4, 62:12, 62:15, 62:19,
62:22, 62:25, 63:8, 64:3, 66:2, 66:4,
72:5, 72:16, 72:18, 73:4, 73:9, 73:14,
74:5, 74:11, 75:10, 76:15, 76:16, 76:17,
76:21, 77:22, 79:10, 80:6, 80:8, 81:7,
83:5, 85:6, 86:4, 86:7, 86:9, 86:12,
86:17, 87:1, 87:9, 87:16, 87:23, 88:2,
88:5, 88:10, 88:25, 89:2, 89:12, 91:11,
91:19, 92:1, 92:2, 93:16, 95:1, 95:16,
96:3, 96:7, 96:11, 100:2, 101:15,
102:23, 103:7, 103:12, 104:21, 104:25,
105:16, 108:12, 110:2, 112:20, 125:1,
125:9, 125:20, 136:3, 136:9, 137:6,
138:23, 151:4, 153:23, 155:18, 158:6
**Manafort's** [9] - 17:20, 60:22, 77:25,
87:24, 88:21, 90:1, 96:5, 96:21, 110:9
**manage** [2] - 20:6, 101:16
**Marsteller** [1] - 110:18
**massive** [1] - 92:11
**massively** [1] - 113:7
**Master** [2] - 16:11, 102:25
**masterpiece** [1] - 48:4
**material** [17] - 3:8, 4:22, 7:12, 12:25,
86:16, 68:23, 69:24, 70:4, 70:11, 94:8,

95:22, 97:1, 112:9, 117:23, 134:22,
146:2, 148:17
**materiality** [1] - 134:21
**materials** [2] - 95:2, 95:18
**math** [1] - 40:25
**mathematical** [1] - 160:15
**Mathews** [2] - 97:11, 98:14
**matter** [23] - 12:6, 12:7, 12:9, 13:13,
62:11, 63:11, 64:4, 64:6, 67:10, 68:12,
98:2, 102:21, 113:3, 123:7, 135:25,
138:21, 143:2, 145:2, 146:1, 146:2,
150:1, 153:18, 165:5
**matters** [6] - 11:12, 63:2, 63:9, 64:6,
98:5, 145:3
**Matthew** [1] - 41:8
**McCullough** [13] - 1:17, 29:25, 82:23,
141:24, 142:4, 143:17, 144:1, 144:3,
160:10, 160:24, 161:24, 162:3, 163:8
**MCW** [1] - 22:23
**MD** [1] - 1:22
**mean** [15] - 20:18, 38:14, 39:1, 39:14,
39:23, 39:24, 43:4, 53:9, 53:17, 68:3,
107:3, 141:5, 141:11, 141:23, 160:3
**meaning** [4] - 4:19, 4:20, 59:7, 70:16
**means** [10] - 13:1, 13:14, 20:17, 20:18,
20:19, 43:13, 46:24, 106:25, 158:10,
163:23
**meant** [7] - 15:21, 15:23, 113:1,
127:17, 132:8, 140:21, 160:19
**media** [106] - 3:15, 14:23, 15:5, 16:7,
16:22, 17:8, 17:24, 19:19, 21:1, 21:17,
21:25, 22:2, 23:5, 24:20, 29:12, 29:13,
29:20, 29:21, 32:3, 32:11, 33:1, 34:13,
34:16, 34:20, 34:24, 34:25, 35:20,
35:25, 39:15, 43:13, 43:20, 45:24, 46:3,
46:4, 46:5, 46:15, 48:11, 48:12, 50:12,
51:12, 51:16, 61:19, 63:20, 71:22,
71:23, 72:4, 72:9, 72:10, 73:5, 74:11,
75:21, 76:1, 76:3, 77:3, 77:14, 83:9,
84:15, 84:19, 84:21, 85:14, 85:24,
86:11, 86:23, 87:5, 87:17, 89:2, 91:23,
93:13, 94:1, 94:5, 96:16, 100:23,
100:25, 101:2, 101:25, 102:22, 102:25,
104:18, 105:19, 110:10, 110:12,
113:10, 124:22, 125:25, 127:9, 127:16,
127:25, 128:1, 128:6, 128:15, 130:16,
130:17, 130:22, 132:7, 132:12, 134:15,
148:1, 151:17, 151:23, 151:25, 152:3,
152:7, 155:3, 155:6, 155:23
**meet** [4] - 17:25, 44:12, 138:25, 162:18
**meeting** [78] - 14:22, 14:25, 15:4, 15:5,
16:8, 16:16, 16:21, 16:24, 17:1, 18:6,
19:2, 19:18, 20:3, 22:9, 23:2, 23:4,
24:8, 27:24, 33:13, 46:18, 46:23, 47:1,
47:6, 47:12, 47:24, 48:7, 50:2, 50:13,
54:8, 54:13, 58:2, 58:8, 76:17, 79:1,
79:3, 79:5, 81:20, 81:21, 81:22, 81:23,
81:25, 83:10, 83:12, 85:13, 86:8, 86:9,
88:1, 96:5, 96:7, 96:20, 96:23, 97:1,
97:2, 98:12, 120:21, 121:16, 122:2,

3547

122:4, 129:3, 129:4, 129:8, 129:10,
129:13, 129:17, 129:23, 129:24, 130:6,
130:10, 130:11, 131:19, 131:25, 132:4,
132:6, 155:5, 155:9, 155:10

**meetings** [2] - 58:6, 105:6

**melding** [1] - 147:4

**member** [2] - 97:22, 139:4

**members** [2] - 9:5, 142:8

**memo** [2] - 76:20, 125:4

**memorandum** [1] - 129:15

**memories** [1] - 155:17

**memory** [1] - 146:19

**mens** [1] - 4:11

**mention** [7] - 23:3, 40:3, 40:10, 50:22,
91:18, 148:14, 151:3

**mentioned** [5] - 57:11, 105:17, 136:6,
150:2, 161:12

**mentions** [1] - 40:12

**Mercury** [5] - 3:16, 22:23, 28:17,
91:23, 110:18

**merely** [2] - 63:11, 69:15

**mess** [1] - 51:25

**message** [15] - 20:20, 72:18, 79:17,
79:20, 85:24, 89:4, 89:25, 90:1, 90:2,
124:14, 124:15, 153:23, 154:12, 157:15

**messages** [1] - 80:17

**messaging** [6] - 79:6, 82:7, 85:14,
89:12, 103:7, 105:21

**met** [5] - 14:21, 68:12, 126:1, 135:22,
161:15

**middle** [2] - 5:8, 60:6

**might** [17] - 11:20, 45:5, 54:24, 59:5,
76:22, 86:14, 100:10, 113:8, 114:4,
114:5, 115:4, 124:8, 138:2, 142:18,
152:2, 157:18, 162:16

**mile** [1] - 33:11

**miles** [1] - 22:4

**Miller** [2] - 165:3, 165:8

**MILLER** [2] - 2:2, 165:9

**million** [12] - 10:1, 10:24, 61:3, 61:16,
65:20, 116:13, 116:21, 137:9, 150:4,
150:11, 158:12

**millions** [1] - 91:18

**mind** [7] - 14:6, 22:4, 26:18, 40:8,
91:2, 96:18, 96:19

**minds** [1] - 65:15

**minister** [1] - 74:25

**Minister** [4] - 111:7, 111:9, 111:15,
115:19

**minister's** [1] - 109:4

**Ministry** [36] - 15:12, 15:17, 23:5,
23:14, 23:17, 23:19, 25:9, 25:11, 26:1,
43:15, 55:19, 75:7, 76:6, 90:8, 105:9,
105:15, 114:22, 114:24, 115:3, 117:16,
125:9, 127:1, 127:10, 127:13, 128:3,
132:10, 132:16, 147:2, 147:3, 147:23,
148:1, 148:3, 150:6, 150:7

**minor** [1] - 93:1

**minute** [3] - 33:22, 41:2, 114:11

**minutes** [12] - 32:7, 32:13, 52:13,

64:20, 72:24, 141:25, 142:17, 143:10,
143:21, 144:6

**mischaracterization** [1] - 71:24

**mischaracterizations** [13] - 47:17,
48:16, 49:15, 49:16, 77:11, 83:2,
121:22, 121:25, 122:5, 128:2, 132:9,
133:23, 134:12

**mischaracterize** [1] - 72:6

**mischaracterized** [2] - 73:2

**misconceptions** [1] - 83:2

**misinformation** [3] - 43:23, 127:9,
151:18

**mislead** [1] - 14:3

**misleading** [4] - 10:7, 69:19, 123:6,
123:10

**misprint** [1] - 93:3

**mispronounced** [1] - 37:16

**misrepresentation** [1] - 54:15

**misrepresentations** [1] - 54:8

**misrepresented** [1] - 63:22

**missed** [1] - 21:15

**missing** [5] - 8:21, 160:15, 160:16,
162:5, 162:12

**misspelled** [2] - 37:16, 93:10

**misspelling** [1] - 93:9

**misstated** [1] - 87:18

**mistake** [2] - 13:10, 58:14

**mistaken** [1] - 11:12

**mistakes** [4] - 54:4, 54:17, 129:18,
129:19

**mock** [1] - 109:1

**Modern** [1] - 91:25

**modify** [1] - 21:8

**Molly** [1] - 1:14

**moment** [2] - 8:19, 67:18

**momentary** [1] - 59:10

**Monday** [1] - 22:15

**money** [14] - 60:8, 60:18, 60:25, 61:7,
61:8, 61:22, 62:16, 84:6, 110:16,
116:21, 137:10, 150:3, 150:4

**month** [4] - 30:25, 39:13, 77:2, 131:22

**monthly** [1] - 61:10

**months** [10] - 38:14, 61:1, 82:2, 117:5,
131:16, 132:4, 132:5, 134:7, 137:8,
137:16

**morning** [13] - 6:24, 7:3, 34:9, 46:22,
79:3, 83:21, 142:2, 142:19, 143:5,
143:13, 155:10, 163:17, 164:9

**Moscow** [2] - 105:25, 111:4

**most** [14] - 11:5, 38:11, 67:7, 68:7,
71:12, 92:5, 92:22, 94:8, 98:5, 116:8,
117:7, 129:12, 136:4, 145:12

**mostly** [1] - 122:22

**motivated** [8] - 65:18, 75:1, 88:12,
89:22, 104:2, 104:5, 131:5, 157:8

**motivation** [10] - 62:15, 73:22, 73:25,
75:16, 82:4, 88:24, 89:8, 90:19, 103:9,
109:20

**motive** [5] - 116:24, 137:2, 138:6,
138:10, 149:15

**motives** [1] - 66:12

**mountain** [1] - 144:11

**move** [5] - 79:10, 100:11, 142:22,
149:19, 153:1

**movie** [2] - 98:11, 150:3

**moving** [1] - 142:23

**MR** [45] - 5:13, 5:14, 5:25, 6:4, 6:19,
7:7, 7:24, 7:25, 8:2, 8:13, 9:19, 9:22,
64:15, 65:9, 94:25, 99:13, 99:17, 99:19,
100:1, 100:12, 100:14, 139:22, 139:23,
140:1, 140:3, 140:11, 140:14, 140:18,
140:23, 141:3, 141:5, 141:11, 141:15,
141:23, 142:4, 144:3, 160:6, 160:10,
160:11, 160:21, 161:8, 161:11, 161:24,
162:3, 163:8

**muddle** [1] - 154:14

**muddled** [3] - 31:22, 54:4, 54:17

**mull** [1] - 58:10

**multiple** [1] - 115:12

**mundane** [1] - 92:22

**MURPHY** [17] - 64:15, 65:9, 94:25,
99:19, 100:12, 100:14, 139:23, 140:1,
140:3, 140:23, 141:5, 141:11, 160:6,
160:11, 160:21, 161:8, 161:11

**Murphy** [13] - 1:20, 65:8, 65:11, 94:19,
140:15, 142:11, 144:8, 144:13, 150:2,
152:5, 153:6, 155:8, 156:25

**must** [11] - 5:5, 67:1, 67:10, 68:19,
70:15, 70:18, 99:9, 105:2, 126:22,
126:25, 127:19

**muster** [1] - 112:1

**Myers** [4] - 94:3, 94:10, 94:13, 94:14

**Myers'** [2] - 94:1, 94:6

**mystery** [2] - 117:3, 120:10

# N

**name** [25] - 15:1, 37:16, 60:11, 93:23,
94:1, 94:5, 94:6, 94:8, 94:14, 94:16,
95:2, 95:4, 95:13, 95:22, 95:25, 113:18,
113:20, 117:2, 118:2, 137:5, 137:19,
149:18, 150:8, 150:10

