**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

Case No.   19-CR-125 (ABJ)

V.

GREGORY B. CRAIG

**FILED**

**SEP - 4 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEFENDANT

## COUNSEL'S ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted

into evidence with the Courtroom Deputy and have agreed on what exhibits will be submitted to

the jury during deliberations.

Adam Abelson _____ (Defense)

Jason McCullough _____ Government

_____

_____

_____

_____

John T. H_____ Courtroom Deputy