

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Case No. 1:19-cr-0125 (ABJ) |
| GREGORY B. CRAIG, | |
| *Defendant.* | |

## DEFENDANT'S TRIAL EXHIBIT LIST

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/13/2012 | USA-REL-0157968 | Email chain among G. Craig and C. Sloan regarding a retainer and FARA registration | | | | | |
| 2 | 2/13/2012 | USA-REL-0157998 | Email chain among C. Sloan and D. Zornow regarding requested report from D. Schoen and V. Pinchuk | | | | | |
| 3 | 2/20/2012 | USA-0014470 | Emails between G. Craig and C. Sloan regarding draft retainer agreement | | | | | |
| 4 | 2/20/2012 | USA-REL-0000410 | Email chain among P. Manafort and G. Craig regarding the Skadden-MoJ engagement letter | | | | | |
| 6 | 2/24/2012 | USA-REL-0158047 | Email chain between G. Craig, C. Sloan, and D. Zornow regarding retainer letter | | | | | |
| 8 | 3/15/2012 | USA-REL-0110414 | Email from C. Sloan to G. Craig regarding rescheduling the trip to Kiev | | | | | |
| 9 | 3/15/2012 | USA-REL-0176878 | Email from G. Craig to C. Sloan regarding rescheduling the trip to Kiev | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|----|------|------------------|-------------|---------|----|----|-------------------------------------|------------|
| 11 | 3/17/2012 | USA-REL-0008074 | Email from P. Manafort to G. Craig regarding a meeting about fees | | | | | |
| 12 | 3/17/2012 | USA-REL-0008076 | Email from G. Craig to P. Manafort to request a meeting about fees | | | | | |
| 13 | 3/19/2012 | USA-REL-0176883 | Email from C. Sloan to G. Craig regarding rescheduling the trip to Kiev | | | | | |
| 14 | 3/20/2012 | USA-REL-0000470 | Email chain among D. Schoen, G. Craig, and P. Manafort regarding rescheduling of the Kiev trip | | | | | |
| 15 | 3/20/2012 | USA-REL-0027611 | D. Schoen handwritten note to G. Craig | | | | | |
| 16 | 3/30/2012 | USA-REL-0110446 | Email forward from C. Whitney to G. Craig attaching memorandum regarding initial trip to Ukraine and attorney profiles | | | | | |
| 17 | 4/2/2012 | USA-REL-0027686 | Email from D. Schoen to G. Craig regarding breakfast with V. Pinchuk | | | | | |
| 18 | 4/2/2012 | USA-REL-0176993 | Email from G. Craig to A. van der Zwaan, C. Sloan, and A. Haskell attaching a memorandum containing initial project description | | | | | |
| 19 | 4/5/2012 | USA-REL-0000038 | Retainer Memorandum re Terms and Conditions | | | | | |
| 20 | 4/5/2012 | USA-REL-0177339 | Memorandum from G. Craig to V. Pshonka regarding two projects | | | | | |
| 21 | 4/7/2012 | USA-REL-0110871 | Email from G. Craig to C. Sloan forwarding message from D. Schoen regarding V. Pinchuk | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 22 | 4/10/2012 | USA-0014622 | Emails among C. Craig, D. Zornow, and C. Sloan regarding need to talk | | | | | |
| 23 | 4/10/2012 | USA-REL-0007958 | Retainer Memorandum re Terms and Conditions | | | | | |
| 24 | 4/11/2012 | USA-REL-0111343 | Email chain among A. van der Zwaan, G. Craig, and C. Sloan regarding incorporating FARA language into retainer agreement | SLOAN | 8/15 | 8/03 | | |
| 25 | 4/23/2012 | USA-0014026 | Emails between A. Haskell and M. Cowie regarding application of FARA | | | | | |
| 26 | 4/26/2012 | USA-REL-0341915 | Email chain among J. Hawker and E. Reilly regarding the former's discussion with M. Cowie about prospective Ukraine job | | | | | |
| 27 | 5/1/2012 | USA-REL-0360839 | Email chain among M. Beauregard, E. Reilly and J. Hawker regarding M. Cowie call on Ukraine job | | | | | |
| 28 | 5/9/2012 | USA-REL-0350174 | Email chain between J. Hawker and J. Aarons regarding travel to Kiev | | | | | |
| 30 | 5/10/2012 | USA-REL-0008357 | Email chain among P. Manafort, G. Craig, and A. van der Zwaan regarding payment to FTI | | | | | |
| 32 | 5/10/2012 | USA-REL-0178711 | Email from A. van der Zwaan to B. Kelly and G. Craig regarding payment to FTI | | | | | |
| 33 | 5/10/2012 | USA-REL-0346580 | Email chain among R. Bhavnani, M. Malloch-Brown, and J. Hawker regarding deciding to take Ukraine job | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 34 | 5/11/2012 | USA-REL-0178938 | Email chain between N. Sadiq, D. Nordlinger, and A. van der Zwaan regarding FTI engagement | | | | | |
| 35 | 5/12/2012 | USA-REL-0359452 | Email chain among J. Aarons and S. Elliott confirming that project will proceed | | | | | |
| 36 | 5/12/2012 | USA-REL-0360408 | Email from E. Reilly to M. Malloch-Brown with draft memo regarding FTI decision to represent Ukraine Prosecutor General | | | | | |
| 37 | 5/13/2012 | USA-REL-0342463 | Email from J. Aarons to R. Gates and J. Hawker forwarding draft letter of engagement | Hawker | 8/6 | 8/6 | | |
| 38 | 5/14/2012 | USA-REL-0342203 | Email from R. Hall to J. Hawker and J. Aarons attaching list of potential media contacts | | | | | |
| 39 | 5/15/2012 | USA-REL-0345228 | Email from J. Hawker to J. Aarons, R. Hall and S. Elliott attaching draft media strategy | | | | | |
| 40 | 5/16/2012 | USA-REL-0354095 | Email from J. Aarons to R. Gates regarding discussions with Prosecutor General | | | | | |
| 41 | 5/16/2012 | USA-REL-0049545 | Email among A. van der Zwaan and G. Craig regarding contract | | | | | |
| 42 | 5/17/2012 | USA-REL-0345315 | Email chain among T. Leigh, J. Hawker and J. Aarons regarding FTI contract negotiation | | | | | |
| 43 | 5/18/2012 | USA-REL-0341486 | Email chain among J. Aarons and E. Reilly regarding who will pay FTI bills | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 44 | 5/20/2012 | USA-REL-0000817 | Email from O. Zhylinska (on behalf of G. Craig) to P. Manafort attaching interim report | | | | | |
| 46 | 5/24/2012 | USA-REL-0000859 | Email chain among A. van der Zwaan, R. Gates, G. Craig, K. Kilimnik, et al. regarding the Skadden-MoJ engagement letter | | | | | |
