CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

GREGORY B. CRAIG

Civil/Criminal No.: 19-CR-125

**FILED**

SEP - 4 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

Could you clarify why the indictment charges from June 3, 2013 – Jan 16, 2014 but the elements of the offense refers to October 3, 2013?

Date: 9/4/19

Time: 12:15 pm

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs. )   Civil/Criminal No.: _____19-CR-125_____
)
)
GREGORY B. CRAIG
)

**FILED**

SEP - 4 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

We have reached a verdict

Date: 9/4/2019

Time: 2:35 pm