UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP - 4 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 19-0125 (ABJ) |
| ) | |
| GREGORY B. CRAIG, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

As to the charge that Gregory B. Craig did knowingly and willfully conceal and cover up material facts in a matter within the jurisdiction of the FARA Unit by trick, scheme, or device, we the members of jury unanimously find the defendant:

Guilty _____          Not Guilty ✓

SO SAY WE ALL, this 4th day of September, 2019.