**named** [5] - 66:8, 93:16, 104:19,
104:20, 139:2

**names** [2] - 93:19, 150:14

**narrative** [2] - 57:14, 144:15

**narrow** [1] - 36:13

**National** [16] - 41:6, 41:8, 45:13,
47:16, 48:14, 48:18, 51:17, 52:19,
52:22, 77:8, 102:19, 121:6, 121:11,
128:11, 133:9, 159:4

**natural** [2] - 155:17, 155:25

**nature** [1] - 70:3

**navigate** [1] - 155:14

**nearly** [1] - 139:15

**necessarily** [1] - 161:20

**need** [14] - 8:12, 8:15, 18:10, 50:12,
61:22, 61:23, 61:24, 64:14, 94:23,
105:8, 146:6, 158:8, 158:17, 162:14

**needed** [5] - 69:22, 81:23, 117:22,

3548

**134**:4, 162:23
**needs** [7] - 7:21, 33:12, 143:22, 146:14, 147:19, 154:21, 158:21
**negotiation** [1] - 116:10
**nerd** [1] - 97:12
**nervous** [1] - 7:6
**nervousness** [1] - 7:8
**never** [42] - 30:3, 42:4, 58:1, 65:22, 68:1, 72:3, 72:5, 72:9, 78:15, 78:24, 79:4, 83:5, 83:7, 84:18, 84:20, 86:25, 87:4, 95:4, 95:11, 95:23, 98:3, 101:1, 105:20, 106:1, 106:2, 115:9, 115:24, 118:7, 119:20, 124:8, 124:23, 129:22, 134:7, 138:5, 138:13, 138:22, 153:25
**new** [7] - 40:10, 106:14, 116:14, 151:20, 151:21
**New** [70] - 23:9, 29:7, 30:2, 34:18, 35:21, 35:23, 36:5, 45:12, 47:15, 48:15, 48:19, 48:22, 51:13, 52:21, 53:13, 54:5, 55:4, 55:21, 56:1, 56:2, 57:20, 58:13, 58:17, 58:19, 59:7, 59:20, 71:18, 72:1, 72:16, 72:19, 74:8, 74:20, 81:1, 81:3, 81:13, 86:24, 93:2, 94:3, 94:11, 95:6, 102:20, 107:11, 108:10, 108:15, 110:11, 110:21, 112:23, 112:25, 120:5, 120:11, 120:22, 120:25, 121:10, 121:14, 127:7, 128:17, 131:1, 131:7, 133:10, 135:5, 146:23, 146:24, 147:6, 153:12, 153:24, 156:5, 156:20, 158:18, 159:6
**news** [7] - 48:25, 49:9, 73:23, 132:18, 132:25, 133:7, 152:12
**newspaper** [1] - 109:2
**next** [35] - 4:24, 5:1, 18:6, 22:14, 26:20, 27:2, 39:13, 44:2, 48:5, 74:3, 74:23, 75:4, 83:10, 90:12, 90:22, 91:1, 93:11, 93:25, 94:18, 96:4, 103:22, 104:10, 107:25, 113:23, 118:23, 118:25, 120:8, 124:16, 125:7, 127:12, 129:9, 129:21, 130:4, 130:9
**nice** [6] - 35:4, 35:17, 54:19, 55:5, 92:5, 142:5
**nickel's** [1] - 77:6
**nickname** [1] - 93:12
**night** [3] - 79:2, 158:24, 164:10
**nightmare** [4] - 71:21, 157:12, 157:13
**nightmares** [1] - 103:11
**nine** [1] - 67:7
**nobody** [1] - 11:8
**none** [6] - 54:20, 54:21, 54:22, 63:9, 128:15, 129:11
**nonsense** [2] - 102:1, 107:2
**normal** [1] - 39:25
**note** [4] - 30:22, 75:18, 119:10, 139:13
**notes** [7] - 14:17, 16:21, 24:7, 64:21, 129:12, 129:14
**nothing** [7] - 5:9, 38:14, 59:20, 74:7, 75:22, 113:4, 116:15
**noticed** [1] - 113:23

**notified** [1] - 6:18
**notwithstanding** [1] - 67:17
**November** [13] - 76:16, 76:17, 76:19, 76:23, 104:21, 105:17, 125:3, 125:20, 150:24, 151:4, 151:5, 151:8, 151:9
**nuanced** [9] - 20:14, 20:16, 20:18, 20:21, 20:22, 57:18, 153:22, 153:23, 157:15
**number** [35] - 3:13, 6:5, 14:9, 14:21, 16:11, 16:25, 23:8, 23:12, 24:1, 25:2, 25:3, 25:5, 25:9, 29:11, 31:13, 31:15, 32:1, 32:4, 34:10, 34:23, 35:24, 36:10, 40:19, 52:15, 54:6, 63:19, 65:12, 81:4, 81:5, 81:12, 91:13, 95:9, 144:8, 144:9
**Number** [1] - 3:5
**numbers** [4] - 7:1, 81:2, 95:6, 119:10
**numerous** [1] - 58:23
**NW** [4] - 1:15, 1:18, 1:24, 2:3

## O

**Obama's** [1] - 99:2
**object** [5] - 84:9, 140:19, 160:10, 160:11, 160:22
**objected** [1] - 128:14
**objection** [5] - 99:13, 99:16, 139:22, 141:17, 160:6
**objections** [1] - 140:14
**obligation** [2] - 67:16, 132:20
**obliged** [1] - 133:25
**obtain** [4] - 43:14, 45:16, 81:13, 92:9
**obviously** [3] - 6:9, 6:15, 125:17
**occasion** [2] - 12:23, 68:20, 70:10
**occasions** [2] - 100:16, 109:15
**occupational** [4] - 87:14, 87:21, 90:10, 138:19
**occur** [3] - 105:4, 105:8, 122:6
**occurred** [3] - 81:20, 122:5, 129:7
**October** [32] - 3:14, 12:23, 24:20, 25:21, 26:13, 28:12, 28:20, 39:3, 46:18, 47:24, 51:12, 54:8, 58:4, 68:20, 68:21, 70:11, 76:15, 109:16, 120:24, 121:17, 124:10, 129:3, 129:6, 129:7, 130:1, 130:8, 134:3, 147:17, 150:12, 151:12, 159:13
**odd** [1] - 121:4
**OF** [6] - 1:2, 1:4, 1:10, 1:15, 1:17, 165:1
**off-the-record** [2] - 22:24, 112:13
**offense** [4] - 68:14, 162:10
**offer** [8] - 30:8, 30:13, 30:19, 32:8, 51:2, 51:6, 79:17, 145:21
**offered** [6] - 29:9, 29:10, 50:23, 72:15, 87:3, 95:4
**offering** [1] - 156:10
**Office** [1] - 6:10
**OFFICE** [1] - 1:14
**office** [11] - 3:18, 3:23, 8:8, 8:9, 24:23, 26:21, 27:3, 81:13, 114:4, 131:16, 133:13

**offices** [3] - 8:6, 105:8, 107:12
**OFFICIAL** [1] - 165:1
**official** [4] - 10:4, 60:19, 114:16, 121:20
**officially** [1] - 119:25
**officials** [5] - 29:14, 35:1, 46:12, 124:25, 125:13
**often** [1] - 67:8
**Oleksandr** [1] - 111:15
**omission** [13] - 3:22, 3:24, 14:21, 23:3, 23:8, 24:19, 29:5, 31:13, 32:1, 34:10, 35:22, 49:18, 70:7
**omissions** [5] - 4:1, 12:3, 12:6, 15:8, 37:6
**omit** [1] - 69:18
**omits** [2] - 154:24
**omitted** [5] - 4:7, 12:5, 16:18, 110:24, 145:25
**on-recorder** [3] - 93:2, 93:4, 93:8
**on-the-record** [1] - 93:5
**once** [6] - 9:8, 9:13, 84:18, 98:1, 99:23, 105:12, 130:20
**one** [94] - 3:13, 4:24, 5:14, 5:18, 6:8, 6:10, 6:16, 7:19, 8:21, 8:24, 9:8, 12:22, 13:19, 21:14, 22:8, 28:4, 28:5, 28:11, 28:18, 31:18, 31:19, 34:19, 34:20, 39:12, 42:18, 44:25, 46:2, 46:21, 48:21, 50:21, 52:8, 55:24, 56:1, 57:8, 58:20, 58:21, 59:7, 62:2, 62:12, 64:5, 68:20, 69:5, 70:10, 72:12, 74:4, 74:6, 74:19, 74:21, 74:23, 75:14, 79:1, 79:6, 80:21, 85:25, 90:24, 91:2, 93:12, 94:19, 98:15, 102:16, 102:17, 103:4, 112:22, 112:24, 114:14, 115:25, 119:3, 119:6, 119:16, 119:18, 125:1, 129:8, 129:14, 133:6, 135:7, 135:13, 135:18, 137:15, 139:17, 140:14, 145:12, 148:19, 152:11, 152:20, 153:20, 155:5, 159:12, 159:13, 160:24, 163:11, 164:10
**one-off** [1] - 39:12
**one-sentence** [1] - 58:20
**ones** [1] - 72:12
**ongoing** [2] - 32:2, 116:15
**open** [4] - 8:17, 100:13, 142:7, 162:2
**opened** [1] - 79:4
**opening** [2] - 65:13, 136:23
**operation** [1] - 39:15
**opinion** [6] - 97:24, 99:23, 100:9, 156:1, 160:25, 161:2
**opinions** [1] - 161:10
**opportunities** [2] - 62:21, 91:6
**opportunity** [5] - 9:16, 46:8, 107:24, 142:15, 163:21
**opposed** [2] - 53:24, 93:5
**opposite** [1] - 97:5
**option** [1] - 142:23
**orchestrated** [1] - 109:8
**ordeal** [1] - 140:6
**order** [5] - 29:21, 69:22, 88:22, 92:9, 138:8

**orders** [3] - 26:20, 62:25, 88:13
**organize** [1] - 19:17
**organizing** [1] - 105:14
**original** [2] - 42:7, 62:2
**ostensibly** [1] - 82:12
**otherwise** [3] - 34:1, 101:16, 128:16
**ourselves** [1] - 162:4
**out-of-pocket** [1] - 137:11
**outlays** [1] - 61:8
**outlets** [7] - 43:13, 45:16, 45:24, 48:11, 130:16, 130:22, 132:8
**outline** [2] - 87:25, 88:3
**outrage** [2] - 22:1, 149:20
**outraged** [3] - 21:25, 22:5, 22:7
**outside** [1] - 3:19
**outstanding** [5] - 60:23, 61:2, 61:14, 98:24
**overall** [2] - 55:7, 157:5
**overflow** [1] - 94:22
**overstated** [1] - 91:20
**overturn** [1] - 89:23
**Overview** [1] - 16:11
**owed** [2] - 61:16, 91:18
**own** [31] - 18:3, 21:11, 32:12, 39:1, 43:24, 44:20, 47:3, 47:17, 52:1, 53:13, 53:21, 54:1, 63:23, 68:8, 77:12, 84:15, 88:7, 91:16, 91:21, 91:25, 97:6, 97:18, 97:20, 98:6, 101:7, 109:5, 126:8, 137:1, 138:7, 144:18, 151:2
**ownership** [1] - 91:24

# P

**P.M** [1] - 3:2
**p.m** [1] - 142:24
**package** [2] - 78:9, 105:1
**pad** [1] - 19:25
**page** [24] - 16:23, 62:3, 74:3, 74:22, 75:4, 76:10, 76:13, 78:17, 78:18, 90:7, 90:12, 90:22, 91:1, 103:19, 103:20, 112:4, 114:18, 116:2, 116:4, 118:25, 125:7, 132:22
**pages** [3] - 74:4, 75:5, 106:16
**paid** [14] - 10:1, 40:6, 40:16, 76:4, 82:18, 87:20, 110:6, 110:16, 116:12, 116:22, 153:22, 157:19, 158:9, 158:12
**pair** [1] - 26:4
**paper** [2] - 71:19, 148:7
**papers** [1] - 7:2
**paragraph** [11] - 3:21, 3:24, 4:2, 25:13, 73:16, 88:9, 120:8, 125:8, 127:2, 127:12, 130:14
**parcel** [1] - 3:23
**Parfitt** [17] - 34:11, 34:19, 35:4, 35:16, 102:11, 102:13, 110:25, 111:3, 111:6, 111:7, 111:15, 111:22, 112:14, 113:17, 158:19, 158:23
**Parfitt's** [1] - 111:12
**Paris** [1] - 105:25
**part** [44] - 3:23, 4:5, 4:6, 6:12, 12:3,