| 47 | 5/24/2012 | USA-REL-0115981 | Email chain among A. van der Zwaan, G. Craig, et al. regarding final MoJ press release | | | | | |
| 48 | 5/24/2012 | USA-REL-0344100 | Email chain between J. Aarons and J. Hawker forwarding discussions with R. Gates about payment | Hawker | 8.20 | 8.20 | | |
| 49 | 5/24/2012 | USA-REL-0345393 | Email from J. Aarons to J. Hawker regarding call from R. Gates advising that FTI will be a sub-contractor of Skadden | Hawker | 8.20 | 8.20 | | |
| 50 | 5/24/2012 | USA-REL-0352955 | Email chain among E. Reilly, J. Aarons and T. Leigh forwarding email ultimatum to R. Gates | | | | | |
| 51 | 5/25/2012 | USA-REL-0116030 | Email chain among A. van der Zwaan and G. Craig regarding the Skadden-MoJ engagement letter | | | | | |
| 52 | 5/25/2012 | USA-REL-0341515 | Email chain among R. Aarons, E. Reilly and T. Leigh regarding contacting G. Craig about subcontracting with Skadden | | | | | |
| 53 | 5/29/2012 | USA-REL-0029205 | Email chain among E. Reilly, G. Craig, J. Aarons, et al. regarding FTI engagement | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 54 | 5/29/2012 | USA-REL-0031433 | Engagement letter from J. Aarons to G. Craig regarding Strategic Communications Services Project | | | | | |
| 55 | 5/29/2012 | USA-REL-0341349 | Email chain among E. Reilly, J. Hawker, J. Aarons, T. Leigh regarding Ukraine engagement | | | | | |
| 56 | 5/30/2012 | USA-REL-0170909 | Email from A. Haskell to G. Craig, M. Loucks, M. Cowie, et al. attaching a list of Tymoshenko's acts of deceit, dishonesty, and neglect of duty | | | | | |
| 57 | 5/30/2012 | USA-REL-0179635 | Email chain between G. Craig and S. Vlasenko regarding a meeting | | | | | |
| 58 | 5/31/2012 | USA-REL-0171195 | Email from A. Haskell forwarding message from A. Haskell regarding factual disputes | | | | | |
| 59 | 5/31/2012 | USA-REL-0341318 | Emails between J. Aarons and E. Reilly regarding possibility of FTI subcontracting under Skadden | | | | | |
| 60 | 6/0/2012 | USA-REL2-0000174 | Draft ECFMU release | | | | | |
| 61 | 6/2/2012 | USA-REL-0348623 | Email from J. Aarons to R. Gates threatening to stop work if contract is not signed | | | | | |
| 62 | 6/4/2012 | USA-REL-0050141 | Email chain among G. Craig, A. van der Zwaan, M. Cowie, et al. regarding FTI engagement | | | | | |
| 63 | 6/6/2012 | USA-REL-0341131 | Email from J. Aarons to E. Reilly regarding lack of clarity on the contract | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 64 | 6/6/2012 | USA-REL-0358917 | Email from J. Aarons to R. Gates regarding Deputy Prosecutor General trip to US | | | | | |
| 65 | 6/7/2012 | USA-REL-0171629 | Email from A. Haskell to G. Craig, C. Sloan, et al. regarding S. Vlasenko | | | | | |
| 66 | 6/15/2012 | USA-REL-0346892 | Email from R. Hall to J. Hawker and J. Aarons attaching media strategy document | | | | | |
| 67 | 6/19/2012 | USA-REL-0344971 | Email from R. Gates to J. Hawker advising that draft contract with FTI is forthcoming | | | | | |
| 68 | 6/20/2012 | USA-REL-0198646 | Email from C. Sloan to P. Kerlin agreeing to a meeting | | | | | |
| 69 | 6/20/2012 | USA-REL-0215701 | Email to P. Kerlin containing Westlaw research regarding FARA | | | | | |
| 70 | 6/20/2012 | USA-REL-0342678 | Email chain among J. Aarons, R. Gates and J. Hawker regarding FTI contract | | | | | |
| 71 | 6/24/2012 | USA-REL2-0003962 | Email from R. Gates regarding release of the Skadden Report | | | | | |
| 73 | 6/28/2012 | USA-REL2-0010651 | Email chain among C. Antelo, K. Griffis, A. Kauders and K. Zoeller regarding article about Tymoshenko meeting with Skadden | | | | | |
| 75 | 7/9/2012 | USA-REL-0121164 | Email from A. van der Zwaan to G. Craig regarding FTI engagement | | | | | |
| 76 | 7/9/2012 | USA-REL-0221273 | Email chain among A. van der Zwaan and A. Haskell regarding document translations | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 77 | 7/10/2012 | USA-REL-0345272 | Email chain among R. Gates, J. Aarons and J. Hawker attaching list of contacts for Skadden Report | Gates  Hawker | 8-14  8-20 | 8-12  8-20 | | |
| 78 | 7/12/2012 | USA-REL-0346836 | Email from J. Hawker to J. Aarons advising Skadden Report to be released July 23 | Hawker | 8-20 | 8-20 | | |
| 79 | 7/17/2012 | USA-REL-0356184 | Email from J. Aarons to O. Leonov with news that Skadden Report is being delayed | | | | | |
| 80 | 7/18/2012 | USA-REL-0223827 | Email from A. Kedem to A. van der Zwaan regarding Project One | | | | | |
| 81 | 7/25/2012 | USA-REL-0200363 | Email from A. Kedem to C. Sloan regarding the selective prosecution section of the Skadden Report | | | | | |
| 83 | 7/29/2012 | USA-REL-0183997 | Email from G. Craig to C. Sloan, A. Haskell, A. van der Zwaan, and A. Kedem regarding a Russian translation of the Skadden Report | | | | | |
| 84 | 7/30/2012 | USA-REL-0000923 | Email from G. Craig to P. Manafort suggesting the English version should be the official version of the Skadden Report | | | | | |
| 85 | 7/30/2012 | USA-REL-0055837 | Email forward from G. Craig to A. van der Zwaan regarding Russian and Ukrainian translations of the Skadden Report | | | | | |
| 86 | 7/30/2012 | USA-REL-0184023 | Email chain among G. Craig, A. Haskell, A. Kedem, and C. Sloan regarding Russian and Ukrainian translations of the Skadden Report | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 87 | 7/30/2012 | USA-REL-0350131 | Email chain among R. Gates, J. Aarons, J. Hawker and A. van der Zwaan scheduling call | | | | | |
| 88 | 7/31/2012 | USA-REL-0000925 | Email chain among P. Manafort and G. Craig regarding Russian and Ukrainian translations of the Skadden Report | CRAIG | 8/28 | 8/28 | | |