23:7, 30:9, 34:17, 46:25, 49:19, 51:8, 52:3, 53:14, 56:2, 56:3, 56:5, 72:4, 72:6, 72:8, 72:10, 75:8, 80:14, 81:14, 84:5, 86:21, 86:23, 87:19, 104:18, 110:3, 110:11, 111:21, 112:24, 113:10, 124:23, 127:10, 127:25, 134:11, 151:13, 152:8, 155:23, 156:9, 156:21, 156:22, 159:23
**partial** [1] - 73:10
**participate** [1] - 83:20
**particular** [3] - 14:2, 115:3, 115:14
**particularly** [2] - 55:5, 164:1
**parties** [1] - 9:12
**partner** [4] - 43:24, 61:12, 146:13
**partners** [4] - 146:10, 154:7, 154:8
**parts** [2] - 21:4, 85:17
**party** [6] - 22:23, 40:4, 40:15, 42:20, 117:10, 117:13
**pass** [1] - 152:2
**passed** [1] - 112:1
**past** [5] - 11:24, 54:21, 124:18, 137:23
**PATRICIA** [2] - 2:2, 165:9
**Patricia** [2] - 165:3, 165:8
**Paul** [11] - 17:13, 83:5, 87:1, 87:23, 88:5, 88:21, 91:10, 92:1, 96:7, 96:11, 155:18
**Paul's** [1] - 77:24
**Paula** [1] - 1:23
**pause** [1] - 6:12
**pay** [5] - 13:18, 40:6, 83:12, 116:19, 116:21
**paying** [9] - 11:19, 14:17, 40:7, 63:6, 66:7, 84:23, 85:15, 116:20, 150:9
**payment** [2] - 10:23, 117:10
**payments** [3] - 57:9, 62:13, 62:15
**payor** [5] - 40:4, 40:16, 42:20
**payroll** [1] - 80:8
**Peace** [1] - 97:14
**pen** [1] - 122:23
**Pennsylvania** [1] - 1:18
**people** [24] - 11:16, 17:4, 19:9, 19:11, 25:18, 34:20, 42:8, 43:8, 51:15, 51:16, 52:1, 54:11, 54:19, 65:14, 104:18, 105:13, 115:10, 122:2, 123:14, 126:3, 129:10, 140:4, 157:17, 158:24
**perceived** [1] - 20:23
**perform** [1] - 163:15
**perhaps** [3] - 16:24, 38:11, 110:14
**period** [4] - 58:24, 77:2, 131:22, 136:10
**permanent** [1] - 139:21
**permitted** [2] - 3:9, 4:6
**persecution** [1] - 73:25
**person** [21] - 11:18, 13:21, 14:1, 21:12, 33:2, 45:2, 45:6, 66:5, 67:5, 67:11, 69:7, 69:15, 69:17, 98:8, 98:15, 99:21, 99:22, 107:19, 111:18, 124:2
**personal** [1] - 39:14
**personally** [1] - 118:4
**personnel** [1] - 83:11

**perspective** [1] - 61:20
**perspectives** [1] - 105:9
**persuade** [1] - 14:1
**persuaded** [1] - 86:14
**Phase** [1] - 34:15
**phone** [5] - 39:14, 50:7, 81:4, 81:11
**phrase** [5] - 25:14, 49:8, 67:25, 110:7, 123:3
**picture** [7] - 148:17, 149:10, 160:4, 160:10, 160:14, 160:18, 163:7
**piddling** [1] - 155:20
**piece** [2] - 56:14, 72:21
**pieces** [6] - 149:9, 160:15, 160:16, 162:5, 162:7, 162:12
**pig** [2] - 110:19, 113:4
**Pinchuk** [11] - 60:11, 63:5, 66:8, 116:22, 117:5, 118:1, 118:7, 118:8, 137:19, 150:9, 150:10
**Pinchuk's** [4] - 63:6, 66:9, 116:25, 137:5
**pissed** [2] - 113:8, 113:12
**place** [8] - 15:4, 26:8, 35:20, 36:23, 37:5, 50:10, 116:11, 116:12
**placed** [1] - 111:2
**plain** [2] - 80:16, 92:3
**plan** [78] - 13:6, 14:14, 16:7, 17:24, 21:9, 22:1, 22:14, 22:18, 23:5, 27:18, 27:20, 29:3, 32:11, 33:1, 33:25, 34:16, 34:21, 35:20, 39:15, 50:19, 51:8, 51:9, 51:12, 51:16, 52:3, 53:14, 54:23, 56:5, 61:19, 72:4, 72:6, 72:9, 72:10, 74:11, 76:3, 77:3, 80:14, 81:14, 83:9, 83:12, 84:5, 84:15, 84:19, 84:21, 86:11, 86:23, 87:5, 88:2, 89:2, 94:2, 96:8, 100:25, 101:2, 102:22, 102:25, 103:1, 103:3, 105:19, 106:4, 110:10, 110:11, 125:6, 125:10, 125:25, 128:1, 128:6, 128:15, 144:5, 156:3, 156:9, 159:10, 159:11, 159:15, 159:19, 159:20, 159:23
**Plan** [1] - 16:11
**planned** [3] - 39:16, 80:17, 156:11
**planning** [5] - 77:14, 77:19, 79:21, 80:15, 154:20
**plans** [11] - 19:20, 21:1, 21:17, 21:20, 21:24, 22:2, 34:13, 87:17, 94:5, 124:5, 148:1
**planting** [1] - 59:19
**platitudes** [1] - 15:14
**plausible** [2] - 48:21, 158:9
**play** [5] - 108:12, 159:12, 159:13, 159:16, 159:18
**played** [2] - 84:16, 84:20
**players** [1] - 138:21
**pleasant** [2] - 9:7, 164:4
**pled** [1] - 23:24
**plenty** [2] - 15:3, 16:13
**pocket** [1] - 137:11
**Podesta** [2] - 91:23, 110:18
**podium** [1] - 135:17
**point** [18] - 5:17, 9:11, 16:11, 16:14,

3550

23:22, 36:9, 58:15, 62:22, 91:2, 95:16, 95:20, 111:18, 142:14, 160:24, 161:8, 161:11, 163:19
  **pointed** [1] - 33:13
  **points** [8] - 47:1, 47:12, 47:23, 48:6, 88:4, 108:7, 108:8, 130:5
  **policies** [1] - 127:18
  **policy** [3] - 18:7, 19:11, 85:10
  **political** [18] - 19:11, 35:6, 58:6, 73:22, 73:25, 75:16, 82:4, 88:14, 88:23, 89:8, 89:16, 90:19, 103:9, 109:20, 127:18, 132:8, 132:11, 157:24
  **politically** [7] - 74:25, 88:12, 89:21, 104:2, 104:4, 131:4, 157:8
  **politician** [1] - 139:2
  **politicians** [1] - 125:16
  **politics** [2] - 98:17, 131:2
  **pored** [1] - 38:17
  **Porter** [1] - 83:14
  **portray** [2] - 109:24, 110:14
  **posed** [2] - 13:23, 86:18
  **position** [2] - 72:20, 134:9
  **positions** [2] - 50:4, 52:8
  **positive** [2] - 113:2, 113:4
  **possibility** [3] - 17:16, 20:7, 116:7
  **possible** [3] - 94:4, 141:21, 143:15
  **possibly** [1] - 56:18
  **Post** [16] - 32:20, 32:21, 32:24, 33:16, 33:21, 33:24, 56:14, 57:2, 57:7, 57:8, 57:10, 72:21, 72:22, 73:24, 153:4
  **posture** [1] - 85:2
  **potential** [2] - 6:10, 21:12
  **potentially** [2] - 6:14, 95:18
  **PR** [12] - 16:11, 16:23, 17:4, 19:25, 38:3, 52:1, 53:25, 56:19, 61:20, 101:15, 158:8, 158:24
  **practice** [2] - 98:21, 138:8
  **practiced** [1] - 97:20
  **practices** [1] - 84:10
  **Pratt** [1] - 1:21
  **prebriefing** [1] - 22:24
  **precedent** [1] - 7:18
  **precise** [3] - 41:1, 88:5, 116:13
  **precisely** [1] - 14:4
  **precision** [5] - 37:15, 37:18, 47:7, 146:16, 149:7
  **preclude** [1] - 19:9
  **preference** [1] - 117:16
  **preferred** [3] - 22:20, 28:25, 29:1
  **Premier** [1] - 55:6
  **premise** [1] - 154:19
  **prepare** [2] - 48:2, 90:23
  **prepared** [8] - 28:22, 47:6, 76:20, 78:24, 87:17, 109:3, 122:16, 132:7
  **preparer** [1] - 91:16
  **preparers** [1] - 91:22
  **prepares** [1] - 44:2
  **preparing** [1] - 38:13
  **preponderance** [1] - 7:20

  **prepublication** [3] - 23:10, 31:14, 103:17
  **present** [13] - 3:3, 9:4, 64:22, 65:6, 67:16, 88:17, 99:17, 112:8, 132:19, 136:2, 143:19, 143:25, 164:7
  **presentation** [1] - 92:5
  **presented** [10] - 7:13, 47:2, 71:10, 88:14, 88:16, 99:10, 101:9, 112:10, 138:19, 138:22
  **presenting** [1] - 100:6
  **preside** [1] - 139:19
  **president** [3] - 67:4, 67:6, 97:14
  **President** [7] - 55:9, 60:16, 88:19, 89:14, 99:2, 125:6, 157:6
  **presidents** [3] - 37:13, 66:6, 98:22
  **press** [12] - 26:3, 47:15, 55:20, 73:1, 75:11, 89:5, 89:18, 110:15, 123:25, 128:10, 132:16, 134:25
  **pressing** [1] - 32:15
  **pressure** [1] - 33:7
  **presumed** [4] - 67:17, 67:18, 67:19, 67:21
  **presuming** [1] - 93:6
  **presumption** [1] - 67:15
  **pretty** [3] - 41:12, 94:7, 121:4
  **prevent** [1] - 139:12
  **prevented** [1] - 111:20
  **preview** [1] - 108:22
  **previously** [1] - 38:7
  **primary** [1] - 62:15
  **Prime** [1] - 115:19
  **prime** [2] - 74:25, 109:4
  **principal** [2] - 79:7, 138:21
  **principle** [2] - 98:16, 98:19
  **principles** [2] - 84:11, 98:20
  **print** [1] - 46:14
  **prism** [1] - 115:2
  **private** [7] - 17:16, 41:5, 78:4, 78:6, 116:17, 117:14, 117:15
  **PRNews** [1] - 75:8
  **pro** [1] - 36:9
  **proactive** [1] - 28:1
  **probation** [1] - 92:10
  **probationary** [1] - 92:15
  **problem** [8] - 5:21, 19:10, 43:8, 61:20, 101:17, 138:3, 149:21
  **problematical** [1] - 7:4
  **problems** [3] - 5:12, 18:21, 82:24
  **procedural** [1] - 112:15
  **proceed** [4] - 9:18, 64:24, 65:8, 144:2
  **proceedings** [1] - 73:22, 112:10, 165:5
  **Proceedings** [2] - 2:5, 164:11
  **process** [8] - 22:17, 22:22, 38:10, 86:1, 109:18, 115:3, 124:7, 137:6
  **produced** [1] - 2:6
  **product** [2] - 47:18, 101:7
  **professional** [1] - 76:8
  **professionally** [1] - 118:3
  **professionals** [1] - 91:23

  **project** [7] - 10:21, 20:9, 28:18, 28:19, 28:20, 37:22, 37:23, 38:3, 44:10, 59:6, 64:3, 66:3, 77:1, 93:17, 95:16, 117:4, 118:3
  **Project** [12] - 10:25, 40:2, 40:12, 53:6, 63:5, 65:21, 65:22, 65:25, 115:7, 115:25, 137:4, 137:20
  **prominent** [1] - 80:18
  **promised** [3] - 19:2, 82:21, 83:3
  **proof** [11] - 5:7, 18:10, 67:23, 67:24, 68:10, 68:12, 68:19, 135:18, 135:23, 139:1, 160:1
  **proper** [2] - 69:22, 91:7
  **proposed** [3] - 4:8, 5:15, 22:13
  **prosecuted** [1] - 128:24
  **prosecution** [23] - 35:6, 36:14, 55:25, 88:17, 88:24, 89:21, 91:13, 92:13, 103:23, 103:25, 104:1, 104:4, 115:18, 128:16, 131:4, 132:11, 132:12, 139:12, 156:13, 156:14, 157:7, 157:24, 158:1
  **Prosecutor** [1] - 105:10
  **prosecutor's** [1] - 87:12
  **prosecutorial** [1] - 112:9
  **prosecutors** [3] - 115:10, 118:11, 139:18
  **prove** [4] - 13:19, 63:14, 70:17, 70:19
  **proved** [2] - 63:18, 68:3
  **proven** [1] - 7:20
  **proves** [1] - 156:8
  **provide** [15] - 18:10, 41:21, 43:15, 45:18, 69:11, 77:5, 80:1, 85:2, 85:11, 92:8, 114:25, 130:11, 130:21, 154:10, 162:20
  **provided** [17] - 25:25, 33:24, 45:12, 48:10, 84:6, 87:4, 89:22, 90:9, 118:2, 122:25, 126:16, 130:12, 130:15, 134:4, 135:6, 147:6, 147:20
  **provides** [1] - 149:11
  **providing** [7] - 37:1, 53:20, 73:14, 111:11, 115:13, 123:21, 135:10
  **public** [17] - 11:16, 11:18, 29:13, 34:8, 34:25, 42:22, 43:16, 43:18, 45:15, 47:4, 61:21, 65:18, 123:24, 127:14, 127:17, 127:18, 153:15
  **publication** [1] - 78:14
  **publications** [1] - 34:16
  **publicity** [2] - 47:5, 127:14
  **publicize** [1] - 124:21
  **publicly** [1] - 60:11
  **published** [14] - 34:6, 55:22, 89:19, 119:25, 120:3, 120:6, 120:12, 122:7, 129:2, 146:23, 148:7
  **pull** [2] - 50:19, 62:17
  **pulled** [2] - 101:25, 102:2
  **pulling** [1] - 62:13
  **pulls** [1] - 19:1
  **Puntus** [4] - 61:6, 61:9, 76:9, 137:10
  **purpose** [8] - 71:24, 71:25, 96:5, 96:22, 96:24, 97:2, 128:18, 128:19
  **purposes** [2] - 53:25, 63:23