| 89 | 8/2/2012 | USA-REL-0158616 | Email chain between P. Manafort and G. Craig regarding proposed comments | | | | | |
| 90 | 8/3/2012 | USA-0017286 | Email chain between P. Manafort and G. Craig regarding proposed comments | | | | | |
| 91 | 8/7/2012 | USA-REL-0136195 | Email chain among A. van der Zwaan, G. Craig, C. Sloan, et al. regarding Russian and Ukrainian translations of the Skadden Report | | | | | |
| 92 | 8/9/2012 | USA-REL-0176345 | Email from S. Zaki to M. Porter, A. van der Zwaan, M. Loucks, et al. regarding Skadden Stink article | SLOAN | 8/13 | 8/13 | | |
| 93 | 8/9/2012 | USA-REL-0342507 | Email from J. Hawker to R. Gates attaching master control grid | | | | | |
| 94 | 8/10/2012 | USA-0014809 | Email between A. van der Zwaan, G. Craig, C. Sloan, A. Kedem, A. Haskell regarding comments | Sloan | 8/27 | 8/27 | | |
| 95 | 8/16/2012 | USA-0015568 | Email among A. van der Zwaan, O. Smolova, G. Craig, C. Sloan, A. Kedem, and A. Haskell re comments | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 96 | 8/23/2012 | USA-REL-0167392 | Email chain among A. Haskell, C. Sloan, A. Kedem, et al. regarding a response to an email from S. Vlasenko | | | | | |
| 97 | 8/24/2012 | USA-REL-0167403 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | Sloan | 8/27 | 8/27 | | |
| 98 | 8/24/2012 | USA-REL-0350482 | Email from J. Aarons to R. Gates and J. Hawker attaching communications strategy document | Gates | 8.11 | 8.22 | | |
| 99 | 8/24/2012 | USA-REL2-0025200 | Email chain among T. Podesta, K. Griffis, K. Fritts, and R. Edgar re: SA report | | | | | |
| 100 | 8/27/2012 | USA-REL-0016804 | Email chain between G. Craig and P. Manafort regarding proposed comments for the Skadden Report | | | | | |
| 101 | 8/27/2012 | USA-REL-0187233 | Email chain among A. Haskell, C. Sloan, A. Kedem, et al. regarding an email from S. Vlasenko | | | | | |
| 102 | 8/28/2012 | USA-REL-0162990 | Email forward from G. Craig to C. Whitney attaching media plan | | | | | |
| 103 | 8/28/2012 | USA-REL-0337749 | FTI Media Plan | | | | | |
| 104 | 8/30/2012 | USA-REL-0073935 | Email chain among G. Craig, A. van der Zwaan, A. Haskell, et al. regarding finalizing the Skadden Report | | | | | |
| 105 | 8/30/2012 | USA-REL-0167421 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | Sloan | 8/27 | 8/27 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 106 | 8/30/2012 | USA-REL-0344875 | Email from J. Aarons to J. Hawker attaching draft strategy memos for P. Manafort and R. Gates | | | | | |
| 107 | 9/2/2012 | USA-REL-0006022 | Email chain among P. Manafort and G. Craig regarding J. Hawker's opinion of the Skadden Report | CRAIG | 8/28 | 8/28 | | |
| 108 | 9/2/2012 | USA-REL-0006028 | Email from P. Manafort to G. Craig attaching letter from K. Kilimnik | | | | | |
| 109 | 9/3/2012 | USA-REL-0006057 | Email chain between G. Craig and P. Manafort regarding proposed comments for the Skadden Report | CRAIG. | 8/28 | 8/28 | | |
| 110 | 9/3/2012 | USA-REL-0016828 | Email chain among G. Craig, P. Manafort, and C. Sloan regarding comments to the draft Skadden Report | | | | | |
| 111 | 9/3/2012 | USA-REL-0074026 | Email chain among G. Craig and A. van der Zwaan regarding comments to the draft Skadden Report | | | | | |
| 112 | 9/4/2012 | USA-REL-0167429 | Email from A. van der Zwaan to G. Craig, A. Haskell, A. Kedem and C. Sloan attaching translated comments from Ukraine on the Skadden Report | Sloan | 8/27 | 8/27 | | |
| 113 | 9/7/2012 | USA-REL-0346586 | Email from J. Hawker to J. Aarons regarding uncertain timing of the release of Skadden Report | Hawker | 8/6 | 8/6 | | |
| 114 | 9/7/2012 | USA-REL-0348736 | Emails between J. Hawker and K. Kilimnik regarding Skadden wanting to meet with Y. Tymoshenko | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 115 | 9/8/2012 | USA-REL-0145065 | Email chain among A. van der Zwaan, G. Craig, C. Sloan, et al. regarding getting a copy of the Skadden Report to R. Gates | | | | | |
| 116 | 9/10/2012 | USA-REL-0006105 | Email chain among P. Manafort and G. Craig regarding the release of the Skadden Report | | | | | |
| 117 | 9/10/2012 | USA-REL-0016891 | Email from G. Craig to P. Manafort attaching draft Skadden Report in English | | | | | |
| 118 | 9/10/2012 | USA-REL-0017204 | Email from G. Craig to P. Manafort attaching executive summary of the Skadden Report | | | | | |
| 119 | 9/11/2012 | USA-0014002 | Email among A. Haskell, A. Kedem, G. Craig, C. Sloan regarding final tweaks | Sloan | 8/27 | 8/27 | | |
| 120 | 9/11/2012 | USA-REL-0006119 | Email from P. Manafort to G. Craig attaching revisions to final Skadden Report | | | | | |
| 121 | 9/11/2012 | USA-REL-0017225 | Email from G. Craig to P. Manafort regarding proposed comments | | | | | |
| 122 | 9/11/2012 | USA-REL-0342754 | Email from J. Hawker to J. Aarons attaching version 2 of "A More Modern Ukraine" memo | | | | | |
| 123 | 9/12/2012 | USA-REL-0344308 | Email from J. Hawker to R. Gates attaching master control grid | Gates | 8/21 | 8/22 | | |
| 124 | 9/12/2012 | USA-REL-0344806 | Email from J. Hawker to J. Aarons attaching draft project veritas messaging | | | | | |
| 125 | 9/12/2012 | USA-REL-0348498 | Email from J. Hawker to R. Gates attaching "FTI Cut Down Media Plan" for when the report is released | Gates Hawker | 8/22 8/20 | 8/22 8/20 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 126 | 9/12/2012 | USA-REL-0350077 | Email from J. Hawker to R. Gates attaching Q and A for Ministry of Justice and draft statements on Skadden Report | Gates Hawker | 8/11 8/20 | 8/11 8/20 | | |
| 127 | 9/12/2012 | USA-REL-0350707 | Email from J. Hawker to R. Gates attaching master control grid | | | | | |