3551

**pursuant** [5] - 7:17, 23:24, 27:19, 102:22, 116:14
**pursue** [1] - 76:3
**push** [2] - 57:13, 106:6
**pushed** [1] - 108:16
**pushing** [1] - 106:17
**put** [27] - 5:6, 8:12, 24:22, 35:20, 46:20, 47:21, 50:18, 53:24, 53:25, 59:13, 60:14, 60:18, 61:15, 62:5, 65:14, 74:11, 75:10, 76:4, 80:7, 82:25, 134:13, 137:17, 140:6, 140:18, 147:17, 149:18, 158:11
**puts** [4] - 38:1, 55:3, 147:8, 148:6
**putting** [2] - 110:19, 139:7
**puzzle** [2] - 162:3, 162:5

## Q

**quality** [2] - 126:15, 135:21
**quantity** [1] - 126:15
**quarter** [3] - 61:3, 61:16, 163:18
**questioning** [1] - 136:5
**questions** [39] - 10:5, 12:10, 13:23, 14:9, 17:8, 24:4, 24:5, 25:23, 36:3, 36:6, 36:7, 36:22, 38:15, 38:23, 40:18, 40:19, 53:4, 63:19, 67:8, 67:9, 69:10, 69:16, 100:17, 111:17, 115:22, 117:10, 118:6, 118:10, 131:23, 145:6, 145:11, 145:14, 145:22, 146:22, 147:11, 149:4, 162:21, 162:22
**quick** [1] - 86:17
**quickly** [5] - 15:6, 26:22, 37:7, 39:17, 160:20
**quiet** [1] - 94:23
**quite** [5] - 39:15, 43:20, 44:7, 62:14, 93:24
**quotations** [1] - 73:13
**quote** [7] - 59:21, 102:6, 102:8, 112:13, 152:17, 152:20, 156:20
**quoted** [6] - 112:5, 113:18, 113:20, 120:25, 132:15, 135:5
**quotes** [15] - 35:18, 37:1, 37:2, 37:3, 55:25, 56:1, 111:6, 112:23, 112:24, 113:6, 113:11, 113:19, 150:17, 156:13, 156:14
**quoting** [1] - 131:1

## R

**raise** [1] - 6:14
**ran** [1] - 35:18
**rather** [9] - 5:7, 101:14, 114:13, 114:17, 119:19, 121:24, 126:9, 128:22, 137:14
**rationale** [2] - 61:23, 145:2
**rationalization** [1] - 59:18
**Ray** [1] - 139:2
**re** [1] - 3:4
**re-calling** [1] - 3:4
**rea** [1] - 4:11

**reach** [13] - 26:22, 28:1, 67:1, 79:18, 80:23, 81:8, 87:7, 104:3, 104:11, 124:15, 126:14, 127:4, 135:13
**reach-out** [1] - 26:22
**reached** [10] - 6:6, 53:7, 62:20, 90:21, 101:13, 102:5, 126:17, 126:21, 128:8
**reaches** [2] - 35:8, 35:9
**reaching** [6] - 30:1, 49:1, 68:24, 81:12, 102:18, 128:18
**react** [2] - 56:24, 94:21
**reacted** [2] - 75:3, 145:5
**reaction** [2] - 56:23, 149:20
**reactive** [1] - 28:1
**reactive/proactive** [1] - 35:7
**reacts** [1] - 82:11
**read** [31] - 6:24, 10:6, 25:13, 30:9, 38:14, 39:24, 41:13, 41:16, 41:20, 44:4, 44:8, 44:23, 46:24, 49:8, 49:13, 53:19, 54:22, 57:7, 57:9, 69:5, 72:22, 82:17, 86:16, 88:22, 104:7, 108:17, 109:2, 128:13, 131:11, 163:19
**reading** [1] - 108:23
**reads** [2] - 13:17, 123:6
**ready** [5] - 9:2, 9:18, 62:17, 64:12, 143:17
**real** [1] - 157:22
**realize** [1] - 143:5
**Really** [1] - 71:8
**really** [26] - 20:16, 22:4, 29:20, 30:16, 33:11, 38:22, 41:7, 41:23, 42:15, 42:19, 43:17, 85:11, 85:20, 85:24, 89:1, 92:19, 106:20, 111:4, 119:20, 137:15, 138:6, 153:7, 155:6, 157:25, 162:1
**reason** [16] - 6:10, 10:21, 15:4, 27:17, 30:6, 42:18, 45:8, 45:16, 51:7, 60:5, 95:25, 104:13, 116:16, 116:24, 117:22, 144:14
**reasonable** [11] - 5:3, 67:24, 68:4, 68:19, 99:8, 135:23, 159:24, 160:1, 160:12, 162:9
**reasonableness** [1] - 5:1
**reasonably** [2] - 4:25, 109:17
**reasons** [10] - 22:6, 32:12, 36:16, 46:21, 53:13, 54:2, 54:6, 77:12, 126:8, 127:21
**reassurance** [1] - 32:16
**rebuttal** [3] - 140:9, 142:15, 143:1
**receive** [7] - 23:10, 69:6, 80:3, 80:15, 99:6, 134:20
**received** [17] - 3:15, 33:3, 37:21, 56:24, 65:19, 72:18, 77:20, 78:8, 78:11, 78:15, 80:11, 103:13, 123:15, 124:14, 127:9, 128:22
**receiving** [2] - 108:7, 116:7
**recent** [4] - 116:8, 129:13, 132:6, 136:4
**receptive** [1] - 141:24
**Recess** [3] - 9:1, 65:1, 143:23
**recognition** [1] - 63:23
**recognizes** [1] - 158:8

**recollection** [3] - 15:21, 54:11, 161:21
**recollections** [1] - 97:5
**recommend** [1] - 86:16
**recommendations** [1] - 19:25
**recommended** [1] - 23:9
**reconsider** [2] - 134:5
**record** [19] - 8:10, 8:18, 22:24, 42:24, 43:12, 47:22, 71:19, 88:14, 88:16, 93:5, 112:5, 112:13, 113:20, 140:15, 141:13, 149:21, 154:10, 154:17, 165:4
**recorder** [3] - 93:2, 93:4, 93:8
**records** [2] - 151:3, 151:4
**recraft** [1] - 147:25
**recruited** [1] - 99:1
**recurring** [1] - 71:20
**red** [1] - 155:19
**redlines** [1] - 119:16
**refer** [1] - 87:20
**reference** [8] - 48:8, 77:25, 84:25, 93:1, 93:13, 117:13, 127:18, 132:4
**references** [1] - 105:23
**referred** [2] - 57:24, 94:4
**referring** [1] - 100:4
**refers** [2] - 93:7, 102:24
**reflected** [1] - 129:20
**reform** [1] - 76:22
**refused** [1] - 109:13
**regarding** [1] - 88:4
**register** [47] - 11:14, 14:12, 37:23, 37:24, 37:25, 38:20, 38:24, 42:23, 43:4, 43:9, 49:21, 52:25, 53:2, 63:3, 63:16, 100:22, 114:6, 117:19, 117:21, 126:14, 126:18, 126:22, 126:25, 127:11, 127:19, 131:20, 132:20, 133:25, 134:10, 136:18, 136:19, 137:1, 137:14, 137:24, 137:25, 138:1, 138:9, 145:17, 149:2, 149:13, 149:17, 151:19, 152:9, 154:9, 154:22
**registered** [4] - 11:14, 38:7, 137:22, 137:23
**registering** [3] - 38:2, 136:13, 136:25
**registration** [7] - 29:23, 38:10, 102:17, 102:20, 125:19, 148:20, 149:15
**regulation** [1] - 13:24
**rejected** [1] - 89:16
**relate** [1] - 15:4
**related** [3] - 6:13, 24:25, 30:6
**relation** [1] - 96:15
**relations** [5] - 47:5, 96:16, 123:25, 127:14, 127:19
**relationship** [1] - 95:10
**release** [27] - 22:14, 22:18, 25:6, 28:19, 28:20, 34:7, 36:16, 45:10, 55:20, 56:21, 56:22, 75:11, 77:24, 83:23, 84:5, 89:5, 89:18, 105:19, 106:9, 111:21, 121:20, 124:13, 128:11, 132:16, 141:19, 147:13, 150:8
**released** [27] - 15:11, 23:14, 25:10, 26:2, 26:3, 26:14, 27:20, 45:14, 55:20, 60:12, 73:10, 75:7, 121:5, 122:11,

3552

124:9, 124:16, 124:18, 131:10, 131:13, 135:8, 137:16, 147:2, 147:3, 147:7, 147:14, 147:22, 150:24
**releases** [1] - 25:11
**releasing** [2] - 25:12, 56:23
**relevant** [4] - 105:8, 112:9, 125:13, 136:2
**relied** [1] - 73:7
**remain** [1] - 117:17
**remark** [1] - 141:8
**remarkable** [1] - 139:13
**remember** [36] - 15:22, 18:20, 19:16, 20:4, 23:23, 27:13, 34:4, 37:22, 44:14, 46:7, 50:22, 51:23, 54:9, 55:12, 58:13, 58:20, 58:21, 59:10, 59:24, 61:20, 62:16, 66:3, 66:18, 75:23, 100:15, 101:3, 102:1, 104:16, 108:18, 109:12, 122:3, 122:14, 122:19, 128:25, 148:9, 148:11
**remembers** [1] - 122:8
**remind** [6] - 9:13, 15:19, 23:16, 27:23, 57:16, 90:4
**reminded** [1] - 148:13
**reminding** [2] - 41:22, 57:23
**remotely** [1] - 128:15
**remuneration** [1] - 84:6
**rendered** [3] - 39:20, 61:1, 114:21
**rent** [1] - 160:4
**repeated** [2] - 39:9, 136:24
**repeatedly** [2] - 32:2, 102:24
**report** [230] - 3:17, 3:18, 3:22, 4:5, 9:24, 11:3, 11:21, 14:23, 15:11, 15:16, 15:24, 16:22, 17:16, 21:12, 22:19, 23:11, 23:14, 24:22, 24:23, 25:6, 25:15, 25:24, 25:25, 26:3, 26:13, 26:21, 26:23, 26:24, 27:3, 27:12, 27:14, 27:20, 28:3, 28:10, 29:9, 29:10, 29:14, 29:17, 30:8, 30:19, 30:24, 31:8, 31:12, 31:14, 31:17, 31:24, 32:5, 32:8, 33:3, 33:10, 33:15, 34:6, 34:8, 34:17, 36:17, 37:4, 39:10, 42:21, 43:13, 43:14, 43:16, 43:18, 45:3, 45:11, 45:12, 45:14, 45:17, 45:19, 45:20, 45:21, 45:24, 46:11, 47:18, 48:10, 50:12, 51:11, 51:20, 51:25, 52:18, 55:15, 55:17, 55:20, 56:18, 56:21, 57:14, 57:19, 58:18, 58:25, 66:8, 71:14, 71:17, 72:7, 72:24, 73:1, 73:9, 73:19, 76:19, 77:11, 78:14, 80:2, 80:24, 81:15, 81:25, 82:5, 82:15, 82:18, 83:2, 83:21, 83:22, 83:23, 83:24, 84:2, 84:5, 85:3, 85:9, 85:20, 85:22, 85:23, 86:15, 86:16, 86:24, 87:19, 88:21, 89:19, 90:1, 90:18, 91:12, 101:7, 101:9, 102:9, 102:16, 102:22, 103:16, 103:17, 103:23, 104:3, 105:19, 106:6, 106:9, 106:23, 107:4, 107:19, 107:23, 107:25, 108:1, 108:16, 108:22, 109:3, 109:8, 109:12, 109:15, 109:22, 109:24, 109:25, 110:4, 110:16, 111:2, 111:21, 111:25, 112:2, 115:20, 117:14, 119:24,