| 128 | 9/13/2012 | USA-REL-0342819 | Emails between K. Kilimnik and J. Hawker regarding using the Ministry of Justice comments to Skadden for preparing Q and As | | | | | |
| 129 | 9/13/2012 | USA-REL-0343536 | Email from K. Kilimnik to J. Hawker attaching Ministry of Justice suggestions on draft report | | | | | |
| 130 | 9/13/2012 | USA-REL-0347816 | Email from J. Hawker to R. Gates regarding draft PR response for Skadden to use | Hawker | 8/20 | 8/20 | | |
| 131 | 9/14/2012 | USA-0014852 | Email from A. van der Zwaan to G. Craig, C. Sloan, A. Kedem, and A. Haskell attaching proposed comments | Sloan | 8/21 | 8/21 | | |
| 132 | 9/17/2012 | USA-REL-0342595 | Email from R. Gates attaching P. Manafort comments on FTI media package | Hawker | 8/20 | 8/20 | | |
| 133 | 9/17/2012 | USA-REL2-0003549 | C. Antelo email to R. Gates regarding ECFMU Strategy for committee Senators | | | | | |
| 134 | 9/18/2012 | USA-REL-0007076 | Email chain among R. Gates and G. Craig regarding comments | GATES | 8/11 | 8/11 | | |
| 135 | 9/20/2012 | USA-REL-0007096 | Email from P. Manafort to G. Craig attaching proposed changes to the Skadden Report | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 136 | 9/20/2012 | USA-REL-0007103 | Email from P. Manafort to G. Craig attaching comments for the Skadden Report and proposing a group meeting | | | | | |
| 137 | 9/20/2012 | USA-REL-0018509 | Email chain among G. Craig and P. Manafort regarding proposed changes to the Skadden Report | | | | | |
| 139 | 9/20/2012 | USA-REL-0148288 | Email chain among A. Haskell, A. van der Zwaan, G. Craig, et al. attaching proposed changes to the Skadden Report from R. Gates | | | | | |
| 140 | 9/20/2012 | USA-REL-0193817 | Email chain among B. Jackson and G. Craig regarding Ukraine | | | | | |
| 141 | 9/21/2012 | USA-REL-0007129 | Email forward from K. Kilimnik to A. van der Zwaan attaching the FTI Media Plan | | | | | |
| 142 | 9/21/2012 | USA-REL-0344446 | Email from A. van der Zwaan to J. Hawker, P. Manafort cc'ing G. Craig attaching copy of Skadden Report | Hawker | 8/20 | 9/10 | | |
| 147 | 9/24/2012 | USA-REL-0347958 | Email from R. Gates to J. Hawker attaching his notes from meeting at Harvard Club | | | | | |
| 148 | 9/25/2012 | USA-0008962 | Email chain among A. Haskell and C. Sloan regarding FTI "veritas Message Master" document | | | | | |
| 149 | 9/25/2012 | USA-REL-0019666 | Email from J. Hawker to G. Craig, P. Manafort, and R. Gates attaching the FTI Media Plan | CRAIG Hawker | 8/28 8/20 | 8/28 9/20 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 150 | 9/25/2012 | USA-REL-0026966 | Email forward from R. Gates to A. van der Zwaan including the message from G. Craig that there is "a lot of stuff *in here that is just* wrong." | CRAIG | 8/28 | 8/28 | | |
| 151 | 9/25/2012 | USA-REL-0149983 | Email chain among C. Sloan and G. Craig regarding paying and backgrounding journalists | | | | | |
| 152 | 9/25/2012 | USA-REL-0150939 | Email chain among C. Sloan, G. Craig, J. Hawker, et al. regarding the FTI Media Plan | Sloan | 8/27 | 8/27 | | |
| 153 | 9/25/2012 | USA-REL-0150948 | Email from C. Sloan to G. Craig about draft comments regarding the FTI Media Plan | | | | | |
| 154 | 9/25/2012 | USA-REL-0191269 | Email from C. Sloan to G. Craig with draft comments regarding the FTI Media Plan | Sloan | 8/27 | 8/27 | | |
| 155 | 9/25/2012 | USA-REL-0342422 | Email from A. van der Zwaan to J. Hawker confirming receipt of FTI draft messaging and providing a copy of Skadden Report | | | | | |
| 156 | 9/25/2012 | USA-REL-0345373 | Email from J. Hawker to R. Gates attaching draft news release for Ministry of Justice | | | | | |
| 157 | 9/25/2012 | USA-REL-0348868 | Email from J. Hawker to R. Gates attaching changes to media package | | | | | |
| 159 | 9/26/2012 | USA-REL-0159022 | Email chain among G. Craig and J. Hawker regarding changes to the FTI Media Plan | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 160 | 9/26/2012 | USA-REL-0343523 | Email from P. Manafort to R. Gates, K. Kilimnik and J. Hawker attaching his analysis and an overview of the Skadden Report | | | | | |
| 161 | 9/26/2012 | USA-REL-0345420 | Email from R. Gates to J. Hawker attaching new Skadden Report outreach list - key political and media contacts | GATES | 8/22 | 8/22 | | |
| 162 | 9/27/2012 | USA-REL-0346213 | Email from P. Manafort to J. Hawker, R. Gates and K. Kilimnik attaching outline of key findings of Skadden Report | | | | | |
| 164 | 9/28/2012 | USA-REL2-0003963 | R. Gates email to MCW and PDG regarding DC Plan | | | | | |
| 165 | 9/29/2012 | USA-REL-0096765 | Email chain among G. Craig, A. van der Zwaan, K. Kilimnik, et al. regarding changes to the Skadden Report | | | | | |
| 167 | 9/29/2012 | USA-REL-0345098 | Email from R. Gates attaching timeline and Skadden Report outreach list | GATES HAWKER | 8/22 8/20 | 8/22 8/20 | | |
| 168 | 9/30/2012 | USA-REL-0342570 | Email from R. Gates to J. Hawker attaching Skadden Report  release planning document | GATES | 8/22 | 8/22 | | |
| 169 | 9/30/2012 | USA-REL-0342832 | Email from R. Gates to J. Hawker regarding Wave 2 of media engagement. | | | | | |
| 170 | 9/30/2012 | USA-REL-0346200 | Email from R. Gates to P. Manafort to K. Kilimnik and J. Hawker attaching media plan documents | | | | | |
| 171 | 10/1/2012 | USA-REL2-0017111 | A. Wright email to MCW and PDG regarding ECFMU/Ukraine Call | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 172 | 10/2/2012 | USA-REL-0096824 | Email forward from A. van der Zwaan to G. Craig attaching proposed comments | | | | | |
| 173 | 10/2/2012 | USA-REL-0191382 | Email chain between A. van der Zwaan and G. Craig regarding proposed comments | | | | | |
| 174 | 10/2/2012 | USA-REL-0346343 | Email from P. Manafort to J. Hawker, R. Gates and K. Kilimnik attaching additions to media package | | | | | |