119:25, 120:2, 120:8, 120:13, 120:16, 120:17, 121:5, 121:20, 122:10, 122:25, 123:7, 123:15, 123:21, 124:6, 124:8, 124:15, 124:18, 124:21, 125:4, 126:9, 127:6, 127:22, 127:24, 128:7, 128:8, 128:21, 130:16, 130:19, 130:21, 131:10, 131:13, 132:7, 132:9, 132:13, 134:12, 134:16, 134:17, 135:7, 136:9, 136:16, 137:15, 145:7, 145:9, 146:22, 147:2, 147:3, 147:7, 147:13, 147:22, 148:4, 148:7, 150:24, 150:25, 151:5, 151:16, 152:1, 152:4, 153:12, 153:15, 153:22, 153:23, 156:16, 157:14, 158:8, 161:13
**Report** [9] - 63:18, 77:24, 87:15, 88:4, 88:11, 89:17, 90:25, 100:24, 104:15
**report's** [4] - 87:18, 96:25, 109:17, 151:7
**reported** [5] - 2:5, 17:6, 47:18, 73:23, 130:15
**reporter** [12] - 9:25, 23:10, 28:2, 28:25, 29:1, 35:8, 35:9, 45:12, 53:7, 109:2, 154:25
**Reporter** [1] - 2:2
**REPORTER** [1] - 165:1
**reporters** [2] - 34:19, 127:25
**reporting** [2] - 58:5, 127:10
**reports** [6] - 48:25, 49:9, 74:5, 132:25, 133:7, 152:12
**represent** [3] - 61:15, 65:11, 91:3
**representation** [2] - 55:4, 91:7
**representative** [2] - 41:5, 123:18
**representatives** [8] - 25:15, 41:15, 122:24, 123:14, 123:22, 123:23, 127:6, 127:8
**represented** [1] - 112:10
**representing** [1] - 114:5
**Republican** [1] - 66:6
**reputation** [15] - 10:20, 11:6, 59:23, 63:24, 64:2, 71:15, 100:10, 138:7, 139:6, 139:10, 141:8, 142:13, 158:5
**request** [17] - 29:22, 30:2, 31:25, 34:3, 60:22, 107:2, 117:7, 117:24, 130:5, 134:24, 146:6, 148:10, 148:19, 151:25, 152:3, 152:6, 152:7
**requested** [9] - 7:16, 30:14, 74:2, 90:16, 90:17, 117:6, 130:19, 130:20, 134:7
**requests** [3] - 48:12, 130:17, 151:23
**require** [1] - 29:23
**required** [9] - 11:14, 102:17, 102:19, 105:11, 114:6, 117:21, 131:20, 134:10, 138:1
**requires** [1] - 163:13
**requiring** [1] - 117:19
**research** [3] - 9:10, 101:4, 163:16
**reservations** [1] - 36:20
**resisted** [1] - 82:25
**respect** [10] - 4:8, 48:14, 73:1, 78:1, 102:11, 107:9, 109:19, 128:6, 133:10,

152:14
**respectfully** [1] - 117:19
**respond** [9] - 32:23, 43:22, 51:22, 53:4, 56:12, 69:7, 69:8, 69:9, 133:12
**responded** [6] - 15:13, 43:7, 43:23, 58:16, 131:17
**responding** [8] - 10:4, 42:5, 48:25, 49:8, 49:15, 132:24, 133:6, 152:11
**responds** [10] - 13:22, 17:18, 22:12, 26:19, 26:25, 30:21, 31:5, 42:17, 60:13, 81:4
**response** [28] - 17:20, 25:7, 29:19, 32:17, 38:15, 39:22, 39:23, 40:13, 40:20, 40:23, 42:8, 48:12, 56:8, 101:21, 106:22, 114:23, 116:2, 117:11, 118:7, 121:8, 126:11, 130:4, 130:17, 132:18, 148:14, 150:25, 151:23
**responsible** [2] - 105:3, 105:14
**responsive** [9] - 23:12, 25:1, 29:11, 29:17, 31:15, 32:3, 34:23, 35:24, 162:21
**rest** [1] - 4:3
**restore** [4] - 139:8, 140:15, 140:21, 141:7
**restoring** [2] - 142:11, 142:13
**result** [7] - 82:8, 145:15, 145:18, 147:8, 149:12, 163:2
**resume** [1] - 64:19
**retainer** [1] - 137:9
**return** [3] - 6:24, 143:20, 163:17
**returned** [3] - 6:11, 137:10, 163:14
**revamp** [1] - 81:23
**reveal** [3] - 110:24, 121:19, 137:19
**revealed** [4] - 65:20, 116:14, 119:23, 137:5
**revealing** [2] - 66:9, 155:15
**revelation** [1] - 91:16
**reversal** [5] - 18:3, 19:4, 50:10, 51:10
**reverse** [6] - 14:11, 18:17, 48:3, 52:8, 85:8, 134:9
**reversed** [4] - 30:4, 50:3, 50:4, 85:1
**review** [4] - 12:21, 96:24, 113:20, 134:6
**reviewed** [6] - 21:2, 21:3, 46:24, 97:22, 105:20, 131:14
**reviewing** [1] - 12:2
**reviews** [1] - 103:23
**revised** [10] - 62:7, 77:3, 77:19, 79:6, 82:11, 83:6, 83:7, 89:2, 125:25
**revisions** [1] - 119:15
**rewrites** [1] - 82:6
**Reynolds** [1] - 81:1
**Rice** [1] - 73:12
**Rick** [21] - 33:8, 33:12, 55:18, 77:21, 79:16, 87:6, 91:14, 94:8, 94:9, 111:9, 111:19, 113:6, 150:12, 150:19, 156:12, 156:19, 156:22, 156:24, 157:1
**Rights** [1] - 115:5
**rights** [3] - 73:20, 97:16, 109:5
**rise** [1] - 102:24

3553

**rival** [1] - 128:24
**RMR** [1] - 2:2
**role** [9] - 16:15, 16:17, 74:9, 84:1, 84:16, 84:21, 100:24, 101:2, 110:21
**roll** [2] - 81:15, 148:4
**rollout** [14] - 14:23, 15:5, 16:7, 56:10, 63:17, 73:1, 73:15, 75:21, 84:15, 104:18, 112:10, 113:10, 124:22, 155:23
**Room** [1] - 2:2
**room** [6] - 94:22, 108:23, 145:21, 163:14, 163:22, 163:24
**rule** [7] - 39:23, 98:20, 114:25, 115:4, 115:11, 115:12, 115:23
**rule-of-law** [6] - 39:23, 114:25, 115:4, 115:11, 115:12, 115:23
**ruling** [1] - 73:21
**run** [4] - 19:6, 33:12, 159:16, 159:17
**running** [1] - 97:18
**ruse** [1] - 120:15
**rush** [1] - 34:17
**Russia** [1] - 113:16

## S

**sabotage** [1] - 32:11
**safer** [1] - 6:8
**Sager** [5] - 104:20, 104:24, 110:18, 112:21, 124:23
**salvage** [3] - 86:11, 88:2, 139:10
**Sanchez** [13] - 1:13, 9:18, 65:17, 72:13, 92:4, 92:18, 93:9, 101:24, 114:19, 118:18, 119:4, 122:12, 136:6
**SANCHEZ** [18] - 5:13, 5:25, 6:4, 6:19, 7:7, 7:25, 9:19, 9:22, 99:13, 99:17, 100:1, 139:22, 140:11, 140:14, 140:18, 141:3, 141:15, 141:23
**Sanger** [108] - 3:16, 3:17, 3:25, 15:1, 23:9, 23:19, 24:21, 26:17, 26:19, 26:25, 27:9, 27:10, 27:22, 28:9, 28:23, 28:25, 29:7, 29:16, 30:8, 30:14, 30:19, 31:1, 31:11, 32:8, 33:3, 33:18, 33:25, 34:7, 34:18, 36:6, 37:1, 41:5, 43:18, 50:17, 50:18, 50:19, 50:23, 58:24, 59:13, 77:5, 77:7, 78:13, 78:19, 79:14, 79:17, 80:23, 80:24, 81:2, 81:8, 86:24, 87:2, 87:7, 95:6, 95:18, 95:21, 95:24, 102:5, 102:7, 102:25, 103:2, 103:16, 103:21, 104:7, 104:12, 104:14, 106:5, 106:6, 106:18, 106:22, 107:1, 107:6, 107:10, 107:17, 107:18, 107:23, 107:24, 108:2, 108:5, 113:15, 113:17, 120:11, 120:16, 120:23, 121:9, 121:22, 122:10, 129:19, 130:19, 131:12, 138:23, 144:19, 147:17, 148:5, 148:6, 148:10, 153:7, 153:14, 154:24, 157:21, 159:15, 159:18, 161:15, 161:17
**Sanger's** [15] - 26:16, 31:15, 31:23, 58:25, 81:4, 81:11, 94:5, 95:1, 95:4, 95:13, 95:25, 107:1, 147:15, 157:15, 161:13

**sat** [1] - 54:21
**Saturday** [1] - 79:2
**Saunders** [2] - 28:16, 28:21
**saw** [16] - 16:6, 16:21, 17:3, 17:10, 21:24, 37:15, 42:2, 50:6, 51:11, 71:11, 71:13, 78:20, 85:14, 108:14, 119:15
**scales** [1] - 99:4
**scenario** [2] - 108:18, 109:1
**scene** [1] - 66:14
**schedule** [1] - 17:22
**scheme** [18] - 12:4, 13:5, 13:6, 14:7, 14:14, 26:6, 42:11, 42:14, 48:1, 49:19, 64:8, 68:16, 68:25, 70:3, 70:7, 146:13, 149:11, 152:8
**schemed** [1] - 162:24
**Schoen** [1] - 101:15
**school** [2] - 97:18, 159:12
**science** [1] - 97:11
**scope** [1] - 3:20
**script** [2] - 47:9
**search** [1] - 146:22
**searched** [1] - 59:16
**second** [18] - 7:10, 14:25, 16:23, 19:5, 39:6, 54:3, 54:6, 59:3, 59:24, 83:10, 94:19, 103:19, 114:18, 115:9, 119:8, 127:2, 132:22, 152:11
**secret** [2] - 95:2, 113:18
**Secretary** [1] - 106:14
**secretary** [7] - 26:16, 26:20, 59:12, 62:5, 119:6, 119:16
**secretly** [1] - 57:3
**section** [2] - 126:23, 132:23
**see** [32] - 8:18, 8:21, 9:6, 16:9, 21:23, 25:7, 25:10, 26:5, 29:20, 42:3, 44:8, 53:18, 60:1, 71:17, 71:18, 72:24, 73:5, 73:13, 73:24, 74:4, 76:10, 76:14, 76:25, 78:21, 95:15, 103:6, 109:6, 122:18, 157:18, 157:25, 164:9
**seed** [2] - 80:17, 86:24
**seeded** [2] - 102:22, 154:25
**seeding** [10] - 75:9, 81:14, 107:25, 111:21, 148:9, 153:11, 153:16, 157:9, 159:7, 159:9
**seeds** [1] - 84:25
**seeing** [2] - 24:14, 42:11
**seeking** [3] - 80:6, 102:19, 108:14
**seem** [1] - 157:6
**select** [1] - 55:24
**selecting** [1] - 106:14
**selective** [7] - 35:6, 36:13, 55:25, 88:17, 156:13, 156:14, 158:1
**selects** [1] - 149:11
**Senate** [1] - 136:13
**Senator** [1] - 19:10
**senator** [2] - 136:17
**send** [19] - 41:25, 43:13, 44:6, 45:24, 52:1, 61:11, 61:25, 78:5, 78:7, 79:16, 107:7, 107:23, 114:3, 114:7, 121:6, 137:8, 158:10
**sending** [4] - 45:2, 62:1, 119:5, 119:14