| 175 | 10/3/2012 | USA-REL-0349345 | Email from J. Hawker to R. Gates attaching proposed outreach list for Skadden Report | Gates Hawker | 8/12 8/20 | 8/12 8/20 | | |
| 176 | 10/4/2012 | USA-REL2-0003622 | Email with attached memorandum from L. Saunders to I. Kirsch, M. Griffis, T. Podesta et al. | | | | | |
| 177 | 10/8/2012 | USA-0017497 | Email from G. Craig, to P. Manafort regarding comments to report. | CRAIG | 8/28 | 8/28 | | |
| 178 | 10/8/2012 | USA-REL-0007585 | Email from P. Manafort to G. Craig attaching comments for the Skadden Report | CRAIG | 8/28 | 8/28 | | |
| 179 | 10/8/2012 | USA-REL-0098212 | Email from A. Kedem to G. Craig, C. Sloan, A. Haskell, and A. van der Zwaan regarding proposed revisions to the Skadden Report | | | | | |
| 180 | 10/8/2012 | USA-REL-0098221 | Email chain between A. van der Zwaan, G. Craig, A. Kedem, C. Sloan, and A. Haskell regarding proposed comments | CRAIG | 8/28 | 8/28 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 181 | 10/8/2012 | USA-REL-0098227 | Email from A. Kedem to G. Craig, C. Sloan, A. Haskell, and A. van der Zwaan regarding proposed revisions to the Skadden Report | | | | | |
| 184 | 10/16/2012 | USA-REL-0151966 | Email chain among A. van der Zwaan and G. Craig regarding delivery of the Skadden Report to the MoJ | | | | | |
| 187 | 10/27/2012 | USA-REL-0364972 | Email from K. Griffis to J. Hawker attaching list of journalists | | | | | |
| 188 | 10/31/2012 | USA-0020855 | A. Wright and L. Saunders gchat after ECFMU call | | | | | |
| 189 | 11/19/2012 | USA-0017507 | Email from G. Craig to P. Manafort regarding final issues | | | | | |
| 190 | 11/19/2012 | USA-REL-0193967 | Email chain between A. Haskell and G. Craig regarding proposed comments | | | | | |
| 191 | 11/26/2012 | USA-REL-0019749 | Email from G. Craig to P. Manafort regarding overview memo | | | | | |
| 192 | 11/27/2012 | USA-REL-0020057 | Email from R. Gates to A. van der Zwaan and K. Kilimnik attaching proposed comments | | | | | |
| 193 | 11/27/2012 | USA-REL-0105348 | Email from A. van der Zwaan to G. Craig and A. Haskell attaching proposed changes to the Skadden Report | | | | | |
| 194 | 11/30/2012 | USA-0017517 | Email from P. Manafort to K. Kilimnik, R. Gates J. Hawker regarding Q&A material and the Briefing Process | Hawker | 8/6 | 8/20 | | |
| 195 | 11/30/2012 | USA-0020870 | A. Wright and L. Saunders gchat about Skadden report roll-out | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 196 | 11/30/2012 | USA-REL-0365485 | Email from P. Manafort to K. Kilimnik, R. Gates J. Hawker attaching memo for S. Lyovochkin, FTI release memos and A. van der Zwaan recommendation for outside counsel familiar with the ECHR | Hawker | 8/20 | 8/20 | | |
| 199 | 12/6/2012 | USA-0009124 | Email from J. Hawker to R. Gates regarding Phase one media | | | | | |
| 200 | 12/6/2012 | USA-REL-0029944 | Email among R. Gates, J. Hawker, A. Friedman, A. van der Zwaan, and K. Kilimnik regarding Project Veritas call. | | | | | |
| 201 | 12/6/2012 | USA-REL-0029946 | Email among R. Gates, J. Hawker, A. Friedman, A. van der Zwaan, and K. Kilimnik regarding Project Veritas call | | | | | |
| 202 | 12/6/2012 | USA-REL-0030744 | Email chain among J. Hawker, A. van der Zwaan, R. Gates, et al. attaching the FTI Media Plan | | | | | |
| 203 | 12/6/2012 | USA-REL-0193987 | Email from M. Lantz to G. Craig regarding the release of the Skadden Report | | | | | |
| 207 | 12/11/2012 | N/A | Google Maps route view | | | | | |
| 208 | 12/11/2012 | USA-REL-0038299 | Email chain among R. Gates, E. Sager, A. van der Zwaan, et al. | | | | | |
| 209 | 12/11/2012 | USA-REL-0191857 | Email chain among G. Craig and A. van der Zwaan regarding  A. Kwasniewski and C. Salvalaggio | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 211 | 12/11/2012 | USA-REL-0365783 | Email from R. Gates to D. Kuleba, O. Voloshyn, K. Kilimnik, J. Hawker, A. Friedman, A. van der Zwaan and E. Sager | | | | | |
| 212 | 12/11/2012 | USA-REL-0366919 | **Email from J. Hawker to** R. Fletcher requesting an introduction to Tom Parfitt | Hawker | 8/20 | 8/20 | | |
| 214 | 12/12/2012 | USA-REL-0161005 | Email chain among D. Sanger and G. Craig regarding electronic delivery | | | | | |
| 215 | 12/12/2012 | USA-REL-0161006 | Email chain among D. Sanger and G. Craig confirming hard copy delivery | | | | | |
| 216 | 12/12/2012 | USA-REL-0191873 | Email chain among T. Parfitt and G. Craig regarding approval of quotes | | | | | |
| 218 | 12/12/2012 | USA-REL-0194884 | Email chain among G. Craig, A. Haskell, D. Sanger, et al. regarding electronic delivery of the Skadden Report | | | | | |
| 219 | 12/12/2012 | USA-REL-0194885 | Email chain among G. Craig and D. Sanger regarding electronic delivery of the Skadden Report | | | | | |
| 220 | 12/12/2012 | USA-REL-0365791 | Email from R. Gates to A. van der Zwaan, A. Friedman, K. Kilimnik, J. Hawker and E. Sager | | | | | |
| 222 | 12/12/2012 | USA-REL-0365831 | Email chain among R. Gates and A. van der Zwaan, J. Hawker and K. Kilimnik regarding meetings in Poland | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 224 | 12/12/2012 | USA-REL-0366993 | Email from J. Hawker to T. Parfitt making contact for a possible story on Ukraine | | | | | |
| 225 | 12/12/2012 | USA-REL-0367310 | Emails between J. Hawker and R. Gates regarding comments from Ministry of Justice for T. Parfitt at Telegraph | | | | | |
| 226 | 12/12/2012 | USA-REL-0367315 | Email from J. Hawker to R. Gates regarding Telegraph | Hawker | 8/20 | 8/20 | | |
| 227 | 12/12/2012 | USA-REL-0367319 | Email from J. Hawker to T. Parfitt providing answers to Telegraph questions for Ministry of Justice | Hawker | 8/20 | 8/20 | | |