**sends** [8] - 18:20, 37:1, 42:13, 42:14, 69:6, 80:25, 82:7, 118:23
**sense** [11] - 10:7, 26:6, 27:11, 27:16, 27:17, 30:17, 30:18, 30:24, 107:3, 107:4, 138:9
**sent** [41] - 7:15, 14:8, 16:7, 19:1, 22:3, 23:1, 31:20, 36:2, 42:4, 54:13, 61:10, 77:22, 78:2, 78:3, 78:24, 79:2, 79:7, 80:10, 83:5, 83:7, 83:13, 103:3, 103:4, 104:21, 107:11, 107:12, 112:20, 113:23, 114:9, 119:4, 119:17, 120:24, 122:16, 128:7, 129:9, 129:20, 129:22, 130:4, 131:15
**sentence** [8] - 4:24, 5:1, 5:3, 41:13, 58:20, 74:1, 92:10, 92:17
**sentences** [2] - 140:1, 140:2
**sentencing** [1] - 115:19
**separate** [1] - 37:2
**September** [29] - 1:8, 14:23, 22:3, 22:8, 26:1, 42:23, 44:2, 52:7, 76:8, 80:13, 81:18, 83:9, 83:19, 86:7, 87:23, 89:12, 105:20, 108:21, 109:11, 109:16, 110:8, 124:10, 126:20, 129:21, 134:6, 136:10, 151:1, 151:7, 165:8
**Serhiy** [1] - 125:5
**serious** [2] - 23:25, 24:1
**seriously** [2] - 99:9, 102:18
**serve** [1] - 114:25
**served** [1] - 37:13
**service** [7] - 66:17, 66:21, 98:22, 127:15, 136:22, 138:2, 139:14
**services** [5] - 39:20, 60:24, 60:25, 76:8, 114:21
**serving** [3] - 49:4, 133:3, 133:15
**Session** [1] - 1:6
**SESSION** [2] - 1:10, 3:1
**set** [5] - 77:23, 78:12, 79:1, 79:3, 111:13
**sets** [1] - 26:14
**seven** [6] - 24:13, 24:14, 40:18, 40:19, 118:10, 156:23
**several** [9] - 66:6, 96:15, 100:16, 104:18, 109:15, 126:12, 139:2, 139:4
**severe** [1] - 82:24
**shading** [1] - 92:15
**shall** [1] - 65:2
**sham** [3] - 157:20, 157:22, 161:14
**share** [2] - 7:7, 149:3
**shared** [2] - 95:3, 102:6
**shellacking** [1] - 58:3
**shifts** [2] - 68:1, 68:2
**shirt** [1] - 155:18
**shocked** [1] - 32:9
**short** [7] - 32:21, 46:20, 142:16, 142:18, 143:2, 143:16, 154:16
**short-form** [1] - 154:16
**shorter** [1] - 141:22
**shorthand** [1] - 2:5
**show** [15] - 15:7, 31:5, 31:6, 38:16, 44:1, 50:9, 72:23, 86:5, 92:24, 93:21,

3554

110:20, 114:11, 139:3, 150:3, 150:4
**showed** [5] - 49:11, 72:13, 119:4, 144:9, 144:10
**showing** [4] - 21:18, 52:6, 58:12, 78:18
**shown** [3] - 74:1, 101:22, 103:3
**shows** [8] - 9:17, 49:23, 53:23, 73:3, 74:5, 82:3, 117:8, 161:3
**shred** [1] - 78:16
**Shultz** [1] - 125:12
**shy** [2] - 28:3, 28:4
**sick** [1] - 16:12
**side** [3] - 20:11, 55:8, 157:6
**sides** [1] - 98:17
**sign** [3] - 62:8, 114:12, 114:13
**signal** [1] - 144:6
**signature** [1] - 61:15
**signed** [4] - 57:21, 62:8, 114:9, 114:16
**significant** [5] - 62:19, 84:13, 120:4, 121:21, 130:24
**silent** [1] - 69:15
**simple** [2] - 92:3, 151:23
**simply** [7] - 46:3, 53:15, 81:17, 84:1, 147:18, 159:1, 163:17
**single** [4] - 4:7, 74:19, 77:1, 83:8
**sink** [2] - 33:22, 41:2
**sinker** [1] - 74:7
**sit** [1] - 53:18
**sits** [1] - 154:17
**sitting** [3] - 131:16, 143:3, 151:5
**situation** [3] - 7:6, 133:9, 140:25
**six** [3] - 107:14, 137:8, 137:16
**SKA** [1] - 16:14
**Skadden** [82] - 16:14, 17:4, 26:3, 26:23, 43:12, 43:20, 43:25, 46:4, 57:9, 59:25, 63:17, 69:8, 73:3, 75:15, 76:6, 77:24, 78:4, 80:8, 82:18, 83:11, 85:8, 85:19, 85:21, 85:25, 87:15, 88:4, 88:11, 88:15, 88:23, 89:7, 89:17, 90:21, 90:25, 99:1, 100:24, 101:13, 103:8, 104:14, 109:3, 109:11, 109:13, 110:4, 110:5, 110:17, 113:24, 114:9, 114:16, 116:7, 116:12, 121:5, 122:2, 124:11, 124:20, 125:21, 125:22, 125:24, 126:2, 126:5, 126:6, 126:9, 126:14, 126:16, 126:18, 126:21, 126:25, 127:14, 128:3, 128:7, 133:21, 134:10, 134:25, 135:1, 137:16, 137:23, 157:6, 157:18, 158:9, 158:25
**Skadden's** [10] - 16:17, 61:14, 88:6, 90:1, 90:2, 91:5, 91:7, 110:16, 114:12, 128:21
**slash** [1] - 16:14
**slide** [7] - 19:8, 89:10, 89:11, 92:24, 93:11, 94:18, 96:4
**Sloan** [52] - 18:19, 18:21, 18:22, 19:1, 21:16, 21:17, 31:7, 37:2, 38:1, 41:20, 41:22, 50:3, 51:21, 52:7, 52:9, 60:1, 60:4, 82:22, 82:25, 83:15, 99:1, 101:8, 101:21, 101:23, 101:24, 102:2, 102:4, 102:5, 102:7, 102:8, 102:10, 102:12,

102:14, 109:13, 113:19, 113:25, 114:23, 116:25, 117:1, 117:11, 119:11, 119:15, 122:15, 122:21, 123:12, 123:13, 124:4, 124:7, 126:12, 128:13, 138:16
**Sloan's** [3] - 101:5, 101:17, 123:1
**Slough** [1] - 7:18
**sneak** [1] - 108:22
**sneaking** [1] - 108:22
**so-called** [1] - 18:2
**sole** [2] - 66:23, 123:8
**someone** [16] - 20:10, 39:12, 66:7, 69:10, 69:13, 81:9, 81:15, 85:21, 87:13, 98:16, 98:17, 101:5, 101:15, 106:17, 143:11
**sometimes** [5] - 21:7, 67:3, 67:5
**somewhat** [1] - 38:9
**somewhere** [1] - 86:16
**sophisticated** [1] - 37:11
**sorry** [10] - 22:8, 34:23, 42:17, 59:9, 85:17, 94:20, 95:20, 100:5, 132:22, 134:5
**sort** [9] - 5:7, 44:16, 69:1, 70:7, 90:10, 92:18, 93:19, 107:22, 160:12
**sorts** [2] - 36:24, 36:25
**sought** [1] - 37:21
**sound** [6] - 40:17, 106:17, 113:13, 141:1, 141:10, 158:12
**sounding** [1] - 139:13
**sounds** [2] - 58:22, 141:3
**sown** [1] - 84:25
**SPAEDER** [2] - 1:20, 1:24
**Spanish** [1] - 37:18
**speaking** [2] - 37:17, 111:22
**specific** [8] - 3:8, 4:13, 12:4, 13:22, 14:9, 124:5, 130:4, 162:21
**specifically** [9] - 3:21, 3:25, 4:2, 7:13, 12:5, 13:1, 13:20, 15:4, 161:5
**spelled** [2] - 75:18, 89:9
**spelling** [1] - 75:19
**spells** [1] - 75:20
**spend** [1] - 12:1
**spent** [6] - 11:24, 38:13, 61:22, 75:25, 110:17, 118:11
**Spiegel** [18] - 7:14, 42:1, 42:3, 42:5, 42:25, 43:2, 44:5, 47:11, 47:21, 114:16, 122:2, 129:20, 131:14, 137:24, 149:16
**Spiegel's** [1] - 121:16
**spin** [10] - 53:24, 82:15, 101:18, 109:7, 109:22, 109:24, 110:22, 111:2, 153:19, 156:16
**spinning** [1] - 88:21
**spoken** [8] - 71:22, 71:23, 101:12, 120:11, 120:16, 122:10, 131:12, 135:4
**spokesman** [1] - 85:19
**spokesperson** [1] - 86:17
**spread** [1] - 45:20
**spun** [1] - 91:11
**Staff** [1] - 125:5
**staffers** [1] - 129:11

**stakeholders** [1] - 58:7
**stand** [29] - 18:9, 18:14, 18:15, 22:5, 24:17, 26:12, 27:7, 30:7, 35:16, 37:15, 44:15, 44:20, 49:6, 53:12, 54:12, 54:15, 69:20, 75:25, 84:17, 85:23, 92:5, 128:19, 150:13, 150:15, 151:6, 152:6, 154:13, 155:17, 156:24
**standard** [2] - 4:11, 114:3
**standards** [3] - 89:24, 104:1, 115:2
**standing** [1] - 143:17
**stands** [1] - 98:15
**star** [3] - 87:12, 91:13, 92:20
**start** [9] - 6:22, 66:16, 107:24, 137:3, 142:20, 143:13, 145:21, 149:15, 163:18
**started** [1] - 158:14
**starting** [2] - 109:15, 143:13
**starts** [4] - 37:1, 40:22, 98:12, 124:17
**state** [1] - 22:4
**State** [3] - 36:14, 36:20, 106:14
**statement** [14] - 49:11, 58:20, 65:13, 70:6, 75:7, 116:20, 123:9, 123:10, 130:18, 130:23, 132:14, 133:5, 133:16, 152:10
**statements** [6] - 14:3, 36:5, 48:15, 71:25, 90:13, 154:5
**STATES** [3] - 1:2, 1:4, 1:11
**states** [2] - 89:22, 90:19
**States** [9] - 3:5, 7:18, 34:18, 44:13, 67:7, 70:22, 98:23, 127:25, 130:22
**stature** [1] - 158:5
**statute** [4] - 13:24, 29:20, 37:20, 127:15
**stayed** [1] - 106:3
**stenotype** [1] - 2:5
**step** [3] - 39:5, 85:21, 163:11
**stepped** [1] - 99:2
**sterling** [2] - 10:20, 64:2
**Steven** [5] - 94:1, 94:3, 94:6, 94:10, 94:13, 94:14
**stick** [1] - 102:9
**still** [14] - 19:5, 19:6, 28:14, 41:3, 44:21, 53:2, 53:4, 104:6, 105:23, 106:3, 116:11, 160:17, 163:15
**Stink** [2] - 57:9, 59:25
**stipulation** [1] - 155:12
**stole** [1] - 92:1
**stood** [1] - 144:8
**stop** [2] - 128:19, 147:20
**stories** [2] - 121:24, 129:1
**story** [17] - 20:11, 20:12, 20:18, 35:11, 35:13, 92:21, 103:17, 108:11, 108:14, 109:20, 110:3, 111:12, 113:22, 128:12, 155:20, 158:16, 159:2
**straight** [5] - 49:19, 92:21, 108:13, 155:21, 155:22
**straight-out** [1] - 49:19
**strange** [1] - 54:5
**strategize** [1] - 97:3
**strategy** [24] - 3:15, 16:22, 21:9, 22:11, 24:20, 32:3, 55:23, 56:2, 56:3, 75:8,

3555

75:9, 84:3, 84:15, 108:15, 112:22, 112:25, 153:11, 153:17, 156:21, 156:22, 157:9, 159:8, 159:9