| 228 | 12/12/2012 | USA-REL-0367333 | Email from J. Hawker to R. Gates attaching Ministry of Justice release with tracked changes and advising that answers have been sent to Telegraph | Hawker | 8/20 | 8/20 | | |
| 229 | 12/12/2012 | USA-REL-0367342 | Email chain among J. Hawker and T. Parfitt regarding approved answers from O. Lavrinovich | | | | | |
| 230 | 12/12/2012 | USA-REL-0367351 | Email from J. Hawker to R. Gates attaching rewrite of MOJ statement | | | | | |
| 231 | 12/12/2012 | USA-REL-0367358 | Email from J. Hawker to R. Gates advising that he has emailed G. Craig with question from R. Gates | | | | | |
| 235 | 12/12/2012 | | New York Times Article | Craig | 8/28 | 8/28 | | |
| 236 | 12/13/2012 | N/A | The Daily Telegraph article by T. Parfitt | Craig | 8/28/19 | 8/28/19 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 238 | 12/13/2012 | USA-REL-0007935 | Email chain among R. Gates, C. Craig, J. Hawker, and A. van der Zwaan regarding inquiry by M. Danilova | | | | | |
| 239 | 12/13/2012 | USA-REL-0039269 | **Email chain among L. Weiss, J. Hawker, and A. van der Zwaan regarding inquiry** | | | | | |
| 240 | 12/13/2012 | USA-REL-0105659 | Email chain among G. Craig, L. Weiss, A. van der Zwaan, et al. regarding Telegraph | | | | | |
| 241 | 12/13/2012 | USA-REL-0154222 | Email forward from B. Jackson to G. Craig attaching MoJ press release | Haskell | 8/16 | 8/16 | | |
| 243 | 12/13/2012 | USA-REL-0154225 | Email from L. Weiss to M. Huisman attaching Skadden Report | | | | | |
| 244 | 12/13/2012 | USA-REL-0160134 | Email from E. Alpert to G. Craig inquiring about the Skadden Report | | | | | |
| 245 | 12/13/2012 | USA-REL-0161318 | Email chain among J. Slattery and G. Craig regarding call | | | | | |
| 246 | 12/13/2012 | USA-REL-0191909 | Email from L. Weiss to S. Feldman and M. Porter regarding the release of the Skadden Report | | | | | |
| 247 | 12/13/2012 | USA-REL-0194001 | Email forward from B. Jackson to G. Craig attaching ANSA article | | | | | |
| 248 | 12/13/2012 | USA-REL-0194895 | Email chain among A. Haskell and G. Craig regarding Kiev Post article | Craig Haskell | 8/16 | 8/16 | | |
| 249 | 12/13/2012 | USA-REL-0194977 | Email forward from G. Craig to S. Weisman including a link to the Kiev Post article | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 250 | 4/22/2013 | USA-REL-0196939 | Email from L. Weiss to G. Craig including Los Angeles Times article by E. Alpert | | | | | |
| 251 | 12/13/2012 | USA-REL-0361963 | Email from R. Hall to R. Gates, K. Kilimnik and J. Hawker attaching summary of media coverage | Hawker | 8/20 | 8/20 | | |
| 252 | 12/13/2012 | USA-REL-0365894 | Email from R. Gates to P. Manafort, K. Kilimnik, J. Hawker and E. Sager regarding Radio Free Europe | | | | | |
| 253 | 12/13/2012 | USA-REL-0365909 | Email from R. Gates to J. Hawker and K. Kilimnik regarding ANSA article | | | | | |
| 254 | 12/13/2012 | USA-REL-0365910 | Email from R. Gates to P. Manafort, K. Kilimnik E. Sager, K. Kilimnik, G. Fenton and J. Hawker regarding Ministry of Justice press release getting good coverage | Hawker | 8/20 | 8/20 | | |
| 255 | 12/13/2012 | USA-REL-0365934 | Email from R. Gates to P. Manafort, K. Kilimnik and J. Hawker regarding article | | | | | |
| 256 | 12/13/2012 | USA-REL-0365952 | Emails between J. Hawker and R. Solash at Radio Free Europe regarding Skadden report and FTI | Hawker | 8/20 | 8/20 | | |
| 257 | 12/13/2012 | USA-REL-0365954 | Email from R. Gates to J. Hawker requesting articles | | | | | |
| 258 | 12/13/2012 | USA-REL-0368645 | Email thread among J. Hawker, L. Weiss and A. van der Zwaan regarding media inquiry | | | | | |
| 259 | 12/13/2012 | USA-REL-0368647 | Email from J. Hawker to M. Huisman providing MOJ statement to National Law Journal | Hawker | 8/20 | 8/20 | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|----|------|------------------|-------------|---------|----|----|-------------------------------------|------------|
| 262 | 12/13/2012 | USA-REL2-0003929 | Email chain from B. Chang to Gates et al., subject: State Dept. react to New York Times article | | | | | |
| 263 | 12/13/2012 | USA-REL2-0003931 | Email chain from B. Chang to Gates et al., subject: State Dept. react to New York Times article | | | | | |
| 265 | 12/13/2012 | USA-REL2-0026685 | Email from R. Gates with attached Skadden Report Overview Points FINAL and MoJ Skadden Press Statement FINAL, subject: Skadden Arps - Report | | | | | |
| 266 | 12/13/2012 | | National Law Journal Article | Craig | 8/28 | 8/28 | | |
| 267 | 12/13/2012 | | Los Angeles Times Article | Haskell | 8/16 | 8/16 | | |
| 268 | 12/13/2012 | | Kiev Post article | | | | | |
| 269 | 12/14/2012 | USA-REL-0160444 | Email from L. Weiss to G. Craig, C. Sloan, and M. Porter including the revised National Law Journal article | Haskell | 8/16 | 8/16 | | |
| 270 | 12/14/2012 | USA-REL-0160447 | Email chain among M. Huisman and G. Craig regarding revisions to the National Law Journal article | | | | | |
| 271 | 12/14/2012 | USA-REL-0160453 | Email chain among L. Weiss, G. Craig, and M. Huisman regarding revisions to the National Law Journal article | | | | | |
| 272 | 12/14/2012 | USA-REL-0160454 | Email from M. Huisman to G. Craig regarding revisions to the National Law Journal article | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 273 | 12/14/2012 | USA-REL-0160457 | Email chain among G. Craig, C. Sloan, and M. Huisman regarding revisions to National Law Journal article | | | | | |
| 274 | 12/14/2012 | USA-REL-0191918 | Email chain among G. Craig and C. Sloan regarding call with L. Weiss to educate M. Huisman | | | | | |
| 275 | 12/14/2012 | USA-REL-0201024 | Email from C. Sloan regarding National Law Journal article | | | | | |