**Street** [3] - 1:15, 1:21, 1:24
**strenuously** [1] - 84:9
**strike** [1] - 53:9
**strings** [1] - 62:14
**strong** [1] - 117:16
**student** [1] - 97:13
**stuff** [10] - 22:1, 25:12, 34:14, 39:3, 62:3, 82:14, 93:19, 100:3, 154:23, 157:20
**stupid** [2] - 44:19, 44:21
**subject** [4] - 13:24, 90:3, 96:20, 116:9
**submission** [1] - 60:19
**submit** [6] - 26:8, 29:4, 52:16, 71:11, 134:1, 146:9
**submitted** [3] - 7:21, 154:19, 163:12
**substantive** [2] - 36:22, 36:23
**succeeded** [3] - 14:10, 49:22, 110:10
**successful** [4] - 73:15, 74:6, 110:22, 111:21
**successfully** [1] - 100:3
**sudden** [1] - 41:9
**sufficient** [2] - 89:23, 90:23
**suggest** [11] - 25:2, 69:19, 72:16, 80:24, 82:23, 86:25, 99:4, 99:11, 135:11, 141:5, 161:15
**suggested** [6] - 15:1, 50:17, 84:19, 92:4, 101:24, 118:18
**suggesting** [2] - 102:1, 154:24
**suggestion** [5] - 6:15, 7:8, 57:1, 58:12, 125:15
**suggests** [2] - 54:10, 122:12
**Suite** [2] - 1:21, 1:25
**suits** [1] - 98:18
**Sullivan** [5] - 97:19, 97:22, 98:1, 98:3, 98:4
**Sullivan's** [1] - 97:24
**summarize** [1] - 48:6
**summary** [4] - 74:16, 130:5, 130:11, 131:25
**summer** [6] - 65:24, 66:11, 86:1, 121:15, 137:4, 160:5
**Sunday** [1] - 79:3
**supply** [1] - 138:12
**support** [7] - 55:1, 61:19, 73:14, 73:21, 85:19, 86:14, 157:7
**supported** [1] - 89:16
**supports** [1] - 82:15
**supposed** [7] - 16:15, 17:5, 48:5, 96:10, 96:11, 96:14, 142:15
**supposedly** [1] - 124:23
**Supreme** [1] - 67:6
**surely** [1] - 121:15
**surprise** [1] - 141:13
**surprised** [1] - 107:21
**surrounding** [1] - 115:18
**Susan** [1] - 73:12

**suspect** [1] - 124:9
**suspected** [3] - 109:7, 109:17, 124:8
**suspicion** [1] - 114:4
**suspicious** [1] - 58:22
**sweeps** [1] - 154:23
**system** [7] - 66:25, 67:4, 76:22, 78:11, 88:14, 115:2, 115:14

## T

**talks** [3] - 28:3, 33:13, 158:19
**tanks** [1] - 46:13
**targeting** [1] - 55:23
**tarnished** [3] - 11:6, 63:24
**task** [1] - 163:15
**tasked** [1] - 45:2
**tax** [3] - 40:11, 91:16, 91:21
**taxes** [1] - 91:18
**TAYLOR** [4] - 5:14, 7:24, 8:2, 8:13
**Taylor** [7] - 1:23, 6:6, 6:15, 65:13, 66:3, 75:24, 121:18
**team** [15] - 28:17, 41:5, 43:9, 59:7, 101:15, 104:18, 104:20, 105:6, 105:7, 105:13, 105:16, 113:9, 113:10, 131:2, 159:12
**teammate** [1] - 113:13
**technical** [1] - 129:11
**Telegraph** [14] - 34:12, 34:20, 35:21, 46:10, 51:13, 55:22, 110:21, 111:12, 111:20, 112:3, 113:3, 113:5, 113:7, 148:12
**telephone** [1] - 104:10
**tends** [1] - 50:8
**terms** [6] - 7:12, 25:11, 32:4, 92:3, 101:3, 110:20
**terrible** [1] - 159:20
**terribly** [2] - 159:21
**terrific** [2] - 56:15, 72:22
**terrified** [2] - 33:6, 152:18
**testified** [19] - 7:14, 23:24, 38:21, 72:17, 78:5, 78:22, 85:11, 85:20, 87:4, 97:8, 97:17, 97:18, 100:16, 107:21, 114:2, 119:20, 133:17, 138:16
**testify** [2] - 42:25, 99:22
**testimony** [34] - 7:13, 12:10, 23:23, 24:6, 24:16, 24:24, 30:7, 42:17, 44:7, 47:13, 60:4, 71:11, 71:12, 72:2, 73:18, 87:1, 87:2, 92:8, 96:6, 98:7, 98:13, 99:7, 100:9, 109:12, 119:11, 121:13, 122:1, 128:25, 130:1, 135:12, 138:18, 146:3, 161:1
**text** [1] - 73:18
**thanking** [2] - 66:16, 110:11
**THE** [52] - 1:2, 1:10, 1:14, 3:4, 3:7, 5:16, 6:1, 6:3, 6:18, 6:20, 7:23, 8:8, 8:14, 8:18, 8:21, 9:2, 9:5, 9:21, 64:12, 64:17, 64:23, 65:2, 65:7, 94:19, 99:14, 99:16, 100:7, 139:24, 140:2, 140:8, 140:12, 140:17, 140:21, 141:1, 141:6, 141:12, 141:19, 142:1, 142:6, 142:8,

143:20, 143:24, 144:1, 160:8, 160:13, 161:2, 161:9, 161:19, 161:25, 163:6, 163:9, 164:8
**themselves** [2] - 92:21, 110:13
**thereabouts** [1] - 40:24
**therefore** [3] - 6:23, 7:21, 133:25
**thinking** [10] - 17:7, 22:17, 23:2, 24:15, 39:11, 41:11, 53:23, 54:16, 115:8, 123:17
**thinks** [6] - 24:15, 27:20, 92:9, 149:12, 157:1, 161:6
**third** [6] - 24:19, 40:4, 40:15, 42:20, 117:10, 117:13
**third-party** [5] - 40:4, 40:15, 42:20, 117:10, 117:13
**thorough** [1] - 72:24
**thoughts** [2] - 76:21, 152:16
**thousands** [1] - 91:17
**three** [22] - 11:24, 32:7, 32:13, 36:13, 37:2, 40:24, 43:13, 45:16, 58:24, 75:5, 81:19, 121:9, 122:1, 127:25, 129:22, 131:16, 131:22, 132:4, 132:5, 132:7, 134:6
**three-day** [1] - 58:24
**three-month** [1] - 131:22
**throughout** [4] - 45:21, 75:13, 86:1, 124:7
**throw** [1] - 158:17
**thrust** [1] - 4:1
**Thursday** [2] - 106:10, 120:8
**tie** [1] - 155:19
**tight** [1] - 142:19
**tilted** [1] - 148:20
**timeframe** [1] - 65:14
**timing** [6] - 25:3, 25:10, 36:16, 39:6, 124:13, 153:2
**tired** [1] - 16:12
**today** [22] - 6:23, 7:2, 11:12, 12:17, 22:7, 24:17, 44:22, 57:25, 58:5, 65:17, 66:5, 66:14, 66:22, 67:22, 74:17, 89:19, 136:6, 136:24, 139:20, 140:9, 143:1, 146:12
**together** [20] - 5:2, 10:7, 23:4, 24:22, 27:5, 41:4, 41:14, 48:20, 49:14, 63:22, 74:15, 86:10, 88:1, 97:21, 117:11, 122:15, 140:19, 147:5, 147:8
**Tom** [10] - 34:11, 34:19, 35:4, 35:15, 110:25, 111:15, 158:19, 158:23
**tomorrow** [17] - 6:24, 33:5, 33:20, 34:9, 120:8, 139:20, 141:21, 142:19, 143:4, 143:13, 143:14, 153:3, 163:17, 163:24, 164:3, 164:9
**tone** [1] - 44:6
**tongue** [1] - 134:17
**tongue-in-cheek** [1] - 134:17
**took** [18] - 11:7, 15:4, 15:25, 18:9, 26:8, 36:23, 37:5, 46:4, 46:15, 50:10, 54:15, 107:22, 110:25, 129:11, 129:14, 141:12, 150:13, 150:15
**top** [9] - 16:22, 17:14, 60:20, 73:8,

75:6, 77:16, 101:11, 112:19, 136:11

**top-to-bottom** [1] - 60:20

**topic** [1] - 13:23

**total** [5] - 29:5, 61:2, 61:4, 82:19, 97:9

**totally** [2] - 84:10, 89:3

**touch** [4] - 71:5, 147:17, 151:4, 151:17

**touched** [1] - 92:19

**tough** [1] - 53:17

**tour** [1] - 105:24

**Tower** [4] - 50:13, 86:8, 88:1, 96:6

**track** [1] - 4:10

**tracks** [1] - 5:18

**training** [1] - 17:7

**Transcript** [1] - 2:6

**TRANSCRIPT** [1] - 1:10

**transcript** [1] - 165:4

**transcription** [1] - 2:6

**translation** [1] - 73:17

**transmission** [1] - 107:9

**tree** [1] - 162:13

**TRIAL** [2] - 1:6, 1:10

**trial** [21] - 9:11, 16:25, 55:6, 63:13, 74:24, 80:21, 82:16, 87:15, 97:19, 111:24, 111:25, 112:2, 112:7, 115:15, 115:18, 128:22, 128:23, 131:3, 131:6, 136:5, 137:20

**trials** [2] - 66:18, 139:19

**trick** [4] - 13:5, 68:16, 68:25, 70:3

**tried** [9] - 4:11, 18:15, 24:25, 59:16, 82:23, 88:5, 109:14, 124:10, 124:15

**tries** [2] - 52:21, 107:7

**trip** [1] - 27:4

**troubled** [1] - 140:17

**true** [17] - 18:19, 48:11, 48:13, 48:18, 48:19, 49:12, 52:3, 64:1, 67:15, 81:19, 124:6, 125:16, 130:22, 133:6, 152:14, 159:1, 161:1

**truly** [3] - 53:1, 104:14, 106:12

**Trump** [4] - 50:13, 86:8, 88:1, 96:6

**trumpeted** [1] - 120:20

**trust** [6] - 98:4, 98:10, 108:11, 108:12, 139:8, 145:16

**trusted** [1] - 98:17

**truth** [10] - 64:6, 64:9, 92:16, 98:2, 98:19, 100:15, 134:16, 155:15, 156:1, 160:17

**truth-telling** [1] - 100:15

**truthful** [9] - 53:4, 53:5, 63:4, 69:17, 100:22, 109:9, 130:18, 133:16, 161:3

**truthfulness** [1] - 97:25

**try** [7] - 46:19, 80:8, 88:2, 97:2, 120:19, 135:3, 139:17

**trying** [15] - 8:24, 36:18, 41:4, 49:12, 52:25, 55:1, 56:17, 66:10, 82:12, 109:24, 110:13, 144:11, 147:8, 153:18, 156:4

**tune** [1] - 91:17

**turn** [4] - 75:4, 76:10, 117:13, 118:25

**turned** [1] - 97:17

**turns** [2] - 7:2, 154:16

**TV** [1] - 139:3

**tweak** [1] - 5:22

**twice** [2] - 118:6, 130:20

**two** [46] - 11:24, 12:25, 24:22, 36:11, 36:25, 37:13, 40:19, 46:14, 54:21, 55:21, 55:22, 55:23, 62:23, 63:14, 63:19, 64:13, 87:12, 88:10, 88:18, 89:11, 89:12, 91:14, 92:20, 95:19, 97:5, 97:10, 98:22, 105:18, 119:10, 122:23, 125:3, 129:7, 129:10, 129:11, 140:1, 140:2, 140:6, 140:14, 141:14, 141:15, 142:8, 144:14, 154:1, 160:16, 160:21

**two-year** [1] - 140:6

**Tymoshenko** [22] - 16:22, 31:8, 47:19, 71:16, 74:25, 75:17, 87:15, 88:16, 88:20, 88:24, 89:9, 89:15, 103:24, 109:3, 111:24, 112:7, 115:9, 115:15, 115:19, 122:25, 128:22, 131:3

**Tymoshenko's** [7] - 41:4, 88:11, 89:21, 103:9, 117:3, 128:9, 132:10

**typically** [1] - 93:24

**typo** [1] - 93:6

**typographical** [1] - 93:4

# U

**U.S** [19] - 1:14, 1:17, 2:2, 13:14, 36:14, 36:19, 48:25, 49:9, 63:18, 74:24, 98:9, 125:14, 125:16, 125:21, 127:17, 132:18, 132:25, 133:7, 152:12

**UK** [1] - 34:19

**Ukraine** [121] - 20:21, 20:22, 20:24, 23:21, 25:16, 27:8, 27:13, 27:15, 28:15, 35:20, 39:21, 40:11, 41:15, 42:22, 48:17, 49:2, 49:3, 49:4, 49:5, 49:11, 49:16, 53:8, 55:11, 55:15, 56:18, 56:20, 56:21, 61:17, 62:9, 62:11, 64:3, 71:25, 72:1, 72:25, 73:2, 73:4, 75:25, 76:21, 77:10, 83:13, 83:25, 87:16, 89:5, 89:25, 91:10, 92:1, 102:17, 103:7, 103:8, 108:13, 109:4, 109:10, 109:15, 109:25, 110:1, 110:5, 110:14, 111:2, 111:5, 115:8, 116:6, 116:18, 116:20, 117:4, 121:23, 122:24, 123:8, 123:14, 123:19, 123:22, 124:11, 124:21, 126:6, 126:7, 126:10, 127:19, 128:10, 128:21, 132:15, 132:19, 133:1, 133:2, 133:3, 133:4, 133:8, 133:13, 133:19, 133:20, 133:24, 134:13, 134:15, 134:24, 135:2, 136:12, 137:6, 137:17, 138:4, 146:7, 148:11, 148:19, 150:6, 150:11, 151:16, 152:12, 152:13, 152:15, 152:21, 152:22, 152:24, 153:5, 153:8, 153:10, 153:16, 153:22, 158:1, 158:3, 158:11