| 276 | 12/14/2012 | USA-REL-0368648 | Email from R. Gates to J. Hawker, K. Kilimnik and P. Manafort regarding FT coverage | | | | | |
| 283 | 12/20/2012 | USA-REL-0191960 | Email chain between G. Craig, A. Haskell, and A. van der Zwaan regarding final Skadden Report | | | | | |
| 285 | 12/27/2012 | USA-REL-0201032 | Email chain among C. Sloan, L. Spiegel, G. Craig, et al. regarding response to December 18, 2012 NSD letter | Sloan | 8/13 | 8/13 | | |
| 286 | 12/27/2012 | USA-REL-0304546 | Email chain among L. Spiegel, C. Sloan, B. Kelly, et al. regarding response to December 18, 2012 NSD letter | | | | | |
| 287 | 12/27/2012 | USA-REL-0304552 | Email chain among C. Sloan, L. Spiegel, B. Kelly, et al. regarding response to December 18, 2012 NSD letter | | | | | |
| 289 | 1/4/2013 | USA-REL-0304592 | Email chain among C. Sloan, L. Spiegel, and G. Craig regarding response to December 18, 2012 NSD letter | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 290 | 1/4/2013 | USA-REL-0336987 | Email from G. Craig to L. Spiegel and C. Sloan regarding response to December 18, 2012 NSD letter | SLOAN | 8/13 | 8/13 | | |
| 291 | 1/11/2013 | USA-REL-0304624 | Email chain between G. Craig and L. Spiegel regarding a draft response to the NSD | | | | | |
| 292 | 1/14/2013 | USA-REL-0304628 | Email chain among L. Spiegel, C. Sloan, and G. Craig regarding response to NSD | | | | | |
| 293 | 1/18/2013 | USA-REL-0304635 | Email chain among C. Sloan and G. Craig regarding response to December 18, 2012 NSD letter | | | | | |
| 294 | 1/18/2013 | USA-REL-0304636 | Email from G. Craig to L. Spiegel and C. Sloan regarding response to December 18, 2012 NSD letter | | | | | |
| 295 | 2/5/2013 | USA-REL-0304649 | Email from C. Sloan to G. Craig regarding response to December 18, 2012 NSD letter | SLOAN | 8/13 | 8/13 | | |
| 297 | 4/22/2013 | USA-REL-0160520 | Email chain among C. Sloan, G. Craig, L. Weiss, and M. Porter regarding contact with National Law Journal and Los Angeles Times | | | | | |
| 299 | 4/29/2013 | USA-REL-0155415 | Email from L. Weiss to G. Craig and M. Porter | | | | | |
| 300 | 4/29/2013 | USA-REL-0304736 | Email from G. Craig to C. Sloan regarding response to April 9, 2013 NSD letter | | | | | |
| 301 | 4/30/2013 | USA-REL2-0012838 | Email chain from M. Baker to M. Tavlarides, et al., subject: good times | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 302 | 5/1/2013 | USA-REL-0304738 | Email from G. Craig to C. Sloan regarding response to April 9, 2013 NSD letter | | | | | |
| 303 | 5/1/2013 | USA-REL-0339232 | Email from G. Craig to **C. Whitney regarding** response to April 9, 2013 NSD letter | | | | | |
| 305 | 6/3/2013 | USA-REL-0340518 | Email chain among G. Craig to C. Whitney regarding response to April 9, 2013 NSD letter | | | | | |
| 306 | 9/24/2013 | USA-REL-0304869 | Email forward from G. Craig to L. Spiegel regarding call from A. Mudd at the DOJ | | ′ | | | |
| 307 | 10/10/2013 | USA-0009489 | Email chain among G. Craig, K. Gross, and L. Spiegel regarding draft response to NSD | | | | | |
| 308 | 10/10/2013 | USA-REL-0245986 | Email from K. Gross to G. Craig regarding meeting with NSD | | | | | |
| 309 | 10/10/2013 | USA-REL-0303739 | Email chain among G. Craig, L. Weiss, and C. Sloan regarding National Law Journal article | | | | | |
| 310 | 10/10/2013 | USA-REL-0336957 | Undated, draft response to September 5, 2013 letter from the NSD | | | | | |
| 311 | 10/11/2013 | USA-REL-0197517 | Email from C. Whitney to A. Mudd attaching October 10, 2013 letter to NSD | | | | | |
| 312 | 10/14/2013 | USA-REL-0160836 | Email chain among L. Weiss, G. Craig, and C. Sloan regarding National Law Journal article | | | | | |
| 313 | 1/14/2014 | USA-REL-0721926 | Email from A. Haskell to C. Sloan regarding S. Vlasenko | | | | | |
| 314 | 1/27/2014 | USA-REL-0722977 | Email from G. Craig to C. Sloan attaching DOJ letter | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 317 | 2/27/2014 | USA-REL-0305200 | Email from G. Craig to L. Spiegel attaching memorandum of conversation with H. Hunt | | | | | |
| 320 | 2/21/2018 | N/A | Transcript of arraignment and plea hearing of A. van der Zwaan | | | | | |
| 322 | 3/27/2018 | N/A | Government's sentencing memorandum for A. van der Zwaan | | | | | |
| 324 | 4/3/2018 | N/A | Transcript of sentencing of A. van der Zwaan | | | | | |
| 326 | 3/22/2019 | | Manafort Judgment in 17-CR-00201 | | | | | |
| 327 | 5/13/2019 | | Manafort Judgment in 18-CR-00083 | | | | | |
| 329 | 3/21/2012 | USA-REL-0027629 | Email chain between G. Craig and D. Schoen regarding the retainer | Schoen | 8-16 | 8-16 | | |
| 330 | | | Nicholas Katzenbach's 1963 Testimony to the Senate Foreign Relations Committee | | | | | |

## EXHIBITS CONDITIONALLY DESIGNATED PENDING RULING ON MR. CRAIG'S MOTION IN LIMINE REGARDING UKRAINE PROCUREMENT EVIDENCE:

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 331 | 8/13/2012 | USA-REL-0158629 | Email chain among C. Whitney and D. Schoen regarding setting up a call with G. Craig | | | | | |
| 332 | 8/15/2012 | USA-REL-0029703 | Email chain among D. Schoen and G. Craig regarding a call | | | | | |
| 333 | 8/15/2012 | USA-REL-0009980 | Email from G. Craig to P. Manafort and C. Sloan regarding Pinchuk | | | | | |
| 334 | 8/15/2012 | USA-REL-0136415 | Email chain among C. Whitney, A. van der Zwaan, A. Haskell, and K. Kilimnik regarding letter from A. Sedov | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 335 | 12/20/2012 | USA-REL-0000056 | Letter from A. Sedov to G. Craig | | | | | |
| 336 | 1/3/2013 | USA-REL-0245648 | Email chain among C. Whitney and C. Sloan regarding Skadden-MoJ engagement letter | | | | | |