**Ukraine's** [9] - 30:2, 72:20, 72:25, 82:15, 109:5, 111:24, 115:1, 115:14, 124:5

**Ukrainian** [14] - 15:11, 16:1, 23:14, 29:22, 45:14, 55:6, 74:7, 75:11, 75:20,

90:22, 125:11, 132:10, 147:2

**Ukrainian's** [1] - 31:25

**Ukrainians** [5] - 29:8, 106:8, 106:10, 106:19, 144:19

**ultimately** [2] - 37:25, 42:13

**unanimous** [4] - 3:9, 67:1, 67:11, 70:13

**unanimously** [1] - 70:10

**unclear** [1] - 121:13

**under** [24] - 31:1, 38:8, 49:4, 52:25, 89:24, 100:22, 102:20, 114:6, 117:19, 126:5, 126:25, 131:20, 132:20, 133:2, 133:14, 133:19, 133:24, 133:25, 134:23, 150:11, 152:13, 153:9, 153:15, 154:23

**underlined** [1] - 47:6

**undermine** [1] - 11:3

**understated** [1] - 91:19

**understood** [8] - 15:20, 16:4, 17:4, 29:18, 47:20, 51:8, 61:5, 162:22

**undertake** [1] - 14:1

**undisputed** [1] - 124:20

**unfair** [1] - 128:22

**unfortunate** [1] - 146:18

**unfortunately** [2] - 10:17, 49:22

**Unit** [62] - 4:22, 7:15, 10:13, 11:9, 12:3, 12:12, 13:7, 14:11, 15:9, 19:12, 38:15, 38:20, 44:9, 47:1, 47:4, 47:12, 48:3, 53:3, 62:21, 63:19, 65:19, 65:20, 68:17, 68:24, 69:6, 69:21, 70:1, 71:21, 72:8, 100:23, 110:24, 113:22, 115:22, 116:3, 116:15, 117:9, 118:6, 119:23, 120:21, 120:24, 122:9, 122:14, 123:20, 126:1, 126:13, 126:21, 129:8, 129:23, 129:24, 130:9, 131:11, 131:22, 132:3, 134:4, 135:3, 135:9, 135:15, 138:12, 146:15, 154:6, 154:14, 162:25

**unit** [1] - 117:15

**Unit's** [2] - 128:4, 131:16

**United** [10] - 3:5, 7:18, 34:18, 44:12, 67:6, 70:22, 98:22, 110:25, 127:25, 130:22

**UNITED** [3] - 1:2, 1:4, 1:11

**unknown** [1] - 89:3

**unlawful** [4] - 4:18, 5:4, 13:12, 70:20

**unnecessary** [1] - 44:22

**unqualified** [1] - 60:14

**unreasonable** [1] - 4:24

**unsubstantiated** [1] - 89:17

**unusual** [1] - 67:4

**up** [59] - 4:22, 6:4, 12:23, 13:4, 14:10, 22:9, 26:5, 26:15, 32:13, 32:23, 37:17, 38:1, 42:1, 49:20, 51:25, 57:12, 57:13, 57:21, 59:13, 59:14, 63:10, 68:16, 68:22, 68:25, 72:14, 73:7, 73:16, 74:22, 76:16, 77:16, 82:10, 83:18, 84:3, 85:5, 85:21, 86:7, 90:7, 93:11, 94:1, 95:14, 106:14, 117:9, 118:13, 118:22, 119:18, 122:20, 125:2, 126:24, 135:19, 137:1, 138:7, 139:10, 141:2, 144:7, 155:9,

3557

159:13, 160:5, 160:21, 161:25
**update** [1] - 32:16
**updates** [1] - 59:2
**upset** [1] - 158:21
**urge** [1] - 30:18
**useful** [1] - 142:4
**usual** [1] - 164:5

## V

**vague** [1] - 86:4
**value** [1] - 99:3, 158:8
**values** [1] - 146:16
**van** [20] - 17:7, 37:24, 78:3, 78:6, 79:22, 79:24, 79:25, 80:3, 80:5, 80:7, 80:9, 80:10, 103:4, 104:17, 105:7, 108:23, 136:3, 138:24
**various** [1] - 150:14
**venue** [5] - 7:11, 7:17, 7:20, 7:23
**verdict** [5] - 5:11, 5:12, 5:17, 5:19, 112:16
**verified** [1] - 50:15
**Veritas** [3] - 105:6, 105:16, 134:16
**version** [10] - 78:23, 78:25, 79:20, 82:11, 83:7, 89:4, 119:2, 119:7, 119:8, 134:17
**versions** [1] - 119:17
**versus** [2] - 3:5, 28:1
**via** [1] - 112:25
**Victor** [5] - 66:8, 118:8, 137:4, 137:19, 150:9
**view** [3] - 82:16, 91:4, 97:25
**viewed** [4] - 87:18, 109:25, 115:2, 123:6
**Vin** [20] - 3:16, 22:20, 24:21, 26:18, 26:21, 26:23, 26:25, 27:3, 28:14, 28:25, 29:2, 31:2, 51:11, 87:2, 123:17, 138:24, 147:16, 147:17, 159:14
**violated** [1] - 109:4
**violates** [1] - 102:15
**violating** [1] - 138:11
**violation** [4] - 4:13, 48:1, 69:14, 71:1
**violations** [3] - 73:20, 109:18, 112:15
**visit** [1] - 105:24
**Vlasenko** [3] - 44:19, 56:16, 117:3
**voice** [1] - 124:14
**volumes** [1] - 39:1
**volunteer** [2] - 69:11, 69:15
**vote** [4] - 67:2, 67:5, 67:9, 67:11
**vouched** [2] - 160:24, 161:5

## W

**waive** [1] - 8:2
**walk** [4] - 30:17, 39:17, 144:14, 157:14
**walked** [1] - 144:13
**wants** [17] - 29:3, 30:13, 33:5, 51:14, 62:11, 92:13, 94:21, 107:12, 117:17, 120:14, 146:21, 147:18, 147:24, 149:12, 149:24, 153:6, 153:20

**war** [1] - 97:15
**Washington** [9] - 1:7, 1:16, 1:18, 1:25, 2:3, 33:21, 81:2, 98:15, 153:4
**watch** [1] - 57:5
**wave** [1] - 71:9
**ways** [2] - 76:21, 112:6
**Weber** [26] - 3:16, 3:17, 3:25, 22:20, 24:21, 26:18, 26:23, 27:1, 27:7, 27:21, 28:8, 28:9, 28:14, 29:2, 31:2, 51:11, 87:2, 123:17, 136:3, 138:24, 147:16, 147:17, 159:14
**Weber's** [6] - 3:18, 3:23, 24:23, 26:21, 27:3, 28:25
**website** [1] - 89:20
**Wednesday** [1] - 120:7
**week** [4] - 22:14, 39:13, 58:7, 124:16
**weekend** [1] - 9:7
**weeks** [8] - 11:24, 40:24, 53:18, 54:21, 105:18, 125:3, 126:12, 129:23
**weigh** [3] - 99:4, 138:15, 139:11
**weighs** [1] - 99:5
**weird** [2] - 141:6, 157:20
**Weiss** [11] - 18:20, 18:23, 51:19, 52:9, 57:24, 58:16, 59:5, 59:19, 59:20, 83:13
**Weiss'** [1] - 18:25
**welcome** [3] - 8:11, 32:17, 94:22
**West** [1] - 112:16
**Western** [2] - 112:1, 115:2
**whatsoever** [2] - 67:16, 118:3
**whilst** [1] - 91:3
**White** [1] - 99:2
**white** [5] - 53:21, 144:12, 144:16, 156:8, 159:3
**whitewash** [2] - 82:19, 110:4
**Whitney** [2] - 27:2, 62:8
**whole** [8] - 26:14, 32:11, 32:22, 40:8, 76:13, 112:19, 114:15, 156:15
**willful** [5] - 38:12, 39:12, 41:12, 47:25, 149:8
**willfully** [16] - 4:15, 5:8, 13:10, 37:8, 49:24, 52:4, 68:15, 69:2, 70:18, 70:21, 135:3, 135:14, 136:22, 136:24, 137:13, 138:11
**willfulness** [2] - 4:13, 134:21
**William** [2] - 1:20, 1:23
**Williams** [1] - 97:23
**willing** [10] - 41:3, 61:14, 85:11, 85:25, 86:11, 86:15, 91:9, 97:4, 137:24, 150:6
**willingness** [4] - 62:10, 85:2, 96:19, 109:22
**window** [1] - 82:5
**wire** [3] - 61:3, 75:8, 75:11
**wise** [1] - 64:15
**withheld** [1] - 145:16
**withhold** [1] - 148:22
**withholding** [1] - 149:9
**witness** [9] - 18:12, 69:20, 84:17, 91:13, 92:5, 96:24, 99:12, 160:25, 161:5

**witnesses** [15] - 9:14, 53:20, 54:19, 54:23, 77:4, 87:12, 92:20, 97:5, 97:8, 97:10, 98:20, 112:8, 136:3, 138:15, 138:18
**woman's** [1] - 68:6
**wonder** [1] - 113:1
**wonders** [1] - 114:15
**word** [9] - 11:9, 16:12, 28:5, 45:25, 59:13, 75:18, 98:16, 100:19, 135:17
**worded** [1] - 122:13
**words** [6] - 13:10, 40:1, 53:22, 63:11, 101:17, 144:18
**world** [7] - 30:12, 30:20, 37:14, 98:12, 98:14, 103:8, 151:1
**World** [1] - 97:14
**worst** [7] - 20:7, 20:8, 108:18, 108:25, 157:12, 157:13
**worst-case** [2] - 108:18, 108:25
**worst-nightmare** [2] - 157:13
**worth** [2] - 77:6, 110:19
**wrap** [1] - 144:7
**write** [9] - 9:24, 19:25, 91:9, 103:17, 106:18, 108:24, 109:2, 115:20, 156:5
**writes** [3] - 17:14, 20:7, 60:22
**writing** [7] - 8:9, 102:16, 104:14, 108:20, 113:17, 159:22, 159:23
**written** [4] - 111:8, 129:25, 130:3, 151:15
**wrongly** [1] - 139:4
**wrote** [17] - 11:21, 25:24, 25:25, 26:24, 36:4, 44:18, 48:5, 62:6, 90:15, 90:18, 101:21, 111:22, 118:21, 128:12, 157:4, 158:5, 158:6

## Y

**Yanukovich** [1] - 89:14
**Yanukovych** [8] - 55:9, 63:7, 74:2, 88:19, 125:6, 128:24, 153:25, 157:6
**year** [5] - 65:24, 137:20, 140:6, 160:5, 162:4
**years** [11] - 24:13, 24:14, 38:8, 97:9, 97:10, 97:23, 99:3, 138:8, 139:2, 139:11, 156:23
**York** [70] - 23:9, 29:7, 30:2, 34:18, 35:21, 35:23, 36:5, 45:12, 47:15, 48:15, 48:19, 48:22, 51:13, 52:21, 53:13, 54:5, 55:4, 55:21, 56:1, 56:3, 57:20, 58:13, 58:17, 58:19, 59:7, 59:20, 71:18, 72:2, 72:16, 72:19, 74:8, 74:20, 81:1, 81:3, 81:13, 86:24, 93:2, 94:4, 94:11, 95:6, 102:20, 107:11, 108:10, 108:15, 110:12, 110:21, 112:23, 112:25, 120:5, 120:11, 120:22, 120:25, 121:10, 121:14, 127:7, 128:17, 131:1, 131:7, 133:10, 135:5, 146:23, 146:24, 147:6, 153:12, 153:24, 156:5, 156:20, 158:18, 159:6
**young** [1] - 98:24
**yourself** [10] - 39:24, 57:17, 65:14,

135:22, 137:17, 145:25, 146:1, 146:8,
149:8, 162:11
  **yourselves** [3] - 67:10, 162:17, 163:21
  **Yulia** [2] - 74:25, 115:19
  **Yunghans** [1] - 24:5

## Z

  **ZUCKERMAN** [2] - 1:20, 1:24
  **Zwaan** [18] - 17:7, 37:24, 78:3, 78:6,
79:24, 79:25, 80:3, 80:5, 80:7, 80:9,
80:10, 103:4, 104:17, 105:7, 108:23,
136:3, 138:24
  **Zwaan's** [2] - 79:22, 108:23

PATRICIA A. KANESHIRO-MILLER, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
202-354-3243