| 337 | 1/4/2013 | USA-REL-0154922 | Email chain among G. Craig, C. Sloan, and P. Manafort attaching documents regarding the Skadden-MoJ contract | | | | | |
| 338 | 2/6/2013 | USA-REL-0000058 | Email from G. Craig to V. Gurtenko attaching letter to A. Sedov | | | | | |
| 339 | 2/8/2013 | USA-REL-0020247 | Email chain among A. van der Zwaan, K. Kilimnik, P. Manafort, et al. regarding engagement letter | | | | | |
| 340 | 2/15/2013 | USA-REL-0008030 | Email from V. Gurtenko to G. Craig, K. Kilimnik, P. Manafort, and A. van der Zwaan regarding contract | | | | | |
| 341 | 2/18/2013 | USA-REL-0195945 | Email chain among G. Craig, A. van der Zwaan, and V. Gurtenko regarding contract | | | | | |
| 342 | 2/19/2013 | USA-REL-0245730 | Email chain among G. Craig and A. van der Zwaan regarding contract | | | | | |
| 343 | 2/25/2013 | USA-REL-0196096 | Email chain among A. van der Zwaan, G. Craig, and V. Gurtenko regarding contract | | | | | |
| 344 | 2/25/2013 | USA-REL-0196067 | Email chain among A. van der Zwaan, V. Gurtenko, G. Craig, and C. Sloan regarding contract | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 345 | 2/25/2013 | USA-REL-0303512 | Email chain among C. Whitney, G. Craig, and A. van der Zwaan regarding engagement letter | | | | | |
| 346 | 2/26/2013 | USA-REL-0108771 | Email chain among G. Craig, C. Sloan, A. van der Zwaan, et al. regarding engagement letter | | | | | |
| 347 | 2/26/2013 | USA-REL-0008044 | Email chain among G. Craig and P. Manafort regarding engagement letter | | | | | |
| 348 | 2/27/2013 | USA-REL-0008047 | Email chain among P. Manafort and G. Craig regarding engagement letter | | | | | |
| 349 | 2/28/2013 | USA-REL-0039403 | Email forward from A. van der Zwaan to R. Gates regarding contract | | | | | |
| 350 | 3/1/2013 | USA-REL-0245757 | Email forward from G. Craig to C. Sloan regarding contract | | | | | |
| 351 | 3/4/2013 | USA-REL-0196410 | Email chain among C. Whitney, V. Gurtenko, and A. van der Zwaan attaching draft contract | | | | | |
| 352 | 3/5/2013 | USA-REL-0008048 | Email chain among G. Craig and P. Manafort regarding contract | | | | | |
| 353 | 3/5/2013 | USA-REL-0196470 | Email forward from A. van der Zwaan to G. Craig and C. Whitney regarding contract | | | | | |
| 354 | 3/11/2013 | USA-REL-0196533 | Email chain among A. van der Zwaan, V. Gurtenko, and G. Craig regarding contract | | | | | |
| 355 | 3/11/2013 | USA-REL-0196540 | Email chain among A. van der Zwaan, G. Craig, and C. Whitney regarding contract | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 356 | 3/14/2013 | USA-REL-0304665 | Email forward from G. Craig to C. Sloan and L. Spiegel attaching engagement letter and contract | | | | | |
| 357 | 3/19/2013 | USA-REL-0236679 | Email chain between A. van der Zwaan and C. Whitney regarding proposed changes to the MoJ contract | | | | | |
| 358 | 3/20/2013 | USA-REL-0245856 | Email chain among C. Whitney and A. van der Zwaan regarding billing | | | | | |
| 359 | 3/20/2013 | USA-REL-0337733 | Disbursement Detail from Skadden regarding MoJ account | | | | | |
| 360 | 3/27/2013 | USA-REL-0008060 | Email chain among P. Manafort and G. Craig regarding final bill | | | | | |
| 361 | 4/2/2013 | USA-REL-0196694 | Email forward from A. van der Zwaan to G. Craig attaching table annex | | | | | |
| 362 | 4/9/2013 | USA-REL-0196762 | Email from A. van der Zwaan to V. Gurtenko, G. Craig, and C. Sloan attaching engagement letter and contract | | | | | |
| 363 | 4/10/2013 | USA-REL-0196774 | Email chain among A. van der Zwaan, V. Gurtenko, G. Craig, and C. Sloan regarding contract | | | | | |
| 364 | 4/15/2013 | USA-REL-0108831 | Email from C. Whitney to A. van der Zwaan attaching invoice | | | | | |
| 365 | 4/16/2013 | USA-REL-0108851 | Email chain between C. Whitehead and A. van der Zwaan regarding invoice | | | | | |
| 366 | 4/16/2013 | USA-REL-0196868 | Email from A. van der Zwaan to G. Craig, C. Sloan, and C. Whitney attaching documents | | | | | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|----|------|------------------|-------------|---------|----|----|-------------------------------------|------------|
| 367 | 6/4/2013 | USA-REL-0236972 | Email chain among A. van der Zwaan, A. Prender, C. Whitney, et al. regarding billing | | | | | |
| 368 | 6/5/2013 | USA-REL-0000226 | Ministry of Justice payment | | | | | |
| 369 | 4/11/2012 | USA-REL-0192461 | Email from G. Craig to C. Whitney regarding engagement letter | | | | | |
| 490 | 12/13/2012 | | E-MAIL | Haskell | 8-16 | 8-16 | | |
| 492 | 9/25/12 | | E-MAIL SLOAN Haskell CARL HAWKER | Haskell | 8/16 | 8/16 | | |
| 493 | 9/25/12 | | FROM Haskell to SLOAN E-MAIL | Haskell | 8/16 | 8/16 | | |
| 494 | 9/25/12 | | FROM Haskell to SLOAN E-MAIL | Haskell | 8/16 | 8/16 | | |
| 500 | 8/30/12 | | Email to Kilimnik From Hawker Jonathan | Hawker | 8/20 | 8/20 | E-mail from Jonathan Hawker to Kilimnik | |
| 501 | 9/11/2012 | | Email from Hawker TO Jon Aarons | Hawker | 8/20 | 8/20 | | |
| 503 | 9/26/2012 | | Email from Hawker to Jon Aarons | Hawker | 8/20 | 8/20 | | |
| 504 | 12/12/12 | | Email from Gates cc'ed to Hawker | Hawker | 8/20 | 8/20 | | |
| 418 | 9/12/12 | | Email from Gates to VanDerzwan Alex | Gates | 8/22 | 8/22 | | |
| 500 | | | 3 Business Cards | Hunt | 8/26 | | NOT SHOWN | |
| 533 | | | email article | Hunt | 8/26 | 8/26 | | |
| 539 | | | Hand written draft | Hunt | 8/26 | 8/26 | | |
| 569 | | | 3/21/2019 G.J. Transcript | HUNT | 8/26 | | NOT SHOWN. | |

| DX | DATE | PRODUCTION BATES | DESCRIPTION | WITNESS | ID | AD | EXHIBIT SENT IN TO JURY (DATE/TIME) | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 186 | 10/16/2012 | | Email Oct 16 2012 to Paul Manafort | CRAIG | 8/28 | 8/28 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |